1   RANDY L. EDWARDS, #105639
    MICHAEL R. JOHNSON, #237767
2   GRISWOLD, LaSALLE, COBB, DOWD & GIN, L.L.P.
    111 East Seventh Street
3   Hanford, CA 93230
    Telephone (559) 584-6656
4   Facsimile (559) 582-3106
    edwards@griswoldlasalle.com; johnson@griswoldlasalle.com
5
    Attorneys for Defendants
6
                    UNITED STATES DISTRICT COURT
7
          EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION
8

9   SABAS ARRENDONDO, et al.,          )   Case No.: 1:09-cv-01247-LJO-DLB
                                        )
10              Plaintiffs,            )   ORDER ON STIPULATION TO
                                        )   EXTEND TIME TO FILE INITIAL
11  v.                                  )   DISCLOSURES
                                        )
12  DELANO FARMS COMPANY, et al.        )
                                        )
13              Defendants.            )
    _____)

14        Initial Disclosures are now due on December 7, 2009.

15

16        IT IS SO ORDERED.

    **Dated:   December 1, 2009**          _____/s/ **Dennis L. Beck**_____
17                                         UNITED STATES MAGISTRATE JUDGE

18

19

20

21

22

23

24

25

26

27

28