GREGORY J. RAMIREZ (SBN 130515)
JESSICA ARCINIEGA (Bar No. 261169)
**WASSERMAN, COMDEN, CASSELMAN**
**& ESENSTEN, L.L.P.**
300 E. Esplanade Drive, Suite 1960
Oxnard, California  93036-0284
Telephone:  (805) 988-0285
Facsimile: (805) 988-0375


MARCOS CAMACHO (SBN  123501)
THOMAS PATRICK LYNCH (SBN 159277)
**LAW OFFICES OF MARCOS CAMACHO**
1227 California Avenue
Bakersfield, CA 93304
Telephone (661) 324-8100
Facsimile (661) 324-8103


Attorneys for Plaintiffs, SABAS ARREDONDO, et. al.


# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| SABAS ARREDONDO, JOSE CUEVAS, HILARIO GOMEZ, IRMA LANDEROS, and ROSALBA LANDEROS individually<br>and on behalf of all others similarly situated,<br>　　　　Plaintiffs,<br><br>　　vs.<br><br>DELANO FARMS COMPANY, a Washington State Corporation; CAL-PACIFIC FARM MANAGEMENT, L.P.; T&R BANGI'S AGRICULTURAL SERVICES, INC. and DOES 1 through 10, inclusive,<br>　　　　Defendants. | CASE NO. 1:09-CV-01247-LJO-DLB<br><br><br>**ORDER ON STIPULATION TO EXTEND DEADLINE FOR PLAINTIFFS TO FILE MOTION FOR CLASS CERTIFICATION** |

　　　　IT IS SO ORDERED.  Plaintiffs' deadline in which to file a Motion for Certification of a Class is August 10, 2010.  Defendants' deadline in which to file Opposition to Plaintiffs' Motion for Certification of a Class is September 10, 2010.  Plaintiffs' Motion for Certification of a Class shall be will be heard on September 22, 2010.  The Court's Further Scheduling Conference will be held on October 21, 2010.


NO FURTHER CONTINUANCES WILL BE GRANTED.


Dated: _April 27, 2010___　　　　　　　　　/s/ LAWRENCE J. O'NEILL_____
　　　　　　　　　　　　　　　　　　　United States District Judge