1
2
3
4
5
6                 **IN THE UNITED STATES DISTRICT COURT**

7                **FOR THE EASTERN DISTRICT OF CALIFORNIA**

8

9    SABAS ARRENDONDO, et al.,                    CASE NO. CV F 09-1247 LJO DLB

10                    Plaintiff,                  **TEMPORARY RESTRAINING ORDER;**
                                                  **ORDER TO SHOW CAUSE RE**
11         vs.                                    **PRELIMINARY INJUNCTION**

12   DELANO FARMS COMPANY,
     et al.,
13
                     Defendants.
14   _____/

15   TO: DEFENDANTS DELANO FARMS COMPANY AND ITS ATTORNEYS OF RECORD:

16         PENDING HEARING on the below Order to Show Cause, for good cause shown, it is

17   ORDERED that Delano Farms Company, and its supervisors, including, but not limited to, Manual

18   Guzman, as well as officers, agents, managers and employees of Delano Farms Company, and any other

19   persons in active concert with Delano Farms Company, be, and hereby are, temporarily enjoined and

20   restrained until August 25, 2010 and no longer without the further order of this Court, from engaging

21   in or performing the following:

22         (a)    taking any retaliatory measures or other adverse actions based on retaliatory intent

23                affecting identified plaintiffs, identified and/or reasonably known putative class

24                members, and identified and/or reasonably known potential witnesses, in *Arrendondo v.*

25                *Delano Farms Company;*

26         (b)    taking any action calculated to discourage current or past employees of Delano Farms

27                from free and open association with any identified plaintiff, identified and/or reasonably

28                known putative class member, or identified and/or reasonably known potential witness

                                                 1

1                   in *Arrendondo v. Delano Farms Company;*

2     (c)     discharging, firing, terminating, suspending, failing to pay, disciplining or taking any

3             other similar adverse action which has the anticipated or intended effect of precluding

4             or discouraging any current Delano Farms employee from testifying, assisting or

5             participating in any proceeding, hearing or investigation in this action, provided,

6             however, that nothing in this Order shall prevent Delano Farms from making normal and

7             customary hiring and firing decisions in the normal course of business.

8

9       IT IS FURTHER ORDERED that Defendant Delano Farms Company shall post, distribute and

10 deliver a copy of this ORDER in English and Spanish to the following entities in the following manner:

11     (a)     Post a copy of this TRO in English and Spanish on a prominently located bulletin board

12             easily and customarily accessible by employees in all Delano Farms facilities; and

13     (b)     Distribute a copy of the TRO to each of Defendant's officers, directors, managers,

14             officers, supervisors, and agents at their place of business or home.

15       IT IS FURTHER ORDERED that defendant Delano Farms appear before this Court on August

16 25, 2010 at 8:30 a.m., or as soon thereafter as counsel can be heard, and show cause, why, pending the

17 final disposition of the matters in *Arrendondo v. Delano Farms Company*, Defendant should not be

18 preliminarily enjoined and restrained in conformance with this Order.  Defendants shall show cause in

19 writing, **no later than August 19, 2010**.  **This Court shall discharge the show cause order if, no later**

20 **than August 19, 2010, defendants file and serve a statement of consent to this restraining order.**

21 Plaintiff shall file any written reply no later that 3:00 p.m. on August 23, 2010.

22       IT IS SO ORDERED.

23 **Dated:**   **August 10, 2010**           **/s/ Lawrence J. O'Neill**
                                      UNITED STATES DISTRICT JUDGE

24

25

26

27

28