GREGORY J. RAMIREZ (SBN 150515)
JAMES E. PERERO (SBN 258124)
JESSICA ARCINIEGA (SBN 261169)
**WASSERMAN, COMDEN, CASSELMAN & ESENSTEN, L.L.P.**
300 E. Esplanade Drive, Suite 1960
Oxnard, California 93036-0284
Telephone: (805) 988-0285
Facsimile: (805) 988-0375

MARCOS CAMACHO (SBN 123501)
THOMAS PATRICK LYNCH (SBN 159277)
**LAW OFFICES OF MARCOS CAMACHO**
1227 California Avenue
Bakersfield, CA 93304
Telephone (661) 324-8100
Facsimile (661) 324-8103

Attorneys for Plaintiffs, SABAS ARREDONDO, et. al.

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| SABAS ARREDONDO, JOSE CUEVAS, HILARIO GOMEZ, IRMA LANDEROS and ROSALBA LANDEROS individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>DELANO FARMS COMPANY, a Washington State Corporation; CAL-PACIFIC FARM MANAGEMENT, L.P.; T&R BANGI'S AGRICULTURAL SERVICES, INC. and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 1:09-CV-01247-LJO-DLB<br><br>STIPULATION AND PRELIMINARY INJUNCTION |

For GOOD CAUSE, the Parties to this action respectfully file this Stipulation and Preliminary Injunction. In accordance with the Court's Order granting Plaintiffs' Temporary Restraining Order, dated August 10, 2010, and the Court's Minute Order dated August 23, 2010, the Parties have met and conferred regarding the need for a preliminary injunction and the proposed terms of a preliminary injunction. In a good faith effort to

962094.1

resolve the matter, the Parties have come to an agreement.

As such and subject to the Court's approval, the Parties have agreed and hereby stipulate to the following: (1) The Court will issue a preliminary injunction to remain in place throughout the duration of the litigation of this case; and (2) the proposed terms of the preliminary injunction mirror the terms of the Temporary Restraining Order, and are as follows:

(i) Delano Farms Company, Cal Pacific Farm Management, L.P., and T&R Bangi's Agricultural Services, Inc., (hereinafter collectively referred to as "Defendants") and their supervisors, including, but not limited to, Manuel Guzman, as well as officers, agents, managers and employees of Defendants, and any other persons in active concert with Defendants be, and hereby are, enjoined and restrained from engaging in or performing the following:

(a) taking any retaliatory measures or other adverse actions based on retaliatory intent affecting identified plaintiffs, identified and/or reasonably known putative class members, and identified and/or reasonably known potential witnesses, in *Arredondo, et. al. v. Delano Farms Company, et. al.*;

(b) taking any action calculated to discourage current or past employees of Defendants from free and open association with any identified plaintiff, identified and/or reasonably known putative class member, or identified and/or reasonably known potential witness in *Arredondo, et. al. v. Delano Farms Company, et. al.*;

(c) discharging, firing, terminating, suspending, failing to pay, disciplining or taking any other similar adverse action which has the anticipated or intended effect of precluding or discouraging any current employee of Defendants from testifying, assisting

962094.1

or participating in any proceeding, hearing or investigation in this action, provided, however, that nothing in this preliminary injunction shall prevent Defendants from making normal and customary hiring and firing decisions in the normal course of business.

IT IS FURTHER ORDERED that Defendants shall post, distribute and deliver a copy of this Preliminary Injunction in English and Spanish to the following entities in the following manner:

(a)   Post a copy of the Preliminary Injunction in English and Spanish on a prominently located area easily and customarily accessible by employees in all Delano Farms job sites; and

(b) Distribute a copy of the Preliminary Injunction to each of Defendants' officers, directors, managers, supervisors, and agents at their place of business or home.

DATED: August 26, 2010            **WASSERMAN, COMDEN,**
                                  **CASSELMAN & ESENSTEN. L.L.P.**


                                  By:  /s/ JESSICA ARCINIEGA
                                         JESSICA ARCINIEGA
                                  Attorneys for Plaintiffs, SABAS ARREDONDO, et. al.


DATED: August 26, 2010            **GRISWOLD, LaSALLE, COBB, DOWD &**
                                  **GIN. LLP**


                                  By:  /s/ MICHAEL R. JOHNSON
                                         MICHAEL R. JOHNSON
                                  Attorneys for Defendants, DELANO FARMS COMPANY. et. al.

962094.1

IT IS SO ORDERED: (1) A preliminary injunction is to remain in place throughout the duration of the litigation of this case; and (2) the terms of the preliminary injunction are as follows:

(i) Delano Farms Company, Cal Pacific Farm Management, L.P., and T&R Bangi's Agricultural Services, Inc., (hereinafter collectively referred to as "Defendants") and their supervisors, including, but not limited to, Manuel Guzman, as well as officers, agents, managers and employees of Defendants, and any other persons in active concert with Defendants be, and hereby are enjoined and restrained from engaging in or performing the following:

(a)     taking any retaliatory measures or other adverse actions based on retaliatory intent affecting identified plaintiffs, identified and/or reasonably known putative class members, and identified and/or reasonably known potential witnesses, in *Arredondo, et. al. v. Delano Farms Company, et. al.*;

(b)     taking any action calculated to discourage current or past employees of Defendants from free and open association with any identified plaintiff, identified and/or reasonably known putative class member, or identified and/or reasonably known potential witness in *Arredondo, et. al. v. Delano Farms Company, et. al.*;

(c)     discharging, firing, terminating, suspending, failing to pay, disciplining or taking any other similar adverse action which has the anticipated or intended effect of precluding or discouraging any current employee of Defendants from testifying, assisting or participating in any proceeding, hearing or investigation in this action, provided, however, that nothing in this preliminary injunction shall prevent Defendants from making normal and customary hiring and firing decisions in the normal course of business.

962094.1

IT IS FURTHER ORDERED that Defendants shall post, distribute and deliver a copy of this Preliminary Injunction in English and Spanish to the following entities in the following manner:

(a)     Post a copy of the Preliminary Injunction in English and Spanish on a prominently located area easily and customarily accessible by employees in all Delano Farms job sites; and

(b) Distribute a copy of the Preliminary Injunction to each of Defendants' officers, directors, managers, supervisors, and agents at their place of business or home.

IT IS SO ORDERED.

Dated: _August 27, 2010__                    /s/ Lawrence J. O'Neill_____
                                             UNITED STATES DISTRICT JUDGE

962094.1