1  GREGORY J. RAMIREZ (SBN 150515)
   JAMES E. PERERO (SBN 258124)
2  JESSICA ARCINIEGA (SBN 261169)
   **WASSERMAN, COMDEN, CASSELMAN**
3    **& ESENSTEN, L.L.P.**
   300 E. Esplanade Drive, Suite 1960
4  Oxnard, California  93036-0284
   Telephone:  (805) 988-0285
5  Facsimile: (805) 988-0375

6  MARCOS CAMACHO (SBN  123501)
   THOMAS PATRICK LYNCH (SBN 159277)
7  **LAW OFFICES OF MARCOS CAMACHO**
   1227 California Avenue
8  Bakersfield, CA 93304
   Telephone (661) 324-8100
9  Facsimile (661) 324-8103

10 Attorneys for Plaintiffs, SABAS ARREDONDO, et al.

14              **UNITED STATES DISTRICT COURT**

15          **EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**

| | |
|---|---|
| 16 SABAS ARREDONDO, JOSE CUEVAS, HILARIO GOMEZ, IRMA LANDEROS, and ROSALBA LANDEROS individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>DELANO FARMS COMPANY, a Washington State Corporation; CAL-PACIFIC FARM MANAGEMENT, L.P.; T&R BANGI'S AGRICULTURAL SERVICES, INC. and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 1:09-CV-01247-LJO-DLB<br><br>**ORDER ON STIPULATION TO EXTEND DEADLINE FOR PLAINTIFFS TO FILE MOTION FOR CLASS CERTIFICATION** |

26 ///

27 ///

28 ///

IT IS SO ORDERED.  Plaintiffs' deadline in which to file a Motion for Certification of a Class is January 28, 2011.  Defendants' deadline in which to file Opposition to Plaintiffs' Motion for Certification of a Class is February 28, 2011.  Plaintiffs' Motion for Certification of a Class shall be heard on March 16, 2011 at 8:30a.m.

DATED:  December 29, 2010                    /s/ Lawrence J. O'Neill
                                             U.S. DISTRICT COURT JUDGE

WASSERMAN, COMDEN, CASSELMAN & ESENSTEN, L.L.P.
300 E. ESPLANADE DRIVE, SUITE 1960
OXNARD, CALIFORNIA 93036-0284

974008.1                     2                  1:09-CV-01247-LJO-DLB
PARTIES' STIPULATION TO EXTEND DEADLINE FOR PLAINTIFFS TO FILE CLASS CERTIFICATION MOTION