IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SABAS ARRENDONDO, et al., | CASE NO. CV F 09-1247 LJO DLB |
| Plaintiff, | **ORDER DENYING PLAINTIFFS' REQUEST FOR LEAVE TO EXCEED PAGE LIMITATION** |
| vs. | |
| DELANO FARMS COMPANY, et al., | |
| Defendants. | |

On January 19, 2011, plaintiffs filed a request for leave to exceed the 25-page limit for plaintiffs' motion for class certification. The basis for the request is the factual intensiveness of the issues involved in this action and the significance of the issues to be addressed. Plaintiffs argue that the facts are derived from 28 depositions, 100,000 pages of documents and other discovery responses.

The Court DENIES the request. The 25-page limit on briefing promotes efficiency and laser-like identification and discussion of issues, as well as preserves judicial resources. This Court is overburdened with in excess of 1300 cases, with each addressing significant and important legal issues and facts as in the current case. Counsel, not the Court, must distill important legal issues and argue effectively so that justice may be rendered to all who appear before this Court.

**ORDER**

For the foregoing reasons, this Court DENIES the request for leave to exceed the page limit. IT IS SO ORDERED.

**Dated: January 20, 2011**          /s/ Lawrence J. O'Neill
                                    UNITED STATES DISTRICT JUDGE

1