GREGORY J. RAMIREZ (SBN 150515)
JAMES E. PERERO (SBN 258124)
JESSICA ARCINIEGA (SBN 261169)
**WASSERMAN, COMDEN, CASSELMAN & ESENSTEN, L.L.P.**
300 E. Esplanade Drive, Suite 1960
Oxnard, California 93036-0284
Telephone: (805) 988-0285
Facsimile: (805) 988-0375

MARCOS CAMACHO (SBN 123501)
THOMAS PATRICK LYNCH (SBN 159277)
MARIO G. MARTINEZ (SBN 200721)
**LAW OFFICES OF MARCOS CAMACHO**
1227 California Avenue
Bakersfield, CA 93304
Telephone (661) 324-8100
Facsimile (661) 324-8103

Attorneys for Plaintiffs, SABAS ARREDONDO, et al.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| SABAS ARREDONDO, JOSE CUEVAS, HILARIO GOMEZ, IRMA LANDEROS, and ROSALBA LANDEROS individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>DELANO FARMS COMPANY, a Washington State Corporation; CAL-PACIFIC FARM MANAGEMENT, L.P.; T&R BANGI'S AGRICULTURAL SERVICES, INC. and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 1:09-CV-01247-LJO-DLB<br><br>**CLASS ACTION**<br><br>**NOTICE OF MOTION AND PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>[Filed Concurrently Herewith: Declaration of Gregory J. Ramirez, Declaration of Marcos Camacho, Declaration of Kenneth L. Creal, and [Proposed] Order]<br><br>Date:      March 16, 2011<br>Time:     8:30 a.m.<br>Courtroom: 4<br>Judge:    Hon. Lawrence J. O'Neill<br><br>ORAL ARGUMENT REQUESTED |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT on March 16, 2011, at 8:30 a.m., or as soon thereafter as the matter may be heard, in Department 4 of the above-entitled Court, Plaintiffs SABAS ARREDONDO, JOSE CUEVAS, HILARIO GOMEZ, IRMA LANDEROS and ROSALBA LANDEROS; individually and on behalf of all others similarly situated will move for class certification pursuant to Federal Rules of Civil Procedure 23(a) and 23(b). Plaintiffs hereby move the Court for an Order as follows:

1.  To certify the action as a class action;
2.  To certify SABAS ARREDONDO as a class representative;
3.  To certify JOSE CUEVAS as a class representative;
4.  To certify HILARIO GOMEZ as a class representative;
5.  To certify IRMA LANDEROS as a class representative;
6.  To certify ROSALBA LANDEROS as a class representative;
7.  To certify Gregory J. Ramirez of Wasserman, Comden, Casselman & Esensten, LLP and Marcos Camacho of the Law Offices of Marcos Camacho as counsel for the Plaintiff class.
8.  To approve Notice to the Class using the Notice and the certified Spanish translation of the Notice, attached as Exhibit 106 hereto.

The motion will be made on the grounds that: (1) the class is ascertainable; (2) common questions of law and fact predominate; (3) the class representatives' claims are typical of the class claims; (4) the class representatives are members of the class and can adequately protect the interests of the class; (5) the class action is superior to other available methods for the fair and efficient adjudication of the controversy; and (6) counsel for the class are qualified to conduct the pending litigation.

1   The motion will be based on this Notice of Motion and Motion; the
2   accompanying Memorandum of Points and Authorities in support thereof; the
3   attached declarations of Gregory J. Ramirez, Marcos Camacho, Kenneth L. Creal,
4   CPA; the complete files and records in this action; and upon such additional
5   evidence as may be presented at the time of the hearing on this motion.

7   DATED: January 28, 2011       **WASSERMAN, COMDEN,**
                                   **CASSELMAN & ESENSTEN, L.L.P.**

                                   By: _/s/ Gregory Ramirez_
                                       GREGORY J. RAMIREZ
                                       Attorneys for Plaintiffs, SABAS
                                       ARREDONDO, et al.

977764.1                    3
NOTICE OF MOTION AND MOTION IN SUPPORT OF PLAINTIFFS'
MOTION FOR CLASS CERTIFICATION

# EXHIBIT 106

1  GREGORY J. RAMIREZ (SBN 150515)
   JAMES E. PERERO (SBN 258124)
2  JESSICA ARCINIEGA (SBN 261169)
   **WASSERMAN, COMDEN, CASSELMAN**
3  **& ESENSTEN, L.L.P.**
   300 E. Esplanade Drive, Suite 1960
4  Oxnard, California 93036-0284
   Telephone: (805) 988-0285
5  Facsimile: (805) 988-0375

6  MARCOS CAMACHO (SBN 123501)
   THOMAS PATRICK LYNCH (SBN 159277)
7  MARIO G. MARTINEZ (SBN 200721)
   **LAW OFFICES OF MARCOS CAMACHO**
8  1227 California Avenue
   Bakersfield, CA 93304
9  Telephone (661) 324-8100
   Facsimile (661) 324-8103
10

11 Attorneys for Plaintiffs, SABAS ARREDONDO,
   et al.
12

13                  UNITED STATES DISTRICT COURT

14          EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

15

| | |
|---|---|
| SABAS ARREDONDO, JOSE CUEVAS, HILARIO GOMEZ, IRMA LANDEROS, and ROSALBA LANDEROS individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>DELANO FARMS COMPANY, a Washington State Corporation; CAL-PACIFIC FARM MANAGEMENT, L.P.; T&R BANGI'S AGRICULTURAL SERVICES, INC. and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 1:09-CV-01247-LJO-DLB<br><br>**NOTICE OF<br>CLASS ACTION LAWSUIT** |

TO: CURRENT AND FORMER EMPLOYEES OF DELANO FARMS COMPANY, CAL-PACIFIC FARM MANAGEMENT, L.P., AND T&R BANGI'S AGRICULTURAL SERVICES

IMPORTANT NOTICE – READ CAREFULLY

977755.1                                1
NOTICE OF CLASS ACTION LAWSUIT

### 1. What is this notice about?

This notice is an official court notice to let you know about a pending "class action" lawsuit. You may be a member of the "class" of persons affected by the lawsuit.

### 2. What is the purpose of this notice?

The purpose of this notice is to give you information that you may need to determine how this lawsuit might affect you.

### 3. What is a "class action lawsuit"?

A "class action lawsuit" is a lawsuit in which a few people represent a large group, or "class" of people. They do that in an effort to resolve the similar legal claims of all the members of the group at one time. Here, the Court has allowed the "Plaintiffs", Sabas Arredondo, Jose Cuevas, Hilario Gomez, Irma Landeros, and Rosalba Landeros to represent other workers of Delano Farms Company, Cal-Pacific Farm Management, L.P., and T&R Bangi's Agricultural Services (hereafter "Delano Farms/Cal-Pac/T&R").

### 4. What is the lawsuit about?

Plaintiffs filed a lawsuit which claims Delano Farms/Cal-Pac/T&R have failed to pay wages that it owes to their workers, having failed to keep accurate records of the hours worked and wages earned by their workers, and having committed other violations of law.

Plaintiffs argue that commencing July 2005 forward, workers doing field work in the table grape fields at Delano Farms performed work at the beginning and end of the workday without being paid for that work. During the table grape harvest before the official start time, the unpaid work consisted of preparing the work area by setting up tables with boxes, preparing other materials or equipment, and attending school before the official start time, which occurred on a daily basis. During the harvest after the official stop time, the unpaid work consisted of packing grapes, cleaning the work area, and performing certain work at home, which occurred on a daily basis. During the other table grape seasons, the unpaid work consisted of attending school before the official start time, which occurred a various times each season.

Plaintiffs also argue that Delano Farms/Cal-Pac/T&R failed to keep accurate records of the hours worked and wages earned by field laborers, failed to provide necessary work tools such as clippers, shears, girdling knives, files, holsters, gloves, and goggles.

Plaintiffs filed this lawsuit for their own benefit and to benefit the members of the class.

Delano Farms/Cal-Pac/T&R deny that they owe money to their workers or that they committed any violation of law.

### 5. Why is this notice being sent to you?

From the records of Delano Farms/Cal-Pac/T&R, it appears that you worked as a field laborer at Delano Farms during the time after July 17, 2005. This means that you are one of the people whose rights could be affected by the lawsuit.

### 6. Has the Court ruled on plaintiffs' claims?

No. The Court has not yet ruled on any of plaintiffs' claims. The fact that this notice is being mailed to you does not mean that the Court approves or disapproves of plaintiffs' arguments or Delano Farms/Cal-Pac/T&R's arguments.

### 7. How does the lawsuit affect other workers at Delano Farms/Cal-Pac/T&R?

The Court has given plaintiffs permission to represent all persons who worked at Delano Farms as field laborers who were not paid for time worked at the beginning or end of the day and who are owed wages that first became due on or after July 17, 2005. The Court has also given plaintiffs permission to represent all such field laborers who were not properly provided or reimbursed for tools and for whom inaccurate records regarding hours of work and wages were kept by Delano Farms/Cal-Pac/T&R during the same period.

If plaintiffs win the lawsuit, other workers who are in the class may share in damages awarded to the plaintiffs and other class members.

If plaintiffs lose the lawsuit, other workers who are in the class may be prevented from bringing their own lawsuit against Delano Farms/Cal-Pac/T&R.

### 8. Do I have to do anything to stay in the lawsuit?

No. You do not have to do anything to stay in the lawsuit. However, if the plaintiffs prevail the plaintiffs' attorneys may ask the Court to award them a share of your recovery, and the recovery of other class members, to pay their fees and costs. The Plaintiffs' attorneys may also ask the Court to order Delano Farms/Cal-Pac/T&R to pay their fees and costs.

Even if Delano Farms/Cal-Pac/T&R wins the lawsuit, you will not be required to pay any fees or costs for Delano Farms/Cal-Pac/T&R's lawyers.

### 9. What do I need to do if I want to stay in this lawsuit as a class member?

If you want to stay in this case as a class member, you do not have to do anything.

If you want to, you can hire your own lawyer and have that lawyer file an appearance for you in the lawsuit. You do not have to do that, however.

### 10. What should I do if I do not want to be part of the lawsuit?

If you do not want to be part of the lawsuit, all you need to do is write and tell the Judge. If you decide not to participate, you have the right to get your own lawyer and bring your own separate lawsuit if you so desire.

If you exclude yourself from the lawsuit and plaintiffs win, you will not receive a share of the money that plaintiffs win.

1  **11. How do I get out of the lawsuit?**

2  If you do not want to be a part of the lawsuit, fill out and send in the form attached at the back of this notice, called "Election to be Excluded." If you cannot write, have someone fill in the form for you. Send the form to the Clerk of the Court at this address:

Case No. 1:09-CIV-01247-LJO-DLB
Clerk of the United States District Court
Eastern District of California, Fresno Division
2500 Tulare Street, Room 1501
Fresno, CA 93721

Your form must be received by the Clerk of the Court no later than [insert date 60 days from after the notice is mailed].

**12. Who are the lawyers representing the class and how do I get further information?**

The Court has appointed the lawyers who filed the lawsuit for plaintiffs to serve as lawyers for the class. These lawyers are:

Gregory J. Ramirez
Wasserman, Comden, Casselman & Esensten, L.L.P.
300 E. Esplanade Drive, Suite 1960
Oxnard, CA 93036
(805) 988-0285

Marcos Camacho
Law Office of Marcos Camacho
1227 California Avenue
Bakersfield, CA 93304
(661) 324-8100

If you have questions about this case or need help understanding this notice, you may contact either of these lawyers. Both lawyers have staff fluent in Spanish language.

The pleadings and other papers filed in this action are available for inspection at the office of the Clerk of the Court.

DO NOT CALL THE COURT OR CLERK OF THE COURT!

Dated:

<u>ELECTION TO BE EXCLUDED</u>

The undersigned… [print name] hereby elects to be excluded from the class in accordance with the provisions of the Notice of Class Action.

Dated:

NAME:_____

ADDRESS:_____

PHONE NUMBER: _____

THIS ELECTION TO BE EXCLUDED MUST BE RECEIVED BY
THE COURT ON OR BEFORE… [Date]

A LOS EMPLEADOS ACTUALES Y PASADOS DE DELANO FARMS COMPANY, CAL-PACIFIC FARM MANAGEMENT, L.P., T&R BANGI'S AGRICULTURAL SERVICES

## AVISO IMPORTANTE – LEER ATENTAMENTE

1. ¿De qué se trata este aviso?

Este aviso es un aviso oficial judicial para informarle sobre una "demanda colectiva" que está pendiente. Puede ser que usted sea miembro de la "clase" de personas afectadas por esta demanda.

2. ¿Qué propósito tiene este aviso?

El propósito de este aviso es de brindarle información que usted pueda necesitar para determinar de que manera le puede afectar esta demanda.

3. ¿Qué es una "demanda colectiva"?

Una "demanda colectiva" es una demanda en la cual pocas personas representan a un grupo numeroso de personas, o una "clase" de personas. Hacen esto con fin de resolver los reclamos legales semejantes de todos los miembros del grupo a la misma vez. En esta instancia, la Corte a permitido que los "demandantes", Sabas Arredondo, Jose Cuevas, Hilario Gomez, Irma Landeros, y Rosalba Landeros representen a otros trabajadores de Delano Farms Company, Cal-Pacific Farm Management, L.P., y T&R Bangi's Agricultural Services (aquí y en adelante conocidos como "Delano Farms/Cal-Pac/T&R).

4. ¿De qué trata la demanda?

Los demandantes entablaron una demanda en la cual reclaman que Delano Farms/Cal-Pac/T&R no cumplieron con pagar a sus trabajadores sueldos que les debían, no mantener documentación precisa de las horas trabajadas y los sueldos merecidos por sus trabajadores, y otras violaciones de la ley.

Los demandantes alegan que empezando en Julio del 2005 y en adelante, los trabajadores de campo laborando en los campos de uva de mesa para Delano Farms rindieron trabajo en el inicio y en el final del día de trabajo sin recibir paga alguna por su trabajo. Durante la cosecha de la uva de mesa, antes de la hora oficial de entrada, el trabajo sin paga consistía en preparar el área de trabajo acomodando las mesas con las cajas, preparando otro material o equipo, y asistir a la escuelita antes de la hora oficial de entrada, lo cual ocurría a diario. Durante la cosecha, después de la hora oficial de salida, el trabajo sin paga consistía en empacar las uvas, limpiar el area de trabajo, y desempeñar cierto trabajo en casa, lo cual ocurría a diario. Durante las otras temporadas de uva de mesa, el trabajo sin paga consistía en asistir a la escuelita antes de la hora oficial de entrada, lo cual ocurría varias veces durante cada una de las temporadas.

Los demandantes también alegan que Delano Farms/Cal-Pac/T&R no cumplieron con mantener la documentación precisa de las horas trabajadas y los sueldos merecidos por los trabajadores de campo, no cumplieron con proveer las herramientas necesarias tal como tijeras, podadoras, navaja para anillar, limas, fundas, guantes, y gafas.

Los demandantes entablaron esta demanda para beneficio propio y para beneficiar a los miembros de la clase. Delano Farms/Cal-Pac/T&R niegan deberle dinero a sus trabajadores y niegan el haber violado alguna ley.

977719.1

5. ¿Por que se le envia este aviso a Usted?

De los archivos de Delano Farms/Cal-Pac/T&R, al parecer usted laboro como trabajador de campo para Delano Farms durante la fecha después del 17 de Julio, 2005. Esto significa que usted es una las personas cuyos derechos pueden verse afectados por esta demanda.

6. ¿Acaso la Corte a rendido una decision sobre las reclamaciones de los demandantes?

No. La Corte aun no ha hecho decision sobre las reclamaciones de los demandantes. El hecho de que usted recibió este aviso no significa que la Corte haya aprobado o denegado los argumentos de los demandantes o los argumentos de Delano Farms/Cal-Pac/T&R.

7. ¿ De que manera afecta esta demanda a los otros trabajadores en Delano Farms/Cal-Pac/T&R ?

La Corte les ha otorgado permiso a los demandantes para que representen a todas las personas que hayan trabajado en Delano Farms como trabajadores de campo a quienes no se les pagaron las horas trabajadas al comenzar y terminar su día y a quienes se les deben sueldos desde la fecha del 17 de Julio, 2005 o después de esta fecha. La Corte también les ha otorgado a los demandantes permiso para representar a todos los trabajadores de campo a quienes no se les proporcionó adecuadamente o no se les reembolsó adecuadamente por las herramientas y a quienes no se les mantuvo documentación precisa por parte de Delano Farms/Cal-Pac/T&R de sus horas y sueldos durante esas mismas fechas.

Si los demandantes triunfan en la demanda, otros trabajadores que forman parte de la clase pueden también compartir en la indemnización que se les otorgue a los demandantes y a los otros participantes de la clase.

Si los demandantes pierden la demanda, puede prohibirse que otros trabajadores que forman parte de la clase entablen sus propias demandas contra Delano Farms/Cal-Pac/T&R.

8. ¿Debo hacer algo para permanecer en la demanda?

No. Usted no debe hacer nada para permanecer en la demanda. Sin embargo, si los demandantes triunfan los abogados de los demandantes pueden pedir a la Corte que les otorgue una parte de la indemnización que le corresponda a usted, y de la indemnización de otros miembros de la clase, para cubrir sus costos y honorarios. Los abogados de los demandantes pueden también pedir al Juez que de orden para que Delano Farms/Cal-Pac/T&R paguen sus costos y honorarios.

Aunque Delano Farms/Cal-Pac/T&R triunfe en la demanda, a usted no se le pedirá pagar ninguno de los costos u honorarios para los abogados de Delano Farms/Cal-Pac/T&R.

9. ¿Qué debo hacer si deseo permanecer en esta demanda como participante de la clase?

Si usted desea permanecer en este caso como participante colectivo, usted no debe hacer nada.

Si desea, usted puede contratar a su propio abogado y pedir que dicho abogado presente una constancia de participación en la demanda. Pero no se le requiere hacerlo.

10. ¿Qué debo hacer si no quiero participar en la demanda?

Si no desea formar parte de la demanda, lo único que debe hacer es avisarle a la Corte por escrito. Si usted decide no participar, usted tiene el derecho de contratar a su propio abogado y entablar su propia demanda independientemente si así lo desea.

Si usted se excluye de la demanda y los demandantes triunfan, usted no recibirá parte del dinero que se les otorgue a los demandantes.

11. ¿Como puedo excluirme de la demanda?

Si usted no desea formar parte de la demanda, llene y envíe la forma que viene adjunto en la parte posterior de este aviso titulado "Elección para ser Excluido". Si usted no puede escribir, pida que otra persona le llene la forma. Envíe la forma al Actuario del Tribunal a esta dirección:

Case No. 1:09-CIV-01247-LIO-DLB
Clerk of the United States District Court
Eastern District of California, Fresno Division
2500 Tulare Street, Room 1501
Fresno, CA 93721

Su forma debe llegar al Actuario del Tribunal a mas tardar [fecha vigente 60 días después a partir de cuando se envió el aviso].

12. ¿Quiénes son los abogados representando la clase y cómo puedo obtener más información?

La Corte ha asignado a los abogados que entablaron la demanda en nombre de los demandantes para que ejerzan como abogados de los participantes de la clase.

Los abogados son:

Gregory J. Ramirez
Wasserman, Comden, Casselman & Esenten, L.L.P.
300 E. Esplanade Drive, Suite 1960
Oxnard, CA 93036
(805) 988-0285

Marcos Camacho
Law Offices of Marcos Camacho
1227 California Avenue
Bakersfield, CA 93304
(661) 324-8100

Si tiene usted alguna pregunta sobre este caso o si necesita asistencia para poder entender este aviso, puede comunicarse con cualquiera de estos abogados. Ambos abogados tienen personal que hablan el Español.

Las actuaciones alegatorias y otros documentos archivados sobre esta demanda están disponibles para su revisión en el despacho del Actuario del Tribunal.

¡POR FAVOR NO LLAME AL TRIBUNAL O AL ACTUARIO DEL TRIBUNAL!

Fecha:

### ELECCION PARA SER EXCLUIDO

El suscrito ….. [escriba su nombre] por la presente elije ser excluido de la demanda colectiva de acuerdo a las cláusulas del Aviso de Demanda Colectiva.

Fecha:

NOMBRE:
DIRECCION:

NUMERO DE TELEFONO:

ESTA FORMA DE ELECCION PARA SER EXCLUIDO DEBE
SER RECIBIDO POR EL TRIBUNAL EN LA FECHA O ANTES DE LA FECHA …[Fecha]

977719.1

SANTANA, LOPEZ & ASSOCIATES, LLC
*Professional Language Interpreters*

PO Box 6269 Oxnard, CA 93031
Email: Info@ SantanaInt.com
Phone: (805) 988-8200
Fax: (805) 988-8288



## Affidavit of Translator

January 28, 2011

Documents: Delano Farms ENG Notice

TO CURRENT AND FORMER EMPLOYEES OF DELANO FARMS COMPANY, CAL-PACIFIC FARM MANAGEMENT, L.P., AND T&R BANGI'S AGRICULTURAL SERVICES

I, <u>Ramiro Martin</u>, hereby certify under penalty of perjury under the laws of the State of California that the above-referenced documents have been translated faithfully and accurately from the English language into the Spanish language, to the best of my knowledge and professional ability.

I am a State Certified Spanish Language Interpreter employed in the county of Ventura, California, on behalf of Central Coast Interpreters, Inc.

State Certification No. <u>100394</u>

_____          1/27/11
Signature                        Date