GREGORY J. RAMIREZ (SBN 150515)
JAMES E. PERERO (SBN 258124)
JESSICA ARCINIEGA (SBN 261169)
**WASSERMAN, COMDEN, CASSELMAN**
**& ESENSTEN, L.L.P.**
300 E. Esplanade Drive, Suite 1960
Oxnard, California  93036-0284
Telephone: (805) 988-0285
Facsimile: (805) 988-0375

MARCOS CAMACHO (SBN  123501)
THOMAS PATRICK LYNCH (SBN 159277)
MARIO G. MARTINEZ (SBN 200721)
**LAW OFFICES OF MARCOS CAMACHO**
1227 California Avenue
Bakersfield, CA 93304
Telephone (661) 324-8100
Facsimile (661) 324-8103

Attorneys for Plaintiffs, SABAS ARREDONDO,
et al.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

SABAS ARREDONDO, JOSE CUEVAS,
HILARIO GOMEZ, IRMA LANDEROS,
and ROSALBA LANDEROS individually,
and on behalf of all others similarly situated,

        Plaintiffs,

        vs.

DELANO FARMS COMPANY, a
Washington State Corporation; CAL-PACIFIC
FARM MANAGEMENT, L.P.; T&R
BANGI'S AGRICULTURAL SERVICES,
INC. and DOES 1 through 10, inclusive,

        Defendants.

CASE NO. 1:09-CV-01247-LJO-DLB

DECLARATION OF KENNETH L. CREAL,
CPA, IN SUPPORT OF PLAINTIFFS'
MOTION FOR CLASS CERTIFICATION

I, Kenneth L. Creal, declare as follows:

    1.  I am a Certified Public Accountant duly licensed to practice in the State of

California continuously since 1978; I have been retained by Plaintiffs' counsel as an expert

WASSERMAN, COMDEN, CASSELMAN & ESENSTEN, L.L.P.
300 E. ESPLANADE DRIVE, SUITE 1960
OXNARD, CALIFORNIA  93036-0284

WASSERMAN, COMDEN, CASSELMAN & ESENSTEIN, L.L.P.
300 E. ESPLANADE DRIVE, SUITE 1960
OXNARD, CALIFORNIA 93036-0284

1   witness in this case. This declaration is made in support of Plaintiffs' Motion for Class

2   Certification.

3       2.   In approximately 40 previous cases, I have offered expert testimony or reports in

4   litigation involving individual wage & hour claims as well as class action wage & hour claims.

5   I have offered expert reports in class actions ranging in size from 150 class members to over

6   13,000 class members, with as many as 6 million individual time entries for analysis.

7       3.   My curriculum vitae and record of testimony for the four prior years is attached as

8   Exhibit 1.  I have not authored any articles in the previous ten years.  My fee in this case is

9   based on normal per diem rates of $225 per hour for "fieldwork" and $300 per hour for

10  deposition and trial testimony.

        4.   For this declaration, I was asked to consider the following documents:

        a)   Plaintiffs' Complaint filed July 17, 2009

        b)   Declarations produced by Plaintiffs' witnesses

        c)   Declarations of Defendants' witnesses

        d)   Handwritten "Daily payroll sheets"

        e)   Paycheck data produced by Defendants from DataTech software

        f)   Deposition of Craig Allen Neville Person Most Knowledgeable of T&R
             Bangi's Agricultural Services, Inc. taken March 12, 2010

        g)   Transcript of proceedings before the Court on May 28, 2010

    My analysis and opinions are as follows:

        5.   Plaintiffs' attorneys provided me with 63 declarations of putative class members

    who are employees and former employees of the defendants – Delano Farms Company, Cal-

    Pacific Farm Management L.P., and T&R Bangi's Agricultural Services, Inc.  I determined that

    all of the employees offering declarations worked for the defendants for some or all of the time

    during the remedial period, which commenced in July 2005.

        6.   Of the 63 Declarants, all stated that their occupations were in one or more of the

    following areas: tipping, deleafing, pruning, debudding, picking, and/or packing.  The

    Declarants specifically mention working for 28 different foremen during the remedial period.

    (Some mention working for more than one foreman over the course of time, however, there

    were 28 different foremen mentioned in the declarations submitted by Plaintiffs' counsel).

        7.   Common throughout Plaintiffs' Declarations, Declarants state that they were

    required to arrive early to the jobsite during the pre-harvest and harvest.  It is clear to me from

the declarations that the declarants were required to attend school on the jobsite prior to the official start time of the shift, as well as perform several preparatory tasks. The school was conducted by the foreman and the time was used to address what would be harvested, safety, and quotas. Because each foreman conducted the school, each foreman would have known the time worked by the individuals attending school. In addition, during the harvest, the Declarants declare that they were required to prepare the work area by setting up tables with boxes and bags, and preparing other materials or equipment during the harvest.

8. The following table summarizes the statements of the 63 Declarants and demonstrates that it is both common and typical that employees were unpaid for pre-shift work, post-shift work, and were not reimbursed for required tools. The results are as follows:

| Description of Declarants' statements contained in the 63 declarations analyzed (paraphrased): | Number of Declarants making statements to this effect | Number of Declarants expressed in percentage terms |
|---|---|---|
| Worked prior to the recorded start time of their shift and were not paid | 62 | 98% |
| Incurred out-of-pocket cost for tools required to perform tasks in employment, but were not reimbursed by the employer | 62 | 98% |
| Worked after the recorded end time of their shift in the field and were not paid or required to take work home but not paid (often described as cleaning of trays) | 50 | 79% |

9. The Declarants describe the pre-shift work relevant to the harvest in such terms as setting up tables, stacking boxes, moving trays, placing labels on boxes, setting up umbrellas, and attending "school".

10. The Declarants describe post-shift work as cleaning and maintaining equipment at home, cleaning trays at home, and placing labels on bags at home. In addition, it was necessary to put away tables and boxes while still in the fields. They also had to complete packing of grapes, thus requiring time worked after the official end time of the shift.

11. In terms of relative time off the clock, the Declarants indicated that during the harvest, the following:

WASSERMAN, COMDEN, CASSELMAN & ESENSTEN, L.L.P.
300 E. ESPLANADE DRIVE, SUITE 1960
OXNARD, CALIFORNIA 93036-0284

3
DECLARATION OF KENNETH L. CREAL, CPA

a) The typical time spent working before the official start of the shift is at least 17 minutes per day.

b) The typical time spent working after the end of the shift is at least 11 minutes per day. In my opinion, the pre-shift and post-shift "off-the-clock" time worked at the jobsite is at least 28 minutes per day during the harvest – i.e. not de minimis - based upon the information I have gathered so far.

12. Among the observations appearing in the chart above, I note that 98% of the Declarants stated that he/she incurred out-of-pocket cost for tools, and that he/she was not reimbursed by Defendants. The foremen would tell them what tools to buy. Many of the Declarants explain the reason they had to buy their own tools was that if they showed up for work without the tools, they would not be allowed to work. I noted that the common type of tools described by the Declarants were gloves, shears, files, holsters, knives, and goggles. In my opinion, the employer in this case was and is required to provide and maintain the tools used, or reimburse putative class members for them.

13. I reviewed the deposition of Craig Allan Neville, the Person Most Knowledgeable of T&R Bangi's Agricultural Services, Inc. (T&R Bangi) taken on March 12, 2010. Mr. Neville worked for Defendants continuously since the early 1990's. Mr. Neville testifies that the foremen were required to record hours worked on "daily payroll sheets". (Neville depo Page 36, line 8 through Page 37, line 14). Mr. Neville testifies that supervisors instruct the foremen how to fill the time sheets out. (Neville depo page 197, lines 20-25).

14. Defendants produced numerous daily payroll sheets covering the remedial period. Each time sheet provides space for entering the date, the foreman's name, the ranch location, hours, the type of work, etc. It also provides space for each employee's name, employee number, and IN and OUT spaces for each employee. Exhibits 2 through 6 are examples of daily payroll sheets, and I discuss each in more detail below.

15. There are no spaces provided for the employee to evidence his/her review of the accuracy of the recorded time. Based on my inspection of numerous daily payroll sheets, which covers the time-keeping methods of virtually all of Defendants' foremen, there is no evidence that the Defendants provided a daily sign-in sheet that evidences the time work actually commenced, a sign-out sheet evidencing the time the shift ended (that is, when the employee completed the shift, not merely the time of day the employer may have announced the shift has ended). That opportunity was not provided to putative class members in this case.

WASSERMAN, COMDEN, CASSELMAN & ESENSTEN, L.L.P.
300 E. ESPLANADE DRIVE, SUITE 1960
OXNARD, CALIFORNIA  93036-0284

16. If it is true that supervisors instruct foreman as to how to fill out the time sheets, the instruction appears to be inadequate, in my opinion, and the result can be seen by reviewing a few examples. The examples cover a number of different foremen, and a date range covering the remedial period. There does not seem to be any change or improvement in the time-keeping methods throughout the remedial period. Additionally, the time sheets I describe below cover occupational areas such as picking, pruning, packing, debudding, and pruning.

17. Exhibit 2 is a three page daily time sheet dated July 21, 2008. The foreman is stated as Manual Jeronimo. Although spaces are provided for each employee's IN and OUT times, no entries are made in the spaces provided, except for the first employee listed. With respect to other time entries, only the total hours figure is entered and happens to be "8" for all 53 employees appearing on the report.

18. Exhibit 3 is a one page daily time sheet dated September 3, 2005. The foreman, Roger Mateo, fails to list even the time worked started and the time worked stopped. There were 29 employees appearing on the report. All employees were credited with 7 hours worked for the day.

19. Exhibit 4 is a one page daily time sheet dated September 8, 2005. Not only are there no start times or end times reflecting hours worked for any of the 30 employees listed, but the only entry reflecting hours worked is typewritten at the top of the form. My assumption is that the total hours figure for the work day was entered in advance at the time the rest of the header was typed. Such a time-keeping method is inappropriate.

20. Exhibit 5 is a one page daily time sheet dated April 20, 2007. The foreman, Sergio Medino reflects only one time entry across the upper portion of the page, extending from 6:30am to 3pm. The total hours worked were 8 hours each, yet the employees appears to have been credited with only 3 ½ hours for the day's work. The type of work is debudding.

21. Exhibit 6 is a one page daily time sheet dated January 21, 2009. The foreman, Rigoberto [last name unknown], makes a single entry for hours worked with no time entries whatsoever for any of the 23 employees. The type of work is pruning.

22. My review of numerous daily time sheets reveals that the type of time-keeping appearing in Exhibits 2 through 6 is representative of the time-keeping method used by virtually all foremen in charge of agricultural workers working for Defendants. The time-keeping method is not consistent with the requirements of the Wage Order. In my opinion, the handwritten daily payroll sheets are not reliable with respect to the actual shift start times and end times.

WASSERMAN, COMDEN, CASSELMAN & ESENSTEN, L.L.P.
300 E. ESPLANADE DRIVE, SUITE 1960
OXNARD, CALIFORNIA 93036-0284

23. The data appearing on the daily time sheet, insofar as the total hours worked and number of boxes picked (if applicable), is transferred to the Defendants' computer system (DataTech software) as explained by Mr. Neville in his deposition.  Thus, the computer data provides no more hourly data than the daily time sheet.   Attached as Exhibit 7 is an example of the type of data that the Defendants have provided with respect to putative class members.  The exhibit shows two employees' payroll check detail for a paycheck dated September 9, 2006. The first employee worked five days in the period.  The second employee worked six days in the period.  The entry for "BO" refers to bonus and represents the per box bonus for the number of boxes picked.  The entry "RH" refers to "Regular Hours" and represents the total hours credited to the employee for the day.  The live payroll data also evidences that the Company does not record the start and end time of each shift.

24. I obtained data in the form shown in Exhibit 7 covering the periods July through December 2005, all of 2006, 2007, and 2009.  (I have not yet converted 2008 to "live data" as of the date of this declaration).  The data is sufficient to enable me to eliminate employees who are not engaged in hourly agricultural work, as well as foremen. I am able to segregate the data by employee, by month, by "job id", etc. I am able to identify those employees engaged in picking grapes and the day(s) that grapes were picked for each employee. I can determine with certainty the employee number assigned to each of the putative class members, the hours credited to each in payroll, as well as the dates payrolls were paid, and the hourly wage rates paid. I can also determine which of the putative class members are terminated from employment.   The computer live data provides enough information to determine who members of the putative Class are.  The data provides a job code with each daily time entry, which will enable me to exclude hours worked in non-agricultural occupations, if contained in the data produced by defendants.

25. The table below presents overall data derived for 2005, 2006, 2007, and 2009. Column A of the table presents the number of employees working in the fields by month. Column B presents the number of hourly employees picking grapes and receiving the per box bonus.

WASSERMAN, COMDEN, CASSELMAN & ESENSTEN, L.L.P.
300 E. ESPLANADE DRIVE, SUITE 1960
OXNARD, CALIFORNIA 93036-0284

DECLARATION OF KENNETH L. CREAL, CPA

WASSERMAN, COMDEN, CASSELMAN & ESENSTEN, L.L.P.
300 E. ESPLANADE DRIVE, SUITE 1960
OXNARD, CALIFORNIA 93036-0284

| Month | 2005 | | | 2006 | | |
|---|---|---|---|---|---|---|
| | Number of Non Exempt Hourly Employees | Number of Employees receiving Per Box Bonuses | Percentage of Hourly Employees receiving Per Box Bonuses | Number of Non Exempt Hourly Employees | Number of Employees receiving Per Box Bonuses | Percentage of Hourly Employees receiving Per Box Bonuses |
| | A | B | C | A | B | C |
| January | Outside the Statutory Period | | | 1,440 | - | 0% |
| February | | | | 1,445 | - | 0% |
| March | | | | 658 | - | 0% |
| April | | | | 906 | - | 0% |
| May | | | | 2,148 | - | 0% |
| June | | | | 2,560 | - | 0% |
| July | 2,735 | 2,283 | 83% | 3,023 | 1,909 | 63% |
| August | 3,060 | 2,731 | 89% | 4,452 | 3,581 | 80% |
| September | 3,559 | 3,216 | 90% | 4,160 | 3,636 | 87% |
| October | 3,517 | 3,166 | 90% | 4,521 | 3,808 | 84% |
| November | 3,698 | 3,101 | 84% | 4,727 | 3,375 | 71% |
| December | 1,962 | 202 | 10% | 1,556 | 4 | 0% |
| Number of Unique employees who picked grapes | | 4,568 | | | 5,800 | |

| Month | 2007 | | | 2009 | | |
|---|---|---|---|---|---|---|
| | Number of Non Exempt Hourly Employees | Number of Employees receiving Per Box Bonuses | Percentage of Hourly Employees receiving Per Box Bonuses | Number of Non Exempt Hourly Employees | Number of Employees receiving Per Box Bonuses | Percentage of Hourly Employees receiving Per Box Bonuses |
| | A | B | C | A | B | C |
| January | 1,599 | - | 0% | 1,923 | - | 0% |
| February | 1,612 | - | 0% | 2,278 | - | 0% |
| March | 868 | - | 0% | 432 | - | 0% |
| April | 1,670 | - | 0% | 1,912 | - | 0% |
| May | 2,335 | - | 0% | 2,893 | - | 0% |
| June | 2,261 | - | 0% | 3,002 | - | 0% |
| July | 3,152 | 2,612 | 83% | 4,340 | 3,010 | 69% |
| August | 4,357 | 3,671 | 84% | 4,122 | 3,296 | 80% |
| September | 3,695 | 2,565 | 69% | 4,575 | 3,430 | 75% |
| October | 3,978 | 3,306 | 83% | 4,403 | 3,617 | 82% |
| November | 2,881 | 2,331 | 81% | 3,322 | 2,282 | 69% |
| December | 1,293 | 1 | 0% | 664 | 4 | 1% |
| Number of Unique employees who picked grapes | | 5,857 | | | 6,043 | |

26. The harvest period runs from July through November.  I have bolded those months so that the Court can readily see the number of employees picking grapes in each of the July

7

WASSERMAN, COMDEN, CASSELMAN & ESENSTEN, L.L.P.
300 E. ESPLANADE DRIVE, SUITE 1960
OXNARD, CALIFORNIA 93036-0284

through November periods.  (There is some minor payment data in December, but it is for grapes picked in the latter part of each November).  Column C of each table presents the ratio of workers picking grapes to the total.  The table shows that in July through November, the percentage of all employees who are engaged in picking grapes is as high as 90% of all employees in the fields.

27. The tables above provide the number of unique employees who worked in each year picking grapes.  The range was 4,568 in 2005 up to 6,043 in 2009.  In my work, I combined the employee numbers of all of the periods above (which excludes 2008 as of this declaration), and I have counted a total of 14,774 putative class members (unique employees) who picked grapes in the data provided to me.  The number will be higher if it is to include workers who did jobs other than picking grapes.

28. It is common for many employees who picked grapes to be involved in the pre-harvest as well.  The pre-harvest involved pruning in the winter months, debudding in early spring (April-May), tipping in May, and deleafing in June.  Columns A in the tables above, presents the potential number of putative class members involved in these occupations during the non-harvest period.  The payroll data provides the same type of information as for the grape pickers, which will enable me to identify each day worked for each putative class member.

My conclusions to date are as follows:

29. The Defendants employed as many as 4,727 putative class members in agricultural occupations at any given time during the remedial period.  Approximately 80% to 90% of the employees during July through November of each year were employed picking grapes.  Over the course of the remedial period, there are more than 14,774 putative class members.  I have not yet counted the 2008 activity, which will increase the numbers.

30. The Defendants failed to keep adequate time records showing when each employee began and ended each work period.  The Defendants' failure to keep adequate time records is pervasive throughout the remedial period and time records were inadequate for virtually all of the putative class members who were members of crews involved in agricultural occupations employed by Defendants.

31. Putative class members' expenditures for tools required in the performance of their job are significant, and Defendants failed to reimburse for them.

WASSERMAN, COMDEN, CASSELMAN & ESENSTEN, L.L.P.
300 E. ESPLANADE DRIVE, SUITE 1960
OXNARD, CALIFORNIA 93036-0284

32. In my opinion, a sufficient estimate of hours worked "off-the-clock" can be provided through the use of Class Member declarations, interviews of prospective witnesses, or surveys of Class Members. The same data-gathering-methods can be used to provide credible estimates of the unreimbursed cost of tools and unpaid reporting time.

33. The "live computer data" provides sufficient information to identify the individuals who performed "agricultural occupations" as defined in the Wage Order, and thus there is a mechanism readily available to identify would-be members of the Class.

34. The "live computer data" provides an accurate, reasonable and efficient calculation environment upon which the expert can provide an individual calculation estimate of damages for each Class Member based upon an averaging method of distributing damage amounts once such overall damages are quantified.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 27th day of January 2011 at Torrance, California.

KENNETH L. CREAL, CPA

DECLARATION OF KENNETH L. CREAL, CPA

EXHIBIT 1

# KENNETH L. CREAL

- Graduate of the University of Southern California – Bachelor of Science – Business Administration with a major in accounting in January 1975. Licensed Certified Public Accountant in California – 1978.

- Senior Auditor – Big Eight Firm responsible for all facets of audit engagements including planning, supervision and financial reporting – 1977.   Passed all four parts of the Uniform CPA examination at first sitting.

- Offered expert opinion testimony or reports in more than 100 cases involving the economic damages in wage & hour class actions, individual wage & hour litigation, wrongful termination cases, employee commission disputes, breach of contract, lost profits, shareholder and partner disputes, wrongful death, and embezzlements. Also provided reports in cases involving fraudulent conveyances, loan sharking, securities fraud, and the application of Generally Accepted Accounting Principles.

- Provided expert damage analyses in more than thirty wage & hour class action lawsuits involving more than 35,000 employees, as well as a number of individual wage & hour claims.

- Testified in several binding arbitrations where class action awards were in excess of $25 million and in cases involving publicly traded companies.

- Current areas of practice - accounting, taxation, and litigation support services. Clients include construction contractors, escrow trust companies, school districts, radio broadcasting, manufacturing, wholesale, retail sales, service, technology, construction, and real estate partnerships and brokerage offices.

- Testified on numerous occasions before the Superior Court of the State of California in the counties of Los Angeles, Orange, Kern, Santa Barbara, San Diego, and Ventura, as well as Arizona Superior Court in Maricopa County, Arizona. Also testified as an expert in U.S. District Court – Central and Southern Districts of California.

- Served as a court-appointed referee in business litigation in Ventura County. Served as a joint expert in a wage & hour class action in Ventura County.

- Guest lecturer at the 2007 Vermont State Auditor's conference on the topic of forensic accounting, and recently lectured on several occasions at Chapman University School of Law in its L.L.M. program.

- Worked with the Los Angeles and Ventura County District Attorney's Offices, California Department of Corporations, the National Association of Securities Dealers, various police departments, Sheriff's Departments of Los Angeles County, Ventura County, San Bernardino County, and the California State Attorney General's Office in connection with criminal prosecution to retrieve embezzled or misappropriated funds in a number of forensic accounting cases.

- Attended more than 1,400 hours of courses offered by the California State Society of Certified Public Accountants and other professional continuing education organizations. Curriculum has included litigation support, forensic accounting and fraud auditing, community property law, business valuation, real estate taxation, accounting and taxation matters.

Exhibit 1 (page 1)

KENNETH L. CREAL, CPA
RECORD OF TESTIMONY 2004 TO PRESENT
As of January 2011

**CASES IN WHICH KENNETH CREAL HAS TESTIFIED AS AN EXPERT 2004 to PRESENT**

| Year | Case Name | Nature Of Case | Venue | Testimony | |
|------|-----------|----------------|-------|-----------|---|
| 2011 | Laura Herrera et al. v. Vignolo Farms, Inc. et al. | Economic Damages in Wrongful Death | Kern County Superior Court | | Trial |
| 2010 | Andrew Howard v. Raytheon | Wrongful termination - economic damages | U. S. Central District | Deposition | |
| 2010 | Mohammad Hardan v. i-Pass, Inc. | Exempt v. Non-exempt Employee in Accounting Dept and wrongful termination | Orange County Superior Court | Deposition | |
| 2010 | Grigorian v. Monty's Towing Company | Individual Wage & Hour | Ventura County Superior Court | | Trial |
| 2010 | Ghazarian v. Monty's Towing Company | Individual Wage & Hour | Ventura County Superior Court | | Trial |
| 2010 | Moncada v. MED3000 | Wrongful termination - economic damages | Ventura County Superior Court | Deposition | |
| 2010 | Cabello v. BLH Construction, Inc. | Individual Wage & Hour | Ventura County Superior Court | | Trial |
| 2010 | Svare v. Williams Scotsman | Commission Wage dispute | Kern County Superior Court | Deposition | |
| 2009 | Fukuda Estate | Decedent's Will Contest | Los Angeles Superior Court | Deposition | Trial |
| 2009 | Martin Cisek v. Andrew Phillips and Dominic Magliarditi et. al. | Intentional Interference with Contract | Maricopa County AZ Superior Court | | Trial |
| 2009 | Douglas Armstrong v. C.J.Torre Construction | Commission Wage dispute | San Diego County Superior Court | Deposition | Trial |
| 2008 | Coastal Reinsurance Management, Inc. v. Madison National Life Insurance | Defamation, Intentional Interference, Lost profits | U. S. Central District - California | | Trial |
| 2008 | Mark Varnum Construction v. Michael Maloco | Breach of Contract - construction | Santa Barbara County Superior Court | Deposition | |
| 2008 | Marriage of Hechmer | Marital Dissolution - cash flow | Los Angeles Superior Court | | Trial |
| 2007 | Contreras v. Haas Automotive | Wrongful termination - economic damages | Ventura County Superior Court | | Trial |
| 2007 | Channel Islands Dental Laboratories v. Ramiro Quiroz, Joseph Quiroz, Manuel Quiroz | Intentional Interference, Lost profits | Ventura County Superior Court | Deposition | Trial |
| 2007 | Marriage of Rodriguez | Marital Dissolution | Orange County Superior Court | | Trial |
| 2007 | Huffaker v. Service Employees Union | Wrongful termination - economic damages | Ventura County Superior Court | Deposition | |
| 2007 | Roe v. Ecolab, Inc. | Wage & Hour Class Action | Binding Arbitration - Ventura County | | Trial |
| 2007 | Dietz v. Ecolab, Inc. (consolidated) | | Binding Arbitration - Ventura County | | |
| 2006 | Cortez V. Pool Well Services, Inc. (aka Nabors Industries, Inc.) | Wage & Hour Class Action | Binding Arbitration - Ventura County | Deposition | Trial |
| 2006 | Luis Cano v. L&H Concrete | Shareholder dispute | Ventura County Superior Court | Deposition | Trial |

Exhibit 1 (Page 2)

| 2006 | Ramirez v. Seaboard Produce | Wage & Hour Class Action | Ventura County Superior Court | Deposition | |
| 2006 | Extasy Records International, et al. v. Zaren Grigorian, et al. | Intentional Business Interference | Los Angeles Superior Court | Deposition | |
| 2005 | MRM Distribution v. Villeroy & Boch | Breach of Contract | U. S. Central District | Deposition | Trial |
| 2005 | Fowler, Shane v. CCI, Inc. | Wrongful termination - economic damages | Los Angeles Superior Court | Deposition | Trial |
| 2004 | Yolanda Benitez v. Rio School District | Reported on management of $20 million bond issue | Ventura County Superior Court | Deposition | |

## OTHER CASES IN WHICH KENNETH CREAL HAS OFFERED EXPERT REPORTS 2004 TO THE PRESENT:

| Year | Case Name | Nature Of Case |
|------|-----------|----------------|
| 2011 | D. Jacobson | Reported to Charlevoix Michigan Sherrif's office on embezzlement (resulted in warrant) |
| 2011 | Alfred Santos v. Americare Assisted Living, Inc. | Wage & Hour Individual Claim (Reported for Defense) |
| 2010 | Sirakanyan v. Gerabed Armenian Apostolic Church. | Wrongful termination - economic damages |
| 2010 | Pena et. al., v. Artesia Dairy | Wage & Hour Class Action |
| 2010 | Ruiz v. Wal-mart Stores, Inc. | Wrongful termination - economic damages |
| 2010 | Arney v. Ventura Investment Co. | Wrongful termination - economic damages |
| 2010 | Ora Chart v. Mars, Incorporated | Report for Defendant - Exempt v. Non-exempt Employee Status in Accounting Dept. |
| 2009 | Donna Beebe v. California Prudential Realty | Wrongful termination - economic damages |
| 2009 | Candete v. Cummings Vacuum Service, Inc. | Wage & Hour Class Action |
| 2009 | Gonzalez v. American Vision Windows, Inc. | Wage & Hour Class Action |
| 2009 | Kenton v. Paul Graham Drilling | Wage & Hour Class Action |
| 2009 | Martha Flores v. WantedList | Partnership Dispute, Breach of Contract |
| 2009 | Macey v. B&S Plastics, Inc. | Wrongful termination - economic damages |
| 2009 | Peter Korkonosov v. A. Golberg | Fraudulent Conversion of Financial Assets |
| 2009 | Ramirez Citrus Services, Inc. v. Eloise Fuentes, Wells Fargo, Bank of America | Embezzlement, Improper banking procedures |
| 2009 | Vargas v. Pecora | Embezzlement, Accountant negligence |
| 2009 | Azizodin v. TEXUSA, Inc | Shareholder Dispute (Reported for Defense) |
| 2009 | Ortiz v. Team Casing, Inc. | Wage & Hour Individual Claim |
| 2008 | Johnson v. Arvin-Edison Water Storage District | Wage & Hour Class Action |
| 2008 | Hiriarte v. Weatherford | Wage & Hour Class Action |

Exhibit 1 (Page 3)

OTHER CASES IN WHICH KENNETH CREAL HAS OFFERED EXPERT REPORTS 2004 TO THE PRESENT:

| | | |
|---|---|---|
| 2008 | Seckel v. McGiver | Economic Damages in a Defamation Case |
| 2008 | Gutierrez v. Halliburton | Wage & Hour Class Action |
| 2008 | Sumner v. South Coast Area Transit | Wrongful termination - economic damages |
| 2007 | Maria Dominguez v. Delia V. Dominguez, Trustee | Breach of Contract |
| 2007 | Howe v. BTC Laboratories, Inc. | Wage & Hours Class Action (Served as Joint Expert) |
| 2007 | DeJohn Porch v. Masterfoods, Inc | Wage & Hour Class Action (Reported to Defense) |
| 2007 | Smith v. MMI Services | Wage & Hour Class Action |
| 2007 | Tauber v. Websence | Wage & Hour Class Action |
| 2007 | Gray v. Tri Valley Mechanical, Inc. | Wage & Hour Class Action |
| 2007 | Adams v. Inter-con | Wage & Hour Class Action |
| 2007 | Ramirez et al. v. Colortrends of California, Inc. | Wage & Hour Class Action |
| 2007 | Marriage of Ray | Marital Dissolution |
| 2007 | People v. Tami Guenthner | Embezzlement (Expert's report attached to arrest report) |
| 2007 | Kollenborn v. ORR Properties, Inc | Lost Profits, Breach of Contract |
| 2007 | Elizabeth Strager v. Jacob & Henein, Inc. | Wrongful termination - economic damages |
| 2007 | Statler v. Todd Plumbing | Wage & Hour Class Action |
| 2007 | Jhaveri v. Teitelbaum | Breach of Contract, Fraud, Fraudulent Conveyance |
| 2006 | Kelly's Quality Pets v. Petco Animal Supplies, Inc. | Breach of Contract |
| 2006 | Castle v. KVS Transportation | Wage & Hour Class Action |
| 2006 | Hermosillo v. Kenai Drilling, Ltd. | Wage & Hour Class Action |
| 2006 | Jay Kenley v. Kern Production Service, Inc. | Wage & Hour Class Action |
| 2006 | McDonald v. Nabors Drilling | Wage & Hour Class Action |
| 2006 | Meyer v. Thomas BMW | Wage & Hour Class Action |
| 2006 | Morrissey v Leon Construction | Wage & Hour Class Action |
| 2006 | Victor Ortega, Edwardo v. Chuy & Sons Inc. | Wage & Hour Class Action |
| 2006 | Garcia v. VCI Telecon | Wage & Hour Class Action |
| 2006 | Kadan v. AB & R, Inc. | Wrongful termination - economic damages |
| 2005 | Marriage of Goldstein | Marital Dissolution |

Exhibit 1 (Page 4)

OTHER CASES IN WHICH KENNETH CREAL HAS OFFERED EXPERT REPORTS 2004 TO THE PRESENT:

| 2005 | Marriage of Anthony and Mona White | Marital Dissolution |
|------|-------------------------------------|---------------------|
| 2005 | Peppertree HOA v. CRM Management, Inc. | Embezzlement |
| 2004 | Flores v. L&H Conrete | Wage & Hour Litigation |
| 2004 | Hernandez v. Chavez* | Breach of Contract, Fraud, etc. |
| 2004 | Groll v. Bloom | Breach of Contract, Oral Partnership |
| 2003 | Marriage of Alderton-Wah | Marital Dissolution |
| 2003 | ZC & R v, Claudia Ortega / People v. Claudia Ortega | Embezzlement |

* Mr. Creal conducted the deposition of a named defendant as court-appointed referee.

Exhibit 1 (Page 5)

# EXHIBIT 2

COMPANY _D. F. C._   MEN _S/+3_   DATE _7.21.08_   RATE _8·10·00_

FOREMAN _Manuel Tonino_   CHECKER _____   TOTAL HRS _____

RANCH _# 50_   BLK _O I_   HRS _8_   VARIETY _FLAME_

RANCH _____   BLK _____   HRS _____   VARIETY _____

WORK _Picking_   TOTAL VINE _____   TOTAL BOXES _3,252_

| | EMPOYEE'S NAME | ID # | IN | OUT | IN | OUT | IN | OUT | IN | OUT | HRS | BOXES | VINES |
|----|------|------|------|------|------|------|------|------|------|------|------|------|------|
| 1 | Glafira Garcia | 1142 | 6:a | 8:a | 8:10 | 11:a | 11:30 | 1:p | 1:10 | 2:10 | 8 | 94 | |
| 2 | Fernando Gonzales | 7508 | | | | | | | | | 8 | 94 | |
| 3 | | | | | | | | | | | | | |
| 4 | Mª Lourdes Cisneros | 956 | | | | | | | | | 8 | 74 | |
| 5 | Juan M Ixta | 15898 | | | | | | | | | 8 | 74 | |
| 6 | | | | | | | | | | | | | |
| 7 | Joel Cervantes | 13298 | | | | | | | | | 8 | 67 | |
| 8 | Luis Rodriguez | 4884 | | | | | | | | | 8 | 67 | |
| 9 | | | | | | | | | | | | | |
| 10 | Jose Luis Mendoza | 820 | | | | | | | | | 8 | 46 | |
| 11 | Mireya Mendoza | 746 | | | | | | | | | 8 | 46 | |
| 12 | | | | | | | | | | | | | |
| 13 | Isaias V. Valdez | 6H29222 | 4557 | | | | | | | | 8 | 91 | |
| 14 | Lionila Rosales | 6735959 | 10822 | | | | | | | | 8 | 91 | |
| 15 | | | | | | | | | | | | | |
| 16 | Grisalda Flores | | 20012 | | | | | | | | 8 | 57 | |
| 17 | Mª Guadalupe Viramontes | 19191 | | | | | | | | | 8 | 57 | |
| 18 | | | | | | | | | | | | | |
| 19 | Eradio Flores | 6H224447 | 20735 | | | | | | | | 8 | 46 | |
| 20 | Salvador Viramontes | 18158 | | | | | | | | | 8 | 46 | |
| 21 | | | | | | | | | | | | | |
| 22 | Alma D. Mendoza | | 20035 | | | | | | | | 8 | 45 | |
| 23 | Gilberto Pompa | 10116 | | | | | | | | | 8 | 45 | |
| 24 | | | | | | | | | | | | | |
| 25 | Pedro Rodriguez | 4519 | | | | | | | | | 8 | 62 | |
| 26 | Raquel Rodriguez | 4520 | | | | | | | | | 8 | 62 | |
| 27 | | | | | | | | | | | | | |
| 28 | Constantino Renato | 5852 | | | | | | | | | 8 | 41 | |
| 29 | Lidia Renato | 5312 | | | | | | | | | 8 | 41 | |
| 30 | Flido Renato | | 20036 | | | | | | | | 8 | 41 | |
| 31 | | | | | | | | | | | | | |
| 32 | Jose Valenzuela | | 20041 | | | | | | | | 8 | 68 | |
| 33 | Armando Gomez | 6H3036-64 | 5332 | | | | | | | | 8 | 68 | |
| 34 | | | | | | | | | | | | | |

BANGI 008935

Exhibit 2 (Page 1)

COMPANY _D. F. C_____ MEN _5/13_ DATE _7-21-08_ RATE _3.¹⁰__
FOREMAN _Manuel Sorronio__ CHECKER _____ TOTAL HRS ____
RANCH _HSO___ BLK _OI__ HRS _8_ VARIETY _FLAME__
RANCH _____ BLK _____ HRS _____ VARIETY _____  154
WORK _Picking_ Trays. TOTAL VINE _____ TOTAL BOXES _3,252_

| | EMPOYEE'S NAME | ID # | IN | OUT | IN | OUT | IN | OUT | IN | OUT | HRS | BOXES | VINES |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Luzdes Muños | 64101941 | 160 08 | | | | | | | | 8 | 77 | |
| 2 | Jose Alverto Lafoya | | 601-152476 | 1101 | | | | | | | 8 | 77 | |
| 3 | | | | | | | | | | | | | |
| 4 | Erma Landros | 609 | | | | | | | | | 8 | 83 | |
| 5 | Sergio Landros | 10693 | | | | | | | | | 8 | 83 | |
| 6 | | | | | | | | | | | | | |
| 7 | Miguel Alvera | 20033 | | | | | | | | | 8 | 78 | |
| 8 | Rosalva Landros | 611 | | | | | | | | | 8 | 78 | |
| 9 | | | | | | | | | | | | | |
| 10 | ADAN Fernandez | 644367124 | 3707 | | | | | | | | 8 | 67 | |
| 11 | Isobel Neverez | 431941 | 20037 | | | | | | | | 8 | 67 | |
| 12 | | | | | | | | | | | | | |
| 13 | Marisela Fernandez | 644367168 | 84101 | | | | | | | | 8 | 56 | |
| 14 | Paula Fernandez | 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 | 20069 | | | | | | | | 8 | 56 | |
| 15 | | | | | | | | | | | | | |
| 16 | Fransisco Mendoza | 20042 | | | | | | | | | 8 | 62 | |
| 17 | Candelaria Cano | 20040 | | | | | | | | | 8 | 62 | |
| 18 | | | | | | | | | | | | | |
| 19 | Samuel Gonzals | 10496 | | | | | | | | | 8 | 48 | |
| 20 | Rosio Cervantes | 1024-80 46103 | 20800 | | | | | | | | 8 | 48 | |
| 21 | | | | | | | | | | | | | |
| 22 | Anestacia Nava | 64848-2132 | 5314 | | | | | | | | 8 | 37 | |
| 23 | Saul Cano | 90184-1894 | 20034 | | | | | | | | 8 | 37 | |
| 24 | | | | | | | | | | | | | |
| 25 | Blanca Maldonado | 618-13-709 | 20028 | | | | | | | | 8 | 76 | |
| 26 | Andrez Gomez | 62150.4914 | 5700 | | | | | | | | 8 | 76 | |
| 27 | | | | | | | | | | | | | |
| 28 | Luciano Torres | 618715766 | 20008 | | | | | | | | 8 | 63 | |
| 29 | Juan Moldonado | 200.21 | | | | | | | | | 8 | 63 | |
| 30 | | | | | | | | | | | | | |
| 31 | Faviola Rosales | 8349 | | | | | | | | | 8 | 107 | |
| 32 | Mauro E Rosales | 996 | | | | | | | | | 8 | 107 | |
| 33 | | | | | | | | | | | | | |
| 34 | | | | | | | | | | | | | |

BANGI 008984

Exhibit 2 (Page 2)

COMPANY D. F. G.     MEN 5/+3    DATE 7-21-08   RATE 8-10-
FOREMAN Manuel Geronimo   CHECKER _____ TOTAL HRS _____
RANCH #50        BLK O1   HRS 8   VARIETY F/AME
RANCH _____   BLK _____ HRS _____ VARIETY _____
WORK Picking _____    TOTAL VINE _____   TOTAL BOXES 3,252

| | EMPOYEE'S NAME | ID # | IN | OUT | IN | OUT | IN | OUT | IN | OUT | HRS | BOXES | VINES |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Alejandro Zamora | | | 20067 | | | | | | | 8 | 52 | |
| 2 | Abel Gomez | 3972 | | | | | | | | | 8 | 52 | |
| 3 | | | | | | | | | | | | | |
| 4 | Jose M Ayon | 542568796 | 2128 | | | | | | | | 8 | 44 | |
| 5 | Epifanio Lopez | 54112946 | 20772 | | | | | | | | 8 | 44 | |
| 6 | | | | | | | | | | | | | |
| 7 | Ana Ortiz | | 400v | | | | | | | | 8 | 53 | |
| 8 | Jesus Trujillo | 644096675 | 3990 | | | | | | | | 8 | 53 | |
| 9 | | | | | | | | | | | | | |
| 10 | | | | | | | | | | | | | |
| 11 | | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | | |
| 13 | Manuel Geronimo | 4469 | | | | | | | | | DAY | | |
| 14 | Isait Rosas | 3420 | | | | | | | | | DAY | | |
| 15 | Beatriz Geronimo | 6173823 | Pisadora | | | | | | | | 8 | | |
| 16 | | | | | | | | | | | | | |
| 17 | | | | | | | | | | | | | |
| 18 | | | | | | | | | | | | | |
| 19 | | | | | | | | | | | | | |
| 20 | | | | | | | | | | | | | |
| 21 | | | | | | | | | | | | | |
| 22 | | | | | | | | | | | | | |
| 23 | | | | | | | | | | | | | |
| 24 | | | | | | | | | | | | | |
| 25 | | | | | | | | | | | | | |
| 26 | | | | | | | | | | | | | |
| 27 | | | | | | | | | | | | | |
| 28 | | | | | | | | | | | | | |
| 29 | | | | | | | | | | | | | |
| 30 | | | | | | | | | | | | | |
| 31 | | | | | | | | | | | | | |
| 32 | | | | | | | | | | | | | |
| 33 | | | | | | | | | | | | | |
| 34 | | | | | | | | | | | | | |

BANGI008986

Exhibit 2 (Page 3)

EXHIBIT 3

COMPANY _____ DFC _____ MEN 59+2 DATE 09-03-05 RATE 7.25

FOREMAN ROGER MATEO 2330 CHECKER ALEX MATEO 2726 TOTAL HRS 8 7

RANCH _____ 70 ____ BLK __3__ HRS 8 7 VARIETY CRIMSON

RANCH _____ BLK _____ HRS _____ VARIETY _____

WORK _____ PICKING _____ TOTAL VINE _____ TOTAL BOXES 2565

| # | EMPOYEE'S NAME | ID # | IN | OUT | IN | OUT | IN | OUT | IN | OUT | HRS | BOXES | VINES |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | MARIANA BLANCA | 5952 | | | | | | | | | 4 | 40 | |
| 2 | CECILIO BLANCA | 7251 | | | | | | | | | | 40 | |
| 3 | JUAN VILLAREAL | 8831 | | | | | | | | | | 41 | |
| 4 | HERIBERTO FELICIANO | 1378 | | | | | | | | | | 42 | |
| 5 | MARGARITA FELICIANO | 1385 | | | | | | | | | | 42 | |
| 6 | GABRIEL ZAZUETA | 9302 | | | | | | | | | | 40 | |
| 7 | LUZ MARIA FERNANDEZ | 473 | | | | | | | | | | 55 | |
| 8 | GERARDO GARCIA | 4210 | | | | | | | | | | 55 | |
| 9 | PABLA CARANZA | 6507 | | | ABSENT | | | | | | | | |
| 10 | HUBER GUTIERREZ | 7510 | | | | | | | | | | 35 | |
| 11 | ROSA ORTIZ | 1241 | | | | | | | | | | 35 | |
| 12 | RAFAEL HERNANDEZ | 6962 | | | | | | | | | | 35 | |
| 13 | SAUL VILLAREAL | 1751 | | | | | | | | | | 42 | |
| 14 | LUIS LOPEZ | 1753 | | | | | | | | | | 42 | |
| 15 | NATALY ANZURES | 9206 | | | | | | | | | | 42 | |
| 16 | MANUEL RODRIGUEZ | 3452 | | | | | | | | | | 48 | |
| 17 | MARTHA SORIANO | 5457 | | | | | | | | | | 48 | |
| 18 | DANIEL QUINTERO | 1215 | | | | | | | | | | 48 | |
| 19 | LINO SANTIAGO | 3881 | | | | | | | | | | 48 | |
| 20 | MARIA SANTIAGO | 2874 | | | | | | | | | | 48 | |
| 21 | MARIA VENEGAS | 10494 | | | | | | | | | | 48 | |
| 22 | ANTONIO S. REYES | 8146 | | | | | | | | | | 35 | |
| 23 | JUANA OCHOA | 2765 | | | | | | | | | | 35 | |
| 24 | IGNACIO GALVAN | 10443 | | | | | | | | | | 35 | |
| 25 | MARIA SOTO TORRES | 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 | 1203 | | | | | | | | | 39 | |
| 26 | RICARDO LANDEROS | 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 | 1203 | | | | | | | | | 39 | |
| 27 | JOSE LANDEROS | 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 | 7680 | | | | | | | | | 39 | |
| 28 | ROLANDO SALINAS | 998 | | | | | | | | | | 50 | |
| 29 | HERIBERTO VILLEGAS | 4499 | 9499 | | | | | | | | | 50 | |
| 30 | MARIA DEL CARMEN | | | | | | | | | | | 50 | |
| 31 | GUTIERREZ | 13074 | | | | | | | | | | | |
| 32 | | | | | | | | | | | | | |
| 33 | | | | | | | | | | | | | |
| 34 | | | | | | | | | | | | | |

BANGI052210

Exhibit 3

# EXHIBIT 4

COMPANY _____ DFC ____ MEN _58½2_ DATE _09-08-05_ RATE _7.25_

FOREMAN _ROGER MATEO  2330_ CHECKER _ALEX MATEO 2726_ TOTAL HRS _8_

RANCH _____ 70 _____ BLK _4_ HRS _8_ VARIETY _CRIMSON_

RANCH _____ BLK _____ HRS ____ VARIETY _____

WORK _____ PICKING _____ TOTAL VINE _____ TOTAL BOXES _2894_

| | EMPOYEE'S NAME | ID # | IN | OUT | IN | OUT | IN | OUT | IN | OUT | HRS | BOXES | VINES |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | LILIA BRAVO | 4580 | | | | | | | | | | 58 | |
| 2 | AFRICA MARIN | 6246 | | | | | | | | | | 58 | |
| 3 | ANASTACIA MATEO | 2050 | | | | | | | | | | 59 | |
| 4 | MARIA DOMLAO | 2045 | | | | | | | | | | 45 | |
| 5 | JOSE ESCOBEDO | 361 | | | | | | | | | | 45 | |
| 6 | RAFAEL REYES | 7883 | | | | | | | | | | 45 | |
| 7 | PASQUALA SANTIAGO | 3021 | | | | | | | | | | 58 | |
| 8 | JOSELITO VILLENA | 2216 | | | | | | | | | | 58 | |
| 9 | ARMANDO BRAVO | 4338 | | | | | | | | | | 58 | |
| 10 | MARIA RODRIGUEZ | 1264 | | | | | | | | | | 51 | |
| 11 | JUAN ESCOREDO | 2872 | | | | | | | | | | 51 | |
| 12 | YOLANDA ESCOBEDO | 619 | | | | | | | | | | 51 | |
| 13 | MANUEL RODRIGUEZ | 3452 | | | | | | | | | | 40 | |
| 14 | MARTHA SORIANO | 5457 | | | | | | | | | | 40 | |
| 15 | DANIEL QUINTERO | 1215 | | | | | | | | | | 40 | |
| 16 | RONALD BUMAGAT | 3505 | | | | | | | | | | 71 | |
| 17 | ROBERTO SINOBAGO | 2581 | | | | | | | | | | 71 | |
| 18 | LIZBETH DIAZ | 378 | | | | | | | | | | 71 | |
| 19 | EDMUNDO ESCORPESO | 4523 | | | | | | | | | | 49 | |
| 20 | MARIA CERVANTES | 9126 | | | | | | | | | | 50 | |
| 21 | VICTOR CERVANTES | 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 | | | | | | | | | | 50 | |
| 22 | HERIBERTO FELICIANO | 1378 | | | | | | | | | | 45 | |
| 23 | MARGARITA FELICIANO | 1385 | | | | | | | | | | 45 | |
| 24 | JAIME TORRES | 9207 | | | | | | | | | | 44 | |
| 25 | LUIS CARRENO | 7304 | | | | | | | | | | 40 | |
| 26 | ISRAEL REYES | 5108 | | | | | | | | | | 40 | |
| 27 | EFRAIN DIAZ | 9221 | | | | | | | | | | 40 | |
| 28 | CESAR BARAJAS | 6554 | | | | | | | | | | 43 | |
| 29 | NOEMI MORALES | 3685 | | | | | | | | | | 43 | |
| 30 | JUANA ROMERO G. | 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 | | | | | | | | | | 43 | |
| 31 | | | | | | | | | | | | | |
| 32 | | | | | | | | | | | | | |
| 33 | | | | | | | | | | | | | |
| 34 | | | | | | | | | | | | | |

BANGI052231

Exhibit 4

# EXHIBIT 5

COMPANY _Delano Farm_   MEN _25+1_   DATE _4-20-07_   RATE _7 65_

FOREMAN: _Sergio Medina_   CHECKER _____   TOTAL HRS _3 1_

RANCH _50_   BLK _19_   HRS _3½_   VARIETY _Crimson_

RANCH _____   BLK _____   HRS _____   VARIETY _____

WORK _desbrote_   TOTAL VINE _____   TOTAL BOXES _____

| | EMPOYEE'S NAME | ID # | IN | OUT | IN | OUT | IN | OUT | IN | OUT | HRS | BOXES | VINES |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Manuel Silvano | 568 | 6 30 | 8 30 | 8 41 | 11 34 | 12 | 13 0 | 1 40 | 3: | 3½ | | |
| 2 | Pascuala Santiago | 3021 | | | | | | | | | | | |
| 3 | Julio Valenzuela | 2896 | | | | | | | | | | | |
| 4 | Lino Santiago | 3881 | | | | | | | | | | | |
| 5 | Marioli saola | 1164 | | | | | | | | | | | |
| 6 | Silvana Santiago | 9355 | | | | | | | | | | | |
| 7 | Idelisa Casas | 5357 | | | | | | | | | | | |
| 8 | Jesus molina | 3676 | | | | | | | | | | | |
| 9 | Coque Samaniego | 6560 | | | | | | | | | | | |
| 10 | Ramona Pelallo | 265 | | | | | | | | | | | |
| 11 | Eliberto Carillo | 5844 | | | | | | | | | | | |
| 12 | Reyes Perez | 2080 | | | | | | | | | | | ▾ |
| 13 | Gustavo Paniagua | 2384 | | | | | | | | | | | |
| 14 | Rosa Gaspar | 18106 | | | | | | | | | | | |
| 15 | Losel Martiez | 15809 | | | | | | | | | | | |
| 16 | Ignacio Galvano | 1043 | | | | | | | | | | | |
| 17 | Lurdes Martiez | 1469 | | | | | | | | | | | |
| 18 | Miguel Florez | 1749 | | | | | | | | | | | |
| 19 | Alfredo Alarcon | 12111 OK | | | | | | | | | | | |
| 20 | Silvia Velasco | 5563 | | | | | | | | | | | |
| 21 | Rolando Salina | 17887 | | | | | | | | | | | |
| 22 | Estela Sandoval | 2263 | | | | | | | | | | | |
| 23 | Rosaera Gutieros | 9087 | | | | | | | | | | | |
| 24 | Noemi Sahagun | 562 | 83 | 98 | 86 | 19 | 65 | | | | | | |
| 25 | Santiago Ceja | 88 | | | | | | | | | 3½ | | |
| 26 | | | | | | | | | | | | | |
| 27 | | | | | | | | | | | | | |
| 28 | | | | | | | | | | | | | |
| 29 | | | | | | | | | | | day | | |
| 30 | Sergio Medina | 2259 | | | | | | | | | | | |
| 31 | | | | | | | | | | | | | |
| 32 | | | | | | | | | | | | | |
| 33 | | | | | | | | | | | | | |
| 34 | | | | | | | | | | | | | |

BANGI052981

Exhibit 5

EXHIBIT 6

COMPANY _Delano Farms_ MEN _23+1_ DATE _1-21-09_ RATE _____

FOREMAN _Rigoberto_ CHECKER _— — —_ TOTAL HRS _4_

RANCH _50_ BLK _19_ HRS _4_ VARIETY _Crimson_

RANCH _____ BLK ____ HRS ____ VARIETY _____

WORK _Podando_ TOTAL VINE _____ TOTAL BOXES _____

| | EMPOYEE'S NAME | ID # | IN | OUT | IN | OUT | IN | OUT | IN | OUT | HRS | BOXES | VINES |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Francisco Villalpando | 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 | | | | | | | | | 4 | | |
| 2 | Manuel Blanco | 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 | | | | | | | | | | | |
| 3 | Roberto Bautidrio | 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 | | | | | | | | | | | |
| 4 | Armando Vega | 22730 | | | | | | | | | | | |
| 5 | Flora C. Torre | 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 | | | | | | | | | | | |
| 6 | Mª Dolores Andrade | 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 | | | | | | | | | | | |
| 7 | Jose Andrade | 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 | | | | | | | | | | | |
| 8 | Fermin Corona | 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 | | | | | | | | | | | |
| 9 | Marily Corona | 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 | | | | | | | | | | | |
| 10 | Baudelio Perez | 12044 | | | | | | | | | | | |
| 11 | Raul Tolentino | 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 | | | | | | | | | | | |
| 12 | Maribel Arteaga | 1899 | | | | | | | | | | | |
| 13 | Nicolas Merida | 1586 | | | | | | | | | | | |
| 14 | Sirenia Leal Ti. | 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 | | | | | | | | | | | |
| 15 | Ramon Aldaco | 2941 | | | | | | | | | | | |
| 16 | Angilica Saldaña | 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 | | | | | | | | | | | |
| 17 | Fernando Aldaco | 12529 | | | | | | | | | | | |
| 18 | Eloy Lopez | 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 | | | | | | | | | | | |
| 19 | Efrain Hernandez | 16618 | | | | | | | | | | | |
| 20 | Francisco Tapia | 10252 | | | | | | | | | | | |
| 21 | Nolberto Valencia | 16098 | | | | | | | | | | | |
| 22 | Melquiades Aldaco | 21718 | | | | | | | | | | | |
| 23 | Samuel Tolentino | 12058 | | | | | | | | | | | |
| 24 | | | | | | | | | | | | | |
| 25 | | | | | | | | | | | | | |
| 26 | | | | | | | | | | | | | |
| 27 | | | | | | | | | | | | | |
| 28 | | | | | | | | | | | | | |
| 29 | | | | | | | | | | | | | |
| 30 | | | | | | | | | | | | | |
| 31 | | | | | | | | | | | | | |
| 32 | | | | | | | | | | | | | |
| 33 | | | | | | | | | | | | | |
| 34 | Rigoberto Ledesma | 13119 | | | | | | | | | | | |

BANGI046733

Exhibit 6

EXHIBIT 7

| Acct # | Check # | Chk Date | Day | Crew # | G/L # | Crop ID | Job ID | Type | Units | P/W Hrs | Rate | Amount | Rate/Hour |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 14984 | 338069 | 09/09/2006 | 01 | 77 | 601.00 | 1 | 1 | BO | 39.00 | 0.00 | 0.3200 | 12.48 | 0.32 |
| 14984 | 338069 | 09/09/2006 | 07 | 77 | 601.00 | 1 | 1 | BO | 39.00 | 0.00 | 0.3200 | 12.48 | 0.32 |
| 14984 | 338069 | 09/09/2006 | 05 | 77 | 601.00 | 1 | 1 | BO | 41.00 | 0.00 | 0.3200 | 13.12 | 0.32 |
| 14984 | 338069 | 09/09/2006 | 06 | 77 | 601.00 | 1 | 1 | BO | 44.00 | 0.00 | 0.3200 | 14.08 | 0.32 |
| 14984 | 338069 | 09/09/2006 | 04 | 77 | 601.00 | 1 | 1 | BO | 45.00 | 0.00 | 0.3200 | 14.40 | 0.32 |
| 14984 | 338069 | 09/09/2006 | 07 | 77 | 601.00 | 1 | 1 | RH | 6.50 | 0.00 | 7.2500 | 47.13 | 7.25 |
| 14984 | 338069 | 09/09/2006 | 01 | 77 | 601.00 | 1 | 1 | RH | 8.00 | 0.00 | 7.2500 | 58.00 | 7.25 |
| 14984 | 338069 | 09/09/2006 | 04 | 77 | 601.00 | 1 | 1 | RH | 8.00 | 0.00 | 7.2500 | 58.00 | 7.25 |
| 14984 | 338069 | 09/09/2006 | 05 | 77 | 601.00 | 1 | 1 | RH | 8.00 | 0.00 | 7.2500 | 58.00 | 7.25 |
| 14984 | 338069 | 09/09/2006 | 06 | 77 | 601.00 | 1 | 1 | RH | 8.00 | 0.00 | 7.2500 | 58.00 | 1.40 |
| Total for Check # 338069 | | | | | | | | | 246.50 | 0.00 | | 345.69 | |
| 16918 | 338070 | 09/09/2006 | 07 | 77 | 601.00 | 1 | 1 | BO | 30.00 | 0.00 | 0.3200 | 9.60 | 0.32 |
| 16918 | 338070 | 09/09/2006 | 02 | 77 | 601.00 | 1 | 1 | BO | 38.00 | 0.00 | 0.3200 | 12.16 | 0.32 |
| 16918 | 338070 | 09/09/2006 | 05 | 77 | 601.00 | 1 | 1 | BO | 38.00 | 0.00 | 0.3200 | 12.16 | 0.32 |
| 16918 | 338070 | 09/09/2006 | 04 | 77 | 601.00 | 1 | 1 | BO | 41.00 | 0.00 | 0.3200 | 13.12 | 0.32 |
| 16918 | 338070 | 09/09/2006 | 06 | 77 | 601.00 | 1 | 1 | BO | 46.00 | 0.00 | 0.3200 | 14.72 | 0.32 |
| 16918 | 338070 | 09/09/2006 | 01 | 77 | 601.00 | 1 | 1 | RH | 6.50 | 0.00 | 7.2500 | 47.13 | 7.25 |
| 16918 | 338070 | 09/09/2006 | 07 | 77 | 601.00 | 1 | 1 | RH | 8.00 | 0.00 | 7.2500 | 58.00 | 7.25 |
| 16918 | 338070 | 09/09/2006 | 02 | 77 | 601.00 | 1 | 1 | RH | 8.00 | 0.00 | 7.2500 | 58.00 | 7.25 |
| 16918 | 338070 | 09/09/2006 | 04 | 77 | 601.00 | 1 | 1 | RH | 8.00 | 0.00 | 7.2500 | 58.00 | 7.25 |
| 16918 | 338070 | 09/09/2006 | 05 | 77 | 601.00 | 1 | 1 | RH | 8.00 | 0.00 | 7.2500 | 58.00 | 7.25 |
| 16918 | 338070 | 09/09/2006 | 06 | 77 | 601.00 | 1 | 1 | RH | 8.00 | 0.00 | 7.2500 | 58.00 | 1.47 |
| Total for Check # 338070 | | | | | | | | | 280.50 | 0.00 | | 412.01 | |

Exhibit 7