GREGORY J. RAMIREZ (SBN 150515)
JAMES E. PERERO (SBN 258124)
JESSICA ARCINIEGA (SBN 261169)
**WASSERMAN, COMDEN, CASSELMAN & ESENSTEN, L.L.P.**
300 E. Esplanade Drive, Suite 1960
Oxnard, California 93036-0284
Telephone: (805) 988-0285
Facsimile: (805) 988-0375

MARCOS CAMACHO (SBN 123501)
THOMAS PATRICK LYNCH (SBN 159277)
MARIO G. MARTINEZ (SBN 200721)
**LAW OFFICES OF MARCOS CAMACHO**
1227 California Avenue
Bakersfield, CA 93304
Telephone (661) 324-8100
Facsimile (661) 324-8103

Attorneys for Plaintiffs, SABAS ARREDONDO, et al.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| SABAS ARREDONDO, JOSE CUEVAS, HILARIO GOMEZ, IRMA LANDEROS, and ROSALBA LANDEROS individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>DELANO FARMS COMPANY, a Washington State Corporation; CAL-PACIFIC FARM MANAGEMENT, L.P.; T&R BANGI'S AGRICULTURAL SERVICES, INC. and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 1:09-CV-01247-LJO-DLB<br><br>**CLASS ACTION**<br><br>**DECLARATION OF GREGORY J. RAMIREZ IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>[Concurrently filed with Motion For Class Certification]<br><br>Date: March 16, 2011<br>Time: 8:30 a.m.<br>Court Room: 4<br>Judge: Hon. Lawrence J. O'Neill<br><br>Complaint filed July 17, 2009 |

976616.1

1

DECLARATION OF GREGORY J. RAMIREZ IN SUPPORT OF MOTION FOR CLASS CERTIFICATION

## DECLARATION OF GREGORY J. RAMIREZ

1.  I am an attorney licensed to practice in the State of California. I am a partner in the firm of Wasserman, Comden, Casselman & Esensten L.L.P., attorneys of record for Plaintiffs SABAS ARREDONDO, HILARIO GOMEZ, IRMA LANDEROS, ROSALBA LANDEROS, and JOSE CUEVAS. The following facts are true of my own personal knowledge and, if called upon to testify as a witness, I could and would testify competently thereto.

2.  I graduated from the University of Southern California in Los Angeles in 1981 with a degree in business administration. I graduated from the University of California at Los Angeles, School of Law in 1990. I am admitted to practice before all the courts of the State of California, as well as the United States District Court for the Central and Eastern Districts of California. I am a past president of the Ventura County Trial Lawyers Association and am a member of the American Board of Trial Advocates ("ABOTA"), Central Coast Chapter. I also serve as an executive board member of ABOTA.

3.  I have been invited to speak on class action and wage and hour employment issues by the American Trial Lawyers Association. I have also been invited to present seminars on employment and wage and hour matters by the Greater Oxnard Chamber of Commerce, Oxnard Boys & Girls Club, and other non-profit organizations. I have given these presentations to these organizations over the last fourteen years.

4.  I am a partner at Wasserman, Comden & Casselman & Esensten, L.L.P., and am the attorney in my firm principally responsible for the handling of this case. I am the managing partner of the Ventura County office of WCCE, and

976616.1

2

DECLARATION OF GREGORY J. RAMIREZ IN SUPPORT OF MOTION FOR CLASS CERTIFICATION

am responsible for overseeing and managing the several attorneys that work in the litigation and trial department in Ventura County, including associates James Perero and Jessica Arciniega. At the present time, I am counsel of record, overseeing, and managing approximately fifty cases, including several wage and hour class actions.

5.  WCCE and I are adequate to serve as Class Counsel and represent the interests of the Class. WCCE is a full service law firm with three offices in Southern California. I am very experienced in class action matters, especially as they pertain to wage and hour issues. Some of the class action and wage and hour litigation on which I have served as counsel are as follows: *Ramirez et al. v. Seaboard Produce* (VCSC Case No. CIV 232600); *Arturo Cueva et al. v. Leaders Merchant Services, LLC, et al.*, Case No. 06-CV-3104 DDP (CWx); *Floriberto Lopez v. Southern California Ag Group, Inc.* (VCSC Case No. CIV236634); *Lydia Hernandez, et al. v. Nabisco, et al*, which involved a class of approximately 700 workers; and *Edgar Melendez, et al. v. FAMSA, Inc.*, involving approximately 250 class members. I also currently serve as class counsel for a variety of employment class actions, including *Frausto, et al. v. Freebirds World Burrito* (SBSC Case No. 1137976); *Jimenez, et al. v. Landscape Development, Inc.* (a representative action) (VCSC Case No. 56-2010-00365084); and *Castillo, et al. v. Davis Enterprises, et al.*, LASC, Case No. BC424565). Moreover, WCCE has served as class counsel in numerous consumer class actions over the last 8 years.

6.  Additionally, as stated above, I am currently a member of the American Board of Trial Advocates. To become an ABOTA member, extensive trial experience is required, with a minimum of twenty jury trials conducted, through verdict, by the attorney member.

976616.1

3

DECLARATION OF GREGORY J. RAMIREZ IN SUPPORT OF MOTION FOR CLASS CERTIFICATION

7. The law firm of WCCE has the financial capability to litigate this case to resolution, and, for purposes of this motion, to administer the mailing of the notice to the proposed class of approximately 14,000 persons.

8. To date, Plaintiffs' counsel have diligently prosecuted this action, by, among other things, filing the lawsuit on behalf of the class, securing witness statements from approximately forty-five putative class members before the case was filed, initiating and defending depositions ranging from the Putative Class Members to Persons Most Knowledgeable, and propounding and responding to written discovery.

9. The Plaintiffs in this action have been cooperative and persistent in pursuing the Class claims with respect to the prosecution of this action, and answered discovery and appeared for deposition. Plaintiffs have each declared that they wish to serve as class representatives and have no conflicts with the putative class members concerning the issues which are the subject of this litigation. It is my belief that the Class Representatives will fairly and adequately represent the interest of the Class. Counsel for the respective parties participated in numerous "meet and confer" conferences pursuant to Eastern District Local Rule 251, which have taken place during multiple conferences over the past year and a half. Moreover, we filed motions to compel further responses to discovery. Plaintiffs' counsel has been diligent in bringing motions to enforce discovery. Before each motion was filed, we attempted to resolve the issues informally with defense counsel. For example, on May 21, 2010, we were forced to file a motion to compel the production of documents and information relating to the size of the class, and payroll information. Said motion was granted, in part on June 2, 2010 by the Honorable Magistrate Judge Dennis L. Beck. After the defendants did not fully comply with Judge Beck's Order we filed a second motion to hold the defendants and their counsel in contempt on

1  July 16, 2010. Plaintiffs' counsel also took action which resulted in issuance of a
2  preliminary injunction to safeguard the putative class members from retaliation.

4      10.    A true and correct copy of Plaintiffs' Complaint on file in the above-
5  entitled action is attached hereto as **Exhibit 8.**

7      11.    A true and correct copy of an excerpt of the May 28, 2010 hearing
8  transcript regarding Plaintiffs' Motion to Compel Further Responses, heard before
9  the Hon. Dennis L. Beck, is attached hereto as **Exhibit 9.**

11      12.    A true and correct copy of the Declaration of Javier Arceo, including a
12  certified translation thereof, signed in support of Plaintiffs' Motion for Class
13  Certification, is attached hereto as **Exhibit 10.**

15      13.    A true and correct copy of the Declaration of Rima Arceo, including a
16  certified translation thereof, signed in support of Plaintiffs' Motion for Class
17  Certification, is attached hereto as **Exhibit 11.**

19      14.    A true and correct copy of the Declaration of Plaintiff Sabas
20  Arredondo, including a certified translation thereof, signed in support of Plaintiffs'
21  Motion for Class Certification, is attached hereto as **Exhibit 12.**

23      15.    A true and correct copy of the Declaration of Maria Banos, including a
24  certified translation thereof, signed in support of Plaintiffs' Motion for Class
25  Certification, is attached hereto as **Exhibit 13.**

16. A true and correct copy of the Declaration of Jose G. Barajas, including a certified translation thereof, signed in support of Plaintiffs' Motion for Class Certification, is attached hereto as **Exhibit 14.**

17. A true and correct copy of the Declaration of Jose Guadalupe Barajas, including a certified translation thereof, signed in support of Plaintiffs' Motion for Class Certification, is attached hereto as **Exhibit 15.**

18. A true and correct copy of the Declaration of Bartolo Calderon Castillo, including a certified translation thereof, signed in support of Plaintiffs' Motion for Class Certification, is attached hereto as **Exhibit 16.**

19. A true and correct copy of the Declaration of Gladys Castaneda, including a certified translation thereof, signed in support of Plaintiffs' Motion for Class Certification, is attached hereto as **Exhibit 17.**

20. A true and correct copy of the Declaration of Magdelano Castenada, including a certified translation thereof, signed in support of Plaintiffs' Motion for Class Certification, is attached hereto as **Exhibit 18.**

21. A true and correct copy of the Declaration of Agustin Castelo, including a certified translation thereof, signed in support of Plaintiffs' Motion for Class Certification, is attached hereto as **Exhibit 19.**

22. A true and correct copy of the Declaration of Dora Castelo, including a certified translation thereof, signed in support of Plaintiffs' Motion for Class Certification, is attached hereto as **Exhibit 20.**

23. A true and correct copy of the Declaration of Armando Chavez, including a certified translation thereof, signed in support of Plaintiffs' Motion for Class Certification, is attached hereto as **Exhibit 21.**

24. A true and correct copy of the Declaration of Lilia Chavez, including a certified translation thereof, signed in support of Plaintiffs' Motion for Class Certification, is attached hereto as **Exhibit 22.**

25. A true and correct copy of the Declaration of Manuel Chavez, including a certified translation thereof, signed in support of Plaintiffs' Motion for Class Certification, is attached hereto as **Exhibit 23.**

26. A true and correct copy of the Declaration of Rosalia Chavez, including a certified translation thereof, signed in support of Plaintiffs' Motion for Class Certification, is attached hereto as **Exhibit 24.**

27. A true and correct copy of the Declaration of Plaintiff Jose Cuevas, including a certified translation thereof, signed in support of Plaintiffs' Motion for Class Certification, is attached hereto as **Exhibit 25.**

28. A true and correct copy of the Declaration of Miguel Diaz is attached hereto as **Exhibit 26.**

29. A true and correct copy of the Declaration of Susana Garcia, including a certified translation thereof, signed in support of Plaintiffs' Motion for Class Certification, is attached hereto as **Exhibit 27.**

30. A true and correct copy of the Declaration of Bolivar Garcia, including a certified translation thereof, signed in support of Plaintiffs' Motion for Class Certification, is attached hereto as **Exhibit 28.**

31. A true and correct copy of the Declaration of Froilan Garcia, including a certified translation thereof, signed in support of Plaintiffs' Motion for Class Certification, is attached hereto as **Exhibit 29.**

32. A true and correct copy of the Declaration of Maria G. Gallardo, including a certified translation thereof, signed in support of Plaintiffs' Motion for Class Certification, is attached hereto as **Exhibit 30.**

33. A true and correct copy of the Declaration of Ignacio Galvan, including a certified translation thereof, signed in support of Plaintiffs' Motion for Class Certification, is attached hereto as **Exhibit 31.**

34. A true and correct copy of the Declaration of Plaintiff Hilario Gomez, , including a certified translation thereof, signed in support of Plaintiffs' Motion for Class Certification, is attached hereto as **Exhibit 32.**

35. A true and correct copy of the Declaration of Maria Gomez, including a certified translation thereof, signed in support of Plaintiffs' Motion for Class Certification, is attached hereto as **Exhibit 33.**

36. A true and correct copy of the Declaration of Rudolfo Gomez, including a certified translation thereof, signed in support of Plaintiffs' Motion for Class Certification, is attached hereto as **Exhibit 34.**

37. A true and correct copy of the Declaration of Linyiu Ochoa Gonzalez, including a certified translation thereof, signed in support of Plaintiffs' Motion for Class Certification, is attached hereto as **Exhibit 35.**

38. A true and correct copy of the Declaration of Huber Gutierrez, including a certified translation thereof, signed in support of Plaintiffs' Motion for Class Certification, is attached hereto as **Exhibit 36.**

39. A true and correct copy of the Declaration of Cruz Heredia, including a certified translation thereof, signed in support of Plaintiffs' Motion for Class Certification, is attached hereto as **Exhibit 37.**

40. A true and correct copy of the Declaration of Elpidio Heredia is attached hereto as **Exhibit 38.**

41. A true and correct copy of the Declaration of Esperanza Heredia, including a certified translation thereof, signed in support of Plaintiffs' Motion for Class Certification, is attached hereto as **Exhibit 39.**

42. A true and correct copy of the Declaration of Adela Hernandez, including a certified translation thereof, signed in support of Plaintiffs' Motion for Class Certification, is attached hereto as **Exhibit 40.**

43. A true and correct copy of the Declaration of Lucia Hernandez is attached hereto as **Exhibit 41.**

44. A true and correct copy of the Declaration of Andres Infante, including a certified translation thereof, signed in support of Plaintiffs' Motion for Class Certification, is attached hereto as **Exhibit 42.**

45. A true and correct copy of the Declaration of Estela Izazaga, including a certified translation thereof, signed in support of Plaintiffs' Motion for Class Certification, is attached hereto as **Exhibit 43.**

46. A true and correct copy of the Declaration of Plaintiff Irma Landeros, including a certified translation thereof, signed in support of Plaintiffs' Motion for Class Certification, is attached hereto as **Exhibit 44.**

47. A true and correct copy of the Declaration of Plaintiff Rosalba Landeros, including a certified translation thereof, signed in support of Plaintiffs' Motion for Class Certification, is attached hereto as **Exhibit 45.**

48. A true and correct copy of the Declaration of Carlos Lugerio, including a certified translation thereof, signed in support of Plaintiffs' Motion for Class Certification, is attached hereto as **Exhibit 46.**

49. A true and correct copy of the Declaration of Yolanda May, including a certified translation thereof, signed in support of Plaintiffs' Motion for Class Certification, is attached hereto as **Exhibit 47.**

50. A true and correct copy of the Declaration of Jose Luis Mendoza, including a certified translation thereof, signed in support of Plaintiffs' Motion for Class Certification, is attached hereto as **Exhibit 48.**

DECLARATION OF GREGORY J. RAMIREZ IN SUPPORT OF MOTION FOR CLASS CERTIFICATION

51. A true and correct copy of the Declaration of Mario Morales, including a certified translation thereof, signed in support of Plaintiffs' Motion for Class Certification, is attached hereto as **Exhibit 49.**

52. A true and correct copy of the Declaration of Isaac Munoz is attached hereto as **Exhibit 50.**

53. A true and correct copy of the Declaration of Jaime Nava is attached hereto as **Exhibit 51.**

54. A true and correct copy of the Declaration of Prudencia Nunez is attached hereto as **Exhibit 52.**

55. A true and correct copy of the Declaration of Juana Ochoa, including a certified translation thereof, signed in support of Plaintiffs' Motion for Class Certification, is attached hereto as **Exhibit 53.**

56. A true and correct copy of the Declaration of Leticia Ortiz, including a certified translation thereof, signed in support of Plaintiffs' Motion for Class Certification, is attached hereto as **Exhibit 54.**

57. A true and correct copy of the Declaration of Rosa Ortiz, including a certified translation thereof, signed in support of Plaintiffs' Motion for Class Certification, is attached hereto as **Exhibit 55.**

58. A true and correct copy of the Declaration of Carmen Palacios, including a certified translation thereof, signed in support of Plaintiffs' Motion for Class Certification, is attached hereto as **Exhibit 56.**

59. A true and correct copy of the Declaration of Cruz Bertha Paniagua, including a certified translation thereof, signed in support of Plaintiffs' Motion for Class Certification, is attached hereto as **Exhibit 57.**

60. A true and correct copy of the Declaration of Lourdes Ramirez, including a certified translation thereof, signed in support of Plaintiffs' Motion for Class Certification, is attached hereto as **Exhibit 58.**

61. A true and correct copy of the Declaration of Clauder Rodriguez, including a certified translation thereof, signed in support of Plaintiffs' Motion for Class Certification, is attached hereto as **Exhibit 59.**

62. A true and correct copy of the Declaration of Pedro Romero, including a certified translation thereof, signed in support of Plaintiffs' Motion for Class Certification, is attached hereto as **Exhibit 60.**

63. A true and correct copy of the Declaration of Artemio Ruiz is attached hereto as **Exhibit 61.**

64. A true and correct copy of the Declaration of Isabel Sanchez is attached hereto as **Exhibit 62.**

65. A true and correct copy of the Declaration of Agustin Santiago, including a certified translation thereof, signed in support of Plaintiffs' Motion for Class Certification, is attached hereto as **Exhibit 63.**

66. A true and correct copy of the Declaration of Pascuala Santiago is attached hereto as **Exhibit 64.**

67. A true and correct copy of the Declaration of Manuel Silvano is attached hereto as **Exhibit 65.**

68. A true and correct copy of the Declaration of Blanca B. Torres, including a certified translation thereof, signed in support of Plaintiffs' Motion for Class Certification, is attached hereto as **Exhibit 66.**

69. A true and correct copy of the Declaration of Mayra Torres, including a certified translation thereof, signed in support of Plaintiffs' Motion for Class Certification, is attached hereto as **Exhibit 67.**

70. A true and correct copy of the Declaration of Rafael Torres is attached hereto as **Exhibit 68.**

71. A true and correct copy of the Declaration of Raquel Torres, including a certified translation thereof, signed in support of Plaintiffs' Motion for Class Certification, is attached hereto as **Exhibit 69.**

72. A true and correct copy of the Declaration of Maria Venegas, including a certified translation thereof, signed in support of Plaintiffs' Motion for Class Certification, is attached hereto as **Exhibit 70.**

73. A true and correct copy of the Declaration of Salvador Zavala, including a certified translation thereof, signed in support of Plaintiffs' Motion for Class Certification, is attached hereto as **Exhibit 71.**

74. A true and correct copy of the Declaration of Saul Zavala, including a certified translation thereof, signed in support of Plaintiffs' Motion for Class Certification, is attached hereto as **Exhibit 72.**

75. True and correct copies of excerpts from the Transcript of the Deposition of Plaintiff Sabas Arredondo, are attached hereto as **Exhibit 73.**

76. True and correct copies of excerpts from the Transcript of the Deposition of Plaintiff Hilario Gomez, are attached hereto as **Exhibit 74.**

77. True and correct copies of excerpts from the Transcript of the Deposition of Plaintiff Jose Cuevas, are attached hereto as **Exhibit 75.**

78. True and correct copies of excerpts from the Transcript of the Deposition of Plaintiff Irma Landeros, are attached hereto as **Exhibit 76.**

79. True and correct copies of excerpts from the Transcript of the Deposition of Plaintiff Rosalba Landeros, are attached hereto as **Exhibit 77.**

80. True and correct copies of excerpts from the Transcript of the Deposition of Plaintiffs' witness and putative class member Froilan Garcia, are attached hereto as **Exhibit 78.**

81. True and correct copies of excerpts from the Transcript of the Deposition of Plaintiffs' witness and putative class member Rodolfo Gomez, are attached hereto as **Exhibit 79.**

82. True and correct copies of excerpts from the Transcript of the Deposition of Plaintiffs' witness and putative class member Linyiu Ochoa Gonzalez, are attached hereto as **Exhibit 80.**

83. True and correct copies of excerpts from the Transcript of the Deposition of Plaintiffs' witness and putative class member Estela Izazaga, are attached hereto as **Exhibit 81.**

84. True and correct copies of excerpts from the Transcript of the Deposition of Plaintiffs' witness and putative class member Isaac Munoz, are attached hereto as **Exhibit 82.**

85. True and correct copies of excerpts from the Transcript of the Deposition of Plaintiffs' witness and putative class member Carmen Palacios, are attached hereto as **Exhibit 83.**

86. True and correct copies of excerpts from the Transcript of the Deposition of Plaintiffs' witness and putative class member Lourdes Ramirez, are attached hereto as **Exhibit 84.**

87. True and correct copies of excerpts from the Transcript of the Deposition of Plaintiffs' witness and putative class member Blanca Torres, are attached hereto as **Exhibit 85.**

88. True and correct copies of excerpts from the Transcript of the Deposition of Plaintiffs' witness and putative class member Maria Venegas, are attached hereto as **Exhibit 86.**

89. True and correct copies of excerpts from the Transcript of the Deposition of Craig Allan Neville, designated as the person most knowledgeable for T&R Bangi's Agricultural Services, Inc., are attached hereto as **Exhibit 87.**

90. True and correct copies of excerpts from the Transcript of the Deposition of Craig Allan Neville, designated as the person most knowledgeable for Cal-Pacific Farm Management, L.P., are attached hereto as **Exhibit 88.**

91. True and correct copies of excerpts from the Transcript of the Deposition of Scott Quashnick, designated as the person most knowledgeable for Delano Farms Company, are attached hereto as **Exhibit 89.**

92. A true and correct copy of Defendants' Second Amended Initial Disclosure is attached hereto as **Exhibit 90.**

93. A true and correct copy of the Declaration of Miralba Alvarez, Defendants' witness, is attached hereto as **Exhibit 91.**

94. A true and correct copy of the Declaration of Cecilia Castro, Defendants' witness, is attached hereto as **Exhibit 92.**

95. A true and correct copy of the Declaration of Jose Leyva, Defendants' witness, is attached hereto as **Exhibit 93.**

96. A true and correct copy of the Declaration of Marta Lucio, Defendants' witness, is attached hereto as **Exhibit 94.**

1  97. A true and correct copy of the Declaration of Jose Manriquez,
2  Defendants' witness, is attached hereto as **Exhibit 95.**
3
4  98. A true and correct copy of the Declaration of Jesus Paniagua,
5  Defendants' witness, is attached hereto as **Exhibit 96.**
6
7  99. A true and correct copy of the Declaration of Sandra Rocha,
8  Defendants' witness, is attached hereto as **Exhibit 97.**
9
10 100. A true and correct copy of the Declaration of Manuel Botello,
11 (formerly employed by Defendants as a foreman), including a certified translation
12 thereof, signed in support of Plaintiffs' Motion for Class Certification is attached
13 hereto as **Exhibit 98.**
14
15 101. True and correct copies of excerpts from the Transcript of the
16 Deposition of foreman Dolores Mendez, are attached hereto as **Exhibit 99.**
17
18 102. True and correct copies of excerpts from the Transcript of the
19 Deposition of foreman Florentino Navalta, are attached hereto as **Exhibit 100.**
20
21 103. True and correct copies of excerpts from the Transcript of the
22 Deposition of Defendants' witness and putative class member Miralba Alvarez, are
23 attached hereto as **Exhibit 101.**
24
25 104. True and correct copies of excerpts from the Transcript of the
26 Deposition of Defendants' witness and putative class member Salvador Bustamante,
27 are attached hereto as **Exhibit 102.**
28

WASSERMAN, COMDEN, CASSELMAN & ESENSTEN, L.L.P.
300 E. ESPLANADE DRIVE, SUITE 1960
OXNARD, CALIFORNIA 93036-0284

105. True and correct copies of excerpts from the Transcript of the Deposition of Defendants' witness and putative class member Jose Leyva, are attached hereto as **Exhibit 103.**

106. True and correct copies of excerpts from the Transcript of the Deposition of Defendants' witness and putative class member Antonio Mariano Nava, are attached hereto as **Exhibit 104.**

107. True and correct copies of excerpts from the Transcript of the Deposition of Defendants' witness and putative class member Nieves Torres, are attached hereto as **Exhibit 105.**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: January 28, 2011.

*Gregory J. Ramirez*

976616.1

DECLARATION OF GREGORY J. RAMIREZ IN SUPPORT OF MOTION FOR CLASS CERTIFICATION