EXHIBIT 21

## DECLARATION OF ARMANDO CHAVEZ

1.     The facts set forth herein are true of my own personal knowledge, and if called upon to testify, I could and would competently do so under oath.

2.     I started working at Delano Farms/Cal Pacific on or about September of 1997. The last season I worked there was in June of 2008. The work I did was pruning, debudding, tying, training the vine, tipping, thinning and picking, but mostly packing. From 2004 till 2008, I worked in foreman Manuel Guzman's crew.  On average, I worked more than 8 hours per day, 6 days per week. In 2006 and 2007, I worked in the cold storage for about one month each season.

3.     In 2004 during the pre-harvest work, I was paid $7.75 per hour.  When the minimum wage was raised I began to earn the minimum wage. During the harvest, I was paid an hourly rate plus a piece rate of 30 cents per BOX OF GRAPES.

4.     I was required to provide my own tools and equipment that I needed for my job.  The tools and equipment that I was required to take to my job were gloves, picking shears, pruning shears, knives, a sharpening file and holster.  I asked foreman Manuel to give me the tools for work and he refused.  I have not been provided the tools and have had to purchase them.  I have spent approximately $100.00 a season on purchasing these tools.

5.     During the pre-harvest work, I was required to arrive at the jobsite approximately 15-30 minutes before the official start time.  When I get to the jobsite, I had to attend school or "escuelita" which is time that foreman Manuel talked to the entire crew about the day's work or gave us instruction. During the pre-harvest, this happened approximately 5-6 times per week.  I was not paid and I have never been paid for the time I spent participating in the "escuelita."

6.    At the beginning of the grape harvest our foremen would instruct the crew to arrive at the jobsite 30-15 minutes before the official start time every work day. I was a packer. My wife was a picker in my group. When I arrived at the jobsite, I had to prepare my work area by doing things such as taking the table and wheelbarrow from out of the middle of the rows and opening up the table, putting the shade up, stacking boxes near the table, getting bags, clam shells and getting the bins ready. Also, I had to attend "escuelita" which is time that foreman Manuel talked to the entire crew about work or reprimand certain workers who did not meet their picking quotas. I was not paid and I have never been paid for the time I spent preparing our work area for the work day and participating in the "escuelita."

7.    At the end of the day, when my foreman said the work day had ended, I had to continue working in order to finish my job. My foreman wrote down the hour that we finished working. If the day officially started at 6:00am, we are supposed to stop at 2:30pm. I have worked past 2:30 p.m. because the foreman does not tell us to stop working or he tells us a couple of minutes before 2:30 p.m. I have had to continue working 10-15 minutes after the official stop time to finishing packing the remaining grapes. This happened about 4 times a week. I was not paid and I have never been paid for the time I have spent finishing my work.

8.    In 2004, the foreman had the crew take home equipment that belonged to Delano Farms and Cal-Pacific. I took home approximately 5 trays every Saturday to wash and have ready for work.   It took about half an hour to wash the trays. I would buy detergent and clorax to clean the trays.

9.    My former employer Delano Farms and Cal-Pacific, paid me an hourly rate and a piece rate amount for each box of grapes I picked. The piece rate amount is called a bonus. When I received my paycheck at the end of the week, the number of boxes I was

2

1 | paid for was less than the number of boxes I picked during that week. I know that the
2 | amount of boxes I was paid for was not right because I kept a daily written count of the
3 | boxes I packed and my group picked. I told foreman Manuel that my paycheck did not
4 | have the correct number of boxes and both told me at the time I brought it to his attention,
5 | there was nothing he could because the company goes by their amount.

6

7 |     10.    When I was working for Delano Farms, many times there was pressure not to
8 | take my 10 minute break time in the morning or the afternoon because the foreman Manuel
9 | had the crew change fields. On average, I was required to skip a regular 10 minute break
10 | 1-2 times per week. On average, my 10 minute break is shorter than the time I am
11 | supposed to have by 3-4 minutes.

12

13 |     11.    When I was working for Delano Farms and Cal-Pacific, I was required to
14 | show up for work even when there was fog or rain. In these circumstances, the foreman
15 | required that I wait at the jobsite until he either decided that the crew would begin work or
16 | be sent home. I have never been paid for the time I was required to wait at the job-site
17 | while my foreman determined whether or not to send us into the field. When this
18 | happened, I was required to wait as long as 60 minutes. This happened to me
19 | approximately 2 times per season. This has happened during the harvest. In the pruning
20 | season this happened about 2 times a week.

21

22 |     12.    During the escuelita, Foreman Manuel would let the crew know who was not
23 | meeting their picking quotas. When I was working for Delano Farms and Cal-Pacific, I
24 | would see other workers not take their 30 minute lunch break. These workers would not
25 | take their lunch so as not to be scolded again by the foremen in front of the crew.

26

27 |     13.    When I was working with Delano Farms and Cal-Pacific, I was told when
28 | our crew would move from one work location to another. I was told by crew foreman to

meet at a certain time in the morning at a certain location to follow him to the work location. I have waited approximately 20 minutes in the morning at the location. Once the foreman arrived, I followed him to the work location for that day. Depending on the work location, I have followed my foreman for about 15 minutes to the site. I was not paid and have never been paid for any of this travel time. This happened about 5 times a season.

This statement has been read to me in Spanish and I confirm that all statements here are true.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed at Delano, California on September 14, 2010.

*Armando Chavez*
ARMANDO CHAVEZ

**DECLARATION OF AIDA L. SOTELO**

I declare that I am fluent in the Spanish language and that I read the above declaration from English into Spanish to **ARMANDO CHAVEZ** and he indicated to me that the declaration is true and correct to the best of his knowledge. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed September 14, 2010 in Delano, California.

_____
AIDA L. SOTELO

900571.2

1

## DECLARATION OF ARMANDO CHAVEZ

1.    I am aware that this is the same exact declaration that I previously signed. I am now signing this declaration in further support of Plaintiffs' Motion for Class Certification.

2.    The facts set forth herein are true of may own personal knowledge, and if called upon to testify I could and would competently do so under oath.

3.    I started working a Delano Farms/Cal Pacific on or about September of 1997. The last season I worked there was in June of 2008. The work I did was pruning, debudding, tying, training the vine, tipping, thinning and picking, but mostly packing. From 2004 till 2008, I worked in foreman Manuel Guzman's crew. On average, I worked more than 8 hours per day, 6 days per week. In 2006 and 2007, I worked in the cold storage for about one month each season.

4.    In 2004 during the pre-harvest work, I was paid $7.75 per hour. When the minimum wage was raised I began to earn the minimum wage. During the harvest, I was paid and hourly rate plus a piece rate of 30 cents per BOX OF GRAPES.

5.    I was required to provide my own tools and equipment that I needed for my job. The tools and equipment that I was required to take to my job were gloves, picking shears, pruning shears, knives, a sharpening file and holster. I asked foreman Manuel to give me the tools for work and he refused. I have not been provided the tools and have had to purchase them. I have spent approximately $100.00 a season on purchasing these tools.

6.    During the pre-harvest work, I am required to arrive at the jobsite approximately 15-30 minutes before the official start time. When I get to the jobsite, I had I have to attend "escuelita" which is time that foreman Manuel talked to the entire crew

1  about the day's work or gave us instruction. During the pre-harvest work, this happened

2  approximately 5-6 times per week. I was not paid and I have never been paid for the time I

3  spent participating in the "escuelita."

4

5       7.    At the beginning of the grape harvest our foremen would instruct the crew to

6  arrive at the jobsite 30-15 minutes before the official start time every work day. I was a

7  packer. My wife was a picker in my group. When I arrived at the jobsite, I had to prepare

8  my work area by doing things such as taking the table and wheelbarrow from out or the

9  middle of the rows and opening up the table, putting the shade up, stacking boxes near the

10  table, getting bags, clam shells and getting the bins ready. Also, I had to attend "escuelita"

11  which is time that foreman Manuel talked to the entire crew about work or reprimand

12  certain workers who did not meet their picking quotas. I was not paid and I have never

13  been paid for the time I spent preparing our work area for the work day and participating in

14  the "escuelita."

15

16       8.    At the end of the day, when my foreman said the work day has ended, I had

17  to continue working in order to finish my job. My foreman wrote down the hour that we

18  finish working. If the day officially started at 6:00am, we are supposed to stop at 2:30pm. I

19  have worked past 2:30 p.m. because the foreman does not tell us to stop working or he tells

20  us a couple of minutes before 2:30 p.m. I have had to continue working 10-15 minutes

21  after the official stop time to finishing packing the remaining grapes. This happened about

22  4 times a week. I was not paid and I have never been paid for the time I have spent

23  finishing my work.

24

25       9.    In 2004, the foreman had the crew take home equipment that belonged to

26  Delano Farms and Cal-Pacific. I took home approximately 5 trays every Saturday to wash

27  and have ready for work. It took about half an hour to wash the trays. I would buy

28  detergent and clorax to clean the trays.

10. My former employer Delano Farms and Cal-Pacific, paid me an hourly rate and a piece rate amount for each box of grapes I pick. The piece rate amount is called a bonus. When I receive my paycheck at the end of the week, the number of boxes I was paid for was less than the number of boxes I picked during that week. I know that the amount of boxes I was paid for was not right because I kept a daily written count of the boxes I packed and my group picked. I told foreman Manuel that my paycheck did not have the correct number of boxes and both told me at the time I brought it to his attention, there was nothing he could because the company goes by their amount.

11. When I am working for Delano Farms, many times there was pressure not to take my 10 minute break time in the morning or the afternoon because the foreman Manuel had the crew change fields. On average, I was required to skip a regular 10 minute break 1-2 times per week. On average, my 10 minute break is shorter than the time I am supposed to have by 3-4 minutes.

12. When I was working for Delano Farms and Cal-Pacific, I was required to show up for work even when there was fog or rain. In these circumstances, the foreman requires that I wait at the jobsite until he either decided that the crew would begin work or be sent home. I have never been paid for the time I am required to wait at the job-site while my foreman determined whether or not to send us into the field. When this happened, I was required to wait as long as 60 minutes. This has happened to me approximately 2 times per season. This has happened during the harvest. In the pruning season this happened about 2 times a week.

13. During the escuelita, Foreman Manuel would let the crew know who was not meeting their picking quotas. When I was working for Delano Farms and Cal-Pacific, I would see other workers not take their 30 minute lunch break. These workers would not take their lunch so as not to be scolded again by the foreman in front of the crew.

977267.1

3

14.     When I was working with Delano Farms and Cal-Pacific, I was told when our crew is going to move from one work location to another. I was told by crew foreman to meet at a certain time in the morning at a certain location to follow him to the work location. I have waited approximately 20 minutes in the morning at the location. Once the foreman arrived, I followed him to the work location for that day. Depending on the work location, I have followed my foreman for about 15 minutes to the site. I was not paid and have never been paid for any of this travel time. This happened about 5 times a season.

This statement has been read to me in Spanish and I confirm that all statements here are true.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed at Delano, California on January 26, 2011.

*Armando chavez*
ARMANDO CHAVEZ

977267.1                                                4

<u>Declaration of Interpreter/Translator</u>

    I, Eva Vasquez-Camacho, declare that I am certified by the State of California as a Court Interpreter/Translator in good standing as described in GC 68561.

    I am duly certified to interpret and translate from Spanish to English and English to Spanish and have met all the proficiency requirements set by the State of California, per Certification number 301273, issued by the Administrative Office of the Courts.

    . I further declare that I read and translated the attached "<u>Declaration of Armando Chavez</u>," to Mr. Armando Chavez from the English to the Spanish Language and that it is a true and accurate translation of said document.  He further indicated to me that his declaration is true and correct to the best of his knowledge, and signed it on January 26, 2011.

    I declare under penalty of perjury, under the laws of the State of California that the foregoing is true and correct. Signed this 26th day of January of 2011, in Delano, California, County of Kern.

             By:  Eva Vasquez-Camacho



             State Certified Court Interpreter

             Certification No. 301273

# EXHIBIT 22

## DECLARATION OF LILIA CHAVEZ

I, LILIA CHAVEZ, declare as follows:

1.      The facts set forth herein are true of my own personal knowledge, and if called upon to testify, I could and would competently do so under oath.

2.      I started working at Delano Farms on or about October of 2001.  The last season I worked there was in June of 2008. The work I did was pruning, debudding, tying, training the vine, tipping, thinning and picking. From 2004 till 2008, I worked in Foreman Manuel Guzman's crew..  On average, I worked more than 8 hours per day, 6 days per week.

3.      In 2004 during the pre-harvest work, I was paid $7.75 per hour.  When the minimum wage was raised I began to earn the minimum wage. During the harvest, I was paid an hourly rate plus a piece rate of 30 cents per BOX OF GRAPES.

4.      I was required to provide my own tools and equipment that I needed for my job.  The tools and equipment that I was required to take to my job were gloves, picking shears, pruning shears, knives, a sharpening file and holster.  I asked foreman Manuel to give me the tools for work and he refused.  I have not been provided the tools and have had to purchase them.  I have spent approximately $100.00 a season on purchasing these tools.

5.      During the pre-harvest, I was required to arrive at the jobsite approximately 15-30 minutes before the official start time.  When I got to the jobsite, I had to attend "escuelita" or school which is time that foreman Manuel talked to the entire crew about the day's work or gave us instruction. During the pre-harvest, this happened approximately 5-6

1   times per week.  I was not paid and I have never been paid for the time I spent

2   participating in the "escuelita."

3

4        6.      During the harvest or picking of the grape, I was required to arrive at the

5   jobsite approximately 30 minutes before the official start time.  When I got to the jobsite, I

6   had to prepare my work area by doing things such as taking the table and wheelbarrow

7   from out of the middle of the rows and opening up the table, putting the shade up, stacking

8   boxes near the table, getting bags, clam shells and getting the bins ready.  Also, I had to

9   attend "escuelita" which is time that our foreman Manuel talked to the entire crew about

10  work or reprimanded certain workers who did not meet their picking quotas.  I was not

11  paid and I have never been paid for the time I spent preparing our work area for the work

12  day and participating in the "escuelita."

13

14       7.      At the end of the day, when my foreman said the work day had ended, I had

15  to continue working in order to finish my job.  My foreman wrote down the hour that we

16  finished working.  If the day officially started at 6:00am, we are supposed to stop at

17  2:30pm.  I have worked past 2:30 p.m. because the foreman did not tell us to stop working

18  or he told us a couple of minutes before 2:30 p.m. I have had to continue working to assist

19  the packer in finishing packing the remaining grapes.  I was not paid and I have never been

20  paid for the time I have spent finishing my work.

21

22       8.      In 2004, I had to take home equipment that belonged to Delano Farms and

23  Cal-Pacific. I took home approximately 5 trays every Saturday to wash and have ready for

24  work.   It took about half an hour to wash the trays. I would buy detergent and clorax to

25  clean the trays.

26

27       9.      My former employer Delano Farms and Cal-Pacific, paid me an hourly rate

28  and a piece rate amount for each box of grapes I picked.  The piece rate amount is called a

1  bonus.  When I received my paycheck at the end of the week, the number of boxes I was
2  paid for was less than the number of boxes I picked during that week.  I know that the
3  amount of boxes I was paid for was not right because I kept a daily written count of the
4  boxes I picked and my crew packed. I told foreman Manuel that my paycheck did not have
5  the correct number of boxes and he told me at the time I brought it to his attention, there
6  was nothing he could because the company goes by his amount.
7
8       10.    When I was working for Delano Farms, many times there was pressure not to
9  take my 10 minute break because the foreman had the crew change fields.  On average, I
10  was required to skip a regular 10 minute break 1-2 times per week.  On average, my 10
11  minute break is shorter than the time I am supposed to have by 3-4 minutes.
12
13       11.    When I was working for Delano Farms and Cal-Pacific, I was required to
14  show up for work even when there was fog or rain.  In these circumstances, the foreman
15  required that I wait at the jobsite until he either decided that we would begin work or be
16  sent home.  I have never been paid for the time I was required to wait at the job-site while
17  my foreman determined whether or not to send us into the field.  When this happened, I
18  was required to wait as long as 60 minutes.  This happened to me approximately 2 times
19  per season.  This happened during the harvest. In the pruning season this happened about 2
20  times a week.
21
22       12.    During the escuelita, the foreman would let the crew know who was not
23  meeting their picking quotas. When I was working for Delano Farms and Cal-Pacific, I
24  would see other workers not take their 30 minute lunch break. These workers would not
25  take their lunch so as not to be scolded again by the foremen in front of the crew.
26
27       13.    When I was working with Delano Farms and Cal-Pacific, I was told when
28  our crew would move from one work location to another.   I was told by the foreman to

1  meet at a certain time in the morning at a certain location to follow my foreman to the
2  work location.  I waited approximately 20 minutes in the morning at that location.  Once
3  the foreman arrived, I would follow him to the work location for that day.  Depending on
4  the work location, I followed my foreman for about 15 minutes to the site.  I was not paid
5  and have never been paid for any of this travel time. This happened about 5 times a season.
6
7      This statement has been read to me in Spanish and I confirm that all statements here
8  are true.
9
10     I declare under penalty of perjury under the laws of the United States of America
11 that the foregoing is true and correct.
12
13     Executed at Delano, California on  September 14, 2010.
14
15
16                    _Lilia    Chavez_____
17                    LILIA CHAVEZ
18
19
20
21
22
23
24
25
26
27
28

# DECLARATION OF AIDA L. SOTELO

I declare that I am fluent in the Spanish language and that I read the above declaration from English into Spanish to **LILIA CHAVEZ** and she indicated to me that the declaration is true and correct to the best of her knowledge. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed September 14, 2010 in Delano, California.

AIDA L. SOTELO

## DECLARATION OF LILIA CHAVEZ

I, LILIA CHAVEZ, declare as follows:

1.     I am aware that this is the same exact declaration that I previously signed.  I am now signing this declaration in further support of Plaintiffs' Motion for Class Certification.

2.     The facts set forth herein are true of my own personal knowledge, and if called upon to testify, I could and would competently do so under oath

3.     I started working at Delano Farms on or about October of 2001. The last season I worked there was in June of 2008. The work I did was pruning, debudding, tying, training the vine, tipping, thinning and picking. From 2004 till 2008, I worked in Foreman Manuel Guzman's crew. On average, I worked more than 8 hours per day, 6 days per week.

4.     In 2004 during the pre-harvest work, I was paid $7.75 per hour. When the minimum wage was raised I began to earn the minimum wage. During the harvest, I was paid and hourly rate plus a piece rate of 30 cents per BOX OF GRAPES.

5.     I was required to provide my own tools and equipment that I needed for my job.  The tools and equipment that I was required to take to my job were gloves, picking shears, pruning shears, knives, a sharpening file and holster. I asked foreman Manuel to give me the tools for work and he refused. I have not been provided the tools and have had to purchase them. I have spent approximately $ 100.00 a season on purchasing these tools.

6.     During the pre-harvest work, I am required to arrive at the jobsite approximately 15-30 minutes before the official start time.  When I get to the jobsite, I had

977241.1

1   to attend "escuelita" or school which is time that foreman Manuel talked to the entire crew

2   about the day's work or gave us instruction. During the pre-harvest, this happened

3   approximately 5-6 times per week. I was not paid and I have never been paid for the time I

4   spent participating in the "escuelita."

5

6          7.      During the harvest or picking of the grape, I was required to arrive at the

7   jobsite approximately 30 minutes before the official stat time. When I got to the jobsite, I

8   had to prepare my work area by dong things such as taking the table and wheelbarrow

9   from out of the middle of the rows and opening up the table, putting the shade up, stacking

10  boxes near the table, getting bags, clam shells and getting the bins ready. Also, I had to

11  attend "escuelita" which is time that our foreman Manuel talked to the entire crew about

12  work or reprimanded certain workers who did not meet their picking quotas. I was not paid

13  and I have never been paid for the time I spent preparing our work area for the work day

14  and participating in the "escuelita."

15

16         8.      At the end of the day, when my foreman says the work day has ended, I had

17  had to continue working in order to finish my job. My foreman wrote down the hour that

18  we finished working. If the day officially started at 6:00 am, we are supposed to stop at

19  2:30pm. I have worked past 2:30 p.m because the foreman did not tell us to stop working

20  or he told us a couple of minutes before 2:30 p.m. I have had to continue working to assist

21  the packer in finishing packing the remaining grapes. I was not paid and I have never been

22  paid for the time I have spent finishing my work.

23

24         9.      In 2004, I had to take home equipment that belonged to Delano Farms and

25  Cal-Pacific. I took home approximately 5 trays every Saturday to wash and have ready for

26  work. It took about half an hour to wash the trays. I would buy detergent and clorax to

27  clean the trays.

28

977241.1                                          2

10.     My former employer Delano Farms and Cal-Pacific, paid me an hourly rate and a piece rate amount for each box of grapes I picked. The piece rate amount is called a bonus. When I received my paycheck at the end of the week, the number of boxes I was paid for was less then the number of boxes I picked during that week. I know that the amount of boxes I was paid for was not right because I kept a daily written count of the boxes I picked and my crew packed. I told foreman Manuel that my paycheck did not have the correct number of boxes and he told me at the time I brought it to his attention, there was nothing he could because the company goes by his amount.

11.     When I was working for Delano Farms, many times there was pressure not to take my 10 minute break because the foreman had the crew change fields. On average, I was required to skip a regular 10 minute break 1-2 times per week. On average, my 10 minute break is shorter than the time I am supposed to have by 3-4 minutes

12.     When I am working for Delano Farms and Cal-Pacific, I am required to show up for work even when there was fog or rain.  In these circumstances, the foreman requires that I wait at the jobsite until he either decides that we will begin work or be sent home.  I have never been paid for the time I am required to wait at the job-site while my foreman determines whether or not to send us into the field.  When this happened, I was required to wait as long as 60 minutes.  This has happened to me approximately 2 times per season. This happened during the harvest. In the pruning season this happened about 2 times a week.

13.     During the escuelita, the foreman would let the crew know who was not meeting their picking quotas. When I was working for Delano Farms and Cal-Pacific, I would see other workers not take their 30 minute lunch break. These workers would not take their lunch so as not to be scolded again by the foremen in front of the crew.

1      14.    When I am working with Delano Farms and Cal-Pacific, I was told when our

2  crew would move from one work location to another. I was told by the foreman to meet at

3  a certain time in the morning at a certain location to follow my foeman to the work

4  location. I waited approximately 20 minutes in the morning at that location. Once the

5  foreman arrived, I would follow him to the work location for that day. Depending on the

6  work location, I followed my foreman for about 15 minutes to the site. I was not paid and

7  have never been paid for any of this travel time. This happened about 5 times a season.

8

9      This statement has been read to me in Spanish and I confirm that all statements here

10  are true.

11

12      I declare under penalty of perjury under the laws of the United States of America

13  that the foregoing is true and correct.

14

15

16      Executed at Delano, California on January 26 , 2011.

17

18

19                  *Lilia Chavez*

20                  LILIA CHAVEZ

21

22

23

24

25

26

27

28

977241.1                         4

## Declaration of Interpreter/Translator

I, Eva Vasquez-Camacho, declare that I am certified by the State of California as a Court Interpreter/Translator in good standing as described in GC 68561.

I am duly certified to interpret and translate from Spanish to English and English to Spanish and have met all the proficiency requirements set by the State of California, per Certification number 301273, issued by the Administrative Office of the Courts.

I further declare that I read and translated the attached "Declaration of Lilia Chavez," to Ms. Lilia Chavez from the English to the Spanish Language and that it is a true and accurate translation of said document. She further indicated to me that her declaration is true and correct to the best of her knowledge, and signed it on January 26, 2011.

I declare under penalty of perjury, under the laws of the State of California that the foregoing is true and correct. Signed this 26th day of January of 2011, in Delano, California, County of Kern.

By:  Eva Vasquez-Camacho

State Certified Court Interpreter

Certification No. 301273

- 1

EXHIBIT 23

## DECLARATION OF MANUEL CHAVEZ

I, Manuel Chavez, declare as follows:

1.   I am currently an employee of Delano Farms and Cal-Pacific.  I started working for Delano Farms and Cal-Pacific on or about April of 2000.  The work I do is pruning, packing, picking, tipping, debudding and deleafing. Since October 2008 I have worked in Manuel Guzman crew before that I worked in Rodolfo Mendez's crew.   I am a packer and work in a group with 1 picker and 1 worker who pushes the wheelbarrow.  On average, I work 8 hours per day, 6 days per week.

2.   The facts set forth herein are true of my own personal knowledge, and if called upon to testify, I could and would competently do so under oath.

3.   During the pre-harvest work, I am paid $8.10 per hour.  During the harvest, I am paid an hourly rate plus a piece rate of $0.30 per box of packed grapes.

4.   I am required to provide my own tools and equipment that I need for my job. The tools and equipment that I am required to take to my job are pruning gloves which cost $20.00 per pair and I buy up to 3 pairs per season, gloves for the harvest which I buy for $6.00 per packet of 6 and purchase one packet per month, picking shears which I buy for $8.00 and buy 2 per season, pruning shears which I buy for $30.00, pruning shears replacement blades which I buy for $17.00 per blade and buy 2 per season, rubber stoppers which I buy for $2.50 to $3.00 each and buy two per season, pruning shears fasteners which I buy for $10.00 and buy one per season, a holster which I buy for $7.00 and lasts several seasons and a sharpening file which I buy for $2.50 and lasts several seasons.

905030.1

5.     During the harvest, I am required to arrive at the jobsite approximately 15-20 minutes before the official start time.  When I get to the jobsite, I have to prepare my work area by doing things such as getting the table from within the crews, opening the table and getting boxes, bags, labels and padded liners and taking them to my table.  Also, I have to attend "escuela" which is time that our foreman and sometimes the supervisor Jason talk to the entire crew about our quotas,  pressure us to pick and pack more boxes than other crews and single out and reprimand tables that aren't meeting their quotas.  I am not paid and I have never been paid for the time I spend preparing for the work day and participating in the "escuela."

6.     At the end of the day, the foreman does not let us know that it is time to stop working.  If Rodolfo Mendez sees workers stop picking to help finish packing the grapes he asks if they are planning to go home early and tells them to keep picking. The more experienced workers know how to time the work they are doing so they can have their tasks completed at the hour that we are told the work day ends, but I have seen other workers stay up to 20 minutes past the hour we are told the work day ends, in order to finish packing their boxes of grapes.

7.     In 2006 and every year before I had to take the picking trays that belongs to Delano Farms and Cal-Pacific home.  Once a week I had to bring 4 to 12 trays home to wash, this work took up to 90 minutes. I was not paid and have never been paid for this work I performed at home.

8.     My employer Delano Farms and Cal-Pacific, pay me an hourly rate of $8.10 and a piece rate of $0.30 for each box of grapes my table picks and I pack.  The piece rate amount is called a bonus.  When I receive my paycheck at the end of the week, the number of boxes I am paid for is less than the number of boxes that my table packs and picks.  I know that the amount of boxes I am being paid for is not right because as the packer I

1  write down the number of boxes that my table packs and picks and our table usually makes
2  approximately 200 boxes daily.  At the end of the week, I total the number of boxes picked
3  and packed by my group on each day.  I compare the number to how much is on my check
4  stub and it is not correct.

5

6     9.    When I am working for Delano Farms and Cal-Pacific, I have seen workers
7  working during their 10 minute breaks to try to meet their quotas.

8

9     10.    When I am working for Delano Farms and Cal-Pacific, I am required to
10  show up for work even when it rains.  In these circumstances, the foreman requires that I
11  wait at the jobsite until he either decides that we will begin work or be sent home.  I have
12  never been paid for the time I am required to wait at the job-site while my foreman
13  determines whether or not to send us into the field.  When this happens, I have been
14  required to wait as long as 60 minutes.  This happens to me approximately 5 to 7 times a
15  year.

16

17     11.    When I am working for Delano Farms and Cal-Pacific, I have seen workers
18  in my crew working during the 30 minute break; they keep working to try to meet their
19  quotas.  On January or February of 2008 our foreman Manuel Guzman told the workers
20  that we are not allowed to leave the work site during our 30 minute breaks.

21

22     12.    When I am working with Delano Farms and Cal-Pacific, I have been told our
23  crew is going to move from one work location to another.  I have been told by the foreman
24  to meet at a certain time in the morning at a certain location to follow my foreman to the
25  work location.  I have waited approximately 30 minutes in the morning.  Once the foreman
26  arrives, I follow him to the work location for that day.  Depending on the work location, I
27  have followed my foreman for 10 to 25 minutes to the site.  This happens approximately

28

1time every 1 to 2 weeks during the harvest, pruning and debudding seasons. I am not paid and have never been paid for any of this travel time.

13.    When I am working for Delano Farms and Cal-Pacific, at the end of the harvest I sometimes go to work in the cold storage. I worked in the cold storage packing, weighing and sorting grapes for 2 to 3 weeks in 2008 and 4 weeks in 2007. When I work in the cold storage my work is overseen by the crew foreman and by the cold storage supervisor Rigo (last name unknown) and the assistant supervisor (a woman, name unknown). Rigo and the assistant supervisor are directly employed by Delano Farms. I know this because they wear Delano Farms identification tags. Rigo and the assistant supervisor conduct the "escuela" in the morning and check our work daily. In the cold storage "escuela" is conducted at least 5 times a week for approximately 5 to 10 minutes before the official start time. I am not paid and have never been paid for the time I attend "escuela."

This statement has been read to me in Spanish and I confirm that all statements here are true.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed _May_____12__, 2009.

_____

Manuel Chavez

905030.1                                                      4

# DECLARATION OF MANUEL CHAVEZ

I declare that I am fluent in the Spanish language and that I read the above declaration from English into Spanish to Manuel Chavez.  He indicated to me that the declaration is true and correct to the best of his knowledge.  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed _May    12_, 2009 in Delano, California.


_____
Maria G. Larios

905030.1

1

# DECLARATION OF MANUEL CHAVEZ

I, Manuel Chavez, declare as follows:

1.      I am aware that this is the same exact declaration that I previously signed.  I am now signing this declaration in further support of Plaintiffs' Motion for Class Certification.

2.      I am currently an employee of Delano Farms and Cal-Pacific.  I started working for Delano Farms and Cal-Pacific on or about April of 2008. The work I do is pruning, packing, picking, tipping, debudding and deleafing. Since October 2008 I have worked in Manuel Guzman crew before that I worked in Rodolfo Mendez's crew. I am a packer and work in a group with 1 picker and 1 worker who pushes the wheelbarrow. On average, I work 8 hours per day, 6 days per week.

3.      The facts set forth herein are true of my own personal knowledge, and if called upon to testify, I could and would competently do so under oath.

4.      During the pre-harvest work, I am paid $8.10 per hour.  During the harvest, I am paid an hourly rate plus a piece rate of $0.30 cents per box of packed grapes.

5.      I am required to provide my own tools and equipment that I need for my job. The tools and equipment that I am required to take to my job are pruning gloves which cost $20.00 per pair and I buy up to 3 pairs per season, gloves for the harvest which I buy for $6.00 per packet of 6 and purchase one packet pre month, picking shears which I buy for $8.00 and buy 2 per season, pruning shears which I buy for $30.00, pruning shears replacement blades which I buy for $17.00 per blade and buy 2 per season, rubber stoppers which I buy for $2.50 to $3.00 each and buy two per season, pruning shears fasteners

976750.1

1  which I buy for $10.000 and buy one per season, a holster which I buy for $7.00 and lasts

2  several seasons and a sharpening file which I buy for $2.50 and lasts several seasons.

3

4       6.    During the pre-harvest work, I am required to arrive at the jobsite

5  approximately 15-20 minutes before the official start time.  When I get to the jobsite, I

6  have to prepare my work area by doing things such as getting the table from within the

7  crews, opening the table and getting boxes, bags, labels and padded liners and taking them

8  to my table. Also, I have to attend "escuela" which is time that our foreman and sometimes

9  the supervisor Jason talk to the entire crew about our quotas. Pressure us to pick and pack

10  more boxes that other crew and single out and reprimand tables that aren't meeting their

11  quotas. I am not paid and I have never been paid for the time I spend preparing for the

12  work day and participating in the "escuela.".

13

14       7.    At the end of the day, the foreman does not let us know that it is time to stop

15  working. If Rodolfo Mendez sees workers stop picking to help finish packing the grapes he

16  asks if they are planning to go home early and tells theme to keep picking. The more

17  experienced workers know how to time the work they are doing so they can have their

18  tasks completed at the hour that we are told the work day ends, but I have seen other

19  workers stay up to 20 minutes past the hour we are told the work day ends, in order to

20  finish packing their boxes of grapes.

21

22       8.    In 2006 and every year before I had to take the picking trays that belongs to

23  Delano Farms and Cal-Pacific home. Once a week I have to bring 4 to 12 trays home to

24  wash, this work took up to 90 minutes, I was not paid and have never been paid for this

25  work I performed at home.

26

27       9.    My employer Delano Farms and Cal-Pacific, pay me an hourly rate of $8.10

28  and a piece rate of $0.30 for each box of grapes my table picks and I pack. The piece rate

1   amount is called a bonus. When I receive my paycheck at the end of the week, the number
2   of boxes I am paid for is less than the number of boxes that my table packs and picks. I
3   know that the amount of boxes I am being paid for is not right because as the packer I
4   write down the member of boxes that my table packs and picks and our table usually
5   makes approximately 200 boxes daily. At the end of the week, I total the number of boxes
6   picked and packed by my group on each day. I compare the number to how much is on my
7   check stub and it is not correct.

8

9        10.    When I am working for Delano Farms and Cal-Pacific, I have seen workers
10  working during their 10 minute breaks to try to meet their quotas.

11

12       11.    When I am working for Delano Farms and Cal-Pacific, I am required to
13  show up for work even when it rains. In these circumstances, the foreman requires that I
14  wait at the jobsite until he either decides that we will begin work or be sent home. I have
15  never been paid for the time I am required to wait at the job-site while my foreman
16  determines whether or not to send us into the field, When this happens, I have been
17  required to wait as long as 60 minutes. This happens to me approximately 5 to 7 times a
18  year.

19

20       12.    When I am working for Delano Farms and Cal-Pacific, I have seen workers
21  in my crew working during the 30 minutes break; they keep working to try to meet their
22  quotas. On January or February of 2008 our foreman Manuel Guzman told the workers
23  that we are not allowed to leave the work site during our 30 minutes breaks.

24

25       13.    When I am working for Delano Farms and Cal-Pacific, I have been told our
26  crew is going to move form one work location to another, I have been told by the foreman
27  to meet at a certain time in the morning at a certain location to follow my foreman to the
28  work location. I have waited approximately 30 minutes in the morning. Once the foeman

1   arrives, I follow him to the work location for that day, Depending on the work location, I

2   have followed my foreman for 10 to 25 minutes to the site, This happens approximately 1

3   time every 1 to 2 weeks during the harvest, pruning and debudding seasons. I am not paid

4   and have never been paid for any of this travel time.

5

6       14.     When I am working with Delano Farms and Cal-Pacific, at the end of the

7   harvest I sometimes go to work in the cold storage. I worked in the cold storage packing,

8   weighing and sorting grapes for 2 to 3 weeks in 2008 and 4 weeks in 2007. When I work in

9   the cold storage my work is overseen by the crew foreman and by the cold storage

10  supervisor Rigo (last name unknown) and the assistant supervisor (a woman, name

11  unknown). Rigo and the assistant supervisor are directly employed by Delano Farms. I

12  know this because they were Delano Farms Identification tags. Rigo and the assistant

13  supervisor conduct the "escuela" in the morning and check our work daily, in the cold

14  storage "escuela" is conducted at least 5 times a week for approximately 5 to 10 minutes

15  before the official start time .I am not paid and have never been paid for the time I attend

16  "escuela."

17

18      This statement has been read to me in Spanish and I confirm that all statements here

19  are true.

20

21      I declare under penalty of perjury under the laws of the United States of America

22  that the foregoing is true and correct.

23

24

25      Executed January __24__, 2011.

26

27

28      _____

976750.1                                4

Manuel Chavez

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

<u>Declaration of Interpreter/Translator</u>

I, Armando Espinosa Jr., declare that I am certified by the State of California as a Court Interpreter/Translator in good standing as described in GC 68561.

I am duly certified to interpret and translate from Spanish to English and English to Spanish and have met all the proficiency requirements set by the State of California, per Certification number 300804, issued by the Administrative Office of the Courts.

I further declare that I read and translated the attached "<u>Declaration of Manuel Chavez</u>," to Mr. Manuel Chavez from the English to the Spanish Language and that it is a true and accurate translation of said document. He further indicated to me that his declaration is true and correct to the best of his knowledge, and signed it on January 24, 2011.

I declare under penalty of perjury, under the laws of the State of California that the foregoing is true and correct. Signed this 24th day of January of 2011, in Delano, California, County of Kern.

By:  Armando Espinosa, Jr.

State Certified Court Interpreter

Certification No. 300804

- 1

# EXHIBIT 24

## DECLARATION OF ROSALIA CHAVEZ

I, Rosalia Chavez, declare as follows:

1.      I am currently an employee of Delano Farms and Cal-Pacific.  I started working for Delano Farms and Cal-Pacific approximately 13 years ago.  The work I do is pruning, packing, picking, tipping, debudding and deleafing. Since October 2008 I have worked in Manuel Guzman crew and before that I worked in Rodolfo Mendez's crew.    I am a picker and I work in a group with 1 packer and 1 worker who pushes the wheelbarrow and also picks.  On average, I work 8 hours per day, 6 days per week.

2.      The facts set forth herein are true of my own personal knowledge, and if called upon to testify, I could and would competently do so under oath.

3.      During the pre-harvest work, I am paid $8.10 per hour.  During the harvest I am paid an hourly rate plus a piece rate of $0.30 per box of packed grapes.

4.      I am required to provide my own tools and equipment that I need for my job. The tools and equipment that I am required to take to my job are pruning gloves which cost $20.00 per pair and I buy up to 3 pairs per season, gloves for the harvest which I buy for $6.00 per packet of 6 and purchase one packet per month, picking shears which I buy for $8.00 and buy 2 per season, pruning shears which I buy for $30.00, pruning shears replacement blades which I buy for $17.00 per blade and buy 2 per season, rubber stoppers which I buy for $2.50 to $3.00 each and buy two per season, pruning shears fasteners which I buy for $10.00 and buy one per season, a holster which I buy for $7.00 and lasts several seasons and a sharpening file which I buy for $2.50 and lasts several seasons.

905024.1

5.     During the harvest, I am required to arrive at the jobsite approximately 15-20 minutes before the official start time.  When I get to the jobsite, I have to prepare my work area by doing things such as getting the table from within the crews, opening the table and getting boxes, bags, labels and padded liners and taking them to my table.  Also, I have to attend "escuela" which is time that our foreman and sometimes the supervisor Jason talk to the entire crew about our quotas,  pressure us to pick and pack more boxes than other crews and single out and reprimand tables that aren't meeting their quotas.  I am not paid and I have never been paid for the time I spend preparing for the work day and participating in the "escuela."

6.     At the end of the day, the foreman does not let us know that it is time to stop working.  If Rodolfo Mendez sees workers stop picking before the time he says to stop, in order to help finish packing the grapes, he asks if they are planning to go home early and tells the workers to keep picking. The more experienced workers know to time their work so they can finish their tasks by the official stop time, but I have seen other workers stay up to 20 minutes after the hour we are told work was finished, in order to finishing packing their boxes of grapes.

7.     In 2006 and every year before, I had to take the picking trays that belong to Delano Farms and Cal-Pacific home with me at the end of the work day.  Once a week I had to bring 4 to 12 trays home to wash, this work took up to 90 minutes. I was not paid and have never been paid for this work I performed at home.

8.     My employer Delano Farms and Cal-Pacific, pay me an hourly rate of $8.10 and a piece rate of $0.30 for each box of grapes my table picks and I pack. The piece rate amount is called a bonus.  When I receive my paycheck at the end of the week, the number of boxes I am paid for is less than the number of boxes that my table packs and picks.  I know that the amount of boxes I am being paid for is not right because the packer keeps

1   count of the number of boxes that our table packs and picks, our table usually makes
2   approximately 200 boxes daily.  I have heard workers complain to Rodolfo Mendez that
3   their bonus amount isn't correct and he responds that one quarter ($0.25) isn't worth the
4   trip to the company's office to correct the problem.

5

6       9.      When I am working for Delano Farms and Cal-Pacific, I have seen workers
7   continue working during the 10 minute break to try to meet their quotas.

8

9       10.     When I am working for Delano Farms and Cal-Pacific, I am required to
10  show up for work even when it rains.  In these circumstances, the foreman requires that I
11  wait at the jobsite until he either decides that we will begin work or be sent home.  I have
12  never been paid for the time I am required to wait at the job-site while my foreman
13  determines whether or not to send us into the field.  When this happens, I have been
14  required to wait as long as 60 minutes.  This happens to me approximately 5 to 7 times a
15  year.

16

17      11.     When I am working for Delano Farms and Cal-Pacific, I have seen workers
18  in my crew working during the 30 minute break; they keep working to try to meet their
19  quotas.  On January or February of 2008 our foreman Manuel Guzman told the workers
20  that we are not allowed to leave the work site during our 30 minute breaks.

21

22      12.     When I am working with Delano Farms and Cal-Pacific, I have been told our
23  crew is going to move from one work location to another.  I have been told by the foreman
24  to meet at a certain time in the morning at a certain location to follow my foreman to the
25  work location.  I have waited approximately 30 minutes in the morning.  Once the foreman
26  arrives, I follow him to the work location for that day.  Depending on the work location, I
27  have followed my foreman for 10 to 25 minutes to the site.  I am not paid and have never
28  been paid for any of this travel time.

13.   When I am working for Delano Farms and Cal-Pacific, at the end of the harvest I sometimes go to work in the cold storage. I worked in the cold storage packing, weighing and sorting grapes for 2 to 3 weeks in 2008 and for 4 weeks in 2007. When I work in the cold storage my work is overseen by the crew foreman and by the cold storage supervisor Rigo (last name unknown) and the assistant supervisor (a woman, name unknown). Rigo and the assistant supervisor are directly employed by Delano Farms; they wear Delano Farms identification tags. Rigo and the assistant supervisor conduct the "escuela" in the morning and check our work daily. In the cold storage "escuela" is conducted at least 5 times a week for approximately 5 to 10 minutes before the official start time. I am not paid and have never been paid for the time I attend "escuela."

This statement has been read to me in Spanish and I confirm that all statements here are true.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed _May    12_, 2009.

_Rosalia R Chamirez_

Rosalia Chavez

## DECLARATION OF ROSALIA CHAVEZ

I declare that I am fluent in the Spanish language and that I read the above declaration from English into Spanish to Rosalia Chavez. He indicated to me that the declaration is true and correct to the best of her knowledge. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed _May 12_, 2009 in Delano, California.

_____
Maria Larios

## DECLARATION OF ROSALIA CHAVEZ

I, Rosalia Chavez, declare as follows:

1.     I am aware that this is the same exact declaration that I previously signed.  I am now signing this declaration in further support of Plaintiffs' Motion for Class Certification.

2.     I am currently an employee of Delano Farms and Cal-Pacific.  I started working for Delano Farms and Cal-Pacific approximately 13 years ago.  The work I do is pruning, packing, picking, tipping, debudding and deleafing. Since October 2008 I have worked in Manuel Gusman crew and before that I worked in Rodolfo Mendez's crew.   I am a picker and I work in a group with 1 packer and 1 worker who pushes the wheelbarrow and also picks.  On average, I work 8 hours per day, 6 days per week.

3.     The facts set forth herein are true of my own personal knowledge, and if called upon to testify, I could and would competently do so under oath.

4.     During the pre-harvest work, I am paid $8.10 per hour.  During the harvest, I am paid an hourly rate plus a piece rate of $0.30 per box of packed grapes.

5.     I am required to provide my own tools and equipment that I need for my job. The tools and equipment that I am required to take to my job are pruning gloves which cost $20.00 per pair and I buy up to 3 pairs per season, gloves for the harvest which I buy for $6.00 per packet of 6 and purchase one packet per month, picking shears which I buy for $8.00 and buy 2 per season, pruning shears which I buy for $30.00, pruning shears replacement blades which I buy for $17.00 per blade and buy 2 per season, rubber stoppers which I buy for $2.50 to $3.00 each and buy two per season, pruning shears fasteners

905024.1

1   which I buy for $10.00 and buy one per season, a holster which I buy for $7.00 and lasts

2   several seasons and a sharpening file which I buy for $2.50 and lasts several seasons.

3

4       6.      During the harvest, I am required to arrive at the jobsite approximately 15-20

5   minutes before the official start time.  When I get to the jobsite, I have to prepare my work

6   area by doing things such as getting the table from within the crews, opening the table and

7   getting boxes, bags, labels and padded liners and taking them to my table.  Also, I have to

8   attend "escuela" which is time that our foreman and sometimes the supervisor Jason talk to

9   the entire crew about our quotas,  pressure us to pick and pack more boxes than other

10  crews and single out and reprimand tables that aren't meeting their quotas.  I am not paid

11  and I have never been paid for the time I spend preparing for the work day and

12  participating in the "escuela."

13

14      7.      At the end of the day, the foreman does not let us know that it is time to stop

15  working.  If Rodolfo Mendez sees workers stop picking before the time he says to stop, in

16  order to help finish packing the grapes, he asks if they are planning to go home early and

17  tells the workers to keep picking. The more experienced workers know to time their work

18  so they can finish their tasks by the official stop time, but I have seen other workers stay

19  up to 20 minutes after the hour we are told work was finished, in order to finishing packing

20  their boxes of grapes.

21

22      8.      In 2006 and every year before, I had to take the picking trays that belong to

23  Delano Farms and Cal-Pacific home with me at the end of the work day.  Once a week I

24  had to bring 4 to 12 trays home to wash, this work took up to 90 minutes. I was not paid

25  and have never been paid for this work I performed at home.

26

27      9.      My employer Delano Farms and Cal-Pacific, pay me an hourly rate of $8.10

28  and a piece rate of $0.30 for each box of grapes my table picks and I pack.  The piece rate

1  amount is called a bonus. When I receive my paycheck at the end of the week, the number

2  of boxes I am paid for is less than the number of boxes that my table packs and picks. I

3  know that the amount of boxes I am being paid for is not right because the packer keeps

4  count of the number of boxes that our table packs and picks, our table usually makes

5  approximately 200 boxes daily. I have heard workers complain to Rodolfo Mendez that

6  their bonus amount isn't correct and he responds that one quarter ($0.25) isn't worth the

7  trip to the company's office to correct the problem.

8

9      10.    When I am working for Delano Farms and Cal-Pacific, I have seen workers

10  continue working during the 10 minute break to try to meet their quotas.

11

12     11.    When I am working for Delano Farms and Cal-Pacific, I am required to

13  show up for work even when it rains. In these circumstances, the foreman requires that I

14  wait at the jobsite until he either decides that we will begin work or be sent home. I have

15  never been paid for the time I am required to wait at the job-site while my foreman

16  determines whether or not to send us into the field. When this happens, I have been

17  required to wait as long as 60 minutes. This happens to me approximately 5 to 7 times a

18  year.

19

20     12.    When I am working for Delano Farms and Cal-Pacific, I have seen workers

21  in my crew working during the 30 minute break; they keep working to try to meet their

22  quotas. On January or February of 2008 our foreman Manuel Guzman told the workers

23  that we are not allowed to leave the work site during our 30 minute breaks.

24

25     13.    When I am working with Delano Farms and Cal-Pacific, I have been told our

26  crew is going to move from one work location to another. I have been told by the foreman

27  to meet at a certain time in the morning at a certain location to follow my foreman to the

28  work location. I have waited approximately 30 minutes in the morning. Once the foreman

905024.1                                    3

1  arrives, I follow him to the work location for that day.  Depending on the work location, I

2  have followed my foreman for 10 to 25 minutes to the site.  I am not paid and have never

3  been paid for any of this travel time.

4

5      14.    When I am working for Delano Farms and Cal-Pacific, at the end of the

6  harvest I sometimes go to work in the cold storage.  I worked in the cold storage packing,

7  weighing and sorting grapes for 2 to 3 weeks in 2008 and for 4 weeks in 2007.  When I

8  work in the cold storage my work is overseen by the crew foreman and by the cold storage

9  supervisor Rigo (last name unknown) and the assistant supervisor (a woman, name

10  unknown).  Rigo and the assistant supervisor are directly employed by Delano Farms; they

11  wear Delano Farms identification tags.  Rigo and the assistant supervisor conduct the

12  "escuela" in the morning and check our work daily.  In the cold storage "escuela" is

13  conducted at least 5 times a week for approximately 5 to 10 minutes before the official

14  start time.  I am not paid and have never been paid for the time I attend "escuela."

15

16  This statement has been read to me in Spanish and I confirm that all statements here are

17  true.

18

19      I declare under penalty of perjury under the laws of the United States of America

20  that the foregoing is true and correct.

21

22

23  Executed 1/24/2011 , 2011 in Delano, California.

24

25

26  *Rosalia R Chavez*

27

28  Rosalia Chavez

905024.1                                    4

<u>Declaration of Interpreter/Translator</u>

I, Armando Espinosa Jr., declare that I am certified by the State of California as a Court Interpreter/Translator in good standing as described in GC 68561.

I am duly certified to interpret and translate from Spanish to English and English to Spanish and have met all the proficiency requirements set by the State of California, per Certification number 300804, issued by the Administrative Office of the Courts.

I further declare that I read and translated the attached "<u>Declaration of Rosalia Chavez</u>," to Ms. Rosalia Chavez from the English to the Spanish Language and that it is a true and accurate translation of said document.  She further indicated to me that her declaration is true and correct to the best of her knowledge, and signed it on January 24, 2011.

I declare under penalty of perjury, under the laws of the State of California that the foregoing is true and correct. Signed this 24th day of January of 2011, in Delano, California, County of Kern.

By:  Armando Espinosa, Jr.

State Certified Court Interpreter

Certification No. 300804

- 1

# EXHIBIT 25

# DECLARATION OF JOSE CUEVAS.

I, Jose Cuevas, do hereby declare as follows:

1.     The facts set forth herein are true of my own personal knowledge, and if called upon to testify thereto, I could and would competently do so under oath.

2.     I am currently an employee of Delano Farms/Cal Pacific.  I have been employed by Delano Farms/Cal Pacific since approximately July 2005.  I currently work in the crew of Juan Ledesma, and prior to that I worked on the crew of Miguel Sotelo.  I generally begin work in April and work through the harvest.  My job tasks include packing and picking grapes.  On average, I work 8 hours per day, 6 days per week.  I am paid approximately $8.10 per hour, and approximately 32 cents per box during harvest.

3.     For my job, I am required to pay for and provide my own tools and equipment.  The tools and equipment that I have to provide, their cost, and how often they must be replaced are as follows:

| Tool | Cost | Frequency of replacement |
|------|------|--------------------------|
| Clippers | $12 to $13 | Three per season |
| Gloves | $7 to $8 per dozen | Three dozen per season |
| Glasses | $5 | Once per season |

4.     For my job, I have to participate in a training program prior to the start of my workday. This training program lasts, on average, 10 15 minutes. I do not receive, nor have I ever received, any pay for the time I spend in this mandatory training program.

5.     For my job, I have to clean picking trays that belongs to Delano Farms/Cal Pacific outside of regularly working hours. On average, I spend 30 minutes doing this task each day. I assigned 6 to 7 picking trays. I am required to pay 5 dollars for each tray that is lost. I am also required to take home the scale and umbrella, and am held financially responsible for them. I am told that I must pay $50.00 for each item if they are lost. I do not receive, nor have I ever received, any pay for the time involved in cleaning trays or transporting work equipment.

6.     My employer, Delano Farms/Cal Pacific, guarantees a per box bonus. Two to three times per week, when I earn this bonus, my bonus is less than the boxes I packed.

7.     For my job, I have to work during lunch breaks. I am required to put labels on boxes during my break during the harvest. On average, this means I have to spend 20 to 30 minutes working during my lunch break. On average, this occurs almost every day of the week. At other times, I may be required to travel from one work location to another work location during my break.

8.     In my job with Delano Farms/Cal Pacific, my break period is regularly shortened. On average, my break is shortened by 5 to 10 minutes per break.

9.     For my job with Delano Farms/Cal Pacific, I have to arrive at a pre-designated location before the work day begins. I am required to follow the

foreman to the field, even though I may know the location of the field. I am not paid for the time spent traveling from the meeting place to the work place. The travel time averages 20 minutes. I do not receive, nor have I ever received, any pay for this travel time from the meeting place to the one work site.

10.   For my job, I am required to prepare boxes, bring wheel barrows, label boxes, etc. produce boxes before the work day begins. On average, these tasks take 10 to 15 minutes. I do no receive, nor have I ever received, any pay for time spent labeling boxes before the work day begins.

11.   On occasion, when I arrive at my designated work site and there is fog or rain, our foreman requires that we wait for the weather to change before we begin work. This may last from seven in the morning until 11 in the morning. I am not paid for this waiting time. On occasion, I will call the foreman when it is raining to ask whether I should report for work. I am always told that I need to report for work, and am not compensated for the time I spend waiting. If the foreman cancels work for that day, I am not paid at all.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed at Delano, CA on March 28, 2009.

_JOSE CUEVAS_

I, Armando Elenes am proficient in the Spanish language. I read the above

declaration to Jose Cuevas in Spanish and have confirmed that Jose Cuevas understands the contents of the declaration.

Executed at Delano, CA on March 28, 2009.

## DECLARATION OF JOSE CUEVAS

I, Jose Cuevas, declare as follows:

1.      I am aware that this is the same exact declaration that I previously signed. I am now signing this declaration in further support of Plaintiffs' Motion for Class Certification.

2.      The facts set forth herein are true of my own personal knowledge, and if called upon to testify thereto, I could and would competently do so under oath.

3.      I am currently an employee of Delano Farms and Cal-Pacific. I have been employed by Delano Farms/ Cal Pacific since approximately July 2005. I currently work in the crew of Juan Ledesma, and prior to that worked on the crew of Miguel Sotelo. I generally begin work in April and work through the harvest. My job tasks include packing and picking grapes. On average, I work 8 hours per day, 6 days per week. I am paid approximately $8.10 per hour, and approximately 32 cents per box during harvest.

4.      For my job, I am required to pay for and provide my own tools and equipment. The tools and equipment that I have to provide, their cost, and how often they must be replaced are as follows:

| Tools | Cost | Frequency of replacement |
|---|---|---|
| Clippers | $12 to $13 | Three per season |
| Gloves | $7 to $8 per dozen | Three dozen per season |
| Glasses | $5 | Once per season |

976142.1

1          5.      For my job, I have to participate in a training program prior to the start of

2 my workday. This training program last, on average 10 to 15 minutes. I do not receive, nor have I

3 every received, any pay for the time I spend in this mandatory training program.

4

5          6.      For my job, I have to clean picking trays that belongs to Delano Farms/Cal

6 Pacific outside of regularly working hours. On average, I spend 30 minutes doing this task each

7 day. I assigned 6 to 7 picking trays. I am required to pay 5 dollars for each tray that is lost. I am

8 also required to take home the scale and umbrella, and I am held financially responsible for them.

9 I am told that I must pay $50.00 for each item if they are lost. I do not receive, not have I ever

10 received, any pay for the time involved in cleaning trays or transporting work equipment

11

12       .      7.      My employer, Delano Farms/Cal Pacific, guarantees a per box bonus. Two

13 to three times per week, when I earn this bonus, my bonus is less than the boxes I packed.

14

15          8.      For my job, I have to work during lunch breaks. I am required to put labels

16 on boxes during my break during the harvest. On average, this means I have to spend 20 to 30

17 minuets working during my lunch break. On average, this occurs almost every day of the week.

18 At other times, I may be required to travel from one work location to another work location during

19 my break.

20

21          9.      In my job with Delano Farms/Cal Pacific, my break period is regularly

22 shortened. On average, my break is shortened by 5 to 10 minutes per break.

23

24         10.      For my job with Delano Farms/Cal Pacific, I have to arrive at a pre-

25 designated location before the work day begins. I am required to follow the foreman to the field,

26 even thought I may know the location of the field. I am not paid for the time spent traveling from

27 the meeting place to the work place. The travel time averages 20 minutes. I do not receive, nor

28 have I ever received, any pay for this travel time from the meeting place to the work site.

11.     From my job. I am required to prepare boxes., bring wheel barrows, label boxes, etc. Produce boxes before the work day begins. On average, these tasks take 10 to 15 minutes. I do not receive, nor have I ever received, any pay for time spent labeling boxes before the work day begins.

12.     On occasion, when I arrive at my designated work site and there is fog or rain, our foreman requires that we wait for the weather to change before we begin work. This may last from 7 am until 11 am. I am not paid for this waiting time. On occasion, I will call the foreman when it is raining to ask whether I should report for work. I am always told that I need to report for work, I and am not compensated for the time I spend waiting. If the foreman cancels work for the day, I am not paid at all

This statement has been read to me in Spanish and I confirm that all statements here are true.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January _26_, 2011 in Delano, California.


_JOSE I. CUEVAS_
Jose Cuevas

976142.1                                    3

## Declaration of Interpreter/Translator

I, Eva Vasquez-Camacho, declare that I am certified by the State of California as a Court Interpreter/Translator in good standing as described in GC 68561.

I am duly certified to interpret and translate from Spanish to English and English to Spanish and have met all the proficiency requirements set by the State of California, per Certification number 301273, issued by the Administrative Office of the Courts.

I further declare that I read and translated the attached "Declaration of Jose Cuevas," to Mr. Jose Cuevas from the English to the Spanish Language and that it is a true and accurate translation of said document.  He further indicated to me that his declaration is true and correct to the best of his knowledge, and signed it on January 26, 2011.

I declare under penalty of perjury, under the laws of the State of California that the foregoing is true and correct. Signed this 26th day of January of 2011, in Delano, California, County of Kern.

By:  Eva Vasquez-Camacho

State Certified Court Interpreter

Certification No. 301273

- 1

# EXHIBIT 26

## Statement of Miguel G. Diaz

I, Miguel G. Diaz, declare as follows:

1.    I, Miguel G. Diaz, have been an employee of Delano Farms/Cal Pacific, and I expect to be recalled for the 2009 harvest.  I started working for Delano Farms/Cal Pacific since 2001, on and off.  In the past two years I have worked there exclusively.  My job classifications I have worked included cold storage house work (sorting, re-packing), pruning, de-leafing, picking, and packing in the grape fields.  I worked in the 2008 harvest as a assistant foreman in foreman Jose Mendez's crew (# unknown).  I would check and weigh the grapes, and arrange the teams of 2 to 3 workers at each table.  On average, I worked 8 hours, plus, per day, 6 days per week.

2.    The facts set forth herein are true of my own personal knowledge, and if called upon to testify, I could and would competently do so under oath.

3.    In the 2008 harvest was paid about $9.25 per hour.  During the harvest, in addition to my hourly rate of pay, I was paid a bonus based on the number of boxes produced by the crew on a daily basis.

4.    I used to be a picker and packing before the 2008 when I was promoted.   Before my promotion I bought my own tools.  These tools and equipment were required for my job and included: picking shears ($5.00 to $7.00 each), pruning shears ($30.00 to $35.00 each), diamond files ($5.00 to $6.00 each), and holster ($5.00 to $6.00 each).  I was told by the foreman when I started working what tools I needed to do the work.  I paid for my own because the employer didn't

899235.1

1  lend us any and on the rare times the company did lend tools they were not of a
2  quality permitting us to do our work.  Most workers buy and bring their own tools.
3  A new set of these tools would be required at least every year, and sometimes more
4  often.

5

6      5.    In the 2008 harvest we in the crew daily arrived at the field (jobsite)
7  approximately 15-30 minutes before the time officially scheduled to start work by
8  direction of the foreman. We were not paid for this time.  When we arrived at the
9  field early as directed by the foreman we had to prepare our work areas by doing
10  things such as: pulling out the table from the row, opening its flaps, and setting up
11  the bags and packing equipment; bringing the wheelbarrow from the foreman's
12  trailer in the parking area into the rows near the table; placing labels on fancy shells
13  for packing; and, fetching and stacking the fancy packing shells from the pallets to
14  the table area.   This was pre-shift work for which we were not paid.

15      6. In the 2008 harvest we in the crew often (once or twice a week) had stay at
16  the field (jobsite) approximately 15 minutes after the officially scheduled stop time
17  to: pre-stack the grapes for the packers to take; clean the work area; close the table
18  flaps and place the table back in the row. We were not paid for that time.
19

20      7. In the 2008 harvest it took about three days to a week for our crew to do a
21  block.  When the crew had to move the operation to a different block, we would
22  have to come in even earlier, depending on how far away the new block was.  We
23  were directed the night before by the foreman at a half-way location (e.g. a well
24  known intersection) and then to caravan by car to the new location.  That could take
25  from 20 to 30 minutes, which again, was pre-shift and not paid time.

26      8. In years past we in the crew would have to perform maintenance and/or
27  cleaning of picking containers and the table umbrellas that belong to the employer
28  Delano Farms/Cal Pacific outside of our regular working hours.  On average, we

1  would take 10 minutes of our own time cleaning the picking containers in the fields
2  before the official start time of the shift.  We would bring our own water in a gallon
3  container to accomplish the cleaning.  We were not paid for this time, which is in
4  addition to the other pre-shift work mentioned above.

5      8.     When I was working for Delano Farms/Cal Pacific our break periods
6  were as follows for all shifts during pre-harvest and harvest work:  10 minutes in the
7  morning at about 9 a.m.; 30 minutes at noon; and, another 10 minutes at about 2:00
8  p.m.  The foreman would sound his truck horn or call out to indicate the starting and
9  stopping time for all breaks.  Sometimes the foreman tells the crew they can't leave
10  the work location during the lunch break.  Many of the workers in the crew take less
11  than 30 minutes, taking a few minutes to eat their meal and then resuming work.
12  Workers who don't meet the production quotas set for all crew members are
13  verbally warned and if it continues they are given a ticket or let go.  This is why the
14  people not meeting their production quotas are the ones who don't take their full 30
15  lunch break, but take just a few minutes to eat and resume the work.

16

17      9.     Delano Farms trucks and supervisors come through the harvest often
18  and checked our production and quality at the tables, and are often present when
19  school was given regarding productivity or quality problems.

20

21      I declare under penalty of perjury under the laws of the United States of
22  America that the foregoing is true and correct.  Executed March 28, 2009, in
23  Delano, California.

24

25

26      × 
Miguel G. Diaz

27

28

899235.1                                    3

1
2

### Verification of Translation

3       I, Maria G. Larios, declare and state as follows. I am over the age of 18 and not a

4 party to any litigation involving the declarant or his employer. I am fluent in both English

5 and Spanish languages. I have since 1998 been translating for Spanish speaking farm

6 workers. I have translated California EDD unemployment insurance proceedings and

7 California Labor Commissioner hearings. I translated the above sworn statement for

8 Miguel G. Diaz, a Spanish language speaker, faithfully to the best of my ability from the

9 English language into the Spanish language. He agreed with its content and signed it in

10 my presence. I declare under penalty of perjury under the laws of the United States that

11 the foregoing is true and correct. Executed by me this 28th of March 2009 in Delano,

12 California.

13
14
15
16
17

Maria G. Larios

18
19
20
21
22
23
24
25
26
27
28

EXHIBIT 27

## DECLARATION OF SUSANA GARCIA

I, Susana Garcia, declare as follows:

1.    I was an employee of Delano Farms and Cal-Pacific. I started working for Delano Farms and Cal-Pacific in 2008. The work I did was packing and picking. Manuel Botello was my foreman. Approximately forty people worked in my group. I was a packer and worked in a group with two pickers. On average, I worked more than 8 hours per day, 6 days per week.

2.    The facts set forth herein are true of my own personal knowledge, and if called upon to testify, I could and would competently do so under oath.

3.    During the harvest, I was paid an hourly rate of $8.10 plus a piece rate of .32 cents per box of grapes that my group picked and packed.

4.    I was required to provide my own tools and equipment that I needed for my job. The tools and equipment that I was required to take to my job were gloves that I bought for $2.00, picking shears that I bought for $12.00, and a sharpening file that I bought for $10.00. I was told by Tony (last name unknown) when I started working what tools I needed to take to work. I asked the supervisor to give me the tools for work and he refused. I was not provided the tools and had to purchase them.

5.    During the harvest, I was required to arrive at the jobsite approximately 15 to 20 minutes before the official start time. When I arrived at the jobsite, I had to prepare my work area by doing things such as setting up the table with boxes and bags. Also, I had to attend "escuelita" which is time that our foreman talked to the entire crew about work or

921904.1

1   reprimanded certain workers who did not meet their picking quotas.  I was not paid and I

2   have never been paid for the time I spent preparing for the work day and participating in

3   the "escuelita."

4

5       6.      At the end of the day, when my foreman said the work day had ended, I had

6   to continue working in order to finish my job.  I understood that my foreman wrote down

7   the time that the work day ended, for example, 2:30 p.m.  I was still performing work past

8   2:30 p.m. because the foreman did not tell us to stop working or he told us a couple of

9   minutes before 2:30 p.m. and there was work that I was required to finish before I left

10  work, such as finishing packing boxes of grapes.  I was not paid and I have never been

11  paid for the time spent finishing my work.

12

13      7.      I had to take home equipment that belongs to Delano Farms and Cal-Pacific

14  everyday after work and bring it to work the following work day.  I took home the scale

15  and approximately 7-10 trays.  If one of these items was broken or I did not take it to work,

16  I had to pay for it.  Manuel Botello, my foreman told me this.

17

18      8.      When I was working for Delano Farms and Cal-Pacific, I was required to

19  show up for work even when there was fog or rain.  In those circumstances, the foreman

20  required that I wait at the jobsite until the he either decided that we would begin work or

21  be sent home.  I have never been paid for the time I am required to wait at the job-site

22  while my foreman determined whether or not to send us into the field.   When this

23  happened, I was required to wait as long as 2 hours.  This happened to me approximately

24  two times.  This happened to me during the harvest.

25

26      9.      When I was working with Delano Farms and Cal-Pacific, I was told our crew

27  was going to move from one work location to another.  I was told by Manuel Botello, my

28

1  foreman to meet at a certain time in the morning, at a certain location to follow him to the
2  work location. I waited approximately 20 minutes in the morning at the location he told us
3  to wait for him. Once the foreman arrived, I followed him to the work location for that
4  day. Depending on the work location, I have followed my foreman for 15-30 minutes to
5  the site. I was not paid and have never been paid for any of this travel time.

6

7       This statement has been read to me in Spanish and I confirm that all statements here
8  are true.

9

10      I declare under penalty of perjury under the laws of the United States of America
11 that the foregoing is true and correct.

12

13 Executed _9_ / _13_ , 2009.

14

15 

16

17                                                    Susana Garcia

18

19

20

21

22

23

24

25

26

27

28

## DECLARATION OF AMELIA MAGANA

I declare that I am fluent in the Spanish language and that I read the above declaration from English into Spanish to Susan Garcia. She indicated to me that the declaration is true and correct to the best of his/her knowledge. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed ___09 / 13___, 2009 in Delano, California.


_Amelia Magaña_

Amelia Magana

## DECLARATION OF SUSANA GARCIA

I, Susana Garcia, declare as follows:

1.     I am aware that this is the same exact declaration that I previously signed.  I am now signing this declaration in further support of Plaintiffs' Motion for Class Certification.

2.     I was an employee of Delano Farms and Cal-Pacific.  I started working for Delano Farms and Cal-Pacific in 2008.  The work I did was packing and picking.  Manuel Botello was my foreman.  Approximately forty people worked in my group.  I was a packer and worked in a group with two pickers.  On average, I worked more than 8 hours per day, 6 days per week.

3.     The facts set forth herein are true of my own personal knowledge, and if called upon to testify, I could and would competently do so under oath.

4.     During the harvest, I was paid an hourly rate of $8.10 plus a piece rate of .32 cents per box of grapes that my group picked and packed.

5.     I was required to provide my own tools and equipment that I needed for my job.  The tools and equipment that I was required to take to my job were gloves that I bought for $2.00, picking shears that I bought for $12.00, and a sharpening file that I bought for $10.00.  I was told by Tony (last name unknown) when I started working what tools I needed to take to work.  I asked the supervisor to give me the tools for work and he refused.  I was not provided the tools and had to purchase them.

976590.1

6.    During the harvest, I was required to arrive at the jobsite approximately 15 to 20 minutes before the official start time. When I arrived at the jobsite, I had to prepare my work area by doing things such as setting up the table with boxes and bags. Also, I had to attend "escuelita" which is time that our foreman talked to the entire crew about work or reprimanded certain workers who did not meet their picking quotas. I was not paid and I have never been paid for the time I spent preparing for the work day and participating in the "escuelita."

7.    At the end of the day, when my foreman said the work day had ended, I had to continue working in order to finish my job. I understood that my foreman wrote down the time that the work day ended, for example, 2:30 p.m. I was still performing work past 2:30 p.m. because the foreman did not tell us to stop working or he told us a couple of minutes before 2:30 p.m. and there was work that I was required to finish before I left work, such as finishing packing boxes of grapes. I was not paid and I have never been paid for the time spent finishing my work.

8.    I had to take home equipment that belongs to Delano Farms and Cal-Pacific everyday after work and bring it to work the following work day. I took home the scale and approximately 7-10 trays. If one of these items was broken or I did not take it to work, I had to pay for it. Manuel Botello, my foreman told me this.

9.    When I was working for Delano Farms and Cal-Pacific, I was required to show up for work even when there was fog or rain. In those circumstances, the foreman required that I wait at the jobsite until the he either decided that we would begin work or be sent home. I have never been paid for the time I am required to wait at the job-site while my foreman determined whether or not to send us into the field. When this happened, I was required to wait as long as 2 hours. This happened to me approximately two times. This happened to me during the harvest.

10. When I was working with Delano Farms and Cal-Pacific, I was told our crew was going to move from one work location to another. I was told by Manuel Botello, my foreman to meet at a certain time in the morning, at a certain location to follow him to the work location. I waited approximately 20 minutes in the morning at the location he told us to wait for him. Once the foreman arrived, I followed him to the work location for that day. Depending on the work location, I have followed my foreman for 15-30 minutes to the site. I was not paid and have never been paid for any of this travel time.

This statement has been read to me in Spanish and I confirm that all statements here are true.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January ___24, 201/__ in Lamont, California.

Susana Garcia
Susana Garcia

976590.1                                    3

<u>Declaration of Interpreter/Translator</u>

I, Eva Vasquez-Camacho, declare that I am certified by the State of California as a Court Interpreter/Translator in good standing as described in GC 68561.

I am duly certified to interpret and translate from Spanish to English and English to Spanish and have met all the proficiency requirements set by the State of California, per Certification number 301273, issued by the Administrative Office of the Courts.

I further declare that I read and translated the attached "<u>Declaration of Susana Garcia</u>," to Susana Garcia from the English to the Spanish Language and that it is a true and accurate translation of said document.  She further indicated to me that her declaration is true and correct to the best of her knowledge, and signed it on January 24, 2011.

I declare under penalty of perjury, under the laws of the State of California that the foregoing is true and correct. Signed this 24th day of January of 2011, in Lamont, California, County of Kern.

By:  Eva Vasquez-Camacho

_____

State Certified Court Interpreter

Certification No. 301273

- 1

# EXHIBIT 28

## DECLARATION OF BOLIVAR GARCIA

I, Bolivar Garcia, declare as follows:

1.     I am currently an employee of Delano Farms and Cal-Pacific.  I started working for Delano Farms and Cal-Pacific in 2000 and continue to work there until the present day.  The work I perform is pruning, packing, deleafing, debudding, tipping, training, and debunching.   Since 2007, I have been working in Andrea's (last name unknown) crew.  There are about 60 people working in the same crew.  I am a packer and work in a group with two pickers.  On average, I work more than 8 hours per day, 6 days per week.

2.     The facts set forth herein are true of my own personal knowledge, and if called upon to testify, I could and would competently do so under oath.

3.     In 2007, during the pre-harvest, I was paid $7.75 per hour.  During the harvest, I was paid an hourly rate plus a piece rate of $0.32 cents per box of grapes.

4.     I was required to provide my own tools and equipment that I needed for my job.  The tools and equipment that I was required to take to my job were gloves that I bought for $1.50 a pair, picking shears that I bought for $7.00, pruning shears that I bought for $27.00, a sharpening file that I bought for $6.00, and a holster that I bought for $6.00. I have not been provided the tools to perform my job and had to purchase them. The forewoman Andrea never gave me the tools that I needed to perform my work and she never told me that there were tools available to perform my work.

963530.1

5.     During the pre-harvest, I was required to arrive at the jobsite approximately 30 minutes before the official start time.     My forewoman, Andrea (last name unknown) told me that I had to arrive approximately 30 minutes before the official start time.  When I got to the jobsite, I had to wait for the workday to start.  I also had to attend "escuelita" ("school") which was time that our forewoman and supervisor Minerva (last name unknown) talked to the entire crew about the day's work or gave us instruction.  During the pre-harvest, this happened approximately six times per week.  I was not paid and I have never been paid for the time I spent waiting and participating in the "escuelita."

6.     During the harvest, I was required by my forewoman to arrive at the jobsite approximately 30 minutes before the official start time.  When I got to the jobsite, I had to prepare my work area by doing things such as setting up the table with boxes, bags, stickers, and all the material needed for that day.  I also had to attend "escuelita" which was time that our forewoman talked to the entire crew about work or reprimanded certain workers who did not meet their picking quotas.  I was not paid and I have never been paid for the time I spent preparing for the work day and participating in the "escuelita."

7.     I was required by my forewoman to take home equipment that belonged to Delano Farms and Cal-Pacific every day after work and take it to work the following work day.   My forewoman Andrea told me that I had to take home the scale.  I was told by my forewoman that if this item was broken or if I did not take it back to work, I would be charged $100.00 by my forewoman.  I also took home stickers and bags to have them ready for the following work day.  My forewoman told us to take home the stickers and bags so we could get ahead at work.  I took home the stickers and bags twice and it took me approximately 40 minutes each time.  I was not paid and have never been paid for the time I spent putting the stickers on the bags.

8.      I have been required to show up for work even when there is fog or rain.  In those circumstances, the forewoman required that I wait at the jobsite until she either decided that our crew would begin work or be sent home.  I have never been paid for the time I was required to wait at the job-site while my forewoman determined whether or not to send us into the field.  When this happened, I was required to wait as long as 1 ½ hours. This happened to me approximately twice a week during the pre-harvest.

This statement has been read to me in Spanish and I confirm that all statements here are true.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed at Earlimart, California on 09 | 13, 2010.

Bolivar Garcia

963530.1                                        3

## DECLARATION OF AMELIA MAGANA

I declare that I am fluent in the Spanish language and that I read the above declaration from English into Spanish to **Bolivar Garcia.**   He indicated to me that the declaration is true and correct to the best of his knowledge.   I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed _ 09 / 13 ____, 2010 in Earlimart, California.


_____
Amelia Magana

## DECLARATION OF BOLIVAR GARCIA

I, Bolivar Garcia, declare as follows:

1.      I am aware that this is the same exact declaration that I previously signed. I am now signing this declaration in further support of Plaintiffs' Motion for Class Certification.

2.      I am currently an employee of Delano Farms and Cal-Pacific. I started working for Delano Farms and Cal-Pacific in 2000 and continue to work there until the present day. The work I perform is pruning, packing, deleafing, debudding, tipping, training, and debunching. Since 2007, I have been working in Andrea's (last name unknown) crew. There are about 60 people working in the same crew. I am a packer and work in a group with two pickers. On average, I work more than 8 hours per day, 6 days per week.

3.      The facts set forth herein are true of my own personal knowledge, and if called upon to testify, I could and would competently do so under oath.

4.      In 2007, during the pre-harvest, I was paid $7.75 per hour. During the harvest, I was paid an hourly rate plus a piece rate of $0.32 cents per box of grapes.

5.      I was required to provide my own tools and equipment that I needed for my job. The tools and equipment that I was required to take to my job were gloves that I bought for $1.50 a pair, picking shears that I bought for $7.00, pruning shears that I bought for $27.00, a sharpening file that I bought for $6.00, and a holster that I bought for $6.00. I have not been provided the tools to perform my job and had to purchase them. The

1  forewoman Andrea never gave me the tools that I needed to perform my work and she

2  never told me that there were tools available to perform my work.

3

4       6.     During the pre-harvest, I was required to arrive at the jobsite approximately

5  30 minutes before the official start time.   My forewoman, Andrea (last name unknown)

6  told me that I had to arrive approximately 30 minutes before the official start time. When I

7  got to the jobsite, I had to wait for the workday to start. I also had to attend "escuelita"

8  ("school") which was time that our forewoman and supervisor Minerva (last name

9  unknown) talked to the entire crew about the day's work or gave us instruction. During the

10  pre-harvest, this happened approximately six times per week. I was not paid and I have

11  never been paid for the time I spent waiting and participating in the "escuelita."

12

13       7.     During the harvest, I was required by my forewoman to arrive at the jobsite

14  approximately 30 minutes before the official start time. When I got to the jobsite, I had to

15  prepare my work area by doing things such as setting up the table with boxes, bags,

16  stickers, and all the material needed for that day. I also had to attend "escuelita" which

17  was time that our forewoman talked to the entire crew about work or reprimanded certain

18  workers who did not meet their picking quotas. I was not paid and I have never been paid

19  for the time I spent preparing for the work day and participating in the "escuelita."

20

21       8.     I was required by my forewoman to take home equipment that belonged to

22  Delano Farms and Cal-Pacific every day after work and take it to work the following work

23  day.  My forewoman Andrea told me that I had to take home the scale. I was told by my

24  forewoman that if this item was broken or if I did not take it back to work, I would be

25  charged $100.00 by my forewoman. I also took home stickers and bags to have them

26  ready for the following work day. My forewoman told us to take home the stickers and

27  bags so we could get ahead at work. I took home the stickers and bags twice and it took

28

963530.1                                                          2

1  me approximately 40 minutes each time. I was not paid and have never been paid for the
2  time I spent putting the stickers on the bags.

3

4      9.      I have been required to show up for work even when there is fog or rain. In
5  those circumstances, the forewoman required that I wait at the jobsite until she either
6  decided that our crew would begin work or be sent home. I have never been paid for the
7  time I was required to wait at the job-site while my forewoman determined whether or not
8  to send us into the field. When this happened, I was required to wait as long as 1 ½ hours.
9  This happened to me approximately twice a week during the pre-harvest.

10

11     This statement has been read to me in Spanish and I confirm that all statements here
12  are true.

13

14     I declare under penalty of perjury under the laws of the United States of America
15  that the foregoing is true and correct. Executed at Delano, California on January 17, 2011.

16

17

18

19          _Bolivar   Garcia_____

20                        Bolivar Garcia

21

22

23

24

25

26

27

28

963530.1                                    3

# SANTANA, LOPEZ & ASSOCIATES, LLC
*Professional Language Interpreters*



PO Box 6269 Oxnard, CA 93031
Phone: (805) 988-8200

## Declaration of Lilia Santana

I declare that I am a certified Interpreter fluent in the Spanish and English languages, and that I have read the declaration of _Bolivar Garcia_ from English into Spanish. He/She indicated to me that the declaration is true and correct to the best of his/her knowledge. I declare under penalty of perjury under the laws of the state of California and the laws of the United States of America that the foregoing is true and correct.

Executed January 17th, 2011 in Delano, California.

*Lilia Santana*

Lilia Santana, Certification # 100534

*Verification: http://jobs.spb.ca.gov/InterpreterListing/*

EXHIBIT 29

## DECLARATION OF FROILAN GARCIA

I, Froilan Garcia, declare as follows:

1.      I am an employee of Delano Farms and Cal-Pacific. I work for Delano Farms and Cal-Pacific from 2006 until present day. The work I perform is pruning, deleafing, debudding, tipping, training, debunching, and picking. The foreman of the crew I work in is Jose Luis (last name unknown). There are about 50-60 people working in the same crew. I am a picker and work in a group with one other picker and one packer. On average, I work more than 8 hours per day, 6 days per week.

2.      The facts set forth herein are true of my own personal knowledge, and if called upon to testify, I could and would competently do so under oath.

3.      In 2008, during the pre-harvest, I was paid $ 8.10 per hour. During the harvest, I was paid an hourly rate plus a piece rate of $0 .30 cents per box.

4.      I was required by my foreman, Jose Luis, to provide my own tools and equipment that I needed for my job. The tools and equipment that I was required to take to my job were gloves that I bought for $2.50 a pair, picking shears that I bought for $14.00, pruning shears that I bought for $40.00, a pair of sunglasses that I bought for $5.00 and a holster that I bought for $15.00. I was told by my foreman when I started working what tools I needed to take to work. I asked for the tools, but my foreman told me that he does not give out tools. I have not been provided the tools needed to perform my job and have had to purchase them myself.

962288.1

5.     During the pre-harvest, I was required to arrive at the jobsite approximately 20 minutes before the official start time. My foreman, Jose Luis (last name unknown) told me that I had to arrive approximately 20 minutes before the official start time. When I got to the jobsite, I had to wait for the workday to start. Also, I had to attend "escuelita" which was time that our foreman talked to the entire crew about the day's work or gave us instruction. During the pre-harvest, this happened approximately two times per week. I was not paid and have never been paid for the time I spent waiting and participating in the "escuelita."

6.     During the harvest, I was required by my foreman to arrive at the jobsite approximately 20 before the official start time. When I arrived to the jobsite, I had to prepare my work area by doing things such as setting up the table with boxes, stickers, bags and other material needed for that day. I also had to attend "escuelita" which was time that our foreman talked to the entire crew about work or reprimanded certain workers who did not meet their picking quotas. This happened every day that I worked. I was not paid and I have never been paid for the time I spent preparing for the work day and participating in the "escuelita."

7.     At the end of the day, when my foreman said the work day had ended, I had to continue working in order to finish my job. I understood that my foreman wrote down the time that we finish working. For example, if we were supposed to stop at 3:00 p.m. I had to work past 3:00 p.m. because the foreman did not tell us to stop working. I also worked past 3:00 p.m. because the foreman told us a couple of minutes before 3:00 p.m. to stop working. I was required by my foreman, after he told us to stop working, to help finish packing boxes of grapes. I was not paid and have never been paid for the time I spent finishing my work which was required by my foreman to complete.

8. I was required by my foreman to take home equipment that belonged to Delano Farms and Cal-Pacific everyday after work and take it to work the following work day. I took home the scale. If one of these items was broken or I did not take it to work, I was charged by my foreman.

9. My employer Delano Farms and Cal-Pacific, paid me an hourly rate and a piece rate amount for each box of grapes I picked and packed. The piece rate amount is called a bonus. When I received my paycheck at the end of the week, the number of boxes I was paid for was less than the number of boxes I picked during that week. I know that the amount of boxes I was being paid for was not right because I have kept count of the number of boxes I picked during that week by writing down the number of boxes. I have told my foreman that my paycheck did not have the correct number of boxes and he did not do anything to correct the situation.

10. I was required to show up for work even when there was fog or rain. In those circumstances, the foreman required that I wait at the jobsite until he either decided that our crew would begin work or be sent home. I have never been paid for the time I was required to wait at the jobsite while my foreman determined whether or not to send us into the field. When this happened, I was required to wait as long as 1 ½ to 2 hours. This happened to me approximate four times during the harvest.

This statement has been read to me in Spanish and I confirm that all statements here are true. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Executed at _Earlimart_____, California on ___09/03_____, 2010.

FROILAN GARCIA

Froilan Garcia

## DECLARATION OF AMELIA MAGANA

I declare that I am fluent in the Spanish language and that I read the above declaration from English into Spanish to **Froilan Garcia.**   He indicated to me that the declaration is true and correct to the best of his knowledge.   I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed Earlimart_____, 2010 in ___09 / 03_____, California.


Amelia Magana
Amelia Magana

962288.1                                                  1

## DECLARATION OF FROILAN GARCIA

I, Froilan Garcia, declare as follows:

1.     I am aware that this is the same exact declaration that I previously signed. I am now signing this declaration n further support of Plaintiffs' Motion for Class Certification.

2.     I am an employee of Delano Farms and Cal-Pacific. I work for Delano Farms and Cal-Pacific from 2006 until present day. The work I perform is pruning, deleafing, debudding, tipping, training, debunching, and picking. The foreman of the crew I work in is Jose Luis (last name unknown). There are about 50-60 people working in the same crew. I am a picker and work in a group with one other picker and one packer. On average, I work more than 8 hours per day, 6 days per week.

3.     The facts set forth herein are true of my own personal knowledge, and if called upon to testify, I could and would competently do so under oath.

4.     In 2008, during the pre-harvest, I was paid $ 8.10 per hour. During the harvest, I was paid an hourly rate plus a piece rate of $0 .30 cents per box.

5.     I was required by my foreman, Jose Luis, to provide my own tools and equipment that I needed for my job. The tools and equipment that I was required to take to my job were gloves that I bought for $2.50 a pair, picking shears that I bought for $14.00, pruning shears that I bought for $40.00, a pair of sunglasses that I bought for $5.00 and a holster that I bought for $15.00. I was told by my foreman when I started working what tools I needed to take to work. I asked for the tools, but my foreman told me that he does

962288.1

1  not give out tools.  I have not been provided the tools needed to perform my job and have

2  had to purchase them myself.

3

4       6.    During the pre-harvest, I was required to arrive at the jobsite approximately

5  20 minutes before the official start time.  My foreman, Jose Luis (last name unknown) told

6  me that I had to arrive approximately 20 minutes before the official start time.  When I got

7  to the jobsite, I had to wait for the workday to start.  Also, I had to attend "escuelita" which

8  was time that our foreman talked to the entire crew about the day's work or gave us

9  instruction.  During the pre-harvest, this happened approximately two times per week.  I

10  was not paid and have never been paid for the time I spent waiting and participating in the

11  "escuelita."

12

13       7.    During the harvest, I was required by my foreman to arrive at the jobsite

14  approximately 20 before the official start time.  When I arrived to the jobsite, I had to

15  prepare my work area by doing things such as setting up the table with boxes, stickers,

16  bags and other material needed for that day.  I also had to attend "escuelita" which was

17  time that our foreman talked to the entire crew about work or reprimanded certain workers

18  who did not meet their picking quotas.  This happened every day that I worked.  I was not

19  paid and I have never been paid for the time I spent preparing for the work day and

20  participating in the "escuelita."

21

22       8.    At the end of the day, when my foreman said the work day had ended, I  had

23  to continue working in order to finish my job.  I understood that my foreman wrote down

24  the time that we finish working.  For example, if we were supposed to stop at 3:00 p.m.  I

25  had to work past 3:00 p.m. because the foreman did not tell us to stop working.  I also

26  worked past 3:00 p.m. because the foreman told us a couple of minutes before 3:00 p.m. to

27  stop working.  I was required by my foreman, after he told us to stop working, to help

28

1  finish packing boxes of grapes. I was not paid and have never been paid for the time I

2  spent finishing my work which was required by my foreman to complete.

3

4       9.       I was required by my foreman to take home equipment that belonged to

5  Delano Farms and Cal-Pacific everyday after work and take it to work the following work

6  day. I took home the scale. If one of these items was broken or I did not take it to work, I

7  was charged by my foreman.

8

9       10.      My employer Delano Farms and Cal-Pacific, paid me an hourly rate and a

10  piece rate amount for each box of grapes I picked and packed. The piece rate amount is

11  called a bonus. When I received my paycheck at the end of the week, the number of boxes

12  I was paid for was less than the number of boxes I picked during that week. I know that

13  the amount of boxes I was being paid for was not right because I have kept count of the

14  number of boxes I picked during that week by writing down the number of boxes. I have

15  told my foreman that my paycheck did not have the correct number of boxes and he did

16  not do anything to correct the situation.

17

18       11.      I was required to show up for work even when there was fog or rain. In

19  those circumstances, the foreman required that I wait at the jobsite until he either decided

20  that our crew would begin work or be sent home. I have never been paid for the time I was

21  required to wait at the jobsite while my foreman determined whether or not to send us into

22  the field. When this happened, I was required to wait as long as 1 ½ to 2 hours. This

23  happened to me approximate four times during the harvest.

24

25       This statement has been read to me in Spanish and I confirm that all statements here

26  are true. I declare under penalty of perjury under the laws of the United States of America

27

28

1  that the foregoing is true and correct.

2

3

4

5

6      Executed on January 19, 2011 in Delano, California.

7

8

9                              ϜϜOilAN  ϬαℛϲIα

10                                    Froilan Garcia

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## Declaration of Interpreter/Translator

I, Eva Vasquez-Camacho, declare that I am certified by the State of California as a Court Interpreter/Translator in good standing, as described in GC 68561.

I am duly certified to interpret and translate from Spanish to English and English to Spanish and have met all the proficiency requirements set by the State of California, per Certification number 301273, issued by the Administrative Office of the Courts.

I further declare that I have read and interpreted the attached document from the English to the Spanish Language to Froilan Garcia, and that it is a true and accurate translation of his "Declaration of Froilan Garcia" signed on January 19, 2011 in Delano, California. He indicated to me that his declaration is true and correct to the best of his knowledge.

I declare under penalty of perjury, under the laws of the State of California that the foregoing is true and correct. Signed this 19th day of January of 2011 in Delano, California, County Kern.

By: Eva Vasquez-Camacho

State Certified Court Interpreter/Translator
Certification No. 301273

- I

# EXHIBIT 30

## DECLARATION OF MARIA GUADALUPE GALLARDO

I, Maria Guadalupe Gallardo, declare as follows:

1.      I was an employee of Delano Farms and Cal-Pacific.  I worked for Delano Farms and Cal-Pacific in 2007-2008.  The work I did was pruning, packing, picking and pulling leaves. Maria Pantoja was my forewoman.  Approximately thirty people worked in my crew.  I was a packer and picker during the harvest season and worked with one other picker.  On average, I worked more than 8 hours per day, 6 days per week.

2.      In August 2009, I worked for a month in the cold storage that is located in County Line.  For three weeks I worked packing grapes and Elvia (last name unknown) was my forewoman.  For one week I performed another task in the cold storage and Jorge Beltran was my foreman.  Rigo (last name unknown) and Claudia (last name unknown) were my supervisors.  I was paid $8.25 per hour plus a piece of rate of .15 cents per box.

3.      The facts set forth herein are true of my own personal knowledge, and if called upon to testify, I could and would competently do so under oath.

4      During the pre-harvest work, I was paid $ 7.25 per hour.  During the harvest, I was paid an hourly rate plus a piece rate of .28 cents per box of grapes.

5.      When I was working in the fields I was required to provide my own tools and equipment that I needed for my job.  The tools and equipment that I was required to take to my job were gloves, picking shears, and pruning shears.  I was told by Maria Pantoja my forewoman when I started working what tools I needed to take to work.  I was not been provided the tools and have had to purchase them.  I have spent approximately

900571.1                                                    1

1   $1.20 twice a week for the gloves, $10.00 for the picking shears and $28.00 for the pruning
2   shears.

3

4   6   During the pre-harvest work, I was required to arrive at the jobsite
5   approximately 5 to 10 minutes before the official start time.  When I got to the jobsite I
6   had to attend "escuelita" which is time that our forewoman talked to the entire crew about
7   the day's work or gave us instruction.  During the pre-harvest work, this happened
8   approximately 3 times per week and lasted for about 5 minutes.  I was not paid and I have
9   never been paid for the time I spent participating in the "escuelita."

10

11   7.   During the harvest, I was required to arrive at the jobsite approximately 10-
12   15 minutes before the official start time.  When I got to the jobsite, I had to prepare my
13   work area by gathering all the material needed for that day.  Also, I had to attend
14   "escuelita" which is time that our forewoman talked to the entire crew about work or
15   reprimanded certain workers who did not meet their picking quotas.  I was not paid and I
16   have never been paid for the time I spent preparing for the work day and participating in
17   the "escuelita."  This happened 6 days per week.

18

19   8.   When I worked in the cold storage, I was told by Rigo the supervisor that I
20   was required to arrive to the jobsite approximately 10 minutes before the official start time.
21   When I got to the jobsite, I had to wait outside to attend "escuelita" which is the time that
22   Rigo the supervisor of Delano Farms talked to the entire crew about the day's work.  The
23   "escuelita" lasted for about 5-10 minutes and this happened everyday.

24

25   9.   At the end of the day, when my forewoman said the work day had ended, I
26   had to continue working in order to finish my job.  I understood that my forewoman wrote
27   down the hour that we finished working.  We were supposed to stop at 2:30 p.m.  I worked

28

1  past 2:30 p.m. because the forewoman told us a couple of minutes before 2:30 p.m. I had

2  stay to finish packing boxes of grapes for about another 5 minutes. I was not paid and I

3  have never been paid for the time I spent finishing my work.

4

5         10.    I had to take home equipment that belongs to Delano Farms and Cal-Pacific

6  every Saturday after work and bring it to work on Monday the following work day. I took

7  home approximately 12-14 trays to wash them. I spent 30 min. washing the trays every

8  Saturday. I was not paid and I have never been paid for the time I spent washing the trays.

9  If one of these trays was broken or I did not take it to work, I was charged $5.00 by Maria

10  Pantoja, my forewoman.

11

12         11.    When I was working in the cold storage my forewoman Elvia told me that I

13  had to take home equipment that belongs to Delano Farms and Cal-Pacific. I had to take

14  home the gown to wash it. If I did not bring the gown or was not washed I was not

15  allowed to work for that day. Elvia told me all these.

16

17         12.    My employer Delano Farms and Cal-Pacific paid me an hourly rate and a

18  piece rate amount for each box of grapes I picked and packed. The piece rate amount is

19  called a bonus. When I received my paycheck at the end of the week, the number of boxes

20  I was paid for was less than the number of boxes I picked during that week. I know that

21  the amount of boxes I was being paid for was not right because I wrote the number of

22  boxes that my group picked and packed each day. I told my forewoman that my paycheck

23  did not have the correct number of boxes. She told me that boxes from the people who

24  picked and packed were distributed to the people who picked and packed fewer boxes.

25

26         13.    When I was working for Delano Farms and Cal-Pacific, I was required to

27  show up for work when there was fog or rain. In those circumstances, the forewoman

28

900571.1                                  3

1 | required that our crew wait at the jobsite until she decided that we would begin work or be
2 | sent home. I have never been paid for the time I was required to wait at the job-site while
3 | my forewoman determined whether or not to send us into the field. When this happened, I
4 | was required to wait as long 30 minutes. This happened to me approximately 2 or 3 times
5 | during the years 2007-2008.

6

7 | 14. When I was working for Delano Farms and Cal-Pacific, I was told our crew
8 | was going to move from one work location to another. I was told by Maria Pantoja to
9 | meet at a certain time in the morning at a certain location to follow my forewoman to the
10 | work location. I waited approximately 30 minutes in the morning. Once the forewoman
11 | arrived, I followed her to the work location for that day. Depending on the work location,
12 | I have followed my forewoman for 10 to 15 minutes to the site. I was not paid and have
13 | never been paid for any of this travel time.

14

15 | This statement has been read to me in Spanish and I confirm that all statements
16 | here are true.

17

18 | I declare under penalty of perjury under the laws of the United States of America
19 | that the foregoing is true and correct.

20

21

22 | Executed _11-20-09_, 2009.

23

24

25 | _Maria Guadalupe Gallardo_

26 | Maria Guadalupe Gallardo

27

28

900571.1                                    4

# DECLARATION OF AMELIA MAGANA

I declare that I am fluent in the Spanish language and that I read the above declaration from English into Spanish to Maria Guadalupe Gallardo. She indicated to me that the declaration is true and correct to the best of her knowledge. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed ___11, 20___, 2009 in Delano, California.


_Amelia Magana_

Amelia Magana

## DECLARATION OF MARIA GUADALUPE GALLARDO

I, Maria Guadalupe Gallardo, declare as follows:

1.     I am aware that this is the same exact declaration that I previously signed. I am now signing this declaration in further support of Plaintiffs' Motion for Class Certification.

2.     I was an employee of Delano Farms and Cal-Pacific. I worked for Delano Farms and Cal-Pacific in 2007-2008. The work I did was pruning, packing, picking and pulling leaves. Maria Pantoja was my forewoman. Approximately thirty people worked in my crew. I was a packer and picker during the harvest season and worked with one other picker. On average, I worked more than 8 hours per day, 6 days per week.

3.     In August 2009, I worked for a month in the cold storage that is located in County Line. For three weeks I worked packing grapes and Elvia (last name unknown) was my forewoman. For one week I performed another task in the cold storage and Jorge Beltran was my foreman. Rigo (last name unknown) and Claudia (last name unknown) were my supervisors. I was paid $8.25 per hour plus a piece of rate of .15 cents per box.

4.     The facts set forth herein are true of my own personal knowledge, and if called upon to testify, I could and would competently do so under oath.

5.     During the pre-harvest work, I was paid $ 7.25 per hour. During the harvest, I was paid an hourly rate plus a piece rate of .28 cents per box of grapes.

900571.1                                                         1

1      6.      When I was working in the fields I was required to provide my own tools
2  and equipment that I needed for my job.  The tools and equipment that I was required to
3  take to my job were gloves, picking shears, and pruning shears.  I was told by Maria
4  Pantoja my forewoman when I started working what tools I needed to take to work.  I was
5  not been provided the tools and have had to purchase them.  I have spent approximately
6  $1.20 twice a week for the gloves, $10.00 for the picking shears and $28.00 for the pruning
7  shears.

8

9      7.      During the pre-harvest work, I was required to arrive at the jobsite
10  approximately 5 to 10 minutes before the official start time.  When I got to the jobsite I
11  had to attend "escuelita" which is time that our forewoman talked to the entire crew about
12  the day's work or gave us instruction.  During the pre-harvest work, this happened
13  approximately 3 times per week and lasted for about 5 minutes.  I was not paid and I have
14  never been paid for the time I spent participating in the "escuelita."

15

16      8.      During the harvest, I was required to arrive at the jobsite approximately 10-
17  15 minutes before the official start time.  When I got to the jobsite, I had to prepare my
18  work area by gathering all the material needed for that day.  Also, I had to attend
19  "escuelita" which is time that our forewoman talked to the entire crew about work or
20  reprimanded certain workers who did not meet their picking quotas.  I was not paid and I
21  have never been paid for the time I spent preparing for the work day and participating in
22  the "escuelita."  This happened 6 days per week.

23

24      9.      When I worked in the cold storage, I was told by Rigo the supervisor that I
25  was required to arrive to the jobsite approximately 10 minutes before the official start time.
26  When I got to the jobsite, I had to wait outside to attend "escuelita" which is the time that

27

28

Rigo the supervisor of Delano Farms talked to the entire crew about the day's work. The "escuelita" lasted for about 5-10 minutes and this happened everyday.

10.     At the end of the day, when my forewoman said the work day had ended, I had to continue working in order to finish my job. I understood that my forewoman wrote down the hour that we finished working. We were supposed to stop at 2:30 p.m. I worked past 2:30 p.m. because the forewoman told us a couple of minutes before 2:30 p.m. I had stay to finish packing boxes of grapes for about another 5 minutes. I was not paid and I have never been paid for the time I spent finishing my work.

11.     I had to take home equipment that belongs to Delano Farms and Cal-Pacific every Saturday after work and bring it to work on Monday the following work day. I took home approximately 12-14 trays to wash them. I spent 30 min. washing the trays every Saturday. I was not paid and I have never been paid for the time I spent washing the trays. If one of these trays was broken or I did not take it to work, I was charged $5.00 by Maria Pantoja, my forewoman.

12.     When I was working in the cold storage my forewoman Elvia told me that I had to take home equipment that belongs to Delano Farms and Cal-Pacific. I had to take home the gown to wash it. If I did not bring the gown or was not washed I was not allowed to work for that day. Elvia told me all these.

13.     My employer Delano Farms and Cal-Pacific paid me an hourly rate and a piece rate amount for each box of grapes I picked and packed. The piece rate amount is called a bonus. When I received my paycheck at the end of the week, the number of boxes I was paid for was less than the number of boxes I picked during that week. I know that the amount of boxes I was being paid for was not right because I wrote the number of

1   boxes that my group picked and packed each day.  I told my forewoman that my paycheck

2   did not have the correct number of boxes.  She told me that boxes from the people who

3   picked and packed were distributed to the people who picked and packed fewer boxes.

4

5        14.   When I was working for Delano Farms and Cal-Pacific, I was required to

6   show up for work when there was fog or rain.  In those circumstances, the forewoman

7   required that our crew wait at the jobsite until she decided that we would begin work or be

8   sent home.  I have never been paid for the time I was required to wait at the job-site while

9   my forewoman determined whether or not to send us into the field.  When this happened, I

10  was required to wait as long 30 minutes.  This happened to me approximately 2 or 3 times

11  during the years 2007-2008.

12

13       15.   When I was working for Delano Farms and Cal-Pacific, I was told our crew

14  was going to move from one work location to another.  I was told by Maria Pantoja to

15  meet at a certain time in the morning at a certain location to follow my forewoman to the

16  work location.  I waited approximately 30 minutes in the morning.  Once the forewoman

17  arrived, I followed her to the work location for that day.  Depending on the work location,

18  I have followed my forewoman for 10 to 15 minutes to the site.  I was not paid and have

19  never been paid for any of this travel time.

20

21       This statement has been read to me in Spanish and I confirm that all statements

22  here are true.

23

24       I declare under penalty of perjury under the laws of the United States of America

25  that the foregoing is true and correct.

26

27

28

1

Executed on January 19, 2011 in Delano, California.

2

3

4

*Maria Guadalupe Gallardo*

5

Maria Guadalupe Gallardo

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## Declaration of Interpreter/Translator

I, Eva Vasquez-Camacho, declare that I am certified by the State of California as a Court Interpreter/Translator in good standing, as described in GC 68561.

I am duly certified to interpret and translate from Spanish to English and English to Spanish and have met all the proficiency requirements set by the State of California, per Certification number 301273, issued by the Administrative Office of the Courts.

I further declare that I have read and interpreted the attached document from the English to the Spanish Language to Maria Guadalupe Gallardo, and that it is a true and accurate translation of her "Declaration of Maria Guadalupe Gallardo" signed on January 19, 2011 in Delano, California. She indicated to me that her declaration is true and correct to the best of her knowledge.

I declare under penalty of perjury, under the laws of the State of California that the foregoing is true and correct. Signed this 19th day of January of 2011 in Delano, California, County Kern.

By: Eva Vasquez-Camacho

_____

State Certified Court Interpreter/Translator
Certification No. 301273

- 1

# EXHIBIT 31

**STATEMENT OF Ignacio Galvan**

I, Ignacio Galvan, declare as follows:

1.     I was an employee of Cal Pacific and Delano Farms I started working for them on or about the summer of 2005. My job classification was a harvester and packer. I changed classifications to cold storage on or about 2007. The type of work I performed in cold storage was packing grapes into plastic containers. There were times that I worked in the cold storage from Monday to Friday and then worked in the field on Saturday.

2.     When I worked in the field, I worked in Rogelio Mateo's crew. I also worked in Jesus Zendejas' crew and the crews of Lola and Sergio. When I worked in the cold storage, my supervisor was Nora. Rigo is manager of Delano Farms and he would check our work in the cold storage. Terry would also check our work in cold storage. In the field, I worked from 8 to 10 hours per day, 6 days per week. In the cold storage, I worked 8 hours per day, 5 days a week.

3.     The facts set forth herein are true of my own personal knowledge, and if called upon to testify, I could and would competently do so under oath.

4.     When I worked in the field, I was paid an hourly rate and a bonus of .32 cents per box of grapes. When I worked in the cold storage I was paid an hourly rate and I understood that I was to be paid a bonus of .15 cents for each box of grapes packed.

5.     When I worked in the field I was required to provide my own tools and equipment that I need for my job. The tools and equipment that I was required to

899235.1

1  take to my job are gloves, goggles to use to protect against the dust, picking shears,
2  pruning shears, handkerchiefs to protect my face, a sharpening file and holster.
3  When I was working pruning, the foreman had pruning shears for us to use.  The
4  shears were very defective and did not work very well.  I tried to use a pruning
5  shear.  I remember that I broke three different pruning shears in one week.   One
6  time I asked my foreman Rogelio for a pair of goggles and shears.  He told me that
7  he did not have any more left and I had to take my own.  I understood that I had to
8  take my own shears because they were not going to be provided to me by my
9  foreman.  I have not been provided the tools and have had to purchase them.  I also
10 had to use shears in the cold storage to clean the bunches of grapes before packing
11 them.  The shears were not provided to me.

12

13     6.     When I worked in the field, I was required to arrive at the jobsite
14 approximately 10 to 15 minutes before the time I am set to start work.  I was told by
15 my foreman that I had to arrive ten to fifteen minutes early in order to attend
16 "escuelita" which is time that our foreman talks to the entire crew.  The foreman
17 told us things like that he did not want us arriving to the work site a minute before
18 the day started, rather it had to be fifteen minutes.  He would tell us that we had to
19 improve our production of boxes picked.  I was not paid and I have never been paid
20 for the time I spent participating in the "escuelita."

21

22     7.     During the picking season, I was required to perform preparation work
23 in the morning before our work day started.  When I arrived at the jobsite, I had to
24 move tables that we would use when picking.  I had to move the tables into the
25 rows.  This would take approximately 20 minutes.  I was not paid and I have never
26 been paid for the time I spent doing this work in the morning.

27

28

899235.1                                2

8.     During the picking season, our foreman was supposed to advise us ten minutes before the end of the work day.  My foreman would not advise us that the work day was going to end in ten minutes.  At times he would tell us that it ended in five minutes.  I would have to stay after the time the foreman says we are to stop work to finish my job.  My foreman wrote down the hour that the day ended even if we were working past that time.  I have stayed to finish packing boxes of grapes, clean up my area and put the tables in order for the following day's work.  I was not paid and I have never been paid for the time I spent doing this work.

9.     My employer Delano Farms and Cal Pacific, paid me an hourly rate and a piece rate amount for each box of grapes I picked.  The piece rate amount is called a bonus.  When I receive my paycheck at the end of the week, the amount I am paid for the bonus is less than the number of boxes I picked during that week.  I know that the amount of boxes I am being paid for is not right because I would keep a tally of the number of boxes I picked each day and added them up at the end of the week.  I told my foreman that my paycheck did not have the correct number of boxes that I picked that week and he told me that his count was correct.

10.     When I was working for Delano Farms and Cal Pacific, my break period in the morning was made shorter than the ten minutes because I had to walk from the row I was picking in which was a far distance to reach my car or the break area.  By the time I get to the break area, there are only six or seven minutes left.  Other times, the foreman does not advise us that our break time has started and I have missed my break.  Other times my foreman did not advise us and myself and other workers would start walking to take our break.  He told us that we could not start our break until he told us.  When I worked there, almost every day the morning break I took was shortened.  On average, my break is shorter than the time I am supposed to have by 3 to 4 minutes.

11.   When I am working for Delano Farms and Cal Pacific, I was not given my full amount of time at my lunch period because I had to walk from the row I was picking in which was a far distance to reach my car or the break area.  Also, the foreman did not always advise the entire crew that the lunch period had started. This happened to me and I lost time in the taking my lunch break late.  On average, the meal period was made shorter by 4 to 5 minutes.  There was one time when the foreman would tell us that we would only be working eight hours that day.  He would tell us that we could take our two 10 minute breaks and not take a half an hour lunch break in order to end the day earlier and leave earlier.

12.   When I worked with Delano Farms and Cal Pacific there were times, at the end of one day that our foreman told us that the following day we would be working at a different location that could be anywhere from fifteen minutes driving to half an hour away.  He told us that since our work day started at 7:00 a.m., we had to meet at a location he picked at 5:00 a.m. in order to follow the foreman to the location where we would be working that day.   The following day, myself and co-workers gather at the location from 5:00 a.m. to 5:30 a.m.   Once the foreman arrived, we follow him in our cars driving to the work location for that day.  I have not been paid for any of this travel time from one work location to another.  This happened on more than one occasion.

This statement has been read and to me in Spanish and I confirm that all statements here are true.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

1      Executed March 28, 2009 in Delano, California.

2

3

4                                              IGNACIO GALVAN

5

6

7      I am proficient in English and Spanish and have read the above statement to

8   the person signing in Spanish.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

899235.1                                          5

## STATEMENT OF Ignacio Galvan

I, Ignacio Galvan, declare as follows:

1.       I was an employee of Cal Pacific and Delano Farms I started working for them on or about the summer of 2005. My job classification was a harvester and packer.  I changed classifications to cold storage on or about 2007.   The type of work I performed in cold storage was packing grapes into plastic containers.  There were times that I worked in the cold storage from Monday to Friday and then worked in the field on Saturday.

2.       When I worked in the field, I worked in Rogelio Mateo's crew.  I also worked in Jesus Zendejas' crew and the crews of Lola and Sergio.  When I worked in the cold storage, my supervisor was Nora.  Rigo is manager of Delano Farms and he would check our work in the cold storage.  Terry would also check our work in cold storage.  In the field, I worked from 8 to 10 hours per day, 6 days per week.  In the cold storage, I worked 8 hours per day, 5 days a week.

3.       The facts set forth herein are true of my own personal knowledge, and if called upon to testify, I could and would competently do so under oath.

4.       When I worked in the field, I was paid an hourly rate and a bonus of .32 cents per box of grapes.  When I worked in the cold storage I was paid an hourly rate and I understood that I was to be paid a bonus of .15 cents for each box of grapes packed.

5.       When I worked in the field I was required to provide my own tools and equipment that I need for my job.  The tools and equipment that I was required to

899235.1

1   take to my job are gloves, goggles to use to protect against the dust, picking shears,
2   pruning shears, handkerchiefs to protect my face, a sharpening file and holster.
3   When I was working pruning, the foreman had pruning shears for us to use. The
4   shears were very defective and did not work very well. I tried to use a pruning
5   shear. I remember that I broke three different pruning shears in one week. One
6   time I asked my foreman Rogelio for a pair of goggles and shears. He told me that
7   he did not have any more left and I had to take my own. I understood that I had to
8   take my own shears because they were not going to be provided to me by my
9   foreman. I have not been provided the tools and have had to purchase them. I also
10  had to use shears in the cold storage to clean the bunches of grapes before packing
11  them. The shears were not provided to me.
12
13      6.      When I worked in the field, I was required to arrive at the jobsite
14  approximately 10 to 15 minutes before the time I am set to start work. I was told by
15  my foreman that I had to arrive ten to fifteen minutes early in order to attend
16  "escuelita" which is time that our foreman talks to the entire crew. The foreman
17  told us things like that he did not want us arriving to the work site a minute before
18  the day started, rather it had to be fifteen minutes. He would tell us that we had to
19  improve our production of boxes picked. I was not paid and I have never been paid
20  for the time I spent participating in the "escuelita."
21  .
22      7.      During the picking season, I was required to perform preparation work
23  in the morning before our work day started. When I arrived at the jobsite, I had to
24  move tables that we would use when picking. I had to move the tables into the
25  rows. This would take approximately 20 minutes. I was not paid and I have never
26  been paid for the time I spent doing this work in the morning.
27
28

1      8.    During the picking season, our foreman was supposed to advise us ten
2  minutes before the end of the work day. My foreman would not advise us that the
3  work day was going to end in ten minutes. At times he would tell us that it ended in
4  five minutes. I would have to stay after the time the foreman says we are to stop
5  work to finish my job. My foreman wrote down the hour that the day ended even if
6  we were working past that time. I have stayed to finish packing boxes of grapes,
7  clean up my area and put the tables in order for the following day's work. I was not
8  paid and I have never been paid for the time I spent doing this work.

9

10     9.    My employer Delano Farms and Cal Pacific, paid me an hourly rate
11  and a piece rate amount for each box of grapes I picked. The piece rate amount is
12  called a bonus. When I receive my paycheck at the end of the week, the amount I
13  am paid for the bonus is less than the number of boxes I picked during that week. I
14  know that the amount of boxes I am being paid for is not right because I would keep
15  a tally of the number of boxes I picked each day and added them up at the end of the
16  week. I told my foreman that my paycheck did not have the correct number of
17  boxes that I picked that week and he told me that his count was correct.

18

19     10.   When I was working for Delano Farms and Cal Pacific, my break
20  period in the morning was made shorter than the ten minutes because I had to walk
21  from the row I was picking in which was a far distance to reach my car or the break
22  area. By the time I get to the break area, there are only six or seven minutes left.
23  Other times, the foreman does not advise us that our break time has started and I
24  have missed my break. Other times my foreman did not advise us and myself and
25  other workers would start walking to take our break. He told us that we could not
26  start our break until he told us. When I worked there, almost every day the morning
27  break I took was shortened. On average, my break is shorter than the time I am
28  supposed to have by 3 to 4 minutes.

11.     When I am working for Delano Farms and Cal Pacific, I was not given my full amount of time at my lunch period because I had to walk from the row I was picking in which was a far distance to reach my car or the break area. Also, the foreman did not always advise the entire crew that the lunch period had started. This happened to me and I lost time in the taking my lunch break late. On average, the meal period was made shorter by 4 to 5 minutes. There was one time when the foreman would tell us that we would only be working eight hours that day. He would tell us that we could take our two 10 minute breaks and not take a half an hour lunch break in order to end the day earlier and leave earlier.

12.     When I worked with Delano Farms and Cal Pacific there were times, at the end of one day that our foreman told us that the following day we would be working at a different location that could be anywhere from fifteen minutes driving to half an hour away. He told us that since our work day started at 7:00 a.m., we had to meet at a location he picked at 5:00 a.m. in order to follow the foreman to the location where we would be working that day.   The following day, myself and co-workers gather at the location from 5:00 a.m. to 5:30 a.m.   Once the foreman arrived, we follow him in our cars driving to the work location for that day.  I have not been paid for any of this travel time from one work location to another.  This happened on more than one occasion.

This statement has been read and to me in Spanish and I confirm that all statements here are true.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

4

Executed March _26_, 2009 in Delano, California.


_____
IGNACIO GALVAN


I am proficient in English and Spanish and have read the above statement to the person signing in Spanish.

_____

## Declaration of Certified Interpreter/Translator

I, Eva Vasquez-Camacho, declare that I am certified by the State of California as a Court Interpreter/Translator in good standing, as described in GC 68561.

I am duly certified to interpret and translate from Spanish to English and English to Spanish and have met all the proficiency requirements set by the State of California, per Certification number 301273, issued by the Administrative Office of the Courts.

I further declare that I have read and interpreted the attached document from the English to the Spanish Language to Ignacio Galvan and that it is a true and accurate translation of his "Statement of Ignacio Galvan" signed on March 28, 2009 in Delano, California.

I declare under penalty of perjury, under the laws of the State of California that the foregoing is true and correct. Signed this 17th day of January of 2011 in Delano, California, County Kern.

By: Eva Vasquez-Camacho

State Certified Court Interpreter/Translator

Certification No. 301273

- 1