# EXHIBIT 32

**Statement of Hilario Gomez**

I, Hilario Gomez, declare as follows:

1.      I, Hilario Gomez, have been an employee of Delano Farms/Cal Pacific and I expect to be recalled for the 2009 harvest.  I started working for Delano Farms/Cal Pacific since 2003, on and off.  In the past three years I have worked there exclusively.   The job classifications I have worked included cold storage house (checking, packing, re-packing, and stacking) and pruning, de-leafing, tipping, picking, and wheelbarrow in the grape fields.  I worked in the 2008 harvest as a picker in foreman Amadeo Paniagua's crew (# unknown).  I was one of two pickers assigned to a table.  I worked the wheelbarrow.  On average, I worked 8 hours, plus, per day, 6 days per week.

2.      The facts set forth herein are true of my own personal knowledge, and if called upon to testify, I could and would competently do so under oath.

3.      In the 2008 harvest was paid about $8.10 per hour.  During the harvest, in addition to my hourly rate of pay, I was paid a bonus based on the number of boxes produced by our table on a daily basis.

4.      I have always bought my own tools. These tools and equipment were required for my job and included: picking shears ($12.00 to $13.00 each), pruning shears ($35.00 to $40.00 each) (2 blades replaced per season at $17.00 each); sharpening files ($3.00 each) (2 per season); holster ($6.00 to $8.00 each) (1 per season); shears for training vines ($15.00 to $20.00) (2 per season); protective glasses ($8.00 to $10.00) (2 per season); and, gloves ($10.00 for a pack of 10) (2 per

1  season).   I was told by the foreman when I started working what tools I needed to
2  do the work.  I paid for my own because on the times the company lends tools they
3  were not of a quality permitting us to do our work.  Most workers buy and bring
4  their own tools.

5

6       5.     In the 2008 harvest we in the crew daily arrived at the field (jobsite)
7  approximately 15-30 minutes before the time officially scheduled to start work by
8  direction of the foreman. We were not paid for this time.  When we arrived early as
9  directed by the foreman we had to prepare our work areas by doing things such as:
10  pulling the tables which are by the road into the rows, opening the table flaps, and
11  setting up the bags, boxes, and packing equipment; placing labels on fancy shells for
12  packing; fetching fancy packing shells and lids from pallets and stack them in the
13  table area.  It has always been like this, every year I've worked there.  This was pre-
14  shift work for which we were not paid.

15       6.  The foreman tells us "don't stop working until I tell you to stop."  In the
16  2008 harvest we in the crew almost every day had to work beyond the official stop
17  time.  We were required to clean the area, clean the tables and place the packing
18  materials on the table shelves, close the tables, and sometimes move them.    This
19  work takes approximately 10 to 15 minutes daily after the officially scheduled stop
20  time.  We have never been paid for this work, which we have done since the time I
21  started with this employer.

22       7. In the 2008 harvest it took about four days to a week for our crew to finish
23  working in a block, at which time we'd move to a new block.  When the crew had to
24  move the operation to a different block, we would have to come into work even
25  earlier, depending on how far away the new block was.  We were directed the night
26  before by the foreman to go to location (e.g. a well known street intersection or a

1  store parking lot) and then to caravan by car behind the foreman to the new location.
2  That would take from 20-30 minutes. This again, was pre-shift and not paid time.

3      8. In 2008 during the tipping work our crew and other crews went down to
4  the Arvin area to help crews there for about three days. On these occasions we were
5  told to show up at a certain intersection at 4:30 a.m. and from there we caravanned
6  to the fields in the Arvin area, where we officially commenced our shift at 6:00 a.m.
7  Thus we were required to travel 90 minutes without pay. In 2007 we also went for
8  down to Arvin for 8 or 9 days total, then being paid for some but not all of our travel
9  time on each of such days.

10     9. In years prior to 2008 we in the crew would have to perform cleaning of
11 picking containers at our homes outside of our regular working hours. On average,
12 we would take about 30 minutes to clean the picking containers, twice a week. If
13 we did not take them home, then we would be required to clean them in the fields
14 during out break time. We were not paid for this cleaning time, which is in addition
15 to the other pre-shift work mentioned above.
16

17     10. Since I started working for Delano Farms/Cal Pacific our break periods
18 have been as follows for all shifts during pre-harvest and harvest work: 10 minutes
19 in the morning at about 9 a.m.; 30 minutes at noon; and, another 10 minutes at about
20 2:00 p.m. The foreman will honk his horn or would call out break time to the
21 packers, who would then let pickers know it is time for the break. The foreman
22 would also signal the end of break time. The foreman has told the crew not to leave
23 the field location during the noon break. Many of the workers in the harvest take
24 less than 30 minutes, taking a few minutes to eat their meal and then resuming work.
25 Workers in the harvest who don't meet the production quotas set for all crew
26 members are verbally warned and if it continues they are given a ticket or let go.
27 During "escuela" (morning school) workers who are behind their production quota
28 requirements are verbally warned in front of the entire crew. This is why the people

1  often don't take their full 30 minute noon break, for fear of not making their
2  production quota.

3

4      11. Prior to 2009, the mandatory "escuela" (morning school) would take 5 to
5  10 minutes and be held before the official start of the shift. This was unpaid pre-
6  shift work. In the 2009 pruning the employer started to hold "escuela" after the
7  official start time of the shift.

8

9      12. When the weather is bad but the rain stops we have to wait for one, two,
10 or more hours before starting work but when the rain doesn't stop we are sent home
11 after waiting those hours without any pay for any of that time. We're just told to
12 come back tomorrow.

13

14 .    I declare under penalty of perjury under the laws of the United States of
15 America that the foregoing is true and correct. Executed March 28, 2009, in
16 Delano, California.

17

18

19                          _Hilario Gomez_____
                                 Hilario Gomez
20

21

22              **Verification of Translation**

23

24      I, Maria G. Larios, declare and state as follows. I am over the age of 18 and not a
25 party to any litigation involving the declarant or his employer. I am fluent in both English
26 and Spanish languages. I have since 1998 been translating for Spanish speaking farm
27 workers. I have translated California EDD unemployment insurance proceedings and
28

899235.1                              4

1   California Labor Commissioner hearings. I translated the above sworn statement for
2   Hilario Gomez, a Spanish language speaker, faithfully to the best of my ability from the
3   English language into the Spanish language. He agreed with its content and signed it in
4   my presence. I declare under penalty of perjury under the laws of the United States that
5   the foregoing is true and correct. Executed by me this 28th of March 2009 in Delano,
6   California.

Maria G. Larios

1

<u>Statement of Hilario Gomez</u>

2

3     I, Hilario Gomez, declare as follows:

4

5     1.     I am aware that this is the same exact declaration that I previously signed. I

6     am now signing this declaration in further support of Plaintiffs' Motion for Class

7     Certification.

8

9     2.     I, Hilario Gomez, have been an employee of Delano Farms/Cal Pacific and I

10    expect to be recalled for the 2009 harvest. I started working for Delano Farms/Cal Pacific

11    since 2003, on and off. In the past three years I have worked there exclusively. The job

12    classification I have worked included cold storage house (checking, packing, re-packing,

13    and stacking) and pruning, de-leafing, tipping, picking, and wheelbarrow in the grape

14    fields. I worked in the 2008 harvest as a picker in foreman Amadeo Paniagua's crew (#

15    unknown). I was one of two pickers assigned to a table. I worked the wheelbarrow. On

16    average, I worked 8 hours, plus, per day, 6 days per week.

17

18    3.     The facts set forth herein are true of mown personal knowledge, and if called

19    upon to testify, I could and would competently do so under oath.

20

21    4.     In the 2008 harvest was paid about $8.10 per hour. During the harvest, in

22    addition to my hourly rate of pay, I was paid a bonus based on the number of boxes

23    produced by our table on a daily basis.

24

25    5.     I have always bought my own tools. These tools and equipment were

26    required for my job and included: picking shears ($12.00 to $13.00 each), pruning shears

27    ($35.00 to $40.00 each) (2 blades replaced per season at $17.00 each); sharpening files

28    ($3.00 each) (2 per season); holster ($6.00 to $8.00 each (1 per season); shears for training

vines ($15.00 to $20.00) (2 per season); protective glasses ($8.00 to $10.00) (2 per season); and, gloves ($10.00 for a pack of 10) (2 per season). I was told by the foreman when I started working what tools I needed to do the work. I paid for my own because on the times the company lends tools they were not of a quality permitting us to do our work. Most workers buy and bring their own tools.

6.      In the 2008 harvest we in the crew daily arrived at the field (jobsite) approximately 15-30 minutes before the time officially scheduled to start work by direction of the foreman.  We were not paid for this time.  When we arrived early as directed by the foreman we had to prepare our work areas by doing thing such as: pulling the tables which are by the road into the rows, opening the table flaps, and setting up the bags, boxes, and packing equipment; placing labels on fancy shells for packing; fetching fancy packing shells and lids from pallets and stack them in the table area.  It has always been like this, every year I've worked there.  This was pre-shift work for which we are not paid.

7.      The foreman tell us "don't stop working until I tell you to stop."  In the 2008 harvest we in the crew almost every day had to work beyond the official stop time.  We were required to clean the area, clean the tables and place the packing materials on the table shelves, close the tables, and sometimes move them.  This work takes approximately 10 to 15 minutes daily after the officially scheduled stop time.  We have never been paid for this work, which we have done since the time I started with this employer.

8.      In the 2008 harvest it took about four days to a week for our crew to finish working in a block, at which time we'd move to a new block.  When the crew had to move the operation to a different block, we would have to come into work even earlier, depending on how far away the new block was.  We were directed the night before by the foreman to go to a location (e.g. a well known street intersection or a store parking lot) and

1    then to caravan by car behind the foreman to the new location. That would take from 20-
2    30 minutes. This again, was pre-shift and not paid time.

3

4        9.    In 2008 during the tipping work our crew and other crews and other crews
5    went down to the Arvin area to help crews there for about three days. On these occasions
6    we were told to show up at a certain intersection at 4:30 a.m. and from there we
7    caravanned to the fields in the Arvin area, where we officially commenced our shift at 6:00
8    a.m. Thus we were required to travel 90 minutes without pay. In 2007 we also went for
9    down to Arvin for 8 or 9 days total, then being paid for some but not all of our travel time
10   on each of such days.

11

12       10.   In years prior to 2008 we in the crew would have to perform cleaning of
13   picking containers at our homes outside of our regular working hours. On average, we
14   would take about 30 minutes to clean the picking containers, twice a week. If we did not
15   take them home, then we would be required to clean them in fields during our break time.
16   We were not paid for this cleaning time, which is in addition to the other pre-shift work
17   mentioned above.

18

19       11.   Since I started working for Delano Farms/Cal Pacific our break periods have
20   been as follows for all shifts during pre-harvest and harvest work: 10 minutes in the
21   morning at about 9 a.m.; 30 minutes at noon; and, another 10 minutes at about 2:00 p.m.
22   The foreman will honk his horn or would call out break time to the packers, who would
23   then let pickers know it is time for the break. The foreman would also signal the end of
24   break time. The foreman has told the crew not to leave the filed location during the noon
25   break. Many of the workers in the harvest take less than 30 minutes, taking a few minutes
26   to eat their meal and then resuming work. Workers in the harvest who don't meet the
27   production quotas set for all crew members are verbally warned and if it continues they are
28   given a ticket or let go. During "escuela" (morning school) workers who are behind their

1  production quota requirements are verbally warned in front of the entire crew. This is why
2  the people often don't take their full 30 minute noon break, for fear of not making their
3  production quota.
4
5      12.    Prior to 2009, the mandatory "escuela" (morning school) would take 5 to 10
6  minutes and be held before the official start of the shift. This was unpaid pre-shift work.
7  In the 2009 pruning the employer started to hold "escuela" after the official start time of
8  the shift.
9
10     13.    When the weather is bad but the rain stops we have to wait for on, two, or
11 more hours before starting work but when the rain doesn't stop we are sent home after
12 waiting those hours without any pay for any of that time. We're just told to come back
13 tomorrow.
14
15     I declare under penalty of perjury under the laws of the United States of America
16 that the foregoing is true and correct. Executed January 17, 2011, in Delano, California.
17
18
19                                    _Hilario GOMEZ_____
20                                         Hilario Gomez
21
22
23
24
25
26
27
28

# SANTANA, LOPEZ & ASSOCIATES, LLC
### *Professional Language Interpreters*

PO Box 6269 Oxnard, CA 93031
Phone: (805) 988-8200



## Declaration of Lilia Santana

I declare that I am a certified Interpreter fluent in the Spanish and English languages, and that I have read the declaration of _Hilario Gomez_ from English into Spanish. He/She indicated to me that the declaration is true and correct to the best of his/her knowledge. I declare under penalty of perjury under the laws of the state of California and the laws of the United States of America that the foregoing is true and correct.

Executed January 17th, 2011 in Delano, California.

*Lilia Santana*

Lilia Santana, Certification # 100534

*Verification: http://jobs.spb.ca.gov/InterpreterListing/*

EXHIBIT 33

# DECLARATION OF MARIA G. GOMEZ

I, Maria G. Gomez, declare as follows:

1.     I am an employee of Delano Farms and Cal-Pacific. I have worked for Delano Farms and Cal-Pacific from 2006 until the present day. The work I perform is pruning, picking, deleafing, debudding, tipping, training, and debunching. From 2006 through 2008 I worked in Henri Galinato's crew. There were about 60 people working in the same crew. I was a picker and worked in a group with one other picker and one packer. On average, I worked more than 8 hours per day, 6 days per week.

2.     The facts set forth herein are true of my own personal knowledge, and if called upon to testify, I could and would competently do so under oath.

3.     In 2006, during the pre-harvest, I was paid $7.00 per hour. During the harvest, I was paid an hourly rate plus a piece rate of $0.29 cents per box of grapes.

4.     I was required by my foreman, Henri Galinato to provide my own tools and equipment that I needed for my job. The tools and equipment that I was required to take to my job were gloves that I bought for $1.00 a pair, picking shears that I bought for $8.00, pruning shears that I bought for $28.00, knives that I bought for $11.00, a sharpening file that I bought for $4.00 and a holster that I bought for $7.00. I was told by my foreman when I started working what tools I needed to take to work. I asked my foreman Henri Galinato to give me the tools for work and he refused. I have never been provided the tools I needed to do my job and had to purchase them.

963355.1

1       5.     During the pre-harvest, I was required to arrive at the jobsite approximately

2  15 minutes before the official start time.  My foreman Henri Galinato told me and our

3  entire crew that we had to arrive approximately 15 minutes before the official start time.

4  When I got to the jobsite, I had to wait for the workday to start.  I also, had to attend

5  "escuelita" which was the time that our foreman talked to the entire crew about the day's

6  work or gave us instruction.  During the pre-harvest, this happened approximately six

7  times per week.  I was not paid and I have never been paid for the time I spent waiting and

8  participating in the "escuelita."

9

10      6.     During the harvest, I was required by my foreman to arrive at the jobsite

11  approximately 15 minutes before the official start time.  When I got to the jobsite, I had to

12  prepare my work area by doing things such as setting up the table with bags, boxes, labels

13  and all of the material needed for that day.  I also had to attend "escuelita" which was the

14  time that our foreman talked to the entire crew about work or reprimanded certain workers

15  who did not meet their picking quotas.  I was not paid and I have never been paid for the

16  time I spent preparing for the work day and participating in the "escuelita."

17

18      7.     I was required by my foreman to take home equipment that belonged to

19  Delano Farms and Cal-Pacific everyday after work and take it to work the following day.

20  My foreman told me that I had to take home about 6 trays and wash them every Saturday.

21  This took me approximately 10-15 minutes to wash the 6 trays.  I was told by my foreman

22  if one of these items was broken or if I did not take it to work, I would be charged $4.00-

23  6.00 per tray.

24

25      8.     I am required to show up for work even when there is fog or rain.  In these

26  circumstances, the foreman requires that I wait at the jobsite until he either decides that our

27  crew will begin work or be sent home.  In the past, I have never been paid for the time I

28

1  was required to wait at the jobsite while my foreman determined whether or not to send us

2  into the field.  When this happened, I was required to wait as long 10-15 minutes.  This

3  happened to me approximately four times during the pre-harvest.

4

5      This statement has been read to me in Spanish and I confirm that all statements here

6  are true.

7

8      I declare under penalty of perjury under the laws of the United States of America

9  that the foregoing is true and correct.

10

11

12  Executed at Earlimart_____, California on 09/09_____, 2010.

13

14

15                                Maria G Gomez

16                                    Maria G. Gomez

17

18

19

20

21

22

23

24

25

26

27

28

963355.1                                3

1

## DECLARATION OF AMELIA MAGANA

2

3       I declare that I am fluent in the Spanish language and that I read the above

4   declaration from English into Spanish to **Maria G. Gomez.**   She indicated to me that the

5   declaration is true and correct to the best of her knowledge.   I declare under penalty of

6   perjury under the laws of the State of California that the foregoing is true and correct.

7

8       Executed Earlimart, 2010 in _____09/09_____, California.

9

10

11   _____

12   Amelia Magana

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## DECLARATION OF MARIA G. GOMEZ

I, Maria G. Gomez, declare as follows:

1.     I am aware that this is the same exact declaration that I previously signed.  I am now signing this declaration in further support of Plaintiffs' Motion for Class Certification.

2.     I am an employee of Delano Farms and Cal-Pacific.  I have worked for Delano Farms and Cal-Pacific from 2006 until the present day.  The work I perform is pruning, picking, deleafing, debudding, tipping, training, and debunching.  From 2006 through 2008 I worked in Henri Galinato's crew.  There were about 60 people working in the same crew.  I was a picker and worked in a group with one other picker and one packer. On average, I worked more than 8 hours per day, 6 days per week.

3.     The facts set forth herein are true of my own personal knowledge, and if called upon to testify, I could and would competently do so under oath.

4.     In 2006, during the pre-harvest, I was paid $7.00 per hour.  During the harvest, I was paid an hourly rate plus a piece rate of $0.29 cents per box of grapes.

5.     I was required by my foreman, Henri Galinato to provide my own tools and equipment that I needed for my job.  The tools and equipment that I was required to take to my job were gloves that I bought for $1.00 a pair, picking shears that I bought for $8.00, pruning shears that I bought for $28.00, knives that I bought for $11.00, a sharpening file that I bought for $4.00 and a holster that I bought for $7.00. I was told by my foreman when I started working what tools I needed to take to work.  I asked my foreman Henri

963355.1

1  Galinato to give me the tools for work and he refused.  I have never been provided the
2  tools I needed to do my job and had to purchase them.

3

4      6.      During the pre-harvest, I was required to arrive at the jobsite approximately
5  15 minutes before the official start time.   My foreman Henri Galinato told me and our
6  entire crew  that we had to arrive approximately 15 minutes before the official start time.
7  When I got to the jobsite, I had to wait for the workday to start.   I also, had to attend
8  "escuelita" which was the time that our foreman talked to the entire crew about the day's
9  work or gave us instruction.   During the pre-harvest, this happened approximately six
10  times per week.  I was not paid and I have never been paid for the time I spent waiting and
11  participating in the "escuelita."

12

13      7.      During the harvest, I was required by my foreman to arrive at the jobsite
14  approximately 15 minutes before the official start time.  When I got to the jobsite, I had to
15  prepare my work area by doing things such as setting up the table with bags, boxes, labels
16  and all of the material needed for that day.  I also had to attend "escuelita" which was the
17  time that our foreman talked to the entire crew about work or reprimanded certain workers
18  who did not meet their picking quotas.  I was not paid and I have never been paid for the
19  time I spent preparing for the work day and participating in the "escuelita."

20

21      8.      I was required by my foreman to take home equipment that belonged to
22  Delano Farms and Cal-Pacific everyday after work and take it to work the following day.
23  My foreman told me that I had to take home about 6 trays and wash them every Saturday.
24  This took me approximately 10-15 minutes to wash the 6 trays.  I was told by my foreman
25  if one of these items was broken or if I did not take it to work, I would be charged $4.00-
26  6.00 per tray.

27

28

963355.1                                    2

1      9.     I am required to show up for work even when there is fog or rain.  In these

2 circumstances, the foreman requires that I wait at the jobsite until he either decides that our

3 crew will begin work or be sent home.  In the past, I have never been paid for the time I

4 was required to wait at the jobsite while my foreman determined whether or not to send us

5 into the field.  When this happened, I was required to wait as long 10-15 minutes.  This

6 happened to me approximately four times during the pre-harvest.

7

8      This statement has been read to me in Spanish and I confirm that all statements here

9 are true.

10

11     I declare under penalty of perjury under the laws of the United States of America

12 that the foregoing is true and correct.  Executed at Delano, California on January 17, 2011.

13

14

15

16                  _Maria G. Gomez_ (signature)

17                     Maria G. Gomez

18

19

20

21

22

23

24

25

26

27

28



## SANTANA, LOPEZ & ASSOCIATES, LLC
### *Professional Language Interpreters*

PO Box 6269 Oxnard, CA 93031
Phone: (805) 988-8200

## Declaration of Lilia Santana

I declare that I am a certified Interpreter fluent in the Spanish and English languages, and that I have read the declaration of *MARIA G. Gomez* from English into Spanish. He/She indicated to me that the declaration is true and correct to the best of his/her knowledge. I declare under penalty of perjury under the laws of the state of California and the laws of the United States of America that the foregoing is true and correct.

Executed January 17th, 2011 in Delano, California.

*Lilia Santana*

Lilia Santana, Certification # 100534

*Verification: http://jobs.spb.ca.gov/InterpreterListing/*

# EXHIBIT 34

## DECLARATION OF RODOLFO GOMEZ

I, Rodolfo Gomez, declare as follows:

1.      I am currently an employee of Delano Farms and Cal-Pacific. I have worked for Delano Farms and Cal-Pacific since 2006 until the present day. The work I perform is pruning, packing, deleafing, debbuding, tipping, training, and debunching. In 2006 and 2007, I worked in Henri Galinato's crew. There were about 60 people working in the same crew. I was a packer and worked in a group with two pickers. On average, I worked more than 8 hours per day, 6 days per week.

2.      The facts set forth herein are true of my own personal knowledge, and if called upon to testify, I could and would competently do so under oath.

3.      In 2006, during the pre-harvest, I was paid $7.00 per hour. During the harvest, I was paid an hourly rate plus a piece rate of $0.29 cents per box of grapes.

4.      I was required by my foreman Henri Galinato to provide my own tools and equipment that I needed for my job. The tools and equipment that I was required to take to my job were gloves that I bought for $1.00 a pair, picking shears that I bought for $8.00, pruning shears that I bought for $28.00, knives that I bought for $11.00, a sharpening file that I bought for $4.00, and a holster that I bought for $7.00. I was told by my foreman when I started working what tools I needed to take to work. I asked my foreman for the tools, but he refused to provide me with the tools I needed to do my job. I have never been provided the tools and have had to purchase them.

963354.1

5.     During the pre-harvest, I was required to arrive at the jobsite approximately 15 minutes before the official start time.   My foreman Henri Galinato told me that I had to arrive approximately 15 minutes before the official start time.  When I got to the jobsite, I had to wait for the workday to start.  I was also required to "escuelita" ("school") which was the time that our foreman talked to the entire crew about the day's work or gave us instruction. During the pre-harvest, this happened approximately six times per week.  I was not paid and I have never been paid for the time I spent waiting and participating in the "escuelita."

6.     During the harvest, I was required by my foreman to arrive at the jobsite approximately 15 minutes before the official start time.  When I got to the jobsite, I had to prepare my work area by doing things such as setting up the table by putting labels, boxes, bags and other material needed for that day, on the table.  I also had to attend "escuelita" ("school") which was time that our foreman talked to the entire crew about work or reprimanded certain workers who did not meet their picking quotas.  I was not paid and I have never been paid for the time I spent preparing for the work day and participating in the "escuelita."

7.     I was required by my foreman to take home equipment that belonged to Delano Farms and Cal-Pacific everyday after work and take it to work the following work day. I took home the scale and about 5 trays to wash them.  It took me approximately 10-15 minutes to wash the trays.  I was told by my foreman that if one of these items was broken or if I did not take it to work, I would be charged $4.00-$6.00 per tray and $40.00-$60.00 per the scale and the charge would be deducted from my paycheck.

8.     I have been required to show up for work even when there is fog or rain.  In these circumstances, the foreman requires that I wait at the jobsite until he either decides

963354.1                                                     2

1   that our crew will begin work or be sent home.  I have never been paid for the time I was

2   required to wait at the jobsite while my foreman determined whether or not to send us into

3   the field.   When this happened, I was required to wait as long as 10-15 minutes.   This

4   happened to me approximately four times during the pre-harvest.

5

6          This statement has been read to me in Spanish and I confirm that all statements here

7   are true.

8

9          I declare under penalty of perjury under the laws of the United States of America

10  that the foregoing is true and correct.

11

12

13  Executed at Earlimart          , California on   09/09            , 2010.

14

15

16  _____

17                Rodolfo  Gomez

18

19

20

21

22

23

24

25

26

27

28

1

2

## DECLARATION OF AMELIA MAGANA

3       I declare that I am fluent in the Spanish language and that I read the above

4   declaration from English into Spanish to **Rodolfo Gomez.**   He indicated to me that the

5   declaration is true and correct to the best of his knowledge.   I declare under penalty of

6   perjury under the laws of the State of California that the foregoing is true and correct.

7

8       Executed Earlimart, 2010 in 09/09, California.

9

10

11                         _Amelia Magana_

12                              Amelia Magana

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

963354.1                         1

## DECLARATION OF RODOLFO GOMEZ

I, Rodolfo Gomez, declare as follows:

1.      I am aware that this is the same exact declaration that I previously signed.  I am now signing this declaration in further support of Plaintiffs' Motion for Class Certification.

2.      I am currently an employee of Delano Farms and Cal-Pacific.  I have worked for Delano Farms and Cal-Pacific since 2006 until the present day.  The work I perform is pruning, packing, deleafing, debbuding, tipping, training, and debunching.  In 2006 and 2007, I worked in Henri Galinato's crew. There were about 60 people working in the same crew. I was a packer and worked in a group with two pickers.  On average, I worked more than 8 hours per day, 6 days per week.

3.      The facts set forth herein are true of my own personal knowledge, and if called upon to testify, I could and would competently do so under oath.

4.      In 2006, during the pre-harvest, I was paid $7.00 per hour.   During the harvest, I was paid an hourly rate plus a piece rate of $0.29 cents per box of grapes.

5.      I was required by my foreman Henri Galinato to provide my own tools and equipment that I needed for my job.  The tools and equipment that I was required to take to my job were gloves that I bought for $1.00 a pair, picking shears that I bought for $8.00, pruning shears that I bought for $28.00, knives that I bought for $11.00, a sharpening file that I bought for $4.00, and a holster that I bought for $7.00.  I was told by my foreman when I started working what tools I needed to take to work.  I asked my foreman for the

963354.1

1   tools, but he refused to provide me with the tools I needed to do my job. I have never been

2   provided the tools and have had to purchase them.

3

4        6.     During the pre-harvest, I was required to arrive at the jobsite approximately

5   15 minutes before the official start time.  My foreman Henri Galinato told me that I had to

6   arrive approximately 15 minutes before the official start time.  When I got to the jobsite, I

7   had to wait for the workday to start.  I was also required to "escuelita" ("school") which

8   was the time that our foreman talked to the entire crew about the day's work or gave us

9   instruction. During the pre-harvest, this happened approximately six times per week. I was

10   not paid and I have never been paid for the time I spent waiting and participating in the

11   "escuelita."

12

13        7.     During the harvest, I was required by my foreman to arrive at the jobsite

14   approximately 15 minutes before the official start time.  When I got to the jobsite, I had to

15   prepare my work area by doing things such as setting up the table by putting labels, boxes,

16   bags and other material needed for that day, on the table.  I also had to attend "escuelita"

17   ("school") which was time that our foreman talked to the entire crew about work or

18   reprimanded certain workers who did not meet their picking quotas.  I was not paid and I

19   have never been paid for the time I spent preparing for the work day and participating in

20   the "escuelita."

21

22        8.     I was required by my foreman to take home equipment that belonged to

23   Delano Farms and Cal-Pacific everyday after work and take it to work the following work

24   day. I took home the scale and about 5 trays to wash them.  It took me approximately 10-

25   15 minutes to wash the trays.  I was told by my foreman that if one of these items was

26   broken or if I did not take it to work, I would be charged $4.00-$6.00 per tray and $40.00-

27   $60.00 per the scale and the charge would be deducted from my paycheck.

28

9.   I have been required to show up for work even when there is fog or rain.  In these circumstances, the foreman requires that I wait at the jobsite until he either decides that our crew will begin work or be sent home.  I have never been paid for the time I was required to wait at the jobsite while my foreman determined whether or not to send us into the field.  When this happened, I was required to wait as long as 10-15 minutes.  This happened to me approximately four times during the pre-harvest.

This statement has been read to me in Spanish and I confirm that all statements here are true.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed at Delano, California on January 17, 2011.

_Rodolfo Gomez_

Rodolfo  Gomez

963354.1

3

# SANTANA, LOPEZ & ASSOCIATES, LLC
*Professional Language Interpreters*

PO Box 6269 Oxnard, CA 93031
Phone: (805) 988-8200



### Declaration of Lilia Santana

I declare that I am a certified Interpreter fluent in the Spanish and English languages, and that I have read the declaration of ___Rodolfo Gomez___ from English into Spanish. He/She indicated to me that the declaration is true and correct to the best of his/her knowledge. I declare under penalty of perjury under the laws of the state of California and the laws of the United States of America that the foregoing is true and correct.

Executed January 17th, 2011 in Delano, California.

*Lilia Santana*

Lilia Santana, Certification # 100534

*Verification: http://jobs.spb.ca.gov/InterpreterListing/*

EXHIBIT 35

## STATEMENT OF Linyiu Ochoa Gonzalez

I, Linyiu Ocha Gonzalez, declare as follows:

1.     I Linyiu Ocha an employee of Delano Farms and Cal Pacific Management, L.P.  I started working for Delano Farms and Cal Pacific Management, L.P on or about August of 2004 during the grape harvest.  My job classifications are cold storage worker and general field worker. The type of work I perform is working in the cold storage, pre-harvest grape harvest work and grape harvest. I work for foreman Dolores.  On average, I work 8 hours per day, 5 days per week when working in the cold storage and 6 days when working in the field.

2.     The facts set forth herein are true of my own personal knowledge, and if called upon to testify, I could and would competently do so under oath.

3.     I am paid 8.10 per hour worked and receive a bonus in the cold storage for boxes packed and also during the harvest for boxes packed. The Bonus in the packing shed in 2008 was .15 cents and in the harvest the Bonus was .32 cents.

4.     I am required to provide my own tools and equipment that I need for my job.  The tools and equipment that I am required to take to my job are gloves, picking shears, pruning shears, and holster.   I have paid for all these tools.  I was told by Dolores and other foreman when I started working what tools I needed to take to work.  The foreman told me that I need to purchase those tools in order to do my work.  I and other members of my crew have asked for the tools and the foreman have told us that they cannot provide them because the employer does not give them any of those tools.  I have not been provided the tool and have had to purchase it.  I spend approximate $70.00 dollars in purchasing tools.

899235.1

5.      I am required to arrive at the jobsite approximately 15-30 minutes before the time I am set to start work.  When I get to the jobsite, I have to prepare my work area by doing things such as getting boxes, putting stickers and labels on box, bags for the grapes, and prepare the packing table.  Also, I have to attend "escuelita" which is time that our foreman talks to the entire crew about what is the work we will be doing and how the work is to be done.  I am not paid and I have never been paid for the time I spend preparing for the work day and participating in the "escuelita."

6.      I have to stay after the time the foreman says we are to stop work to finish my job during the harvest.  We are supposed to stop at 3:00 p.m.  At times, I have worked past 3:00 p.m. because the foreman does not tell us to stop working or he tells us a couple of minutes before 3:00 p.m. and  I have stayed to finish packing the boxes of grapes and to clean my packing table and organize the boxes that are around my table and fold up my table.  I am not paid and I have never been paid for the time I spend finishing my work.

7.      My employer Delano Farms /Cal Pacific Management, L.P, pays me an hourly rate and a piece rate for each box of grapes I pick.  The piece rate amount is called a bonus.  When I receive my paycheck at the end of the week, the amount I am paid for the bonus is less than the number of boxes I picked during that week.  I know that the amount of boxes I am being paid for is not right because I keep a daily tally of box that I pack and I compare this tally to what appears on my check and they do not match.  I have kept count of the number of boxes I picked during that week by writing it down on a piece of paper.  I have told my foreman that my paycheck did not have the correct number of boxes and s/he has told me that the only tally that counts is the tally that he/she has.

8.        When I am working with Delano Farms/Cal Pacific Management, L.P, I have been told our crew is going to move from one work location to another. I have been told to wait in the morning at a certain location for our foreman so that I can follow him to the work location. I have waited approximately 20 minutes. Once the foreman arrives, I follow him to the work location for that day which takes another 10 minutes. I have not been paid for any of this travel time from one work location to another.

9. I have been required to place labels on produce boxes before the work day begins. On average, this takes 10 minutes. I am not paid and have never been paid for the time spent labeling boxes before the work day begins.

This statement has been read and to me in Spanish and I confirm that all statements here are true.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed at Delano, California on March 28, 2009.

_Linyiu Ochoa G._

Linyiu Ochoa Gonzalez

### Declaration of Marcos Camacho

I declare that I am fluent in the Spanish language and that I translated the above declaration from English into Spanish to Linyiu Ochoa Gonzalez and she indicated that it was correct to the best of her knowledge. I declare under penalty of perjury that the above is true and correct. Executed on March 28, 2009 in Delano, California.

Marcos Camacho

## STATEMENT OF Linyiu Ochoa Gonzalez

I, Linyiu Ochoa Gonzalez, declare as follows:

1.       I am aware that this is the same exact declaration that I previously signed. I am now signing this declaration in further support of Plaintiffs' Motion for Class Certification.

2.       I Linyiu Ochoa an employee of Delano Farms and Cal Pacific Farm Management, L.P. I started working for Delano Farms and Cal Pacific Management, L.P. on or about August of 2004 during the grape harvest. My job classifications are cold storage worker and general field worker. The type of work I perform is working in the cold storage, pre-harvest grape harvest work and grape harvest. I work for foreman Dolores. On average, I work 8 hours per day, 5 days per week when working in the cold storage and 6 days when working in the field.

3.       The facts set forth herein are true of my own personal knowledge, and if called upon to testify, I could and would competently do so under oath.

4.       I am paid 8.10 per hour worked and receive a bonus in the cold storage for boxes packed and also during the harvest for boxes packed. The Bonus in the packing shed in 2008 was .15 cents and in the harvest the Bonus was .32 cents.

5.       I am required to provide my own tools and equipment that I need for my job. The tools and equipment that I am required to take to my job are gloves, picking shears, pruning shears, and holster. I have paid for all these tools. I was told by Dolores and other foreman when I started working what tools I needed to take to work. The foreman told me that I need to purchase those tools in order to do my work. I and other members of my crew have asked for the tools and the foreman have told us that they cannot provide them because the employer does not give them any of those tools. I have not been provided the tool and have had to purchase it. I

975963.1

spend approximate $70.00 dollars in purchasing tools.

6.    I am required to arrive at the jobsite approximately 15-30 minutes before the time I am set to start work.  When I get to the jobsite, I have to prepare my work area by doing things such as getting boxes, putting stickers and labels on box, bags for the grapes, and prepare the packing table.  Also, I have to attend "escuelita" which is time that our foreman talks to the entire crew about what is the work we will be doing and how the work is to be done.  I am not paid and I have never been paid for the time I spend preparing for the work day and participating in the "escuelita."

7.    I have to stay after the time the foreman says we are to stop work to finish my job during the harvest.  We are supposed to stop at 3:00 p.m.  At times, I have worked past 3:00 p.m. because the foreman does not tell us to stop working or he tells us a couple of minutes before 3:00 p.m. and I have stayed to finish packing the boxes of grapes and to clean my packing table and organize the boxes that are around my table and fold up my table.  I am not paid and I have never been paid for this time I spend finishing my work.

8.    My employer Delano Farms/Cal Pacific Farm Management, L.P, pays me an hourly rate and a piece rate for each box of grapes I pick.  The piece rate amount is called a bonus.  When I receive my paycheck at the end of the week, the amount I am paid for the bonus is less than the number of boxes I picked during that week.  I know that the amount of boxes I am being paid for is not right because I keep a daily tally of box that I pack and I compare this tally to what appears on my check and they do not match.  I have kept count of the number of boxes I picked during that week by writing it down on a piece of paper.  I have told my foreman that my paycheck did not have the correct number of boxes and s/he has told me that the only tally that counts is the tally that he/she has.

9.    When I am working with Delano Farms/Cal Pacific Management, L.P, I have been

1  told our crew is going to move from one work location to another. I have been told to wait in the

2  morning at a certain location for our foreman so that I can follow him to the work location. I have

3  waited approximately 20 minutes. Once the foreman arrives, I follow him to the work location for

4  that day which takes another 10 minutes. I have not been paid for any of this travel time from one

5  work location to another.

6

7       10.    I have been required to place labels on produce boxes before the work days begins.

8  On average, this take 10 minutes. I am not paid and have never been paid for the time spent

9  labeling boxes before the work day begins.

10

11       This statement has been read and to me in Spanish and I confirm that all statements here

12  are true.

13

14       I declare under penalty of perjury under the laws of the United States of America that the

15  foregoing is true and correct. Executed at Delano, California on January 17, 2011.

16

17

18

19  _Linyiu  Ochoa G._

20

21       Linyiu Ochoa Gonzalez

22

23

24

25

26

27

28

975963.1                                        3

**SANTANA, LOPEZ & ASSOCIATES, LLC**
*Professional Language Interpreters*

PO Box 6269 Oxnard, CA 93031
Phone: (805) 988-8200



## Declaration of Lilia Santana

I declare that I am a certified Interpreter fluent in the Spanish and English languages, and that I have read the declaration of _Linyou Ochoa Gonzales_ from English into Spanish. He/She indicated to me that the declaration is true and correct to the best of his/her knowledge. I declare under penalty of perjury under the laws of the state of California and the laws of the United States of America that the foregoing is true and correct.

Executed January 17th, 2011 in Delano, California.

*Lilia Santana*

Lilia Santana, Certification # 100534

*Verification: http://jobs.spb.ca.gov/InterpreterListing/*

EXHIBIT 36

# DECLARATION OF HUBER GUTIERREZ

I, Huber Gutierrez, declare as follows:

1.     I am an employee of Delano Farms and Cal-Pacific. I work for Delano Farms and Cal-Pacific from approximately 1996 until present day. The work I perform is pruning, picking, deleafing, debudding, tipping, training, and debunching. The foreman of the crew was Rogelio Mateo. There were about 40-60 people who worked in that crew. I was a picker and worked in a group with one other picker and one packer. On average, I worked more than 8 hours per day, 6 days per week.

2.     The facts set forth herein are true of my own personal knowledge, and if called upon to testify, I could and would competently do so under oath.

3.     During the pre-harvest, I was paid $8.10 per hour in 2008. During the harvest, I was paid an hourly rate plus a piece rate of $0.32 cents per box of grapes in 2008.

4.     I was required to provide my own tools and equipment that were required for my job. The tools and equipment that I was required to take to my job were gloves that I bought for $1.50 a pair, picking shears that I bought for $5.00, pruning shears that I bought for $25.00 and a holster that I bought for $7.00. I was told by my foreman when I started working what tools I needed to take to work. I was not provided the tools and had to purchase them

5.     During the pre-harvest, I was required by my foreman to arrive at the jobsite approximately 10-15 minutes before the official start time. My foreman, Rogelio Mateo,

962219.1                                      1

1   told me that I had to arrive 10-15 minutes before the official start time.  When I got to the
2   jobsite, I had to wait. If I did not arrive at this time I was reprimanded by my foreman.
3   This happened to me and some of my coworkers in various occasions. Also, I had to attend
4   "escuelita" before the official start time, which was time that our foreman talked to the
5   entire crew about the day's work or gave us instruction.  During the pre-harvest, this
6   happened approximately 2 times per week.  I was not paid and I have never been paid for
7   the time I spent participating in the "escuelita."

8

9        6.     During the harvest, I was required by my foreman to arrive at the jobsite
10  approximately 10-15 minutes before the official start time. My foreman, Rogelio Mateo,
11  told me that I had to arrive 10-15 minutes before the official start time.  When I got to the
12  jobsite, I had to prepare my work area by doing things such as gathering material needed
13  for that day.  Also, I had to attend "escuelita" which was the time that our foreman talked
14  to the entire crew about work or reprimanded certain workers who did not meet their
15  picking quotas. If I did not arrive at this time I was reprimanded by my foreman. I know
16  this because I saw some coworkers being reprimanded by my foreman. When this
17  happened the foreman used to tell them that next time for them to wake up earlier so they
18  would not be late to work.  This also happened to me.   I was not paid and I have never
19  been paid for the time I spent preparing for the work day and participating in the
20  "escuelita."

21

22       7.     I was required by my foreman to take home equipment that belonged to
23  Delano Farms and Cal-Pacific once a week after work and bring it to work the following
24  work day.  I took home approximately 6 trays to wash them.  If one of these items was
25  broken or I did not take it to work, I was charged by my foreman. I know this because he
26  told us. I was never paid and have never been paid for the time I spent washing the trays.

27

28

962219.1                                              2

8.    My employer Delano Farms and Cal-Pacific, paid me an hourly rate and a piece rate amount for each box of grapes I picked and packed.  The piece rate amount is called a bonus.  When I received my paycheck at the end of the week, the number of boxes I was paid for was less than the number of boxes I picked during that week.  I know that the amount of boxes I was being paid for was not right because I have kept count of the number of boxes I picked during that week by writing them down on a piece of paper.  I did say anything to the foreman about the count being wrong because I was embarrassed.

9.    I was required to show up for work even when there was fog or rain.  In these circumstances, the foreman requires that I wait at the jobsite until he either decided that we would begin working or be sent home.  I have never been paid for the time I was required to wait at the jobsite while my foreman determined whether or not to send us into the field.  When this happens, I was required to wait as long as 20 minutes.  This happened to me approximately four times during the pre-harvest.

This statement has been read to me in Spanish and I confirm that all statements here are true.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed at Earlimart, California on 09/01, 2010.

Huber Gutierrez

Huber Gutierrez

962219.1                                                    3

## DECLARATION OF AMELIA MAGANA

I declare that I am fluent in the Spanish language and that I read the above declaration from English into Spanish to **Huber Gutierrez.**   He indicated to me that the declaration is true and correct to the best of his knowledge.  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed _Equinaut_, 2010 in ___cal ci___, California.


_Amelia Magana_
Amelia Magana

962219.1                                          4

## DECLARATION OF HUBER GUTIERREZ

I, Huber Gutierrez, declare as follows:

1.     I am aware that this is the same exact declaration that I previously signed.  I am now signing this declaration in further support of Plaintiffs' Motion for Class Certification.

2.     I am an employee of Delano Farms and Cal-Pacific.  I work for Delano Farms and Cal-Pacific from approximately 1996 until present day.  The work I perform is pruning, picking, deleafing, debudding, tipping, training, and debunching.  The foreman of the crew was Rogelio Mateo.  There were about 40-60 people who worked in that crew.  I was a picker and worked in a group with one other picker and one packer.  On average, I worked more than 8 hours per day, 6 days per week.

3.     The facts set forth herein are true of my own personal knowledge, and if called upon to testify, I could and would competently do so under oath.

4.     During the pre-harvest, I was paid $8.10 per hour in 2008.  During the harvest, I was paid an hourly rate plus a piece rate of $0.32 cents per box of grapes in 2008.

5.     I was required to provide my own tools and equipment that were required for my job.  The tools and equipment that I was required to take to my job were gloves that I bought for $1.50 a pair, picking shears that I bought for $5.00, pruning shears that I bought for $25.00 and a holster that I bought for $7.00.  I was told by my foreman when I started

1   working what tools I needed to take to work.  I was not provided the tools and had to
2   purchase them

3

4   6.   During the pre-harvest, I was required by my foreman to arrive at the jobsite
5   approximately 10-15 minutes before the official start time.  My foreman, Rogelio Mateo,
6   told me that I had to arrive 10-15 minutes before the official start time.  When I got to the
7   jobsite, I had to wait. If I did not arrive at this time I was reprimanded by my foreman.
8   This happened to me and some of my coworkers in various occasions. Also, I had to attend
9   "escuelita" before the official start time, which was time that our foreman talked to the
10  entire crew about the day's work or gave us instruction.  During the pre-harvest, this
11  happened approximately 2 times per week.  I was not paid and I have never been paid for
12  the time I spent participating in the "escuelita."

13

14  7.   During the harvest, I was required by my foreman to arrive at the jobsite
15  approximately 10-15 minutes before the official start time. My foreman, Rogelio Mateo,
16  told me that I had to arrive 10-15 minutes before the official start time.  When I got to the
17  jobsite, I had to prepare my work area by doing things such as gathering material needed
18  for that day.  Also, I had to attend "escuelita" which was the time that our foreman talked
19  to the entire crew about work or reprimanded certain workers who did not meet their
20  picking quotas. If I did not arrive at this time I was reprimanded by my foreman. I know
21  this because I saw some coworkers being reprimanded by my foreman. When this
22  happened the foreman used to tell them that next time for them to wake up earlier so they
23  would not be late to work.  This also happened to me.  I was not paid and I have never
24  been paid for the time I spent preparing for the work day and participating in the
25  "escuelita."

26

27

28

962219.1                                           2

8.     I was required by my foreman to take home equipment that belonged to Delano Farms and Cal-Pacific once a week after work and bring it to work the following work day. I took home approximately 6 trays to wash them. If one of these items was broken or I did not take it to work, I was charged by my foreman. I know this because he told us. I was never paid and have never been paid for the time I spent washing the trays.

9.     My employer Delano Farms and Cal-Pacific, paid me an hourly rate and a piece rate amount for each box of grapes I picked and packed. The piece rate amount is called a bonus. When I received my paycheck at the end of the week, the number of boxes I was paid for was less than the number of boxes I picked during that week. I know that the amount of boxes I was being paid for was not right because I have kept count of the number of boxes I picked during that week by writing them down on a piece of paper. I did say anything to the foreman about the count being wrong because I was embarrassed.

10.     I was required to show up for work even when there was fog or rain. In these circumstances, the foreman requires that I wait at the jobsite until he either decided that we would begin working or be sent home. I have never been paid for the time I was required to wait at the jobsite while my foreman determined whether or not to send us into the field. When this happens, I was required to wait as long as 20 minutes. This happened to me approximately four times during the pre-harvest.

This statement has been read to me in Spanish and I confirm that all statements here are true.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed at Delano, California on January 17, 2011.

962219.1                                                  3

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Huber Gutierrez

Huber Gutierrez

S ANTANA, L OPEZ & A SSOCIATES, LLC
*Professional Language Interpreters*

PO Box 6269 Oxnard, CA 93031
Phone: (805) 988-8200



## Declaration of Lilia Santana

I declare that I am a certified Interpreter fluent in the Spanish and English languages, and that I have read the declaration of _Huber Gutierrez_ from English into Spanish. He/She indicated to me that the declaration is true and correct to the best of his/her knowledge. I declare under penalty of perjury under the laws of the state of California and the laws of the United States of America that the foregoing is true and correct.

Executed January 17th, 2011 in Delano, California.

*Lilia Santana*

Lilia Santana, Certification # 100534

*Verification: http://jobs.spb.ca.gov/InterpreterListing/*

# EXHIBIT 37

# DECLARATION OF CRUZ HEREDIA

I, Cruz Heredia, declare as follows:

1.      I was an employee of Delano Farms and Cal-Pacific.  I started working for Delano Farms and Cal-Pacific during the harvest of 2005.  The work I did was packing, picking, tipping and deleafing. I worked in the crew of foreman Domingo (last name unknown) crew #4 and there were approximately 65 to 70 workers in my crew.  I am a picker and worked in a group with one other picker and one packer.  On average, I worked 8 hours per day, 6 days per week.

2.      The facts set forth herein are true of my own personal knowledge, and if called upon to testify, I could and would competently do so under oath.

3.      During the pre-harvest work, I was paid $7.75 per hour.  During the harvest, I was paid an hourly rate plus a piece rate of $0.36 per box of grapes.

4.      I was required to provide my own tools and equipment that I needed for my job.  The tools and equipment that I was required to take to my job were gloves that I bought for $6.00 to $7.00 for a pack of 12 and I bought one pack per month, picking shears which I bought for $7.00 to $8.00, and I bought 2 per season, shears for cutting the vine which I bought for $12.00 and bought 2 during my employment, a sharpening file which I bought for $5.00 and holster which I bought for $6.00 to $8.00.  I was told by the foreman Domingo when I started working what tools were needed for work and that I was responsible for bringing these tools.  The tools were not provided to me and I had to purchase them.

906069.1

5.      During the harvest, I was required to arrive at the jobsite approximately 15 minutes before the official start time. When I got to the jobsite, I had to prepare my work area by doing things such as pulling the table out from within the row, opening the table, gathering the work materials such as boxes, labels, bags and padded liners. Also, I had to attend "escuelita" which is time that our foreman talks to the crew about the quality of grape that is desired, he set the quotas, and told us to put more effort into our work. Workers were reprimanded if they did not arrive at least 15 minutes before the official start time. I was not paid and I have never been paid for the time I spent preparing for the work day and participating in the "escuelita."

6.      At the end of the day, when my foreman said the work day ended, I had to continue working in order to finish my job. We were supposed to stop at 3:30 p.m., by 3:20 p.m. the foreman required us to have at least one tray of grapes at our table. If we did not have a tray of grapes ready to be packed by 3:20 p.m. the foreman sent us back to pick one.   I was sent back to pick a tray of grapes approximately 10 times during my employment with Delano Farms and Cal-Pacific. I worked past 3:30 p.m. because I had to stay to finish packing boxes of grapes, pick up trash, put the materials away in the table, close the table and secure the table within the rows. Approximately once a week I had to stay 5 minutes after the official stop time. I have never been paid for the time I spent finishing my work.

7.      When I was working for Delano Farms and Cal-Pacific, I was required to show up for work even when it rained. In those circumstances, the foreman required that I waited at the jobsite until he either decided that we would begin work or be sent home. I have never been paid for the time I was required to wait at the job-site while my foreman determined whether or not to send us into the field. When that happens, I was required to wait as long as two and one half hours. This happened to me approximately 5 times a year.

8.     When I was working with Delano Farms and Cal-Pacific, I was told our crew was going to move from one work location to another. If we were not familiar with the location, the foreman required that we meet 30 minutes before the official start time at a certain location to follow my foreman to the work location. This happened approximately 10 times year. I was not paid and have never been paid for any of the time spent waiting for the foreman and then following him to the work location.

This statement has been read to me in Spanish and I confirm that all statements here are true.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in Richgrove, California

On _May____ _14_, 2009.


Cruz Heredia
CRUZ HEREDIA

1

2

### DECLARATION OF MARIA G. LARIOS

3

4

5

6

    I declare that I am fluent in the Spanish language and that I read the above declaration from English into Spanish to Cruz Heredia.  She indicated to me that the declaration is true and correct to the best of her knowledge.  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

7

8

    Executed _May_ _14_, 2009 in Richgrove, California.

9

10

11

12

                        Maria G. Larios

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

906069.1                                    1

### DECLARATION OF CRUZ HEREDIA

I, Cruz Heredia, declare as follows:

1.    I am aware that this is the same exact declaration that I previously signed.  I am now signing this declaration in further support of Plaintiffs' Motion for Class Certification.

2.    I was an employee of Delano Farms and Cal-Pacific.  I started working for Delano Farms and Cal-Pacific during the harvest of 2005. The work I did was packing, picking, tipping and deleafing. I worked in the crew of foreman Domingo (last name unknown) crew #4 and there were approximately 65 to 70 workers in my crew. I am a picker and worked in a group with one other picker and one packer. On average, I worked 8 hours per day, 6 days per week.

3.    The facts set forth herein are true of my own personal knowledge, and if called upon to testify, I could and would competently do so under oath.

4.    During the pre-harvest work, I was paid $7.75 per hour. During the harvest, I was paid an hourly rate plus a piece rate of $0.36 cents per box of grapes.

5.    I was required to provide my own tools and equipment that I needed for my job.  The tools and equipment that I was required to take to my job were gloves that I bought for $6.00 to $7.00 for a pack of 12 and I bought on pack per month, picking shears which I bought for $7.00 to $8.00, and I bought 2 per season, shears for cutting the vine which I bought for $12.00 and bought 2 during my employment, a sharpening file which I bought for $5.00 and holster which I bought for $6.00 to $8.00. I was told by the foreman Domingo when I started working what tools were needed for work and that I was

977214.1

1  responsible for bringing these tools. The tools were not provided to me and I had to

2  purchase them.

3

4         6.        During the harvest, I am required to arrive at the jobsite approximately 15

5  minutes before the official start time.  When I got to the jobsite, I had to prepare my work

6  area by doing things such as pulling the table out from within the row, opening the table,

7  gathering the work materials such as boxes, labels, bags and padded liners. Also, I had to

8  attend "escuelita" which is time that our foreman talks to the entire crew about the quality

9  of grape that is desired; he set the quotas, and told us to put more effort into our work.

10  Workers were reprimanded if they did not arrive at least 15 minutes before the official start

11  time. I was not paid and I have never been paid for the time I spent preparing for the work

12  day and participating in the "escuelita."

13

14         7.        At the end of the day, when my foreman said the work day ended, I had to

15  continue working in order to finish my job. We were supposed to stop at 3: 30 p.m., by

16  3:20 p.m. the foreman required us to have at least one tray of grapes at our table. If we did

17  not have a tray of grapes ready to be packed by 3:20 p.m. the foreman sent us back to pick

18  one. I was sent back to pick a tray of grapes approximately 10 times during my

19  employment with Delano Farms and Cal-Pacific. I worked passed 3:30 p.m. because I had

20  to stay to finish packing boxes of grapes, pick up trash, put the materials away in the table,

21  close the table and secure the table within the rows. Approximately once a week I had to

22  stay 5 minutes after the official stop time. I have never been paid for the time I spent

23  finishing my work.

24

25         8.        When I was working for Delano Farms and Cal-Pacific, I was required to

26  show up for work even when it rained. In those circumstances, the foreman required that I

27  waited at the jobsite until he either decided that we would begin work or be sent home. I

28  have never been paid for the time I was required to wait at the job-site while my foreman

1   determined whether or not to send us into the field. When that happens, I was required to

2   wait as long as two and one half hours. This happened to me approximately 5 times a year.

3

4       9.    When I was working with Delano Farms and Cal-Pacific, I was told our crew

5   was going to move from one work location to another. If we were not familiar with the

6   location, the foreman required that we meet 30 minutes before the official start time at a

7   certain location to follow my foreman to the work location. This happened approximately

8   10 times year. I was not paid and have never been paid for any of the time spent waiting

9   for the foreman and then following him to the work location.

10

11      This statement has been read to me in Spanish and I confirm that all statements here

12  are true.

13

14      I declare under penalty of perjury under the laws of the United States of America

15  that the foregoing is true and correct.

16      Executed in Delano, California

17

18      On January 26, 2011.

19

20

21                                  *Cruz Heredia*

22                                    CRUZ HEREDIA

23

24

25

26

27

28

<u>Declaration of Interpreter/Translator</u>

I, Eva Vasquez-Camacho, declare that I am certified by the State of California as a Court Interpreter/Translator in good standing as described in GC 68561.

I am duly certified to interpret and translate from Spanish to English and English to Spanish and have met all the proficiency requirements set by the State of California, per Certification number 301273, issued by the Administrative Office of the Courts.

I further declare that I read and translated the attached "<u>Declaration of Cruz Heredia</u>," to Ms. Cruz Heredia from the English to the Spanish Language and that it is a true and accurate translation of said document.  She further indicated to me that her declaration is true and correct to the best of her knowledge, and signed it on January 26, 2011.

I declare under penalty of perjury, under the laws of the State of California that the foregoing is true and correct. Signed this 26th day of January of 2011, in Delano, California, County of Kern.

By:  Eva Vasquez-Camacho

State Certified Court Interpreter

Certification No. 301273

- 1

EXHIBIT 38

## <u>DECLARATION OF ELPIDIO HEREDIA</u>

I, Elpidio Heredia, declare as follows:

1.     I was an employee of Delano Farms and Cal-Pacific.  I started working for Delano Farms and Cal-Pacific during the harvest of 2005.  The work I did was packing, picking, tipping and deleafing.  I worked in the crew of foreman Domingo (last name unknown) crew #4, there were approximately 65 to 70 workers in my crew.  I was a picker and I pushed the wheelbarrow and worked in a group with one other picker and one packer.  On average, I worked 8 hours per day, 6 days per week.

2.     The facts set forth herein are true of my own personal knowledge, and if called upon to testify, I could and would competently do so under oath.

3.     During the pre-harvest work, I was paid $7.75 per hour.  During the harvest, I was paid an hourly rate plus a piece rate of $0.36 per box of grapes.

4.     I was required to provide my own tools and equipment that I needed for my job.  The tools and equipment that I was required to take to my job were gloves that I bought for $6.00 to $7.00 for a pack of 12 and I bought one pack per month, picking shears which I bought for $7.00 to $8.00, and I bought 2 per season, shears for cutting the vine which I bought for $12.00 and bought 2 during my employment, a sharpening file which I bought for $5.00 and holster which I bought for $6.00 to $8.00.  I was told by the foreman Domingo when I started working what tools were needed for work and that I was responsible for taking those tools.  I was not provided the tools and had to purchase them.

906075.1

5.   During the harvest, I was required to arrive at the jobsite approximately 15 to 30 minutes before the official start time.  When I got to the jobsite, I had to prepare my work area by doing things such as taking the wheelbarrow out from within the rows, pulling the table out from within the row, opening the table, gathering the work materials such as boxes, labels, bags and padded liners.  Also, I had to attend "escuelita" which is time that our foreman talked to the crew about the quality of grapes that was desired, the quotas that were set, and to put more effort into our work.  I am not paid and I have never been paid for the time I spent preparing for the work day and participating in the "escuelita."

6.   When I was working for Delano Farms and Cal-Pacific the foreman told us that workers were not allowed to leave the work site during the 30 minute break.  The foreman told us that we had to ask permission if we wanted to leave the work site during our 30 minute break.

7.   When I was working for Delano Farms and Cal-Pacific, I was required to show up for work even when it rained.  In those circumstances, the foreman required that I wait at the jobsite until he either decided that we would begin work or be sent home.  I was never paid for the time I was required to wait at the jobsite while my foreman determined whether or not to send us into the field.  When this happened, I was required to wait as long as two and one half hours.  This happened to me approximately 5 times a year.

8.   When I was working with Delano Farms and Cal-Pacific, I was told our crew was going to move from one work location to another.  If we were not familiar with the location, the foreman required that we meet 30 minutes before the official start time at a certain location to follow my foreman to the work location.  This happened approximately 10 times year.  I was not paid and have never been paid for any of the time spent waiting

906075.1                                    2

1  for the foreman to arrive at the designated location or for following him to the work
2  location.

3

4      This statement has been read to me in Spanish and I confirm that all statements here
5  are true.

6

7      I declare under penalty of perjury under the laws of the United States of America
8  that       the       foregoing    is      true     and     correct.

9

10

11      Executed in Richgrove, California on _May 8   4_ , 2009.

12

13

14                      _ELPIDIO HEREDIA_
                               Elpidio Heredia
15

16

17

18

19

20

21

22

23

24

25

26

27

28

## DECLARATION OF MARIA G. LARIOS

I declare that I am fluent in the Spanish language and that I read the above declaration from English into Spanish to Elpidio Heredia. He indicated to me that the declaration is true and correct to the best of his knowledge. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed ___May___ _14_ , 2009 in Richgrove, California.

Maria G. Larios

906075.1

4

EXHIBIT 39

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## DECLARATION OF ESPERANZA HEREDIA

I, Esperanza Heredia, declare as follows:

1.      I was an employee of Delano Farms and Cal-Pacific.  I started working for Delano Farms and Cal-Pacific during the harvest of 2005.  The work I did was packing, picking, tipping and deleafing.  I worked in the crew of foreman Domingo (last name unknown) crew #4, there were approximately 65 to 70 workers in my crew.  I was a picker and worked in a group with one other picker and one packer.  On average, I worked 8 hours per day, 6 days per week.

2.      The facts set forth herein are true of my own personal knowledge, and if called upon to testify, I could and would competently do so under oath.

3.      During the pre-harvest work, I was paid $7.75 per hour.  During the harvest, I was paid an hourly rate plus a piece rate of $0.36 per box of grapes.

4.      I was required to provide my own tools and equipment that I needed for my job.  The tools and equipment that I was required to take to my job were gloves that I bought for $6.00 to $7.00 for a pack of 12 and I bought one pack per month, picking shears which I bought for $7.00 to $8.00, and I bought 2 per season, shears for cutting the vine which I bought for $12.00 and bought 2 during my employment, a sharpening file which I bought for $5.00 and holster which I bought for $6.00 to $8.00.  I was told by the foreman Domingo when I started working what tools were needed for work and that I was responsible for bringing these tools.  I was not provided the tools and I had to purchase them.

906070.1

1      5.    During the harvest, I was required to arrive at the jobsite approximately 15

2  minutes before the official start time, the official start time was 6:30 a.m.  When I arrived

3  to the jobsite, I had to prepare my work area by doing things such as pulling the table out

4  from within the row, opening the table, gathering the work materials such as boxes, labels,

5  bags and padded liners.  Also, I had to attend "escuelita" which was time that our foreman

6  talked to the crew about the quality of grapes that were desired, he set the quotas, and told

7  us to put more effort into our work.  If  a worker arrived to work when "escuelita" had

8  already started, the foreman kept the worker out of the fields until 7:30 a.m., the worker

9  would lose an hour of pay and fall behind on production.  I was not paid and I have never

10  been paid for the time I spent preparing for the work day and participating in the

11  "escuelita."

12

13      6.    At the end of the day, when my foreman said the work day had ended, I had

14  to continue working in order to finish my job.  We were supposed to stop at 3:30 p.m. and

15  by 3:20 p.m. the foreman required that we had at least one tray of grapes at our table.  If

16  we did not have a tray of grapes ready to be packed by 3:20 p.m. the foreman sent us back

17  to pick one.  This has happened to me once and I have also seen the foreman send workers

18  into the rows to pick  a tray of grapes at 3:20 p.m.  I worked past 3:30 p.m. because I had

19  to stay to finish packing boxes of grapes, pick up trash, put the materials away in the table,

20  close the table and secure the table within the rows.  Approximately once a week I had to

21  stay 5 minutes after the official stop time.  I have never been paid for the time I spent

22  finishing my work.

23

24      7.    When I was working for Delano Farms and Cal-Pacific, I was required to

25  show up for work even when it rained.  In those circumstances, the foreman required that I

26  wait at the jobsite until he either decided that we would begin work or be sent home.  I was

27  never paid for the time I was required to wait at the jobsite while my foreman determined

28

1  whether or not to send us into the field.  When this happened, I was required to wait as

2  long as two and one half hours.  This happened to me approximately 5 times a year.

3

4      8.     When I was working with Delano Farms and Cal-Pacific, I was told our crew

5  was going to move from one work location to another.  If we were not familiar with the

6  location the foreman required that we meet 30 minutes before the official start time at a

7  certain location to follow my foreman to the work location.  This happened approximately

8  10 times year.  I was not paid and have never been paid for any of the time spent waiting at

9  the location and then following my foreman to the new work location.

10

11     This statement has been read to me in Spanish and I confirm that all statements here

12  are true.

13

14     I declare under penalty of perjury under the laws of the United States of America

15  that        the         foregoing        is         true        and        correct.

16

17

18     Executed in Richgrove, California

19

20  On __May__        __14__, 2009.

21

22

23     Esperanza Heredia
                     Esperanza Heredia

24

25

26

27

28

906070.1                           3

# **DECLARATION OF MARIA G. LARIOS**

I declare that I am fluent in the Spanish language and that I read the above declaration from English into Spanish to Esperanza Heredia. She indicated to me that the declaration is true and correct to the best of her knowledge. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed _May     14_, 2009 in Richgrove, California.

Maria G. Larios

906070.1                                          4

## <u>DECLARATION OF ESPERANZA HEREDIA</u>

I, Esperanza Heredia, declare as follows:

1.     I am aware that this is the same exact declaration that I previously signed.  I am now signing this declaration in further support of Plaintiffs' Motion for Class Certification.

2.     I was an employee of Delano Farms and Cal-Pacific. I started working for Delano Farms and Cal-Pacific during the harvest of 2005. The work I did was packing, picking, tipping and deleafing. I worked in the crew of foreman Domingo (last name unknown) crew #4, there were approximately 65 to 70 workers in my crew. I was a picker and worked in a group with one other picker and one packer. On average, I worked 8 hours per day, 6 days per week.

3.     The facts set forth herein are true of my own personal knowledge, and if called upon to testify, I could and would competently do so under oath.

4.     During the pre-harvest work, I was paid $7.75 per hour.  During the harvest, I was paid an hourly rate plus a piece rate of $0.36 per box of grapes.

5.     I was required to provide my own tools and equipment that I needed for my job. The tools and equipment that I was required to take to my job were gloves that I bought for $6.00 to $7.00 for a pack of 12 and I bought one pack per month, picking shears which I bought for $7.00 to $8.00, and I bough 2 per season, shears for cutting the vine which I bough for $12.00 and bought 2 during my employment, a sharpening file which I bought for $5.00 and holster which I bought for $6.00 to $8.00. I was told by the foreman Domingo when I started working what tools were needed for work and that I was

977223.1

1  responsible for bringing these tools. I was not provided the tools and I had to purchase
2  them.

3

4      6.      During the harvest work, I am required to arrive at the jobsite approximately
5  15 minutes before the official start time, the official start time was 6:30 a.m. When I
6  arrived to the jobsite, I had to prepare my work area by doing things such as pulling the
7  table out from within the row, opening the table, gathering the work materials such as
8  boxes, labels, bags and padded liners. Also, I have to attend "escuelita" which was time
9  that our foreman talked to the entire crew about quality of grapes that were desired, he set
10 the quotas, and told us to put more effort into our work. If a worker arrived to work when
11 "escuelita" had already started, the foreman kept the worker out of the fields until 7:30
12 a.m., the worker would lose an hour of pay and fall behind on production. I was not paid
13 and I have never been paid for the time I spent preparing for the work day and
14 participating in the "escuelita."

15

16     7.      At the end of the day, when my foreman said the work day has ended, I had
17 to continue working in order to finish my job.  We were supposed to stop at 3:30 p.m. and
18 by 3:20 p.m. the foreman required that we had at least one tray of grapes at our table. If we
19 did not have a tray of grapes ready to be packed by 3:20 p.m. the foreman sent us back to
20 pick one. This has happened to me once and I have also seen the foreman send workers
21 into the rows to pick a tray of grapes at 3:20 p.m. I worked past 3:30 p.m. because I had to
22 stay to finish packing boxes of grapes, pick up trash, put the materials away in the table,
23 close the table and secure the table within the rows. Approximately once a week I had to
24 stay 5 minutes after the official stop time. I have never been paid for the time I spent
25 finishing my work.

26

27     8.      When I was working for Delano Farms and Cal-Pacific, I was required to
28 show up for work even when it rained. In those circumstances, the foreman required that I

1  wait at the jobsite until he either decided that we would begin work or be sent home. I was

2  never paid for the time I was required to wait at the jobsite while my foreman determined

3  whether or not to send us into the fields. When this happened, I was required to wait as

4  long as two and one half hours. This happened to me approximately 5 times a year.

5

6      9.    When I was working with Delano Farms and Cal-Pacific, I was told our crew

7  was going to move from one work location to another. If we were not familiar with the

8  location the foreman required that we meet 30 minutes before the official start time at a

9  certain location to follow my foreman to the work location. This happened approximately

10  10 times year. I was not paid and have never been paid for any of the time spent waiting at

11  the location and then following my foreman to the new work location

12

13      This statement has been read to me in Spanish and I confirm that all statements here

14  are true.

15

16      I declare under penalty of perjury under the laws of the United States of America

17  that the foregoing is true and correct.

18      Executed in Delano, California

19

20      On January 26 , 2011.

21

22

23                  Esperanza Heredia

24                    Esperanza Heredia

25

26

27

28

<u>Declaration of Interpreter/Translator</u>

I, Eva Vasquez-Camacho, declare that I am certified by the State of California as a Court Interpreter/Translator in good standing as described in GC 68561.

I am duly certified to interpret and translate from Spanish to English and English to Spanish and have met all the proficiency requirements set by the State of California, per Certification number 301273, issued by the Administrative Office of the Courts.

I further declare that I read and translated the attached "<u>Declaration of Esperanza Heredia</u>," to Ms. Esperanza Heredia from the English to the Spanish Language and that it is a true and accurate translation of said document. She further indicated to me that her declaration is true and correct to the best of her knowledge, and signed it on January 26, 2011.

I declare under penalty of perjury, under the laws of the State of California that the foregoing is true and correct. Signed this 26th day of January of 2011, in Delano, California, County of Kern.

By:  Eva Vasquez-Camacho

State Certified Court Interpreter

Certification No. 301273

- 1

# EXHIBIT 40

# STATEMENT OF ADELA HERNANDEZ

I, Adela Hernandez, declare as follows:

1.     I Adela Hernandez am an employee of Delano Farms/Cal Pacific Management, L.P. I started working for Delano Farms/Cal Pacific Management, L.C. on or about 2007. My job classification is field work. The type of work I perform is pre-harvest and harvest work. I work in the crew of Dolores Mendez. On average, I work 8 hours per day, 6 days per week.

2.     The facts set forth herein are true of my own personal knowledge, and if called upon to testify, I could and would competently do so under oath.

3.     I am paid 8.10 per hour worked. I am also paid a bonus per box during the picking season in 2008 the bonus was 32 cents per box.

4.     I am required to provide my own tools and equipment that I need for my job. The tools and equipment that I am required to take to my job are gloves, picking shears, pruning shears, a sharpening file and holster for picking shears. I was told by Dolores Mendez my foreman when I started working what tools I needed to take to work. I have not been provided the tool and have had to purchase it. I have to spend about 70 dollars for all the various tools that I have to purchase.

5.     I am required to arrive at the jobsite approximately 15-30 minutes before the time I am set to start work. My foreman Dolores has told us to be their 15 to 30 minutes before the start of work. When I get to the jobsite, I have to prepare my work area by doing things such as get the packing boxes, labels on the boxes and

899235.1

1  stickers. Also, I have to attend "escuelita" which is time that our foreman talks to

2  the entire crew about what we are going to be doing that day and how we are going

3  to be doing our work. I am not paid and I have never been paid for the time I spend

4  preparing for the work day and participating in the "escuelita."

5

6     6.    I have to stay after the time the foreman says we are to stop work to

7  finish my job. My foreman writes down the hour that we finish working. We are

8  supposed to stop at 3:00 p.m. At times, I have worked past 3:00 p.m. because the

9  foreman demands that we continue picking and packing up to 3:00 p.m. I have to do

10 any cleanup or organizing of my work site after 3:00 p.m. I spend about 10 minutes

11 doing this addition work after 3:00 p.m. I am not paid and I have never been paid

12 for the time I spend finishing my work.

13

14    7.    My employer Delano Farms/Cal Pacific Management, L.P., pays me an

15 hourly rate and a piece rate amount for each box of grapes I pick. The piece rate

16 amount is called a bonus. When I receive my paycheck at the end of the week, the

17 amount I am paid for the bonus is less than the number of boxes I picked during that

18 week. I know that the amount of boxes I am being paid for is not right because the

19 person that packs would keep tally and her tally would not match the tally that the

20 forelady had. We have raised this issue with the forelady and she has told us that

21 only her count is what matter. Since it is futile to raise this with the forelady we

22 have stopped raising it, but we know that we are not getting all our bonuses.

23

24    8.    When I am working for Delano Farms/Cal Pacific Management, L.P.,

25 during the harvest the forelady demand that during our break or lunch we have to

26 but stickers on the boxes so that we do not get behind in doing this work. So many

27 times our break and lunch break are shorten because we have to be putting stickers

28

899235.1                              2

1  on the grape boxes. Normally I would spend all my breaks putting labels and at least

2  20 minutes of my lunch putting labels on the grape boxes.

3

4       9.    When I am working with Delano Farms/Cal Pacific Management, L.P. ,

5  I have been told our crew is going to move from one work location to another.  I

6  have been told to wait in the morning at a certain location for our foreman so that I

7  can follow him to the work location.  I have waited approximately 20 to 25 minutes.

8  Once the foreman arrives, I follow him to the work location for that day which takes

9  an additional 10 minutes.  I have not been paid for any of this travel time from one

10  work location to another.

11

12       12.    I have been required to place labels on produce boxes before the work

13  day begins.  On average, this takes 10 to 15 minutes.  I am not paid and have never

14  been paid for the time spent labeling boxes before the work day begins.

15

16       This statement has been read and to me in Spanish and I confirm that all

17  statements here are true.

18

19       I declare under penalty of perjury under the laws of the United States of

20  America that the foregoing is true and correct. Executed at Delano, California on

21  March 28, 2009.

22

23  _____

24

25  Adela Hernandez

26                            Declaration of Marcos Camacho

27

28

1   I declare that I am fluent in the Spanish language and that I translated the above
    declaration from English into Spanish to Adela Hernandez and she indicated that it
2   was correct to the best of her knowledge.  I declare under penalty of perjury that the
3   above is true and correct.  Executed on March 28, 2009 in Delano, California.

4

5

6   Marcos Camacho

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

899235.1                                   4

# DECLARATION OF ADELA HERNANDEZ

I, Adela Hernandez, declare as follows:

1.      I am aware that this is the same exact declaration that I previously signed.  I am now signing this declaration in further support of Plaintiffs' Motion for Class Certification.

2.      I Adela Hernandez am an employee of Delano Farms/Cal Pacific Management, L.P. I started working for Delano Farms/Cal Pacific Management, L.C. on or about 2007. My job classification is field work. The type of work I perform is pre-harvest and harvest work. I work in the crew of Dolores Mendez. On average, I work 8 hours per day, 6 days per week.

3.      The facts set forth herein are true of my own personal knowledge, and if called upon to testify, I could and would competently do so under oath.

4.      I am paid 8.10 per hour worked. I am also paid a bonus per box during the picking season in 2008 the bonus was 32 cents per box.

5.      I am required to provide my own tools and equipment that I need for my job. The tools and equipment that I am required to take to my job are gloves, picking shears, pruning shears, a sharpening file and holster for picking shears. I was told by Dolores Mendez my foreman when I stated working what tools I needed to take to work. I have not been provided the tool and have had to purchase it. I have to spend about 70 dollars for all the various tools that I have to purchase. .

6.      I am required to arrive at the jobsite approximately 15-30 minutes before the time I am set to start work. My foreman Dolores has told us to be their 15 to 30 minutes

976440.1

1  before the start of work. When I get to the jobsite. I have to prepare my work area by doing

2  things such as getting the packing boxes, labels on the boxes and stickers. Also, I have to

3  attend "escuelita" which is time that our foeman talks to the entire crew about what we are

4  going to be doing that day and how we are going to be doing our work. I am not paid and I

5  have never been paid for the time I spend preparing for the work day and participating in

6  the "escuelita."

7

8      7.      I have to stay after the time the foreman says we are to stop work to finish

9  my job. My foreman writes down the hour that we finish working. We are supposed to stop

10  at 3:00 p.m. At times, I have worked past 3:00 p.m. because the foreman demands that we

11  continue picking and packing up to 3:00 p.m. I have to do any cleanup or organizing of my

12  work site after 3:00 p.m. I spend about 10 minutes doing this addition work after 3:00 p.m.

13  I am not paid and I have never been paid for the time I send finish m work.

14

15      8.      My employer Delano Farms/Cal Pacific Management, L.P., pays me an

16  hourly rate and a piece rate amount for each box of grapes I pick. The piece rate amount is

17  called a bonus. When I receive my paycheck at the end of the week. the amount I am paid

18  for the bonus is less that the number of boxes I picked during that week. I know that the

19  amount of boxes I am being paid for is not right because the person that packs would keep

20  tally and her tally would not match the tally that the forelady had. We have raised this

21  issue with the forelady and she has told us that only her count is what matter. Since it is

22  futile to raise this with the forelady we have stopped raising it, but we know that we are

23  not getting all our bonuses.

24

25      9.      When I am working for Delano Farms/Cal Pacific Management, L.P., during

26  the harvest the forelady demand that during our break of lunch we have to put stickers on

27  the boxes so that we do not get behind in doing this work. So many times our break and

28  lunch brakes are shorten because we have to be putting stickers on the grape boxes.

1  Normally I would spend all my breaks putting labels and at least 20 minutes of my lunch
2  putting labels on the grape boxes.

4      10.    When I am working with Delano Farms/Cal Pacific Management, L.P., I
5  have been told our crew is going to move from one work location to another. I have been
6  told to wait in the morning at a certain location for our foreman so that I can follow him to
7  the work location. I have waited approximately 20 to 25 minutes. Once the foreman
8  arrives, I follow him to the work location to that day which takes an additional 10 minutes.
9  I have not been paid for any of this travel time from on work location to another.

11      11.    I have been required to place labels on produce boxes before the work day
12  begins. On average, this takes 10 to 15 minutes. I am not paid and have never been paid for
13  the time spent labeling boxes before the work day begins.

15      This statement has been read to me in Spanish and I confirm that all statements here
16  are true.

18      I declare under penalty of perjury under the laws of the United States of America
19  that the foregoing is true and correct. Executed at Delano, California on January __24__,
20  2011.

24                        _Adela Hernandez_____
                                 Adela Hernandez

## Declaration of Interpreter/Translator

I, Armando Espinosa Jr., declare that I am certified by the State of California as a Court Interpreter/Translator in good standing as described in GC 68561.

I am duly certified to interpret and translate from Spanish to English and English to Spanish and have met all the proficiency requirements set by the State of California, per Certification number 300804, issued by the Administrative Office of the Courts.

I further declare that I read and translated the attached "Declaration of Adela Hernandez," to Ms. Adela Hernandez from the English to the Spanish Language and that it is a true and accurate translation of said document.  She further indicated to me that her declaration is true and correct to the best of her knowledge, and signed it on January 24, 2011.

I declare under penalty of perjury, under the laws of the State of California that the foregoing is true and correct. Signed this 24th day of January of 2011, in Delano, California, County of Kern.

By:  Armando Espinosa, Jr.

State Certified Court Interpreter

Certification No. 300804

- 1

EXHIBIT 41

# STATEMENT OF LUCIA HERNANDEZ

I, Lucia Hernandez, declare as follows:

1.      I was an employee of Delano Farms/Cal Pacific.  I started working for [Delano Farms/Cal Pacific on or about July 2008.   The type of work I performed was picking and pruning in the fields. I worked on Florentino's crew.  On average, I worked eight hours per day, six days per week.

2.      The facts set forth herein are true of my own personal knowledge, and if called upon to testify, I could and would competently do so under oath.

3.      I am/was paid approximately $8.00 per hour worked.  I was paid an hourly rate plus a piece rate per box.

4.      I was required to provide my own tools and equipment that I need for my job.  The tools and equipment that I was required to take to my job are gloves, picking shears, pruning shears, three types of scissors, a sharpening file, oil and holster and protective goggles.

5.      I am required to arrive at the jobsite approximately 15 minutes before the time I was scheduled to set to start work. I have to attend "escuelita" which is time that our foreman talks to the entire crew about the day's work and gives us instructions.  I have not been paid and I have never been paid for the time I spent participating in the "escuelita."

899235.1

6.  I have had to stay after the time the foreman says we are to stop work to finish my job. I have not paid and I have never been paid for the time I spent overtime finishing my work or assisting others in finishing their work.

7.  My employer Delano Farms/Cal Pacific, pays me an hourly rate and a piece rate amount for each box of grapes I picked. The piece rate amount is called a bonus. When I receive my paycheck at the end of the week, the amount I am paid for the bonus is less than the number of boxes I picked during that week. I know that the amount of boxes I am being paid for was not right because my aunt kept a written record of the number of boxes we picked because my aunt was a packer.

8.  When I am working for Delano Farms/Cal Pacific, I was not given my full amount of time at my lunch break or not allowed to take a lunch break because the foreman wanted us to keep working. On average, I was required to skip a lunch break two times per week. On average, my meal period is made shorter by 45 minutes. We were only given approximately fifteen minutes for lunch or no lunch at all.

9.  When I was working with Delano Farms/Cal Pacific, I was told by our foreman that our crew was going to move from one work location to another. I had been told to wait inn the morning at a certain location for our foreman so that I could follow him to the work location. I have waited approximately thirty minutes. Once the foreman arrived, I followed him to the work location for that day. I have not been paid for any of this travel time from one work location to another, or waiting time.

12.  I have been required to place labels on produce boxes during my lunch break. On average, this took thirty minutes.

This statement has been read and explained to me in Spanish and I confirm that all statements here are true.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed March 28 , 2009 in Delano, California.

_____

I, Sandra Puga am fluent in English and Spanish. I have read and explained the above declaration in Spanish to the declarant.

Sandra Puga

899235.1                                              3

EXHIBIT 42

## DECLARATION OF ANDRES INFANTE

I, Andres Infante, declare as follows:

1.     I am aware that this is the same exact declaration that I previously signed.  I am now signing this declaration in further support of Plaintiffs' Motion for Class Certification.

2.     I was an employee of Delano Farms and Cal-Pacific.  This year Cal Pacific change its name to J&R Bangi Ag Services.  However everything is the same as before, same foreman, same fields, same address, and same equipment.  I started working for, Delano Farms and Cal-Pacific on or about March of 1997.  The work I do id pruning, pre-harvest work and harvest.  I also worked last year in the cold storage for about two weeks. In the cold storage I was paid $8.10 per hour.  I worked last year and this year in Javier Garcia's crew.  Before then my foremen was David Vicico.  Currently there are 25 workers in my crew, during the harvest there are 60 workers.  I am a picker and work in a group with two other pickers and one packer.  On average, I work 8 hours per day, 6 days per week.

3.     The facts set forth herein are true of my own personal knowledge, and if called upon to testify, I could and would competently do so under oath.

4.     During the pre-harvest work, I am/was paid $8.10 per hour.  During the harvest, I am/was paid an hourly rate plus a piece rate of 32 cents per box.

5.     I am required to provide my own tools and equipment that I need for my job. The tools and equipment that I am required to take to my job are gloves, picking shears, pruning shears, and holster for picking shears.  I was told by Javier Garcia and David

976155.1

1   Vicico when I started working what tools I needed to take to work.  I have not been

2   provided the tools and have had to purchase them.  I have spent approximately $70.00

3

4         6.      During the pre-harvest work, I am required to arrive at the jobsite

5   approximately 15 minutes before the official start time.  During the pre-harvest when I get

6   to the jobsite I am required to be ready for starting work and attending the "escuelita".

7   Also, I have attend "escuelita" which is time that our foreman talks to the entire crew about

8   the day's work or gives us instruction.   During the pre-harvest work, this happens

9   approximately on or two times per week.  I am not paid and I have never been paid for the

10  time I spend preparing for work day and participating in the "escuelita".  Foreman will

11  normally tell us at what time we will start working and then tells us he wants there 15

12  minutes or so before the time we will start working.

13

14        7.      During the harvest, I am required to arrive at the jobsite approximately 15

15  minutes before the official start time.  When I get to the jobsite, I have to prepare my work

16  area by doing things such as preparing the packing table, gather boxes for packing, get the

17  wheel barrow ready with trays and place sticker on the box an on individual boxes that

18  hold the grapes inside the box.  Also, I have to attend "escuelita" which is time that our

19  foreman talks to the entire crew about work or reprimands certain workers who did not

20  meet their picking quotas.  I am not paid and I have never been paid for the time I spend

21  preparing for the work day and participating in the "escuelita."  Again the foreman will

22  normally tell us what time we will start working and then tell us he wants us there 15

23  minutes or so before the time we will start working.

24

25        8.      In previous years at the end of the end day, when my foreman says the work

26  day has ended, I have had to continue working in order to finish my job.  My foreman

27  writes down the hour that we finish working.  We normally stop working at around 3:00

28  pm or 3:30 pm.  I have continued to work pass 3:00 or 3:30 pm because the foreman does

1  not tell us to stop working or he tells us a couple minutes before 3:00 or 3:30 pm and I

2  have stayed to finish helping the packer pack any box the need to be packed. I am not paid

3  and I have never been paid for the time I spend finishing my work.

4

5       9.    I have to take home equipment that belongs to Delano Farms and Cal-Pacific

6  everyday after work and bring it to work the following work day. I take home the scale

7  that is used to weigh the grape boxes.. If I break or lose the scale we have to pay for

8  $50.00 dollars for it. In prior years we were also required to take trays home and clean

9  them at our home on our own time.

10

11       10.    My employer Delano Farms and Cal-Pacific, pay me an hourly rate and a

12  piece rate amount for each box of grapes I pick and are packed. The piece rate amount is

13  called a bonus. When I receive my paycheck at the end of the week, the number of boxes I

14  am paid for is less than the number of boxes I picked during that week. I know that the

15  amount of boxes I am being paid for is not right because I keep count of the boxes we pack

16  and it normally does not match with what appears on my check. I have kept count of the

17  number of boxes I picked during that week by writing down the boxes we have packed.. I

18  have told my foreman that my paycheck did not have the correct number of boxes and he

19  told me that his numbers are the ones that are correct.

20

21       11.    When I am working for Delano Farms and Cal-Pacific, my 10 minute break

22  time in the morning or the afternoon is either made shorter or I am not given a break period

23  because I use the time to catch up on my box quota. On average, I am required to skip my

24  10 minute break on regular basis. On average, I do not take my 10 minute break.

25  Normally, other workers in my crew do not take their break because the need to contim=ne

26  working so that the can meet their box quota.

27

28

12. When I am working for Delano Farms and Cal-Pacific, I am required to show up for work even when there is fog or rain. In these circumstances, the foreman requires that I wait at the jobsite until the/he either decides that we will begin work or be sent home. I have never been paid for the time I am required to wait at the job-site while my foreman determines whether or not to send us into the field. When this happens, I have been required to wait as long as two hours. This has happened to me approximately 6 times. This has happened during the pruning, pre-harvest and harvest.

13. When I am working for Delano Farms and Cal-Pacific, I am not given my full amount of time at my 30 minute break or not allowed to take a 30 minute break because I would help the packer place stickers on the boxes or on the individual boxes inside the grape box. On average, I am required to skip this 30 minute break on a noraml basis. On average, my 30 minute break is made shorter by 20 minutes. This would aslo happens with everyone in my crew.

This statement has been read to me in Spanish and I confirm that all statements here are true.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 19, 2011 in Delano, California.

_Andres Infante_
Andres Infante

976155.1                                    4

<u>Declaration of Interpreter/Translator</u>

I, Eva Vasquez-Camacho, declare that I am certified by the State of California as a Court Interpreter/Translator in good standing, as described in GC 68561.

I am duly certified to interpret and translate from Spanish to English and English to Spanish and have met all the proficiency requirements set by the State of California, per Certification number 301273, issued by the Administrative Office of the Courts.

I further declare that I have read and interpreted the attached document from the English to the Spanish Language to Andres Infante, and that it is a true and accurate translation of his "Declaration of Andres Infante" signed on January 19, 2011 in Delano, California. He indicated to me that his declaration is true and correct to the best of his knowledge.

I declare under penalty of perjury, under the laws of the State of California that the foregoing is true and correct. Signed this 19th day of January of 2011 in Delano, California, County Kern.

By: Eva Vasquez-Camacho



State Certified Court Interpreter/Translator

Certification No. 301273

- 1

## DECLARATION OF ANDRES INFANTE

I, Andres Infante, declare as follows:

1.     I was employee of Delano Farms and Cal-Pacific.  This year Cal Pacific changed its name to J&R Bangi Ag Services.  However everything is the same as before, same foreman, same fields, same address, and same equipment.  I started working for Delano Farms and Cal-Pacific on or about March of 1997.  The work I do is pruning, pre-harvest work and harvest. I also worked last year in the cold storage for about two weeks. In the cold storage I was paid $8.10 per hour. I work last year and this year in Javier Garcia's crew. Before then my foreman was David Vicico.  Currently there are 25 workers in my crew, during the harvest there are 60 workers. I am a picker and work in a group with two other pickers and one packer.  On average, I work 8 hours per day, 6 days per week.

2.     The facts set forth herein are true of my own personal knowledge, and if called upon to testify, I could and would competently do so under oath.

3.     During the pre-harvest work, I was paid $8.10 per hour.  During the harvest, I am paid an hourly rate plus a piece rate of 32 cents per box.

4.     I am required to provide my own tools and equipment that I need for my job. The tools and equipment that I am required to take to my job are gloves, picking shears, pruning shears, and holster for picking shears.     I was told by Javier Garcia and David Vicico   when I started working what tools I needed to take to work.  I have not been provided the tools and have had to purchase them.  I have spent approximately $70.00.

900571.1

5. During the pre-harvest work, I am required to arrive at the jobsite approximately 15 minutes before the official start time. During the pre-harvest when I get to the jobsite I am required to be ready for starting work and attending the "escuelita". Also, I have to attend "escuelita" which is time that our foreman talks to the entire crew about the day's work or gives us instruction. During the pre-harvest work, this happens approximately one or two times per week. I am not paid and I have never been paid for the time I spend preparing for the work day and participating in the "escuelita." Foreman will normally tell us at what time we will start working and then tells us he wants us their 15 minutes or so before the time we will start working.

6. During the harvest, I am required to arrive at the jobsite approximately 15 minutes before the official start time. When I get to the jobsite, I have to prepare my work area by doing things such as preparing the packing table, gather boxes for packing, get the wheel barrow ready with trays and place sticker on the box and on individual boxes that hold the grapes inside the box. Also, I have to attend "escuelita" which is time that our foreman talks to the entire crew about work or reprimands certain workers who did not meet their picking quotas. I am not paid and I have never been paid for the time I spend preparing for the work day and participating in the "escuelita." Again the foreman will normally tell us at what time we will start working and then tells us he wants us there 15 minutes or so before the time we will start working.

7. In previous years at the end of the day, when my foreman says the work day has ended, I have had to continue working in order to finish my job. My foreman writes down the hour that we finish working. We normally stop working at around 3:00 pm or 3:30 pm. I have continued to work pass 3:00 pm or 3:30 pm because the foreman does not tell us to stop working or he tells us a couple of minutes before 3:00 or 3:30 p.m. and I have stayed to finish helping the packer pack any box that need to be packed. I am not paid and I have never been paid for the time I spend finishing my work.

8.    I have to take home equipment that belongs to Delano Farms and Cal-Pacific everyday after work and bring it to work the following work day. I take home the scale that is used to weight the grape boxes. If I break or lose the scale we have to pay for $50.00 dollars for it. In prior years we were also required to take are trays home and clean them at our home on our own time.

9.    My employer Delano Farms and Cal-Pacific, pay me an hourly rate and a piece rate amount for each box of grapes I pick and are packed. The piece rate amount is called a bonus. When I receive my paycheck at the end of the week, the number of boxes I am paid for is less than the number of boxes I picked during that week. I know that the amount of boxes I am being paid for is not right because I keep count of the box we pack and it normally does not match with what appears on my check. I have kept count of the number of boxes I picked during that week by writing down the boxes we have packed. I have told my foreman that my paycheck did not have the correct number of boxes and he told me that his numbers are the ones that are correct.

10.    When I am working for Delano Farms and Cal-Pacific, my 10 minute break time in the morning or the afternoon is either made shorter or I am not given a break period because I use the time to catch up on my box quota. On average, I am required to skip a my 10 minute break  on  a regular basis. On average, I do not take my 10 minute break. Normally, other workers in my crew do not take their break because they need to continue working so that they can meet their box quota.

11.    When I am working for Delano Farms and Cal-Pacific, I am required to show up for work even when there is fog or rain. In these circumstances, the foreman requires that I wait at the jobsite until the he either decides that we will begin work or be sent home. I have never been paid for the time I am required to wait at the job-site while my foreman determines whether or not to send us into the field. When this happens, I have

1 been required to wait as long as two hour.  This has happened to me approximately 6
2 times.  This has happened during the pruning, pre-harvest and harvest.

3

4       12.     When I am working for Delano Farms and Cal-Pacific, I am not given my
5 full amount of time at my 30 minute break or not allowed to take a 30 minute break
6 because I would help the packer place stickers on the boxes or on the individual boxes
7 inside the grape box.  On average, I am required to skip this 30 minute break on a normal
8 basis.  On average, my 30 minute break is made shorter by 20 minutes.  This would also
9 happen with everyone in my crew.

10

11      This statement has been read to me in Spanish and I confirm that all statements here
12 are true.

13

14      I declare under penalty of perjury under the laws of the United States of America
15 that the foregoing is true and correct.

16

17      Executed at Delano, CA on April 16, 2009.

18

19

20                                          _Andres INFANTE_
21                                          Andres Infante

22

23

24

25

26

27

28

900571.1                                    4

## DECLARATION OF

I declare that I am fluent in the Spanish language and that I read the above declaration from English into Spanish to Andres Infante.   He indicated to me that the declaration is true and correct to the best of his knowledge.   I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed April 16, 2009 in Delano, California.


Marcos Camacho