EXHIBIT 43

## DECLARATION OF ESTELA IZAZAGA

I, Estela Izazaga, declare as follows:

1.     I am aware that this is the same exact declaration that I previously signed. I am now signing this declaration in further support of Plaintiffs' Motion for Class Certification.

2.     I am an employee of Delano Farms and Cal-Pacific. I work for Delano Farms and Cal-Pacific from 2008 until present day. The work I perform is packing grapes during the harvest. The foreman of the crew I work in is Jose Luis (last name unknown). There were about 45 people in that crew. I am a packer and work in a group with two pickers. On average, I work more than 8 hours per day, 6 days per week.

3.     The facts set forth herein are true of my own personal knowledge, and if called upon to testify, I could and would competently do so under oath.

4.     In 2008, during the harvest, I was paid $8.10 per hour plus a piece rate of $.30 cents per box.

5.     I was required to provide my own tools and equipment that I needed for my job. The tools and equipment that I was required to take to my job were picking shears that cost me $10.00 and a holster that cost me $7.00. I was told by Jose Luis my foreman when I started working what tools I needed to take to work. I was provided the tools and I had to purchase them.

962262.1

6.     During the harvest, I was required to arrive at the jobsite approximately 15 minutes before the official start time.  My foreman Jose Luis told me that I had to arrive 15 minutes before the official start time.  When I got to the jobsite, I had to prepare my work area by doing things such as gathering all of the material needed for that day.  Also, I had to attend "escuelita" which was the time that our foreman talked to the entire crew about work or reprimanded certain workers who did not meet their picking quotas.  I was not paid and have never been paid for the time I spent preparing for the work day and participating in the "escuelita."

7.     At the end of the day, when my foreman said the work day had ended, I had to continue working in order to finish my job.  I understood that my foreman wrote down the time that the work day ended, for example at 3:00 p.m.  I have worked past 3:00 p.m. because the foreman did not tell us to stop working.  I have also worked past 3:00 p.m. because the foreman told us a couple of minutes before 3:00 p.m. to stop working.  I was required by my foreman to continue working after he told us to stop in order to finish packing boxes of grapes.  I was not paid and have never been paid for the time I spent finishing my work.

8.     I was required by my foreman Jose Luis to take home equipment that belongs to Delano Farms and Cal-Pacific everyday after work and take it to work the following work day.  I took home the scale.  If one of these items was broken or I did not take it to work, I was charged $40.00 or $50.00 by my foreman Jose Luis.   I know this because he told us this.

9.     I was required to show up for work even when there was fog or rain.  In those circumstances, the foreman required that I wait at the jobsite until he either decided that our crew would begin work or be sent home.  I have never been paid for the time I was

1  required to wait at the job-site while my foreman determined whether or not to send us into

2  the field.  When this happened, I was required to wait as long as one hour.  This happened

3  to me approximately four times during the harvest.

4

5       This statement has been read to me in Spanish and I confirm that all statements here

6  are true.

7

8       I declare under penalty of perjury under the laws of the United States of America

9  that the foregoing is true and correct.

10

11

12       Executed on January 19, 2011 in Delano, California.

13

14

15       _____

16                    Estela Izazaga

17

18

19

20

21

22

23

24

25

26

27

28

962262.1                                    3

## Declaration of Interpreter/Translator

I, Eva Vasquez-Camacho, declare that I am certified by the State of California as a Court Interpreter/Translator in good standing, as described in GC 68561.

I am duly certified to interpret and translate from Spanish to English and English to Spanish and have met all the proficiency requirements set by the State of California, per Certification number 301273, issued by the Administrative Office of the Courts.

I further declare that I have read and interpreted the attached document from the English to the Spanish Language to Estela Izazaga, and that it is a true and accurate translation of her "Declaration of Estela Izazaga" signed on January 19, 2011 in Delano, California. She indicated to me that her declaration is true and correct to the best of her knowledge.

I declare under penalty of perjury, under the laws of the State of California that the foregoing is true and correct. Signed this 19th day of January of 2011 in Delano, California, County Kern.

By: Eva Vasquez-Camacho

_____

State Certified Court Interpreter/Translator
Certification No. 301273

- 1 -

# DECLARATION OF ESTELA IZAZAGA

I, Estela Izazaga, declare as follows:

1.      I am an employee of Delano Farms and Cal-Pacific.  I work for Delano Farms and Cal-Pacific from 2008 until present day.  The work I perform is packing grapes during the harvest.  The foreman of the crew I work in is Jose Luis (last name unknown). There were about 45 people in that crew.  I am a packer and work in a group with two pickers.  On average, I work more than 8 hours per day, 6 days per week.

2.      The facts set forth herein are true of my own personal knowledge, and if called upon to testify, I could and would competently do so under oath.

3.      In 2008, during the harvest, I was paid $8.10 per hour plus a piece rate of $.30 cents per box.

4.      I was required to provide my own tools and equipment that I needed for my job.  The tools and equipment that I was required to take to my job were picking shears that cost me $10.00 and a holster that cost me $7.00.  I was told by Jose Luis my foreman when I started working what tools I needed to take to work.  I was provided the tools and I had to purchase them.

5.      During the harvest, I was required to arrive at the jobsite approximately 15 minutes before the official start time.  My foreman Jose Luis told me that I had to arrive 15 minutes before the official start time.  When I got to the jobsite, I had to prepare my work area by doing things such as gathering all of the material needed for that day.  Also, I had to attend "escuelita" which was the time that our foreman talked to the entire crew about

962262.1

1   work or reprimanded certain workers who did not meet their picking quotas.  I was not

2   paid and have never been paid for the time I spent preparing for the work day and

3   participating in the "escuelita."

4

5        6.    At the end of the day, when my foreman said the work day had ended, I had

6   to continue working in order to finish my job.  I understood that my foreman wrote down

7   the time that the work day ended, for example at 3:00 p.m.  I have worked past 3:00 p.m.

8   because the foreman did not tell us to stop working.  I have also worked past 3:00 p.m.

9   because the foreman told us a couple of minutes before 3:00 p.m. to stop working.  I was

10  required by my foreman to continue working after he told us to stop in order to finish

11  packing boxes of grapes.  I was not paid and have never been paid for the time I spent

12  finishing my work.

13

14       7.    I was required by my foreman Jose Luis to take home equipment that

15  belongs to Delano Farms and Cal-Pacific everyday after work and take it to work the

16  following work day.   I took home the scale.  If one of these items was broken or I did not

17  take it to work, I was charged $40.00 or $50.00 by my foreman Jose Luis.   I know this

18  because he told us this.

19

20       8.    I was required to show up for work even when there was fog or rain.  In

21  those circumstances, the foreman required that I wait at the jobsite until he either decided

22  that our crew would begin work or be sent home.  I have never been paid for the time I was

23  required to wait at the job-site while my foreman determined whether or not to send us into

24  the field.  When this happened, I was required to wait as long as one hour.  This happened

25  to me approximately four times during the harvest.

26

27

28

1  This statement has been read to me in Spanish and I confirm that all statements here
2  are true.

3

4  I declare under penalty of perjury under the laws of the United States of America
5  that the foregoing is true and correct.

6

7

8  Executed at E͟x͟p͟o͟r͟t, California on ___09|0|_____, 2010.

9

10

11  _E͟S͟T͟E͟L͟A͟ ͟I͟z͟a͟z͟a͟g͟a͟_

12  Estela Izazaga

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

962262.1                                   3

1

## DECLARATION OF AMELIA MAGANA

2

3      I declare that I am fluent in the Spanish language and that I read the above

4  declaration from English into Spanish to **Estela Izazaga**.   She indicated to me that the

5  declaration is true and correct to the best of her knowledge.  I declare under penalty of

6  perjury under the laws of the State of California that the foregoing is true and correct.

7

8      Executed ‾‾‾‾‾‾‾‾‾‾, 2010 in ‾‾‾‾‾‾‾‾‾‾, California.

9

10

11      ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾

12                          Amelia Magana

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

EXHIBIT 44

## DECLARATION OF IRMA LANDEROS

I, Irma Landeros, do hereby declare as follows:

1.   I am aware that this is the same exact declaration that I previously signed. I am now signing this declaration in further support of Plaintiffs' Motion for Class Certification.

2.   The facts set forth herein are true of my own personal knowledge, and if called upon to testify thereto, I could and would competently do so under oath.

3.   I am currently an employee of Delano Famrs/Cal Pacific. I have been employed by Delano Farms/Cal Pacific. since approximately 2004 or 2005. My job is to tend vines, pick grapes, and during harvest I may work in the packing house. On average, I work 8 hours per day, 6 days per week. I am paid approximately $8.10 per hour, and I receive approximately 28 cents per box during harvest./ / /

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

975976.1

1

4.     For my job, I am required to pay for an provide my own tools and equipment. The tools and equipment that I have to proved, their cost, and how often they must be replaced are as follows:

| Tool | Cost | Frequency of replacement |
|---|---|---|
| Clippers | $8.00 | Two or three times per season. |
| Gloves | $6 per package of 5 | Two times per season. |

5.     For my job, I have to participate in a training program prior to the start of my workday. This training program lasts, on average, 10 to 15 minutes. I do not receive, nor have I ever received, any pay for the time I spend in this mandatory training program.

6.     For my job, before last year, that is 2007 and earlier, I sometimes had to maintain and/or clean of equipment that belongs to Delano Farms/Cal Pacific outside of regularly working hours. On average, I spent from 10 to 20 minutes doing this each day. I do not receive, nor have I ever received, any pay for the time I spent maintaining and/or cleaning work equipment.

7.     My employer, Delano Farms/Cal Pacific Management, P.C. guarantees a bonus for employees who satisfy certain performance criteria. When I earn this bonus, sometimes my paycheck with the bonus is less than I should receive because the foreman does not give me credit for the boxes I fill.

975976.1

2

8.    For my job, sometimes I have to work during lunch breaks. I might spend 20 to 30 minutes working during my lunch break. When this happens depends on the kind of work we are doing.

9.    In my job with Delano Farms/Cal Pacific, my break period is either denied or shortened. My break is sometimes shortened by 5 minutes or more, depending on the work we are doing.

10.    For my job, I have been required to work before the work day begins placing labels, preparing work tables, etc. On average, this takes 20 minutes. I do no receive, nor have I ever received, any pay for time spent labeling boxes before this work day begins.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed at Delano, California on January 17, 2011.


Irma Landeros
Irma Landeros

975976.1

3

# SANTANA, LOPEZ & ASSOCIATES, LLC
## *Professional Language Interpreters*

PO Box 6269 Oxnard, CA 93031
Phone: (805) 988-8200



## Declaration of Lilia Santana

I declare that I am a certified Interpreter fluent in the Spanish and English languages, and that I have read the declaration of _Irma Landeros_ from English into Spanish. He/She indicated to me that the declaration is true and correct to the best of his/her knowledge. I declare under penalty of perjury under the laws of the state of California and the laws of the United States of America that the foregoing is true and correct.

Executed January 17th, 2011 in Delano, California.

*Lilia Santana*

Lilia Santana, Certification # 100534

*Verification: http://jobs.spb.ca.gov/InterpreterListing/*

# DECLARATION OF IRMA LANDEROS.

I, Irma Landeros, do hereby declare as follows:

1. The facts set forth herein are true of my own personal knowledge, and if called upon to testify thereto, I could and would competently do so under oath.

2. I am currently an employee of Delano Farms/Cal Pacific. I have been employed by Delano Farms/Cal Pacific. since approximately 2004 or 2005. My job is tend the vines, pick grapes, and during harvest I may work in the packing house. On average, I work 8 hours per day, 6 days per week. I am paid approximately $8.10 per hour, and I receive approximately 28 cents per box during harvest.

3. For my job, I am required to pay for and provide my own tools and equipment. The tools and equipment that I have to provide, their cost, and how often they must be replaced are as follows:

| Tool | Cost | Frequency of replacement |
|------|------|--------------------------|
| Clippers | $8.00 | Two or three times per season. |
| Gloves | $6 per package of 5 | Two times per season. |

4. For my job, I have to participate in a training program prior to the start of my workday. This training program lasts, on average, 10 to 15 minutes. I do not receive, nor have I ever received, any pay for the time I spend in this mandatory training program.

1

5.   For my job, before last year, that is 2007 and earlier, I sometimes had to maintain and/or clean of equipment that belongs to Delano Farms/Cal Pacific outside of regularly working hours.  On average, I spent from 10 to 20 minutes doing this each day.  I do not receive, nor have I ever received, any pay for the time I spent maintaining and/or cleaning work equipment.

6.   My employer, Delano Farms/Cal Pacific Management, P.C., guarantees a bonus for employees who satisfy certain performance criteria.  When I earn this bonus, sometimes my paycheck with the bonus is less than I should receive because the foreman does not give me credit for the boxes I fill.

7.   For my job, sometimes I have to work during lunch breaks.  I might spend 20 or 30 minutes working during my lunch break.  When this happens depends on the kind of work we are doing.

8.   In my job with Delano Farms/Cal Pacific, my break period is either denied or shortened.  My break is sometimes shortened by 5 minutes or more, depending on the work we are doing.

9.   For my job, I have been required to work before the work day begins placing labels, preparing work tables, etc.  On average, this takes 20 minutes.  I do no receive, nor have I ever received, any pay for time spent labeling boxes before the work day begins.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed at Delano, CA on March 28, 2009.

2

1
2            _Irma Landeros._
3
4
5          I, James E. Perero am proficient in the Spanish language.  I read the above
6   declaration to Irma Landeros in Spanish and have confirmed that Irma Landeros
7   understands the contents of the declaration.
8
9
10          Executed at Delano, CA on March 28, 2009.
11
12
13          _James Engl Perero_
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2

# EXHIBIT 45

1  <u>STATEMENT OF ROSALBA LANDEROS</u>

2

3  I, Rosalba Landeros, declare as follows:

4

5  1.  I am aware that this is the same exact declaration that I previously signed. I am

6  now signing this declaration in further support of Plaintiffs' Motion for Class Certification.

7

8  2.  I am currently an employee of Delano Farms/Cal Pacific Management, L.P. I

9  started working for Delano Farms/Cal Pacific Management, P.C. on or about 2005. My job

10  classification is field workers. The type of work I perform is pre-harvest and the harvest. I work in

11  Dolores Mendez crew. On average, I work 8 hours per day, 6 days per week.

12

13  3.  The facts set forth herein are true of my own personal knowledge, and if called

14  upon to testify, I could and would competently do so under oath.

15

16  4.  I am paid $8.10 per hour worked. I also receive a bonus per box in the harvest, the

17  bonus last year was 32 cents.

18

19  5.  I am required to provide my own tools and equipment that I need for my job.

20  The tools and equipment that I am required to take to my job are gloves, picking shears,

21  holster and safety glasses. I was told by Dolores Mendez and Manuel Geronimo I started

22  working what tools I needed to take to work. Both Dolores and Manuel would require that I

23  have the above tools in order to do my job. I have been told what tools I needed at work by

24  Dolores Mendez. I have not been provided the tool and have had to purchase it. I spend

25  about 70 dollars a year in purchasing the above tools.

26

27  6.  I am required to arrive at the jobsite approximately 15-30 minutes before

28  the time I am set to start work. When I get to the jobsite, I have to prepare my work area

975975.1

1  by doing things such as bring the table out to the row, clean the table, bring grape box to

2  the table and bring out the wheel barrow. Also, I have to attend "escuelita" which is time

3  that our foreman talks to the entire crew about what we will be doing during the work

4  and how we will do the work for that day. I am not paid and I have never been paid for

5  the time I spend preparing for the work day and participating in the "escuelita."

6

7        7.      I have to stay after the time the foreman says we are to stop work to finish my

8  job. My foreman writes down the hour that we finish working. We are supposed to stop

9  at 3:00 p.m. At times, I have worked past 3:00 p.m. because the foreman does not tell us to

10  stop working or he tells us a couple of minutes before 3:00 p.m. and I have stayed to

11  finish packing/picking a box of grapes, clean the table, and close the table. I am not paid

12  and I have never been paid for the time I spent finishing my work.

13

14        8       My employer Delano Farms/Cal Pacific Management, P.L, pays me an hourly rate

15  and a piece rate amount for each box of grapes I pick. The piece rate amount is called a

16  bonus. When I receive my paycheck at the end of the week, the amount I am paid for the

17  bonus is less than the number of boxes I picked during that week. I know that the amount

18  of boxes I am being paid for is not right because I keep a tally of the; boxes we pack and

19  this is different thatnwhat appears on the check at the end of the week. I have told my

20  foreman that my paycheck did not have the correct number of boxes and s/he told me that

21  the only count is valid is the one they have.

22

23        9.      When I am working for Delano Farms/Cal Pacific Management, L.P, my

24  break period id either made shorter or I am not given a break period because in order to

25  met the daily quota of boxes, I need to work during my break so that I can catch up and

26  make sure I make the daily quota. On average, I am required to skip a regular rest break

27  all the time since I need to meet the daily quota.

28

10.     When I am working for Delano Farms/Cal Pacific Management, L.P., I am not given my full amount of time at my lunch break or not allowed to take a lunch break because I use the time to pack grape boxes in order to meet my daily quota. On average, I am required to skip a lunch break 2 to 3 times per week. On average, my meal period is made shorter by 15 to 20 minutes.

11.     When I am working with Delano Farms/Cal Pacific Management, L.P., I have been told our crew is going to move from one work location to another. I have been told to wait in the morning at a certain location for our foreman so that I can follow him to the work location. I have waited approximately 25 to 30 minutes. Once the foreman arrives, I follow him to the work location for that day and we normally spend and addition 10 to 15 minutes traveling to the work location. I have not been paid for any of this travel time from one work location to another.

12.     I have been required to place labels on produce boxes before the work day begins. On average, this takes 15 to 20 minutes. I am not paid and have never been paid for the time spent labeling boxes before the work day begins.

This statement has been read and to me in Spanish and I confirm that all statements here are true.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed at Delano, California on January 17, 2011.

*Rosalba Landeros*

Rosalba Landeros

975975.1                                3

# SANTANA, LOPEZ & ASSOCIATES, LLC
## *Professional Language Interpreters*

PO Box 6269 Oxnard, CA 93031
Phone: (805) 988-8200



## Declaration of Lilia Santana

I declare that I am a certified Interpreter fluent in the Spanish and English languages, and that I have read the declaration of *Rosalba Landeros* from English into Spanish. He/She indicated to me that the declaration is true and correct to the best of his/her knowledge. I declare under penalty of perjury under the laws of the state of California and the laws of the United States of America that the foregoing is true and correct.

Executed January 17th, 2011 in Delano, California.

*Lilia Santana*

Lilia Santana, Certification # 100534

*Verification: http://jobs.spb.ca.gov/InterpreterListing/*

## STATEMENT OF ROSALBA LANDEROS

I, Rosalba Landeros, declare as follows:

1.      I am currently an employee of Delano Farms/Cal Pacific Management, L.P. I started working for Delano Farms/Cal Pacific Management, P.C. on or about 2005. My job classification is field workers. The type of work I perform is pre-harvest and the harvest. I work in Dolores Mendez crew. On average, I work 8 hours per day, 6 days per week.

2.      The facts set forth herein are true of my own personal knowledge, and if called upon to testify, I could and would competently do so under oath.

3.      I am paid $8.10 per hour worked. I also receive a bonus per box in the harvest, the bonus last year was 32 cents.

4.      I am required to provide my own tools and equipment that I need for my job. The tools and equipment that I am required to take to my job are gloves, picking shears, holster and safety glasses. I was told by Dolores Mendez and Manuel Geronimo I started working what tools I needed to take to work. Both Dolores and Manuel would require that I have the above tools in order to do my job. I have been told what tools I needed at work by Dolores Mendez. I have not been provided the tool and have had to purchase it. I spend about 70 dollars a year in purchasing the above tools.

899235.1

5.     I am required to arrive at the jobsite approximately 15-30 minutes before the time I am set to start work.  When I get to the jobsite, I have to prepare my work area by doing things such as bring the table out to the row, clean the table, bring grape box to the table and bring out the wheel barrow.  Also, I have to attend "escuelita" which is time that our foreman talks to the entire crew about what we will be doing during the work and how we will do the work for that day.  I am not paid and I have never been paid for the time I spend preparing for the work day and participating in the "escuelita."

6.     I have to stay after the time the foreman says we are to stop work to finish my job.  My foreman writes down the hour that we finish working.  We are supposed to stop at 3:00 p.m.  At times, I have worked past 3:00 p.m. because the foreman does not tell us to stop working or he tells us a couple of minutes before 3:00 p.m. and I have stayed to finish packing/picking a box of grapes, clean the table, and close the table.  I am not paid and I have never been paid for the time I spent finishing my work.

7.     My employer Delano Farms/Cal Pacific Management, P.L, pays me an hourly rate and a piece rate amount for each box of grapes I pick.  The piece rate amount is called a bonus.  When I receive my paycheck at the end of the week, the amount I am paid for the bonus is less than the number of boxes I picked during that week.  I know that the amount of boxes I am being paid for is not right because I keep a tally of the boxes we pack and this is different thatnwhat appears on the check at the end of the week.   I have told my foreman that my paycheck did not have the correct number of boxes and s/he told me that the only count is valid is the one they have.

8.     When I am working for Delano Farms/Cal Pacific Management, L.P, my break period is either made shorter or I am not given a break period because in order to met the daily quota of boxes I need to work during my break so that I can catch up and make sure I make the daily quota.  On average, I am required to skip a regular rest break all the time since I need to meet the daily quota.

9.     When I am working for Delano Farms/Cal Pacific Management, L.P., I am not given my full amount of time at my lunch break or not allowed to take a lunch break because I use the time to pack grape boxes in order to meet my daily quota.  On average, I am required to skip a lunch break 2 to 3 times per week.  On average, my meal period is made shorter by 15 to 20 minutes.

10.     When I am working with Delano Farms/Cal Pacific Management, L.P., I have been told our crew is going to move from one work location to another.  I have been told to wait in the morning at a certain location for our foreman so that I can follow him to the work location.  I have waited approximately 25 to 30 minutes.  Once the foreman arrives, I follow him to the work location for that day and we normally spend and addition 10 to 15 minutes traveling to the work location.  I have not been paid for any of this travel time from one work location to another.

11.     I have been required to place labels on produce boxes before the work day begins.  On average, this takes 15 to 20 minutes.  I am not paid and have never been paid for the time spent labeling boxes before the work day begins.

This statement has been read and to me in Spanish and I confirm that all statements here are true.

1    I declare under penalty of perjury under the laws of the United States of

2  America that the foregoing is true and correct. Executed at Delano, California

3  March 28, 2009.

4

5

6                                        Rosalba Lenderos

7                       Declaration of Marcos Camacho

8

9  I declare that I am fluent in the Spanish language and that I translated the above
   declaration from English into Spanish to Rosalba Landeros and she indicated that it
10 was correct to the best of her knowledge.  I declare under penalty of perjury that the
11 above is true and correct.  Executed on March 28, 2009 in Delano, California.

12

13

14 Marcos Camacho

15

16

17

18

19

20

21

22

23

24

25

26

27

28

EXHIBIT 46

# DECLARATION OF LUGERIO CARLOS

I, Lugerio Carlos, declare as follows:

1.     I am aware that this is the same exact declaration that I previously signed.  I am now signing this declaration in further support of Plaintiffs' Motion for Class Certification.

2.     I am currently an employee of Delano Farms and Cal-Pacific.  I started working for Delano Farms and Cal-Pacific approximately 5 years ago.  The work I do is packing, picking, tipping and deleafing. I worked in Willy's crew from 2005 or 2006 crew, I have since then worked in crews #58 and #40, there are approximately 60 workers in my crews.  I ma a picker and work in a group with one other picker and one packer.  On average I work 8 hours per day, 6 days per week.

3.     The facts set forth herein are true of my own personal knowledge, and if called upon to testify, I could and would competently do so under oath.

4.     During the pre-harvest work, I am paid $8.00 per hour.  During the harvest, I am paid an hourly rate plus a piece rate of $0.30 per box of grapes.

5.     I am required to provide my own tools and equipment that I need for my job. The tools and equipment that I am required to take to my job are gloves that I buy for $2.00 per pair and need 1 to 2 pairs per week, picking shears which I buy for $10.00 and need to buy every season, shears for cutting the vine which I bought for $12 and a holster which I buy for $5.00 and lasts several seasons.  When I was first hired I was told by my foreman Efren (last name unknown, he is currently a supervisor) that we needed to bring our own tools to work.  I have not been provided the tools and have had to purchase them.

976110.1

6.     During the harvest work, I am required to arrive at the jobsite approximately 15 minutes before the official start time.  When I get to the jobsite, I have to prepare my work area by taking out the table from within the rows, open the table and get the work materials such as boxes, bags, labels, and padded liners.  Also, I have to attend "escuela" which is time that our foreman talks to the entire crew about the day's work, the quality of grape they require and they remind us to work at a fast pace.  I am not paid and I have never been paid for the time I spend preparing for the work day and participating in the "escuela."

7.     At the end of the day, when my foreman says the work day has ended, I have had to continue working in order to finish my job.  My foreman doesn't announce that it is time to stop working until 5 minutes before the stop time or the actual stop time.  We are supposed to stop at 3:00 p.m., but this depends on the time we start.  I have worked past 3:00 p.m. because the foreman tells us that in those last 5 minutes we're trying to finish up our work we can pick more grapes. We have to pack the remaining grapes, put the materials away either in the table or the foreman's truck, close the table and store it within the rows and pick up the trash.  I have stayed to finish this work 15 to 20 minutes after the stop time, this happens 2 to 3 times per week.  I am not paid and I have never been paid for the time I spend finishing my work.

8.     From the start of my employment until 2007 I had to take home the trays that belong to Delano Farms and Cal-Pacific.  At the end of the work week I had to bring 7 to 10 trays to wash at home, this would take up to 60 minutes. I was not paid and I have never been paid for the time I spend working at home.

9.     My employer Delano Farms and Cal-Pacific, pay me an $8.00 an hour and $0.30 for each box of grapes my table picks and packs.  The piece rate amount is called a

1   bonus. When I receive my paycheck at the end of the week, the number of boxes I am
2   paid for is less than the number of boxes my table picked and packed. The packer keeps
3   count and tells us how many boxes our table has done, at the end of the work week our
4   table compares paychecks and we see that our bonus amount isn't correct. We don't
5   complain for fear of losing our jobs. The foreman is always saying that he has workers to
6   spare to reinforce this fear.

7

8        10.     When I am working for Delano Farms and Cal-Pacific, my 10 minute break
9   time in the morning or the afternoon is either made shorter or I am not given a break period
10  because the foreman does not announce our break until our break starts. It can take several
11  minutes to arrive to our break area, the area where we store our meals and where the
12  foreman sets up the drinking water and portable toilet. Two years ago the foreman
13  announced our break but approximately 5 to 10 of us workers were too far to hear. It
14  wasn't until we looked up and noticed that the rest of the workers were taking their break.
15  We rushed to the break area and at our meal in 3-4 minutes and then had to return to work.
16  The foreman discourages us from keeping track of our break time. He tells us that the time
17  on his watch is the only one that counts.

18

19       11.     When I am working for Delano Farms and Cal-Pacific, I am required to
20  show up for work even when it rains. When it rains, the foreman requires that I wait up to
21  30 minutes at the jobsite until he either decides that we will begin work or be sent home.
22  This happens 2 to 3 time per year. Also, towards the end of harvest when the temperature
23  drops we cover the grape vines with plastic sheets. We are required to show up to work
24  and wait for 60 minutes for the dew to dry and the grapes to air out. This happens daily for
25  approximately 2 to 3 weeks. I am not paid and I have never been paid for the time I am
26  required to wait to enter work.

27   .

28

976110.1                                                    3

1    This statement has been read to me in Spanish and I confirm that all statements here
2 are true.

3

4    I declare under penalty of perjury under the laws of the United States of America
5 that the foregoing is true and correct.

6

7    Executed on January 26, 2011 at Delano, California.

8

9

10    *LUGERIO CARLOS.*

11

12    Lugerio Carlos

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

976110.1                                   4

<u>Declaration of Interpreter/Translator</u>

I, Eva Vasquez-Camacho, declare that I am certified by the State of California as a Court Interpreter/Translator in good standing as described in GC 68561.

I am duly certified to interpret and translate from Spanish to English and English to Spanish and have met all the proficiency requirements set by the State of California, per Certification number 301273, issued by the Administrative Office of the Courts.

I further declare that I read and translated the attached "Declaration of Lugerio Carlos," to Mr. Lugerio Carlos from the English to the Spanish Language and that it is a true and accurate translation of said document.  He further indicated to me that his declaration is true and correct to the best of his knowledge, and signed it on January 26, 2011.

I declare under penalty of perjury, under the laws of the State of California that the foregoing is true and correct. Signed this 26th day of January of 2011, in Delano, California, County of Kern.

By:  Eva Vasquez-Camacho

State Certified Court Interpreter

Certification No. 301273

- 1

## DECLARATION OF LUGERIO CARLOS

I, Lugerio Carlos, declare as follows:

1.    I am currently an employee of Delano Farms and Cal-Pacific.  I started working for Delano Farms and Cal-Pacific approximately 5 years ago.  The work I do is packing, picking, tipping and deleafing.  I worked in Willy's crew for 2005 or 2006 crew, I have since then worked in crews #58 and #40, there are approximately 60 workers in my crews.  I am a picker and work in a group with one other picker and one packer.  On average, I work 8 hours per day, 6 days per week.

2.    The facts set forth herein are true of my own personal knowledge, and if called upon to testify, I could and would competently do so under oath.

3.    During the pre-harvest work, I am paid $8.00 per hour.  During the harvest, I am paid an hourly rate plus a piece rate of $0.30 per box of grapes.

4.    I am required to provide my own tools and equipment that I need for my job. The tools and equipment that I am required to take to my job are gloves that I buy for $2.00 per pair and need 1 to 2 pairs per week, picking shears which I buy for $10.00 and need to buy every season, shears for cutting the vine which I bought for $12 and a holster which I buy for $5.00 and lasts several seasons.  When I was first hired I was told by my foreman Efren (last name unknown, he is currently a supervisor) that we needed to bring our own tools to work.  I have not been provided the tools and have had to purchase them.

5.    During the harvest work, I am required to arrive at the jobsite approximately 15 minutes before the official start time.  When I get to the jobsite, I have to prepare my work area by taking out the table from within the rows, open the table and get the work

900571.1

1   materials such as boxes, bags, labels, and padded liners. Also, I have to attend "escuela"
2   which is time that our foreman talks to the entire crew about the day's work, the quality of
3   grape they require and they remind us to work at a fast pace. I am not paid and I have
4   never been paid for the time I spend preparing for the work day and participating in the
5   "escuela."

6

7       6.    At the end of the day, when my foreman says the work day has ended, I have
8   had to continue working in order to finish my job. My foreman doesn't announce that it is
9   time to stop working until 5 minutes before the stop time or the actual stop time. We are
10  supposed to stop at 3:00 p.m., but this depends on the time we start. I have worked past
11  3:00 p.m. because the foreman tells us that in those last 5 minutes we're trying to finish up
12  our work we can pick more grapes. We have to pack the remaining grapes, put the
13  materials away either in the table or the foreman's truck, close the table and store it within
14  the rows and pick up the trash. I have stayed to finish this work 15 to 20 minutes after the
15  stop time, this happens 2 to 3 times per week. I am not paid and I have never been paid for
16  the time I spend finishing my work.

17

18      7.    From the start of my employment until 2007 I had to take home the trays that
19  belong to Delano Farms and Cal-Pacific. At the end of the work week I had to bring 7 to
20  10 trays to wash at home, this would take up to 60 minutes. I was not paid and I have never
21  been paid for the time I spend working at home.

22

23      8.    My employer Delano Farms and Cal-Pacific, pay me an $8.00 an hour and
24  $0.30 for each box of grapes my table picks and packs. The piece rate amount is called a
25  bonus. When I receive my paycheck at the end of the week, the number of boxes I am
26  paid for is less than the number of boxes my table picked and packed. The packer keeps
27  count and tells us how many boxes our table has done, at the end of the work week our
28  table compares paychecks and we see that our bonus amount isn't correct. We don't

900571.1                                              2

1  complain for fear of losing our jobs.  The foreman is always saying that he has workers to
2  spare to reinforce this fear.

3

4       9.    When I am working for Delano Farms and Cal-Pacific, my 10 minute break
5  time in the morning or the afternoon is either made shorter or I am not given a break period
6  because the foreman does not announce our break until our break starts.  It can take several
7  minutes to arrive to our break area, the area where we store our meals and where the
8  foreman sets up the drinking water and portable toilet.  Two years ago the foreman
9  announced our break but approximately 5 to 10 of us workers were too far to hear.  It
10 wasn't until we looked up and noticed that the rest of the workers were taking their break.
11 We rushed to the break area and at our meal in 3-4 minutes and then had to return to work.
12 The foreman discourages us from keeping track of our break time.  He tells us that the time
13 on his watch is the only one that counts.

14

15      10.    When I am working for Delano Farms and Cal-Pacific, I am required to
16 show up for work even when it rains.  When it rains, the foreman requires that I wait up to
17 30 minutes at the jobsite until he either decides that we will begin work or be sent home.
18 This happens 2 to 3 time per year.  Also, towards the end of harvest when the temperature
19 drops we cover the grape vines with plastic sheets.  We are required to show up to work
20 and wait for 60 minutes for the dew to dry and the grapes to air out.  This happens daily for
21 approximately 2 to 3 weeks.  I am not paid and I have never been paid for the time I am
22 required to wait to enter work.

23

24      This statement has been read to me in Spanish and I confirm that all statements here
25 are true.

26

27      I declare under penalty of perjury under the laws of the United States of America
28 that the foregoing is true and correct.

900571.1                                    3

1
2
3    Executed  May    9   , 2009.
4
5
6                                    Lugerio Carlos-Beas
7
8                               Lugerio Carlos
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

900571.1                           4

1 | **DECLARATION OF LUGERIO CARLOS**

2

3      I declare that I am fluent in the Spanish language and that I read the above

4 declaration from English into Spanish to Lugerio Carlos.  He indicated to me that the

5 declaration is true and correct to the best of his knowledge.  I declare under penalty of

6 perjury under the laws of the State of California that the foregoing is true and correct.

7

8      Executed _____May____  9__, 2009 in Delano, California.

9

10

11 _____

12

13                        Maria G. Larios

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

900571.1                                        1

# EXHIBIT 47

# DECLARATION OF YOLANDA MAY

I, Yolanda May, declare as follows:

1.     I am aware that this is the same exact declaration that I previously signed. I am now signing this declaration in further support of Plaintiffs' Motion for Class Certification.

2.     I was an employee of Delano Farms and Cal-Pacific. I started working for Delano Farms and Cal-Pacific in 2007. The work I did was remove weeds, tie, remove guides and clean. Manuel Botello was my foreman. I worked 8 to 9 hours per day, 6 days per week.

4.     The facts set forth herein are true of my own personal knowledge, and if called upon to testify, I could and would competently do so under oath.

5.     During the pre-harvest work, I was paid $8.00 per hour.

6.     I was required to provide my own tools and equipment that I needed for my job. The tools and equipment that I was required to take to my job were gloves that I bought for $2.00 once a week, pruning shears that I bought for $25.00 that I had to replace three times, picking shears that I bought for $12.00 and a sharpening file that I bought for $10.00. I knew that I had to provide my own tools because they were not provided to me by the foreman or supervisor. I have not been reimbursed for these costs.

7.     During the pre-harvest work, Manuel Botello required me to arrive at the jobsite approximately 10-15 minutes before the official start time. I had to attend "escuelita" which is time that our foreman talked to the entire crew about the day's work or

976520.1

1   gave us instruction.  During the pre-harvest work, this happened approximately 6 times per

2   week.  I am not paid and I have never been paid for the time I spent participating in the

3   "escuelita."

4

5       8.      When I was working with Delano Farms and Cal-Pacific, I was told when

6   our crew was going to move from one work location to another.  I was told by Manuel

7   Botello to meet at a certain time in the morning at a certain location to wait for him to

8   arrive.  I waited approximately ten to fifteen minutes in the morning at the location he told

9   us to wait for him at.  Once Manuel Botello arrived at the location, I had to follow him to

10  the work location for that day.  Depending on the location of work, I followed him twenty

11  minutes to the site.  I was not paid and have never been paid for any of this travel time.

12

13      This statement has been read to me in Spanish and I confirm that all statements here

14  are true.

15

16      I declare under penalty of perjury under the laws of the United States of America

17  that the foregoing is true and correct.

18

19

20  Executed on January _____24, 2011_____ in Lamont, California.

21

22

23          Yolanda MAY NOH

24                                    Yolanda May

25

26

27

28

976520.1

<u>Declaration of Interpreter/Translator</u>

I, Eva Vasquez-Camacho, declare that I am certified by the State of California as a Court Interpreter/Translator in good standing as described in GC 68561.

I am duly certified to interpret and translate from Spanish to English and English to Spanish and have met all the proficiency requirements set by the State of California, per Certification number 301273, issued by the Administrative Office of the Courts.

I further declare that I read and translated the attached "<u>Declaration of Yolanda May</u>," to Yolanda May from the English to the Spanish Language and that it is a true and accurate translation of said document.  She further indicated to me that her declaration is true and correct to the best of her knowledge, and signed it on January 24, 2011.

I declare under penalty of perjury, under the laws of the State of California that the foregoing is true and correct. Signed this 24th day of January of 2011, in Lamont, California, County of Kern.

By:  Eva Vasquez-Camacho

_____

State Certified Court Interpreter

Certification No. 301273

- 1

## DECLARATION OF YOLANDA MAY

I, Yolanda May, declare as follows:

1.    I was an employee of Delano Farms and Cal-Pacific. I started working for Delano Farms and Cal-Pacific in 2007. The work I did was remove weeds, tie, remove guides and clean. Manuel Botello was my foreman. I worked 8 to 9 hours per day, 6 days per week.

2.    The facts set forth herein are true of my own personal knowledge, and if called upon to testify, I could and would competently do so under oath.

3.    During the pre-harvest work, I was paid $8.00 per hour.

4.    I was required to provide my own tools and equipment that I needed for my job. The tools and equipment that I was required to take to my job were gloves that I bought for $2.00 once a week, pruning shears that I bought for $25.00 that I had to replace three times, picking shears that I bought for $12.00 and a sharpening file that I bought for $10.00. I knew that I had to provide my own tools because they were not provided to me by the foreman or supervisor. I have not been reimbursed for these costs.

5.    During the pre-harvest work, Manuel Botello required me to arrive at the jobsite approximately 10-15 minutes before the official start time. I had to attend "escuelita" which is time that our foreman talked to the entire crew about the day's work or gave us instruction. During the pre-harvest work, this happened approximately 6 times per week. I am not paid and I have never been paid for the time I spent participating in the "escuelita."

919750.1

6.      When I was working with Delano Farms and Cal-Pacific, I was told when our crew was going to move from one work location to another.  I was told by Manuel Botello to meet at a certain time in the morning at a certain location to wait for him to arrive.  I waited approximately ten to fifteen minutes in the morning at the location he told us to wait for him at.  Once Manuel Botello arrived at the location, I had to follow him to the work location for that day.  Depending on the location of the work, I followed him twenty minutes to the site.  I was not paid and have never been paid for any of this travel time.

This statement has been read to me in Spanish and I confirm that all statements here are true.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed 08 / 27 / , 2009.

_Yolanda MAY ℓℴH_

Yolanda May

## <u>DECLARATION OF AMELIA MAGANA</u>

I declare that I am fluent in the Spanish language and that I read the above declaration from English into Spanish to Yolanda May.  She indicated to me that the declaration is true and correct to the best of his knowledge.  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed 08 / 27_____, 2009 in Lamont, California

Amelia Magana