# EXHIBIT 48

## DECLARATION OF JOSE LUIS MENDOZA

I, Jose Luis Mendoza, declare as follows:

1.     I am aware that this is the same exact declaration that I previously signed.  I am now signing this declaration in further support of Plaintiffs' Motion for Class Certification.

2.     I was an employee of Delano Farms and Cal-Pacific.  I started working for Delano Farms and Cal-Pacific on or about April 2007 to October 2008.  The work I did was pruning, packing and picking. I am a picker and work in a group with one other picker and one packer. On average, I worked 8 to 9 hours per day, 6 days per week.

3.     The facts set forth herein are true of my own personal knowledge, and if called upon to testify, I could and would competently do so under oath.

4.     During the pre-harvest work, I was paid $8.00 to $8.25 per hour.  During the harvest, I am/was paid an hourly rate plus a piece rate of 28 to 30 cents per box of grapes.

5.     I was required to provide my own tools and equipment that I need for my job.  The tools and equipment that I was required to take to my job are gloves, picking shears, pruning shears and sharpening file and holster.  I was told by the foreman, Manuel Geronimo when I started working what tools I needed to take to work. I asked Manuel Geronimo to give me the tools for work; he would say he did not have any tools.  I have not been provided the tools and have had to purchase them. I have spent approximately $60.00.

976119.1

6.     During the pre-harvest work, I am required to arrive at the jobsite approximately 30 minutes before the official start time. Also, I have to attend "escuelita" which is time that our foreman talks to the entire crew about the day's work or gives us instruction. During the pre-harvest work, this happens approximately 4 times per week. I was not paid and I have never been paid for the time I spent in "the escuelita".

7.     During the harvest, I am required to arrive at the jobsite approximately 35 to 40 minutes before the official start time. Also, I have to attend "escuelita" every day which would take 15 to 20 minutes, the foeman talks to the entire crew about how to pick, how to place the grapes in the boxes and how many boxes they wanted per hour. I was not paid and I have never been paid for the time I spent participating in the "escuelitea".

8.     I have to take home equipment that belongs to Delano Farms and Cal-Pacific everyday after work and bring it to work the following work day. I would take home the scale and if these items were broken I would have to pay for it.

9.     When I am  working for Delano Farms and Cal-Pacific, I am required to show up for work even when there is fog or rain, In these circumstances, the foreman requires that I wait at the jobsite until they will decide that we will begin work or be sent home. I have never been paid for the time I am required to wait at the job-site while my foeman determines whether or not to send us into the field. When this happens, I have been required to wait as long as 30 to 45 minutes.  This has happened to me approximately four times a year.

10.     When I am working with Delano Farms and Cal-Pacific, I have been told our crew is going to move from one work location to another, during our lunch break, this would happen 4 to 5 times during the harvest season. I have been told by Manuel Geronimo to meet at a certain time tin the morning at a certain location to follow my

1  foeman to the work location. I have waited approximately 30 minutes in the morning.

2  Once the foreman arrives, I follow him to the work location for that day.  Depending on

3  the work location, I have followed my foreman for 15 to 30 minutes to the site.  I am not

4  paid and have never been paid for any of this travel time.

5

6          This statement has been read to me in Spanish and I confirm that all statements here

7  are true.

8

9          I declare under penalty of perjury under the laws of the United States of America

10  that the foregoing is true and correct.

11

12

13          Executed on January 19, 2011 in Delano, California.

14

15

16                          *Jose Luis Mendoza*

17                          Jose Luis Mendoza

18

19

20

21

22

23

24

25

26

27

28

## Declaration of Interpreter/Translator

I, Eva Vasquez-Camacho, declare that I am certified by the State of California as a Court Interpreter/Translator in good standing, as described in GC 68561.

I am duly certified to interpret and translate from Spanish to English and English to Spanish and have met all the proficiency requirements set by the State of California, per Certification number 301273, issued by the Administrative Office of the Courts.

I further declare that I have read and interpreted the attached document from the English to the Spanish Language to Jose Luis Mendoza, and that it is a true and accurate translation of his "Declaration of Jose Luis Mendoza" signed on January 19, 2011 in Delano, California. He indicated to me that his declaration is true and correct to the best of his knowledge.

I declare under penalty of perjury, under the laws of the State of California that the foregoing is true and correct. Signed this 19th day of January of 2011 in Delano, California, County Kern.

By: Eva Vasquez-Camacho



State Certified Court Interpreter/Translator
Certification No. 301273

- 1

## DECLARATION OF JOSE LUIS MENDOZA

I, Jose Luis Mendoza, declare as follows:

1.      I was an employee of Delano Farms and Cal-Pacific.  I started working for Delano Farms and Cal-Pacific on or about April 2007 to October 2008. The work did was pruning, packing, picking. I am a picker and work in a group with one other picker and one packer.  On average, I worked 8 to 9 hours per day, 6 days per week.

2.      The facts set forth herein are true of my own personal knowledge, and if called upon to testify, I could and would competently do so under oath.

3.      During the pre-harvest work, I was paid $8.00 to $8.25 per hour.  During the harvest, I was paid an hourly rate plus a piece rate of 28 to 30 cents per box of grapes.

4.      I was required to provide my own tools and equipment that I need for my job.  The tools and equipment that I was required to take to my job were gloves, picking shears, pruning shears and sharpening file and holster. I was told by the foreman, Manuel Geronimo when I started working what tools I needed to take to work. I asked Manuel Geronimo to give me the tools for work he would say he did not have any tools.  I have not been provided the tools and have had to purchase them. I have spent approximately $60.00.

5.      During the pre-harvest work, I am required to arrive at the jobsite approximately 30 minutes before the official start time. Also, I have to attend "escuelita" which is time that our foreman talks to the entire crew about the day's work or gives us instruction.  During the pre-harvest work, this happens approximately 4 times per week.  I was not paid and I have never been paid for the time I spent in "the escuelita".

900571.1

6.      During the harvest, I am required to arrive at the jobsite approximately 35 to 40 minutes before the official start time.  Also, I have to attend "escuelita" every day which would take 15 to 20 minutes, the foreman talks to the entire crew about how to pick, how to place the grapes in the boxes and how many boxes they wanted per hour. I was not paid and I have never been paid for the time I spent participating in the "escuelita."

7.      I have to take home equipment that belongs to Delano Farms and Cal-Pacific everyday after work and bring it to work the following work day. I would  take home the scale and if these items was broken I would have to pay it.

8.      When I am working for Delano Farms and Cal-Pacific, I am required to show up for work even when there is fog or rain.  In these circumstances, the foreman requires that I wait at the jobsite until they will decide that we will begin work or be sent home.  I have never been paid for the time I am required to wait at the job-site while my foreman determines whether or not to send us into the field.  When this happens, I have been required to wait as long as 30 to 45 minutes.  This has happened to me approximately four times a year.

12.      When I am working with Delano Farms and Cal-Pacific, I have been told our crew is going to move from one work location to another, during our lunch break, this would happen 4 to 5 times during the harvest season.  I have been told by Manuel Geronimo to meet at a certain time in the morning at a certain location to follow my foreman to the work location.  I have waited approximately 30 minutes in the morning. Once the foreman arrives, I follow him to the work location for that day.  Depending on the work location, I have followed my foreman for 15 to 30 minutes to the site.  I am not paid and have never been paid for any of this travel time.

900571.1                                                    2

1     This statement has been read to me in Spanish and I confirm that all statements here

2 are true.

3

4     I declare under penalty of perjury under the laws of the United States of America

5 that the foregoing is true and correct.

6

7

8     Executed Delano, CA 8 / 16 ___, 2009.

9

10

11                 Jose Luis Mendoza

12                     Jose Luis Mendoza

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

900571.1

3

1

**DECLARATION OF**

2

3      I declare that I am fluent in the Spanish language and that I read the above

4  declaration from English into Spanish to Jose Luis Mendoza. He indicated to me that the

5  declaration is true and correct to the best of his/her knowledge.  I declare under penalty of

6  perjury under the laws of the State of California that the foregoing is true and correct.

7

8      Executed   4/16   ___, 2009 in Delano, California.

9

10

11     _SANDRA POGA._

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

900571.1                                              1

# EXHIBIT 49

1
2

## DECLARATION OF MARIO MORALES

3
4

I, Mario Morales, declare as follows:

5      1.      I am aware that this is the same exact declaration that I previously signed. I
6  am now signing this declaration in further support of Plaintiffs' Motion for Class
7  Certification.

8

9      2.      I was an employee of Delano Farms and Cal-Pacific. I started working for
10  Delano Farms and Cal-Pacific on or about in 2008. The work I did was harvesting grapes.
11  Manuel Botello was my foreman. Approximately forty people worked in my group. I was
12  a harvester and worked in a group with one other harvester and one packer. On average, I
13  worked more 8 hours per day, 6 days per week.

14

15      3.      The facts set forth herein are true of my own personal knowledge, and if
16  called upon to testify, I could and would competently do so under oath.

17

18      4.      During the harvest, I was paid an hourly rate of $8.10 an hour, plus a piece
19  rate of .32 cents per box of grapes.

20

21      5.      I was required to provide my own tools and equipment that I needed for my
22  job. The tools and equipment that I was required to take to my job were gloves that I
23  bought for $2.00 a pair, picking shears that I bought for $12.00, and a sharpening file that I
24  bought for $10.00. I was told by Manuel Botello when I started working what tools I
25  needed to take to work. I was not provided the tools and had to purchase them.

26
27
28

976514.1

6.     During the harvest season, I was required to arrive at the jobsite approximately 15-20 minutes before the official start time. When I arrived at the jobsite, I had to prepare my work area by doing things such as setting up the table with boxes and bags. Also, I had to attend "escuelita" which is time that our foreman talked to the entire crew about the day's work or gave us instruction.

7.     At the end of the day, when my foreman said the work day had ended, I had to continue working in order to finish my job. I understood that my foreman wrote down the time that the work day ended, for example at 2:30 p.m. I was still performing work past 2:30 p.m. because the foreman did not tell us to stop working or he told us a couple of minutes before 2:30 p.m. and there was work that I was required to finish before I left work, such as helping the packer finishing packing boxes of grapes. I was not paid and I have never been paid for the time I spent finishing that work.

8.     When I was working for Delano Farms and Cal-Pacific, I was required to show up for work even when there was fog or rain. In those circumstances, the foreman required that I wait at the jobsite until he either decided that we would begin work or be sent home. I have never been paid for the time I was required to wait at the job-site while my foreman determined whether or not to send us into the field. When that happened, I was required to wait as long as 2 hours. This happened to me approximately two times during the harvest season.

9.     When I was working with Delano Farms and Cal-Pacific, I was told when our crew was going to move from one work location to another. I was told by Manuel Botello to meet at a certain time in the morning at a certain location to follow him to the work location. I waited approximately 20 minutes in the morning at the location he told us to wait for him. Once the foreman arrived, I followed my foreman for 15-30 minutes to

1  the work location for that day.   I was not paid and have never been paid for any of this

2  travel time.  This happened three times during the harvest season.

3

4          This statement has been read to me in Spanish and I confirm that all statements here

5  are true

6

7          I declare under penalty of perjury under the laws of the United States of America

8  that the foregoing is true and correct.

9

10     Executed on January ___24, 2011___ in Lamont, California.

11

12

13                                    _Mario Morales_

14                                                        Mario Morales

15

16

17

18

19

20

21

22

23

24

25

26

27

28

976514.1                                3

<u>Declaration of Interpreter/Translator</u>

I, Eva Vasquez-Camacho, declare that I am certified by the State of California as a Court Interpreter/Translator in good standing as described in GC 68561.

I am duly certified to interpret and translate from Spanish to English and English to Spanish and have met all the proficiency requirements set by the State of California, per Certification number 301273, issued by the Administrative Office of the Courts.

I further declare that I read and translated the attached "<u>Declaration of Mario Morales</u>," to Mario Morales from the English to the Spanish Language and that it is a true and accurate translation of said document.  He further indicated to me that his declaration is true and correct to the best of his knowledge, and signed it on January 24, 2011.

I declare under penalty of perjury, under the laws of the State of California that the foregoing is true and correct. Signed this 24th day of January of 2011, in Lamont, California, County of Kern.

By:  Eva Vasquez-Camacho

_____

State Certified Court Interpreter

Certification No. 301273

- 1 -

## DECLARATION OF MARIO MORALES

I, Mario Morales, declare as follows:

1.    I was an employee of Delano Farms and Cal-Pacific.  I started working for Delano Farms and Cal-Pacific on or about in 2008.  The work I did was harvesting grapes. Manuel Botello was my foreman.  Approximately forty people worked in my group.  I was a harvester and worked in a group with one other harvester and one packer.  On average, I worked more 8 hours per day, 6 days per week.

2.    The facts set forth herein are true of my own personal knowledge, and if called upon to testify, I could and would competently do so under oath.

3.    During the harvest, I was paid an hourly rate of $8.10 an hour, plus a piece rate of .32 cents per box of grapes.

4.    I was required to provide my own tools and equipment that I needed for my job.  The tools and equipment that I was required to take to my job were gloves that I bought for $2.00 a pair, picking shears that I bought for $12.00, and a sharpening file that I bought for $10.00.  I was told by Manuel Botello when I started working what tools I needed to take to work.  I was not provided the tools and had to purchase them.

5.    During the harvest season, I was required to arrive at the jobsite approximately 15-20 minutes before the official start time.  When I arrived at the jobsite, I had to prepare my work area by doing things such as setting up the table with boxes and bags.  Also, I had to attend "escuelita" which is time that our foreman talked to the entire crew about the day's work or gave us instruction.

922822.1

6.     At the end of the day, when my foreman said the work day had ended, I had to continue working in order to finish my job.  I understood that my foreman wrote down the time that the work day ended, for example at 2:30 p.m.  I was still performing work past 2:30 p.m. because the foreman did not tell us to stop working or he told us a couple of minutes before 2:30 p.m. and there was work that I was required to finish before I left work, such as helping the packer finishing packing boxes of grapes.  I was not paid and I have never been paid for the time I spent finishing that work.

7.     When I was working for Delano Farms and Cal-Pacific, I was required to show up for work even when there was fog or rain.  In those circumstances, the foreman required that I wait at the jobsite until he either decided that we would begin work or be sent home.  I have never been paid for the time I was required to wait at the job-site while my foreman determined whether or not to send us into the field.  When that happened, I was required to wait as long as 2 hours.  This happened to me approximately two times during the harvest season.

8.     When I was working with Delano Farms and Cal-Pacific, I was told when our crew was going to move from one work location to another.  I was told by Manuel Botello to meet at a certain time in the morning at a certain location to follow him to the work location.  I waited approximately 20 minutes in the morning at the location he told us to wait for him.  Once the foreman arrived, I followed my foreman for 15-30 minutes to the work location for that day.   I was not paid and have never been paid for any of this travel time.  This happened three times during the harvest season.

This statement has been read to me in Spanish and I confirm that all statements here are true

922822.1                                              2

1    I declare under penalty of perjury under the laws of the United States of America

2    that the foregoing is true and correct.

3

4    Executed ___9 / 13 /___ , 2009.

5

6

7                                          _Mario Morales_

8                                                    Mario Morales

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

922822.1                                  3

## DECLARATION OF AMELIA MAGANA

I declare that I am fluent in the Spanish language and that I read the above declaration from English into Spanish to Mario Morales. He indicated to me that the declaration is true and correct to the best of his knowledge. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed ___09 / 13___, 2009 in Lamont, California

_Amelia Magana_

Amelia Magana

922822.1

4

# EXHIBIT 50

# DECLARATION OF Issac Munoz

I, Issac Munoz, declare as follows:

1.      I was employee of Delano Farms and Cal-Pacific.  I started working for Delano Farms and Cal-Pacific on or about May of 2006 and I stopped working for them in 2007.  The work I do is pruning, pre-harvest work, harvest and cold storage. I work in Manuel's crew 2006 and Andrea's crew in 2007, I do not recall their last names.  During the harvest the crew consisted of 60 people.  I am a picker, packer and wheel barrow person and work in a group with one other picker and one packer.  On average, I work 8 hours per day, 6 days per week.

2.      The facts set forth herein are true of my own personal knowledge, and if called upon to testify, I could and would competently do so under oath.

3.      During the pre-harvest work, I was paid 7.50 per hour in 2006 and 2007. During the harvest, I was paid an hourly rate plus a piece rate per box, I do not recall the piece rate I received in 2006 or 2007.

4.      I was required to provide my own tools and equipment that I need for my job.  The tools and equipment that I was required to take to my job are knives, I used about 8 different knifes, pruning shears, gloves picking shears, safety glasses, and holster for picking shears.   I was told by Manuel and Andrea when I started working what tools I needed to take to work.   I have not been provided the tools and have had to purchase them.  I have spent approximately $700 to $800 dollars per year.

5.      During the pre-harvest work, I am required to arrive at the jobsite approximately 30 minutes before the official start time.  When I get to the jobsite, I have to

900571.1

1   prepare my work area.  Also, I have to attend "escuelita" which is time that our foreman

2   talks to the entire crew about the day's work or gives us instruction.  During the pre-harvest

3   work, this happens approximately 3 times per week.  I am not paid and I have never been

4   paid for the time I spend preparing for the work day and participating in the "escuelita."

5

6          6.     During the harvest, I am required to arrive at the jobsite approximately 30

7   minutes before the official start time.  When I get to the jobsite, I have to prepare my work

8   area by doing things such as preparing the packing table, boxes, stickers on the boxes.

9   Also, I have to attend "escuelita" which is time that our foreman talks to the entire crew

10  about work or reprimands certain workers who did not meet their picking quotas.  I am not

11  paid and I have never been paid for the time I spend preparing for the work day and

12  participating in the "escuelita."

13

14         7.     At the end of the day, when my foreman says the work day has ended, I have

15  had to continue working in order to finish my job.  My foreman writes down the hour that

16  we finish working.  We are supposed to stop at 3:00 or 3:30 p.m.  I have worked past 3:00

17  or 3:30 p.m. because the foreman does not tell us to stop working or he tells us a couple of

18  minutes before 3:00 or 3:30 p.m. and  I have stayed to finish packing/picking boxes of

19  grapes, break down the picking table and clean the area.  I am not paid and I have never

20  been paid for the time I [spend/have spent] finishing my work.

21

22         8.     I have to take home equipment that belongs to Delano Farms and Cal-Pacific

23  everyday after work and bring it to work the following work day.  I take home the scale

24  and approximately 6 trays.  If one of these items is broken or I do not take it to work, I am

25  charged $50.00 by my foreman. In 2006 and 2007 we were also required to clean the trays

26  and the foreman would inspect the trays each day to make sure they had been cleaned.  If

27  they were not clear he would discipline the worker that did not properly clean the trays.

28  He would stop the worker from working for one day.

9.     My employer Delano Farms and Cal-Pacific, pay me an hourly rate and a piece rate amount for each box of grapes I pick and packed. The piece rate amount is called a bonus. When I receive my paycheck at the end of the week, the number of boxes I am paid for is less than the number of boxes I picked during that week. I know that the amount of boxes I am being paid for is not right because I would maintain a count of the boxes that we were making each day. The number in my check would always be lower that what my count had been. I have told my foreman that my paycheck did not have the correct number of boxes and he told me the number he had was the correct number.

10.     When I am working for Delano Farms and Cal-Pacific, my 10 minute break time in the morning or the afternoon is either made shorter or I am not given a break period because I need to continue working in order to make the daily quota. I normally would not take my 10 minute break in order to stay ahead and make the quota. The other workers in my crew would also work through their 10 minute break in order to make their quota.

11.     When I am working for Delano Farms and Cal-Pacific, I am required to show up for work even when there is fog or rain. In these circumstances, the foreman requires that I wait at the jobsite until the he either decides that we will begin work or be sent home. I have never been paid for the time I am required to wait at the job-site while my foreman determines whether or not to send us into the field. When this happens, I have been required to wait as long as 60 minutes. This has happened to me approximately 6 or 7 times during the year. This has happened during the pruning, pre-harvest and harvest.

12.     When I am working for Delano Farms and Cal-Pacific, I am not given my full amount of time at my 30 minute break or not allowed to take a 30 minute break because I was trying to make sure I made my box quota. I normally would skip my 30 minute break.

13.    When I am working with Delano Farms and Cal-Pacific, I have been told our crew is going to move from one work location to another. This would normally occur during our 30 minute break. This would cause us not to get our full 30 minute break. I have been told by Manuel or Andrea to meet at a certain time in the morning at a certain location to follow my foreman to the work location. I have waited approximately 30 minutes in the morning. Once the foreman arrives, I follow him to the work location for that day. Depending on the work location, I have followed my foreman for 15 minutes to the site. I am not paid and have never been paid for any of this travel time.

14.    Some of the owners of Delano Farms did come out to give us "esculita". I knew they were from Delano farms because the truck they arrived in had a sign that said Delano Farms.

This statement has been read to me in Spanish and I confirm that all statements here are true.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed March 16, 2009.

_ISAAC MUNOZ.V_
Issac Munoz

## **DECLARATION OF Marcos Camacho**

I declare that I am fluent in the Spanish language and that I read the above declaration from English into Spanish to Issac Munoz.  He indicated to me that the declaration is true and correct to the best of his/her knowledge.  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed April 16, 2009 in Delano, California.

_____
Marcos Camacho

# EXHIBIT 51

## DECLARATION OF JAIME NAVA

I, Jaime Nava, declare as follows:

1.      I am aware that this is the same exact declaration that I previously signed. I am now signing this declaration is further support of Plaintiffs' Motion for Class Certification.

2.      I was an employee of Delano Farms and Cal-Pacific. I started working for Delano Farms and Cal-Pacific in 2008. The work I did was harvesting grapes. Manuel Botello was my foreman. Approximately forty people worked in my crew. I was a harvester and worked in a group with one other picker and one packer. On average, I worked more than 8 hours per day, 6 days per week.

3.      The facts set forth herein are true of my own personal knowledge, and if called upon to testify, I could and would competently do so under oath.

4.      During the harvest, I was paid an hourly rate of $8.10 plus a piece rate of $.32 cents per box of grapes that I picked.

5.      When I worked for Delano Farms and Cal-Pacific I was required to provide my own tools and equipment that I needed for my job. The tools and equipment that I was required to take to my job were gloves that I bought for $2.00 a pair, picking shears that I bought for $12.00, and a sharpening file that I bought for $5.00. I was told by Manuel Botello when I started working what tools I needed to take to work. I was not provided the tools and had to purchase them.

976510.1

6.     During the harvest, I was required to arrive at the jobsite approximately 30 minutes before the official start time. When I arrived at the jobsite, I had to prepare my work area by doing things such as setting up the table with boxes and bags. Also, I had to attend "escuelita" (school) which is time that our foreman talks to the entire crew about work, or reprimands certain workers who did not meet their picking quotas. During the harvest season, I performed this work and had to attend escuelita every day before the official start time of the work day. I was not paid and I have never been paid for the time I spent preparing for the work day and participating in the "escuelita."

7.     At the end of the day, when my foreman said the work day had ended, I had to continue working in order to finish my job. I understood that my foreman wrote down the time that the work day ended, for example 2:30 p.m. I was still performing work past 2:30 p.m. because the foreman did not tell us to stop working or he told us a couple of minutes before 2:30 p.m. and there was work that I was required to finish before I left work, such as helping the packer finish packing boxes of grapes. I was not paid and I have never been paid for the time I spent finishing that work.

8.     When I was working for Delano Farms and Cal-Pacific, I was required to show up for work when there was fog or rain. In those circumstances, the foreman required that I wait at the jobsite until he either decided that our crew would begin work or be sent home. I have never been paid for the time I was required to wait at the job-site while my foreman determined whether or not to send us into the field. When this happened, I was required to wait as long as two hours. This happened to me approximately four times during the harvest season.

9.     When I was working for Delano Farms and Cal-Pacific, I was told when our crew was going to move from one work location to another. I was told by Manuel Botello,

1  my foreman to meet at a certain time in the morning at a certain location in order to follow
2  him to the work location.  I had to wait approximately 15 to 20 minutes in the morning at
3  the location Manuel Botello told me to wait at.  Once he arrived, I followed him to the
4  work location for that day.  Depending on the work location, I followed my foreman for 20
5  to 30 minutes to the site.  I was not paid and have never been paid for any of this travel
6  time.  This happened during the harvest season.

8         This statement has been read to me in Spanish and I confirm that all statements
9  here are true.

11        I declare under penalty of perjury under the law of the United States of America
12  that the foregoing is true and correct.

15  Executed on January _24, 2011_ in Lamont, California.

18         _Jaime Nava_ (signature)
19                                                    Jaime Nava

<u>Declaration of Interpreter/Translator</u>

   I, Eva Vasquez-Camacho, declare that I am certified by the State of California as a Court Interpreter/Translator in good standing as described in GC 68561.

   I am duly certified to interpret and translate from Spanish to English and English to Spanish and have met all the proficiency requirements set by the State of California, per Certification number 301273, issued by the Administrative Office of the Courts.

   I further declare that I read and translated the attached "<u>Declaration of Jaime Nava</u>," to Jaime Nava from the English to the Spanish Language and that it is a true and accurate translation of said document.  He further indicated to me that his declaration is true and correct to the best of his knowledge, and signed it on January 24, 2011.

   I declare under penalty of perjury, under the laws of the State of California that the foregoing is true and correct. Signed this 24th day of January of 2011, in Lamont, California, County of Kern.


           By:  Eva Vasquez-Camacho


           _____

           State Certified Court Interpreter

           Certification No. 301273

-1-

## DECLARATION OF JAIME NAVA

I, Jaime Nava, declare as follows:

1.      I was an employee of Delano Farms and Cal-Pacific. I started working for Delano Farms and Cal-Pacific in 2008. The work I did was harvesting grapes. Manuel Botello was my foreman. Approximately forty people worked in my crew. I was a harvester and worked in a group with one other picker and one packer. On average, I worked more than 8 hours per day, 6 days per week.

2.      The facts set forth herein are true of my own personal knowledge, and if called upon to testify, I could and would competently do so under oath.

3.      During the harvest, I was paid an hourly rate of $8.10 plus a piece rate of $.32 cents per box of grapes that I picked.

4.      When I worked for Delano Farms and Cal-Pacific I was required to provide my own tools and equipment that I needed for my job. The tools and equipment that I was required to take to my job were gloves that I bought for $2.00 a pair, picking shears that I bought for $12.00, and a sharpening file that I bought for $5.00. I was told by Manuel Botello when I started working what tools I needed to take to work. I was not provided the tools and had to purchase them.

5.      During the harvest, I was required to arrive at the jobsite approximately 30 minutes before the official start time. When I arrived at the jobsite, I had to prepare my work area by doing things such as setting up the table with boxes and bags. Also, I had to attend "escuelita" (school) which is time that our foreman talks to the entire crew about

1    work, or reprimands certain workers who did not meet their picking quotas. During the

2    harvest season, I performed this work and had to attend escuelita every day before the

3    official start time of the work day. I was not paid and I have never been paid for the time I

4    spent preparing for the work day and participating in the "escuelita."

5

6        6.     At the end of the day, when my foreman said the work day had ended, I had

7    to continue working in order to finish my job. I understood that my foreman wrote down

8    the time that the work day ended, for example 2:30 p.m. I was still performing work past

9    2:30 p.m. because the foreman did not tell us to stop working or he told us a couple of

10    minutes before 2:30 p.m. and there was work that I was required to finish before I left

11    work, such as helping the packer finish packing boxes of grapes. I was not paid and I have

12    never been paid for the time I spent finishing that work.

13

14        7.     When I was working for Delano Farms and Cal-Pacific, I was required to

15    show up for work when there was fog or rain. In those circumstances, the foreman

16    required that I wait at the jobsite until he either decided that our crew would begin work or

17    be sent home. I have never been paid for the time I was required to wait at the job-site

18    while my foreman determined whether or not to send us into the field. When this

19    happened, I was required to wait as long as two hours. This happened to me

20    approximately four times during the harvest season.

21

22        8.     When I was working for Delano Farms and Cal-Pacific, I was told when our

23    crew was going to move from one work location to another. I was told by Manuel Botello,

24    my foreman to meet at a certain time in the morning at a certain location in order to follow

25    him to the work location. I had to wait approximately 15 to 20 minutes in the morning at

26    the location Manuel Botello told me to wait at. Once he arrived, I followed him to the

27    work location for that day. Depending on the work location, I followed my foreman for 20

28

1   to 30 minutes to the site.  I was not paid and have never been paid for any of this travel

2   time. This happened during the harvest season.

3

4        This statement has been read to me in Spanish and I confirm that all statements

5   here are true.

6

7        I declare under penalty of perjury under the law of the United States of America

8   that the foregoing is true and correct.

9

10

11   Executed _Nov. 22_ , 2009.

12

13

14   _Jaime Nava_

15                                        Jaime Nava

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## DECLARATION OF AMELIA MAGANA

2

3     I declare that I am fluent in the Spanish language and that I read the above

4  declaration from English into Spanish to Jaime Nava.  He indicated to me that the

5  declaration is true and correct to the best of his knowledge.  I declare under penalty of

6  perjury under the laws of the State of California that the foregoing is true and correct.

7

8     Executed Nov , 22 ___ , 2009 in Lamont, California.

9

10

11                                              _Amelia Magaña_

12                                                    Amelia Magana

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

923264.1

# EXHIBIT 52

# STATEMENT OF PRUDENCIA NUNEZ

I, Prudencia Nuñez, declare as follows:

1.     I am currently an employee of Cal Pacific. I started working for Cal Pacific on or about June 2007.  My job classification is picker.  The type of work I perform is harvesting grapes, tipping, debudding, and deleafing. In 2007 I worked in Romeo (last name unknown) crew. In 2008, I worked in Jose Mendez's crew.  On average, I work 8 hours per day, 6 days per week.

2.     The facts set forth herein are true of my own personal knowledge, and if called upon to testify, I could and would competently do so under oath.

3.     I am paid $8 per hour worked plus a piece rate of 20 cents per box of grapes packed.

4.     I am required to provide my own tools and equipment that I need for my job.  The tools and equipment that I am required to take to my job are gloves, picking shears, a sharpening file and holster.  I was told by Romeo when I started working what tools I needed to take to work. I asked Romeo to give me the scissors for work and he said no he didn't have any.  I have not been provided the tool and have had to purchase it.  I have spent about $8 per picking shears and have had to purchase 2 per season.

5.     I am required to arrive at the jobsite approximately 10 minutes before the time I am set to start work.  When I get to the jobsite, I have to prepare my work area by doing things such as bring boxes to the packing table, place "bandejas" down the row and put the stickers with our group number on the boxes.  Also, I have

to attend "escuelita" which is time that our foreman talks to the entire crew about the day's work, gives us instruction or threatens workers who did not meet their picking quotas with being sent home. I am not paid and I have never been paid for the time I spend preparing for the work day.

6.     My employer Cal Pacific, pays me an hourly rate and a piece rate amount for each box of grapes I pick. The piece rate amount is called a bonus. When I receive my paycheck at the end of the week, the amount I am paid for the bonus is less than the number of boxes I picked during that week. I know that the amount of boxes I am being paid for is not right because the packer keeps track of the daily amount and it doesn't match the weekly amount on our checks. I have told my foreman that my paycheck did not have the correct number of boxes and he told me that he doesn't know why maybe the office makes mistake.

7.     When I am working with Cal Pacific, I have been told to wait in the morning at a certain location for our foreman so that I can follow him to the work location. I have waited approximately 15 minutes. Once the foreman arrives, I follow him to the work location for that day. I have not been paid for any of this travel time from one location to the work location.

8.     I believe Delano Farms and Cal Pacific are the same company because the checks are the same. In 2007 I received my checks with the name Delano Farms and in 2008 I received the check with Cal Pacific. The office is the same office. If I have a problem with my check I go and talk to the same secretary. The address is the same on both checks.

This statement has been read and to me in Spanish and I confirm that all statements here are true.

1  I declare under penalty of perjury under the laws of the United States of
2  America that the foregoing is true and correct.

3

4  Executed on March 28, 2009 in Delano, California.

5

6

7  _____

8  Prudencia Nunez

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

899235.1                                    3

1

## Declaration of Bonita Villalobos-Rivera

2

3   I declare that I am fluent in the Spanish language and that I translated the above declaration from English into Spanish to Purdencia Nuñez and she indicated that it

4   was correct to the best of her knowledge.  I declare under penalty of perjury that the above is true and correct.  Executed on March 28, 2009 in Delano, California.

5

6

7

8   Bonita Villalobos-Rivera

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT 53

# DECLARATION OF JUANA OCHOA

I, Juana Ochoa, do hereby declare as follows:

1.    The facts set forth herein are true of my own personal knowledge, and if called upon to testify thereto, I could and would competently do so under oath.

2.    I am currently an employee of Delano Farms/Cal Pacific. I have been employed by Delano Farms/Cal Pacific since 2002 or 2003. I work from May until October or November. My job title is picking grapes. On average, I work 8 hours per day, 6 days per week. I am paid approximately $8.10 per hour, and approximately 32 cents per box.

3.    For my job, I am required to pay for and provide my own tools and equipment. The tools and equipment that I have to provide, their cost, and how often they must be replaced are as follows:

| Tool | Cost | Frequency of replacement |
|------|------|--------------------------|
| Clippers | $8.00 - $10.00 | Two or three time each season |
| Gloves | $2.00 per pair | 10 times per month |
| Sunglasses | $5.00 | Depends |

4.    For my job, I have to participate in a training program prior to the start of my workday. This training program lasts, on average, 10 minutes. I do not receive, nor have I ever received, any pay for the time I spend in this mandatory training program.

5.     My employer, Delano Farms/Cal Pacific, guarantees a monetary bonus of a set amount for employees who satisfy certain performance criteria.  When I earn this bonus, my paycheck with the bonus is often less than the set amount.  The bonus I should have earned is credited to another worker.

6.     In my job with Delano Farms/Cal Pacific, my break period is either denied or shortened.  On average, one of my breaks shortened every day.  On average my break is shortened by about 3 minutes.

7.     In my job with Delano Farms/Cal Pacific, I may have to move from one field to another.  I do not receive, nor have I ever received, any pay for travel time from one work location to another.

8.     For my job, I have to clean boxes and tables before the work day begins.  On average, this task takes 5-10 minutes.  I do no receive, nor have I ever received, any pay for time spent labeling boxes before the work day begins.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed at Delano, CA on March 28, 2009.

_____ iiana Ochoa _____

I, James E. Perero am proficient in the Spanish language.  I read the above

2

1  declaration to Juana Ochoa in Spanish and have confirmed that Juana Ochoa

2  understands the contents of the declaration.

3

4

5  Executed at Delano, CA on March 28, 2009.

6

7

8  _____

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## Declaration of Certified Interpreter/Translator

I, Eva Vasquez-Camacho, declare that I am certified by the State of California as a Court Interpreter/Translator in good standing, as described in GC 68561.

I am duly certified to interpret and translate from Spanish to English and English to Spanish and have met all the proficiency requirements set by the State of California, per Certification number 301273, issued by the Administrative Office of the Courts.

I further declare that I have read and interpreted the attached document from the English to the Spanish Language to Juana Ochoa and that it is a true and accurate translation of her "Declaration of Juana Ochoa" signed on March 28, 2009 in Delano, California.

I declare under penalty of perjury, under the laws of the State of California that the foregoing is true and correct. Signed this 17th day of January of 2011 in Delano, California, County Kern.

By: Eva Vasquez-Camacho

_____

State Certified Court Interpreter/Translator

Certification No. 301273

- 1

# DECLARATION OF JUANA OCHOA.

I, Juana Ochoa, do hereby declare as follows:

1.     The facts set forth herein are true of my own personal knowledge, and if called upon to testify thereto, I could and would competently do so under oath.

2.     I am currently an employee of Delano Farms/Cal Pacific.  I have been employed by Delano Farms/Cal Pacific since 2002 or 2003.  I work from May until October or November.  My job title is picking grapes.  On average, I work 8 hours per day, 6 days per week.   I am paid approximately $8.10 per hour, and approximately 32 cents per box.

3.     For my job, I am required to pay for and provide my own tools and equipment.  The tools and equipment that I have to provide, their cost, and how often they must be replaced are as follows:

| Tool | Cost | Frequency of replacement |
|------|------|--------------------------|
| Clippers | $8.00 - $10.00 | Two or three time each season |
| Gloves | $2.00 per pair | 10 times per month |
| Sunglasses | $5.00 | Depends |

4.     For my job, I have to participate in a training program prior to the start of my workday.  This training program lasts, on average, 10 minutes.  I do not receive, nor have I ever received, any pay for the time I spend in this mandatory training program.

1

5.   My employer, Delano Farms/Cal Pacific, guarantees a monetary bonus of a set amount for employees who satisfy certain performance criteria. When I earn this bonus, my paycheck with the bonus is often less than the set amount. The bonus I should have earned is credited to another worker.

6.   In my job with Delano Farms/Cal Pacific, my break period is either denied or shortened. On average, one of my breaks shortened every day. On average my break is shortened by about 3 minutes.

7.   In my job with Delano Farms/Cal Pacific, I may have to move from one field to another. I do not receive, nor have I ever received, any pay for travel time from one work location to another.

8.   For my job, I have to clean boxes and tables before the work day begins. On average, this task takes 5-10 minutes. I do no receive, nor have I ever received, any pay for time spent labeling boxes before the work day begins.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed at Delano, CA on March 28, 2009.


Juana Ochoa

I, James E. Perero am proficient in the Spanish language. I read the above

2

1    declaration to Juana Ochoa in Spanish and have confirmed that Juana Ochoa

2    understands the contents of the declaration.

3

4

5    Executed at Delano, CA on March 28, 2009.

6

7

8    _____

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

EXHIBIT 54

## DECLARATION OF LETICIA ORTIZ

I, Leticia Ortiz, declare as follows:

1.    I am aware that this is the same exact declaration that I previously signed.  I am now signing this declaration in further support of Plaintiffs' Motion for Class Certification.

2.    I am an employee of Delano Farms and Cal-Pacific.  I work for Delano Farms and Cal-Pacific from 2004 until present day.  The work I perform is picking, deleafing, debudding, and tipping. The foreman of the crew I worked in 2006 and 2007 was Jesus Zendejas.  There were about 60 people in that crew.  I was a picker who worked in a group with one other picker and one packer.  On average, I worked more than 8 hours per day, 6 days per week.

3.    The facts set forth herein are true of my own personal knowledge, and if called upon to testify, I could and would competently do so under oath.

4.    In 2008, during the pre-harvest, I was paid $ 8.10 per hour.  During the harvest, I was paid an hourly rate plus a piece rate of $0.10 cents per black box that I picked.

5.    I was required to provide my own tools and equipment that I needed for my job.  The tools and equipment that I was required to take to my job were gloves that I bought for $2.00 a pair, picking shears that I bought for $7.00, and a holster that I bought for $7.00.  I was told by my foreman when I started working what tools I needed to take to work.  I was not provided the tools and had to purchase them.

962290.1

6.      During the pre-harvest, I was required to arrive at the jobsite approximately 15-20 minutes before the official start time.  My foreman Jesus Zendejas told me that I had to arrive 15-20 minutes before the official start time.  When I got to the jobsite, I had to wait for the workday to start.  If we did not arrive before the official start time we were reprimanded by the foreman.  I know this because I saw some co-workers when they were reprimanded by the foreman because they were late.  I also had to attend "escuelita" which was time that our foreman or supervisors of Delano Farms Humberto or Minerva (last names unknown) talked to the entire crew about the day's work or gave us instruction.  During the pre-harvest, this happened every day.  I was not paid and have never been paid for the time I spent waiting and participating in the "escuelita."

7.      During the harvest, I was required to arrive at the jobsite approximately 15-20 minutes before the official start time.  My foreman, Jesus Zendejas, told me that I had to arrive 15 minutes before the official start time.  When I got to the jobsite, I had to prepare my work area by doing things such as setting up the table, gathering boxes, bags, and stickers that were needed for that day's work.   I had to attend "escuelita" which was time that our foreman or supervisors Humberto or Minerva (last names unknown) talked to the entire crew about work or reprimanded certain workers who did not meet their picking quotas.  I was not paid and have never been paid for the time I spent preparing for the work day and participating in the "escuelita."  During the harvest, this happened six times per week.

8.      Towards the end of the day, when my foreman said the work day had ended, I had to continue working in order to finish my job.  I understood that my foreman wrote down the hour that we finished working, for example at 3:00 p.m.  We were supposed to stop working at 3:00 p.m.  I worked past 3:00 p.m. because the foreman did not tell us to stop working or he told us a couple of minutes before 3:00 p.m. to stop working.  After the

1   foreman told us to stop working at 3:00 p.m., I had to stay to finish packing boxes of
2   grapes. I worked up to 10 minutes after the official end of the day. This happened at least
3   (3) three times per week. I was not paid and have never been paid for the time I spent
4   finishing my work.

5

6        9.    I was required by my foreman to take home equipment that belonged to
7   Delano Farms and Cal-Pacific every Saturday after work, and take it to work the following
8   work day. I had to take home about 5 to 7 trays and wash them. This took me
9   approximately 15-20 minutes. I was told by my foreman that if one of these items was
10   broken or if I did not take it to work, I would be charged by my foreman. I was not paid
11   and have never been paid for the time I spent washing the trays.

12

13        10.    My employer Delano Farms and Cal-Pacific, paid me an hourly rate and a
14   piece rate amount for each box of grapes I picked and packed. The piece rate amount is
15   called a bonus. When I received my paycheck at the end of the week, the number of boxes
16   I was paid for was less than the number of boxes I picked during that week. I know that
17   the amount of boxes I was being paid for was not right because I have keep count of the
18   number of boxes I picked during that week by writing them down on a piece of paper.

19

20        11.    I was required to show up for work even when there was fog or rain. In
21   those circumstances, the foreman required that I wait at the jobsite until he either decided
22   that our crew would begin work or be sent home. I have never been paid for the time I was
23   required to wait at the jobsite while my foreman determined whether or not to send us into
24   the field. When this happened, I was required to wait as long as 30 minutes. This
25   happened to me approximately three times during the pre-harvest and harvest.

26

27

28

12.   I was told our crew was going to move from one work location to another.  I was told by Jesus Zendejas, my foreman, to meet him at a certain time in the morning at a certain location so I could follow him to the work location for that day.   I waited approximately 30 minutes in the morning at the location that my foreman told me to wait for him.   I followed the foreman to the work location for that day.  Depending on the work location, I followed my foreman for approximately 10-15 minutes to the site.  I was not paid and have never been paid for any of this travel time, nor the time I waited for him at the work site.

This statement has been read to me in Spanish and I confirm that all statements here are true.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 19, 2011 in Delano, California.

LETICIA TRINIDAD ORTIZ

Leticia Ortiz

## Declaration of Interpreter/Translator

I, Eva Vasquez-Camacho, declare that I am certified by the State of California as a Court Interpreter/Translator in good standing, as described in GC 68561.

I am duly certified to interpret and translate from Spanish to English and English to Spanish and have met all the proficiency requirements set by the State of California, per Certification number 301273, issued by the Administrative Office of the Courts.

I further declare that I have read and interpreted the attached document from the English to the Spanish Language to Leticia Ortiz, and that it is a true and accurate translation of her "Declaration of Leticia Ortiz" signed on January 19, 2011 in Delano, California. She indicated to me that her declaration is true and correct to the best of her knowledge.

I declare under penalty of perjury, under the laws of the State of California that the foregoing is true and correct. Signed this 19th day of January of 2011 in Delano, California, County Kern.

By: Eva Vasquez-Camacho

_____

State Certified Court Interpreter/Translator

Certification No. 301273

- 1 -

# DECLARATION OF LETICIA ORTIZ

I, Leticia Ortiz, declare as follows:

1.     I am an employee of Delano Farms and Cal-Pacific.  I work for Delano Farms and Cal-Pacific from 2004 until present day.  The work I perform is picking, deleafing, debudding, and tipping. The foreman of the crew I worked in 2006 and 2007 was Jesus Zendejas.  There were about 60 people in that crew.  I was a picker who worked in a group with one other picker and one packer.  On average, I worked more than 8 hours per day, 6 days per week.

2.     The facts set forth herein are true of my own personal knowledge, and if called upon to testify, I could and would competently do so under oath.

3.     In 2008, during the pre-harvest, I was paid $ 8.10 per hour.  During the harvest, I was paid an hourly rate plus a piece rate of $0.10 cents per black box that I picked.

4.     I was required to provide my own tools and equipment that I needed for my job.  The tools and equipment that I was required to take to my job were gloves that I bought for $2.00 a pair, picking shears that I bought for $7.00, and a holster that I bought for $7.00.  I was told by my foreman when I started working what tools I needed to take to work.  I was not provided the tools and had to purchase them.

5.     During the pre-harvest, I was required to arrive at the jobsite approximately 15-20 minutes before the official start time.  My foreman Jesus Zendejas told me that I had to arrive 15-20 minutes before the official start time.  When I got to the jobsite, I had to

1  wait for the workday to start.  If we did not arrive before the official start time we were

2  reprimanded by the foreman.  I know this because I saw some co-workers when they were

3  reprimanded by the foreman because they were late.  I also had to attend "escuelita" which

4  was time that our foreman or supervisors of Delano Farms Humberto or Minerva (last

5  names unknown) talked to the entire crew about the day's work or gave us instruction.

6  During the pre-harvest, this happened every day.  I was not paid and have never been paid

7  for the time I spent waiting and participating in the "escuelita."

8

9       6.     During the harvest, I was required to arrive at the jobsite approximately 15-

10  20 minutes before the official start time.  My foreman, Jesus Zendejas, told me that I had

11  to arrive 15 minutes before the official start time.  When I got to the jobsite, I had to

12  prepare my work area by doing things such as setting up the table, gathering boxes, bags,

13  and stickers that were needed for that day's work.   I had to attend "escuelita" which was

14  time that our foreman or supervisors Humberto or Minerva (last names unknown) talked to

15  the entire crew about work or reprimanded certain workers who did not meet their picking

16  quotas. I was not paid and have never been paid for the time I spent preparing for the work

17  day and participating in the "escuelita."  During the harvest, this happened six times per

18  week.

19

20       7.     Towards the end of the day, when my foreman said the work day had ended,

21  I had to continue working in order to finish my job.  I understood that my foreman wrote

22  down the hour that we finished working, for example at 3:00 p.m.  We were supposed to

23  stop working at 3:00 p.m.  I worked past 3:00 p.m. because the foreman did not tell us to

24  stop working or he told us a couple of minutes before 3:00 p.m. to stop working.  After the

25  foreman told us to stop working at 3:00 p.m., I had to stay to finish packing boxes of

26  grapes.  I worked up to 10 minutes after the official end of the day.  This happened at least

27

28

1    (3) three times per week.  I was not paid and have never been paid for the time I spent

2    finishing my work.

3

4         8.      I was required by my foreman to take home equipment that belonged to

5    Delano Farms and Cal-Pacific every Saturday after work, and take it to work the following

6    work day.  I had to take home about 5 to 7 trays and wash them.  This took me

7    approximately 15-20 minutes.  I was told by my foreman that if one of these items was

8    broken or if I did not take it to work, I would be charged by my foreman.  I was not paid

9    and have never been paid for the time I spent washing the trays.

10

11        9.      My employer Delano Farms and Cal-Pacific, paid me an hourly rate and a

12   piece rate amount for each box of grapes I picked and packed.  The piece rate amount is

13   called a bonus.  When I received my paycheck at the end of the week, the number of boxes

14   I was paid for was less than the number of boxes I picked during that week.  I know that

15   the amount of boxes I was being paid for was not right because I have keep count of the

16   number of boxes I picked during that week by writing them down on a piece of paper.

17

18        10.     When I was working for Delano Farms and Cal-Pacific, I was required to

19   show up for work even when there was fog or rain.  In those circumstances, the foreman

20   required that I wait at the jobsite until he either decided that our crew would begin work or

21   be sent home.  I have never been paid for the time I was required to wait at the jobsite

22   while my foreman determined whether or not to send us into the field.  When this

23   happened, I was required to wait as long as 30 minutes.  This happened to me

24   approximately three times during the pre-harvest.

25

26        11.     When I was working for Delano Farms and Cal-Pacific, I was told our crew

27   was going to move from one work location to another.  I was told by Jesus Zendejas, my

28

962290.1                                  3

1  foreman, to meet him at a certain time in the morning at a certain location so I could
2  follow him to the work location for that day.  I waited approximately 30 minutes in the
3  morning at the location that my foreman told me to wait for him.  I followed the foreman
4  to the work location for that day.  Depending on the work location, I followed my foreman
5  for approximately 10-15 minutes to the site.  I was not paid and have never been paid for
6  any of this travel time, nor the time I waited for him at the work site.

7

8      This statement has been read to me in Spanish and I confirm that all statements here
9  are true.

10

11     I declare under penalty of perjury under the laws of the United States of America
12  that the foregoing is true and correct.

13

14

15  Executed at Eardimart , California on 09103 , 2010.

16

17

18  LETICIA T. ORTIZ

19

20                        Leticia Ortiz

21

22

23

24

25

26

27

28

962290.4                        4

1

## DECLARATION OF AMELIA MAGANA

2

3    I declare that I am fluent in the Spanish language and that I read the above

4  declaration from English into Spanish to **Leticia Ortiz.**  She indicated to me that the

5  declaration is true and correct to the best of her knowledge.  I declare under penalty of

6  perjury under the laws of the State of California that the foregoing is true and correct.

7

8    Executed Earlimart , 2010 in 09103 , California.

9

10

11    _Amelia Magana_

12    Amelia Magana

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

962290.1                                    1

EXHIBIT 55

## DECLARATION OF ROSA ORTIZ

I, Rosa Ortiz, declare as follows:

1.    I am aware that this is the same exact declaration that I previously signed.  I am now signing this declaration in further support of Plaintiffs' Motion for Class Certification.

2.    I am an employee of Delano Farms and Cal-Pacific.  I work for Delano Farms and Cal-Pacific from 1999 until present day.  The work I perform is picking, deleafing, debudding, tipping, training, and debunching.  The foreman of the crew I worked in 2008 and 2009 was Jose Luis Pimentel.  There were approximately 60 people in that crew.  I was a packer and work in a group with two pickers.  On average, I worked more than 8 hours per day, 6 days per week.

3.    The facts set forth herein are true of my own personal knowledge, and if called upon to testify, I could and would competently do so under oath.

4.    In 2009, during the pre-harvest, I was paid $8.25 per hour.  During the harvest, I was paid an hourly rate plus a piece rate of $ .32 cents per box of grapes.

5.    I was required by my foreman to provide my own tools and equipment that I needed for my job.  The tools and equipment that I was required to take to my job were gloves that I bought for $2.00 a pair, picking shears that I bought for $7.00, a holster that I bought for $6.00, and sunglasses that I bought for $8.00.  I was told by my foreman Jose Luis Pimentel when I started working what tools I needed to take to work.  I was not provided the tools and had to purchase them myself in order to perform my job.

962234.1

6. During the pre-harvest, I was required to arrive at the jobsite approximately 20 minutes before the official start time. My foreman, Jose Luis Pimentel, told me that I had to arrive approximately 20 minutes before the official start time. When I got to the jobsite, I had to wait. I also had to attend "escuelita" which was time that our foreman Jose Luis Pimentel or our supervisor Humberto (last name unknown) from Delano Farms talked to the entire crew about the day's work or gave us instructions. I know that Humberto was the supervisor of the company because he presented himself as the supervisor of Delano Farms. During the pre-harvest, this happened approximately three times per week. I was not paid and I had never been paid for the time I spent participating in the "escuelita."

7. During the harvest, I was required to arrive at the jobsite approximately 20 minutes before the official start time. When I got to the jobsite, I had to prepare my work area by doing things such as gathering all the material needed for that day. I also had to attend "escuelita" which was the time that our foreman and supervisor Humberto (last name unknown) talked to the entire crew about work or reprimanded certain workers who did not meet their picking quotas. I was not paid and I have never been paid for the time I spent preparing for the work day and participating in the "escuelita." This happened to me approximately six times per week.

8. I was told by my foreman Jose Luis Pimentel that I had to take home equipment that belongs to Delano Farms and Cal-Pacific every day after work and take it to work the following work day. I took home the scale. My foreman told us that if one of these items was broken or I did not take it to work, I would be charged $40.00.

9. My employer Delano Farms and Cal-Pacific, paid me an hourly rate and a piece rate amount for each box of grapes I packed. The piece rate amount is called a bonus. When I received my paycheck at the end of the week, the number of boxes I was

962234.1                                                                 2

1  paid for was less than the number of boxes I packed during that week. I know that the
2  amount of boxes I was being paid for was not right because, I kept count of the number of
3  boxes that I packed during that week.    This happened to me once. I did not say anything
4  to the foreman about the count being wrong because I knew that my foreman would not do
5  anything to solve the problem. I know this because this happened to some coworkers.
6
7      10.     I was required by my foreman to show up for work even when there was fog
8  or rain. In those circumstances, the foreman required that I wait at the jobsite until the he
9  either decided that we would begin work or be sent home. I have never been paid for the
10 time I was required to wait at the jobsite while my foreman determined whether or not to
11 send us into the field. When this happened, I was required to wait as long as 30 to 45
12 minutes. This happened to me approximately three times during the pre-harvest.
13
14     11.     I was told that our crew was going to move from one work location to
15 another. I was told by my foreman Jose Luis Pimentel to meet at a certain time in the
16 morning at a certain location to follow him to the work location. I waited approximately
17 30 minutes in the morning at the location he said to meet him at.   Once the foreman
18 arrived, I followed him to the work location for that day. Depending on the work location,
19 I followed my foreman for 10-15 minutes to the site. I was not paid and have never been
20 paid for any of this travel time. I was not paid and have never been paid for any of the
21 time I waited for my foreman at the location in the morning. This happened to me on at
22 least three occasions.
23
24
25
26
27
28

1    This statement has been read to me in Spanish and I confirm that all statements here
2  are true.

3

4    I declare under penalty of perjury under the laws of the United States of America
5  that the foregoing is true and correct.  Executed in Delano, California on January 17, 2011.

6

7

8                               *Rosa M. Ortiz*

9

10                                     Rosa Ortiz

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

962234.1                                   4

SANTANA, LOPEZ & ASSOCIATES, LLC
*Professional Language Interpreters*



PO Box 6269 Oxnard, CA 93031
Phone: (805) 988-8200

## Declaration of Lilia Santana

I declare that I am a certified Interpreter fluent in the Spanish and English languages, and that I have read the declaration of <u>Rosa Ortiz</u> from English into Spanish. He/She indicated to me that the declaration is true and correct to the best of his/her knowledge. I declare under penalty of perjury under the laws of the state of California and the laws of the United States of America that the foregoing is true and correct.

Executed January 17th, 2011 in Delano, California.

*Lilia Santana*

Lilia Santana, Certification # 100534

*Verification: http://jobs.spb.ca.gov/InterpreterListing/*

# DECLARATION OF ROSA ORTIZ

I, Rosa Ortiz, declare as follows:

1.      I am an employee of Delano Farms and Cal-Pacific. I work for Delano Farms and Cal-Pacific from 1999 until present day. The work I perform is picking, deleafing, debudding, tipping, training, and debunching. The foreman of the crew I worked in 2008 and 2009 was Jose Luis Pimentel. There were approximately 60 people in that crew. I was a packer and work in a group with two pickers. On average, I worked more than 8 hours per day, 6 days per week.

2.      The facts set forth herein are true of my own personal knowledge, and if called upon to testify, I could and would competently do so under oath.

3.      In 2009, during the pre-harvest, I was paid $8.25 per hour. During the harvest, I was paid an hourly rate plus a piece rate of $ .32 cents per box of grapes.

4.      I was required by my foreman to provide my own tools and equipment that I needed for my job. The tools and equipment that I was required to take to my job were gloves that I bought for $2.00 a pair, picking shears that I bought for $7.00, a holster that I bought for $6.00, and sunglasses that I bought for $8.00. I was told by my foreman Jose Luis Pimentel when I started working what tools I needed to take to work. I was not provided the tools and had to purchase them myself in order to perform my job.

5.      During the pre-harvest, I was required to arrive at the jobsite approximately 20 minutes before the official start time. My foreman, Jose Luis Pimentel, told me that I had to arrive approximately 20 minutes before the official start time. When I got to the

962234.1

1  jobsite, I had to wait. I also had to attend "escuelita" which was time that our foreman Jose

2  Luis Pimentel or our supervisor Humberto (last name unknown) from Delano Farms talked

3  to the entire crew about the day's work or gave us instructions. I know that Humberto was

4  the supervisor of the company because he presented himself as the supervisor of Delano

5  Farms. During the pre-harvest, this happened approximately three times per week. I was

6  not paid and I had never been paid for the time I spent participating in the "escuelita."

7

8    6.    During the harvest, I was required to arrive at the jobsite approximately 20

9  minutes before the official start time. When I got to the jobsite, I had to prepare my work

10  area by doing things such as gathering all the material needed for that day. I also had to

11  attend "escuelita" which was the time that our foreman and supervisor Humberto (last

12  name unknown) talked to the entire crew about work or reprimanded certain workers who

13  did not meet their picking quotas. I was not paid and I have never been paid for the time I

14  spent preparing for the work day and participating in the "escuelita." This happened to me

15  approximately six times per week.

16

17    7.    I was told by my foreman Jose Luis Pimentel that I had to take home

18  equipment that belongs to Delano Farms and Cal-Pacific every day after work and take it

19  to work the following work day. I took home the scale. My foreman told us that if one of

20  these items was broken or I did not take it to work, I would be charged $40.00.

21

22    8.    My employer Delano Farms and Cal-Pacific, paid me an hourly rate and a

23  piece rate amount for each box of grapes I packed. The piece rate amount is called a

24  bonus. When I received my paycheck at the end of the week, the number of boxes I was

25  paid for was less than the number of boxes I packed during that week. I know that the

26  amount of boxes I was being paid for was not right because, I kept count of the number of

27  boxes that I packed during that week.   This happened to me once. I did not say anything

28

1 | to the foreman about the count being wrong because I knew that my foreman would not do
2 | anything to solve the problem. I know this because this happened to some coworkers.
3 |

4 | 9. I was required by my foreman to show up for work even when there was fog
5 | or rain. In those circumstances, the foreman required that I wait at the jobsite until the he
6 | either decided that we would begin work or be sent home. I have never been paid for the
7 | time I was required to wait at the jobsite while my foreman determined whether or not to
8 | send us into the field. When this happened, I was required to wait as long as 30 to 45
9 | minutes. This happened to me approximately three times during the pre-harvest.
10 |

11 | 10. I was told that our crew was going to move from one work location to
12 | another. I was told by my foreman Jose Luis Pimentel to meet at a certain time in the
13 | morning at a certain location to follow him to the work location. I waited approximately
14 | 30 minutes in the morning at the location he said to meet him at. Once the foreman
15 | arrived, I followed him to the work location for that day. Depending on the work location,
16 | I followed my foreman for 10-15 minutes to the site. I was not paid and have never been
17 | paid for any of this travel time. I was not paid and have never been paid for any of the
18 | time I waited for my foreman at the location in the morning. This happened to me on at
19 | least three occasions.
20 |
21 |
22 |
23 |
24 |
25 |
26 |
27 |
28 |

1    This statement has been read to me in Spanish and I confirm that all statements here

2  are true.

3

4    I declare under penalty of perjury under the laws of the United States of America

5  that the foregoing is true and correct.

6

7

8    Executed at Earlimart, California on *09/01/11*, 2010.

9

10

11  *Rosa M Ortiz*

12

13                    Rosa Ortiz

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## DECLARATION OF AMELIA MAGANA

I declare that I am fluent in the Spanish language and that I read the above declaration from English into Spanish to Rosa Ortiz.  She indicated to me that the declaration is true and correct to the best of her knowledge.  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed _Furlinant_, 2010 in ___CG/Ci___, California.

_____
Amelia Magana

# EXHIBIT 56

# DECLARATION OF CARMEN PALACIOS

I, Carmen Palacios, declare as follows:

1.     I am aware that this is the same exact declaration that I previously signed.  I am now signing this declaration in further support of Plaintiffs' Motion for Class Certification.

2.     I am an employee of Delano Farms and Cal-Pacific.  I started working for Delano Farms/Cal Pacific in or about 2006.  The type of work I perform is picking grapes, and packing grapes in a cooler.  On average, I worked 8 hours per day, 6 days per week.

3.     The facts set forth herein are true of my own personal knowledge, and if called upon to testify, I could and would competently do so under oath.

4.     During the pre-harvest work, I am/was paid $8.10 per hour.  During the harvest, I am/was paid an hourly rate plus a piece rate of 30 cents per box.

5.     I was required to provide my own tools and equipment that I needed for my job.  The tools and equipment that I was required to take to my job are gloves, picking shears, pruning shears, a sharpening file and holster and protective goggles.  I was told by my foreman, Miguel Sotelo, what tools I needed to take to work.  I have not been provided the tools and have had to purchase them.

6.     I am required to arrive at the jobsite approximately 15-30 minutes before the time I am set to start work.  My foreman instructed us when and where to show up.  When I get to the jobsite, I have to prepare my work area by doing things such as folding and preparing tables, preparing trays, and putting the tables in the fields.  Also, I have to attend

976135.1

1    "escuelita" which is time that foreman talks to the entire crew about the day's work, gives

2    us instructions or reprimands certain workers who did not meet their picking quota the day

3    before.  I am not paid and I have never been paid for the time I have spent preparing the

4    work day and participating in the "escuelita".

5

6    　　　7.    I have had to stay after the time the foreman says we are to stop work for ten

7    to fifteen minutes for which I have not been paid.  This happens approximately twice a

8    year.  This is to clean the space area for the foremen.  I am not paid and I have never been

9    paid for the time I have spent cleaning the work area or the company's trays.

10

11   　　　8.    I have to perform maintenance and/or cleaning of equipment that belongs to

12   Delano Farms/Cal Pacific outside of my regular working hours.  On average, I spend thirty

13   to forty five maintaining and/or cleaning work equipment each week.  I am not paid and I

14   have never been paid for the time I spend maintaining and/or cleaning work-related

15   equipment.

16

17   　　　9.    My employer Delano Farms/Cal Pacific pays me an hourly rate and a piece

18   rate amount for each box of grapes I pick.  The piece amount is called a bonus.  When I

19   receive my paycheck at the end of the week, the amount I am paid for the bonus is less

20   than the number of boxes I picked during that week.  I have complained about this to the

21   head office, and they told me they could not do anything about it.

22

23   　　　10.    When I am working for Delano Farms/cal Pacific, I am not given my full

24   amount of time for my lunch break or not allowed to take a lunch break because the

25   foreman orders us to take that time to pick more, or put labels on boxes.  On average, I am

26   required to skip a lunch break four to five times per week.

27

28

11.     When I am working with Delano farms/Cal Pacific, I have been told our crew is going to move from one work location to another.  If our crew makes the change of location during the day, we are not paid for the time we spend in changing to the new location.  I have been told to wait in the morning at a certain location for our foreman so that I can follow him to the work location.  I have waited approximately thirty minutes.  Once the foreman arrives, I follow him to the work location for that day.  I have not been paid for any of this travel time from one work location to another.

This statement has been read to me in Spanish and I confirm that all statements here are true.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 19, 2011 in Delano, California.


Carmen Palacios
Carmen Palacios

976135.1                                                      3

## Declaration of Interpreter/Translator

I, Eva Vasquez-Camacho, declare that I am certified by the State of California as a Court Interpreter/Translator in good standing, as described in GC 68561.

I am duly certified to interpret and translate from Spanish to English and English to Spanish and have met all the proficiency requirements set by the State of California, per Certification number 301273, issued by the Administrative Office of the Courts.

I further declare that I have read and interpreted the attached document from the English to the Spanish Language to Carmen Palacios, and that it is a true and accurate translation of her "Declaration of Carmen Palacios" signed on January 19, 2011 in Delano, California. She indicated to me that her declaration is true and correct to the best of her knowledge.

I declare under penalty of perjury, under the laws of the State of California that the foregoing is true and correct. Signed this 19th day of January of 2011 in Delano, California, County Kern.

By: Eva Vasquez-Camacho

_____

State Certified Court Interpreter/Translator

Certification No. 301273

- 1

# STATEMENT OF CARMEN PALACIOS

I, Carmen Palacios, declare as follows:

1.    I am employee of Delano Farms/Cal Pacific.  I started working for Delano Farms/Cal Pacific in or about 2006.   The type of work I perform is picking grapes, and packing grapes in a cooler.  On average, I worked 8 hours per day, 6 days per week.

2.    The facts set forth herein are true of my own personal knowledge, and if called upon to testify, I could and would competently do so under oath.

3.    I was paid $8.10 per hour worked.  I was paid an hourly rate plus a piece rate of between 15 cents and 30 cents per box.

4.    I was required to provide my own tools and equipment that I needed for my job.  The tools and equipment that I was required to take to my job are gloves, picking shears, pruning shears, a sharpening file and holster and protective goggles. I was told by my foreman, Miguel Sotelo, what tools I needed to take to work.   I have not been provided the tools and have had to purchase them.

5.    I am required to arrive at the jobsite approximately 15-30 minutes before the time I am set to start work.  My foreman instructed us when and where to show up. When I get to the jobsite, I have to prepare my work area by doing things such as folding and preparing the tables, preparing the trays, and putting the tables in the fields.. Also, I have to attend "escuelita" which is time that our foreman talks to the entire crew about the day's work, gives us instructions or reprimands certain workers who did not meet their picking quotas the day before.  I am not paid and I

899235.1

have never been paid for the time I have spent preparing for the work day and participating in the "escuelita."

6.     I have had to stay after the time the foreman says we are to stop work for ten to fifteen minutes for which I have not been paid. This happens approximately twice a year. This is to clean the work space area for the foreman. I am not paid and I have never been paid for the time I have spent cleaning the work area or the company's trays.

7.     I have to perform maintenance and/or cleaning of equipment that belongs to Delano Farms/Cal Pacific outside of my regular working hours. On average, I spend thirty to forty five maintaining and/or cleaning work equipment each week. I am not paid and I have never been paid for the time I spend maintaining and/or cleaning work-related equipment.

8.     My employer Delano Farms/Cal Pacific pays me an hourly rate and a piece rate amount for each box of grapes I pick. The piece rate amount is called a bonus. When I receive my paycheck at the end of the week, the amount I am paid for the bonus is less than the number of boxes I picked during that week. I have complained about this to the head office, and they told me they could not do anything about it.

9.     When I am working for Delano Farms/Cal Pacific, I am not given my full amount of time for my lunch break or not allowed to take a lunch break because the foreman orders us to take that time to pick more, or put labels on boxes. On average, I am required to skip a lunch break four to five times per week.

10.     When I am working with Delano Farms/Cal Pacific, I have been told our crew is going to move from one work location to another.  If our crew makes the change of location during the day, we are not paid for the time we spend in changing to the new location. I have been told to wait in the morning at a certain location for our foreman so that I can follow him to the work location.   I have waited approximately thirty minutes.  Once the foreman arrives, I follow him to the work location for that day.  I have not been paid for any of this travel time from one work location to another.


This statement has been read and explained to me in Spanish and I confirm that all statements here are true.


I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Executed on March 28, 2009 in Delano, California..





I, Sandra Puga am fluent in English and Spanish. I have read and explained the

above declaration in Spanish to the declarant.




Sandra Puga