# EXHIBIT 57

## DECLARATION OF CRUZ BERTHA PANAGUA

I, Cruz Bertha Panagua, declare as follows:

1.      I am aware that this is the same exact declaration that I previously signed.  I am now signing this declaration in further support of Plaintiffs' Motion for Class Certification.

2.      The facts set forth herein are true of my own personal knowledge, and if called upon to testify thereto, I could and would competently do so under oath.

3.      I am currently an employee of Delano Farms/Cal Pacific. I have been employed by Delano Farms/ Cal Pacific since approximately August 2005. My job is picking grapes. On average, I work 8 hours per day, 6 days per week. I am paid approximately $8.00 per hour, and approximately 30 cents per box.

4.      For my job, I am required to pay for and provide my own tools and equipment. The tools and equipment that I have to provide, their cost, and how often they must be replaced are as follows:

| Tool | Cost | Frequency of replacement |
|------|------|--------------------------|
| Clippers | $3 to $7 | Once per season |
| Sharpening tools | $3 | Once per season |
| Oil | $4 | Once per season |
| Gloves | $2 per pair | One to two pairs per week |
| Bandanas | $6 to $10 | Once per season |

976437.1

| Holder for clippers | $5 | Once per season |
|---|---|---|

5.    For my job, I have to participate in a training program prior to the start of my workday. This training program lasts, on average, 10 minutes. I do not receive, nor have I every received, any pay for the time I spend in this mandatory training program.

This statement has been read to me in Spanish and I confirm that all statements here are true.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed at Delano, CA on January 26, 2011.

976437.1                                                    2

<u>Declaration of Interpreter/Translator</u>

I, Eva Vasquez-Camacho, declare that I am certified by the State of California as a Court Interpreter/Translator in good standing as described in GC 68561.

I am duly certified to interpret and translate from Spanish to English and English to Spanish and have met all the proficiency requirements set by the State of California, per Certification number 301273, issued by the Administrative Office of the Courts.

I further declare that I read and translated the attached "<u>Declaration of Cruz Bertha Panagua</u>," to Ms. Cruz Bertha Panagua from the English to the Spanish Language and that it is a true and accurate translation of said document. She further indicated to me that her declaration is true and correct to the best of her knowledge, and signed it on January 26, 2011.

I declare under penalty of perjury, under the laws of the State of California that the foregoing is true and correct. Signed this 26th day of January of 2011, in Delano, California, County of Kern.

By:  Eva Vasquez-Camacho

State Certified Court Interpreter

Certification No. 301273

- 1

# DECLARATION OF CRUZ BERTHA PANAGUA.

I, Cruz Bertha Panagua, do hereby declare as follows:

1.    The facts set forth herein are true of my own personal knowledge, and if called upon to testify thereto, I could and would competently do so under oath.

2.    I am currently an employee of Delano Farms/Cal Pacific.  I have been employed by Delano Farms/Cal Pacific since approximately August 2005.  My job is picking grapes.  On average, I work 8 hours per day, 6 days per week.  I am paid approximately $8.00 per hour, and approximately 30 cents per box.

3.    For my job, I am required to pay for and provide my own tools and equipment.  The tools and equipment that I have to provide, their cost, and how often they must be replaced are as follows:

| Tool | Cost | Frequency of replacement |
|------|------|--------------------------|
| Clippers | $3 to $7 | Once per season |
| Sharpening tools | $3 | Once per season |
| Oil | $4 | Once per season |
| Gloves | $2 per pair | One to two pairs per week |
| Bandanas | 6 for $10 | Once per season |

| Holder for clippers | $5 | Once per season |
|---|---|---|

4.    For my job, I have to participate in a training program prior to the start of my workday. This training program lasts, on average, 10 minutes. I do not receive, nor have I ever received, any pay for the time I spend in this mandatory training program.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed at Delano, CA on March 28, 2009.



_____

I, James E. Perero am proficient in the Spanish language. I read the above declaration to NAME in Spanish and have confirmed that NAME understands the contents of the declaration.

Executed at Delano, CA on March 28, 2009.

_____

EXHIBIT 58

## DECLARATION OF LOURDES RAMIREZ

I, Lourdes Ramirez, declare as follows:

1.     I am aware that this is the same exact declaration that I previously signed. I am now signing this declaration in further support of Plaintiffs' Motion for Class Certification.

2.     I am an employee of Delano Farms and Cal-Pacific. I have worked for Delano Farms and Cal-Pacific since 2006 and continue to work for them up to the present day.  The work I perform is picking, deleafing, debudding, tipping, training and debunching.  The foreman of the crew I work in is Jose Luis (last name unknown).  There are about 50-60 people working in the same crew.  I am a picker and work in a group with one other picker and one packer.  On average, I work more than 8 hours per day, 6 days per week.

3.     The facts set forth herein are true of my own personal knowledge, and if called upon to testify, I could and would competently do so under oath.

4.     In 2008, during the pre-harvest, I was paid $ 8.10 per hour.  During the harvest, I was paid an hourly rate plus a piece rate of $0 .30 cents per box.

5.     I was required by my foreman, Jose Luis, to provide my own tools and equipment that I needed for my job.  The tools and equipment that I was required to take to my job were gloves that I bought for $2.50 a pair, picking shears that I bought for $14.00, a pair of sunglasses that I bought for $5.00 and a holster that I bought for $15.00.  I was told by my foreman when I started working what tools I needed to take to work.  I asked

963356.1

1   for the tools, but my foreman told me that he does not give out tools.  I have not been

2   provided the tools needed to perform my job and have had to purchase them myself.

3

4        6.     During the pre-harvest, I was required to arrive at the jobsite approximately

5   20 minutes before the official start time.  My foreman, Jose Luis (last name unknown) told

6   me that I had to arrive approximately 20 minutes before the official start time.  When I got

7   to the jobsite, I had to wait for the workday to start.  Also, I had to attend "escuelita" which

8   was time that our foreman talked to the entire crew about the day's work or gave us

9   instruction.  During the pre-harvest, this happened approximately two times per week.  I

10   was not paid and have never been paid for the time I spent waiting and participating in the

11   "escuelita."

12

13        7.     During the harvest, I was required by my foreman to arrive at the jobsite

14   approximately 20 before the official start time.  When I arrived to the jobsite, I had to

15   prepare my work area by doing things such as setting up the table with boxes, stickers,

16   bags and other material needed for that day.  I also had to attend "escuelita" which was

17   time that our foreman talked to the entire crew about work or reprimanded certain workers

18   who did not meet their picking quotas.  This happened every day that I worked.  I was not

19   paid and I have never been paid for the time I spent preparing for the work day and

20   participating in the "escuelita."

21

22        8.     At the end of the day, when my foreman said the work day had ended, I had

23   to continue working in order to finish my job.  I understood that my foreman wrote down

24   the time that we finished working.  For example, if he told us that we were going to stop

25   work at 3:00 p.m. that day, I had to work past 3:00 p.m. because the foreman did not tell us

26   to stop working.  I have also worked past 3:00 p.m. because the foreman told us a couple

27   of minutes before 3:00 p.m. to stop working.  I was required by my foreman, after he told

28

1  us to stop working, to help finish packing boxes of grapes because there were grapes to
2  pack and we could not leave them unpacked before leaving for the day. I was not paid and
3  have never been paid for the time I spent finishing my work which was required by my
4  foreman to complete.

5

6      9.    I was required by my foreman to take home equipment that belonged to
7  Delano Farms and Cal-Pacific everyday after work and take it to work the following work
8  day. I was told by my foreman that I had to take home the scale.  If one of these items
9  was broken or I did not take it to work, I was charged by my foreman.

10

11     10.    My employer Delano Farms and Cal-Pacific, paid me an hourly rate and a
12  piece rate amount for each box of grapes I picked and packed.  The piece rate amount is
13  called a bonus. When I received my paycheck at the end of the week, the number of boxes
14  I was paid for was less than the number of boxes I picked during that week.  I know that
15  the amount of boxes I was being paid for was not right because I have kept count of the
16  number of boxes I picked during that week by writing down the number of boxes.  I have
17  told my foreman that my paycheck did not have the correct number of boxes and he did
18  not do anything to correct the situation.

19

20     11.    I was required to show up for work even when there was fog or rain.  In
21  those circumstances, the foreman required that I wait at the jobsite until he either decided
22  that our crew would begin work or be sent home.  I have never been paid for the time I was
23  required to wait at the jobsite while my foreman determined whether or not to send us into
24  the field.  When this happened, I was required to wait as long as 1 ½ to 2 hours.  This
25  happened to me approximately four times during the harvest.

26

27

28

963356.1                                    3

1

2

3        This statement has been read to me in Spanish and I confirm that all statements here

4   are true.

5

6        I declare under penalty of perjury under the laws of the United States of America

7   that the foregoing is true and correct.

8

9

10       Executed on January 19, 2011 in Delano, California.

11

12

13                              Lourdes Ramirez

14

15                                  Lourdes Ramirez

16

17

18

19

20

21

22

23

24

25

26

27

28

963356.1                                 4

<u>Declaration of Interpreter/Translator</u>

I, Eva Vasquez-Camacho, declare that I am certified by the State of California as a Court Interpreter/Translator in good standing, as described in GC 68561.

I am duly certified to interpret and translate from Spanish to English and English to Spanish and have met all the proficiency requirements set by the State of California, per Certification number 301273, issued by the Administrative Office of the Courts.

I further declare that I have read and interpreted the attached document from the English to the Spanish Language to Lourdes Ramirez, and that it is a true and accurate translation of her "<u>Declaration of Lourdes Ramirez</u>" signed on January 19, 2011 in Delano, California. She indicated to me that her declaration is true and correct to the best of her knowledge.

I declare under penalty of perjury, under the laws of the State of California that the foregoing is true and correct. Signed this 19th day of January of 2011 in Delano, California, County Kern.

By: Eva Vasquez-Camacho



_____

State Certified Court Interpreter/Translator

Certification No. 301273

- 1

# DECLARATION OF LOURDES RAMIREZ

I, Lourdes Ramirez, declare as follows:

1.      I am an employee of Delano Farms and Cal-Pacific.  I have worked for Delano Farms and Cal-Pacific since 2006 and continue to work for them up to the present day.   The work I perform is   picking, deleafing, debudding, tipping, training and debunching.  The foreman of the crew I work in is Jose Luis (last name unknown).  There are about 50-60 people working in the same crew.  I am a picker and work in a group with one other picker and one packer.  On average, I work more than 8 hours per day, 6 days per week.

2. The facts set forth herein are true of my own personal knowledge, and if called upon to testify, I could and would competently do so under oath.

3.      In 2008, during the pre-harvest, I was paid $ 8.10 per hour.   During the harvest, I was paid an hourly rate plus a piece rate of $0 .30 cents per box.

4.      I was required by my foreman, Jose Luis, to provide my own tools and equipment that I needed for my job.  The tools and equipment that I was required to take to my job were gloves that I bought for $2.50 a pair, picking shears that I bought for $14.00, a pair of sunglasses that I bought for $5.00 and a holster that I bought for $15.00.  I was told by my foreman when I started working what tools I needed to take to work.  I asked for the tools, but my foreman told me that he does not give out tools.  I have not been provided the tools needed to perform my job and have had to purchase them myself.

963356.1

5.     During the pre-harvest, I was required to arrive at the jobsite approximately 20 minutes before the official start time. My foreman, Jose Luis (last name unknown) told me that I had to arrive approximately 20 minutes before the official start time. When I got to the jobsite, I had to wait for the workday to start. Also, I had to attend "escuelita" which was time that our foreman talked to the entire crew about the day's work or gave us instruction. During the pre-harvest, this happened approximately two times per week. I was not paid and have never been paid for the time I spent waiting and participating in the "escuelita."

6.     During the harvest, I was required by my foreman to arrive at the jobsite approximately 20 before the official start time. When I arrived to the jobsite, I had to prepare my work area by doing things such as setting up the table with boxes, stickers, bags and other material needed for that day. I also had to attend "escuelita" which was time that our foreman talked to the entire crew about work or reprimanded certain workers who did not meet their picking quotas. This happened every day that I worked. I was not paid and I have never been paid for the time I spent preparing for the work day and participating in the "escuelita."

7.     At the end of the day, when my foreman said the work day had ended, I had to continue working in order to finish my job. I understood that my foreman wrote down the time that we finished working. For example, if he told us that we were going to stop work at 3:00 p.m. that day, I had to work past 3:00 p.m. because the foreman did not tell us to stop working. I have also worked past 3:00 p.m. because the foreman told us a couple of minutes before 3:00 p.m. to stop working. I was required by my foreman, after he told us to stop working, to help finish packing boxes of grapes because there were grapes to pack and we could not leave them unpacked before leaving for the day. I was not paid and

1 | have never been paid for the time I spent finishing my work which was required by my
2 | foreman to complete.

3 |

4 | 8. I was required by my foreman to take home equipment that belonged to
5 | Delano Farms and Cal-Pacific everyday after work and take it to work the following work
6 | day. I was told by my foreman that I had to take home the scale. If one of these items
7 | was broken or I did not take it to work, I was charged by my foreman.

8 |

9 | 9. My employer Delano Farms and Cal-Pacific, paid me an hourly rate and a
10 | piece rate amount for each box of grapes I picked and packed. The piece rate amount is
11 | called a bonus. When I received my paycheck at the end of the week, the number of boxes
12 | I was paid for was less than the number of boxes I picked during that week. I know that
13 | the amount of boxes I was being paid for was not right because I have kept count of the
14 | number of boxes I picked during that week by writing down the number of boxes. I have
15 | told my foreman that my paycheck did not have the correct number of boxes and he did
16 | not do anything to correct the situation.

17 |

18 | 10. I was required to show up for work even when there was fog or rain. In
19 | those circumstances, the foreman required that I wait at the jobsite until he either decided
20 | that our crew would begin work or be sent home. I have never been paid for the time I was
21 | required to wait at the jobsite while my foreman determined whether or not to send us into
22 | the field. When this happened, I was required to wait as long as 1 ½ to 2 hours. This
23 | happened to me approximately four times during the harvest.

24 |
25 |
26 |
27 |
28 |

1      This statement has been read to me in Spanish and I confirm that all statements here

2  are true.

3

4      I declare under penalty of perjury under the laws of the United States of America

5  that the foregoing is true and correct.

6

7

8      Executed at _Earlimart_, California on _09/09_, 2010.

9

10

11      _Lourdes Ramirez_

12

13      Lourdes Ramirez

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

963356.1          4

1

## DECLARATION OF LOURDES RAMIREZ

2

3       I declare that I am fluent in the Spanish language and that I read the above
4   declaration from English into Spanish to **Lourdes Ramirez.**   She indicated to me that the
5   declaration is true and correct to the best of his/her knowledge.  I declare under penalty of
6   perjury under the laws of the State of California that the foregoing is true and correct.

7

8       Executed Earlimart_____, 2010 in  09 / 09_____, California.

9

10

11   _____

12                  Amelia Magana

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT 59

## DECLARATION OF CLAUDER RODRIGUEZ

I, Clauder Rodriguez, declare as follows:

1.    I am aware that this is the same exact declaration that I previously signed. I am now signing this declaration in further support of Plaintiffs' Motion for Class Certification.

2.    I was an employee of Delano Farms and Cal-Pacific. I worked for Delano Farms and Cal-Pacific from 2003 until February 2010. The work I did was pruning, deleafing, debudding, tipping, training, debunching and, picking. The foreman of the crew I worked in was Jesus Zendejas. There were approximately 60 people in that crew. I was a packer and worked in a group with two pickers. On average, I worked more than 8 hours per day, 6 days per week.

3.    The facts set forth herein are true of my own personal knowledge, and if called upon to testify, I could and would competently do so under oath.

4.    In 2009, during the pre-harvest, I was paid $ 8.10 per hour. During the harvest, I was paid an hourly rate plus a piece rate of $0 .30 cents per box of grapes.

5.    I was required by my foreman to provide my own tools and equipment that I needed for my job. The tools and equipment that I was required to take to my job were gloves that I bought for $2.00 a pair which I had to replace twice a week, picking shears that I bought for $8.00, pruning shears that I bought for $45.00, holster that I bought for $7.00, and scale (this is a block that the workers buy at Home Depot) that I bought for $2.00. I was told by my foreman when I started working what tools I needed to take to

962295.1

1  work.  I asked Jesus Zendejas to give me the tools for work and he refused.  I was not

2  provided the tools and had to purchase them myself in order to perform my job.

3

4        6.     During the pre-harvest, I was required to arrive at the jobsite approximately

5  15-20 minutes before the official start time.  My foreman, Jesus Zendejas, told me that I

6  had to arrive at the jobsite 15-20 minutes before the official start time.  When I got to the

7  jobsite, I had to wait for the "escuelita" to start.  "Escuelita" is when the foreman talked to

8  the entire crew about the day's work or gave us instruction.  During the pre-harvest, this

9  happened approximately six times per week.  I was not paid and have never been paid for

10  the time I spent waiting and participating in the "escuelita."

11

12        7.     During the harvest, I was required to arrive at the jobsite approximately 30

13  minutes before the official start time.  My foreman, Jesus Zendejas, told me that I had to

14  arrive at the jobsite 30 minutes before the official start time.  When I got to the jobsite, I

15  had to prepare my work area by doing things such as setting up the table with boxes, bags,

16  labels and all the material needed for that day.  Also, I had to attend "escuelita" which was

17  time that our foreman talked to the entire crew about work or reprimanded certain workers

18  who did not meet their picking quotas.  I was not paid and Have never been paid for the

19  time I spent preparing for the work day and participating in the "escuelita."  During the

20  harvest, this happened approximately six times per week.

21

22        8.     At the end of the day, when my foreman said the work day had ended, I was

23  required to continue working in order to finish my job.  My foreman wrote down the hour

24  that we finished working.  We were supposed to stop at 3:00 p.m.  I worked past 3:00 p.m.

25  because the foreman did not tell us to stop working.  I also worked past 3:00 p.m. because

26  the foreman told us a couple of minutes before 3:00 p.m. to stop working.  I had to

27  continue working after he told us to stop, in order to help finish packing boxes of grapes.  I

28

962295.1               2

1  was not paid and have never been paid for the time I spent finishing my work which was
2  require by my foreman.
3
4     9.    I had to take home equipment that belonged to Delano Farms and Cal-Pacific
5  everyday after work and bring it to work the following work day.  I was required by my
6  foreman Jesus Zendejas to take home the scale and approximately 7 trays.  Every Saturday
7  I was required by my foreman to wash the trays.  I was told by my foreman that if one of
8  these items was broken or if I did not take it to work, I would be charged by my foreman.
9  I was not paid and have never been paid for the time I spent washing the trays.
10
11    10.    My employer Delano Farms and Cal-Pacific, paid me an hourly rate and a
12  piece rate amount for each box of grapes I packed.  The piece rate amount is called a
13  bonus.  When I received my paycheck at the end of the week, the number of boxes I was
14  paid for was less than the number of boxes I picked during that week.  I know that the
15  amount of boxes I was being paid for was not right because I kept count of the number of
16  boxes I packed during that week by writing them down on a piece of paper.  I told my
17  foreman that my paycheck did not pay me for the correct number of boxes.  My foreman
18  ignored me and chose not do anything to correct the situation.
19
20    11.    When I was working for Delano Farms and Cal-Pacific, I was required to
21  show up for work even when there was fog or rain.  In those circumstances, the foreman
22  required that I wait at the jobsite until he either decided that our crew would begin work or
23  be sent home.  I have never been paid for the time I was required to wait at the jobsite
24  while my foreman determined whether or not to send us into the field.  When this
25  happened, I was required to wait as long as 1 hour.  This happened to me approximately
26  more than 6 times during the pre-harvest.
27
28

962295.1                                    3

1       12.    While working for Delano Farms and Cal-Pacific, I was told that our crew
2   was going to move from one work location to another. I was told by my foreman to meet
3   at a certain time in the morning at a certain location and to follow my foreman to the work
4   location. I waited approximately 30 minutes in the morning at the location where I was
5   told by my foreman to wait. Once the foreman arrived, I followed him to the work
6   location for that day. Depending on the work location, I have followed my foreman for up
7   to 10 minutes to a given site. I was not paid and have never been paid for any of this travel
8   time, nor the time I had to wait for the foreman to arrive in order to follow him to the work
9   location.

10

11       This statement has been read to me in Spanish and I confirm that all statements here
12   are true.

13

14       I declare under penalty of perjury under the laws of the United States of America
15   that the foregoing is true and correct.

16

17

18       Executed on January 19, 2011 in Delano, California.

19

20

21                              _____

22                                     Clauder Rodriguez

23

24

25

26

27

28

962295.1                                    4

<u>Declaration of Interpreter/Translator</u>

I, Eva Vasquez-Camacho, declare that I am certified by the State of California as a Court Interpreter/Translator in good standing, as described in GC 68561.

I am duly certified to interpret and translate from Spanish to English and English to Spanish and have met all the proficiency requirements set by the State of California, per Certification number 301273, issued by the Administrative Office of the Courts.

I further declare that I have read and interpreted the attached document from the English to the Spanish Language to Clauder Rodriguez, and that it is a true and accurate translation of his "<u>Declaration of Clauder Rodriguez</u>" signed on January 19, 2011 in Delano, California. He indicated to me that his declaration is true and correct to the best of his knowledge.

I declare under penalty of perjury, under the laws of the State of California that the foregoing is true and correct. Signed this 19th day of January of 2011 in Delano, California, County Kern.

By: Eva Vasquez-Camacho

_____

State Certified Court Interpreter/Translator

Certification No. 301273

- 1

# DECLARATION OF CLAUDER RODRIGUEZ

I, Clauder Rodriguez, declare as follows:

1.      I was an employee of Delano Farms and Cal-Pacific.  I worked for Delano Farms and Cal-Pacific from 2003 until February 2010.  The work I did was pruning, deleafing, debudding, tipping, training, debunching and, picking. The foreman of the crew I worked in was Jesus Zendejas.  There were approximately 60 people in that crew.  I was a packer and worked in a group with two pickers.  On average, I worked more than 8 hours per day, 6 days per week.

2.      The facts set forth herein are true of my own personal knowledge, and if called upon to testify, I could and would competently do so under oath.

3.      In 2009, during the pre-harvest, I was paid $ 8.10 per hour.  During the harvest, I was paid an hourly rate plus a piece rate of $0 .30 cents per box of grapes.

4.      I was required by my foreman to provide my own tools and equipment that I needed for my job.  The tools and equipment that I was required to take to my job were gloves that I bought for $2.00 a pair which I had to replace twice a week, picking shears that I bought for $8.00, pruning shears that I bought for $45.00, holster that I bought for $7.00, and scale (this is a block that the workers buy at Home Depot) that I bought for $2.00.  I was told by my foreman when I started working what tools I needed to take to work.  I asked Jesus Zendejas to give me the tools for work and he refused.  I was not provided the tools and had to purchase them myself in order to perform my job.

962295.1

1    5.    During the pre-harvest, I was required to arrive at the jobsite approximately

2  15-20 minutes before the official start time.  My foreman, Jesus Zendejas, told me that I

3  had to arrive at the jobsite 15-20 minutes before the official start time.  When I got to the

4  jobsite, I had to wait for the "escuelita" to start.  "Escuelita" is when the foreman talked to

5  the entire crew about the day's work or gave us instruction.  During the pre-harvest, this

6  happened approximately six times per week.  I was not paid and have never been paid for

7  the time I spent waiting and participating in the "escuelita."

8

9    6.    During the harvest, I was required to arrive at the jobsite approximately 30

10  minutes before the official start time.  My foreman, Jesus Zendejas, told me that I had to

11  arrive at the jobsite 30 minutes before the official start time.  When I got to the jobsite, I

12  had to prepare my work area by doing things such as setting up the table with boxes, bags,

13  labels and all the material needed for that day.  Also, I had to attend "escuelita" which was

14  time that our foreman talked to the entire crew about work or reprimanded certain workers

15  who did not meet their picking quotas.  I was not paid and Have never been paid for the

16  time I spent preparing for the work day and participating in the "escuelita."  During the

17  harvest, this happened approximately six times per week.

18

19    7.    At the end of the day, when my foreman said the work day had ended, I was

20  required to continue working in order to finish my job.  My foreman wrote down the hour

21  that we finished working.  We were supposed to stop at 3:00 p.m.  I worked past 3:00 p.m.

22  because the foreman did not tell us to stop working.  I also worked past 3:00 p.m. because

23  the foreman told us a couple of minutes before 3:00 p.m. to stop working.  I had to

24  continue working after he told us to stop, in order to help finish packing boxes of grapes.  I

25  was not paid and have never been paid for the time I spent finishing my work which was

26  require by my foreman.

27

28

8.      I had to take home equipment that belonged to Delano Farms and Cal-Pacific everyday after work and bring it to work the following work day.  I was required by my foreman Jesus Zendejas to take home the scale and approximately 7 trays.  Every Saturday I was required by my foreman to wash the trays.  I was told by my foreman that if one of these items was broken or if I did not take it to work, I would be charged by my foreman.  I was not paid and have never been paid for the time I spent washing the trays.

9.      My employer Delano Farms and Cal-Pacific, paid me an hourly rate and a piece rate amount for each box of grapes I packed.  The piece rate amount is called a bonus.  When I received my paycheck at the end of the week, the number of boxes I was paid for was less than the number of boxes I picked during that week.  I know that the amount of boxes I was being paid for was not right because I kept count of the number of boxes I packed during that week by writing them down on a piece of paper.  I told my foreman that my paycheck did not pay me for the correct number of boxes.  My foreman ignored me and chose not do anything to correct the situation.

10.     When I was working for Delano Farms and Cal-Pacific, I was required to show up for work even when there was fog or rain.  In those circumstances, the foreman required that I wait at the jobsite until he either decided that our crew would begin work or be sent home.  I have never been paid for the time I was required to wait at the jobsite while my foreman determined whether or not to send us into the field.  When this happened, I was required to wait as long as 1 hour.  This happened to me approximately more than 6 times during the pre-harvest.

11.     While working for Delano Farms and Cal-Pacific, I was told that our crew was going to move from one work location to another.  I was told by my foreman to meet at a certain time in the morning at a certain location and to follow my foreman to the work

1  location.  I waited approximately 30 minutes in the morning at the location where I was
2  told by my foreman to wait.  Once the foreman arrived, I followed him to the work
3  location for that day.  Depending on the work location, I have followed my foreman for up
4  to 10 minutes to a given site.  I was not paid and have never been paid for any of this travel
5  time, nor the time I had to wait for the foreman to arrive in order to follow him to the work
6  location.

7

8      This statement has been read to me in Spanish and I confirm that all statements here
9  are true.

10

11      I declare under penalty of perjury under the laws of the United States of America
12  that the foregoing is true and correct.

13

14

15  Executed at _Earlimart_____, California on ___09 / 03_____, 2010.

16

17

18  _____

19                                      Clauder Rodriguez

20

21

22

23

24

25

26

27

28

962295.1                        4

1

## DECLARATION OF AMELIA MAGANA

2

3       I declare that I am fluent in the Spanish language and that I read the above

4   declaration from English into Spanish to Clauder Rodriguez. He indicated to me that the

5   declaration is true and correct to the best of his knowledge. I declare under penalty of

6   perjury under the laws of the State of California that the foregoing is true and correct.

7

8       Executed Earlimart , 2010 in   09/03   , California.

9

10

11                          Amelia Magaña

12                              Amelia Magana

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

EXHIBIT 60

## DECLARATION OF PEDRO ROMERO

I, Pedro Romero declare as follows:

1.     I am aware that this is the same exact declaration that I previously signed.  I am now signing this declaration in further support of Plaintiffs' Motion for Class Certification.

2.     I am currently an employee of Delano Farms and T&R Banji formerly named Cal-Pacific.  I started working for Delano Farms and Cal-Pacific in 2000.  The work I do is pruning, debudding, deleafing, picking and packing in cold storage. I worked in Javier Garcia's Crew from 2005 to 2008; I started working in Josefina Garcia's crew (crew #55) this year.  There are approximately 35 workers in our crew during the pre-harvest and 60 workers during the harvest.  I am a picker and I push the wheelbarrow, I work in a group with another picker and a packer.  On average, I work 8 hours per day, 6 days per week.

3.     The facts set forth herein are true of my own personal knowledge, and if called upon to testify, I could and would competently do so under oath.

4.     During the pre-harvest work, I am paid $8.10 per hour.  During the harvest, I am paid an hourly rate plus a piece rate of $0.32 cents per box of grapes.

5.     I am required to provide my own tools and equipment that I need for my job. The tools and equipment that I am required to take to my job are pruning gloves that I buy for $5.00 to $7.00 each pair and have to replace once a week, pruning shears which I buy for $50.00, two per season, pruning shear replacement blades which I buy for $15.00 each blade and buy two per season, rubber stoppers which I buy for $2.50 each and buy one per season, picking shears which I buy for $10.00 to $12.00 and buy 2 per season, a

976198.1

1   sharpening file which I buy for $6.00 and lasts 2 years and a holster which I buy for $5.00
2   to $6.00 and last several seasons. On the occasions that they have provided pruning shears
3   they are of very poor quality and we can't carry out our work.  Workers usually only use
4   the employer's pruning shears if their own shears break while they are working and there is
5   no other alternative

6

7         6.      During the pre-harvest work, I am required to arrive at the jobsite
8   approximately 15 minutes before the official start time.  I have to attend "escuelita" which
9   is time that our foreman talks to the entire crew about the day's work, gives us instruction
10  and talks about work safety.  During the pre-harvest work, this happens approximately 6
11  times per week.  I am not paid and I have never been paid for the time I spend participating
12  in the "escuelita."

13

14        7.      During the harvest, I am required to arrive at the jobsite approximately 15-20
15  minutes before the official start time.  When I get to the jobsite, I have to prepare my work
16  area by doing things such as taking the wheelbarrow out from deep within the rows,
17  pulling the table out from inside the rows, opening the table and gathering materials such
18  as boxes, labels, shells and saline liners.  Also, I have to attend "escuelita" which is time
19  that our foreman or sometimes the supervisors named Jason and Hubmerto talk to the
20  entire crew about grape quality that they require, set the quotas, and push us to compete
21  with other crews in regard to how many boxes we complete.  I am not paid and I have
22  never been paid for the time I spend preparing for the work day an participating in the
23  "escuelita."

24

25        8.      When I am working for Delano Farms and Cal-Pacific, I have seen some
26  workers working during their 10 minutes break because they are trying to meet production.

27

28

9.      When I am working ford Delano Farms and cal-Pacific, I am required to show up for work even when it rains.  In these circumstances, the foreman requires that I wait at the jobsite until he or she either decides that we will begin work or be sent home, I have never been paid for the time I am required to wait at the job-site while my foreman determines whether or not to send us into the field.  When this happens, I have been required to wait as long as 120 minutes.  This has happened to me approximately 2 times this year.  This happens approximately 5 times a year.

10.     When I am working for Delano Farms and cal-Pacific, for the past 3 years I have not been allowed to leave the worksite during the 30 minutes break.  The foreman told us that the workers are on company time and that they would be responsible for any accident that may occur to us while we are outside of the worksite during the 30 minutes break.

11.     When I am working with Delano Farms and Cal-Pacific, I have been told our crew is going to move form one work location to another, I have been told by the foreman to meet at a certain time in the morning at a certain location to follow my foreman to the work location.  I have waited approximately 15 to 20 minutes in the morning for my foeman to arrive at the location where he tells us to wait form him. One the foreman arrives, I follow him to the work location for that day.  I have followed my foreman for approximately 5 minutes to the site.  This happens approximately once a week.  I am not paid and have never been paid for any of this wait and travel time.

12.     For the duration of the harvest in 2007 I worked in the cold storage packing grapes.  When I worked in the cold storage I worked under the supervision of my foreman Javier Garcia and her reports to Jason (last name unknown to me).

This statement has been read to me in Spanish and I confirm that all statements here are true.

1    I declare under penalty of perjury under the laws of the United States of America

2  that the foregoing is true and correct.

3

4

5    Executed on January 19, 2011 in Delano, California.

6

7

8

Pedro A Romero

Pedro Romero

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

976198.1                                        4

<u>Declaration of Interpreter/Translator</u>

. I, Eva Vasquez-Camacho, declare that I am certified by the State of California as a Court Interpreter/Translator in good standing, as described in GC 68561.

I am duly certified to interpret and translate from Spanish to English and English to Spanish and have met all the proficiency requirements set by the State of California, per Certification number 301273, issued by the Administrative Office of the Courts.

I further declare that I have read and interpreted the attached document from the English to the Spanish Language to Pedro Romero, and that it is a true and accurate translation of his "<u>Declaration of Pedro Romero</u>" signed on January 19, 2011 in Delano, California. He indicated to me that his declaration is true and correct to the best of his knowledge.

I declare under penalty of perjury, under the laws of the State of California that the foregoing is true and correct. Signed this 19th day of January of 2011 in Delano, California, County Kern.

By: Eva Vasquez-Camacho



State Certified Court Interpreter/Translator

Certification No. 301273

- 1

### DECLARATION OF PEDRO ROMERO

I, Pedro Romero, declare as follows:

1.     I am currently an employee of Delano Farms and T&R Banji formerly named Cal-Pacific.  I started working for Delano Farms and Cal-Pacific in 2000.  The work I do is pruning, debudding, deleafing, picking and packing in the cold storage. I worked in Javier Garcia's crew from 2005 to 2008; I started working in Josefina Garcia's crew (crew #55) this year.  There are approximately 35 workers in our crew during the pre-harvest and 60 workers during the harvest.  I am a picker and I push the wheelbarrow, I work in a group with another picker and a packer.  On average, I work 8 hours per day, 6 days per week.

2.     The facts set forth herein are true of my own personal knowledge, and if called upon to testify, I could and would competently do so under oath.

3.     During the pre-harvest work, I am paid $ 8.10 per hour.  During the harvest, I am paid an hourly rate plus a piece rate of $0.32 per box of grapes.

4.     I am required to provide my own tools and equipment that I need for my job. The tools and equipment that I am required to take to my job are  pruning gloves that I buy for $5.00 to $7.00 each pair and have to replace once a week, pruning shears which I buy for $50.00, two per season, pruning shear replacement blades which I buy for $15.00 each blade and buy two per season, rubber stoppers which I buy for $2.50 each and buy one per season, picking shears which I buy for $10.00 to $12.00 and buy 2 per season, a sharpening file which I buy for $6.00 and lasts 2 years and a holster which I buy for $5.00 to $6.00 and lasts several seasons.  On the occasions that they have provided pruning shears they are of very poor quality and we can't carry out our work.  Workers usually

908472.1

1   only use the employer's pruning shears if their own shears break while they are working

2   and there is no other alternative.

3

4       5.    During the pre-harvest work, I am required to arrive at the jobsite

5   approximately 15 minutes before the official start time. I have to attend "escuelita" which

6   is time that our foreman talks to the entire crew about the day's work, gives us instruction

7   and talks about work safety. During the pre-harvest work, this happens approximately 6

8   times per week. I am not paid and I have never been paid for the time I spend participating

9   in the "escuelita."

10

11       6.    During the harvest, I am required to arrive at the jobsite approximately 15-20

12   minutes before the official start time. When I get to the jobsite, I have to prepare my work

13   area by doing things such as taking the wheelbarrow out from deep within the rows,

14   pulling the table out from inside the rows, opening the table and gathering materials such

15   as boxes, labels, shells and saline liners. Also, I have to attend "escuelita" which is time

16   that our foreman or sometimes the supervisors named Jason and Humberto talk to the

17   entire crew about the grape quality that they require, set the quotas, and push us to compete

18   with other crews in regard to how many boxes we complete. I am not paid and I have

19   never been paid for the time I spend preparing for the work day and participating in the

20   "escuelita."

21

22       7.    When I am working for Delano Farms and Cal-Pacific, I have seen some

23   workers working during their 10 minute break because they are trying to meet production.

24

25       8.    When I am working for Delano Farms and Cal-Pacific, I am required to

26   show up for work even when it rains. In these circumstances, the foreman requires that I

27   wait at the jobsite until he or she either decides that we will begin work or be sent home. I

28   have never been paid for the time I am required to wait at the job-site while my foreman

1 determines whether or not to send us into the field. When this happens, I have been
2 required to wait as long as 120 minutes. This has happened to me approximately 2 times
3 this year. This happens approximately 5 times a year.

4

5     9.    When I am working for Delano Farms and Cal-Pacific, for the past 3 years I
6 have not been allowed to leave the worksite during the 30 minute break. The foreman told
7 us that the workers are on company time and that they would be responsible for any
8 accident that may occur to us while we are outside of the worksite during the 30 minute
9 break.

10

11     10.    When I am working with Delano Farms and Cal-Pacific, I have been told our
12 crew is going to move from one work location to another. I have been told by the foreman
13 to meet at a certain time in the morning at a certain location to follow my foreman to the
14 work location. I have waited approximately 15 to 20 minutes in the morning for my
15 foreman to arrive at the location where he tells us to wait for him. Once the foreman
16 arrives, I follow him to the work location for that day. I have followed my foreman for
17 approximately 5 minutes to the site. This happens approximately once a week. I am not
18 paid and have never been paid for any of this wait and travel time.

19

20     11.    For the duration of the harvest in 2007 I worked in the cold storage packing
21 grapes. When I worked in the cold storage I worked under the supervision of my foreman
22 Javier Garcia and he reports to Jason (last name unknown to me).

23

24     This statement has been read to me in Spanish and I confirm that all statements here
25 are true.

26

27     I declare under penalty of perjury under the laws of the United States of America
28 that the foregoing is true and correct.

908472.1                                    3

1

2

3      Executed ___JUNE 10___, 2009.

4

5

6

7

8

9                   _Pedro Romero_

10                     Pedro Romero

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

908472.1                  4

## DECLARATION OF ERIKA OROPEZA

I declare that I am fluent in the Spanish language and that I read the above declaration from English into Spanish to Pedro Romero.  He indicated to me that the declaration is true and correct to the best of his knowledge.  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed _JUNE   10_, 2009 in Delano, California.

_Erika Oropeza_

Erika Oropeza

# EXHIBIT 61

1

## DECLARATION OF ARTEMIO RUIZ

2

3      I, Artemio Ruiz, declare as follows:

4

5      1.      I am currently an employee of Delano Farms and Cal-Pacific.  I started

6    working for Delano Farms and Cal-Pacific approximately 5 years ago.  The work I do is

7    packing, picking, tipping and deleafing.  I worked in Willy's crew for 2005 or 2006 crew, I

8    have since then worked in crews #58 and #40, there are approximately 60 workers in my

9    crews.  I am a picker and work in a group with one other picker and one packer or

10   sometimes just one picker and one packer.  On average, I work 8 hours per day, 6 days per

11   week.

12

13     2.      The facts set forth herein are true of my own personal knowledge, and if

14   called upon to testify, I could and would competently do so under oath.

15

16     3.      During the pre-harvest work, I am paid $8.00 per hour.  During the harvest, I

17   am paid an hourly rate plus a piece rate of $0.30 per box of grapes.

18

19     4.      I am required to provide my own tools and equipment that I need for my job.

20   The tools and equipment that I am required to take to my job are gloves that I buy for

21   $2.00 per pair and need 1 to 2 pairs per week, picking shears which I buy for $10.00 and

22   need to buy every season, shears for cutting the vine which I bought for $12 and a holster

23   which I buy for $5.00 and lasts several seasons.  When I was first hired I was told by my

24   foreman Efren (last name unknown, he is currently a supervisor) that we needed to bring

25   our own tools to work.  I have not been provided the tools and have had to purchase them.

26

27     5.      During the harvest work, I am required to arrive at the jobsite approximately

28   15 minutes before the official start time.  When I get to the jobsite, I have to prepare my

900571.1

and get the work materials such as boxes, bags, labels, and padded liners. Also, I have to attend "escuela" which is time that our foreman talks to the entire crew about the day's work, the quality of grape they require and they remind us to work at a fast pace. I am not paid and I have never been paid for the time I spend preparing for the work day and participating in the "escuela."

6.     At the end of the day, when my foreman says the work day has ended, I have had to continue working in order to finish my job. My foreman doesn't announce that it is time to stop working until 5 minutes before the stop time or the actual stop time. We are supposed to stop at 3:00 p.m., but this depends on the time we start. I have worked past 3:00 p.m. because the foreman tells us that in those last 5 minutes we're trying to finish up our work we can pick more grapes. The foreman requires that we have 4 to 5 trays of grapes when he announces that it is time o stop. We have to pack the remaining grapes, put the materials away either in the table or the foreman's truck, close the table and store it within the rows, store the wheelbarrow deep within the rows and pick up the trash. I have stayed to finish this work 15 to 20 minutes after the stop time, this happens 2 to 3 times per week. I am not paid and I have never been paid for the time I spend finishing my work.

7.     From the start of my employment until 2007 I had to take home the trays that belong to Delano Farms and Cal-Pacific. At the end of the work week I had to bring 7 to 10 trays to wash at home, this would take up to 60 minutes. I was not paid and I have never been paid for the time I spend working at home.

8.     My employer Delano Farms and Cal-Pacific, pay me $8.00 an hour and $0.30 for each box of grapes my table picks and packs. The piece rate amount is called a bonus. When I receive my paycheck at the end of the week, the number of boxes I am paid for is less than the number of boxes my table picked and packed. The packer keeps count and tells us how many boxes our table has done, at the end of the work week our

1  table compares paychecks and we see that our bonus amount isn't correct.  On one
2  occasion the packer on my team complained that the bonus amount was incorrect, the
3  foreman responded that no worker was obligated to stay here if we wanted to work that
4  was fine and if not we should find employment elsewhere.  After the packer complained
5  the foreman started to pressure us to work harder and increased our quota.

6

7      9.      When I am working for Delano Farms and Cal-Pacific, my 10 minute break
8  time in the morning or the afternoon is either made shorter or I am not given a break period
9  because the foreman does not announce our break until our break starts.  It can take several
10  minutes to arrive to our break area, the area where we store our meals and where the
11  foreman sets up the drinking water and portable toilet.  Two years ago the foreman
12  announced our break but approximately 5 to 10 of us workers were too far to hear.  It
13  wasn't until we looked up and noticed that the rest of the workers were taking their break.
14  We rushed to the break area and at our meal in 3-4 minutes and then had to return to work.
15  If the foreman is not watching and we know that our break is going to begin we start
16  walking towards the break area,  but if the foreman sees us he send us back to work until
17  he announce the break.

18

19      10.     When I am working for Delano Farms and Cal-Pacific, I am required to
20  show up for work even when it rains.  When it rains, the foreman requires that I wait up to
21  30 minutes at the jobsite until he either decides that we will begin work or be sent home.
22  This happens 2 to 3 time per year.  Also, towards the end of harvest when the temperature
23  drops we are required to show up to work and wait for 60 minutes for the dew to dry.  This
24  happens daily for approximately 2 to 3 weeks.  I am not paid and I have never been paid
25  for the time I am required to wait to enter work.

26

27      This statement has been read to me in Spanish and I confirm that all statements here
28  are true.

1    I declare under penalty of perjury under the laws of the United States of America

2  that the foregoing is true and correct.

3

4

5    Executed _May 9_, 2009.

6

7

8              _Artemio Ruiz S_

9

10              Artemio Ruiz

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

900571.1           4

1

2

## DECLARATION OF ARTEMIO RUIZ

3

4

5

6

    I declare that I am fluent in the Spanish language and that I read the above declaration from English into Spanish to Artemio Ruiz. He indicated to me that the declaration is true and correct to the best of his knowledge. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

7

8

    Executed _May_ _9_ , 2009 in Delano, California.

9

10

11

12

13

                        Maria G. Larios

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

900571.1

1

EXHIBIT 62

# DECLARATION OF ISABEL SANCHEZ

I, Isabel Sanchez, declare as follows:

1.      I am currently an employee of Delano Farms and Cal-Pacific.  I started working for Delano Farms and Cal-Pacific in 2005 and continue to work there until the present day.   The work I perform is pruning, deleafing, debudding, tipping training, debunching, packing, picking, in cold storage.  I work in Rosa Salinas' crew.  In the field approximately 50 people worked in the same crew.  I was a picker and worked in a group with one other picker and one packer.  On average, I worked more than 8 hours per day, 6 days per week.

2.      The facts set forth herein are true of my own personal knowledge, and if called upon to testify, I could and would competently do so under oath.

3.      In 2007, during the pre-harvest, I was paid $ 7.75 per hour.   During the harvest, I was paid an hourly rate plus a piece rate of $0.32 cents per box of grapes.

4.      I was required to provide my own tools and equipment that I needed for my job.   The tools and equipment that I was required to take to my job were gloves that I bought for $5.00 per package and had 12 pairs, picking shears that I bought for $8.00, pruning shears that I bought for $35.00, and a holster that I bought for $7.00.  I was told by my forewoman Rosa Salinas when I started working what tools I needed to take to work.  I asked Rosa Salinas to give me the tools for work and she did, but she was charging for the tools I never bought the tools from her.  I had to purchase the tools by myself.

900571.2

5.     During the pre-harvest, I was required to arrive at the jobsite approximately 15 before the official start time.  My forewoman, Rosa Salinas told me that I had to arrive to work approximately 15 minutes before the official start time. When I got to the jobsite, I had to wait for the work day to start. I also had to attend "escuelita" ("school") which was the time that our forewoman talked to the entire crew about the day's work or gave us instruction.  During the pre-harvest, this happened approximately 6 times per week.  I was not paid and I have never been paid for the time I spent waiting for the work day to start and participating in the "escuelita."

6.     During the harvest, I was required by my forewoman to arrive at the jobsite approximately 30 minutes before the official start time.  When I get to the jobsite, I had to prepare my work area by doing things such as setting up the table with all the material needed for that day.  I also had to attend "escuelita" which was the time that our forewoman talked to the entire crew about work or reprimanded certain workers who did not meet their picking quotas.  I was not paid and I have never been paid for the time I spent preparing for the work day and participating in the "escuelita."

7.     At the end of the day, when my forewoman said the work day has ended, I had to continue working in order to finish my job.  I understood that my forewoman wrote down the hour that we finished working. For example, if we were supposed to stop at 3:00 p.m. I had to work past 3:00 p.m. because the foreman told us a couple of minutes before 3:00 p.m. to stop working.  I was required by my forewoman, after she told us to stop working, to help finish packing boxes of grapes.  I was not paid and have never been paid for the time I spent finishing my work which was required by my forewoman.

8.     I was required by my forewoman to take home equipment that belonged to Delano Farms and Cal-Pacific everyday after work and take to work the following work

1   day. I took home the scale. My forewoman told me that if this item was broken or I did

2   not take it to work I would be charged the cost of the scale, and that amount would be

3   deducted from my paycheck.

4

5        9.    I was required to show up for work even when there is fog or rain. In those

6   circumstances, the foreman required that I wait at the jobsite until she either decided that

7   we would begin work or be sent home. I had never been paid for the time I was required

8   to wait at the jobsite while my foreman determined whether or not to send us into the field.

9   When this happened, I was required to wait as long as one hour. This happened to me

10  approximately more than five times during the pre-harvest.

11

12       10.    I have been told our crew was going to move from one work location to

13  another. I was told by my forewoman Rosa Salinas to meet at a certain time in the

14  morning before we started working at a certain location to follow her to the work location.

15  I waited approximately 30 minutes in the morning at the location she told us to meet her at.

16  Once the forewoman arrived, I followed her to the work location for that day. Depending

17  on the work location, I followed my forewoman for 10-15 minutes to the site. I was not

18  paid and have never been paid for any of this travel time. This happened to me on at least

19  three occasions.

20

21

22

23

24

25

26

27

28

900571.2                                      3

1    This statement has been read to me in Spanish and I confirm that all statements here
2  are true.

3

4    I declare under penalty of perjury under the laws of the United States of America
5  that the foregoing is true and correct.

6

7

8    Executed at ___Earlimart___, California on ___09|13___, 2010.

9

10

11   ___Isobel. Sanchez___

12

13                                    Isabel Sanchez

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## DECLARATION OF AMELIA MAGANA

I declare that I am fluent in the Spanish language and that I read the above declaration from English into Spanish to **Isabel Sanchez.** He indicated to me that the declaration is true and correct to the best of his knowledge. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed _____ 09/13 _____ , 2010 in _____ Earlimart _____ , California.


_____
Amelia Magana

900571.2                                1

# EXHIBIT 63

# STATEMENT OF AGUSTIN SANTIAGO

I, Agustin Santiago, declare as follows:

1.     I was an employee of Delano Farms/Cal Pacific Management, P.C.  I started working for Delano Farms/Cal Pacific Management, P.C. on or about 2004. The type of work I was performing in the fields was picking and pruning. On average, I worked 9 hours per day, 6 days per week.  This did not include the time that I was required to show up before of the start of the work day.

2.     The facts set forth herein are true of my own personal knowledge, and if called upon to testify, I could and would competently do so under oath.

3.     I was paid $8.10 per hour worked.  I was paid an hourly rate plus a piece rate of 32 cents per box I picked.

4.     I was required to provide my own tools and equipment that I need for my job.  The tools and equipment that I was required to take to my job are gloves, picking shears, pruning shears, a sharpening file and holster and protective goggles.

5.     I am required to arrive at the jobsite approximately 20 minutes before the time I am set to start work. When I get to the jobsite, I have to prepare my work area by doing things such as grab materials for the grapes and set up the tables. Also, I have to attend "escuelita" which is time that our foreman talks to the entire crew about the day's work, gives us instructions or reprimands certain workers who did not meet their picking quotas.  I am not paid and I have never been paid for the time I spent preparing for the work day and participating in the "escuelita."

899235.1

6.     I have to stay after the time the foreman says we are to stop work to finish my job.  My foreman writes down the hour that we finish working.  We are supposed to stop at 3:30 p.m.

7.     My employer Delano Farms/Cal Pacific Management, P.C., pays me an hourly rate and a piece rate amount for each box of grapes I pick.  The piece rate amount is called a bonus.  When I receive my paycheck at the end of the week, the amount I am paid for the bonus is less than the number of boxes I picked during that week.  I have complained to Mateo Rogelio about the fact I was not paid for all the boxes I turned in. To date, I have not been paid for all the boxes I picked.

8.     I have been required to place labels on produce boxes before the work day begins.  On average, this takes 20 minutes.  I am not paid and have never been paid for the time spent labeling boxes before the work day begins.

9.     In my experience I have observed that Delano Farms supervisors will stop the work if they don't like how the work is being performed.

This statement has been read and explained to me in Spanish and I confirm that all statements here are true.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed March 2 8 , 2009 in Delano, CA.

Agustin santiago

I, Sandra Puga am fluent in English and Spanish. I have read and explained the above declaration in Spanish to the declarant.

_____
Sandra Puga

899235.1                                        3

# EXHIBIT 64

## DECLARATION OF PASCUALA SANTIAGO

I, Pascuala Santiago, declare as follows:

1.     I am currently an employee of Delano Farms and Cal-Pacific.  I started working for Delano Farms and Cal-Pacific on or about July of 2002.  The work I do is pruning, debudding, tipping, deleafing, packing and picking.  In 2007, I worked for 3 months in the cold storage.  I've worked in Sergio Medina's crew since approximately April of 2008, before that I worked for Jesus Cendejas's crew for almost 2 years and before that Rogelio Mateo's crew for almost 5 years.  I am generally a packer and sometimes pick as well.  I work in a team of 1 picker, 1 packer and 1 person who pushes the wheelbarrow and also picks.  On average, I work 8 to 10 hours per day, 6 days per week.

2.     The facts set forth herein are true of my own personal knowledge, and if called upon to testify, I could and would competently do so under oath.

3.     During the pre-harvest work, I am paid $8.10 per hour.  During the harvest, I am paid an hourly rate plus a piece rate of $0.29 per box of packed grapes.

4.     I am required to provide my own tools and equipment that I need for my job. The tools and equipment that I am required to take to my job are gloves intended for packers which I buy for $8.00 per pair, and need 4 to 5 pairs per season, picking shears which I buy for $8.00 and need 1 to 2 per season, pruning shears which I buy for $37.00 to $40.00 which last 2 to 3 seasons,  pruning shears replacement blades which I buy for $12 each and need up to 2 per season, rubber stoppers  for the pruning shears which I buy for $2.00 each and need 2 per season, fasteners for the pruning shears which I buy for $14.00 and need one per season, shears for cutting suckers which I purchase for $15.00 and need 2

905026.1

per season, a sharpening file which I buy for $7.00 and need one per year and a holster which I buy for $6.00 and need one per year. I was told by my foreman Rogelio Mateo when I started working what tools I needed to take to work. Sometimes the company provides pruning shears, but they are difficult to use because they are heavy and hard to handle. On the occasions that the company provides pruning shears the foremen tell us that if we have your own tools use them because the company's are no good.

5.      During the harvest, I am required to arrive at the jobsite approximately 30 minutes before the official start time. When I get to the jobsite, I have to prepare my work area by doing things such as taking out the table from within the crews, opening the table, getting boxes, labels and shells and arranging them at the table. I also have to mark the boxes with our table number and label the boxes and shells. Also, I have to attend "escuela" which is the time that our foreman talks to the entire crew about work and sets the quotas and identifies and reprimands the tables that are not meeting their quotas. I am not paid and I have never been paid for the time I spend preparing for the work day and participating in the "escuela."

6       During the pre-harvest work, I am required to attend "escuela", it is scheduled when there is a problem that needs to be addressed or adjustments need to be made to our work. The foreman notifies us the day before that there will be "escuela", we are told to show up 15 minutes early. During the pre-harvest work, this happens approximately 3 time per week. I am not paid and I have never been paid for the time I spend participating in the "escuela."

7.      During the harvest, at the end of the day, when my foreman says the work day has ended, I have had to continue working in order to finish my job. We are supposed to stop at 3:00 p.m. I have worked past 3:00 p.m. because the foreman does not tell us to stop working until it is already 3:00 p.m. When I have told the foreman a couple of

1  minutes before the time we are to end that it is time to stop so we can finish on time at 3:00

2  p.m., he tells me that the time on my watch doesn't count and he tells us when to stop. I

3  have to stay to pack the remaining grapes, put away the boxes, labels and shells, close the

4  table and secure it within the rows and pick up the trash. I have to stay approximately 15

5  to 20 minutes after the stop time. I am not paid and I have never been paid for the time I

6  spend finishing my work.

7

8       8.    Every harvest prior to 2007, I had to take approximately 7 to 8 trays that I

9  use for picking grapes and are the company's property home to wash them every day, this

10 takes approximately 20 minutes.

11

12      9.    My employer Delano Farms and Cal-Pacific, pay me an hourly rate and a

13 piece rate amount for each box of grapes I pick and are packed at my table. The piece rate

14 amount is called a bonus. When I receive my paycheck at the end of the week, the number

15 of boxes I am paid for is less than the number of boxes I picked during that week. I know

16 that the amount of boxes I am being paid for is not right because I am the packer and I

17 keep track and write down the number of boxes that my team has picked and packed

18 during the work day. When I ask the checker how many boxes our table has been credited

19 for she avoids answering and gives the number to the foreman. When I complained to the

20 foreman Rogelio Mateo that the checker was not keeping an accurate count of our boxes

21 he answered that my tally doesn't count, only his.

22

23      10.    During the harvest, when I am working for Delano Farms and Cal-Pacific, I

24 work through my 30 minute break to meet production and earn more bonuses to make up

25 for the ones that the company does not credit to me. When I am working for Delano

26 Farms and Cal-Pacific the foreman Sergio Medina has told workers that are not meeting

27 production to work through their 10 minute breaks.

28

905026.1                                    3

11.   During the pre-harvest work the foreman does not announce the second 10 minute break so that workers work through it. On average, I am required to skip a regular 10 minute break 2 to 3 times per week during the pre-harvest work.

12.   When I am working for Delano Farms and Cal-Pacific, I am required to show up for work even when there is rain. In these circumstances, the foreman requires that I wait at the jobsite until he either decides that we will begin work or be sent home. I have never been paid for the time I am required to wait at the job-site while my foreman determines whether or not to send us into the field. When this happens, I have been required to wait as long as 60 minutes. This happens to me approximately 3 to 5 times a year.

13.   During the harvest, when I am working for Delano Farms and Cal-Pacific, I work through my 30 minute break to meet production and earn more bonuses to make up for the ones that the company does not credit to me. On average, I am required to work during this 30 minute break 3 to 4 times per week. On average, my 30 minute break is made shorter by 15 to 20 minutes because I return to work early. The foreman Jesus Cendejas told us not to leave the jobsite during our 30 minute break; if someone does they are reprimanded.

14.   When I am working with Delano Farms and Cal-Pacific, I have been told our crew is going to move from one work location to another. I have been told by the foremen to meet at a certain hour in the morning at the company shop to follow my foreman to the work location. I have waited approximately 60 minutes in the morning. Once the foreman arrives, I follow him to the work location for that day. Depending on the work location, I have followed my foreman for up to 30 minutes to the site. I am not paid and have never been paid for any of this travel time.

1       This statement has been read to me in Spanish and I confirm that all statements here

2   are true.

3

4       I declare under penalty of perjury under the laws of the United States of America

5   that the foregoing is true and correct.

6

7

8   Executed _May___9__, 2009.

9

10

11   _____

12

13                   Pascuala Santiago

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## DECLARATION OF PASCUALA SANTIAGO

2

3   I declare that I am fluent in the Spanish language and that I read the above

4   declaration from English into Spanish to Pascuala Santiago. She indicated to me that the

5   declaration is true and correct to the best of her knowledge. I declare under penalty of

6   perjury under the laws of the State of California that the foregoing is true and correct.

7

8   Executed _May   7_, 2009 in Delano, California.

9

10

11   _____

12   Maria G. Larios

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

905026.1                                    1

# EXHIBIT 65

# DECLARATION OF MANUEL SILVANO

I, Manuel Silvano, declare as follows:

1.      I am currently an employee of Delano Farms and Cal-Pacific.  I started working for Delano Farms and Cal-Pacific on or about July of 2002.  The work I do is pruning, debudding, tipping, deleafing, packing and picking.  In 2007, I worked in the cold storage for approximately three (3) months.  I've worked in Sergio Medina's crew since approximately April of 2008, before that I worked for Jesus Cendejas's crew for almost 2 years and before that Rogelio Mateo's crew for almost five (5) years.  During the harvest I work as a picker in a team of 1 picker, 1 packer and one 1 person who pushes the wheelbarrow and also picks.  On average, I work 8 to 10 hours per day, 6 days per week.

2.      The facts set forth herein are true of my own personal knowledge, and if called upon to testify, I could and would competently do so under oath.

3.      During the pre-harvest work, I am paid $8.10 per hour.  During the harvest, I am paid an hourly rate plus a piece rate of $0.29 per box of packed grapes.

4.      I am required to provide my own tools and equipment that I need for my job.  The tools and equipment that I am required to take to my job are gloves that I buy for $6.00 for a packet of 6 pairs which last 1 to 2 weeks, picking shears which I buy for $8.00 and need 1 to 2 per season, pruning shears which I buy for $37.00 to $40.00 which last 2 to 3 seasons,  pruning shears replacement blades which I buy for $12 each and need up to 2 per season, rubber stoppers  for the pruning shears which I buy for $2.00 each and need 2 per season, fasteners for the pruning shears which I buy for $14.00 and need one per season, shears for cutting suckers which I purchase for $15.00 and need 2 per season and a holster which I buy for $6.00 and need one per year.  I was told by my foreman Rogelio

905018.1

1  Mateo when I started working what tools I needed to take to work.   On the occasions that
2  the company provides pruning shears I have to attach rubber stoppers and saw off the end
3  of the handles so that they are workable.

4

5          5.      During  the  harvest,  I  am  required  to  arrive  at  the  jobsite
6  approximately 30 minutes before the official start time.  When I get to the jobsite, I have to
7  prepare my work area by doing things such as taking out the wheelbarrow and table from
8  within the crews, opening the table, getting boxes, labels and shells and arranging them at
9  the table.  I also have to mark the boxes with our table number and label the boxes and
10  shells.  Also, I have to attend "escuela" which is the time that our foreman talks to the
11  entire crew about work and sets the quotas and identifies and reprimands the tables that are
12  not meeting their quotas.   I am not paid and I have never been paid for the time I spend
13  preparing for the work day and participating in the "escuela."

14

15      6.      During the pre-harvest work, I am required to attend "escuela", it is
16  scheduled when there is a problem that needs to be addressed or adjustments need to be
17  made to our work.  The foreman notifies us the day before that there will be "escuela", we
18  are told to show up 15 minutes early.  During the pre-harvest work, this happens
19  approximately 3 time per week.  I am not paid and I have never been paid for the time I
20  spend participating in the "escuela."

21

22      7.      During the harvest, at the end of the day, when my foreman says the work
23  day has ended, I have had to continue working in order to finish my job.  We are supposed
24  to stop at 3:00 p.m.  I have worked past 3:00 p.m. because the foreman does not tell us to
25  stop working until it is already 3:00 p.m.  I have to stay to put away the boxes, labels and
26  shells, close the table and secure it within the rows, secure the wheelbarrow deep into the
27  rows to prevent it from being stolen and pick up the trash.  I have to stay approximately 15

28

1  to 20 minutes after the stop time.  I am not paid and I have never been paid for the time I

2  spend finishing my work.

3

4  8.   Every harvest prior to 2007, I had to take approximately 7 to 8 trays home to

5  wash them every day, this takes approximately 20 minutes.

6

7  9.   My employer Delano Farms and Cal-Pacific, pays me an hourly rate and a

8  piece rate amount for each box of grapes I pick and are packed at my table.  The piece rate

9  amount is called a bonus.  When I receive my paycheck at the end of the week, the number

10  of boxes I am paid for is less than the number of boxes I picked during that week.  I know

11  that the amount of boxes I am being paid for is not right because the packer in our team

12  keeps track of our boxes that we pick and pack and our tally is different from what we are

13  paid. .

14

15  10.   When I am working for Delano Farms and Cal-Pacific the foreman Sergio

16  Medina tells workers that are not meeting production to work through their 10 minute

17  breaks.

18

19  11.   During the pre-harvest work the foreman does not announce the second 10

20  minute break and that causes many workers in my crew to continue working through that

21  break.  On average, I am required to skip my 10 minute break 2 to 3 times per week during

22  the pre-harvest work because I don't know that the time has come to take the break.

23

24  12.   When I am working for Delano Farms and Cal-Pacific, I am required to

25  show up for work even when there is rain.  In these circumstances, the foreman requires

26  that I wait at the jobsite until he either decides that we will begin work or be sent home.  I

27  have never been paid for the time I am required to wait at the job-site while my foreman

28  determines whether or not to send us into the field.  When this happens, I have been

required to wait as long as 60 minutes.  This happens to me approximately 3 to 5 times a year.

13.    During the harvest, when I am working for Delano Farms and Cal-Pacific, I see workers working during the 30 minute break to meet production.  When I worked in foreman Jesus Cendejas' crew, he told us not to leave the jobsite during our 30 minute break; if someone does they are reprimanded.

14.    When I am working with Delano Farms and Cal-Pacific, I have been told our crew is going to move from one work location to another.    I have been told by the foreman to meet at a certain hour in the morning at the company shop to follow my foreman to the work location.  I have waited approximately 60 minutes in the morning. Once the foreman arrives, I follow him to the work location for that day.  Depending on the work location, I have followed my foreman for up to 30 minutes to the site.  I am not paid and have never been paid for any of this travel time.

This statement has been read to me in Spanish and I confirm that all statements here are true.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed _May  9_____, 2009.


_Manuel Silvano_
Manuel Silvano

905018.1                                                     4

# DECLARATION OF MANUEL SILVANO

I declare that I am fluent in the Spanish language and that I read the above declaration from English into Spanish to Manuel Silvano. He indicated to me that the declaration is true and correct to the best of her knowledge. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed _May_ _9_, 2009 in Delano, California.

_____

Maria G. Larios

905018.1

1

EXHIBIT 66

## STATEMENT OF BLANCA B. TORRES

I, BLANCA B. TORRES, declare as follows:

1.     The facts set forth herein are true of my own personal knowledge, and if called upon to testify, I could and would competently do so under oath.

2.     I was an employee of Delano Farms/Cal-Pacific Farm Management, L.P.  I worked only one day for them in the 2009 pruning season.   I started working for Delano Farms/Cal-Pacific Farm Management, L.P. in April or May of 2004.  I worked in the crew of foreman Efren (last name unknown) in the 2008 harvest. Before 2008, I worked in other crews during the harvest, including the harvest crews of Josefa and, before that, another foreman named Efren (not the same).  I worked all but one season for Delano Farms/Cal-Pacific Farm Management during the de-budding and through the harvest from 2004 through 2008.    My job classifications included de-budding, picking, and packing. Generally I pack.  When there is a full compliment of workers each table in my crew has two pickers and one packer.  When there are fewer workers some of the tables have one picker and one packer.  During the harvest, on average, I worked at least 8 or 9 hours per day, five or six days per week.  During the de-budding I work at least 8 hours a day, five or six days a week. .

3.     I was paid $8.10 per hour worked.  In the harvest I was paid the hourly rate, plus a piece rate bonus of $0.28 to $0.30 (28 to 30 cents) per box of grapes harvested.  The incentive bonus for a loose pack was $0.10 (10 cents) per box harvested.

4.     I was required to provide my own tools and equipment that I need for my job.  The tools and equipment that I required to take to my job are picking shears, pruning shears, pruning gloves, and holster for the picking shears.  I was told by the foreman when

900571.1

1   and where to start working and to bring tools. I recall my father asked for picking shears
2   and he was told by the foreman that the foreman had none. All the workers in the crew
3   had to bring their own tools at their own expense. The price I paid for picking shears was
4   9 to 11 dollars each for two pair per season. The price I paid for pruning shears in 2009
5   was about 30 dollars. Based on my family's experience working in the grapes I know that
6   workers for this employer must buy one pair of pruning shears per season. The price I paid
7   for gloves was about 7 dollars for the 2009 pruning season. The price I paid for a holster
8   was about 10 dollars. A holster lasted about two seasons.

9

10       5.       During the harvest for this employer I and my everybody working in the
11   crew was required to arrive at the jobsite approximately 15 to 30 minutes before the
12   official start time of work. The foremen instructed us to come in early and I witnessed
13   discipline by verbal warnings by foremen of my family members on an occasion when
14   they were late.  When I got to the jobsite, I had to prepare my work area by doing things
15   such as moving the table out of the rows, opening the table, arrange a large board near
16   their table for stacking filled boxes of grapes, gathering and labeling empty boxes,
17   gathering and labeling the shells. My picker during this time would have to take the wheel
18   barrel from the rows and place it near the table to gather and stack the empty bins in the
19   wheel barrel. The pickers would also help the packer with these pre-shift tasks. We are
20   teams and all came in early together. The official start time of the harvest workday was
21   6:30 or 7:00 a.m., based on day light savings change. Prior to the 2008 harvest season, the
22   school ("escuel") was required of us five to ten minutes prior to the official start time. I
23   and all members of my crew had to attend "escuel," which is time that our foreman talks to
24   the entire crew about the day's work, gives us instruction on the work and quota, and
25   sometimes reprimand workers who didn't meet the picking quotas. I was not paid and I
26   have never been paid for the time I spent doing this pre-shift work preparing for the work
27   day and participating in the "escuel." My hourly pay only starts at the official start time in
28   the harvest. I also had to work before the official start time by attending "escuel" in the

1    de-budding season of work, almost every day for about 5 or 10 minutes, without pay.

2    Again, my hourly pay began at the official start time, which was after "escuel."

3

4         6.      During the harvest I and my crew had daily to stay after the time the foreman

5    called stop work to finish our job, doing tasks that including: pack all remaining unpacked

6    grapes; pick enough to fill any remaining partial boxes; put away the bins, shells, and

7    labels into the table; close and move the table, place the wheel barrel in the rows; and pick

8    up any trash.  We were not paid for this post-shift work.  My hourly pay stopped at the

9    official stop time, although I was required to keep doing these tasks.  I am not paid and I

10   have never been paid for the time I spent finishing my work after the official stop time.

11   This post shift unpaid work took 10 to 25 minutes every workday during the harvest

12   seasons.

13

14        7.      My employer Delano Farms/Cal-Pacific Farm Management, L.P. paid me an

15   hourly rate plus a piece rate bonus amount for each box of grapes picked by the table.

16   When I pack I split the incentive bonus with my pickers, the entire team.  The amount I am

17   paid for the bonus sometimes less than the number of boxes picked during that week.  I

18   have noticed paystubs for myself and my team members sometimes show different

19   numbers of bonus incentive boxes, which makes no sense.  Also, I use to keep a count of

20   the number of boxes picked by my team during the week, and it was greater than the count

21   used to pay me my bonus.  I told the checker that my paycheck did not have the correct

22   number of boxes.  The checker said he'd look into it it and get back, but he never did.

23

24        8.      When I am working for Delano Farms/Cal-Pacific Farm Management, L.P.,

25   during the harvest, most of the crew only took 15-20 minutes break during the mid-day

26   break, which we understood was an unpaid 30 minute break.  I would only take the full 30

27   minutes rarely, two or three days a week, only when my production quotas were safely

28   met.  Harvest workers who failed to meet their production quotas got laid off.  That is why

1 workers would work through their 30 minute unpaid break period.  During the morning 10

2 minute break most workers take that break and eat.  During the afternoon 10 minute break,

3 about about 25% of the crew would work straight through that break so that they will not

4 have to work too late in the afternoon.

5

6     9.     When I am working the harvest for Delano Farms/Cal-Pacific Farm

7 Management, L.P., I and my crew was required to show up for work even when there is

8 rain.  This happened about 6 times in the 2008 harvest.  I and my crew were not allowed to

9 work in the rain but we were told to wait until the rain stopped.  We were not paid for this

10 time waiting for the rain to stop.  We waited on these occasions for up to ~~two~~ *one* hours

11 without any pay.

*6 MJL*
*B.B.T.*

12

13     10.     The best quality grape boxes we pack are all labeled DELANO FARMS, and

14 the second level of quality is labeled RENO.  About half of the grapes we pack are labeled

15 DELANO FARMS. This statement has been read to me in Spanish and I confirm that all

16 statements here are true.

17

18     I declare under penalty of perjury under the laws of the United States of America

19 that the foregoing is true and correct.  Executed by me this 16th day of April, 2009, in

20 Delano, California.

21

22

23

24     *Blanca T. Berenea M*

25     Blanca B. Torres

26

27

28

900571.1                                    4

1

2

## DECLARATION OF MARIA G. LARIOS

3    I, Maria G. Larios declare under penalty of perjury according to the laws of the
4    United States of America that I am fluent in both spoken and written Spanish and English
5    and that I translated the foregoing declaration to the declarant Blanca B. Torres in a loud
6    voice and she affirmed the contents were true and correct.  Executed in Delano, California
7    this 16th day of April, 2009.

8

9

10

11    _____

12    Maria G. Larios

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## STATEMENT OF BLANCA B. TORRES

I, BLANCA B. TORRES, declare as follows:

1.      The facts set forth herein are true of my own personal knowledge, and if called upon to testify, I could and would competently do so under oath.

2.      I was an employee of Delano Farms/Cal-Pacific Farm Management, L.P. I worked only one day for them in the 2009 pruning season.   I started working for Delano Farms/Cal-Pacific Farm Management, L.P. in April or May of 2004. I worked in the crew of foreman Efren (last name unknown) in the 2008 harvest. Before 2008, I worked in other crews during the harvest, including the harvest crews of Josefa and, before that, another foreman named Efren (not the same). I worked all but one season for Delano Farms/Cal-Pacific Farm Management during the de-budding and through the harvest from 2004 through 2008.    My job classifications included de-budding, picking, and packing. Generally I pack. When there is a full compliment of workers each table in my crew has two pickers and one packer.   When there are fewer workers some of the tables have one picker and one packer.   During the harvest, on average, I worked at least 8 or 9 hours per day, five or six days per week. During the de-budding I work at least 8 hours a day, five or six days a week. .

3.      I was paid $8.10 per hour worked.   In the harvest I was paid the hourly rate, plus a piece rate bonus of $0.28 to $0.30 (28 to 30 cents) per box of grapes harvested.   The incentive bonus for a loose pack was $0.10 (10 cents) per box harvested.

4.      I was required to provide my own tools and equipment that I need for my job. The tools and equipment that I required to take to my job are picking shears, pruning shears, pruning gloves, and holster for the picking shears. I was told by the foreman when

900571.1

1   and where to start working and to bring tools. I recall my father asked for picking shears

2   and he was told by the foreman that the foreman had none. All the workers in the crew

3   had to bring their own tools at their own expense. The price I paid for picking shears was

4   9 to 11 dollars each for two pair per season. The price I paid for pruning shears in 2009

5   was about 30 dollars. Based on my family's experience working in the grapes I know that

6   workers for this employer must buy one pair of pruning shears per season. The price I paid

7   for gloves was about 7 dollars for the 2009 pruning season. The price I paid for a holster

8   was about 10 dollars. A holster lasted about two seasons.

9

10      5.      During the harvest for this employer I and my everybody working in the

11  crew was required to arrive at the jobsite approximately 15 to 30 minutes before the

12  official start time of work. The foremen instructed us to come in early and I witnessed

13  discipline by verbal warnings by foremen of my family members on an occasion when

14  they were late.   When I got to the jobsite, I had to prepare my work area by doing things

15  such as moving the table out of the rows, opening the table, arrange a large board near

16  their table for stacking filled boxes of grapes, gathering and labeling empty boxes,

17  gathering and labeling the shells. My picker during this time would have to take the wheel

18  barrel from the rows and place it near the table to gather and stack the empty bins in the

19  wheel barrel. The pickers would also help the packer with these pre-shift tasks. We are

20  teams and all came in early together. The official start time of the harvest workday was

21  6:30 or 7:00 a.m., based on day light savings change. Prior to the 2008 harvest season, the

22  school ("escuel") was required of us five to ten minutes prior to the official start time. I

23  and all members of my crew had to attend "escuel," which is time that our foreman talks to

24  the entire crew about the day's work, gives us instruction on the work and quota, and

25  sometimes reprimand workers who didn't meet the picking quotas. I was not paid and I

26  have never been paid for the time I spent doing this pre-shift work preparing for the work

27  day and participating in the "escuel." My hourly pay only starts at the official start time in

28  the harvest. I also had to work before the official start time by attending "escuel" in the

2

1  de-budding season of work, almost every day for about 5 or 10 minutes, without pay.

2  Again, my hourly pay began at the official start time, which was after "escuel."

3

4      6.      During the harvest I and my crew had daily to stay after the time the foreman

5  called stop work to finish our job, doing tasks that including: pack all remaining unpacked

6  grapes; pick enough to fill any remaining partial boxes; put away the bins, shells, and

7  labels into the table; close and move the table, place the wheel barrel in the rows; and pick

8  up any trash. We were not paid for this post-shift work. My hourly pay stopped at the

9  official stop time, although I was required to keep doing these tasks. I am not paid and I

10 have never been paid for the time I spent finishing my work after the official stop time.

11 This post shift unpaid work took 10 to 25 minutes every workday during the harvest

12 seasons.

13

14     7.      My employer Delano Farms/Cal-Pacific Farm Management, L.P. paid me an

15 hourly rate plus a piece rate bonus amount for each box of grapes picked by the table.

16 When I pack I split the incentive bonus with my pickers, the entire team. The amount I am

17 paid for the bonus sometimes less than the number of boxes picked during that week. I

18 have noticed paystubs for myself and my team members sometimes show different

19 numbers of bonus incentive boxes, which makes no sense. Also, I use to keep a count of

20 the number of boxes picked by my team during the week, and it was greater than the count

21 used to pay me my bonus. I told the checker that my paycheck did not have the correct

22 number of boxes. The checker said he'd look into it it and get back, but he never did.

23

24     8.      When I am working for Delano Farms/Cal-Pacific Farm Management, L.P.,

25 during the harvest, most of the crew only took 15-20 minutes break during the mid-day

26 break, which we understood was an unpaid 30 minute break. I would only take the full 30

27 minutes rarely, two or three days a week, only when my production quotas were safely

28 met. Harvest workers who failed to meet their production quotas got laid off. That is why

1   workers would work through their 30 minute unpaid break period.   During the morning 10

2   minute break most workers take that break and eat.   During the afternoon 10 minute break,

3   about about 25% of the crew would work straight through that break so that they will not

4   have to work too late in the afternoon.

5

6        9.    When I am working the harvest for Delano Farms Cal-Pacific Farm

7   Management, L.P., I and my crew was required to show up for work even when there is

8   rain.  This happened about 6 times in the 2008 harvest.  I and my crew were not allowed to

9   work in the rain but we were told to wait until the rain stopped.  We were not paid for this

10  time waiting for the rain to stop.   We waited on these occasions for up to two hours *one*

11  without any pay.  *B.B.T.*

12

13      10.    The best quality grape boxes we pack are all labeled DELANO FARMS, and

14  the second level of quality is labeled RENO.  About half of the grapes we pack are labeled

15  DELANO FARMS. This statement has been read to me in Spanish and I confirm that all

16  statements here are true.

17

18      I declare under penalty of perjury under the laws of the United States of America

19  that the foregoing is true and correct.  Executed by me this 16th day of April, 2009, in

20  Delano, California.

21

22

23

24  *Blanca B. Torres*

25  Blanca B. Torres

26

27

28

    4

## DECLARATION OF MARIA G. LARIOS

I, Maria G. Larios declare under penalty of perjury according to the laws of the United States of America that I am fluent in both spoken and written Spanish and English and that I translated the foregoing declaration to the declarant Blanca B. Torres in a loud voice and she affirmed the contents were true and correct. Executed in Delano, California this 16th day of April, 2009.


_____

Maria G. Larios

Declaration of Certified Interpreter/Translator

I, Eva Vasquez-Camacho, declare that I am certified by the State of California as a Court Interpreter/Translator in good standing, as described in GC 68561.

I am duly certified to interpret and translate from Spanish to English and English to Spanish and have met all the proficiency requirements set by the State of California, per Certification number 301273, issued by the Administrative Office of the Courts.

I further declare that I have read and interpreted the attached document from the English to the Spanish Language to Blanca B. Torres and that it is a true and accurate translation of her "Statement of Blanca B. Torres" signed on April 16,2009 in Delano, California.

I declare under penalty of perjury, under the laws of the State of California that the foregoing is true and correct. Signed this 17th day of January of 2011 in Delano, California, County Kern.

By: Eva Vasquez-Camacho



State Certified Court Interpreter/Translator

Certification No. 301273

-1-

# EXHIBIT 67

# DECLARATION OF MAYRA TORRES

I, Mayra Torres, declare as follows:

1.     I was an employee of Delano Farms and Cal-Pacific.  I started working for Delano Farms and Cal-Pacific in or about the year 2005.  I also worked for Delano Farms and Cal-Pacific in 2006.  The work I did was debudding, tipping, deleafing and picking.  I also worked in the cold storage for a couple of days.  In the field, I worked in Josefa's crew and in the cold storage I worked in Francisco's crew.  In Josefa's crew there were about fifty people working.  In 2005 when I was a picker, I worked in a group with one other picker and one packer.  In 2006 I was a packer and two pickers worked in my group. On average, I worked 8 hours per day and 5 to 6 days per week.

2.     The facts set forth herein are true of my own personal knowledge, and if called upon to testify, I could and would competently do so under oath.

3.     During the pre-harvest work, I was paid the minimum wage per hour. During the harvest, I was paid an hourly rate plus a piece rate.

4.     I was required to provide my own tools and equipment that I need for my job.  The tools that I was required to take to my job were picking shears and gloves during the deleafing.  I have not been provided the tools and have had to purchase them.  I have spent approximately $15.00 for a pair of picking shears and approximately $8.00 for a pair of gloves that I use during the deleafing.  I used approximately five pairs of gloves per week during the deleafing.

5.     During the pre-harvest work, I was required to arrive at the jobsite approximately 15 minutes before the official start time.  My forewoman told me that I had

900571.1

1  to arrive fifteen minutes before the official start time.  When I got to the jobsite I had to

2  make sure to put on my gloves and then I had to attend "escuelita" which is time that our

3  forewoman talks to the entire crew about how we were going to do that day's work.

4  During the pre-harvest work, this happened about three to four times per week.  I was not

5  paid and I have never been paid for the time I spent participating in the "escuelita."

6

7        6.      During the harvest, I was required to arrive at the jobsite approximately 15

8  minutes before the official start time.  When I got to the jobsite, I had to prepare my work

9  area by placing the boxes and the bags that I would use to pack the grapes into, onto the

10  table I used to pack.  Also, I had to attend "escuelita" which is time that our forewoman

11  talks to the entire crew about what type of grape we were to pick and pack and things like

12  what color they wanted the grapes that were to be harvested to be.  During the picking

13  harvest, I had to participate in "escuelita" every day.  I was not paid and I have never been

14  paid for the time I spent preparing for the work day and participating in the "escuelita."

15

16        7.      At times, my forewoman told me to take the scale I used during the day at

17  work, home with me.  I had to take it back to work the following day.

18

19        8.      When I was working for Delano Farms and Cal-Pacific, I was required to

20  show up for work when there was fog or rain.  In those circumstances, the foreperson

21  required that I wait at the jobsite until she decided that we would begin work or be sent

22  home.  I have never been paid for the time that I was required to wait at the job-site while

23  my foreperson determined whether or not to send us into the field.  When that happened, I

24  was required to wait between fifteen minutes and half an hour.  This happened during the

25  end of the harvest season.

26

27        9.      When I was working for Delano Farms and Cal-Pacific, I was told our crew

28  would move from one work location to another.  Sometimes this happened during the work

1   day and other times the foreperson would tell us at the end of the day that the following

2   day we would be working at another location.  When we would go to a new work location

3   in the morning, I was told by the foreperson to meet at a certain time at a certain location

4   to follow my foreperson to the new work location.  I waited approximately 10 minutes in

5   the morning for the foreperson.  Once the foreperson arrived, we would follow her to the

6   work location for that day.  Depending on the work location, we followed the foreperson

7   for approximately 15 minutes to 30 minutes to the site.  I was not paid and have never been

8   paid for any of this travel time.

9

10         This statement has been read to me in Spanish and I confirm that all statements here

11   are true.

12

13         I declare under penalty of perjury under the laws of the United States of America

14   that the foregoing is true and correct.

15

16

17         Executed April 16, 2009 in Delano, California.

18

19

20                           *Mayra Torres*

                              MAYRA TORRES

21

22

23

24

25

26

27

28

1

## DECLARATION OF JESSICA ARCINIEGA

2

3      I declare that I am fluent in the Spanish language and that I read the above

4   declaration from English into Spanish to MAYRA TORRES.  She indicated to me that the

5   declaration is true and correct to the best of her knowledge.  I declare under penalty of

6   perjury under the laws of the State of California that the foregoing is true and correct.

7

8      Executed April 16, 2009 in Delano, California.

9

10

11                                        _____

12                                        JESSICA ARCINIEGA

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

900571.1                                  1

# DECLARATION OF MAYRA TORRES

I, Mayra Torres, declare as follows:

1.     I was an employee of Delano Farms and Cal-Pacific. I started working for Delano Farms and Cal-Pacific in or about the year 2005. I also worked for Delano Farms and Cal-Pacific in 2006. The work I did was debudding, tipping, deleafing and picking. I also worked in the cold storage for a couple of days. In the field, I worked in Josefa's crew and in the cold storage I worked in Francisco's crew. In Josefa's crew there were about fifty people working. In 2005 when I was a picker, I worked in a group with one other picker and one packer. In 2006 I was a packer and two pickers worked in my group. On average, I worked 8 hours per day and 5 to 6 days per week.

2.     The facts set forth herein are true of my own personal knowledge, and if called upon to testify, I could and would competently do so under oath.

3.     During the pre-harvest work, I was paid the minimum wage per hour. During the harvest, I was paid an hourly rate plus a piece rate.

4.     I was required to provide my own tools and equipment that I need for my job. The tools that I was required to take to my job were picking shears and gloves during the deleafing. I have not been provided the tools and have had to purchase them. I have spent approximately $15.00 for a pair of picking shears and approximately $8.00 for a pair of gloves that I use during the deleafing. I used approximately five pairs of gloves per week during the deleafing.

5.     During the pre-harvest work, I was required to arrive at the jobsite approximately 15 minutes before the official start time. My forewoman told me that I had

1  to arrive fifteen minutes before the official start time. When I got to the jobsite I had to

2  make sure to put on my gloves and then I had to attend "escuelita" which is time that our

3  forewoman talks to the entire crew about how we were going to do that day's work.

4  During the pre-harvest work, this happened about three to four times per week. I was not

5  paid and I have never been paid for the time I spent participating in the "escuelita."

6

7      6.      During the harvest. I was required to arrive at the jobsite approximately 15

8  minutes before the official start time. When I got to the jobsite, I had to prepare my work

9  area by placing the boxes and the bags that I would use to pack the grapes into, onto the

10 table I used to pack. Also, I had to attend "escuelita" which is time that our forewoman

11 talks to the entire crew about what type of grape we were to pick and pack and things like

12 what color they wanted the grapes that were to be harvested to be. During the picking

13 harvest, I had to participate in "escuelita" every day. I was not paid and I have never been

14 paid for the time I spent preparing for the work day and participating in the "escuelita."

15

16     7.      At times, my forewoman told me to take the scale I used during the day at

17 work, home with me. I had to take it back to work the following day.

18

19     8.      When I was working for Delano Farms and Cal-Pacific, I was required to

20 show up for work when there was fog or rain. In those circumstances, the foreperson

21 required that I wait at the jobsite until she decided that we would begin work or be sent

22 home. I have never been paid for the time that I was required to wait at the job-site while

23 my foreperson determined whether or not to send us into the field. When that happened, I

24 was required to wait between fifteen minutes and half an hour. This happened during the

25 end of the harvest season.

26

27     9.      When I was working for Delano Farms and Cal-Pacific, I was told our crew

28 would move from one work location to another. Sometimes this happened during the work

1  day and other times the foreperson would tell us at the end of the day that the following
2  day we would be working at another location.  When we would go to a new work location
3  in the morning, I was told by the foreperson to meet at a certain time at a certain location
4  to follow my foreperson to the new work location.  I waited approximately 10 minutes in
5  the morning for the foreperson.  Once the foreperson arrived, we would follow her to the
6  work location for that day.  Depending on the work location, we followed the foreperson
7  for approximately 15 minutes to 30 minutes to the site.  I was not paid and have never been
8  paid for any of this travel time.

9

10     This statement has been read to me in Spanish and I confirm that all statements here
11  are true.

12

13     I declare under penalty of perjury under the laws of the United States of America
14  that the foregoing is true and correct.

15

16

17     Executed April 16, 2009 in Delano, California.

18

19

20  _____
     MAYRA TORRES

21

22

23

24

25

26

27

28

3

## DECLARATION OF JESSICA ARCINIEGA

I declare that I am fluent in the Spanish language and that I read the above declaration from English into Spanish to MAYRA TORRES. She indicated to me that the declaration is true and correct to the best of her knowledge. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed April 16, 2009 in Delano, California.

_____

JESSICA ARCINIEGA

<u>Declaration of Interpreter/Translator</u>

I, Eva Vasquez-Camacho, declare that I am certified by the State of California as a Court Interpreter/Translator in good standing, as described in GC 68561.

· I am duly certified to interpret and translate from Spanish to English and English to Spanish and have met all the proficiency requirements set by the State of California, per Certification number 301273, issued by the Administrative Office of the Courts.

· I further declare that I have read and interpreted the attached document from the English to the Spanish Language to Mayra Torres and that it is a true and accurate translation of her "<u>Declaration of Mayra Torres</u>" signed on April 16, 2009 in Delano, California.

· I declare under penalty of perjury, under the laws of the State of California that the foregoing is true and correct. Signed this 17th day of Januray of 2011 in Delano, California, County Kern.

By: Eva Vasquez-Camacho

_____

State Certified Court Interpreter/Translator

Certification No. 301273

- 1