# EXHIBIT 68

## DECLARATION OF RAFAEL TORRES JIMENEZ

I, Rafael Torres Jimenez, declare as follows:

1.      I am an employee of Delano Farms and Cal-Pacific.  I started working for Delano Farms and Cal-Pacific on or about March or April 2004.  The work I do is deleafing, tipping, debudding, packing, and some picking. I work in Josefa (last name unknown) crew.  There are about 25 workers in my crew and I work in a group of two. When there is a person without a pair, that person is sometimes sent to work with my group. I am a packer and work in a group with one other picker. On average, I work eight hours per day, and usually 5 days per week.

2.      The facts set forth herein are true of my own personal knowledge, and if called upon to testify, I could and would competently do so under oath.

3.      During the pre-harvest work, I am paid $8.00 per hour.  During the harvest, I am paid an hourly rate plus a piece rate of 20 or 30 cents per box of grapes. There are different types of boxes of grapes and are paid a different piece rate for each.

4.      I am required to provide my own tools and equipment that I need for my job. The tools and equipment that I am required to take to my job are gloves, picking shears, a sharpening file and holster.  I was told by Forewoman Josefa when I started working what tools I needed to take to work.  I asked Josefa to give me and other workers the tools for work and she refused.  I have not been provided the tools and have had to purchase them. Each year, I have spent approximately $ 70.00 on tools and equipment.

5.      During the pre-harvest work, I am required to arrive at the jobsite approximately 20-30 minutes before the official start time.  When I get to the jobsite, I

900571.1

1   have to prepare my work area by doing things such as wait for instructions from the

2   supervisors or forewoman.  Also, I have to attend "escuelita" which is time that our

3   forewoman talks to the entire crew about the day's work or gives us instruction how to do

4   our work.  During the pre-harvest work, this happens approximately 3-4 times per week.  I

5   am not paid and I have never been paid for the time I spend preparing for the work day and

6   participating in the "escuelita."  The usual start time is 7 a.m. and I am required to be at the

7   worksite by 6:40 a.m.

8

9        6.     During the harvest, I am required to arrive at the jobsite approximately 20-30

10   minutes before the official start time.  When I get to the jobsite, I have to prepare my work

11   area by doing things such as get boxes, put labels on the boxes, write my group number on

12   the boxes, put the liner in the boxes and bring bags.  Also, I have to attend "escuelita"

13   which is time that our foreman talks to the entire crew about work or reprimands workers

14   or calls to everyone's attention that certain group did not meet their picking quotas.  I am

15   not paid and for the time I spend preparing for the work day and participating in the

16   "escuelita."

17

18        7.     At the end of the day, when my forewoman says the work day has ended, I

19   have had to continue working in order to finish my job.  My forewoman writes down the

20   hour that we finish working.  We are supposed to stop at 3:30 p.m.  I have worked past

21   3:30 p.m. because the forewoman does not tell us to stop working or he tells us a couple of

22   minutes before 3:30 p.m. and I have stayed to finish packing boxes of grapes. I am not paid

23   and I have never been paid for the time I spend finishing my work.

24

25        8.     I have to take home equipment that belongs to Delano Farms and Cal-Pacific

26   everyday after work and bring it to work the following work day.  I take home the scale

27   and in the years past had to take approximately 6 trays home to wash

28

900571.1                        2

9.    My employer Delano Farms and Cal-Pacific, pay me an hourly rate plus a piece. The piece rate amount is called a bonus.  When I receive my paycheck at the end of the week, the number of boxes I am paid for is less than the number of boxes I picked/packed during that week.

10.    When I am working for Delano Farms and Cal-Pacific, my 10 minute break time in the morning or the afternoon is either made shorter or I am not given a break period because to finish the work assignment.  On average, I am required to skip a regular 10 minute break 5 times per week.  On average, my 10 minute break is shorter than the time I am supposed to have by 3-4 minutes.  I have seen other people in my crew work during the 10 minutes break because the forewoman goes around saying that certain groups are behind in the work assignment and the workers need to work to finish the required amount of boxes.

11.    When I am working for Delano Farms and Cal-Pacific, I am required to show up for work even when there is fog or rain.  In these circumstances, the forewoman requires that I wait at the jobsite until she either decides that we will begin work or be sent home.  I have never been paid for the time I am required to wait at the job-site while my foreman determines whether or not to send us into the field.  When this happens, I have been required to wait as long as 90 minutes.  This has happened to me approximately 3-4 times.  This has happened during the harvest.

12.    When I am working for Delano Farms and Cal-Pacific, I am not given my full amount of time at my 30 minute break or not allowed to take a 30 minute break because I am pressured to keep working in order to finish the required amount of boxes.  On average, I am required to skip this 30 minute break 3-4 times per week.  On average, my 30 minute break is made shorter by 10 minutes.  I have seen other people in my crew work during the 30 minute break because they must finish the required amount of boxes.

13. When I am working with Delano Farms and Cal-Pacific, I have been told our crew is going to move from one work location to another. This change of location happens about 2-3 times a week. I have been told by forewoman Josefa to meet at a certain time in the morning at a certain location to follow my forewoman to the work location. I have waited approximately 30 minutes in the morning. Once the forewoman arrives, I follow her to the work location for that day. Depending on the work location, I have followed my foreman for about 15 minutes to the site. I am not paid and have never been paid for any of this wait time or travel time.

This statement has been read to me in Spanish and I confirm that all statements here are true.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed April 16, 2009.

_Rafael Torres Jimenez_
Rafael Torres Jimenez

1

## DECLARATION OF

2

3      I declare that I am fluent in the Spanish language and that I read the above

4  declaration from English into Spanish to **Rafael Torres Jimenez**. **He** indicated to me that

5  the declaration is true and correct to the best of his knowledge.  I declare under penalty of

6  perjury under the laws of the State of California that the foregoing is true and correct.

7

8      Executed April 16, 2009 in Delano, California.

9

10

11

                        Bonita Villalobos Rivera

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT 69

## DECLARATION OF RAQUEL TORRES

I, Raquel Torres, declare as follows:

1.    I was an employee of Delano Farms and Cal-Pacific.  I started working for Delano Farms and Cal-Pacific on or about March of 2006 to June of 2008.  The work I did was pruning and  picking. I am a picker and work in a group of two other.  On average, I worked 8 hours per day, 5 days per week average but some times also Saturdays.

2.    The facts set forth herein are true of my own personal knowledge, and if called upon to testify, I could and would competently do so under oath.

3.    During the pre-harvest work, I was paid $7.25 in  2006 and then per hour. During the harvest, I was paid  $7.25 an hourly rate plus a piece rate of 30 cents per box  in 2006 of grapes.

4.    I was required to provide my own tools and equipment that I need for my job.  The tools and equipment that I was required to take to my job are gloves, picking shears, sharpening file and holster. I was told by the foreman Josefa when I started working what tools I needed to take to work. I have spent approximately $30.00 per year.

5.    During the pre-harvest work, I am required to arrive at the jobsite approximately 15 minutes before the official start time. I have to attend "escuelita" which is time that our foreman talks to the entire crew about the day's work or gives us instruction.  During the pre-harvest work, this happens every days. I am not paid and I have never been paid for the time I have spent preparing for the work day and participating in the "escuelita."

900571.1

6.     During the harvest, I am required to arrive at the jobsite approximately 15 minutes before the official start time.  When I get to the jobsite, I have to prepare my work area by doing things such as getting the table ready, putting the labels in the boxes for the grapes.  Also, I have to attend "escuelita" which is time that our foreman talks to the entire crew regarding the instructions for the work day.  I am not paid and I have never been paid for the time I have spent preparing for the work day and participating in the "escuelita."

7.     At the end of the day, when my foreman says the work day has ended, I have had to continue working in order to finish my job.  The assistant to the foreman writes down the hour that we finish working.  If I start working at 7 a.m. I am supposed to stop working at 3:30 p.m.  I have worked 15 to 20 minutes after 3:30 p.m. because the foreman tells us that all the grapes picked have to be boxed before we leave for the day. The foreman stops working or he tells us a couple of minutes before 3:30 p.m. and  I have stayed to finish packing/picking a box of grapes.  I am not paid and I have never been paid for the time I have spent finishing my work.

8.     I have to take home equipment that belongs to Delano Farms and Cal-Pacific everyday after work and bring it to work the following work day.  I take home the scale and the labels for the boxes.  If one of these items is broken or I do not take it to work, I will be charged for it.

9.     My employer Delano Farms and Cal-Pacific, pay me an $8.10 hourly rate and a 32 cents piece rate in 2008 amount for each box of grapes. The piece rate amount is called a bonus.

10.     When I am working for Delano Farms and Cal-Pacific, I am required to show up for work even when there is fog or rain.  In these circumstances, the foreman requires that I wait at the jobsite until the she either decides that we will begin work or be

1   sent home.  I have never been paid for the time I am required to wait at the job-site while

2   my foreman determines whether or not to send us into the field.  When this happens, I have

3   been required to wait as long as 30 minutes.  This has happened to me approximately on

4   average 7 times.  This has happened during the pre-harvest work and harvest.

5

6   11.   When I am working for Delano Farms and Cal-Pacific, I am not given my

7   full amount of time at my 30 minute break or not allowed to take a 30 minute break

8   because the foreman needs more grapes cut. On average 3 times a month my lunch is

9   shorter.

10

11   This statement has been read to me in Spanish and I confirm that all statements here

12   are true.

13

14   I declare under penalty of perjury under the laws of the United States of America

15   that the foregoing is true and correct.

16

17

18   Executed _Delano   Ca_, ~~2009.~~  04-16-09

19

20

21   _Raquel Michaela Torres_

22   Raquel Torres

23

24

25

26

27

28

## **DECLARATION OF**

I declare that I am fluent in the Spanish language and that I read the above declaration from English into Spanish to Raquel Torres indicated to me that the declaration is true and correct to the best of his/her knowledge.  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed April 16 ___, 2009 in Delano, California.


SANDRA ROSA .

## DECLARATION OF RAQUEL TORRES

I, Raquel Torres, declare as follows:

1.     I was an employee of Delano Farms and Cal-Pacific. I started working for Delano Farms and Cal-Pacific on or about March of 2006 to June of 2008. The work I did was pruning and picking. I am a picker and work in a group of two other. On average, I worked 8 hours per day, 5 days per week average but some times also Saturdays.

2.     The facts set forth herein are true of my own personal knowledge, and if called upon to testify, I could and would competently do so under oath.

3.     During the pre-harvest work, I was paid $7.25 in 2006 and then per hour. During the harvest, I was paid $7.25 an hourly rate plus a piece rate of 30 cents per box in 2006 of grapes.

4.     I was required to provide my own tools and equipment that I need for my job. The tools and equipment that I was required to take to my job are gloves, picking shears, sharpening file and holster. I was told by the foreman Josefa when I started working what tools I needed to take to work. I have spent approximately $30.00 per year.

5.     During the pre-harvest work, I am required to arrive at the jobsite approximately 15 minutes before the official start time. I have to attend "escuelita" which is time that our foreman talks to the entire crew about the day's work or gives us instruction. During the pre-harvest work, this happens every days. I am not paid and I have never been paid for the time I have spent preparing for the work day and participating in the "escuelita."

900571.1

6.     During the harvest, I am required to arrive at the jobsite approximately 15 minutes before the official start time. When I get to the jobsite, I have to prepare my work area by doing things such as getting the table ready, putting the labels in the boxes for the grapes. Also, I have to attend "escuelita" which is time that our foreman talks to the entire crew regarding the instructions for the work day. I am not paid and I have never been paid for the time I have spent preparing for the work day and participating in the "escuelita."

7.     At the end of the day, when my foreman says the work day has ended, I have had to continue working in order to finish my job. The assistant to the foreman writes down the hour that we finish working. If I start working at 7 a.m. I am supposed to stop working at 3:30 p.m. I have worked 15 to 20 minutes after 3:30 p.m. because the foreman tells us that all the grapes picked have to be boxed before we leave for the day. The foreman stops working or he tells us a couple of minutes before 3:30 p.m. and I have stayed to finish packing/picking a box of grapes. I am not paid and I have never been paid for the time I have spent finishing my work.

8.     I have to take home equipment that belongs to Delano Farms and Cal-Pacific everyday after work and bring it to work the following work day. I take home the scale and the labels for the boxes. If one of these items is broken or I do not take it to work, I will be charged for it.

9.     My employer Delano Farms and Cal-Pacific, pay me an $8.10 hourly rate and a 32 cents piece rate in 2008 amount for each box of grapes. The piece rate amount is called a bonus.

10.     When I am working for Delano Farms and Cal-Pacific, I am required to show up for work even when there is fog or rain. In these circumstances, the foreman requires that I wait at the jobsite until the she either decides that we will begin work or be

sent home. I have never been paid for the time I am required to wait at the job-site while my foreman determines whether or not to send us into the field. When this happens, I have been required to wait as long as 30 minutes. This has happened to me approximately on average 7 times. This has happened during the pre-harvest work and harvest.

11.     When I am working for Delano Farms and Cal-Pacific, I am not given my full amount of time at my 30 minute break or not allowed to take a 30 minute break because the foreman needs more grapes cut. On average 3 times a month my lunch is shorter.

This statement has been read to me in Spanish and I confirm that all statements here are true.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed _Delano, Ca_, 2009. _09-10-09_

_Raquel Torres_

## DECLARATION OF

I declare that I am fluent in the Spanish language and that I read the above declaration from English into Spanish to Raquel Torres indicated to me that the declaration is true and correct to the best of his her knowledge. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed ___Nai?\ \fc___, 2009 in Delano, California.

___Snoober Reta___

## Declaration of Certified Interpreter/Translator

I, Eva Vasquez-Camacho, declare that I am certified by the State of California as a Court Interpreter/Translator in good standing, as described in GC 68561.

I am duly certified to interpret and translate from Spanish to English and English to Spanish and have met all the proficiency requirements set by the State of California, per Certification number 301273, issued by the Administrative Office of the Courts.

I further declare that I have read and interpreted the attached document from the English to the Spanish Language to Raquel Torres and that it is a true and accurate translation of her "Declaration of Raquel Torres" signed on April 16, 2009 in Delano, California.

I declare under penalty of perjury, under the laws of the State of California that the foregoing is true and correct. Signed this 17th day of January of 2011 in Delano, California, County Kern.

By: Eva Vasquez-Camacho

State Certified Court Interpreter/Translator
Certification No. 301273

- 1 -

# EXHIBIT 70

## DECLARATION OF MARIA VENEGAS

I, Maria Venegas, declare as follows:

1.     I am an employee of Delano Farms and Cal-Pacific. I work for Delano Farms and Cal-Pacific from 2000 and continue to work until present day. The work I perform is packing, deleafing, debudding, tipping, training, and debunching. Since 2007 I have been working in Andrea's (last name unknown) crew. There are about 60 people working in the same crew. I am a packer and work in a group with two pickers. On average, I worked more than 8 hours per day, 6 days per week.

2.     The facts set forth herein are true of my own personal knowledge, and if called upon to testify, I could and would competently do so under oath.

3.     In 2007, during the pre-harvest, I was paid $7.75 per hour. During the harvest, I was paid an hourly rate plus a piece rate of $0.32 cents per box of grapes.

4.     I was required to provide my own tools and equipment that I needed for my job in order to perform my job. The tools and equipment that I was required to take to my job were gloves that I bought for $1.50 a pair, picking shears that I bought for $7.00, a sharpening file that I bought for $6.00, and a holster that I bought for $6.00. I have not been provided the tools to perform my job and had to purchase them. The forewoman Andrea never gave me the tools that I needed to perform my work and she never tools me that there were tools available to perform my work.

900571.2

5.      During the pre-harvest, I was required to arrive at the jobsite approximately 30 minutes before the official start time.    My forewoman, Andrea (last name unknown) told me that I had to arrive approximately 30 minutes before the official start time.  When I got to the jobsite, I had to wait for the workday to start.  I also had to attend "escuelita" ("school") which was time that our forewoman and supervisor Minerva (last name unknown) talked to the entire crew about the day's work or gave us instruction.  During the pre-harvest, this happened approximately six times per week.  I was not paid and I have never been paid for the time I spent waiting and participating in the "escuelita."

6.      During the harvest, I was required by my forewoman to arrive at the jobsite approximately 30 minutes before the official start time.  When I got to the jobsite, I had to prepare my work area by doing things such as setting up the table with boxes, bags, stickers, and all the material needed for that day.  I also had to attend "escuelita" which was time that our forewoman talked to the entire crew about work or reprimanded certain workers who did not meet their picking quotas.  I was not paid and I have never been paid for the time I spent preparing for the work day and participating in the "escuelita."

7.      I was required by my forewoman to take home equipment that belonged to Delano Farms and Cal-Pacific every day after work and take it to work the following work day. Andrea my forewoman told me that I had to take home the scale.  I was told by my forewoman that if this item was broken or if I did not take it to work, I would be charged by my forewoman $100.00.  I also took home stickers and bags to have them ready for the following work day.  My forewoman told us to take home stickers and bags to work on them so we could get ahead at work.  I took home the stickers and bags twice and it took me approximately 40 minutes each time.  I was not paid and have never been paid for the time I spent putting the stickers on the bags.

8.     I was required to show up for work even when there is fog or rain. In those circumstances, the forewoman required that I wait at the jobsite until the she either decided that our crew would begin work or be sent home. I have never been paid for the time I was required to wait at the job-site while my forewoman determined whether or not to send us into the field. When this happens, I was required to wait as long as 1 ½ hours. This has happened to me approximately twice a week during the pre-harvest.

This statement has been read to me in Spanish and I confirm that all statements here are true.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed at _Earlimart_, California on _09|13_, 2010.


_Maria Venegas_

Maria Venegas

1

## DECLARATION OF AMELIA MAGANA

2

3       I declare that I am fluent in the Spanish language and that I read the above

4  declaration from English into Spanish to **Maria Venegas.**   She indicated to me that the

5  declaration is true and correct to the best of her knowledge.  I declare under penalty of

6  perjury under the laws of the State of California that the foregoing is true and correct.

7

8      Executed ___09/13___, 2010 in ___Earlimart___. California.

9

10

11

                _Amelia Magana_

12                  Amelia Magana

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

900571.2

1

## DECLARATION OF MARIA VENEGAS

I, Maria Venegas, declare as follows:

1.    I am aware that this is the same exact declaration that I previously signed. I am now signing this declaration in further support of Plaintiffs' Motion for Class Certification.

2.    I am an employee of Delano Farms and Cal-Pacific. I work for Delano Farms and Cal-Pacific from 2000 and continue to work until present day. The work I perform is packing, deleafing, debudding, tipping, training, and debunching. Since 2007 I have been working in Andrea's (last name unknown) crew. There are about 60 people working in the same crew. I am a packer and work in a group with two pickers. On average, I worked more than 8 hours per day, 6 days per week.

3.    The facts set forth herein are true of my own personal knowledge, and if called upon to testify, I could and would competently do so under oath.

4.    In 2007, during the pre-harvest, I was paid $7.75 per hour. During the harvest, I was paid an hourly rate plus a piece rate of $0.32 cents per box of grapes.

5.    I was required to provide my own tools and equipment that I needed for my job in order to perform my job. The tools and equipment that I was required to take to my job were gloves that I bought for $1.50 a pair, picking shears that I bought for $7.00, a sharpening file that I bought for $6.00, and a holster that I bought for $6.00. I have not been provided the tools to perform my job and had to purchase them. The forewoman

900571.2

1   Andrea never gave me the tools that I needed to perform my work and she never tools me

2   that there were tools available to perform my work.

3

4         6..    During the pre-harvest, I was required to arrive at the jobsite approximately

5   30 minutes before the official start time.   My forewoman, Andrea (last name unknown)

6   told me that I had to arrive approximately 30 minutes before the official start time.  When I

7   got to the jobsite, I had to wait for the workday to start.  I also had to attend "escuelita"

8   ("school") which was time that our forewoman and supervisor Minerva (last name

9   unknown) talked to the entire crew about the day's work or gave us instruction.  During the

10  pre-harvest, this happened approximately six times per week.  I was not paid and I have

11  never been paid for the time I spent waiting and participating in the "escuelita."

12

13        7.    During the harvest, I was required by my forewoman to arrive at the jobsite

14  approximately 30 minutes before the official start time.  When I got to the jobsite, I had to

15  prepare my work area by doing things such as setting up the table with boxes, bags,

16  stickers, and all the material needed for that day.  I also had to attend "escuelita" which

17  was time that our forewoman talked to the entire crew about work or reprimanded certain

18  workers who did not meet their picking quotas.  I was not paid and I have never been paid

19  for the time I spent preparing for the work day and participating in the "escuelita."

20

21        8.    I was required by my forewoman to take home equipment that belonged to

22  Delano Farms and Cal-Pacific every day after work and take it to work the following work

23  day. Andrea my forewoman told me that I had to take home the scale.  I was told by my

24  forewoman that if this item was broken or if I did not take it to work, I would be charged

25  by my forewoman $100.00.  I also took home stickers and bags to have them ready for the

26  following work day.  My forewoman told us to take home stickers and bags to work on

27  them so we could get ahead at work.  I took home the stickers and bags twice and it took

28

1  me approximately 40 minutes each time. I was not paid and have never been paid for the

2  time I spent putting the stickers on the bags.

3

4      9.     I was required to show up for work even when there is fog or rain. In those

5  circumstances, the forewoman required that I wait at the jobsite until the she either decided

6  that our crew would begin work or be sent home. I have never been paid for the time I was

7  required to wait at the job-site while my forewoman determined whether or not to send us

8  into the field. When this happens, I was required to wait as long as 1 ½ hours. This has

9  happened to me approximately twice a week during the pre-harvest.

10

11      This statement has been read to me in Spanish and I confirm that all statements here

12  are true.

13

14      I declare under penalty of perjury under the laws of the United States of America

15  that the foregoing is true and correct. Executed at Delano, California on January 17, 2011.

16

17

18

19                          *Maria Venegas*

20

21                          Maria Venegas

22

23

24

25

26

27

28

Sᴀɴᴛᴀɴᴀ, Lᴏᴘᴇᴢ & Assᴏᴄɪᴀᴛᴇs, LLC
*Professional Language Interpreters*

PO Box 6269 Oxnard, CA 93031
Phone: (805) 988-8200



## Declaration of Lilia Santana

I declare that I am a certified Interpreter fluent in the Spanish and English languages, and that I have read the declaration of *Maria Venegas* from English into Spanish. He/She indicated to me that the declaration is true and correct to the best of his/her knowledge. I declare under penalty of perjury under the laws of the state of California and the laws of the United States of America that the foregoing is true and correct.

Executed January 17th, 2011 in Delano, California.

*Lilia Santana*

Lilia Santana, Certification # 100534

*Verification: http://jobs.spb.ca.gov/InterpreterListing/*

# EXHIBIT 71

## DECLARATION OF SALVADOR ZAVALA

I, Salvador Zavala, declare as follows:

1.   I was an employee of Delano Farms and Cal-Pacific.  I started working for Delano Farms and Cal-Pacific on or about May of 1996 to August 2008.

I worked two weeks in August of 2008 in the harvest season in the fields which we did the packing and picking. On average I worked 8 hours a day, 6 days a week.

I worked 2005, 2006, and one month in 2007 in cold storage. I was paid approximately $7.65 and 15 cents per box. In the cold storage we were only packing. On average, I worked 8 to 9 hours per day, 6 days per week, I was not paid over time on Saturdays.

It is my understanding that I was employed by Cal Pacific and Delano Farms, the building has a sign with the name of cold storage Delano Farms 2 and also in other building with the name outside the building as cold storage Delano Farms. My supervisor in Delano was Rigoberto Sanchez which was in charged of all the production and the other supervisor that worked for Delano Farms was Nora Escamilla she was in charged of the escuelita in the cold storage.

2.   The facts set forth herein are true of my own personal knowledge, and if called upon to testify, I could and would competently do so under oath.

3.   During the pre-harvest work in the fields, I was paid $8.10 per hour.  During the harvest, I was paid an hourly rate plus a piece rate of 30 cents per box of grapes.

900571.1

1        4.    During the harvest, I am required to arrive at the jobsite approximately 30
2    minutes before the official start time.  When I get to the jobsite, I have to prepare my work
3    area by doing things such as placing the labels and getting the work site ready.  Also, I
4    have to attend "escuelita" which is time that our foreman talks to the entire crew about
5    work.  I was never paid for the time I have spent preparing for the work day and
6    participating in the "escuelita."

7

8        This statement has been read to me in Spanish and I confirm that all statements here
9    are true.

10

11       I declare under penalty of perjury under the laws of the United States of America
12   that the foregoing is true and correct.

13

14

15   Executed _4-16_ _____, 2009.

16

17

18   _Delano Salvador Tavola_
19   Salvador Tavola

20

21

22

23

24

25

26

27

28

900571.1                                             2

**DECLARATION OF**

I declare that I am fluent in the Spanish language and that I read the above declaration from English into Spanish to Salvador Zavala he indicated to me that the declaration is true and correct to the best of his/her knowledge.  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed ___April 16___ , 2009 in Delano, California.


_____SANDRA RUSA_____

900571.1

1

## DECLARATION OF SALVADOR ZAVALA

I, Salvador Zavala, declare as follows:

1.      I am aware that this is the same exact declaration that I previously signed.  I am now signing this declaration in further support of Plaintiffs' Motion for Class Certification.

2.      I was employee of Delano farms and Cal-Pacific.  I started working for Delano Farms and Cal-Pacific on or about May of 1996 to August 2008.

I worked two weeks in August of 2008 in the harvest season in the fields which we did the packing. On average I worked 8 hours a day, 6 days a week.

I worked 2005, 2006 and one month in 2007 in cold storage.  I was paid approximately $7.65 and 15 cents per box. In the cold storage we were only packing. On average, I worked 8 to 9 hours per day, 6 days per week, I was not paid overtime on Saturdays.

It is my understanding that I was employed by Cal Pacific and Delano Farms, the building has a sign with the name of cold storage Delano Farms 2 and also in other building with the name outside the building as cold storage Delano Farms. My supervisor in Delano was Rigoberto Sanchez which was in charged of all the production and the other supervisor that worked for Delano Farms was Nora Escamilla she was in charged of the escuelita in the cold storage.

3.      The facts set forth herein are true of my own personal knowledge, and if called upon to testify, I could and would competently do so under oath.

4.      During the pre-harvest work in the fields, I was paid $8.10 per hour. During the harvest, I was paid and hourly rate plus a piece rate of 30 cents pr box of grapes.

975969.1

WASSERMAN, COMDEN, CASSELMAN & ESENSTEIN, L.L.P.
300 E. ESPLANADE DRIVE, SUITE 1960
OXNARD, CALIFORNIA 93036-0284

5.      During the harvest, I am required to arrive at the jobsite approximately 30 minutes before the official start time.  When I get to the jobsite, I have to prepare my work area by doing things such as placing the labels and getting the work sire ready.  Also, I have to attend "escuelita" which is time that our foreman takes to the entire crew about work.  I was never paid for the time I have spent preparing for the work day and participating in the "escuelita".

This statement has been read to me in Spanish and I confirm that all statements here are true.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed January 17, 2011 in Delano, California.


_Salvador Zavala_

Salvador Zavala

975969.1

2

# SANTANA, LOPEZ & ASSOCIATES, LLC
## *Professional Language Interpreters*

PO Box 6269 Oxnard, CA 93031
Phone: (805) 988-8200



## Declaration of Lilia Santana

I declare that I am a certified Interpreter fluent in the Spanish and English languages, and that I have read the declaration of _Salvador Zavala_ from English into Spanish. He/She indicated to me that the declaration is true and correct to the best of his/her knowledge. I declare under penalty of perjury under the laws of the state of California and the laws of the United States of America that the foregoing is true and correct.

Executed January 17th, 2011 in Delano, California.

*Lilia Santana*

Lilia Santana, Certification # 100534

*Verification: http://jobs.spb.ca.gov/InterpreterListing/*

# EXHIBIT 72

# STATEMENT OF SAUL ZAVALA

I, Saul Zavala, declare as follows:

1.      I am an employee of Delano Farms and Cal Pacific.  I started working for Delano Farms and Cal Pacific in or about 2003.  My job classifications were picker and packer.  From August 2008 until January 2009 I worked in the cold storage.  The type of work I performed in the field is harvesting grapes and other tasks related to that.  When I worked in the field, I worked in different crews.  My foremen have been Jose Luis, Romeo and Dolores Mendez.  When I worked in the cold storage I worked in Rodolfo Mendez's crew.  When I worked in the cold storage, on average, I worked 8 hours per day, 5 days per week.  When I worked in the field I worked 8 hours per day, 6 days per week.

2.      The facts set forth herein are true of my own personal knowledge, and if called upon to testify, I could and would competently do so under oath.

3.      When I worked in the cold storage, I was paid an hourly rate plus a piece rate for each box packed.  During the picking, I am paid an hourly rate plus a piece rate per box of grapes picked.

4.      I am required to provide my own tools and equipment that I need for my job.  My foremen told me that I had to take my own tools that were required to do the work.  The tools and equipment that I have purchased to take to work to perform my job in the field are gloves, picking shears, pruning shears, sharpening file and holster and goggles.  The tools that I have purchased and used for my job in cold storage are shears and holster.

899235.1

6.     When I worked picking and packing, I understood that if our work day was going to end, for example at 3 p.m., our foreman had to advise us fifteen minutes beforehand so that we would have time to finish our tasks.  There were occasions when the foreman did not advise us fifteen minutes beforehand and in order to finish my tasks I had to work later than 3 p.m.  The time that we were to end our work day was not always at 3 p.m., but the fifteen minute notice was supposed to happen.  I have never been paid for the time I spent finishing my work.

7.     When I was working with Delano Farms and Cal Pacific in the field, I was told by my foreman Romeo at the end of one day that our crew was going to work at a different location the next day.  Our foreman told me that we had to meet at a certain location at the following day and wait for him.  The following day, myself and co-workers gather at the location at that time.  Once the foreman arrives, we follow him in our cars driving to the work location for that day.  I have not been paid for any of this travel time to the worksite.

8.     When I was working for Delano Farms and Cal Pacific in the field there were mornings when I would arrive to work and it would be raining.  My foreman would tell me and my co-workers that we had to wait before starting work to find out if we were going to work that day and at what time we were going to start.  The time we had to wait was from a half an hour to one hour.  The foreman would tell us that we were not going to work that day and send us home.  I was never paid for the time we waited.

9.     When I worked in the field for Delano Farms and Cal Pacific I was paid an hourly rate and bonus when I was picking grapes.  I was the person packing the grapes when I worked in the field.  I would count the number of boxes that I packed.  At the end of the day I would write down the number and tell the two

pickers that worked with me how many boxes we picked and packed and how those would be divided.   At the end of the week when I received my paycheck, the number of boxes that I was paid for was not the number of boxes that I picked that week.  I told my forewoman Dolores Mendez one time when the total was incorrect. She told me that she would take care of it.  I was never paid for those boxes.

10.     When I worked in Romeo's crew, Jose Luis' crew and Dolores' crew, I was required to take home the trays I used at work that the grapes were put into, to wash.  I had to take them home to wash approximately every two or three days.  My foremen were the ones who told me to take them home to wash.  Every time I took the trays home to wash, I would spend approximately ten minutes washing them.  I was never paid for this work.

This statement has been read and explained to me in Spanish and I confirm that all statements here are true.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed March _2 8_ , 2009 in Delano, California.


_Saul Zavala_
SAUL ZAVALA

1    I am proficient in English and Spanish and have read the above statement to the

2    person signing in Spanish.

3    

4                                        JESSICA ARCINIEGA

5    

6    

7    

8    

9    

10    

11    

12    

13    

14    

15    

16    

17    

18    

19    

20    

21    

22    

23    

24    

25    

26    

27    

28    

899235.1                                        4

# DECLARATION OF SAUL ZAVALA

I, Saul Zavala, declare as follows:

1.    I am aware that this is the same exact declaration that I previously signed. I am now signing this declaration in further support of Plaintiffs' Motion for Class Certification.

2.    I am an employee of Delano Farms and Cal-Pacific. I started working for Delano Farms and Cal-Pacific in or about 2003. My job classifications were picker and packer. From August 2008 until January 2009 I worked in the cold storage. They type of work I performed in the field is harvesting grapes and other tasks related to that. When I worked in the field, I worked in the field, I worked in different crews. My foremen have been Jose Luis, Romeo and Dolores Mendez. When I worked in the cold storage I worked in Rodolfo Mendez' crew. When I worked in the cold storage, on average, I worked 8 hours per day, 5 days per week. When I worked in the filed I worked 8 hours per day, 6 days per week.

3.    The facts set forth herein are true of my own personal knowledge, and if called upon to testify, I could and would competently do so under oath.

4.    When I worked in the cold storage, I was paid an hourly rate plus a piece rate for each box packed. During the picking, I am paid an hourly rate plus a piece rate box of grapes picked.

5.    I am required to provide my own tools and equipment that I need for my job. My foremen told me that I had to take my own tools that were required to do the work. The tools and equipment that I have purchased to take to work to perform my job in the

1  field are gloves, picking shears, pruning shears, sharpening file and holster and goggles.

2  The tools that I have purchased and used for my job in cold storage are shears and holster.

3

4  6.    When I worked picking and packing. I understood that if our work day was

5  going to end, for example at 3 p.m., our foreman had to advise us fifteen beforehand so

6  that we would have time to finish our tasks. There were occasions when the foremen did

7  not advise us fifteen minutes beforehand and in order to finish my tasks I had to work later

8  that 3 p.m. The time that we were to end our work day was not always at 3 p.m. but the

9  fifteen minute notice was supposed to happen. I have never been paid for the time I spent

10  finishing my work.

11

12  7.    When I was working with Delano Farms and Cal Pacific in the field, I was

13  told by my foreman Romeo at the end of one day that the crew was going to work at a

14  different location the next day. Our foreman told me that we had to meet at a certain

15  location at the following day and wait for him. The following day, myself and co-workers

16  gather at the location at that time. Once the foreman arrives, we follow him in our cars

17  driving to the work location for the day. I have not been paid for any of this travel time to

18  the worksite.

19

20  8.    When I was working for Delano Farms and Cal Pacific in the field there

21  were mornings when I would arrive to work and it would be raining. My foreman would

22  tell me and my co-workers that we had to wait before starting work to find out if we were

23  going to work that day and at what time we were going to start. The time we had to wait

24  was from a half and hour to one hour. The foreman would tell us that we were not going

25  to work that day and send us home. I was never paid for the time we waited.

26

27  9.    When I worked in the field for Delano Farms and Cal Pacific I was paid an

28  hourly rate and bonus when I was picking grapes. I was the person packing the grapes

when I worked in the field. I would count the number of boxes that I packed.  At the end of the day I would write down the number and tell the two pickers that worked with me how many boxes we picked and packed and how those would be divided.  At the end of the week when I received my paycheck, the number of boxes that I was paid for was not the number of boxes that I picked that week.  I told my forewoman Dolores Mendez on time when the total was incorrect.  She told me that she would take care of it.  I was never paid for those boxes.

10.    When I worked in Romeo's crew, Jose Luis' crew and Dolores' crew, I was required to take home the trays I used at work that the grapes were  put into, to wash. I had to take them home to wash approximately every two or three days. My foreman were the ones who told me to take them home to wash.  Every time I took the trays home to wash, I would spend approximately ten minutes washing them.  I was never paid for this work.

This statement has been read to me in Spanish and I confirm that all statements here are true.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January _26_ , 2011, in Delano, California.

_Saul Zavala_
Saul Zavala

<u>Declaration of Interpreter/Translator</u>

I, Eva Vasquez-Camacho, declare that I am certified by the State of California as a Court Interpreter/Translator in good standing as described in GC 68561.

I am duly certified to interpret and translate from Spanish to English and English to Spanish and have met all the proficiency requirements set by the State of California, per Certification number 301273, issued by the Administrative Office of the Courts.

I further declare that I read and translated the attached "Declaration of Saul Zavala," to Mr. Saul Zavala from the English to the Spanish Language and that it is a true and accurate translation of said document.  He further indicated to me that his declaration is true and correct to the best of his knowledge, and signed it on January 26, 2011.

I declare under penalty of perjury, under the laws of the State of California that the foregoing is true and correct. Signed this 26th day of January of 2011, in Delano, California, County of Kern.

By:  Eva Vasquez-Camacho

State Certified Court Interpreter

Certification No. 301273

- 1

# EXHIBIT 73

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

---

| | |
|---|---|
| SABAS ARREDONDO, JOSE CUEVAS, HILARIO GOMEZ, IRMA LANDEROS and ROSALBA LANDEROS individually and on behalf of all others similarly situated, | Case No. 1:09-CV-01247-LJO-DLB |
| Plaintiffs, | |
| vs. | |
| DELANO FARMS COMPANY, a Washington State Corporation; CAL-PACIFIC FARM MANAGEMENT, L.P.; T&R BANGI'S AGRICULTURAL SERVICES, Inc. and DOES 1 through 10, inclusive, | |
| Defendants. | |

DEPOSITION OF:

SABAS ARREDONDO

THURSDAY, APRIL 1, 2010

8:03 A.M.

REPORTED BY:  TERRI L. HAUPT, CSR No. 6111



SYLVIA
MENDEZ
& ASSOCIATES

Certified Shorthand Reporters

330 H Street, Suite 1
Bakersfield, CA 93304
(661) 631-2904 · Fax (661) 631-2969

ORIGINAL

1   about what goes on in the grapes.

2        A.   No problem.

3        Q.   Sadly, my father-in-law used to be a grape

4   grower, so I should know more.

5             What is debudding?

6        A.   Debudding is removing -- normally, on one

7   stem, three or four or five buds grow.  You leave one

8   or two on it, depending on how strong the stem is, so

9   that it can support the weight of the bunches.  You

10  can't leave the four or five or more because then the

11  stem will break with the weight of the grapes.  You

12  only leave one or two on it.  You remove all of the

13  rest.  That's the debudding.

14       Q.   In 2008, you were first hired to do

15  debudding?

16       A.   Yes.

17       Q.   So is it you who makes the decision to leave

18  one or two buds on each vine?

19       A.   No.

20       Q.   Who makes that decision?

21       A.   I imagine the owners.  They give information

22  to the supervisor and the supervisor to the foreman.

23  The foreman is the one that gives us the information.

24       Q.   Do you know who the supervisor was who Gordo

25  reported to?

18

1     A.  I have just seen him, but no.

2     Q.  You don't know a nickname for him?

3     A.  No.

4     Q.  He was not "Flaco"?

5     A.  No.  He's short.  No, I don't know.

6     Q.  Okay.  How long does the budding portion of

7 the season last?

8     A.  Three weeks or a month.

9     Q.  What tools do you use for debudding?

10    A.  Gloves for your hands and clippers.

11    Q.  What kind of clippers?

12    A.  Normally, you use the ones that we use for

13 picking the grapes.

14    Q.  Are these the kind of clippers, that I'm

15 showing you?  Are these the kind of clippers that

16 you're referring to?

17    A.  Yes.

18    Q.  Did Cal-Pacific provide you with a pair of

19 clippers --

20    A.  No.

21    Q.  -- for the debudding?

22    A.  No.

23    Q.  Did you have your own clippers at that time?

24    A.  I had to buy them.

25    Q.  So if I understood it, Gordo hired you on the

19

1    spot when you came out to the job site; correct?

2         A.  Yes.

3         Q.  How did you work that day without clippers?

4         A.  A coworker let me borrow a pair for that one

5    day.

6         Q.  Did you ask Gordo for a pair of clippers?

7         A.  I mentioned to him that I didn't have

8    clippers with me, and he told me that if I didn't have

9    any then I couldn't work.

10        Then he said, "Ask one of the coworkers if

11   somebody has some so that you could go in and start

12   working."

13        Q.  Gordo told you this?

14        A.  Yeah.

15        Q.  This is in April of '08?

16        A.  Yes.

17        MR. JOHNSON:  I am going to hand you a

18   document that I'm going to mark as Exhibit 30.  The

19   first page states "Cal-Pacific Farm Management, L.P.,

20   Heat Stress Policy."  There are a number of other

21   documents behind that.

22        I am also going to give one to both of your

23   counsel.

24        MS. ARCINIEGA:  Thank you.  This is 30, you

25   said?

20

1          A.   No.   It was a little.   It was three weeks or

2     one month of the picking.

3          Q.   Okay.   Deleafing, that's just the removal of

4     leaves?

5          A.   Yes.

6          Q.   Do you use these same type of clippers that I

7     showed you before for deleafing?

8          A.   Yes.

9          Q.   And did Cal-Pacific provide you with clippers

10    for the deleafing, or did you use the same clippers

11    that you purchased?

12         A.   My own tools.

13         Q.   Your own tools?

14         A.   Yes.

15         Q.   What is girdling or the ringing?

16         A.   Normally, it's the stick with the grapes or

17    the trunk.   You use a special knife to make a ring

18    around it.   It's a special knife.   It has -- it has a

19    little bit of a curved shape to make the -- it takes

20    out the -- like the shell or the outside covering of

21    the trunk.

22         Q.   Did Cal-Pacific provide you with a knife for

23    the girdling?

24         A.   No.

25         Q.   You had to bring your own girdling knife?

                                                            25

1    Q.  Did you ever ask Gordo or any other foreman

2  for a girdling knife?

3    A.  Yes.

4    Q.  Who did you ask?

5    A.  The foreman that took us to the fields to do

6  the girdling.  That's another foreman.  It's not Gordo.

7    Q.  Do you know his name?

8    A.  No.  Just Junior.  That's all.

9    Q.  Okay.

10   A.  A Filipino.

11   Q.  Did you already own a girdling knife?

12   A.  I had some, but I had to buy more.

13   Q.  When you say you had to buy more, how many

14  more did you purchase while you were at Cal-Pacific?

15   A.  Normally, it's two knives for each size of

16  the thickness of the grape.  It could be one-fourth,

17  three-fourths, half an inch.

18       Normally, it's two for each one or more

19  because if one breaks, then you don't work anymore.

20  You have to have two or three or more.  It's just

21  depending.  Those knives -- normally all of us that do

22  that work, we have two or more of each one.  They're

23  different sizes.

24   Q.  Do you have any receipts to establish that

25  you bought girdling knives while you were employed by

27

1    Cal-Pacific?

2         A.   No.

3         Q.   Have you given any receipts to counsel, your

4    lawyers, for the purchase of girdling knives?

5         A.   No.

6         Q.   Did you ever tell anyone at Cal-Pacific that

7    you had purchased girdling knives to do the girdling

8    that they were asking you to do?

9         A.   No.

10        Q.   Did you ever ask anyone at Cal-Pacific to

11   reimburse you for the girdling knives that you

12   purchased?

13        A.   I made the comment to the foreman that if

14   they were going to pay us for the knives, and he said

15   it was piece rate.  That did not include giving them --

16   them giving us tools, so then they couldn't pay us for

17   that.

18        Q.   Junior told you that?

19        A.   Yeah.

20        Q.   The same thing -- the same questions with the

21   clippers.

22             Did you ever ask anyone at Cal-Pacific to

23   reimburse you for the clippers that you purchased?

24        A.   I had said it previously to Gordo, and he

25   asked me, if I had clippers with me, to start working,

28

1    and if not, I couldn't start working.

2         Q.  You borrowed a pair of clippers for that?

3         A.  At that moment, yes.

4         Q.  Okay.  You did not have clippers from any of

5    the work that you had done prior to working for

6    Cal-Pacific?

7         A.  No.  Because the acquaintance that told me

8    that there was work available, he said, "If you need

9    clippers, we can get some out there so you can work."

10        Q.  Did he say who he would get the clippers from

11   out there?

12        A.  No.

13        Q.  Do you know if the company, Cal-Pacific, had

14   given him clippers?

15        A.  No.

16        Q.  During your four months working for

17   Cal-Pacific, were you aware that they gave anybody a

18   pair of these clippers?

19        A.  Nobody.

20        Q.  So when you say "nobody," it's your belief

21   they did not give clippers to anybody?

22        A.  No.  We would make comments amongst the

23   coworkers and nobody -- everyone would say that they

24   bought their own tools.

25        Q.  Can you go back to Exhibit 30, please.  Turn

                                                         29

1    strike that.

2            The only person that you ever asked for tools

3    was Gordo, for clippers, and Junior, for knives; is

4    that correct?

5        A.  Not just that.  We also need glasses and

6    gloves.

7        Q.  When you say "glasses," are you referring to

8    these goggles?

9        A.  Something similar.

10       Q.  Did Cal-Pacific ever provide you with a pair

11   of goggles like these?

12       A.  What did you say?

13       Q.  Did Cal-Pacific ever provide you with a pair

14   of goggles?

15       A.  No.

16       Q.  Did you ever ask Cal-Pacific to provide you

17   with goggles?

18       A.  The foreman.

19       Q.  When you say "the foreman," are you referring

20   to Gordo again?

21       A.  Well, yes, he's the one that I worked with.

22       Q.  So he's the only one that you asked?

23       A.  Him and Junior, because I also worked with

24   Junior.

25       Q.  Do you need goggles for girdling?

                                                          32

1          A.  Well, yes.

2          Q.  Okay.  A lot of these questions I'm asking

3     because I don't know.  I have no idea how to do

4     girdling.

5               So you wear the goggles for the girdling?

6          A.  Yes.

7          Q.  Do you wear them for the deleafing?

8          A.  Yes.

9          Q.  Do you wear them for the picking?

10         A.  Yes.

11         Q.  So you wear the goggles for everything that

12    you do in the fields?

13         A.  Yes.

14         Q.  You mentioned gloves.

15         A.  Yes.

16         Q.  It's my understanding that you cannot wear

17    gloves during the harvest; is that correct?

18         A.  Depending on the buyer of the grapes.  The

19    foreman has told us, depending on the buyer of the

20    grapes, how he wants or how he needs his grapes.

21         Q.  Have you ever heard that grapes are damaged

22    by gloves?

23         A.  Yes.

24         Q.  Okay.  Have you ever heard that grapes get a

25    shine on them from the gloves?

33

1          A.  Yes.

2          Q.  So the buyers of the grapes would require

3     that no gloves be used during the picking; is that

4     correct?

5          A.  Not all of them.

6          Q.  But some?

7          A.  Perhaps, yes.

8          Q.  You say "perhaps."  Is that "yes"?

9          A.  Yes.

10         Q.  Thank you.

11             Did you ever ask anybody at Delano Farms to

12    provide you with gloves?

13         A.  Yes.

14         Q.  Who did you ask?

15         A.  The foremen that I worked with.

16         Q.  Again, Junior and Gordo?

17         A.  Yes.

18         Q.  Those are the only two?

19         A.  That I worked with at that moment, yes.

20         Q.  Okay.  And when you say "that moment," during

21    that four-month period that you were employed by

22    Cal-Pacific --

23         A.  Yes.

24         Q.  -- those are the only two foremen that you

25    worked for?

                                                    34

1       A.   Yes.

2       Q.   Let's go to the last page of Exhibit No. 30

3   for a moment, please.

4            Did you sign one of these documents every day

5   you worked?

6       A.   You don't sign them every day.

7       Q.   Most days?

8       A.   Yes.

9       Q.   And was there some type of training provided

10  to the workers each day?

11      A.   Yes.

12      Q.   And when did that training occur?

13      A.   Every day.

14      Q.   At the same time every day?

15      A.   Normally, yes.

16      Q.   What time was that?

17      A.   Five, ten, fifteen, twenty minutes before

18  starting work.

19      Q.   Okay.  Let's walk through a typical day when

20  you're debudding.

21           What time did you arrive?

22      A.   Normally, the foreman tells you the day

23  before.  If we're starting at 6:00 in the morning, you

24  have to be there at 5:30, 5:20.  At the latest it's

25  5:40.

35

1          A.  Yes.

2          Q.  Let's go to the last page of Exhibit No. 30

3     for a moment, please.

4               Did you sign one of these documents every day

5     you worked?

6          A.  You don't sign them every day.

7          Q.  Most days?

8          A.  Yes.

9          Q.  And was there some type of training provided

10    to the workers each day?

11         A.  Yes.

12         Q.  And when did that training occur?

13         A.  Every day.

14         Q.  At the same time every day?

15         A.  Normally, yes.

16         Q.  What time was that?

17         A.  Five, ten, fifteen, twenty minutes before

18    starting work.

19         Q.  Okay.  Let's walk through a typical day when

20    you're debudding.

21              What time did you arrive?

22         A.  Normally, the foreman tells you the day

23    before.  If we're starting at 6:00 in the morning, you

24    have to be there at 5:30, 5:20.  At the latest it's

25    5:40.

                                                        35

Q.   For a six o'clock start time?

A.   Yes.

Q.   What would you do between 5:40 and six o'clock in the morning?

MR. MARTINEZ:  Are we talking just about debudding?

MR. JOHNSON:  Yes.  Just talking about a typical day in debudding.

THE WITNESS:  Normally, he tells you to arrive at 5:30, 5:40, because they want all of us to be there 15 minutes or 10 minutes before 6:00 in order to be able to give the schooling on a normal day.

BY MR. JOHNSON:

Q.   So on a normal day, if the start time was six o'clock, it's your testimony that there would be a class, some type of schooling, at 5:45?

A.   Yes.

Q.   Every day?

A.   Every day.

Q.   What would they discuss during these classes?

A.   Normally, they talk about how much -- how much land or how much work was done the day before and if it was done well or if it was done badly, who is more behind, who is more ahead.

Q.   Slow down for a second.

36

1        Q.  For a six o'clock start time?

2        A.  Yes.

3        Q.  What would you do between 5:40 and

4   six o'clock in the morning?

5           MR. MARTINEZ:  Are we talking just about

6   debudding?

7           MR. JOHNSON:  Yes.  Just talking about a

8   typical day in debudding.

9           THE WITNESS:  Normally, he tells you to

10  arrive at 5:30, 5:40, because they want all of us to be

11  there 15 minutes or 10 minutes before 6:00 in order to

12  be able to give the schooling on a normal day.

13  BY MR. JOHNSON:

14       Q.  So on a normal day, if the start time was

15  six o'clock, it's your testimony that there would be a

16  class, some type of schooling, at 5:45?

17       A.  Yes.

18       Q.  Every day?

19       A.  Every day.

20       Q.  What would they discuss during these classes?

21       A.  Normally, they talk about how much -- how

22  much land or how much work was done the day before and

23  if it was done well or if it was done badly, who is

24  more behind, who is more ahead.

25       Q.  Slow down for a second.

36

1          When they say who was more behind and who was

2    more ahead, are they referring to individual workers in

3    your crew or your crew compared to the other crews?

4         A.  In general.  In the crew and all of the other

5    crews of the company.

6         Q.  Okay.  All right.  What else would they do

7    during this schooling?

8         A.  Well, those of us -- talking about the crew.

9          If our crew did a little bit less work than

10   the other crews, then he would call that to our

11   attention, the foreman.  He would say, "We need more

12   work."  To the contrary, the supervisor will lay us off

13   because we're falling behind on work in comparison to

14   the other crews.

15        Q.  Were you ever laid off for not working fast

16   enough?

17        A.  No.

18        Q.  Do you know of anybody ever being laid off

19   for not working fast enough?

20        A.  I saw it.

21        Q.  Who did you see?

22        A.  I don't know their names, but coworkers in

23   the crew or other crews, they would lay off the whole

24   crew.

25        Q.  How do you know that they were laid off

                                                      37

1    Q.   What happens then at 1:30 or 2:00?

2    A.   Once again, a break.

3    Q.   How long is that break?

4    A.   Ten minutes.

5    Q.   Ten minutes.

6         After that break, what do you do?

7    A.   Continue working.

8    Q.   Until?

9    A.   We go in at 6:00 to complete eight hours.

10   It's 2:30.

11   Q.   So a normal -- a typical day during

12   debudding, you work eight hours?

13   A.   Yes.

14   Q.   Do you ever work -- during the time that you

15   worked for Cal-Pacific during the debudding process,

16   did you ever work more than eight hours?

17   A.   Yes, yes, but they don't pay us for it.

18   Q.   How much more than eight hours did you work?

19   A.   Normally, they schedule us to go in there --

20   to start at 6:00, but we start with the schooling at

21   5:45, 5:50.  If we're behind on terrain or quantity, on

22   occasions they don't even give us the break at 1:30 or

23   two o'clock because we're behind on our work.

24   Q.   Some days you don't get the ten-minute break?

25   A.   We don't take it.

41

1          Q.   During the picking season -- what was a

2    typical day like during the picking season?

3          A.   Normally, they schedule you the same way.

4    It's 20 minutes, up to 40 minutes before the start

5    time -- the time to start work.

6          Q.   For schooling?

7          A.   Not just the school.

8          Q.   What else?

9          A.   We have to fix the table where the grapes are

10   packed.  We have to put labels, numbers.  We have to

11   bring boxes by the table in order to not lose time once

12   we're already picking.

13         Q.   So who told you to show up 40 minutes early

14   on the picking days?

15         A.   The foremen tell us.

16         Q.   Again, that would be Gordo or Junior?

17         A.   Junior.

18         Q.   "Junior"?

19         A.   Yes.

20         Q.   You worked for Junior during the picking

21   season?

22         A.   Yes.

23         Q.   Junior told you to be there 40 minutes early

24   each day?

25         A.   They don't tell you 40 minutes.  They tell

                                                      48

1   you that you need to be there before the school starts

2   so that you are here before and you have your table

3   ready.  They don't tell you exactly 40 minutes.  It

4   could be 20, half an hour, or up to 40 minutes.

5        Q.  Do you get paid for that time?

6        A.  No.

7        Q.  How do you know you don't get paid for that

8   time?

9        A.  Because it doesn't appear on my check.

10       Q.  How did you log your time when you were an

11  employee of Cal-Pacific?

12       A.  I did not understand.

13       Q.  Did you fill out a time sheet each day?

14       A.  No.

15       Q.  Who filled out the time sheet?

16       A.  The foreman.

17       Q.  How do you know -- did you ever see the time

18  sheet that he filled out?

19       A.  No.

20       Q.  Did you keep records of how long you worked

21  each day that you compared to your check?

22       A.  On some occasions I did it.

23       Q.  Do you have any of that documentation today?

24       A.  No.  Because I would ask the foreman why did

25  I have that amount of time -- so much time and it

49

1    you that you need to be there before the school starts

2    so that you are here before and you have your table

3    ready.  They don't tell you exactly 40 minutes.  It

4    could be 20, half an hour, or up to 40 minutes.

5         Q.  Do you get paid for that time?

6         A.  No.

7         Q.  How do you know you don't get paid for that

8    time?

9         A.  Because it doesn't appear on my check.

10        Q.  How did you log your time when you were an

11   employee of Cal-Pacific?

12        A.  I did not understand.

13        Q.  Did you fill out a time sheet each day?

14        A.  No.

15        Q.  Who filled out the time sheet?

16        A.  The foreman.

17        Q.  How do you know -- did you ever see the time

18   sheet that he filled out?

19        A.  No.

20        Q.  Did you keep records of how long you worked

21   each day that you compared to your check?

22        A.  On some occasions I did it.

23        Q.  Do you have any of that documentation today?

24        A.  No.  Because I would ask the foreman why did

25   I have that amount of time -- so much time and it

49

1    wasn't appearing on my check.  He would say -- he says,

2    "I do the time.  I do the payroll.  I give you the time

3    that you work."

4              I said, "But you're not giving me the time

5    that you're having me show up half an hour before or an

6    hour before."  He says, "It's just that here you are

7    only paid for eight hours.  It's eight hours, depending

8    on the time that we ask you to work."

9         Q.  Okay.  Did they ever, during the picking

10   season, have you work more than eight hours, excluding

11   the work you're stating you performed before the start

12   time and the schooling?

13        A.  Yes.

14        Q.  What did they -- how long did they have you

15   work?

16        A.  Normally, you work eight, but when the buyer

17   of the grapes says, "I need more," then they tell us

18   you have to stay one more hour, half an hour or an

19   hour.

20        Q.  Was that time paid for?

21        A.  Yes.

22        Q.  So you never were -- you never worked more

23   than nine hours?

24        A.  They never paid me more than nine hours, but

25   I did work more than nine hours.

                                                    50

1          Q.  Are you talking about the time that you

2     worked nine hours that were paid plus the school time

3     and the prep time?

4          A.  Yes.

5          Q.  But you didn't work more than nine hours,

6     start to finish time, excluding the time that you're

7     talking about for the prep work and the schooling?

8          A.  I'll repeat again.  I did work, but I wasn't

9     paid for it.  That's a different story.

10         Q.  I want to be clear -- make sure that we're

11    communicating.

12         A.  Uh-huh.

13         Q.  Is it your testimony that you never worked

14    from the start time more than nine hours?

15              MR. MARTINEZ:  Objection.  Vague as to "start

16    time."

17    BY MR. JOHNSON:

18         Q.  From the time that the foreman started the

19    clock running, did you ever work more than nine hours?

20         A.  No.

21         Q.  So if you worked nine hours -- when you say

22    sometimes you worked more and didn't get paid for it,

23    you're only referring to the 20 to 40 minutes before

24    the day started for school and some prep; is that

25    correct?

51

1        A.   Also during the breaks.

2             The foreman would say just until 2:30 or

3    3:00 in the afternoon.  He doesn't want any grapes to

4    be left on the tables.  He wants all of the grapes that

5    are on the table or are already picked to be packed.

6    He doesn't care if it's 3:05, 3:10, 3:15, or 3:30.  He

7    doesn't care.  He just pays until 3:00 in the

8    afternoon.  But also, he doesn't want any grapes left

9    behind for the next day.

10        Q.   So it's your testimony that you did work

11   prior to the start time that they started to pay you

12   and sometimes you did work after the finish time that

13   was not paid; is that correct?

14        A.   Yes.

15        Q.   And you were involved in the picking for

16   three to four weeks?

17        A.   Yes.

18        Q.   How many times, during that three- to

19   four-week period, were you required to do work before

20   the official start time that you were not paid for?

21        A.   Every day.

22        Q.   Do you have any records to support how long

23   you worked each of those days?

24        A.   No.

25        Q.   Do you have any documentation to show that

                                                        52

1         A.   Also during the breaks.

2              The foreman would say just until 2:30 or

3    3:00 in the afternoon.  He doesn't want any grapes to

4    be left on the tables.  He wants all of the grapes that

5    are on the table or are already picked to be packed.

6    He doesn't care if it's 3:05, 3:10, 3:15, or 3:30.  He

7    doesn't care.  He just pays until 3:00 in the

8    afternoon.  But also, he doesn't want any grapes left

9    behind for the next day.

10        Q.   So it's your testimony that you did work

11   prior to the start time that they started to pay you

12   and sometimes you did work after the finish time that

13   was not paid; is that correct?

14        A.   Yes.

15        Q.   And you were involved in the picking for

16   three to four weeks?

17        A.   Yes.

18        Q.   How many times, during that three- to

19   four-week period, were you required to do work before

20   the official start time that you were not paid for?

21        A.   Every day.

22        Q.   Do you have any records to support how long

23   you worked each of those days?

24        A.   No.

25        Q.   Do you have any documentation to show that

52

1          A.   Also during the breaks.

2               The foreman would say just until 2:30 or

3     3:00 in the afternoon.   He doesn't want any grapes to

4     be left on the tables.   He wants all of the grapes that

5     are on the table or are already picked to be packed.

6     He doesn't care if it's 3:05, 3:10, 3:15, or 3:30.   He

7     doesn't care.   He just pays until 3:00 in the

8     afternoon.   But also, he doesn't want any grapes left

9     behind for the next day.

10         Q.   So it's your testimony that you did work

11    prior to the start time that they started to pay you

12    and sometimes you did work after the finish time that

13    was not paid; is that correct?

14         A.   Yes.

15         Q.   And you were involved in the picking for

16    three to four weeks?

17         A.   Yes.

18         Q.   How many times, during that three- to

19    four-week period, were you required to do work before

20    the official start time that you were not paid for?

21         A.   Every day.

22         Q.   Do you have any records to support how long

23    you worked each of those days?

24         A.   No.

25         Q.   Do you have any documentation to show that

                                                    52

1   you weren't paid for that time?

2        A.  Check stubs only.

3        Q.  Do you have any documentation to show that

4   you weren't paid for all of the hours that you worked,

5   besides the check stubs?

6        A.  No.

7        Q.  How do you know that the check stubs aren't

8   accurate if you don't have records that show that you

9   worked more hours than you were paid for?

10       A.  The whole time that I had written down, I

11  would make the claim to the foreman, and the foreman

12  would just say, "What you have written down is no good

13  to me.  What matters or what counts is this, what I

14  have."

15       Q.  So what happened to that documentation where

16  you had written it down?

17       A.  I threw them out.  I threw them in the trash.

18       Q.  So you don't have any of that documentation

19  anymore?

20       A.  No.

21       Q.  You're sure?

22       A.  Yes.

23       Q.  During the picking season, the three to

24  four weeks that you worked there, how many days did you

25  do work after the official stop time?

53

1      A.   Every day.

2      Q.   How long did you work each day after the

3 official stop time?

4      A.   I tell you every day because if, at 3:00 in

5 the afternoon, that's the end of the schedule, the time

6 that he writes down for us, he yells out -- he stops us

7 at 3:00 in the afternoon.  At that time, we have to

8 bring in the tubs, the wheelbarrow, and the table

9 inside of the row.  Every day we have to put it back in

10 and then bring it back out the next day.  It's every

11 day.  So that takes you five, ten, fifteen minutes,

12 depending on how long it takes you to push the table

13 and the wheelbarrow and the tubs into the row.

14      Q.   All of that is always done after the official

15 start time -- stop time?

16      A.   It is always done after.

17      Q.   Okay.

18      A.   Because if you do it before -- some coworkers

19 have done it or maybe I've done it, but he calls it to

20 our attention the next day, the foreman does.

21      Q.   Do you guys ever leave 10 or 15 minutes

22 before the official stop time?

23      A.   No.

24      Q.   Never?

25      A.   No.

54

1    getting the grapes?

2        A.  I didn't say I didn't go get grapes.  I told

3    you we support them.  That's why we're in a team of

4    three.

5        Q.  So you did go out and pick grapes, as well?

6        A.  Yes.

7        Q.  Okay.  So you picked and packed?

8        A.  Yes.

9        Q.  The other two guys had it easy because they

10   only picked?

11       A.  And also moving the cart or wheelbarrow.  The

12   packer normally does all of the jobs, picking, bringing

13   out the wheelbarrow, the cart, bringing out the grapes

14   to the table, and packing.

15       Q.  Okay.  So as the packer, what things did you

16   have to get ready before the workday started?

17       A.  The first thing is pull the table out from

18   where -- it's always inside of the row.  Pull out the

19   table, out to the edge of the row, place it in a good

20   place, clean it if there was something left on it,

21   bring boxes.  The boxes -- normally they leave them at

22   a certain distance of about 100 meters or a little

23   more, more or less.  So bring boxes over to the table

24   and bring bags and the clamshells.

25       Q.  Don't the tables have a place for bags and

79

1    depending on the ranch or the grapes or the --

2    depending on the quality of the grapes.

3        Q.  Who would give you that amount of boxes that

4    you would have to pick on a daily basis?

5        A.  The foreman, Junior.

6        Q.  Did Junior say what would happen if you

7    didn't do the homework?

8        A.  Of course.  Normally, he says to me or he

9    says to us, 'Every table that does not meet or do the

10   amount of boxes that we are requiring, we will lay you

11   off," or they just give us a warning.  That's the

12   pressure of every day.

13       Q.  Did you ever observe that people were sent

14   home or laid off in your crew because they didn't meet

15   the homework requirements?

16       A.  Yes.

17       Q.  Now, you testified that you would take trays

18   home to wash.

19       A.  Yes.

20       Q.  Is that because of the homework?

21           MR. JOHNSON:  Objection.  Leading.

22           THE WITNESS:  It's part of the homework or

23   the task because we have to do the amount of boxes that

24   they ask us for.  If we don't do them, then they just

25   reprimand us.  They give us a ticket or they send us

85

1    home.

2            In order to avoid all of that, I would do

3    this, taking the trays home with me to keep them clean.

4    BY MR. MARTINEZ:

5        Q.  Did Junior ever tell you what would happen if

6    you didn't wash your trays at home?

7            MR. JOHNSON:  Objection.  Misstates the prior

8    testimony where he testified that Junior didn't know he

9    was taking the trays home.

10           MR. MARTINEZ:  I don't think that is an

11   accurate characterization of his testimony.

12   BY MR. MARTINEZ:

13       Q.  Were you ever told by Junior what would

14   happen if a worker did not wash their trays at home?

15       A.  Just during the schooling we are told that we

16   have to keep the trays clean.  He or they, I'm

17   referring to the foremen or the supervisors, don't

18   care.  It doesn't matter to them how we keep the trays

19   clean.  If you take them home, if you clean them there,

20   during your break time, or if -- or if somebody helps

21   you clean them.  They don't care.  They just want you

22   to keep the trays clean.

23       Q.  Did you ever see, if someone reported to work

24   with dirty trays, what would happen?

25       A.  Yes.

86

1     Q.  What happened?

2     A.  It would be called to their attention.

3         On one occasion they didn't let the table

4 work because all of their trays were dirty.  They

5 couldn't put the grapes in it.  They were too filled

6 with dirt and mud.  They told them they had to go home

7 and they could not work.

8     Q.  Can you tell us why you took home the shells

9 and the labels and why you couldn't do that work in the

10 field?

11    A.  I could do it in the field.  We could do

12 it -- a lot of us would do it, but at the end of the

13 day it would show in the amount of boxes.  In order to

14 avoid getting called to our attention or being laid

15 off, we would do that, taking them home to put the

16 labels on them at home.

17    Q.  Did you ever work through your rest periods

18 during the picking season, either part or all of your

19 rest period, because of the homework?

20    A.  Many times.

21    Q.  Did you ever work during part or all of your

22 meal periods in order to complete the picking homework?

23    A.  Yes.

24        MR. MARTINEZ:  I have no other questions.

25 ///

87

1    there is boxes that you picked that you were not paid

2    for?

3        A.   No, no record.

4        Q.   During your four months, how many boxes did

5    you pick that you were not paid for?

6        A.   Well, I can't assure you how many because it

7    could be 5 boxes in one day.  It could be up to

8    20 boxes in a day that weren't written down and put on

9    my check.

10       Q.   So you don't know how many boxes there are?

11       A.   No.

12       Q.   You have no way of knowing?

13       A.   No.

14       Q.   It would just be a guess?

15       A.   It's not a guess.  I am not a fortune teller.

16   I would prove it with my own eyes.  I have it present

17   in mind, but I can't prove it with documents.

18       Q.   What you refer to as homework, did anybody at

19   Cal-Pacific ever say, "Mr. Arredondo, you have to take

20   work home and do it at home"?

21       A.   No.

22       Q.   You were never told that by anybody at

23   Cal-Pacific?

24       A.   No.

25       Q.   Did anybody at Cal-Pacific ever use the term,

92

1    "homework"?

2         A.   Yes.   But they're referring to the homework

3    or quota in regards to the amount of boxes.

4         Q.   Okay.   So they called -- the amount of boxes

5    that you have to pick in a day, they called that

6    homework?

7         A.   Yes.

8         Q.   So your homework for today is to pick

9    90 boxes?

10        A.   Yes.

11        Q.   Okay.

12        A.   In the schooling, that's what they tell us.

13   That's why there is schooling every day.   There they

14   tell us, "Today we're in a block where the grapes

15   aren't very good.   It's too green or there's very

16   little.   Today everybody has to do at least 90, 100,

17   120.   When we get to a block where the grapes --

18   there's a lot, it has a lot of color, there's a lot of

19   them, it's 135, 150, 140."   They always, every day,

20   place a quota, a quantity.   They always say how much

21   quantity they want every day.

22        Q.   Did you get paid for picking an hourly rate

23   plus a certain amount per box?

24        A.   Yes.

25        Q.   What was the hourly rate that you received?

                                                        93