# EXHIBIT 74

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

———————————

SABAS ARREDONDO, JOSE )
CUEVAS, HILARIO GOMEZ, )
IRMA LANDEROS and ROSALBA )          Case No.
LANDEROS individually and )
on behalf of all others )
similarly situated, )          1:09-CV-01247-LJO-DLB
)
              Plaintiffs, )
)
         vs. )
)
)
DELANO FARMS COMPANY, a )
Washington State )
Corporation; CAL-PACIFIC )
FARM MANAGEMENT, L.P.; T&R )
BANGI'S AGRICULTURAL )
SERVICES, Inc. and DOES 1 )
through 10, inclusive, )
)
              Defendants. )
——————————————————————

DEPOSITION OF:

HILARIO GOMEZ

FRIDAY, APRIL 2, 2010

8:05 A.M.

REPORTED BY:  TERRI L. HAUPT, CSR No. 6111



SYLVIA
MENDEZ
& ASSOCIATES

*Certified Shorthand Reporters*

330 H Street, Suite 1
Bakersfield, CA 93304
(661) 631-2904 · Fax (661) 631-2969

ORIGINAL

1        Q.  Nobody told you that you couldn't work there
2   anymore?
3        A.  No, no.
4        Q.  Nobody was bothering you because of this
5   lawsuit?
6        A.  No, no.
7        Q.  There was no pressure to go?
8        A.  No, no.
9        Q.  You left because the other company's work
10  started a little sooner than Cal-Pacific's; is that
11  correct?
12       A.  Yes, correct, uh-huh.
13       Q.  Okay.  We got into a little bit of this.  I
14  know that you did pruning.
15            What other types of work do you do out in the
16  fields?
17       A.  We do the pruning, debudding, deleafing,
18  tipping, and the picking.
19       Q.  You personally have done all of these things
20  over your six years?
21       A.  Yes, uh-huh.
22       Q.  When you were doing the pruning, did
23  Cal-Pacific give you a pair of loppers like these to
24  use?
25       A.  I always used my tools, uh-huh.

14

1          Q.  I understand that you may have used your own

2     tools.

3               Did Cal-Pacific give you a pair of these

4     shears that you could use?

5          A.  Yes.  Yes, they offered, but the majority of

6     all workers, we use our own tools.

7          Q.  Okay.  But Cal-Pacific offered you the option

8     of using these?

9          A.  Yes, uh-huh.

10              MR. MARTINEZ:  Counsel, when you say "these,"

11    you're referring to the pruning shears?

12              MR. JOHNSON:  Yes.  Thank you.

13    BY MR. JOHNSON:

14         Q.  So we're talking about these blue pruning

15    shears that I'm holding up right now; correct?

16         A.  Uh-huh, yes.

17         Q.  So Cal-Pacific offered you a pair of these

18    pruning shears?

19         A.  Yes, uh-huh.

20         Q.  You chose to use your own?

21         A.  Yes, mine, uh-huh.

22         Q.  What is the purpose of pruning?

23         A.  So that the vine regrows.  The purpose is so

24    that the vine will regrow.

25         Q.  Are you paid hourly when you do pruning or

                                                           15

1          Q.   They have a red handle on them?

2          A.   Yes.

3          Q.   Have you ever seen Cal-Pacific give out

4    clippers like this for the debudding?

5          A.   Yes, yes.

6          Q.   Have they ever given you a pair of these

7    clippers?

8          A.   Yes, uh-huh.

9          Q.   When did Cal-Pacific give you a set of these

10   clippers?

11         A.   This year.  This past year, uh-huh.

12         Q.   So in 2009?

13         A.   Yes.

14         Q.   Did they give you any in 2008?

15         A.   In 2008, no, they did not give us any, no.

16         Q.   Did you know that these clippers were

17   available to you in 2008 if you wanted some?

18         A.   They asked the foreman, yes, and he said that

19   they had already ran out, uh-huh.

20         Q.   In 2008, you asked the foreman?

21         A.   No, not me, because I always take my own

22   tools, uh-huh.

23         Q.   So you did not ask for any of these in 2008?

24         A.   No.

25         Q.   Okay.  So somebody told you -- strike that.

26

1          Let's do it this way.  In 2008, you did not

2     ask Cal-Pacific to give you a pair of clippers?

3          A.  No.

4          Q.  You had your own clippers; correct?

5          A.  Yes, yes.

6          Q.  But you knew that it was Cal-Pacific's policy

7     to have tools available for people that did not have

8     their own tools; is that correct?

9          MR. MARTINEZ:  Objection.  Assumes facts not

10    in evidence.  There is no evidence of policy.

11    BY MR. JOHNSON:

12         Q.  Is that correct?

13         MR. MARTINEZ:  Do you understand the

14    question?

15    BY MR. JOHNSON:

16         Q.  Is that correct?

17         A.  Yes, yes.  Yes, I understand the question.

18         Q.  Is the answer to the question "yes"?

19         A.  Could you ask it again, please.

20         MR. JOHNSON:  Madam Court Reporter, could you

21    read it back, please.

22         (Record read.)

23         THE WITNESS:  No, I did not know.  I did not

24    know, no.

25    ///

                                                        27

1    BY MR. JOHNSON:

2        Q.   In 2008, did you see Cal-Pacific provide this

3    type of tool to any of the employees working on your

4    crew?

5            MR. MARTINEZ:   Objection.   Asked and

6    answered.

7            He already testified that workers asked the

8    foreman.   He said they had ran out.

9    BY MR. JOHNSON:

10       Q.   You can answer.

11       A.   Yes, I already answered.

12       Q.   So let me make -- my question is a little

13   different than the question that you have already

14   answered.

15           During 2008, did you see Cal-Pacific give any

16   employees on your crew a pair of these clippers?

17       A.   No.

18       Q.   Okay.   And you made a statement that somebody

19   during 2008 asked the foreman about clippers; is that

20   correct?

21       A.   No, no.   I don't remember.

22       Q.   So you don't remember in 2008 anybody asking

23   the foreman for a pair of clippers?

24       A.   No, no.

25       Q.   And you didn't see Cal-Pacific give anybody

                                                          28

1    bucks"?

2         A.  No.

3         Q.  Did you tell them anything about purchasing

4    the clippers?

5         A.  I'm sorry?

6         Q.  Did you tell anyone at Cal-Pacific anything

7    about your purchase of clippers?

8         A.  No.

9         Q.  During the six years that you worked for

10   Cal-Pacific, how many pair of clippers like this did

11   they give you?

12        A.  One.

13        Q.  In the six years that you worked for

14   Cal-Pacific, how many clippers of this type -- I'm

15   holding up the six-inch clippers that we talked about

16   before -- did you purchase?

17        A.  I'm sorry.  Like these?

18        Q.  Yes.  Like the little six-inch red handle

19   clippers that I'm showing you.

20             MR. MARTINEZ:  During his whole employment

21   there?

22             MR. JOHNSON:  Over the six years.

23             THE WITNESS:  I don't remember, but you use

24   about three of these clippers during the season.

25   ///

                                                    31

1    BY MR. JOHNSON:

2         Q.   Do you guys usually eat as a crew?

3         A.   Yes, uh-huh.

4         Q.   Do you do the same thing on your lunch break

5    during the deleafing?

6         A.   Yes, also.

7         Q.   The same thing during debudding?

8         A.   Also.

9         Q.   Pruning?

10        A.   Also, yes.

11        Q.   And I'm assuming that you take a lunch break

12   during the picking.

13        A.   In the picking, it's different.

14        Q.   All right.  Let's talk about picking when we

15   get there, then.

16        A.   Uh-huh.

17        Q.   You use these same clippers for the tipping;

18   right?

19        A.   Yes.

20        Q.   Do you use any other tools during the

21   tipping?

22        A.   No.

23        Q.   Just these clippers?

24        A.   The clippers and the holster.

25        Q.   Do these clippers come with a holster?

36

1          A.   No.

2          Q.   You have to purchase a holster separately?

3          A.   Yes, yes.

4          Q.   Have you had the same holster for six years?

5          A.   No.

6          Q.   How many holsters have you had over six

7     years?

8          A.   Like three, uh-huh.

9          Q.   Did you ever tell anybody at Cal-Pacific that

10    you were buying a holster?

11         A.   No.

12         Q.   Did you ever ask Cal-Pacific to provide you

13    with a holster?

14         A.   No.

15         Q.   Did you ever ask Cal-Pacific to reimburse you

16    for the holsters that you purchased?

17         A.   No.

18              MR. JOHNSON:   Let's take a break.

19              (Recess taken from 9:01 a.m. to 9:15 a.m.)

20    BY MR. JOHNSON:

21         Q.   Let's talk about Ralph Mendez -- I'm sorry --

22    Rodolfo Mendez.

23              Is he still a foreman at Cal-Pacific?

24         A.   He's a supervisor.

25         Q.   So he's gotten promoted?

37

1          A.   Yes.

2          Q.   How many other supervisors do you know at

3     Cal-Pacific?

4          A.   Jason.  He's Filipino.

5          Q.   Jason?

6          A.   Yes.

7          Q.   Who else?

8          A.   Troy, uh-huh.

9          Q.   Troy is the "guero" who does not speak

10    Spanish?

11         A.   Yes.

12         Q.   We heard about Troy yesterday.  I wanted to

13    make sure.

14         A.   Yes.  I know some others by sight, but I

15    don't know their names.

16         Q.   How about Terry Bangi?  Do you know

17    Terry Bangi?

18         A.   I don't know him.

19         Q.   How about Craig Neville?

20         A.   I'm sorry?

21         Q.   Craig Neville works in the office.

22         A.   No, no.

23         Q.   Okay.

24         A.   In the offices, I really don't know anybody.

25         Q.   Okay.  Rodolfo Mendez, you worked for him two

38

1    weeks this year?

2         A.   Yes.

3         Q.   What did you do during those two weeks?

4         A.   Pruning and tying.

5         Q.   Pruning and tying?

6         A.   Uh-huh, yes.

7         Q.   Tying.  We didn't have tying in here before.

8              What is tying?

9         A.   Tying the vines on the wire.  You tie -- I

10   tie it from the tip with a little wire.

11        Q.   You put the vine along the wire and then tie

12   it off at the end?

13        A.   Yes, uh-huh, yes.

14        Q.   That is to have it grow in a certain

15   direction?

16        A.   Yes, yes, uh-huh.

17        Q.   Is tying done early in the season?

18        A.   Yes.  Finishing the pruning, that's what is

19   done.  That's the last job that is done from the

20   pruning.

21        Q.   So pruning and tying kind of go together?

22        A.   Yes.

23        Q.   Okay.  And so when you told me about your

24   typical day in pruning, that included tying, as well?

25        A.   Yes.

39

1              What time do you typically start work in the

2    picking season?

3         A.  Half an hour before we would arrive to fix

4    tables.

5         Q.  Thirty minutes before what?

6         A.  Before the start time, yes.  Fix the table,

7    bring materials, put labels, marking boxes, fixing the

8    wheelbarrow, the cart, and trays.

9         Q.  What is "trace"?

10             MR. MARTINEZ:  Trays.

11             MR. JOHNSON:  Trays.

12   BY MR. JOHNSON:

13        Q.  What do you mean by fixing the trays?

14        A.  Getting them down, taking them out from

15   inside the table, putting them -- fixing them on the

16   wheelbarrow.

17        Q.  So the trays were kept inside the table?

18        A.  Yes.

19        Q.  Did Cal-Pacific not have a group of

20   individuals who set up the tables?

21        A.  No.

22        Q.  Did it have a group of people who delivered

23   the tables?

24        A.  They would arrive.  They would pull in the

25   stuff, and then place them out on the row, and then

                                                        42

1   from there each person goes and takes their table, and

2   then you go and place it and fix it.

3       Q.  When you move to a different block, does

4   Cal-Pacific come out and move the tables?

5       A.  When you're going to move one or two blocks

6   away, you take it.  You, yourself, pull it there.

7       Q.  If it's a short distance, you take it

8   yourself?

9       A.  Yes.

10      Q.  If it's a longer distance, they come and pick

11  it up with a truck?

12      A.  Yes.  You just pull them out and fix them for

13  them, line them up, and then the truck comes, hooks

14  them up, and takes them, yes.

15      Q.  Do you get paid for the thirty minutes of

16  prep work, setting up the tables, setting up the

17  wheelbarrow, getting the trays, et cetera?

18      A.  No.

19      Q.  How do you know that you're not getting paid

20  for that time?

21      A.  That's a time that they give us because they

22  request a certain amount of boxes.  So you use this

23  time to get everything ready because otherwise they're

24  rushing you.  After that, then they give us the

25  schooling.

43

1    from there each person goes and takes their table, and

2    then you go and place it and fix it.

3        Q.   When you move to a different block, does

4    Cal-Pacific come out and move the tables?

5        A.   When you're going to move one or two blocks

6    away, you take it.  You, yourself, pull it there.

7        Q.   If it's a short distance, you take it

8    yourself?

9        A.   Yes.

10       Q.   If it's a longer distance, they come and pick

11   it up with a truck?

12       A.   Yes.  You just pull them out and fix them for

13   them, line them up, and then the truck comes, hooks

14   them up, and takes them, yes.

15       Q.   Do you get paid for the thirty minutes of

16   prep work, setting up the tables, setting up the

17   wheelbarrow, getting the trays, et cetera?

18       A.   No.

19       Q.   How do you know that you're not getting paid

20   for that time?

21       A.   That's a time that they give us because they

22   request a certain amount of boxes.  So you use this

23   time to get everything ready because otherwise they're

24   rushing you.  After that, then they give us the

25   schooling.

43

1    from there each person goes and takes their table, and

2    then you go and place it and fix it.

3         Q.   When you move to a different block, does

4    Cal-Pacific come out and move the tables?

5         A.   When you're going to move one or two blocks

6    away, you take it.  You, yourself, pull it there.

7         Q.   If it's a short distance, you take it

8    yourself?

9         A.   Yes.

10        Q.   If it's a longer distance, they come and pick

11   it up with a truck?

12        A.   Yes.  You just pull them out and fix them for

13   them, line them up, and then the truck comes, hooks

14   them up, and takes them, yes.

15        Q.   Do you get paid for the thirty minutes of

16   prep work, setting up the tables, setting up the

17   wheelbarrow, getting the trays, et cetera?

18        A.   No.

19        Q.   How do you know that you're not getting paid

20   for that time?

21        A.   That's a time that they give us because they

22   request a certain amount of boxes.  So you use this

23   time to get everything ready because otherwise they're

24   rushing you.  After that, then they give us the

25   schooling.

43

1   Q. After you do the prep work?

2   A. Yes.

3   Q. And they do the schooling after the start

4 time?

5    MR. MARTINEZ: Objection. Vague as to "start

6 time."

7    You can answer.

8    THE WITNESS: I'm sorry?

9 BY MR. JOHNSON:

10   Q. The schooling takes place after the start

11 time?

12   A. We set up the materials and everything.

13 After that, they give us the school, uh-huh.

14   Q. That's after the start time?

15   A. Before the start time.

16   Q. Okay.

17   A. Before.

18   Q. So the schooling is done before the start

19 time?

20   A. Yes.

21   Q. Every day?

22   A. Yes, every day. Five, ten minutes.

23   Q. Five to ten minutes before the start time?

24   A. Yes.

25   Q. And everybody on your crew shows up --

44

1       A.   Yes.

2       Q.   -- exactly thirty minutes before the start

3    time to do this setup?

4       A.   Yes.

5       Q.   Okay.   The start time is what time?

6       A.   The picking is at 7:00.

7       Q.   Okay.   You work until what time?

8       A.   Until 3:00, 3:30.

9       Q.   What time do you take your first break?

10       A.   At 9:30.

11       Q.   That's a ten-minute break?

12       A.   Yes.

13       Q.   When is your next break?

14       A.   At 11:30.

15       Q.   How long is that break?

16       A.   Thirty minutes.

17       Q.   What do you do during that break?

18       A.   Sometimes we pack the grapes that we have

19    outside because they're pressuring us with the boxes,

20    putting labels, marking boxes.

21       Q.   Do you eat during this break?

22       A.   No.   A piece of fruit or a soda.   That's it.

23       Q.   So you never take the thirty-minute break

24    during the picking season?

25       A.   No.   Always we have -- we have a while during

45

1          Q.   Okay.   You finish the day in the picking

2   season at 3:30?

3          A.   Yes.

4          Q.   At 3:30 you go home?

5          A.   Yes.

6          Q.   Did anybody ever ask you to do any work at

7   home?

8          A.   Yes.

9          Q.   Who asked you to do work at home?

10         A.   The foreman.

11         Q.   What did he ask you to do at home?

12         A.   Wash the trays.

13         Q.   So Mr. Paniagua specifically asked you to

14   take trays home and wash them?

15         A.   Yes.

16         Q.   When did this conversation take place?

17         A.   That was like from 2008 and back.

18         Q.   2008 and back?

19         A.   Yes.

20         Q.   So he asked you to do it on more than one

21   occasion?

22         A.   Yes.

23         Q.   How many times did he ask you to take trays

24   home and wash them from 2008 to 2009?

25         A.   Two or three times a week.

52

1      Q.   Two to three times a week?

2      A.   Yes.

3      Q.   How did he ask you?

4      A.   He would ask the whole crew.  Each person has

5  to take their own trays.  They need to be washed by

6  tomorrow.

7      Q.   So two to three times per week he would ask

8  you all to wash your trays?

9      A.   Yes, uh-huh.

10     Q.   Did anybody ever ask you to do any other work

11 at home?

12     A.   No.

13         MR. JOHNSON:  I'm going to hand you what has

14 been marked as Exhibit 36.

15         (Whereupon, Defendants' Exhibit No. 36 was

16         marked for identification.)

17         MR. JOHNSON:  I am going to butcher your

18 language.  I apologize for that.  On the top of this

19 document it says "Juntas de Seguridad Cada Semana."

20         THE INTERPRETER:  Safety Meeting Each Week.

21         MR. JOHNSON:  I'll leave it alone.  For the

22 record, it means "safety meeting each week," according

23 to the translator.

24         MR. MARTINEZ:  And we're not sure what you

25 said.

                                              53

1          Q.   Okay.

2          A.   Yes.

3          Q.   Just making sure that they were there.

4               MR. JOHNSON:  All right.  Give me just a

5     short minute.  I want to take a break, and I will come

6     back to you.  Give me five minutes or so.

7               (Recess taken from 9:59 a.m. to 10:06 a.m.)

8               MR. JOHNSON:  Mr. Gomez, I have no more

9     questions for you.

10              MR. MARTINEZ:  Can we have, like, three

11    minutes?

12              MS. ARCINIEGA:  I wish I would have known

13    that.

14              (Recess taken from 10:06 a.m. to 10:21 a.m.)

15              MR. MARTINEZ:  On the record.  I have a

16    couple of questions, Mr. Gomez.

17                        EXAMINATION

18    BY MR. MARTINEZ:

19         Q.   Mr. Gomez, you talked about various start

20    times during your work with Cal-Pacific.  For example,

21    you testified that in the pruning you started at a

22    certain hour.

23              Do you remember that testimony?

24         A.   Yes.

25         Q.   When you did the hourly work, like pruning or

                                                    62

1    deleafing, were you ever required to attend school?

2         A.   Yes.

3         Q.   Did this occur on a daily basis?

4         A.   Yes.

5         Q.   And what time did this school take place?

6         A.   Five or ten minutes before.

7         Q.   Five or ten minutes before the start time?

8         A.   Yes.

9         Q.   That happened every day?

10        A.   Yes.

11        Q.   That was for all of the hourly work?

12        A.   Yes.

13        Q.   You also talked about an end time in the

14   picking season being at 3:00 or 3:30.

15             Do you recall that?

16        A.   Yes.

17        Q.   Now, when the foreman would indicate that it

18   was time to stop, did you and your coworkers stop work

19   and go home?

20        A.   Yes.  Depending on the work we were doing,

21   yes.

22        Q.   Okay.  I'm just talking about the picking

23   season right now.

24        A.   Oh, the picking, oh.

25        Q.   When the foreman would say, "It's time to

63

1      deleafing, were you ever required to attend school?

2             A.   Yes.

3             Q.   Did this occur on a daily basis?

4             A.   Yes.

5             Q.   And what time did this school take place?

6             A.   Five or ten minutes before.

7             Q.   Five or ten minutes before the start time?

8             A.   Yes.

9             Q.   That happened every day?

10            A.   Yes.

11            Q.   That was for all of the hourly work?

12            A.   Yes.

13            Q.   You also talked about an end time in the

14     picking season being at 3:00 or 3:30.

15                 Do you recall that?

16            A.   Yes.

17            Q.   Now, when the foreman would indicate that it

18     was time to stop, did you and your coworkers stop work

19     and go home?

20            A.   Yes.  Depending on the work we were doing,

21     yes.

22            Q.   Okay.  I'm just talking about the picking

23     season right now.

24            A.   Oh, the picking, oh.

25            Q.   When the foreman would say, "It's time to

63

1    stop work," would you stop work and go home, or was

2    there work you had to do afterwards?

3         A.  We had to clean the table -- pack the grapes

4    we had, clean the table, close it up, move it, put it

5    inside of the row, and clean the location where we had

6    the table.  We went over five or ten minutes,

7    sometimes, there cleaning up.

8         Q.  Did you have to do anything with the

9    wheelbarrow after the shift had ended?

10        A.  Yes.

11        Q.  What would you do?

12        A.  We would put the wheelbarrow in the middle of

13   the row.

14        Q.  So it's your testimony that every day in the

15   picking season you would do five to ten minutes of work

16   after the end time?

17        A.  Yes.

18        Q.  Now, you testified that the company offered

19   pruning shears to workers.

20            Do you recall that?

21        A.  Yes.

22        Q.  Is there a reason that you didn't use those

23   pruning shears?

24        A.  Because they're very cheap pruning shears

25   that are no good.

                                                        64

1      Q.  Would you be able to do your work with those

2  pruning shears?

3      A.  No.

4      Q.  Why not?

5      A.  Because they are pruning shears that work for

6  two or three hours and the blade, I guess, I don't

7  know, isn't very good material.  Sometimes the handle

8  comes apart.

9          We take the experience from some of the

10 coworkers that did use them, but they were no good to

11 them.

12     Q.  Now, with respect to the clippers, you were

13 asked -- you were asked by Mr. Johnson whether you had

14 asked the foreman for clippers.  Your testimony was

15 that you had not.

16     A.  No.

17     Q.  Is there a reason that you didn't ask for

18 clippers from him or anyone else at Cal-Pacific?

19     A.  Because it's just that we -- when they would

20 call us to work, they would tell us, "Show up with your

21 tools."  We would take clippers.  We would take

22 clippers, gloves, everything.

23     Q.  Who told you that you had to show up with

24 your tools?

25          MR. JOHNSON:  Objection.  Misstates the prior

65

1    testimony.

2           Go ahead.

3           THE WITNESS:  The foreman.

4    BY MR. MARTINEZ:

5       Q.  This foreman was Mr. Paniagua?

6       A.  Yes.

7           MR. MARTINEZ:  I have no other questions.

8                    FURTHER EXAMINATION

9    BY MR. JOHNSON:

10      Q.  Did Mr. Paniagua tell you that you have to

11   bring your own tools, or did he just say, "Come to work

12   with your tools ready to work"?

13      A.  Yes.

14      Q.  He just said, "Come to work, ready to work"?

15      A.  Yes.

16      Q.  Okay.  He never said to you, "Cal-Pacific

17   will not provide you with the tools that you need," did

18   he?

19      A.  No, he didn't tell me that.  He just said,

20   "We're going to start working on this date; show up for

21   work with your tools; we need this, this, and this."

22      Q.  Beautiful.

23          So he's telling you -- when you say "this,

24   this, and this," he's telling you what kind of work

25   you're going to be doing; correct?

                                                    66

1          Q.   During the picking season, how many days a

2    week do you work?

3               THE INTERPRETER:   How many days a week?

4               MR. JOHNSON:   Yes.

5               THE WITNESS:   Six days.

6    BY MR. JOHNSON:

7          Q.   Six days a week?

8          A.   Uh-huh.

9          Q.   And which six days?

10         A.   Monday through Saturday.

11         Q.   Sunday off?

12         A.   Yes.

13         Q.   How many days a week do you work during the

14   pruning season?

15         A.   For the pruning, six days, also.

16         Q.   Do you work six days a week for all of the

17   work that you perform?

18         A.   Yes, uh-huh.

19              MR. JOHNSON:   Hold on one second.

20              I have no more questions.

21                        FURTHER EXAMINATION

22   BY MR. MARTINEZ:

23         Q.   When you did the hourly work or the picking

24   work, other than the clippers or the pruning shears,

25   did you have to bring glasses to work?

                                                        89

1          A.   Yes, yes, uh-huh.

2          Q.   Glasses like these on the table?  Safety

3     goggles?

4          A.   They would give us these glasses, but those

5     glasses, they -- you get hot.  You sweat and your eyes

6     get all filled with sweat, so I would rather use the

7     other kind of glasses.

8          Q.   So for that reason you brought your own kind?

9          A.   Yes, yes.

10         Q.   What about gloves?  Did the company provide

11    those or did you buy those?

12              MR. JOHNSON:  Objection.  Assumes facts not

13    in evidence, that he wore gloves.

14    BY MR. MARTINEZ:

15         Q.   Did you have to use gloves to do any of the

16    work at Cal-Pacific?

17              MR. JOHNSON:  Objection as to "have to."

18    BY MR. MARTINEZ:

19         Q.   Did you ever use gloves while you were

20    employed at Cal-Pacific?

21         A.   Yes.

22         Q.   For what work?

23         A.   For the pruning, the debudding, deleafing,

24    tipping, just not for the picking.

25         Q.   Did the company provide those gloves or did

70

1   you buy them?

2          A.   I would buy them.

3          Q.   Did the company ever offer to give you those

4   gloves?

5          A.   No.

6               MR. MARTINEZ:  No more questions.

7                    FURTHER EXAMINATION

8   BY MR. JOHNSON:

9          Q.   Did the company ever tell you that you had to

10  have gloves in order to do the pruning?

11         A.   No.

12         Q.   Did they ever tell you that you had to have

13  gloves to do the tipping?

14         A.   No.

15         Q.   Did they ever tell you that you had to have

16  gloves to do the debudding?

17         A.   No.

18         Q.   They did tell you not to wear gloves during

19  the picking; correct?

20         A.   Yes.

21         Q.   The gloves can damage the grapes; correct?

22         A.   Yes, yes.

23         Q.   You said that the company provided you with

24  goggles; correct?

25         A.   Yes.

71

# EXHIBIT 75

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION


SABAS ARREDONDO,            )
JOSE CUEVAS,                )
HILARIO GOMEZ,              ) CASE NO.: 1:09-cv-01247
IRMA LANDEROS and           ) LJO DLB
ROSALBA LANDEROS individually )
and on behalf of all others )
similarly situated,         )
                            )
        Plaintiffs,         )
                            )
DELANO FARMS COMPANY, a     )
Washington State Corporation; )
CAL-PACIFIC FARM MANAGEMENT, )
L.P.; T & R BANGI'S         )
AGRICULTURAL SERVICES, INC., )
and DOES 1 through 10,      )
inclusive,                  )
                            )
        Defendants.         )
                            )


DEPOSITION OF:


JOSE CUEVAS

MONDAY, JUNE 28th, 2010

4:05 P.M.




SYLVIA
MENDEZ
& ASSOCIATES
Certified Shorthand Reporters

330 H Street, Suite 1
Bakersfield, CA 93304
(661) 631-2904 · Fax (661) 631-2969

ORIGINAL

1    BY MR. JOHNSON:

2        Q    For the next series of questions, until I tell

3    you otherwise, I'm only going to talk to you about

4    debudding.  Okay?

5        A    Okay.

6        Q    Okay.  What is the first thing you would do

7    when you arrived at work while you worked for

8    Cal-Pacific to do debudding?

9        A    It's very easy.  The foreman wanted us there 20

10    minutes to half an hour before to give us the schooling.

11        Q    Before what?

12        A    Before we started work.

13        Q    Okay.  So you don't know what time you started

14    work?

15        A    I can't give you exact dates.  I'll say this

16    again, right now in this time, where the weather is hot,

17    we're going in at 6:00 in the morning.  In the debuting

18    it's a little cold, so I don't remember what time we

19    went in, 6:00, 6:15, 6:30.

20        Q    But you specifically remember that you had to

21    show up 15 minutes prior to the start time?

22        A    Of course.  Yes, sir.

23        MR. MARTINEZ:  Objection.  Misstates his testimony.

24    BY MR. JOHNSON:

25        Q    How were you so good at remembering the 15 to

23

1   20 minutes, but you cannot remember what time you went

2   to work?

3        MR. MARTINEZ:   Objection.   That misstates his

4   testimony.

5   BY MR. JOHNSON:

6        Q    You can answer.

7        A    How could I not remember if they requested that

8   we be there 20 minutes to half an hour before to finish

9   the schooling.   And I'll answer again.   The time

10  changes, right now when the weather is hot to when the

11  whether is cool.

12       Q    A minute ago you said 15 to 20 minutes.   Now

13  you're saying 30 minutes.

14       MR. MARTINEZ:   Objection.   That misstates his

15  testimony.

16  BY MR. JOHNSON:

17       Q    When did you arrive at work to do debudding?

18       A    Repeat the question.

19       Q    When did you arrive at work to do debudding?

20       A    From what I understand this question you're

21  asking me that when did I arrive at work on what month?

22  What day?   What year?

23       Q    When was the last time you did debudding for

24  Cal-Pacific?

25       A    I don't remember very well, but I'm going to

                                                        24

1    give you a more or less.

2        Q    Okay.

3        A    Last year.

4        Q    Okay.

5        A    In March of last year.

6        Q    Okay.  In March of last year, what time did you

7    arrive at work to do debudding?

8        A    Well, we're going back to the same thing.  If

9    we were going to go in at 6:00 in the morning I would

10   arrive 20 minutes before or 30 minutes before.  If we go

11   in at 6:30 I would arrive 20 minutes before or half an

12   hour before because they were going to give us

13   schooling.

14       Q    Okay.  Were you paid for the time that you

15   spent in school?

16       A    No, sir.

17       Q    How do you know that?

18       A    Because we would see it on our check, the hours

19   that we worked, and when they gave the schooling, the

20   time that the school lasted.

21       Q    So you kept records of the time you worked?

22       A    I'm telling you that when we would get our

23   check we could compare, we would calculate.

24       Q    What did you compare it to?

25       A    Because I would write down every once in a

                                                        25

1    give you a more or less.

2        Q     Okay.

3        A     Last year.

4        Q     Okay.

5        A     In March of last year.

6        Q     Okay.   In March of last year, what time did you

7    arrive at work to do debudding?

8        A     Well, we're going back to the same thing.   If

9    we were going to go in at 6:00 in the morning I would

10   arrive 20 minutes before or 30 minutes before.   If we go

11   in at 6:30 I would arrive 20 minutes before or half an

12   hour before because they were going to give us

13   schooling.

14       Q     Okay.   Were you paid for the time that you

15   spent in school?

16       A     No, sir.

17       Q     How do you know that?

18       A     Because we would see it on our check, the hours

19   that we worked, and when they gave the schooling, the

20   time that the school lasted.

21       Q     So you kept records of the time you worked?

22       A     I'm telling you that when we would get our

23   check we could compare, we would calculate.

24       Q     What did you compare it to?

25       A     Because I would write down every once in a

25

1    while, and you also have in mind all the hours you

2    worked.  Supposedly, we always worked 8 to 10 hours.

3        Q    So where did you write this down?

4        A    On a little sheet of paper every once in a

5    while, not always.

6        Q    And where are these sheets of paper?

7        A    How could I bring you the sheet of papers.

8    Those are things that I can't save.

9        Q    So how do you know you didn't get paid for this

10   time?

11       A    Because I would calculate.

12       Q    And how do you calculate it?

13       A    We would compare.  Supposedly, we worked eight

14   hours a day and six days a week, and the time that they

15   gave us the school, which was 20 minutes to 30 minutes,

16   would not come out in our checks.

17       Q    What documentation do you have to prove that

18   you were there 30 minutes before the start time?

19       A    I don't have anything because they did not pay

20   me for that time.

21       Q    How do you know?

22       A    I'll tell you again, I would calculate it.

23       Q    How did you calculate it?

24       A    On a sheet.

25       Q    What kind of sheet?

26

SYLVIA MENDEZ & ASSOCIATES - (661) 631-2904

1    A    Eight hours a day -- eight hours a day, six

2    days a week and the school time was not being paid.

3    Q    Who told you what your start time was each day?

4    A    The foremen.

5    Q    Okay.  That's Juan Ledezma and Miguel Sotelo.

6    A    Yes, sir.

7    Q    Did you ever go to John Ledezma and ask him if

8    you were being paid for the schooling time?

9    A    No, sir.

10    Q    Okay.  Did John Ledezma ever tell you you were

11    not being paid for the schooling time?

12    A    He never told me anything.

13    Q    Okay.  Did you ever ask anyone at Cal-Pacific

14    if you were being paid for your schooling time?

15    A    We would comment about that amongst the

16    co-workers that they should give us the schooling before

17    the start time, amongst the same co-workers.

18    Q    That they should give you the schooling for the

19    start time?

20    A    I don't understand.

21    MR. MARTINEZ:  I think he said, "Pay for the

22    schooling."

23    THE WITNESS:  Yes, sir.

24    BY MR. JOHNSON:

25    Q    Did you ever tell a foreman that you did not

27

1       Q      What did you use to calculate it?

2       MR. MARTINEZ:  Objection.  Asked and answered.

3       You can answer.

4       THE WITNESS:  Well, I could say a thousand times the

5   same answer.

6   BY MR. JOHNSON:

7       Q      Please.

8       **A**      We would calculate on a piece of paper.  We

9   would compare the check with the hours worked and the

10  school hours would not come out.

11      Q      Okay.  During the debudding season, other than

12  your allegations that you weren't paid for the

13  schooling, did you do any other work that you don't

14  believe you were paid for?

15      **A**      When it was the debudding, the only thing that

16  was not paid was the time that they were giving the

17  schooling.

18      Q      Okay.

19      **A**      Right now we'll get to the other point.

20      Q      Beautiful.  What about the tipping?

21      **A**      What do you mean by "What about the tipping?"

22      Q      Did you do any work during the tipping season

23  that you did not get paid for?

24      **A**      In the same manner, the schooling before the

25  work hours.

30

1    you didn't get paid?

2        A    Check stubs.

3        Q    Okay.  And how will the check stubs prove that

4    you did not get paid for the schooling?

5        A    The same answer.  We would calculate eight

6    hours worked, six days a week, and the time for the

7    schooling does not come out.

8        Q    And do you have any documentation to show that·

9    the time for the schooling does not come out?

10       A    On the check stubs it's just the eight hours of

11   worked that come out and the schooling time does not

12   show up on there.

13       Q    So you were never paid more than eight hours

14   during the tipping season for any day?

15       A    No, sir.

16       Q    Never?  Not once?

17       A    Repeat the question.

18       Q    You were never paid more than eight hours a day

19   during the tipping season, during the five to six years

20   you worked for Cal-Pacific?

21       A    That's easy to answer.  Usually, we worked

22   eight hours.  I cannot answer that question because I

23   don't remember if we worked eight-and-a-half- or

24   nine-hours, which I don't have in mind right now.  But,

25   normally, we worked eight hours, but that they never

1  paid for the schooling time.  They never paid for it.

2      Q    And how do we know they never paid for the

3  schooling time if you don't have any records of when you

4  started and when you finished?

5      MR. MARTINEZ:  Objection.  Asked and answered.

6      You can answer.

7      THE WITNESS:  The same answer.

8      Q    And that is?

9      A    We would calculate on a little piece of paper

10 and we would compare the check eight hours a day, six

11 days a week.

12     Q    Besides your co-workers, did you ever tell

13 anybody you weren't getting paid for the schooling time?

14     A    I already answered the question right now, but

15 I can answer it again.  We would mention it there

16 amongst ourselves, among the co-workers.

17     Q    Okay.

18     A    Even though I did come to hear some co-workers

19 that were claiming it, but we never dared to claim it.

20     Q    What do you mean "some co-workers were claiming

21 it"?

22     A    Yes.

23     Q    What does that mean?

24     A    In fact, we -- I -- in my regards I never dared

25 to claim that time because I was afraid that I would be

                                                      33

1   fired, but I did come to hear co-workers that would

2   complain to the foreman.

3       Q    Who?

4       A    I don't remember the names.  I could give you

5   many names, but I don't know their names.

6       Q    And what happened when they went to the foreman

7   and told them they were not getting paid?

8       MR. MARTINEZ:  Objection.  Calls for speculation.

9       THE WITNESS:  Could I answer?  I can't tell you what

10  he told them because I was far away from them.

11  BY MR. JOHNSON:

12      Q    Do you know if they got paid?

13      A    I don't know.  But --

14      Q    Do you know if the foreman told them they were

15  being paid for the school time?

16      A    How am I going to know.  I'm telling you that

17  they're not paying us for that time.  I don't see their

18  check to see if they were paid for the school time or

19  not.

20      Q    Other -- let me ask this question this way:

21           Did you perform any work during the deleafing

22  season that you weren't paid for?

23      A    The same thing.  The schooling.

24      Q    Just the schooling, nothing else?

25      A    In the deleafing, yes.

34

1    Q    Okay.  And what time did you arrive at work

2    during the deleafing season?

3    A    If we would go in at 6:00.  I would arrive half

4    an hour before.

5    Q    Every day?

6    A    When it was the deleafing, yes.

7    Q    Not 20 minutes before?

8    A    No.  If they're giving the schooling 20 minutes

9    -- there was time that it was sometimes up to half an

10   hour.  And there's times that the foreman would tell us

11   that we would have to be there before the schooling

12   time.

13   Q    Were you ever late?

14   A    No, sir.

15   Q    Not one time during the six years were you ever

16   late?

17   A    No, sir.

18   Q    Did you ever miss a day of work?

19   A    Not that I remember of.

20   Q    Okay.  Did you ever call in sick?

21   A    I don't remember.

22   Q    Did you open at the same time every day?

23   A    Yes, sir.  For the deleafing, yes.  Are we

24   talking about the deleafing?

25   Q    Sure.  Same thing for the tipping, show up at

35

1      A      We went back to tipping again?

2      Q      A couple of questions ago.

3      A      No problem.

4      Q      Same answer for tipping, or is it a different

5  answer?

6      A      The same answer.

7      Q      Okay.

8      MR. MARTINEZ:  Objection.  Vague as to what, "the

9  same answer is".  Perhaps counsel can just ask him.

10  BY MR. JOHNSON:

11      Q      If you're assuming your start time was

12  six o'clock, what time did you arrive at work during the

13  tipping season?

14      A      If we were going in at 6:00 in the morning I

15  had to arrive 40 minutes, 40 minutes before for the

16  schooling.

17      Q      Okay.  Every day?

18      A      Every day when it was the tipping.

19      Q      And you never missed a day?

20      A      No, sir.

21      Q      Got there every day 40 minutes before your

22  start time?

23      A      Yes, sir.  During the tipping, yes.

24      Q      Never late?

25      A      During the tipping, no.

37

1      Q      Never had car trouble?

2      **A      No, sir.**

3      Q      Debunching, did you ever do any debunching that

4  you weren't paid for?

5      MR. MARTINEZ:  Objection.  Vague as to your

6  description of debunching.

7  BY MR. JOHNSON:

8      Q      He's right.  Let me ask the question a

9  different way.

10         During the debunching season, did you ever

11  spend any time at work that you weren't paid for?

12      **A      The same thing.  In the five to six years that**

13  **I worked for Delano Farms, T & R Bangi, and Cal-Pacific,**

14  **the school was never paid for before work.**

15      Q      Okay.  And how long was the school in the

16  debunching season?

17      **A      The same as tipping as deleafing and debudding.**

18      Q      How long was that?

19      **A      15 minutes to half an hour.  Sometimes half an**

20  **hour, but usually 15 to 20 minutes depending because the**

21  **schooling is different.**

22      Q      So how do you know how much time you were not

23  paid during the five to six years you worked for

24  Cal-Pacific?

25      **A      I don't understand the question.**

38

1    Q    Okay.  Other than schooling, did you do any

2  other work during the debunching season that you weren't

3  paid for?

4    A    During the debunching season, the same thing

5  happened.  The schooling before the start time.

6    Q    Okay.  That's it?

7    A    In the debunching season, yes.

8    Q    Okay.  So during the debudding, the tipping,

9  the deleafing, the debunching, the only time you weren't

10  paid that you worked is when you attended school?

11    A    Yes, sir.

12    Q    And you don't have any records to prove that

13  you were not paid for the time that you went to school?

14    A    I have check stubs, but I can't prove to you

15  there that they didn't pay me for the time because the

16  time is not written on there.  So how could I prove that

17  time?  That's what we're fighting.

18    Q    Okay.  You never kept a log as to what time you

19  went to work?  What time you started working?  What time

20  you started school?  Nothing like that?

21    A    I have check stubs.  We're going back to the

22  same thing.  You could prove there the start time.

23    Q    Okay.

24    A    And the time that we got off.

25    Q    How does the check stub prove the start time as

                                                              41

1    many boxes as you could; correct?

2        A    Yes, sir.

3        Q    You wanted to get as big of a bonus as you

4    could get; correct?

5        A    Yes, sir.

6        Q    You liked making the extra money on the picking

7    bonus; correct?

8        A    Yes, sir.

9        Q    Did you do any work during the picking season

10   that you weren't paid for?

11       A    Yes, sir.  Various.  Like the same habit, the

12   schooling before the start time.

13       Q    Okay.

14       A    Bonuses that wouldn't be complete, and they

15   would make us work in one manner or another during

16   lunchtime or break time.

17       Q    Anything else?

18       A    For the moment, I don't remember anything else,

19   but we'll continue talking.

20       Q    Thank you.  Let's first talk about the bonuses

21   that were incomplete.  How do you know the bonuses were

22   not complete?

23       A    The same way.  Calculating like I told you at

24   the beginning.

25       Q    So do you have any documentation?

48

1     Q   And it would be slower when the grapes weren't

2   all as ripe as they needed to be?

3     A   **I didn't understand the question.**

4     Q   Sometimes if the grape was too green, that

5   would slow you down; correct?

6     A   **Yes, sir.**

7     Q   And if you picked grapes that were too green,

8   the foreman would tell you not to pick those grapes;

9   correct?

10    A   **Yes, sir.**

11    Q   Okay.  And there were people who went around

12  and checked the grapes that were picked to make sure

13  they were good grapes; correct?

14    A   **Yes, sir.**

15    Q   Do you know any of the people that went around

16  and it was their job to clean the trays?

17    A   **No, sir.**

18    Q   Okay.  You saw the people out there cleaning

19  trays though; correct?

20    A   **No, sir.**

21    MR. MARTINEZ:  Vague as to time.

22  BY MR. JOHNSON:

23    Q   During the picking season out there, you saw

24  people out there with the machines cleaning the trays?

25    A   **Never, sir.**

53

1    Q    Never?  Not one time?

2    A    Never.  I never saw that.

3    Q    The trays clean themselves?

4    A    I would take them.  I would take them home.

5    Each one of us would divide them amongst ourselves.  We

6    would share half each, and then we would take them home

7    and we would wash them there.

8    Q    While you were working at Cal-Pacific, did you

9    ever receive or see paperwork that told you you did not

10   have to take trays home to clean them?

11   A    Repeat the question.  I didn't understand.

12   Q    While you worked at Cal-Pacific, did you ever

13   see paperwork that the supervisors or the foreman went

14   over with you that said you did not have to take your

15   trays home to clean them?

16   A    Never -- they never said that.  They never -- I

17   never had -- I never saw one document out in the field.

18   Q    Never one time?

19   A    Never -- I never saw paper or document in the

20   field that said that.

21   Q    Not one piece of paper?

22   A    Nothing.

23   Q    You never saw any papers while you were in the

24   field?

25   A    No.  That said that about taking the trays

                                                        54

1    home?  No.

2      Q    Did you see any paperwork at all when you were

3    in the field?

4      A    Repeat the question.  I don't understand.

5    Specify.

6      Q    Did you see any papers at all when you were out

7    in the field?

8      A    No, sir.

9      Q    Never?

10     A    Never.

11     Q    Not one time?

12     A    Never.

13     Q    Okay.  How often did you take trays home with

14   you to clean them?

15     A    Every two or three days.

16     MR. JOHNSON:  Hey, did you turn the air conditioner

17   up?

18     COURT REPORTER:    I did.

19     MR. JOHNSON:  Off the record.

20          (Off the record taken from 5:34 p.m.

21          to 5:36 p.m.)

22     MR. JOHNSON:  Back on the record, please.

23   BY MR. JOHNSON:

24     Q    So during the picking season, every two to

25   three days you took your trays home to clean them?

                                                         55

1      A      Correcting an error.  I would take the trays

2   home every day, but they wanted them washed every two to

3   three days.

4      Q      So why did you take it home every day?

5      A      Because whoever left them there, and if they

6   were lost, they would charge us $5 per tray.

7      Q      So it was Cal-Pacific's policy that you had to

8   take your tray home every day?

9      A      Well, I don't know if it was policy of the

10  company, but the foreman would make us take all of the

11  trays.

12     Q      Did you ever hear of anybody getting fired for

13  taking trays home?

14     A      I don't know.  I couldn't say.  But I -- we

15  would take them home because we were afraid that they

16  would be lost, and could you imagine having to pay $5

17  for a tray because they were lost?

18     Q      Okay.  How long does it take to wash a tray?

19     A      I can't give you the time, but normally it

20  would take me about half an hour to an hour washing the

21  trays.

22     Q      To wash one tray, 30 minutes to an hour?

23     A      The trays that I would take home.

24     Q      How many trays would you take home?

25     A      I don't remember.

                                                          56

1        **A       Correcting an error.  I would take the trays**

2    **home every day, but they wanted them washed every two to**

3    **three days.**

4        Q       So why did you take it home every day?

5        **A       Because whoever left them there, and if they**

6    **were lost, they would charge us $5 per tray.**

7        Q       So it was Cal-Pacific's policy that you had to

8    take your tray home every day?

9        **A       Well, I don't know if it was policy of the**

10   **company, but the foreman would make us take all of the**

11   **trays.**

12       Q       Did you ever hear of anybody getting fired for

13   taking trays home?

14       **A       I don't know.  I couldn't say.  But I -- we**

15   **would take them home because we were afraid that they**

16   **would be lost, and could you imagine having to pay $5**

17   **for a tray because they were lost?**

18       Q       Okay.  How long does it take to wash a tray?

19       **A       I can't give you the time, but normally it**

20   **would take me about half an hour to an hour washing the**

21   **trays.**

22       Q       To wash one tray, 30 minutes to an hour?

23       **A       The trays that I would take home.**

24       Q       How many trays would you take home?

25       **A       I don't remember.**

56

1      Q      Five trays?  Ten trays?  Twenty trays?

2      A      I don't remember, but it wasn't 20.  It wasn't

3   -- it was below 10 trays.

4      Q      How big is a tray?

5      A      I can't give you measurement.  I don't know the

6   measurement.

7      Q      Roughly, how big is a tray?

8      A      From here to here.

9      Q      About two feet?

10     A      Well, I don't know.  From here to here.

11     Q      You're holding your hands at about this far;

12  correct?

13     A      No, sir.

14     Q      About here?

15     A      A little bit bigger.  I can't give you exactly.

16     Q      I'm not trying to trick you.  And I'm not

17  trying to give you an exact number.

18     A      More or less from here to here.

19     Q      So is that about two feet?

20     A      I don't know if that's two feet.  I don't know

21  the measurement here.

22     Q      Okay.  Can you give me an estimate?

23     A      I don't understand.

24     Q      How tall are you?

25     A      I don't know exactly.

57

1    Q    Okay.

2    A    10 or less.  I don't remember.

3    Q    And it would take you 30 minutes to a half an

4    hour -- 30 minutes to an hour to clean the trays every

5    three days?

6    A    Yes.  Every two or three days.

7    Q    Okay.

8    A    When you wash them, you have to wash them with

9    soap, and then every once in a while put Clorox on them

10   because they're really dirty.

11   Q    All right.  Do any other work at home besides

12   washing trays?

13   A    I don't understand the question.

14   Q    Did you do any other work at home during the

15   picking season other than washing trays?

16   A    That way we understand each other better.

17   Q    Thank you.

18   A    Yes.  There's times that I would take them home

19   when I was getting off work I would take -- when it was

20   the packing of the clam shells, and we would put the

21   labels on them.  I would take home clam shells and

22   labels to put them on at home.

23   Q    How often did you do that in the five to six

24   years that you worked for Cal-Pacific?

25   A    No.  I also can't tell you the time, but during

60

1    Q    Okay.  Other than, in your words, attending the

2    schooling, what other work did you do during the picking

3    season out in the field that you were not paid for?

4    **A    I did not understand the question.**

5    Q    Did you do work during the picking season out

6    in the field other than going to school that you were

7    not paid for?

8    **A    Outside in the field?**

9    Q    Yes.

10   **A    No.**

11   MR. MARTINEZ:  I think the witness asked outside of

12   the field.

13   THE WITNESS:  Outside of the field no, sir.  Besides

14   the trays and putting labels on the clam shells.

15   BY MR. JOHNSON:

16   Q    We're miscommunicating.  I want to know in the

17   field.

18   **A    Now I understand.**

19   Q    In the grapes, did you do any work during the

20   picking season, other than going to school that we

21   didn't pay you for?

22   **A    Now, I understood.  Yes.  We would work during**

23   **the half hour that they would give us for the lunch**

24   **break because of pressure from the foreman when we were**

25   **low on boxes.  Because if we were low on boxes, he was**

62

SYLVIA MENDEZ & ASSOCIATES - (661) 631-2904

1   going to take us off work, and so sometimes we would put

2   labels on the clam shells.  Sometimes we would pack, and

3   that's during the half-hour break.

4          In the morning, when we arrived in the morning,

5   he wanted us there early so that we could gather and

6   situate a place for all of the materials, and if there

7   were times, we would also place labels and just fix the

8   materials.

9      Q    Anything else?

10     A    Well, right now we'll see the next question you

11   ask.  I don't know if that's everything.

12     Q    Did you work during the ten-minute breaks

13   during the picking season?

14     A    The 10 minutes, no.  If I finished having lunch

15   during the 10 -- in 10 minutes, then, yes, we would

16   start working right away, but if not, no.

17     Q    Okay.  Did you ever finish lunch within 10

18   minutes?

19     A    Hardly ever.

20     Q    Okay.  Maybe never?

21     A    Hardly never.

22     Q    Did you do any work after -- quiting time

23   during picking season?

24     A    The quiting time, taking the trays home, taking

25   clam shells and labels home.

                                                          63

1    other tables, he would take us off work.

2        Q    Any other work you weren't paid for?

3        **A    That I remember of, yes.  If I didn't forget**

4    **anything else.**

5        Q    Okay.  So you think that's it?

6        **A    That's what I remember for the moment.**

7        Q    Perfect.  How often did Cal-Pacific give you

8    these types of clippers?

9        **A    Never.**

10       Q    Not one time?

11       **A    Never.  Not even gloves.**

12       Q    Nothing?

13       **A    Nothing.**

14       Q    They didn't give you any of these?  They didn't

15   give you any eye protection?  They didn't give you any

16   of these blue clippers?

17       **A    Never during the five or six years.**

18       Q    Not one pair?

19       **A    Nothing.**

20       Q    Did you use clippers like this to cut?

21       **A    Of course.**

22       Q    Where did you get them?

23       **A    I would buy them.**

24       Q    Did you ever ask anyone at Cal-Pacific to pay

25   for them?

                                                          65

1      A      The foreman, we would ask him for clippers and

2  gloves, and he said "no."  He could not give us any

3  because they did not give him gloves or clippers.

4      Q      Any foreman ever sell you clippers?

5      A      No, sir.

6      Q      Were you allowed to wear gloves during the

7  picking season?

8      A      The gloves, normally, we use them for the

9  debudding, for the tipping, for the deleafing, and for

10 the debunching, and the cutting of the vines.

11     Q      Okay.

12     A      The pruning I don't mention because I didn't do

13 the pruning.

14     Q      Okay.  What about the picking?

15     A      I don't understand the question.

16     Q      Did you use gloves during the picking season?

17     A      I did not wear gloves.

18     Q      Okay.  And which foreman did you ask to give

19 you clippers like these?

20     A      Juan Ledezma and Miguel Sotelo.

21     Q      And he told you he could not give you any?

22     A      Yes, sir.

23     Q      And did you ever ask him to reimburse you for

24 the clippers that you bought yourself?

25     A      No, sir.

1     Q   Did you ever ask anybody at Cal-Pacific,

2  T & R Bangi, or Delano Farms, to pay for your clippers

3  that you purchased?

4     **A   No, sir.**

5     Q   Did you ever buy gloves?

6     **A   Various times.**

7     Q   And did you ever ask anybody from Cal-Pacific,

8  T & R Bangi, or Delano Farms to pay for these gloves?

9     **A   We would tell the foreman various times.  And**

10  **the foreman just to give us gloves, to give us clippers**

11  **and he would say, "How could I give you gloves and**

12  **clippers if they don't give them to me to give to you?"**

13     Q   Did you ever ask anybody at Cal-Pacific, T & R

14  Bangi, or Delano Farms to reimburse you for the gloves

15  that you purchased?

16     **A   No.**

17     Q   Did you have eye protection like this?

18     **A   No.  That's the first time I see any glasses.**

19     Q   Okay.  So you never wore glasses?

20     **A   At Delano Farms, no.  Well, that they provide**

21  **to me, no.  But we're talking about those glasses.**

22  **That's why it caused me laughter right now, but, yes,**

23  **glasses that I purchased.**

24     Q   So you did purchase glasses while you worked at

25  Delano Farms?

67

1        A      Yes.

2        Q      So you did wear glasses when you worked at

3    Delano Farms?

4        A      Yes, sir.

5        Q      And while you were working on Delano Farms

6    properties for Cal-Pacific or T & R Bangi, did you ever

7    ask anyone to reimburse you for the glasses you

8    purchased?

9        A      We would ask the foreman for work tools,

10   gloves, clippers, and glasses.

11       Q      Did you ever ask them to reimburse you for the

12   gloves, clippers, or tools that you purchased?

13       A      That I remember, no.

14       Q      Okay.

15       A      The only thing we would ask them for was for

16   work tools.

17       Q      Okay.  Did you ever tell them you were buying

18   your own work tools?

19       A      All the time that I bought them.

20       Q      And did you ask them to pay you back for the

21   money you spent for those work tools?

22       A      In regards to me, no.  If they weren't

23   providing us work tools then we had to buy work tools.

24       Q      Did you ever ask anybody at Cal-Pacific,

25   T & R Bangi, or Delano Farms to reimburse you to pay you

                                                          68

SYLVIA MENDEZ & ASSOCIATES - (661) 631-2904

EXHIBIT 76

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

---

SABAS ARREDONDO, JOSE )
CUEVAS, HILARIO GOMEZ, )
IRMA LANDEROS and ROSALBA )
LANDEROS individually and )          Case No.
on behalf of all others )
similarly situated, )
) 1:09-CV-01247-LJO-DLB
                    Plaintiffs, )
)
        vs. )
)
DELANO FARMS COMPANY, a )
Washington State )
Corporation; CAL-PACIFIC )
FARM MANAGEMENT, L.P.; T&R )
BANGI'S AGRICULTURAL )
SERVICES, Inc. and DOES 1 )
through 10, inclusive, )
)
                    Defendants. )
)

---

DEPOSITION OF:

IRMA LANDEROS

FRIDAY, APRIL 2, 2010

1:12 P.M.

REPORTED BY:  TERRI L. HAUPT, CSR No. 6111



SYLVIA
MENDEZ
& ASSOCIATES

Certified Shorthand Reporters

700 H Street, Suite 1
Bakersfield, CA 93304
(661) 631-2904 Fax (661) 631-2969

ORIGINAL

didn't seem to be of any importance.

Q. Did you ask him to reimburse you for that cost?

A. No. There was no need to do it.

Q. Why is it that there was no need to do that?

A. Because he, himself, said that we provided the clippers.

Q. Just that one time is the only time that you ever told him that you bought any clippers?

A. Yes.

Q. Did you ever tell anybody, other than Manuel Jeronimo, that you had bought clippers?

A. Somebody else like who? Coworker? Supervisors?

Q. A foreman or a supervisor, an owner.

A. The only one that was aware was my sister, when I bought the clippers, and the supervisors never -- well, better said, you never really saw their face.

Q. Would you like some water? You already have some.

How many hours a day did you work during the picking season when you worked for Lolis?

A. Including my time before the start time? Half an hour. That half hour was not paid.

1      Q.  Before the start time?                          02:04

2      A.  Exactly.                                        02:04

3      Q.  Was there any time after the finish time that   02:04

4  you worked?                                             02:04

5      A.  Yes.                                            02:04

6      Q.  How long was that?                              02:04

7      A.  Ten, fifteen, up to twenty minutes on some     02:04

8  occasions.                                              02:04

9      Q.  How long was the workday?                       02:04

10     A.  Eight hours.                                    02:04

11     Q.  Okay.  So with the eight-hour workday and      02:04

12  15 minutes in the beginning, 15 to 20 minutes at the   02:04

13  end, you never worked more than eight-and-a-half hours  02:04

14  in a day?                                              02:04

15     A.  You could say yes.  You could say that there   02:04

16  were times that even my half hour of break, there were  02:05

17  times that we didn't even finish eating when they were  02:05

18  already shouting out to us.                            02:05

19     Q.  Let's go back.  Were there days where you      02:05

20  worked more than the eight-and-a-half hours in a day?   02:05

21     A.  Yes.                                            02:05

22     Q.  What's the maximum time that you ever worked   02:05

23  in one day during the picking season?                  02:05

24     A.  You could say that my half hour before the     02:05

25  start time plus my 15 or 20 minutes after the stop     02:05

32

Q. Before the start time?

A. Exactly.

Q. Was there any time after the finish time that you worked?

A. Yes.

Q. How long was that?

A. Ten, fifteen, up to twenty minutes on some occasions.

Q. How long was the workday?

A. Eight hours.

Q. Okay. So with the eight-hour workday and 15 minutes in the beginning, 15 to 20 minutes at the end, you never worked more than eight-and-a-half hours in a day?

A. You could say yes. You could say that there were times that even my half hour of break, there were times that we didn't even finish eating when they were already shouting out to us.

Q. Let's go back. Were there days where you worked more than the eight-and-a-half hours in a day?

A. Yes.

Q. What's the maximum time that you ever worked in one day during the picking season?

A. You could say that my half hour before the start time plus my 15 or 20 minutes after the stop

time, plus my half hour that we wouldn't take because
of the pressure that was placed on us.

    Q.  Uh-huh.  So how much time is that?

    A.  You could say nine hours and 20 minutes.

    Q.  Okay.  So there was never a time that you
worked more than nine hours and 20 minutes in a day
during the picking season?

    A.  No.

    Q.  That would have been the max?

    A.  Yes.

    Q.  So I guess we'll just start with -- you have
told me that you worked before your shift, during your
shift, and after your shift without being paid; is that
correct?

    A.  Uh-huh, yes, yes.

    Q.  Let's start with before your shift, before
the start time.

    A.  Okay.

    Q.  What work did you perform before the start
time that you do not believe that you were paid for?

    A.  Like, for example, going and getting my
tools.  Since I'm a packer, I have to put it into the
row and set it up, take the wheelbarrow down from on
top of the table, bringing down the trays from up on
the wall they put it, and for the -- going for the

1    boxes.

2         Q.   Let's stop for just a second.  The trays are

3    kept inside the tables at night?

4         A.   Yes, on top.  Not always.

5         Q.   Most of the time?

6         A.   Depending.

7         Q.   Depending on what?

8         A.   On what type of trays we got to use during

9    the picking season.

10        Q.   Where else are the trays kept at night?

11        A.   The table.

12        Q.   So that is -- they are always kept inside the

13   table?

14        A.   Depending on the type of box that we were

15   using.

16        Q.   Okay.  So what type of box would you use that

17   the tray would be kept inside the table?

18        A.   The one that has little circles, which is the

19   one that they're using lately, the one that -- how do

20   we say it?  It's not the one that is -- it's not the

21   one that is --

22             MR. MARTINEZ:  Smooth.

23             THE WITNESS:  Smooth.  That one, we have to

24   take home.  The other one is the one that has little

25   circles, little holes.  That one, we typically didn't

34

[illegible line]

[illegible line]

Q.   Okay.   There were some trays that you had to
take home?

A.   Yes.   When we had to wash them.

Q.   So you were told to take trays home and wash
them?

A.   Yes.

Q.   Who told you to take trays home and wash
them?

A.   From the first moment that the forewoman
would give them to us.

Q.   She would say what to you?

A.   She would give us five trays each person, and
she would make us responsible for them.  If one was
lost, we had to pay for it.  Supposedly, we were
responsible that the fruit be kept clean.  For that
reason, we had to take the trays home to wash them.

When the trays were very dirty, she would
come around in the morning and would tell us why had we
not washed them.  So then we would go and get water
from the bathroom and we would wet them and we would
clean them.

Q.   At work?

A.   At work.

Q.   Okay.   Did she ever tell you that you could
not clean your trays during the workday?

A.   Yes.

Q.   What did she say about that?

A.   That we had to do it at home.

Q.   So Lolis told you that you could not clean
your trays at work, you have to clean them at home?

A.   Both foremen.

Q.   So Manuel Jeronimo and Lolis both told you
that?

A.   With both of them, I worked doing the same
thing.

Q.   Okay.   I am not asking you what your practice
was.

I'm asking you:  Did they tell you that you
could not wash your trays while you were working but
you had to do it when you got home?

A.   Yes.

Q.   Who told you that?

A.   Lolis.

Q.   When did she tell you that?

A.   One day when she surprised me washing the
trays.

Q.   So you were washing your trays one day during
work.

A.   Uh-huh.

Q.   But Lolis saw you doing that?

A.   And she told me that I had to do that at
home.

Q.   Okay.

A.   The water was for washing your hands.

Q.   Was there anybody else present when Lolis
told you this?

A.   No.

Q.   It was just you and Lolis having a
conversation one-on-one?

A.   Because it was just my trays.

Q.   Okay.  So that we're clear, it was just you
and Lolis having a conversation, nobody else?

A.   No.

Q.   Okay.  How often did you take your trays home
to clean them during the picking season?

A.   Two to three times a week.

Q.   Every week?

A.   Yes.

Q.   Did Manuel Jeronimo ever tell you that you
have to take your trays home to clean them?

A.   Yes.

Q.   When did he tell you this?

A.   The first day we started working in the

picking.  I've only done picking work with him.

Q.  What did he say exactly?

A.  That we had to take the trays home and try to keep them as clean as possible.  It wasn't always the same tray.

Q.  Did he tell you that you had to take the trays home and clean them?

A.  Yes.

Q.  What did he say exactly about -- did he say that you have to clean them at night?

A.  Not exactly the schedule.

Q.  So what exactly did he say?

A.  That we had to take the trays home, but he wouldn't specifically tell us that we had to clean them at night.

Q.  Okay.  But you took the trays home every night?

A.  Yes.

Q.  Then you cleaned them two or three times a week?

A.  Yes.

Q.  And Mr. Jeronimo never told you that you had to clean them at home?

A.  Yes.

Q.  "Yes," he did not tell you that?

33

A.   Yes, that we had to clean the trays at home
and that we were responsible for the trays.

Q.   And someone specifically said, "Take the trays
home and clean them at home"?

A.   Yes.

Q.   When did he tell you this?

A.   The first day in the schooling.

Q.   Was that just you?

A.   No.  Everybody.

Q.   Your whole crew?

A.   Yes, the whole crew.

Q.   If I asked each one of the crew members, they
would tell me that Manuel Jeronimo told them that they
had to take their trays home and clean them at home?

A.   Yes.

    MS. ARCINIEGA:   Objection.  Calls for
speculation.

    She answered the question.

BY MR. JOHNSON:

Q.   Other than cleaning trays, did you ever do
any other work at home?

A.   Yes.

Q.   What other work did you do at home?

A.   Take cartons of bags to place stickers on
them.

did you ever get a thirty-minute lunch break?

    A.   No.

    Q.   Did Manuel Jeronimo tell you that you had to work during your lunch break during the picking season?

    A.   Also, Mr. Manuel.  I even had to take bags home the season.

    Q.   Lolis never made you take bags home?

    A.   Yes, also, uh-huh.  Both.

    Q.   Okay.

    A.   In a different way.

    Q.   When you say "in a different way," what do you mean?

    A.   That when I'm with Lolis, she says it to us like more like -- like with more anger because people aren't giving her the production that she wants.

    Mr. Manuel Jeronimo has a different manner of saying it, a different way.

    Q.   So what did Mr. Jeronimo tell you?

    A.   That we had to take advantage of the time in order to make boxes.

    There was one year when I worked with Mr. Manuel, and we did make quite a bit of boxes.  I'm talking to you about quite a bit of boxes.  We probably surpassed 250 boxes amongst the three of us.

    Q.   In one day?

Q.   Okay.

Q.   What work did you perform after the workday ended that you do not believe that you were paid for during the picking season?

A.   Packing the fruit.  When she would honk, so that the person that was picking would stop, they had to have three to four trays full of fruit.  You had to do it as fast as possible to see if you could have enough time to finish, but you didn't have enough time to finish packing by the stop time.

So then the minutes that we went over, ten, fifteen, or even up to twenty minutes, was packing the fruit, picking up the boxes, closing up the table, taking the wheelbarrow all the way to the center.

We had to pick everything up.  One person did one thing and another person went and dumped the trash, picking up all around the area.

If they didn't know how to pack or do what we needed to do, then they had to do something else, like clean up the fruit so that it's cleaner.  The packer, which was I, picked as fast as possible.

We never really ever got to leave at the exact time, which was the stop time.  We always went over more time than that.

Q.   You never left early?

A.  No.  We had to pick all of the fruit.                    03:1

MR. SMITH:  I am going to mark this

document as Exhibit No. 24.

(Whereupon, Defendants' Exhibit No. 24 was

marked for identification.)

BY MR. SMITH:

Q.  Can you read English?                          03:11

A.  No.                                            03:11

Q.  Can you read Spanish?                          03:11

A.  Yes.                                           03:11

Q.  I cannot read Spanish either.  We're going to  03:11

have to try to -- I'm going to look at some English  03:12

copies and have you look at some Spanish copies.     03:12

Within your package, there is a document that        03:12

looks like this in English.  I'll put it right here so  03:12

you can try to find the document that matches it.       03:12

That is it.                                             03:12

A.  It's in English.                               03:13

Q.  Further back is a document that looks like      03:13

this in Spanish.  I'm told that it's the same document.  03:13

I won't try to read it to you in Spanish.                03:13

MS. ARCINIEGA:  She found it.                      03:13

MR. JOHNSON:  Keep going.                          03:13

MR. MARTINEZ:  What is the top in English?         03:13

MR. JOHNSON:  The English is "What is              03:13