# EXHIBIT 77

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | | |
|---|---|---|
| SABAS ARREDONDO, JOSE CUEVAS, HILARIO GOMEZ, IRMA LANDEROS and ROSALBA LANDEROS individually and on behalf of all others similarly situated, | ) ) ) ) ) ) ) | Case No. 1:09-CV-01247-LJO-DLB |
| Plaintiffs, | ) ) | |
| vs. | ) ) ) | |
| DELANO FARMS COMPANY, a Washington State Corporation; CAL-PACIFIC FARM MANAGEMENT, L.P.; T&R BANGI'S AGRICULTURAL SERVICES, Inc. and DOES 1 through 10, inclusive, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

DEPOSITION OF:

ROSALBA LANDEROS

THURSDAY, APRIL 1, 2010

1:19 P.M.

REPORTED BY:  TERRI L. HAUPT, CSR No. 6111



SYLVIA
MENDEZ
& ASSOCIATES

*Certified Shorthand Reporters*

330 H Street, Suite 1
Bakersfield, CA 93304
(661) 631-2904 · Fax (661) 631-2969

ORIGINAL

1          A.   No.

2          Q.   Who are you employed with today?

3          A.   With a contractor.

4          Q.   Who is that contractor?

5          A.   Joel Fernandez.

6          Q.   Do you work in the Delano area still?

7          A.   Yes.

8          Q.   What farm are you working on?

9          A.   I don't know.

10         Q.   Do you know whose farm you worked on during

11    the time that you were working for Cal-Pacific?

12         A.   For Delano Farms.  Those were the ranches.

13         Q.   Did you work for anybody else?

14         A.   No.

15         Q.   Did you ever work for Four Star Fruit?

16         A.   No.

17         Q.   So to the best of your knowledge, you only

18    did work on Delano Farms' properties?

19         A.   Yes.

20         Q.   While you were working for Dolores, what type

21    of tasks did you perform?

22         A.   Debudding, deleafing, tipping, and picking.

23         Q.   What was the third one?

24         A.   Debudding, deleafing, tipping, and picking.

25         Q.   Tipping is a new one.  What is tipping?

9

1          A.   When the grape bunch is there, you take off

2     the tip of it.

3          Q.   So if a grape bunch comes down this way, you

4     cut the bottom part off?

5          A.   Yes.   It's like weeding it out.   You tip.

6     Instead of weeding it out, you take the tip off.

7          Q.   Why do you do that?

8          A.   Well, supposedly so that the bunch can grow

9     better.

10         Q.   Are you skeptical that that works?

11              You don't have to answer that question.   That

12    is okay.

13              MR. MARTINEZ:   Are you skeptical?

14              MR. JOHNSON:   I don't have a clue.

15    BY MR. JOHNSON:

16         Q.   Have you been working out on the farm ground

17    since 2001, since you came to America?

18         A.   I started in 2002.

19         Q.   Have you ever worked in a packinghouse or a

20    packing shed?

21         A.   Yes.   Grapes.

22         Q.   When was that?

23         A.   This past year.

24         Q.   Who did you work for then?

25         A.   Well, for a contractor.

                                                            10

1          Q.   How do you remove the leaves?

2          A.   With your hands.

3          Q.   Do you use any tools?

4          A.   Gloves.

5          Q.   Anything else?

6          A.   Clippers and the shear -- where you put

7    the --

8               MS. ARCINIEGA:  Holster.

9               THE WITNESS:  The holster, where you put the

10   scissors in, the clippers in, and then the glasses.

11   BY MR. JOHNSON:

12         Q.   What do you use the holster for?

13         A.   To put the clippers away.  In case we fall,

14   we could hurt ourselves.

15         Q.   Have you ever fallen and hurt yourself?

16         A.   No.

17         Q.   Have you ever known anybody who has fallen

18   and hurt themselves with clippers because they didn't

19   have a holster?

20         A.   No.

21         Q.   Have you ever seen a pair of clippers like

22   these?

23         A.   Yes.

24              MR. JOHNSON:  For the record, I'm holding up

25   a pair of clippers that are about six inches with a red

15

1   handle.

2   BY MR. JOHNSON:

3        Q.   You have seen clippers like these?

4        A.   The forewoman's.

5        Q.   Look like this?

6        A.   Yes.

7        Q.   Did Cal-Pacific ever give to you or anybody

8   that you knew a pair of clippers like this?

9        A.   No.

10       Q.   Did Cal-Pacific ever provide you with any

11  clippers?

12       A.   No.

13       Q.   Did you ever ask Cal-Pacific to provide you

14  with a pair of clippers?

15       A.   No.

16       Q.   When you started to work for Cal-Pacific, did

17  you already have a pair of clippers?

18       A.   Yes.

19       Q.   When you first met Dolores, did you have

20  those clippers with you?

21       A.   Yes.

22       Q.   Is it part of your claim that Cal-Pacific

23  owes you money for clippers?

24       A.   Yes.

25       Q.   Why is that?

16

1          MR. MARTINEZ:  Objection.  Calls for a legal

2     conclusion.

3     BY MR. JOHNSON:

4          Q.  Let me ask the question this way:  You have

5     filed a complaint against Cal-Pacific stating that

6     they -- that you should be entitled for reimbursement

7     for clippers.  I want to know what your understanding

8     is as to why you would be entitled to those monies.

9          MR. MARTINEZ:  Same objection.

10    BY MR. JOHNSON:

11         Q.  You can answer even though he objects.  You

12    can check with him if you feel more comfortable.

13         MR. MARTINEZ:  You can answer.

14         THE WITNESS:  I did not understand you.

15    BY MR. JOHNSON:

16         Q.  Let me try it another way.

17         Why do you believe Cal-Pacific owes you money

18    for clippers?

19         A.  Because at jobs, from what I know, from what

20    I understand, the company should give you the equipment

21    to work with.

22         Q.  But you never asked Cal-Pacific for any

23    clippers; correct?

24         A.  No.

25         Q.  Did you ever tell anybody at Cal-Pacific that

                                                        17

1    you were buying clippers?

2          A.   Yes.

3          Q.   Who did you tell?

4          A.   The forewoman.

5          Q.   So you told Dolores that you were buying

6    clippers?

7          A.   Yes.

8          Q.   What did Dolores tell you?

9          A.   That that was my obligation.

10         Q.   So Dolores told you it was your obligation to

11   buy clippers?

12         A.   Yes.

13         Q.   When did she tell you that?

14         A.   Ever since I started working.

15         Q.   I thought you testified that when you showed

16   up at the job site, you already had clippers with you;

17   is that correct?

18         A.   Yes.

19         Q.   So she didn't tell you that day that you had

20   to provide your own clippers, did she?

21         A.   No.

22         Q.   So when did she tell you that it was your

23   responsibility to provide your clippers?

24         A.   I don't remember.

25         Q.   Are you sure Dolores told you that?

18

1          MR. JOHNSON:  You think I would be ready by

2   now.  I just told him at lunch I was in a deposition.

3   BY MR. JOHNSON:

4          Q.  Did the schooling start promptly at

5   six o'clock every day?

6          A.  No.

7          Q.  Sometimes it started a little later?

8          A.  No.

9          Q.  Start a little earlier?

10         A.  Yes.

11         Q.  What time did the schooling usually start?

12         A.  About ten minutes before.

13         Q.  Were you paid for that ten minutes?

14         A.  No.

15         Q.  How do you know that you were not paid for

16   that ten minutes?

17         A.  Because we only worked eight hours.

18         Q.  So did you leave ten minutes before?

19         A.  Never.

20         Q.  Did you attend schooling every day?

21         A.  Yes.

22         MR. JOHNSON:  I'm going to hand you a

23   document that I'm going to mark as Exhibit No. 33.

24         The reason that I'm starting with No. 33 is

25   in the previous depositions, we've had 32 other

                                                      24

1          MR. JOHNSON:  You think I would be ready by

2    now.  I just told him at lunch I was in a deposition.

3    BY MR. JOHNSON:

4          Q.  Did the schooling start promptly at

5    six o'clock every day?

6          A.  No.

7          Q.  Sometimes it started a little later?

8          A.  No.

9          Q.  Start a little earlier?

10         A.  Yes.

11         Q.  What time did the schooling usually start?

12         A.  About ten minutes before.

13         Q.  Were you paid for that ten minutes?

14         A.  No.

15         Q.  How do you know that you were not paid for

16    that ten minutes?

17         A.  Because we only worked eight hours.

18         Q.  So did you leave ten minutes before?

19         A.  Never.

20         Q.  Did you attend schooling every day?

21         A.  Yes.

22         MR. JOHNSON:  I'm going to hand you a

23    document that I'm going to mark as Exhibit No. 33.

24         The reason that I'm starting with No. 33 is

25    in the previous depositions, we've had 32 other

                                                    24

1    marked "Cal-Pacific Farm Management, L.P., Tool

2    Agreement."

3              MR. MARTINEZ:  I thought you were going to

4    ask her about her personal hygiene.

5              He's not that mean, is he?

6              MS. WOLFE:  You never know, we're tricky.

7    BY MR. JOHNSON:

8        Q.  Does reading that paragraph refresh your

9    recollection that Cal-Pacific Farm Management, L.P.,

10   would provide you with tools if you so requested?

11       A.  No.

12       Q.  You're not aware of anybody being provided

13   with clippers like these?

14       A.  I'm sorry?

15       Q.  You're not aware of any Cal-Pacific Farm

16   Management laborers being provided with clippers?

17       A.  No.

18       Q.  Again, that is your signature on the last

19   page of this document?

20       A.  Yes.

21       Q.  What was your understanding of why you were

22   signing this document?

23       A.  They would tell us that it was like -- like

24   showing up for work.

25       Q.  Who told you that?

                                                    31

1      Q.  Okay.  Did you ever have trouble picking the

2   amount that they asked you to pick?

3      A.  Yes.  Because there was a lot of pressure.

4   Sometimes on the rows there was not enough fruit to get

5   them out and you had to check them.

6          THE INTERPRETER:  The interpreter's comment.

7   May I inquire?

8          MR. JOHNSON:  Sure.

9          THE WITNESS:  Like all the way into the

10  middle of the row.  You had to check all the way into

11  the middle of the row to be able to pull it off.

12  BY MR. JOHNSON:

13     Q.  Okay.  I guess what I'm trying to figure out

14  is:  Is there a way to figure out kind of an average of

15  about how many boxes you picked a day?

16     A.  We tried to fulfill what they were requiring

17  of us because we couldn't really do much more.  When

18  the picking starts, they require a certain amount of

19  boxes.  If you don't do them right away, the forewoman

20  tells you that if you don't meet your quota not to show

21  up for work the next day.

22     Q.  Were there workers who met their quotas every

23  day?  It's a "yes" or "no."

24          MR. MARTINEZ:  Objection.  Calls for

25  speculation.

36

1          You can answer.

2          THE WITNESS:  Almost the majority to keep

3    their work, keep their job, and not to miss the next

4    day, we would try to meet the quota even though

5    sometimes we would stay -- sometimes we would stay,

6    like, to pack the last two or three boxes to meet the

7    quota.

8    BY MR. JOHNSON:

9          Q.  Did the supervisor know -- the foreman know

10   that you were staying late to pack the boxes?

11         A.  Yes.

12         Q.  Were you paid for that time?

13         A.  No.

14         Q.  How do you know that you were not paid for

15   that time?

16         A.  Because we only worked eight hours.

17         Q.  When you say you only worked eight hours, are

18   you saying that you were only paid for eight hours?

19         A.  Eight hours in the picking, and when we did

20   the bonuses, the boxes that they requested from us,

21   then they paid us the bonuses.

22         Q.  Okay.  From the time that school started

23   until the time that you were done picking, that was

24   eight hours?

25         A.  When the forewoman honked, it was eight

37

1   hours.

2          We would stay, so that we could complete or

3   meet our quota, five or ten minutes to fix the table,

4   take the cart or wheelbarrow, take it into the inside,

5   and close up the table.

6      Q.  So between school and the time that you

7   finished, you think that you worked an extra 10 or

8   15 minutes?

9          MR. MARTINEZ:  Objection.  Vague.

10         The question is confusing because it says

11  "between school."  I think it -- I think that it needs

12  to be rephrased.

13         MR. JOHNSON:  Let me rephrase the question.

14  BY MR. JOHNSON:

15     Q.  From the start of school to the time that you

16  actually stopped working, you think that was about

17  eight hours and 15 minutes; is that correct?

18     A.  More.

19     Q.  How much time do you think from the time

20  school started to the time you stopped working?

21     A.  Because what happens is this.  There were

22  times that they required boxes and we did, like,

23  clamshells.

24         The clamshells, they didn't have the labels,

25  so we had to put the label on it.  Sometimes when they

                                                         38

1    hours.

2             We would stay, so that we could complete or

3    meet our quota, five or ten minutes to fix the table,

4    take the cart or wheelbarrow, take it into the inside,

5    and close up the table.

6         Q.  So between school and the time that you

7    finished, you think that you worked an extra 10 or

8    15 minutes?

9             MR. MARTINEZ:  Objection.  Vague.

10            The question is confusing because it says

11   "between school."  I think it -- I think that it needs

12   to be rephrased.

13            MR. JOHNSON:  Let me rephrase the question.

14   BY MR. JOHNSON:

15        Q.  From the start of school to the time that you

16   actually stopped working, you think that was about

17   eight hours and 15 minutes; is that correct?

18        A.  More.

19        Q.  How much time do you think from the time

20   school started to the time you stopped working?

21        A.  Because what happens is this.  There were

22   times that they required boxes and we did, like,

23   clamshells.

24            The clamshells, they didn't have the labels,

25   so we had to put the label on it.  Sometimes when they

                                                        38

1    take bags home every year?

2        A.  No.

3        Q.  During one year she told you to take bags

4    home on various occasions?

5        A.  Yes.

6        Q.  Do you remember how many times during that

7    year she asked you to do that?  Was it three?

8        A.  I don't remember how many times it was

9    because sometimes they would change the bags.

10    Sometimes they went back to the same bags.  In one

11    season it was that we would take the boxes of bags

12    home.

13        Q.  You don't remember how many times that

14    happened?

15        A.  No, I don't remember.

16        Q.  Fair enough.  I know it's a long time ago.

17    This is not a memory test.  I appreciate you doing your

18    best.

19        You had a pair of clippers that were similar

20    to these?

21        A.  The ones that I buy, yes.

22        Q.  How many pairs of clippers do you think you

23    bought when you worked at Cal-Pacific?

24        A.  Per year, I don't remember very well, but

25    between three and five clippers.

43

1          Q.   Three and five pair per year?

2          A.   Scissors or clippers.

3          Q.   About how much do you think that they cost?

4          A.   Like $10.  At different stores it's different

5    prices.

6          Q.   Did you ever buy a holster for this?

7          A.   Yes.

8          Q.   I'm assuming just one.

9          A.   Like on two or three occasions.

10         Q.   In the time that you worked at Cal-Pacific?

11         A.   Yes.

12         Q.   How much did they cost?

13         A.   The holsters cost, like, $9 and some cents.

14         Q.   Where do you buy them at?

15         A.   At the 98 Cent Store.

16         Q.   The 98 Cent Store?

17         A.   Yes.  They sell them there.  They sell them

18   at many stores.

19         Q.   Shouldn't they have been $0.98?

20         A.   No.  Because at that store it's all $0.98,

21   but inside there's a lot of things with a lot of

22   different prices.

23              MR. MARTINEZ:  I don't know if you really

24   wanted an answer to that.

25   ///

                                                        44

1    BY MR. JOHNSON:

2         Q.  Did you ever ask anybody at Cal-Pacific to

3    provide you with a holster?

4         A.  No.

5         Q.  Did you ever ask anybody at Cal-Pacific to

6    reimburse you for the holsters that you purchased?

7         A.  Never.

8         Q.  Did you ever tell Cal-Pacific how much you

9    spent on the holster?

10        A.  I never said it.

11        Q.  Do you have any receipts for the purchases

12   that you made of the clippers or of the holsters?

13        A.  No.

14        Q.  Did you buy any other tools while you were

15   working for Cal-Pacific?

16        A.  Gloves.

17        Q.  What did you buy gloves for?

18        A.  For the deleafing, for the debudding, for the

19   tipping, and for the picking.  Sometimes you put gloves

20   on to work.

21        Q.  Does Cal-Pacific require you to wear gloves

22   for the deleafing, the debudding, and the tipping?

23        A.  Yes.

24        Q.  They told you that you have to wear gloves?

25        A.  Yes.

45

1      Q.   Who told you that?

2      A.   The forewoman.

3      Q.   Again, Dolores?

4      A.   Yes.

5      Q.   Did Manuel Jeronimo ever tell you that?

6      A.   Manuel Jeronimo?

7      Q.   Yes.  He told you that before?

8      A.   No.

9      Q.   He never told you that you had to wear gloves

10   for the deleafing, debudding, or tipping?

11     A.   No.  Because I already knew that I had to buy

12   them and wear them.

13     Q.   Who told you that you had to buy the gloves?

14     A.   The forewoman.

15     Q.   Did you ever ask her to have the company

16   provide you gloves?

17     A.   No.

18     Q.   Did you ever tell her to reimburse you for

19   the gloves you were purchasing?

20     A.   No.  I never told her.

21     Q.   Did you ever tell her that you were going out

22   to buy gloves?

23     A.   That I asked her?

24     Q.   Did you ever tell her that you went out and

25   bought gloves?

46

1          Q.   So you wear gloves the whole time during the

2     picking season?

3          A.   Yes.

4          Q.   Have you bought any other tools?

5          A.   The goggles.

6          Q.   Are you talking about goggles like this?

7          A.   Yes.

8          Q.   So you purchased goggles similar to these?

9          A.   Yes.

10         Q.   How much did the goggles cost you?

11         A.   They cost like $2.

12         Q.   How many pair did you buy while you worked

13    for Delano Farms?

14         A.   Well, many, because sometimes I would lose

15    them.

16         Q.   Maybe five pair?

17         A.   More.

18         Q.   Ten pair?

19         A.   Each year or the whole time?

20         Q.   I was asking for the whole time.

21              How many did you buy in any given year?

22         A.   Like seven or eight.

23         Q.   So you bought seven or eight pair of goggles

24    each year that you worked at Cal-Pacific?

25         A.   No.   Eight glasses, not pairs.

                                                          48

1          Q.  I'm sorry.  So eight individual glasses each

2     year?  "Yes"?

3          A.  Yes.

4          Q.  She has to write this down.

5          A.  That's fine.

6          Q.  Sorry about that.

7              Again, you said that they were $2 a piece?

8          A.  There's different prices.

9          Q.  But roughly $2 a piece?

10         A.  Yes.

11         Q.  Again, do you have the receipts for those

12    goggles that you purchased?

13         A.  No, because I would throw them away.

14         Q.  Did you ever tell Dolores or Manuel Jeronimo

15    that you were purchasing these goggles?

16         A.  No.

17         Q.  Did you ever tell Manuel Jeronimo or Dolores

18    that they should reimburse you for the glasses that you

19    purchased?

20         A.  No.

21         Q.  Did you ever provide either one of them with

22    copies of the receipts for the goggles that you

23    purchased?

24         A.  No.

25         Q.  Did you ever ask either Dolores or

49

1    Manuel Jeronimo to give you glasses?

2         A.  Yes.  Lolis, but she would always tell us

3    that we had to buy them.

4         Q.  So Dolores always told you that you had to

5    buy them?

6         A.  Yes.  That was our responsibility because the

7    company didn't provide that.

8         Q.  And what about Manuel Jeronimo?  Did he ever

9    tell you that?

10        A.  No.

11        Q.  So Manuel Jeronimo never told you that it was

12   your responsibility to buy the glasses?

13        A.  No.

14        Q.  He never told you that?

15        A.  No.  He never told me.

16        Q.  Did you purchase any other tools, other than

17   what you've told me about so far, while you worked for

18   Cal-Pacific?

19        A.  No, none.  Just that.  The gloves, the

20   goggles, the holster, and the clippers, which is what

21   was needed for the seasons that I worked.

22        Q.  You never did pruning for Cal-Pacific; is

23   that correct?

24        A.  No.

25        Q.  Do you know if Cal-Pacific provided tools for

                                                        50

EXHIBIT 78

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

SABAS ARREDONDO, JOSE CUEVAS,  )
HILARIO GOMEZ, IRMA LANDEROS    )
and ROSALBA LANDEROS individually )
and on behalf of all others     )
similarly situated,             )
                                )
                    Plaintiffs, )     Case No.
                                )     1:09-CV-01247-LJO-DLB
          vs.                   )
                                )
DELANO FARMS COMPANY, a Washington )
State Corporation; CAL-PACIFIC FARM )
MANAGEMENT, L.P.; T&R BANGI'S    )
AGRICULTURAL SERVICES, INC., and )
DOES 1 through 10, inclusive,   )
                                )
                    Defendants. )
                                )

DEPOSITION OF:

FROILAN GARCIA

Wednesday, December 1, 2010

12:57 P.M.



SYLVIA
MENDEZ
& ASSOCIATES
*Certified Shorthand Reporters*

330 H Street, Suite 1
Bakersfield, CA 93304
(661) 631-2904 · Fax (661) 631-2969

ORIGINAL

1      A      2006.  Picking grapes.

2      Q      Picking grapes?  2006?

3      A      Uh-huh.

4      Q      Okay.  Who was your foreman in 2006?

5      A      2006, Jose Luis.

6      Q      Has he been your foreman the whole time you've

7   worked for Cal-Pacific?

8      A      Yes.

9      Q      Have you had any other foreman while you've

10  worked at Cal-Pacific?

11     A      No.

12     Q      In 2007, did you do the tipping of the grapes

13  that year?

14     A      Yes.

15     Q      And on the first day of the tipping, Jose Luis

16  gave you a pair of clippers; is that correct?

17     A      Yes, but the scissors that they gave us, no

18  good.

19     Q      But they gave you a pair?

20     A      Yes.  Yes, he gave me a pair.

21     Q      When you say they are "no good," what do you

22  mean by that?

23     A      Because they -- stick -- glue -- grapes and

24  not open.  The glue from the grapes, it sticks and

25  cannot pick.  To say -- have to use mine because his

                                                          22

1    don't work.

2       Q      So what you're really saying is your clippers

3    are better than the clippers that they provide to you?

4       A      Correct.

5       Q      And so rather than use the clippers that were

6    provided to you, you made a choice to use your own

7    clippers; correct?

8       A      Yes.

9       Q      You like yours better; right?

10      A      Yes.

11      Q      Just like some people would rather drive a

12   Cadillac, other people would rather drive a Chevy?  It's

13   the same; right?

14             MR. LYNCH:  Objection.  Vague as to year,

15   model.

16             THE WITNESS:  Yes.

17   BY MR. JOHNSON:

18      Q      You prefer your clippers to the clippers that

19   are provided to you; right?

20      A      Yes.

21      Q      And you work in the pruning also; right?

22      A      Correct.

23      Q      And Jose Luis gave you a pair of these

24   blue-handle pruning shears; correct.

25      A      Oh, yes.

                                                    23

```
 1        Q       With the plastic handle; right?

 2        A       Correct.

 3        Q       Now, those are good pruning shears, right?

 4        A       No.  Well, us use and plastic come out, and

 5     then sometimes more -- have no sharpness.

 6        Q       So again, you have a pair of pruning shears

 7     you like better than what the company gave you; correct?

 8        A       Yes.

 9        Q       Okay.  Did you ever tell Jose Luis that you

10     were going to use your own clippers and not the clippers

11     that he gave you?

12        A       Yes.

13        Q       And what did he say?

14        A       Well, if it was okay if not use.  It was okay.

15        Q       He said, "You don't have to use our clippers.

16     You can use your own;" is that correct?

17        A       Correct.

18        Q       Did you ever tell him how much your clippers

19     cost?

20        A       No.

21        Q       You never asked him to reimburse you for the

22     clippers you bought; correct?

23        A       Correct.

24        Q       Same thing with the pruning shears.  You never

25     told him how much your pruning shears cost; right?
```

24

# EXHIBIT 79

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

SABAS ARREDONDO, JOSE )
CUEVAS, HILARIO GOMEZ, )
IRMA LANDEROS and ROSALBA )          Case No.
LANDEROS individually and )
on behalf of all others )
similarly situated, )        1:09-CV-01247-LJO-DLB
)
            Plaintiffs, )
)
      vs. )
)
DELANO FARMS COMPANY, a )
Washington State )
Corporation; CAL-PACIFIC )
FARM MANAGEMENT, L.P.; T&R )
BANGI'S AGRICULTURAL )
SERVICES, INC. and DOES 1 )
through 10, inclusive, )
)
            Defendants. )
)

DEPOSITION OF:

RODOLFO GOMEZ

TUESDAY, NOVEMBER 23, 2010

3:32 P.M.

REPORTED BY:  TERRI L. HAUPT, CSR No. 6111



SYLVIA
MENDEZ
& ASSOCIATES
*Certified Shorthand Reporters*

330 H Street, Suite 1
Bakersfield, CA 93304
(661) 631-2904 · Fax (661) 631-2969

ORIGINAL

1   testimony that most of the time you have done your

2   schooling prior to your designated start time?

3       A.   Almost, yes.

4       Q.   To make sure that we're saying the same

5   thing, if over the last nine years your start time has

6   been seven o'clock, what time is your schooling held

7   most of the time?

8       A.   At times, ten minutes, five minutes before.

9       Q.   So sometimes five minutes before?

10      A.   At times.

11      Q.   Sometimes ten minutes before?

12      A.   At times, yes.

13      Q.   Sometimes right at the start time?

14      A.   Almost no, never.  Never has a foreman wanted

15  at the time for work to hold schooling.

16      Q.   In your nine years, you cannot think of one

17  time the foreman called for school at your designated

18  start time?

19      A.   No.

20      Q.   That goes for Jesus Zendejas, Henry Galinato,

21  Sergio Medina, Martha, and Florentino?  Not one of

22  those foremen ever started the schooling at your

23  designated start time?

24      A.   They always started it before starting.

25      Q.   Right up until yesterday, that would be a

31

1    A.  Mexican.

2    Q.  Henry Galinato?

3    **A.  Filipino.**

4    Q.  Jesus?

5    A.  Mexican.

6    Q.  Okay.  So we have a pretty even mix, three

7    Hispanics, two Filipinos.  I got lost in that.  I

8    didn't understand how the nationality of the supervisor

9    and the foreman meant that the supervisor knew what

10   time the foreman started the school.  Can you explain

11   that to me in more detail, please.

12   **A.  I didn't have no reason to tell the**

13   **supervisor what time to start the schooling.  At times**

14   **he's there.**

15   Q.  So it's your testimony that a supervisor has

16   been present when you have started school prior to the

17   designated start time?

18   **A.  Yes.**

19   Q.  What supervisor?

20   **A.  Jason.**

21   Q.  And what day was this?

22   **A.  Well, he regularly is there every day for the**

23   **schooling.**

24   Q.  Jason is --

25   **A.  Regularly.**

38

1      A.  Yes.

2      Q.  The last thing that you wanted to do is be

3  setting up your table when you could be picking grapes

4  and making money; right?

5      A.  Yes.

6      Q.  Florentino has never asked you to take any

7  trays home and clean them, has he?

8      A.  No.  Not right now.

9      Q.  Okay.  Never?  Florentino has never asked you

10  to take trays home; correct?

11      A.  Not right now, no, not him.

12      Q.  Not Florentino?  Can we get an answer to that

13  last question?

14      Florentino has never asked you to take trays

15  home to clean them; correct?

16      A.  No, never.

17      Q.  Never?

18      A.  Never.

19      Q.  Okay.  Thank you.

20      Martha has never asked you to take trays home

21  and clean them; correct?

22      A.  No.

23      Q.  Sergio Medina never asked you to take trays

24  home and clean them, has he?

25      A.  Sergio, no.

51

1    Q.   Okay.   How about Jesus Zendejas?

2    **A.   Zendejas, yes.**

3    Q.   What about Henry Galinato?

4    **A.   Also Henry.**

5    Q.   Okay.   How often has Henry Galinato asked you

6    to take trays home and clean them?

7    **A.   At times, every other day or Saturday.**

8    Q.   Okay.   So sometimes he wouldn't ask you to

9    take them home; correct?

10    **A.   On days, no.**

11    Q.   It was usually once in a while that he would

12    ask you?

13         MS. ARCINIEGA:   Objection.   Misstates the

14    witness' testimony.

15         THE WITNESS:   Well, regularly ask while --

16    well, the trays get dirty.   They would see that the

17    trays were dirty.   We were told to take them home and

18    to wash them.

19    BY MR. JOHNSON:

20    Q.   Who told you?

21    **A.   Henry.**

22    Q.   Henry.

23    **A.   Jesus, Henry.**

24    Q.   Did he tell you in a group or did he tell you

25    by yourself?

                                                           52

1    A.  The whole group.

2    Q.  Okay.  So how would he tell you to take the

3    trays home and clean them?

4    A.  He would tell us, "Today's the day to wash

5    the trays.  Take them.  Tomorrow I want them clean

6    because the boss is going to check."

7    Q.  When would he tell you this?

8    A.  Regularly.  It was on Fridays, Saturdays.

9    Q.  Okay.  And so normally on a Friday, during

10   the schooling on Fridays, he would tell you guys to

11   take the trays home and clean them?

12   A.  At the end of the work, at the time that it

13   ended.

14   Q.  Okay.  So normally on a Friday, when the day

15   ended --

16   A.  On Saturdays.

17   Q.  Either on Friday or Saturday.  So about once

18   a week, he would ask you to clean the trays?

19   A.  At times every other -- every other day or on

20   Saturdays.

21   Q.  But normally once a week?

22   A.  Saturdays.

23   Q.  So normally once a week on Saturdays he would

24   tell you to take the trays home and clean them?

25   A.  Yeah.

                                                    53

1     Q.  Did you get paid for that time?

2     **A.  No.**

3     Q.  Did you ever tell a supervisor, "Hey, why am

4     I having to take these trays home and clean them when I

5     am not getting paid for it?"

6     **A.  Well, we wouldn't tell them because they**

7     **would lay us off for claiming that.**

8     Q.  Do you know of an instance where somebody

9     said to a supervisor, "Hey, they're telling me to take

10    these trays home and clean them, and I'm not getting

11    paid for that" and that person was laid off?

12     **A.  No.**

13     Q.  Okay.  So why do you say that they would lay

14    you off for that?

15     **A.  Well, one wants to work and the fear of**

16    **losing the job, one doesn't claim that.**

17     Q.  So in other words, you didn't want to make

18    any waves at work; is that correct?

19     **A.  Me to make waves, no.**

20     Q.  Okay.  I am going to ask you something.  I do

21    not mean for this to be disrespectful, although it may

22    sound that way.

23     You never wanted to tell a supervisor, "Hey,

24    they're making me take these trays home and clean

25    them," but you filed this Declaration that is part of

54

1        Q.  Okay.  So 2010, 2009, you were given

2   clippers; is that correct?

3        **A.  Yes.**

4        Q.  In 2007, did Henry Galinato give you

5   clippers?

6        **A.  Yes.  For the picking, yes.**

7        Q.  Okay.  How about in 2006?

8        **A.  Also.**

9        Q.  What about in 2005?  He gave you clippers

10   that year, as well?

11        **A.  Each season of -- for tipping, they -- they**

12   **give clippers every year.**

13        Q.  Have you ever had to buy knives for work?

14        **A.  Knives, no.**

15        Q.  Okay.  You have never bought any knives?

16        **A.  Just clippers.**

17        Q.  Okay.  Do you do the pruning, as well?

18        **A.  For seasons, yes; seasons, no.**

19        Q.  Okay.  Did you ever do pruning during the

20   time that you worked for Henry Galinato?

21        **A.  Yes.**

22        Q.  And what years -- I believe that you worked

23   for Henry Galinato from 2005 through 2007; is that

24   correct?

25        **A.  In 2005, 2006, also.**

57

Sylvia Mendez & Associates - (661) 631-2904

1    Q.  Did you do the pruning both of those years?

2    **A.  Yes.**

3    Q.  Did the company provide you with pruning

4    shears?

5    **A.  No.**

6    Q.  They didn't give you a pair of blue pruning

7    shears with the plastic handles?  I have a pair in my

8    car if it will help you to remember.

9    **A.  In 2004, that's when they issued those.**

10   Q.  Okay.  So in 2004 they gave them to you?

11   **A.  I was given a pair.  I was given some in**

12   **2004, but when I began work, the -- the -- the edge**

13   **would hit with the point and -- and they wouldn't work,**

14   **the blade.**

15   Q.  Did anybody give you clippers in 2005?

16   **A.  No.**

17   Q.  Did you ask for any?

18   **A.  No.**

19   Q.  So you didn't ask anybody for a pair of

20   pruning shears?

21   **A.  Well, the foreman, he -- the foreman had some**

22   **there, but they weren't any good.**

23   Q.  So you didn't want them?

24   **A.  One could not work with them.**

25   Q.  Okay.  So the foreman had pruning shears

58

1   available, but you didn't want to use those pruning

2   shears; correct?

3          MS. ARCINIEGA:  Objection.  Misstates the

4   witness' testimony.

5          THE WITNESS:  They didn't have shears

6   available for everyone.

7   BY MR. JOHNSON:

8      Q.  But they had shears available; correct?

9      **A.  Yes, but one could work better with one's**

10  **own -- one's own so that you could do the amount of**

11  **work required.**

12      Q.  And you bought your own in 2005?

13      **A.  I have my shears.  Each year I buy a**

14  **replacement.**

15      Q.  A "replacement," what do you mean by that?

16      **A.  The blade.**

17      Q.  Okay.  So you buy a replacement blade?

18      **A.  The blade --**

19          THE INTERPRETER:  The interpreter needs a --

20  the --

21          MR. JOHNSON:  Would it help if I grab a pair

22  of shears?

23          THE INTERPRETER:  It is me.

24  BY MR. JOHNSON:

25      Q.  Is it the little bumper?

EXHIBIT 80

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| SABAS ARREDONDO, JOSE CUEVAS, HILARIO GOMEZ, IRMA LANDEROS and ROSALBA LANDEROS individually and on behalf of all others similarly situated,<br><br>           Plaintiffs,<br><br>   vs.<br><br>DELANO FARMS COMPANY, a Washington State Corporation; CAL-PACIFIC FARM MANAGEMENT, L.P.; T&R BANGI'S AGRICULTURAL SERVICES, InC. And DOES 1 through 10, inclusive,<br><br>           Defendants. | Case No.<br><br>1:09-CV-01247-LJO-DLB |

DEPOSITION OF:

LINYIU OCHOA GONZALEZ

TUESDAY, JULY 27, 2010

1:02 P.M.

REPORTED BY: TERRI L. HAUPT, CSR No. 6111



SYLVIA
MENDEZ
& ASSOCIATES

*Certified Shorthand Reporters*

330 H Street, Suite 1
Bakersfield, CA 93304
(661) 631-2904 · Fax (661) 631-2969

ORIGINAL

1  year?

2      **A.  Two or sometimes three, but pretty much two.**

3      Q.  Two?

4      **A.  Yes.**

5      Q.  When you're doing the pruning, does

6  Cal-Pacific provide you with these types of shears?

7      **A.  When I started, no.**

8      Q.  And you started what year?

9      **A.  It was in 2008, around there.**

10      Q.  Okay.  Did they give these to you in 2009?

11      **A.  No.**

12      Q.  2010?

13      **A.  No.  I only did it once, and I never went**

14  **back.**

15      Q.  You only did it once in 2008?

16      **A.  Yes.**

17      Q.  How long did you do pruning?

18      **A.  About a month.**

19      Q.  Okay.  While you were out there doing the

20  pruning, did you see a lot of people that had -- strike

21  that.

22          While you were out there doing the pruning

23  for that one month in 2008, did you see anybody using

24  shears that looked like these, these same blue shears?

25      **A.  No.  No.**

                                              21

**Sylvia Mendez & Associates - (661) 631-2904**

1      Q.  You didn't see one pair?

2      **A.  I saw them.  The majority, the foreman had in**

3  **his truck.**

4      Q.  So the foreman had shears like these in his

5  truck?

6      **A.  Yes.**

7      Q.  Did you ever ask him for a pair of the ones

8  that were in his truck?

9      **A.  No, because they tell you to purchase your**

10 **tools.**

11     Q.  Who told you that?

12     **A.  The foremen.  When you're going to start**

13 **working, they tell you to buy your tools.**

14     Q.  Who specifically told you to buy your own

15 tools?

16     **A.  When you call for work, the foreman tells you**

17 **what all you need to do the work.**

18     Q.  Now, does he tell you that you have to bring

19 it yourself?

20     **A.  Yes.**

21     Q.  But you saw these clippers in the foreman's

22 truck?

23     **A.  Yes.**

24     Q.  And you never asked him if he would give you

25 a pair?

                                                    22

**Sylvia Mendez & Associates - (661) 631-2904**

```
 1        A.   No.

 2        Q.   Did you ever ask him to reimburse you for the

 3   cost of the clippers that you brought?

 4        A.   No.

 5        Q.   Did you ever tell him how much those clippers

 6   cost you?

 7        A.   No.   They just want the person there to do

 8   the work and that is it.

 9        Q.   How often did Cal-Pacific give you these

10   goggles?

11        A.   That I remember of, no.

12        Q.   They have never given you a pair of these

13   goggles?

14        A.   Uh-huh.

15        Q.   Do you use these kind of goggles when you

16   work?

17        A.   Yes.   In the deleafing, in the tipping, but

18   you buy them.

19        Q.   And have you seen other workers receive this

20   kind of goggles from Cal-Pacific?

21        A.   No.

22        Q.   Have you seen these in the foreman's truck?

23        A.   No.

24        Q.   How often does Cal-Pacific give you gloves?

25        A.   None.
```

                                                              23

1      Q.   Never?

2      **A.   Huh-uh.**

3      Q.   Are you familiar with "escuelita" on the job

4  site?

5      **A.   Before starting work, yes.**

6      Q.   So how often do they have this schooling?

7  Maybe once a week?  Once every couple of weeks?

8      **A.   It's almost daily.**

9      Q.   Almost every day?

10      **A.   Yes.**

11      Q.   What do they talk about in the schooling

12  every day?

13      **A.   About the grapes, about the company, signing**

14  **forms for the company, the insurance.**

15      Q.   So sometimes they go over a field manual with

16  you out there and have you sign these forms?

17      **A.   Yes.**

18      Q.   Telling you about the company's policies?

19      **A.   Yes.**

20      Q.   Kind of the rules of the company?

21      **A.   What do you mean?**

22      Q.   You know, list the things that they expect

23  from you, things that you can expect from the company.

24      **A.   They tell us the limit of boxes that we make.**

25      Q.   Let's talk about the company policies right

                                                              24

**Sylvia Mendez & Associates - (661) 631-2904**

1    trays home and clean them, has he?

2         A.   No.

3         Q.   Never; right?

4         A.   **Right now, no.**

5         Q.   In the past?

6         A.   **When I started, no.**

7         Q.   Okay.   So they have never asked you to do it?

8    Not what you have heard other people say.   They have

9    never asked you to take your trays home and clean them;

10   correct?

11        A.   **No.**

12        Q.   What time do you normally start work for

13   Cal-Pacific?

14        A.   **At about 5:45 or 5:40.**

15        Q.   In the morning?

16        A.   **Yes.**

17        Q.   Your start time is about 5:45?

18        A.   **The start time -- for us to work, yes, to put**

19   **labels and all of that, yes.**

20        Q.   Okay.   And you get paid from 5:45 until what

21   time?

22        A.   **Those minutes that we start before the time,**

23   **no.**

24        Q.   So what is the actual -- when do you start

25   getting paid?

                                                      28

```
 1        A.   From 6:00 on.
 2        Q.   Okay.  And some days you start work before
 3   six o'clock?
 4        A.   Yes, every day.
 5        Q.   Every day?
 6        A.   Uh-huh.
 7        Q.   So if it's the tipping season, do you
 8   actually start work before six o'clock?
 9        A.   Yes.  Because the foreman tells us to be
10   there early.
11        Q.   He wants you to be on time, so he tells you
12   to get there before your start time; correct?
13        A.   Uh-huh.
14        Q.   Because he wants you to start work right at
15   six o'clock?
16        A.   Yes.  In case there's a change, he wants us
17   to be there.
18        Q.   And you start work -- you start working at
19   six o'clock; correct?
20        A.   In the tipping, yes.
21        Q.   And so there is no preparation; you just go
22   straight to the fields at six o'clock?
23        A.   The schooling.
24        Q.   So at six o'clock --
25        A.   It's the schooling before 6:00.
```

29

Sylvia Mendez & Associates - (661) 631-2904

1        A.    From 6:00 on.

2        Q.    Okay.   And some days you start work before

3    six o'clock?

4        A.    **Yes, every day.**

5        Q.    Every day?

6        A.    **Uh-huh.**

7        Q.    So if it's the tipping season, do you

8    actually start work before six o'clock?

9        A.    **Yes.    Because the foreman tells us to be**

10   **there early.**

11       Q.    He wants you to be on time, so he tells you

12   to get there before your start time; correct?

13       A.    **Uh-huh.**

14       Q.    Because he wants you to start work right at

15   six o'clock?

16       A.    **Yes.    In case there's a change, he wants us**

17   **to be there.**

18       Q.    And you start work -- you start working at

19   six o'clock; correct?

20       A.    **In the tipping, yes.**

21       Q.    And so there is no preparation; you just go

22   straight to the fields at six o'clock?

23       A.    **The schooling.**

24       Q.    So at six o'clock --

25       A.    **It's the schooling before 6:00.**

29

Sylvia Mendez & Associates - (661) 631-2904

1    BY MR. JOHNSON:

2        Q.  How long have you worked with T&R Bangi?

3        **A.  Well, approximately nine years.**

4        Q.  Nine years?

5        **A.  Uh-huh.**

6        Q.  Okay.  During that nine years -- strike that.

7            At any time during the nine years that you

8    worked for T&R Bangi, has anyone ever asked you to

9    attend schooling prior to your designated start time?

10       **A.  What do you mean "schooling"?**

11       Q.  Are you familiar with -- strike that.

12           Are you asked to attend schooling,

13   "escuelita"?

14       **A.  At work?**

15       Q.  Yes.

16       **A.  Yes.**

17       Q.  Over the last nine years, has anyone ever

18   asked you to attend schooling prior to your designated

19   start time for work?

20           MS. ARCINIEGA:  I am going to object to the

21   term "designated" as vague.

22           THE WITNESS:  Most of the time the foreman

23   calls us before we start work for the schooling.

24   BY MR. JOHNSON:

25       Q.  So over the last nine years, it's your

                                                    30

```
 1        Q.   They tell you every day?

 2        A.   Every day.

 3        Q.   And the people in your crew, they've all done

 4   the same job for years, as well; correct?

 5        A.   Yes.

 6        Q.   They all know how to do the tipping; right?

 7        A.   Yes.

 8        Q.   But yet you have schooling every day?

 9        A.   Yes.

10        Q.   You could give the schooling -- right? -- you

11   have heard it so many times?

12        A.   Well, only the foreman gives it.

13        Q.   If you look at Exhibit No. 45.

14             Can I see your other exhibits, real quick.

15             Look at Paragraph No. 5.  Do you see where it

16   says that you arrive at a job site approximately 15 to

17   30 minutes early each day?

18        A.   Yes.

19        Q.   Don't you usually arrive 10 to 15 minutes

20   before the start time?

21        A.   No.

22        Q.   How often do you arrive 30 minutes before the

23   start time?  Once a year?  Twice a year?

24        A.   Daily.

25        Q.   Every day you're there 30 minutes before the
```

31

Sylvia Mendez & Associates - (661) 631-2904

1     Q.  So they're not asking you to work; they're

2  just asking you to be there before the work time so you

3  can be ready to work when the day begins.  Is that

4  correct?

5     **A.  No.**

6     Q.  So what are they asking you to do?

7     **A.  That we are there early so that when we move,**

8  **we can prepare the tables, getting the materials that**

9  **you need.**

10     Q.  You're talking about the picking season;

11  right?

12     Let's talk about the rest of the year.

13  Forget about the picking season right now.  We'll talk

14  about the picking season later.  Let's talk about the

15  rest -- what do you pick, for four months a year?  July

16  to November or December?

17     **A.  July, August, September, October, November.**

18     Q.  So about five months?

19     **A.  Yes.**

20     Q.  And you take January off?

21     **A.  Yes.**

22     Q.  So let's talk about the other six months of

23  the year.

24     **A.  Uh-huh.**

25     Q.  So you're not working until the start time

33

1   for the other six months out of the year; correct?

2        A.   They ask us to be there 15 minutes early.

3        Q.   I got that.  They want you to be there

4   15 minutes early.

5            MR. LYNCH:  Objection.  You should let the

6   witness answer the question before you cut the witness

7   off.

8   BY MR. JOHNSON:

9        Q.   But they're not making you work during that

10  15 minutes; is that correct?

11       A.   For me, it's work because they tell us that

12  we should be there early, standing outside, so that

13  when the foreman arrives they can give us the

14  schooling.

15       Q.   Okay.  But you're not working.  You're not

16  out in the fields doing physical labor.  I understand

17  that you are -- that they are asking you to be there,

18  but you're not doing physical labor six months out of

19  the year during that time; is that correct?

20       A.   In what jobs?

21       Q.   Tipping, debudding, deleafing, everything but

22  the picking.

23       A.   Just the schooling that they give.

24       Q.   Okay.  Let's spend a little bit of time

25  talking about the picking.

34

1    supervisor comes to see you for "escuelita"; correct?

2         A.   Yes.

3         Q.   And so when the supervisor is there, do you

4    ever say, "Mr. Supervisor, I haven't been paid this

5    week for 100 boxes that I picked"?   Do you ever say

6    that?

7         **A.   No.   The supervisor, no.**

8         Q.   Okay.

9         **A.   The supervisor doesn't get involved with the**

10   **workers.   He says everything to the foreman.**

11        Q.   So you're not allowed to talk to a

12   supervisor?

13        **A.   They tell us to talk to a foreman.**

14        Q.   During the picking season, if it's -- if

15   you're supposed to stop work at three o'clock, doesn't

16   the supervisor tell you, "Hey, let's wrap it up at

17   about 2:45, 2:30 so that you can pack up the grapes

18   that you have already picked"?

19        **A.   No.**

20        Q.   They don't let you know 15 minutes ahead of

21   time, "Hey, it's almost the end of the day.   Stop

22   picking"?

23        **A.   No.**

24        Q.   Okay.

25        **A.   They tell us that not until the foreman**

43

1  shouts out.

2      Q.  He shouts out 15 minutes before the stop

3  time; correct?

4      A.  No.

5      Q.  When does he shout out?

6      A.  Almost at the time to get off, two minutes,

7  three minutes before.

8      Q.  Two minutes, three minutes?

9      A.  Yes.

10     Q.  Ten minutes?

11     A.  No.

12     Q.  Fifteen minutes?

13     A.  Or even ten minutes after or more.

14     Q.  So sometimes he doesn't shout out until after

15  the stop time?

16     A.  Almost right at the --

17     Q.  Right at the stop time?

18     A.  -- stop time he shouts out.

19     Q.  When he shouts out, you stop working and go

20  home; correct?

21     A.  No.  We pack the grapes that we have from

22  inside, yeah.

23     Q.  What else?

24     A.  We pack the grapes.  We pick up the trash

25  that comes out of the bags as they run out.  We pick up

44

1  the trash.  We put the trays away, the boxes.  We put

2  them in their place.  We close up the table.

3       Q.  So you put away the trays?

4       A.  Yes.  In their place.

5       Q.  Where do the trays go?

6       A.  On top of the cart with the wheelbarrow.

7       Q.  There's actually a place for the trays?

8       A.  No.  On the cart there, inside.

9       Q.  Inside of the cart?

10      A.  Uh-huh.

11      Q.  Okay.  Who is your current foreman?

12      A.  Manuel Guzman.

13      Q.  And so if Manuel testifies that he calls the

14  time 15 minutes before the stop time so you have time

15  to pack up the grapes and put the cart away, he would

16  be lying?

17      A.  I don't know.

18      Q.  I mean, you're out there.  Does he call the

19  time 15 minutes before?

20      A.  No.

21      Q.  Ten minutes before?

22      A.  Huh-uh.  Almost like two to three minutes

23  before.

24      Q.  Now, I see that you're not wearing a watch.

25  How do you know when you're out in the field what time

                                                      45

1    that it is?

2           A.   Because of my cell phone.

3           Q.   Your cell phone?

4           A.   Uh-huh.

5           Q.   You have time to look at your cell phone

6    while you're out there packing grapes?

7           A.   When we're already leaving, when we get off,

8    then I look at it and see what time that it is.

9           Q.   So you don't know what time he calls the time

10   because you don't look at a watch at that time?

11          A.   Well, that time, when he shouts out, I look

12   and see what time it is, and then I go.

13          Q.   Then you go?

14          A.   Uh-huh.

15          Q.   When he shouts out, you go?

16          A.   I come out to finish packing the grapes that

17   we have there.

18          Q.   Okay.  And so after you're done packing the

19   grapes and you get ready to leave, that is when you

20   look at your cell phone; correct?

21          A.   When it already went past the time.

22          Q.   But you don't look at your cell phone until

23   you're ready to leave?

24          A.   No.

25          Q.   You're not out in the field looking at your

46

1  cell phone; right?

2      A.  When we go out on break, when we go out --

3  when we leave, when we're off, you look to see what

4  time it is.

5      Q.  Sure.  But not while you're out there

6  working?

7      A.  No.  You're working.

8      Q.  So when he calls the time and you keep

9  packing up the grapes, you don't have your cell phone

10  with you at that time, so you don't know what time it

11  is; right?

12      A.  Yes.  Because when we're coming out, we

13  notice what time it is, and it's like three minutes

14  before, so then we know that we're going to go past the

15  time.

16      Q.  What do you look at?

17      A.  The time that it is.

18      Q.  Where do you look?

19      A.  On the cell phone.

20      Q.  Maybe I'm misunderstanding.

21          You're working in the field.

22          MR. LYNCH:  Excuse me.

23          (Cellular telephone interruption.)

24          MR. JOHNSON:  Most people don't have their

25  cell phones on when they are working.

47

1          MR. LYNCH:  Most people don't.  There are

2     three people working with their cell phones on the

3     desk, I think.

4               I apologize for the interruption.

5          MR. JOHNSON:  No problem.

6     BY MR. JOHNSON:

7          Q.  You are working and he calls time.  What do

8     you do next?

9          A.  **We come out.  As I'm coming out, I pull up my**

10    **cell phone to look and see what time it is.**

11         Q.  When he yells, everybody comes out of the

12    field?

13         A.  **Yes.  To pack the grapes that we have that we**

14    **already picked from inside.**

15         Q.  Okay.  So you -- you come out to the table?

16         A.  **Yes, to pack.**

17         Q.  And when you get to the table, that is when

18    you look at your phone?

19         A.  **When we're coming out, I look on my cell**

20    **phone to see what time that it is.  It's like three**

21    **minutes before the time.  Then I get to the table and I**

22    **start packing.  I pick up the trash, picking up the**

23    **trays, the boxes, closing up the table.**

24         Q.  Where is the tray of grapes that you were

25    picking?

                                                      48

Sylvia Mendez & Associates - (661) 631-2904

1          A.   We bring it from inside the row outside when

2     the foreman shouts out.

3          Q.   So when he shouts out, you're carrying a

4     tray?

5               MR. LYNCH:   Gosh, excuse me.

6               (Cellular telephone interruption.)

7               THE WITNESS:   And the cart, the wheelbarrow.

8     BY MR. JOHNSON:

9          Q.   And you're looking at your cell phone, too?

10         **A.   No.   Because the table has three of us.   The**

11    **one that does the wheelbarrowing, he's the one that**

12    **pulls out the wheelbarrow.   I am already walking along.**

13    **That is when I pull it out, and I look and see what**

14    **time that it is.**

15         Q.   You don't have grapes or anything that you're

16    carrying?

17         **A.   They have it in the wheelbarrow.**

18         Q.   All of the trays are in the wheelbarrow?

19              THE INTERPRETER:   All of the grapes are in

20    the wheelbarrow?

21    BY MR. JOHNSON:

22         Q.   Trays.

23         **A.   Yes.**

24         Q.   I apologize.   I have never picked grapes.   I

25    thought that you had to carry your trays.

49

1     A.   No.

2     Q.   What time do you usually leave?   By 3:10?

3     A.   Yes.

4     Q.   About 3:10?

5     A.   Yes.

6          MR. JOHNSON:   Let's take about a ten-minute

7   break.

8          (Recess taken from 2:18 p.m. to 2:26 p.m.)

9   BY MR. JOHNSON:

10    Q.   Have you done work in the cold storage?

11    A.   Yes.

12    Q.   What did you do in the cold storage?

13    A.   Packing.

14    Q.   Okay.   When you pack at the cold storage, did

15   you have a work station?

16    A.   They are conveyor belts.

17    Q.   And on the conveyor belt -- each person

18   stands at a different location on the conveyor belt?

19    A.   Yes.   Like this, together.

20    Q.   Okay.   And there is a little work station for

21   each person on the line; correct?

22    A.   No.   They're all together.

23    Q.   Okay.   Isn't there a step that they stand on?

24    A.   No.   It's all even.

25    Q.   There's a pair of clippers that are attached

                                                        50

# EXHIBIT 81

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

SABAS ARREDONDO, JOSE CUEVAS,          )
HILARIO GOMEZ, IRMA LANDEROS           )
and ROSALBA LANDEROS individually      )
and on behalf of all others¹           )
similarly situated,                    )
                                       )
                 Plaintiffs,           )      Case No.
                                       )      1:09-CV-01247-LJO-DLB
           vs.                         )
                                       )
DELANO FARMS COMPANY, a Washington     )
State Corporation; CAL-PACIFIC FARM    )
MANAGEMENT, L.P.; T&R BANGI'S          )
AGRICULTURAL SERVICES, INC., and       )
DOES 1 through 10, inclusive,          )
                                       )
                 Defendants.           )
_____)

DEPOSITION OF:

ESTELA IZAZAGA

Wednesday, December 1, 2010

3:22 P.M.



SYLVIA
MENDEZ
& ASSOCIATES
Certified Shorthand Reporters

330 H Street, Suite 1
Bakersfield, CA 93304
(661) 631-2904 · Fax (661) 631-2969

ORIGINAL

1   about this lawsuit?

2       A     No.

3       Q     Did anyone ever tell you that you would get

4   some money if you joined this lawsuit?

5       A     No.

6       Q     During the 2009 season, did you participate in

7   the tipping?

8       A     Yes.

9       Q     And were you present on the first day of the

10  tipping?

11      A     No.

12      Q     Okay.  Did Jose Luis give you a pair of

13  clippers to use during the tipping?

14      A     No.

15      Q     He's never given you a pair of clippers?

16      A     No.

17      Q     So, if Jose Luis has testified that he gave

18  you a pair of clippers to use, he's lying?

19      A     I don't know.  He didn't give me none.  I

20  don't know about the rest.

21      Q     He never gave you any clippers?

22      A     No.

23      Q     He didn't give you any in 2008?

24      A     No.

25      Q     He didn't give you any in 2009?

16

```
 1      A      No.

 2      Q      He didn't give you any in 2010?

 3      A      No.

 4      Q      Have you asked Jose Luis to give you a pair of

 5   clippers?

 6      A      No.

 7      Q      Did you ever tell Jose Luis that you were

 8   using your own clippers?

 9      A      Yes.

10      Q      When did you tell him that?

11      A      Well, he knows that we take our own material.

12      Q      That's not what I asked you.  I asked you if

13   you ever told him, "Jose Luis, I'm using my own

14   clippers"?

15      A      Yes.

16      Q      And what did he say when you told him that?

17      A      Nothing.

18      Q      He didn't say anything at all?

19      A      No.

20      Q      Did he say, "It's okay if you want to use your

21   own clippers"?

22      A      Yes.

23      Q      Okay.  Did you ask him at that time to give

24   you a pair of company clippers?

25      A      No.
```

17

```
 1                    FURTHER EXAMINATION
 2    BY MR. JOHNSON:
 3         Q      Two questions.
 4                Has anyone ever told you that you had to take
 5    the little, small scale home?
 6         A      Yes.
 7         Q      Who told you to take it home?
 8         A      The foreman.  We have to take it home, and we
 9    have to bring it the next day to work.
10         Q      What did he say to you?
11         A      No.  Only to take it home and then the next
12    day bring it back.
13         Q      He didn't say anything else to you?
14         A      No.
15         Q      Okay.  And you only use that scale when you're
16    packing the clam shells?
17         A      Yes.
18         Q      So you rarely use that scale?
19         A      No.  No.  Almost never.
20         Q      Maybe once or twice a season?
21         A      Yes.
22         Q      Okay.  What day did Jose Luis, during this
23    season, keep you working past the 3:00 o'clock stop
24    time?
25         A      I don't remember.
```

31

```
 1        Q      You don't know what day it happened?

 2        A      No.

 3        Q      You didn't write it down?

 4        A      No.

 5        Q      Okay.  And it happened less than five times

 6    during this season; correct?  During this picking

 7    season?

 8        A      No.

 9        Q      Less than 10 times?

10        A      Yes.

11        Q      Okay.  But you don't know which dates?

12        A      No.

13        Q      During 2009, did it happen less than five

14    times?

15        A      About five times.

16        Q      In 2009?

17        A      Yes.

18        Q      And it didn't happen at all in 2008; correct?

19        A      Yes.

20        Q      How many times?

21        A      Four.

22               MR. JOHNSON:  I have no more questions.

23               MR. LYNCH:  Nothing further.  Thank you.

24               THE COURT REPORTER:  Same stip?

25               MR. JOHNSON:  Same stip.  Thank you.
                                                          32
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

SABAS ARREDONDO, JOSE CUEVAS,  )
HILARIO GOMEZ, IRMA LANDEROS    )
and ROSALBA LANDEROS individually )
and on behalf of all others'    )
similarly situated,             )
                                )
                   Plaintiffs,  )    Case No.
                                )    1:09-CV-01247-LJO-DLB
         vs.                    )
                                )
DELANO FARMS COMPANY, a Washington )
State Corporation; CAL-PACIFIC FARM )
MANAGEMENT, L.P.; T&R BANGI'S   )
AGRICULTURAL SERVICES, INC., and )
DOES 1 through 10, inclusive,   )
                                )
                   Defendants.  )
_____ )

DEPOSITION OF:

ESTELA IZAZAGA

Wednesday, December 1, 2010

3:22 P.M.



SYLVIA
MENDEZ
& ASSOCIATES

Certified Shorthand Reporters

330 H Street, Suite 1
Bakersfield, CA 93304
(661) 631-2904 · Fax (661) 631-2969

ORIGINAL

1    about this lawsuit?

2        A    No.

3        Q    Did anyone ever tell you that you would get

4    some money if you joined this lawsuit?

5        A    No.

6        Q    During the 2009 season, did you participate in

7    the tipping?

8        A    Yes.

9        Q    And were you present on the first day of the

10   tipping?

11       A    No.

12       Q    Okay.  Did Jose Luis give you a pair of

13   clippers to use during the tipping?

14       A    No.

15       Q    He's never given you a pair of clippers?

16       A    No.

17       Q    So, if Jose Luis has testified that he gave

18   you a pair of clippers to use, he's lying?

19       A    I don't know.  He didn't give me none.  I

20   don't know about the rest.

21       Q    He never gave you any clippers?

22       A    No.

23       Q    He didn't give you any in 2008?

24       A    No.

25       Q    He didn't give you any in 2009?

16

Sylvia Mendez & Associates - (661) 631-2904

1    A    No.

2    Q    He didn't give you any in 2010?

3    A    No.

4    Q    Have you asked Jose Luis to give you a pair of

5    clippers?

6    A    No.

7    Q    Did you ever tell Jose Luis that you were

8    using your own clippers?

9    A    **Yes.**

10   Q    When did you tell him that?

11   A    **Well, he knows that we take our own material.**

12   Q    That's not what I asked you.  I asked you if

13   you ever told him, "Jose Luis, I'm using my own

14   clippers"?

15   A    **Yes.**

16   Q    And what did he say when you told him that?

17   A    **Nothing.**

18   Q    He didn't say anything at all?

19   A    No.

20   Q    Did he say, "It's okay if you want to use your

21   own clippers"?

22   A    Yes.

23   Q    Okay.  Did you ask him at that time to give

24   you a pair of company clippers?

25   A    No.

17

1    my life picking grapes.  We can only ask you to be as

2    accurate and honest as you can today.  Please don't

3    assume that we know anything.  We only know what you

4    tell us.

5         A.   That's fine.

6         Q.   You were never charged $50 for any missing

7    equipment?

8         A.   No.

9         Q.   Never?  Not once?

10        A.   No.

11        Q.   Okay.  "In 2006 and 2007 we were also

12   required to clean the trays and the foreman would

13   inspect the trays each day to make sure that they had

14   been cleaned."

15        A.   Yes.

16        Q.   When did you clean these trays?

17        A.   Every day when I would go home.

18        Q.   Every day during the picking season you

19   cleaned your trays?

20        A.   Yes.

21        Q.   And you cleaned them at home every day?

22        A.   Yes.

23        Q.   Six days a week?

24        A.   Yes.

25        Q.   Do you recall signing a piece of paper while

81

1   these clippers, you really want to bring your own

2   because you want to sharpen them and you want to make

3   them easier so that when you're working you don't get

4   as tired and you can work faster; correct?

5       A.  Yes.

6       Q.  So it's better to bring your own?

7       A.  Well, yeah, because there they don't -- they

8   don't -- they don't have any there.

9       Q.  So it's better to bring your own.  That was

10  your choice?

11      A.  Yes.  Because if I don't bring any and they

12  don't have any, then I have to go home.

13      Q.  So if nobody has clippers, they just leave

14  the grapes in the field?

15      A.  That, I don't know.

16      Q.  Okay.  But these clippers -- you said that

17  you wanted to bring your own clippers; correct?

18      A.  They would tell us all the time, "Bring your

19  clippers."  That's the first thing that they ask you

20  for when you're going to go work.  Then if you don't

21  take any with you, then they offer you whatever they

22  have there.

23      Q.  Okay.  So if you don't have clippers, they

24  offer you clippers?

25      A.  They sell them to you.  They offer them to

                                                    86

1   you, yes.

2       Q.   They sell them to you?

3       A.   Yes.

4       Q.   They don't give them to you?

5       A.   No.

6       Q.   You never saw Cal-Pacific give these types of

7   clippers to its employees?

8       A.   That I remember of, honestly, no.

9       Q.   Never?

10      A.   No.

11      Q.   If your fellow class members have come in

12  here and testified that Cal-Pacific gave out these

13  clippers, were they lying?

14      A.   I don't know, but not me.   I never saw that

15  they gave us clippers.

16      Q.   They never gave you any clippers like this?

17      A.   No.

18      Q.   And you never saw the papers where they told

19  you that if you didn't have clippers that they would

20  give them to you?

21      A.   No.

22      Q.   Did you ever use the bathroom while you

23  worked at Cal-Pacific?

24      A.   Yes.

25      Q.   Okay.   Was there a bulletin board on the

87

# EXHIBIT 82

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

---

SABAS ARREDONDO, JOSE )
CUEVAS, HILARIO GOMEZ, )
IRMA LANDEROS and ROSALBA )          Case No.
LANDEROS individually and )
on behalf of all others )
similarly situated, )       1:09-CV-01247-LJO-DLB
)
      Plaintiffs, )
)
  vs. )
)
DELANO FARMS COMPANY, a )
Washington State )
Corporation; CAL-PACIFIC )
FARM MANAGEMENT, L.P.; T&R )
BANGI'S AGRICULTURAL )
SERVICES, InC. And DOES 1 )
through 10, inclusive, )
)
      Defendants. )
)

DEPOSITION OF:

ISSAC MUNOZ VENTURA

MONDAY, JULY 26, 2010

12:59 P.M.

REPORTED BY:  TERRI L. HAUPT, CSR No. 6111



SYLVIA
MENDEZ
& ASSOCIATES
*Certified Shorthand Reporters*

330 H Street, Suite 1
Bakersfield, CA 93304
(661) 631-2904 · Fax (661) 631-2969

ORIGINAL

1  crew, they would have the same memory, that they were

2  not given their breaks during the pruning season?

3      A.  Yes.

4      Q.  What time did you traditionally arrive at

5  work during the pruning season?

6      A.  5:30 is the time they would schedule us to be

7  there.  We would go in at 6:00.  They would give us the

8  schooling before.

9      Q.  So why would you come to work at 5:30 if you

10  weren't going to start work until 6:00?

11      A.  Because that's the time that they would

12  schedule us to be there.

13      Q.  Who is "they"?

14      A.  The foremen and supervisors.

15      Q.  Who is your foreman?

16      A.  Andrea and Manuel Madrigal.

17      Q.  Who told you to come at 5:30 for a

18  six o'clock start time?

19      A.  The foreman.

20      Q.  Andrea?

21      A.  Yes.  Whoever I worked with.  Each year I

22  worked with a different person.

23      Q.  Okay.  They both told you to show up at 5:30

24  for a six o'clock start time?

25      A.  Yes.

12

1          Q.   Did they give you a writing to this effect?

2               THE INTERPRETER:   Did you say "writing"?

3               MR. JOHNSON:   Yes.

4               THE WITNESS:   No.   Just their words.

5    BY MR. JOHNSON:

6          Q.   She said, "Issac, I want you to be here at

7    5:30 for a six o'clock start time"?

8          **A.   Yes.   But earlier they would give us -- when**

9    **we would arrive at 5:30, they would give us the**

10   **schooling.   Then at 6:00 we would start working.**

11         Q.   How often did you have schooling?

12         **A.   Four days a week.**

13         Q.   How many days a week did you work?

14         **A.   Six.**

15         Q.   So four of the six days you had schooling?

16         **A.   Normally, yes.**

17         Q.   Okay.   What did you do in this schooling?

18         **A.   How they wanted the pruning because**

19   **supposedly each one is done differently.   There's the**

20   **ones that are the vines and then the points.**

21         Q.   So four days out of the week they would give

22   you instruction on how to prune the grapes?

23         **A.   They give schooling because they wanted the**

24   **work done right.**

25         Q.   What else did they talk to you about in this

                                                      13

1   schooling process?

2       **A.   How many points or tips to leave and to have**

3   **good clippers to do a good cut.**

4       Q.   Do these look like good clippers?

5       **A.   Huh-uh.**

6       Q.   Did Cal-Pacific ever give you a pair of

7   clippers like these to use during the pruning season?

8       **A.   They would give them, but honestly, people**

9   **wouldn't use those.**

10      Q.   Cal-Pacific did give you a pair of clippers

11  like the ones that I'm holding up to use for the

12  pruning season?

13      **A.   Not to me.**

14      Q.   They gave them to other people but not you?

15      **A.   Not everyone, but some, yes.**

16      Q.   Okay.  So some people they gave clippers and

17  some people they did not?

18      **A.   Uh-huh.**

19      Q.   How did they choose who got the clippers and

20  who did not?

21      **A.   Whoever -- for whoever they had enough**

22  **clippers for.**

23      Q.   So it was kind of a first-come, first-served

24  basis?

25      **A.   Uh-huh.**

                                                    14

1   them?

2       **A. Yes.**

3       Q.   Nobody got them and didn't use them?

4       **A.   Let's see.   The question again?**

5       Q.   Were there people who were given these

6   clippers who chose not to use these clippers?

7       **A.   No.   The ones that were given those, they**

8   **would use them.   Those of us that didn't get one, we**

9   **would go buy one.**

10       Q.   And did you ever ask Andrea, "Hey, can I get

11   a pair of those blue clippers?"

12       **A.   I did ask, but they didn't have any.**

13       Q.   When did you ask her?

14       **A.   When?**

15       Q.   Yes.

16       **A.   I don't remember.   I did ask her for some**

17   **when I needed some to work.**

18       Q.   Okay.   What was her response?

19       **A.   That there weren't any.**

20       Q.   Did she say anything else?

21       **A.   That was all.**

22       Q.   How many times did you ask her for a pair of

23   the blue clippers?

24       **A.   How many times did I ask her?**

25       Q.   Yes.

16

1    A.    Various, but I don't remember how many.

2    Q.    More than one?

3    A.    Yes.

4    Q.    More than five?

5    A.    Many.  I got tired of asking, so I just went

6    and bought some.

7    Q.    Ten times?

8    A.    Honestly, I don't remember.

9    Q.    In between asking her to give you clippers

10   and the time that you actually bought clippers, how

11   much time passed?

12   A.    What do you mean "how much time passed"?

13   Q.    You said that you kept asking her to give you

14   clippers.  You got tired of asking her, so you went out

15   and bought some clippers.

16         I was asking how much time passed between

17   when you asked her for the clippers and you went out

18   and bought some clippers.

19   A.    I always have some in my car.  Everybody that

20   works in the pruning is always prepared in case they

21   don't give them to you.  After that, I bought others.

22   Q.    When you first showed up at the job, you had

23   your own clippers with you?

24   A.    Yes, because they will notify you "Tomorrow

25   the pruning starts" and everybody has to take their own

17

1  clippers.

2      Q.   Who told you to bring your own clippers?

3      **A.   The foreman.**

4      Q.   So Andrea told you that you had to bring your

5  own clippers?

6      **A.   Yes.**

7      Q.   Manuel told you that you needed to bring your

8  own clippers?

9      **A.   Yes.**

10     Q.   Did he tell you one on one, or did he tell

11 you in a large group?

12     **A.   In the large group.**

13     Q.   When did he tell you this?

14     **A.   I don't remember.**

15     Q.   But you remember it was in a large group?

16     **A.   Yes.   They let you know when the pruning is**

17 **going to start.**

18     Q.   How?   How do they let you know?

19     **A.   They call you on the phone.   They get people**

20 **together, and they tell you, "Tomorrow is going to be**

21 **the pruning.   Bring your clippers."**

22     Q.   They call you on the phone.   What did they

23 tell you on the phone?

24     **A.   That if I want to work in the pruning.**

25     Q.   Okay.   Then you said yes.

                                                        18

1      Q.   So you only had two times where they called
2  you and asked you if you wanted to do pruning; right?
3      **A.   Yes.   When the pruning is going to start,**
4  **that's when they call us.**
5      Q.   Okay.   So the first time that you got a phone
6  call on a Sunday, they were asking you if you wanted to
7  do pruning, who called you?
8      **A.   The foreman.**
9      Q.   Who was the foreman at that time?
10     **A.   The first year, Manuel.**
11     Q.   Okay.   And when Manuel called you on Sunday,
12 did Manuel tell you to bring your clippers?
13     **A.   Yes.**
14     Q.   Did you ask Manuel if Delano Farms had
15 clippers?
16     **A.   No.**
17     Q.   Did you ask Manuel if Cal-Pacific had
18 clippers?
19     **A.   No.**
20     Q.   Did you ask Manuel -- did you tell Manuel
21 that Cal-Pacific had never given you clippers?
22     **A.   Yes.**
23     Q.   During that phone conversation?
24     **A.   No.**
25     Q.   So the next day you go to work at what time?

                                                    22

1        Q.   How many people were on your crew?

2        A.   I don't remember.  Sometimes -- just

3   depending on who the foreman calls.

4        Q.   Your Declaration says that there was

5   60 people in your crew during the harvest.

6        A.   During the harvest, yes.

7        Q.   How many people were in your crew during the

8   pruning season?

9        A.   Half.

10       Q.   So 30 people?

11       A.   Uh-huh.

12       Q.   And of those 30 people, after four days, who

13  did they give clippers to?  How many?

14       A.   About 15.

15       Q.   So about half of the people got clippers?

16       A.   Uh-huh.

17       Q.   And half didn't?

18       A.   Yes.  Because there weren't any.  They

19  wouldn't give them to us.  The company didn't have

20  them.  I don't know.

21       Q.   Who brought the 15 pairs of clippers?

22       A.   The supervisor.

23       Q.   The supervisor?

24       A.   Yes.

25       Q.   How did he pick the 15 people to give them

                                                    25

1      A.   Uh-huh, yes.

2      Q.   Did you write this Declaration?

3      **A.   Yes.**

4      Q.   You wrote it?

5      **A.   No, I did not write it.  I said it.**

6      Q.   Look at Paragraph No. 4.

7           MR. LYNCH:  Will the translator read the

8   English language document to the Spanish speaking

9   witness.

10          MR. JOHNSON:  Sure.

11          THE WITNESS:  Yes.

12   BY MR. JOHNSON:

13     Q.   It says here that you used about eight

14   different knives.  Is that an accurate statement?

15     **A.   Yes.**

16     Q.   Okay.  Can you explain to me what these eight

17   different knives are?

18     **A.   Because each vine -- the thin vine, it's done**

19   **with a thinner knife.  The thicker vine is done with**

20   **wider knives.**

21     Q.   Okay.  So that is two knives.  What are the

22   other six types of knives?

23     **A.   I have to bring extras, extra knives.**

24     Q.   So it's not eight different knives; it's

25   eight knives in total?

28

1    they finish faster, we finish faster.

2         Q.   About a month long?

3         A.   Because it's piece rate.

4         Q.   You get paid for girdling piece rate?

5         A.   Yes.

6         Q.   Cal-Pacific paid you piece rate for the

7    girdling?

8         A.   Yes.

9         Q.   You weren't paid an hourly rate?

10        A.   That season, I didn't work hourly.

11        Q.   Just piece rate?

12        A.   Piece rate.

13        Q.   Okay.  And during that season you used eight

14   different knives?

15        A.   Yes.

16        Q.   Did you bring all eight knives with you to

17   work?

18        A.   Yes.  Every day.

19        Q.   Every day?

20        A.   Yes.

21        Q.   The season lasts one month?

22        A.   Honestly, I don't know how long that it

23   lasts, but more or less.

24        Q.   Okay.  Did you already own these eight knives

25   or did you go out and buy eight knives?

                                                    33

1    A.   I had to buy them and prepare them.

2    Q.   When you say "buy them," where do you buy

3    them?

4    A.   At the swap meet.

5    Q.   The swap meet?

6    A.   Yes.  Or any store where they sell knives.

7    Q.   Where did you buy the eight knives that you

8    used for the girdling?

9    A.   Where did I buy how many?

10   Q.   The eight knives that you used for the --

11   A.   I don't remember.  Some I buy at the swap

12   meet and others at the store.

13   Q.   Okay.  How much did the eight knives cost?

14   A.   25 to $30, each one.

15   Q.   25 or $30 per knife?

16   A.   Uh-huh.

17   Q.   And you need eight of them, eight different

18   sizes?

19   A.   Yes.  Then the files to sharpen them, gloves,

20   knee pads.

21   Q.   Okay.  Let's just stick with the knives right

22   now.

23   A.   Okay.

24   Q.   So for one season of girdling, you needed

25   eight knives or more because they break.

                                                    34

1        Q.   Did you ask anybody at Cal-Pacific to provide

2   you with the knives for the girdling?

3        **A.   No.   They would say, "Buy your knives."**

4        Q.   Who told you to buy your knives?

5        **A.   Normally the foreman is the one that is in**

6   **charge of giving you the orders there.**

7        Q.   But the foreman gave some people knives for

8   the girdling; right?

9        **A.   Not that I remember.**

10       Q.   You don't recall them giving knives to people

11   to use for the girdling?

12       **A.   No.   They don't give them to us.   They sell**

13   **us the ones that they have.   The knives that they have,**

14   **they sell to us.**

15       Q.   A foreman told you that he would sell you

16   knives?

17       **A.   To me -- well, yeah, to the people.**

18       Q.   Which foreman is that?

19       **A.   I don't remember his name because it was**

20   **different.**

21       Q.   So it wasn't Manuel and it wasn't Andrea?

22       **A.   No.   Of each crew they pull out people to do**

23   **the girdling.**

24       Q.   You were one of the people that they pulled

25   out?

                                                        36

1    my life picking grapes.  We can only ask you to be as

2    accurate and honest as you can today.  Please don't

3    assume that we know anything.  We only know what you

4    tell us.

5       **A.   That's fine.**

6       Q.   You were never charged $50 for any missing

7    equipment?

8       **A.   No.**

9       Q.   Never?  Not once?

10      **A.   No.**

11      Q.   Okay.  "In 2006 and 2007 we were also

12   required to clean the trays and the foreman would

13   inspect the trays each day to make sure that they had

14   been cleaned."

15      **A.   Yes.**

16      Q.   When did you clean these trays?

17      **A.   Every day when I would go home.**

18      Q.   Every day during the picking season you

19   cleaned your trays?

20      **A.   Yes.**

21      Q.   And you cleaned them at home every day?

22      **A.   Yes.**

23      Q.   Six days a week?

24      **A.   Yes.**

25      Q.   Do you recall signing a piece of paper while

                                                    81

1   these clippers, you really want to bring your own

2   because you want to sharpen them and you want to make

3   them easier so that when you're working you don't get

4   as tired and you can work faster; correct?

5       A.  Yes.

6       Q.  So it's better to bring your own?

7       A.  Well, yeah, because there they don't -- they

8   don't -- they don't have any there.

9       Q.  So it's better to bring your own.  That was

10  your choice?

11      A.  Yes.  Because if I don't bring any and they

12  don't have any, then I have to go home.

13      Q.  So if nobody has clippers, they just leave

14  the grapes in the field?

15      A.  That, I don't know.

16      Q.  Okay.  But these clippers -- you said that

17  you wanted to bring your own clippers; correct?

18      A.  They would tell us all the time, "Bring your

19  clippers."  That's the first thing that they ask you

20  for when you're going to go work.  Then if you don't

21  take any with you, then they offer you whatever they

22  have there.

23      Q.  Okay.  So if you don't have clippers, they

24  offer you clippers?

25      A.  They sell them to you.  They offer them to

86

1  you, yes.

2      Q.  They sell them to you?

3      **A.  Yes.**

4      Q.  They don't give them to you?

5      **A.  No.**

6      Q.  You never saw Cal-Pacific give these types of

7  clippers to its employees?

8      **A.  That I remember of, honestly, no.**

9      Q.  Never?

10     **A.  No.**

11     Q.  If your fellow class members have come in

12 here and testified that Cal-Pacific gave out these

13 clippers, were they lying?

14     **A.  I don't know, but not me.  I never saw that**

15 **they gave us clippers.**

16     Q.  They never gave you any clippers like this?

17     **A.  No.**

18     Q.  And you never saw the papers where they told

19 you that if you didn't have clippers that they would

20 give them to you?

21     **A.  No.**

22     Q.  Did you ever use the bathroom while you

23 worked at Cal-Pacific?

24     **A.  Yes.**

25     Q.  Okay.  Was there a bulletin board on the

                                                                   87