# EXHIBIT 83

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

SABAS ARREDONDO, JOSE )
CUEVAS, HILARIO GOMEZ, )
IRMA LANDEROS and ROSALBA )           Case No.
LANDEROS individually and )
on behalf of all others )
similarly situated, )           1:09-CV-01247-LJO-DLB
)
            Plaintiffs, )
)
    vs. )
)
DELANO FARMS COMPANY, a )
Washington State )
Corporation; CAL-PACIFIC )
FARM MANAGEMENT, L.P.; T&R )
BANGI'S AGRICULTURAL )
SERVICES, InC. And DOES 1 )
through 10, inclusive, )
)
            Defendants. )
)

DEPOSITION OF:

CARMEN PALACIOS

WEDNESDAY, JULY 28, 2010

9:00 A.M.

REPORTED BY:  TERRI L. HAUPT, CSR No. 6111



SYLVIA
MENDEZ
& ASSOCIATES
*Certified Shorthand Reporters*

330 H Street, Suite 1
Bakersfield, CA 93304
(661) 631-2904 · Fax (661) 631-2969

ORIGINAL

```
 1   the foreman ran out of work.

 2        Q.   After three days?

 3        A.   Yes.   There was nothing more.

 4        Q.   The whole time you worked there was three

 5   days?

 6        A.   In the cold storage, yes.

 7        Q.   Who was your foreman at Cal-Pacific?

 8        A.   Miguel Sotelo.

 9        Q.   Did you have any other foremen while you were

10   there?

11        A.   Yes.

12        Q.   Who was your other foreman?

13        A.   Anna.   I do not remember the last name.

14        Q.   Okay.   So Miguel, Anna, and who else?

15        A.   Juan Ledezma.

16        Q.   Anyone else?

17        A.   That is all.

18        Q.   While you were employed by Cal-Pacific, how

19   often did they give you these types of clippers?

20        A.   Never.

21        Q.   You have never seen them give out these types

22   of clippers to the employees?

23        A.   No.

24        Q.   I'm holding up -- for the record, I'm holding

25   up a pair of clippers that are about six inches in
```

9

1   length.   They have red handles and a black strap to

2   keep them closed.

3          During the time that you worked at

4   Cal-Pacific, you have never seen employees using

5   clippers like these?

6          A.   No.   **Those are the type that we use for work.**

7          Q.   But you have never seen Cal-Pacific provide

8   these clippers to the employees?

9          A.   **No.**

10         Q.   Did you ever ask your foremen if they would

11  provide you clippers?

12         A.   **Yes.**

13         Q.   Who did you ask?

14         A.   **Miguel Sotelo.**

15         Q.   Anyone else?

16         A.   **That's all.**

17         Q.   What did Miguel Sotelo tell you?

18         A.   **No.   That we had to buy them.**

19         Q.   Did you ever ask Miguel Sotelo to reimburse

20  you for the cost related to your purchase of the

21  clippers?

22         A.   **No.**

23         Q.   Did you ever tell him how much the clippers

24  that you purchased cost?

25         A.   **Yes.**

                                                          10

1     Q.  Who did you tell?

2     A.  Miguel.

3     Q.  What did you tell Miguel about the cost of

4 the clippers?

5     A.  He answered me that it was my job and that I

6 needed them.

7     Q.  When did you have this conversation with

8 Miguel?

9     A.  At the start of the work.

10    Q.  So back in 2006, when you first started

11 working for the company?

12    A.  Yes.  Yes.

13    Q.  Was that the last time that you talked to

14 Miguel about the clippers?

15    A.  Yes.

16    Q.  So you just had the conversation one time?

17    A.  Yes.

18    Q.  Back in 2006?

19    A.  Yes.

20    Q.  Did you ever work in the pruning?

21    A.  I went for one day, but I didn't like it and

22 I left.

23    Q.  Who was your foreman when you did the

24 pruning?

25    A.  Jose Mendez.

11

1      Q.   Okay.  And during those seasons, what time
2  did you normally arrive for work?
3      A.   It was 15 to 30 minutes before the time.
4      Q.   What was the scheduled start time for the
5  picking season?
6      A.   It varied.  It depends, you know, when they
7  change the time.  Sometimes it was 6:00, 6:30, 7:00.
8  There was times that we went in like that.
9      Q.   Okay.  During the picking season, you arrived
10  at work about 15 minutes before the start time?
11      A.   It was 15 to 30.
12      Q.   Okay.  And you wanted to be on time, so that
13  is why you got there early; is that correct?
14      A.   The foreman scheduled us to be there at that
15  time.
16      Q.   How did the foreman schedule you to be there
17  at that time?
18      A.   We had to be there -- they give us a lot of
19  pressure.  There's a lot that we have to do.  We have
20  to do the work.  We have to do the quantity of boxes
21  that they ask of us.
22      Q.   So what does that have to do with them
23  scheduling you 15 to 30 minutes early each day?
24      A.   Because we had to get the table ready, put
25  the labels, gather materials, the schooling.

13

Sylvia Mendez & Associates - (661) 631-2904

1        Q.   So the foreman told you to be there early?

2        **A.   Yes.**

3        Q.   Which foreman is this that you're referring

4    to?

5        **A.   Miguel Sotelo and Anna.**

6        Q.   Okay.  And how did you know to be there

7    15 minutes early or 30 minutes early?

8        **A.   How did I know?**

9        Q.   Yes.

10       **A.   Because they would tell us a day before when**

11   **we were getting off.**

12       Q.   So they would tell you every day -- every day

13   they would tell you to be there the next day at a

14   certain time?

15       **A.   Yes.**

16       Q.   Okay.  And sometimes it was 15 minutes before

17   the start time and other times it was 30 minutes before

18   the start time?

19       **A.   They would tell us 15 to 30 minutes before.**

20       Q.   And so that is the words that he used, "Show

21   up 15 to 30 minutes before the start time"?

22       **A.   Sometimes they were stronger.**

23       Q.   And so if he said to be there 15 to

24   30 minutes before the start time, how did you know

25   whether to be there 15 minutes before the start time,

14

1        A.   No.

2        Q.   You never had a bad hair day and were running

3    late in the morning?

4        A.   No.   I don't do my hair.

5        Q.   Never overslept?

6        A.   No.   When I was going to be late, I would let

7    them know.   I would ask for permission.

8        Q.   So you were late?

9        A.   With permission, yes.

10       Q.   Okay.   How often did that happen?

11       A.   Huh-uh.   It was rarely.

12       Q.   Do you have records for those days that you

13   were actually late?

14       A.   No.

15       Q.   How often did Cal-Pacific have the schooling?

16       A.   The schooling is daily.

17       Q.   Every day?

18       A.   Yes.   Yes.

19       Q.   When you arrived at work 15 to 30 minutes

20   before the start time, what did you do during that

21   time?

22       A.   I would place bags on my table.   I would

23   gather boxes.   I would mark them.   We would put labels

24   on the clamshell or the box.

25       Q.   What else?

                                              16

1    A.  No.

2    Q.  You never had a bad hair day and were running

3  late in the morning?

4    A.  No.  I don't do my hair.

5    Q.  Never overslept?

6    A.  No.  When I was going to be late, I would let

7  them know.  I would ask for permission.

8    Q.  So you were late?

9    A.  With permission, yes.

10    Q.  Okay.  How often did that happen?

11    A.  Huh-uh.  It was rarely.

12    Q.  Do you have records for those days that you

13  were actually late?

14    A.  No.

15    Q.  How often did Cal-Pacific have the schooling?

16    A.  The schooling is daily.

17    Q.  Every day?

18    A.  Yes.  Yes.

19    Q.  When you arrived at work 15 to 30 minutes

20  before the start time, what did you do during that

21  time?

22    A.  I would place bags on my table.  I would

23  gather boxes.  I would mark them.  We would put labels

24  on the clamshell or the box.

25    Q.  What else?

16

1    A.   And then we would attend the schooling.

2    Q.   How do you know that you were not getting

3  paid for this time?

4    A.   Because they didn't pay me.  It wasn't on my

5  check.  My checks were always the same hours.

6    Q.   When you say "always the same hours," what

7  does that mean?

8    A.   That if I went in at 6:00 in the morning,

9  from 6:00 to -- to 2:30, whatever is eight hours of

10  work.

11    Q.   How do you know that if they started at 5:45,

12  they didn't let you off at 2:45?

13    A.   We never started at 5:45.

14    Q.   You started work at six o'clock?

15    A.   Always at exactly the time on the hour.

16    Q.   I am getting confused.

17         You just told me that you started doing work

18  15 to 20 minutes before what you thought was the

19  scheduled start time.

20    A.   Yes.  Yes.

21    Q.   When did you stop working?

22    A.   When they would call us to go to the

23  schooling.

24    Q.   That's when you stopped working?

25    A.   In the morning, when we arrived, yes.

17

1       Q.  Okay.  So you work up until schooling?

2       A.  Yes.

3       Q.  You're not paid for that time?

4       A.  No.

5       Q.  Then you work until what time?

6       A.  2:30 or 3:00 in the afternoon.

7       Q.  And you never left early?

8       A.  When I had to take my daughters to the

9  doctor, yes.

10      Q.  On a normal workday, did the crew ever leave

11  before the scheduled stop time?

12      A.  On some occasions, yes.

13      Q.  And you were paid for that time; correct?

14      A.  No.

15      Q.  You weren't paid for that time?

16      A.  Huh-uh.  No.

17      MR. JOHNSON:  Let me mark this Declaration

18  that you provided as Exhibit No. 49.

19          (Whereupon, Defendants' Exhibit No. 49 was

20          marked for identification.)

21  BY MR. JOHNSON:

22      Q.  Do you recall seeing this document that I

23  have just given you?

24      A.  Yes.

25      Q.  How did you come to give a Declaration in

18

Sylvia Mendez & Associates - (661) 631-2904

1    to 15 minutes for which I have not been paid.

2    This happens approximately twice a year.  This is

3    to clean the work space area for the foreman.  I

4    am not paid and I have never been paid for the

5    time I have spent cleaning the work areas or the

6    company's trays."

7         Explain to me what it is that you're saying

8    here in that paragraph.

9         **A.   At the beginning of the picking, which is**

10   **when you use the tables, we have to remove everything**

11   **that is right there.  We have to leave it clean and**

12   **also when we return it.**

13        Q.   This happens approximately twice a year?

14        **A.   Yes.**

15        **(Cellular telephone interruption.)**

16        MR. JOHNSON:  Sorry about that.

17   BY MR. JOHNSON:

18        Q.   Then it says, "I am not paid and I have never

19   been paid for the time I have spent cleaning the work

20   area or the company's trays."

21        **A.   Correct.**

22        Q.   Tell me about cleaning the company's trays.

23        **A.   The trays get very dirty at work and we have**

24   **to wash them.**

25        Q.   How do you wash them?

                                              25

1      A.  With water and a rag.

2      Q.  Where do you wash them?

3      A.  At home.

4      Q.  Twice a year?

5      A.  There's no water there.

6          The trays, that's more often.

7      Q.  So you took Cal-Pacific trays home and washed

8  them at home?

9      A.  Yes.

10      Q.  How often did you do this?

11      A.  It could be two times a week.

12      Q.  Who would instruct you to take the trays home

13  and clean them?

14      A.  The foreman.

15      Q.  So the foreman told you to take the trays

16  home and clean them?

17      A.  Correct.  Because aside from that, if the

18  trays were left there, they could be stolen.  They

19  could be stolen, and then they would charge us for

20  them.

21      Q.  So did you take the trays home every day?

22      A.  Yes.

23      Q.  But you washed them a couple of times a week?

24      A.  Correct.

25      Q.  Did the foreman tell you to take the trays

26

1    home every day?

2           A.   Yes.

3           Q.   They didn't tell you to leave the trays with

4    the tables?

5           A.   No.

6           Q.   They didn't tell you that you're not allowed

7    to take the trays home?

8           A.   No.

9           Q.   They didn't have you sign paperwork that said

10   that you would not take the trays home?

11          A.   No.

12          Q.   They did not make you sign paperwork that

13   says that you will not take the trays home?

14          A.   No.

15          Q.   Okay.  Let's go on to Paragraph No. 7.  It

16   says here, "I have to perform maintenance and/or

17          cleaning of equipment that belongs to

18          Delano Farms/Cal-Pacific outside of my regular

19          working hours.  On average, I spend 30 to

20          45 minutes maintaining and/or cleaning work

21          equipment each week.  I am not paid and I have

22          never been paid for the time I spend maintaining

23          and/or cleaning work-related equipment."

24          A.   Correct.

25          Q.   What equipment do you perform maintenance on?

                                                          27

1     A.  I'll repeat.  The trays, maintaining my work

2   area clean.

3         Don't make fun of me.

4     Q.  I'm sorry?

5     A.  Don't make fun of me.  I see that you

6   laughed, and I don't like when you laugh.

7         MR. LYNCH:  You do make facial gestures.

8         MR. JOHNSON:  I apologize if you think that I

9   am making fun of you.

10         THE WITNESS:  Okay.

11   BY MR. JOHNSON:

12     Q.  What else?

13     A.  So the trays, the table, the work area, the

14   papers that you drop.

15     Q.  And so all of that work takes you 30 to

16   45 minutes per week?

17     A.  Yes.

18     Q.  Let's look at Paragraph 8.  "My employer,

19         Delano Farms/Cal-Pacific pays me an hourly rate

20         and a piece rate amount for each box of grapes I

21         pick."

22     A.  Yes.

23     Q.  "The piece rate amount is called a bonus.

24         When I receive my paycheck at the end of the

25         week, the amount I am paid for the bonus is less

28

Sylvia Mendez & Associates - (661) 631-2904

1        A.   It could be.

2        Q.   No more than ten minutes?

3        A.   No.

4        Q.   Then he shows you where the work location is

5    at; correct?

6        A.   Yes.

7        Q.   Okay.

8        A.   I'm cold.

9             MR. JOHNSON:   I actually have no more

10   questions for you.

11            THE WITNESS:   Thank you.

12            MR. LYNCH:   I do have one -- a couple.

13                           EXAMINATION

14   BY MR. LYNCH:

15       Q.   Talking only about the harvest.

16            At the end of the day, does the foreman call

17   out to stop?

18       A.   Yes.

19       Q.   Do you do anything after he calls out to

20   stop?

21       A.   Yes.

22       Q.   Can you tell us what you do?

23       A.   We have to close up the table.  We have to

24   pick up little papers that you drop.  Sometimes we are

25   at a block, and we're going to go around to the -- to

37

1   another one.   We have to then line up the tables ten

2   and ten.

3        Q.   When the foreman calls out "stop," do you

4   ever have additional grapes to pack?

5        **A.   Yes.**

6        Q.   Is that something else that you do?

7        **A.   Yes.**

8        Q.   Does that ever take you longer than the

9   scheduled end of shift?

10       **A.   Yes.**

11       Q.   How much longer?

12       **A.   It could be 20 minutes.**

13       Q.   Can you give us an estimate of how -- of how

14  much time?

15       **A.   Per week or --**

16       Q.   Well, per week or per day.   Well -- strike

17  that.

18            Does it happen every day?

19       **A.   What happens is that the foreman shouts out**

20  **that we're going to get off at 3:00.   He shouts out**

21  **exactly at 3:00.   You have five, six, seven**

22  **trays that you still need to pack.   We have to pack**

23  **them.**

24       Q.   How long does that take?

25       **A.   Twenty minutes.**

                                                    38

Sylvia Mendez & Associates - (661) 631-2904

1          Q.   Is that true for all of the other

2     teams?

3          **A.   Yes.**

4               MR. LYNCH:   Nothing further.   Thank you.

5                         FURTHER EXAMINATION

6     BY MR. JOHNSON:

7          Q.   How do you know that it is true for all of

8     the other teams?

9          **A.   The tables are right next to me and I can**

10    **see.   Sometimes I have a little bit of fruit left that**

11    **I don't have enough to fill the box with, so then you**

12    **give it to the other people so that they could fill up**

13    **their boxes.**

14         Q.   When you say "teams," you're talking about

15    the other packing teams within your crew?

16         **A.   Uh-huh.**

17              MR. JOHNSON:   I have no additional

18    questions.

19              MR. LYNCH:   Just one.

20                        FURTHER EXAMINATION

21    BY MR. LYNCH:

22         Q.   You were a packer; right?

23         **A.   Uh-huh.   Correct.**

24              MR. LYNCH:   Thank you.

25              (Whereupon, the following was stipulated by

                                                            39

EXHIBIT 84

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

SABAS ARREDONDO, JOSE CUEVAS,   )
HILARIO GOMEZ, IRMA LANDEROS   )
and ROSALBA LANDEROS individually   )
and on behalf of all others   )
similarly situated,   )
   )
                    Plaintiffs,   )     Case No.
   )     1:09-CV-01247-LJO-DLB
          vs.   )
   )
DELANO FARMS COMPANY, a Washington   )
State Corporation; CAL-PACIFIC FARM   )
MANAGEMENT, L.P.; T&R BANGI'S   )
AGRICULTURAL SERVICES, INC., and   )
DOES 1 through 10, inclusive,   )
   )
                    Defendants.   )
_____   )

DEPOSITION OF:

LOURDES RAMIREZ

Wednesday, December 1, 2010

9:33 A.M.



SYLVIA
MENDEZ
& ASSOCIATES

*Certified Shorthand Reporters*

330 H Street, Suite 1
Bakersfield, CA 93304
(661) 631-2904 · Fax (661) 631-2969

ORIGINAL

1      like, 6:30.

2          Q      Okay.  So let's assume that, for this

3      question, it's during the time that you were working for

4      David and the start time is 7:00 o'clock.

5                What time would you arrive at the job site

6      normally for the 7:00 o'clock start time?

7          A      **Twenty minutes before.  That's what they asked**

8      **us for -- to arrive.**

9          Q      Who asked you that?

10         A      **Well, the foreman.**

11         Q      So David asked you to arrive at work

12     20 minutes prior to start time?

13         A      **Yes, 20 minutes before.**

14         Q      Okay.  And what exactly did David say to you?

15         A      **Not only myself, everyone.  "You have to be**

16     **here 20 minutes before."**

17         Q      Okay.  I thought I understood you to say

18     previously that David talked to your husband about the

19     start time, but when did he tell you for the first

20     time --

21         A      Yes.

22         Q      When did he tell you for the first time that

23     he wanted you to arrive 20 minutes before start time?

24         A      **When I started there, on the very first time,**

25     he told my husband because my husband already knew how

                                                              22

1    soon we had to get there.

2        Q     Okay.  And so what did David tell you during

3    the time he was your foreman about what time to arrive

4    at work?  What were his exact words?

5        A     To get there 20 minutes before.

6        Q     Twenty20 minutes before what?

7        A     From starting time -- to fix the table.

8        Q     Okay.  So David said -- what were David's

9    exact words?

10       A     For us to arrive 20 minutes before so we could

11   arrange the table -- to open up the table so that we

12   could bring the material so that when we -- so then he

13   could give us the schooling, and then we could start

14   working.

15       Q     And so what was the first thing you did when

16   you arrived at the job site during the harvest?

17       A     Well, I arrived, I went to the foreman to see

18   what table I was going to be assigned to because I was

19   not at the same place as my husband.  He didn't put us

20   together.  I was at one table, and my husband was at

21   another.  And then they will tell me what color grapes

22   they wanted and how to do the cleaning, and that's all.

23       Q     So that was the first thing you did, was went

24   and talked to the foreman?

25       A     Yes.

                                                          23

1    late"?

2         A     He would scold us.  He would tell us, "Let me

3    know if you're going to be late."

4         Q     David would say that?

5         A     David -- well, it was the other foremans.

6    Sometimes, very rarely him, but they would -- another

7    foremans would tell us, and then they would say, "Get

8    there early."

9         Q     So David never told you to be there early?

10        A     Not me, because we always arrived there early,

11   at the hour that they asked us to because sometimes we

12   would have the schooling before it was time to start

13   work, before the time that we were to start work.  They

14   would do your schooling before.

15        Q     How often during the picking season did David

16   conduct schooling before the start time?

17        A     Almost daily.  Only -- only when we didn't do

18   the schooling, we would -- but almost daily we would

19   have schooling before starting time.

20        Q     Almost daily?

21        A     Almost daily we would have schooling.

22        Q     Is that the same with Jose Luis?

23        A     Yes, the same.  And especially when we're not

24   doing boxes, we would be doing the school, and it was

25   almost daily.  We have schooling daily, and they give it

26

Sylvia Mendez & Associates - (661) 631-2904

1    to us before.

2        Q      Let me ask you a question about this season.

3               Let's talk about Jose Luis.  How many times

4    this picking season has Jose Luis conducted schooling

5    prior to the start the time?

6        A      Almost daily.

7        Q      In the last 30 days has Jose Luis ever started

8    the schooling prior to start time?

9        A      During these 30 days?

10       Q      Yes.

11       A      Not anymore.  These days that we have -- that

12   we've been working, he gives us right at the hour.

13       Q      And how long has he been doing that?

14       A      Just a little bit.  I don't remember --

15   exactly recall when, but it's been a little bit since he

16   started doing the schooling right at the time.

17       Q      Thirty days?

18       A      Well, to tell you the truth, I don't remember

19   because I forgot.  I don't remember.

20       Q      So you have a better recollection of what time

21   they started the schooling back in 2004 than you have a

22   recollection of what's happened at the schooling during

23   the last 30 days?

24       A      I don't understand that.  I don't understand

25   what you're saying.

27

1    Q    Okay.  So every year, since 2004, the company

2    has given you a pair of clippers; correct?

3    A    Yes.  Yes, they do give it to us.

4    Q    And every year on the first day that you get

5    those clippers, since 2004, they have broken?

6    A    Yes.  The spring right away breaks, and then

7    it's not good anymore.

8    Q    Within the first day?

9    A    Yes.  Sometimes on the first day, as soon as

10   you start working, they break.  And that's it.

11   Q    And that's happened to you every year since

12   2004?

13   A    Yes.  Not only me, several of or co-workers.

14   They're not good anymore.  That's why we always have

15   extra scissors because we all know that the ones that

16   they give us are not any good.  Sometimes they don't

17   even last for the whole day, not even eight hours.

18   Q    And during 2004, when you were working for

19   David, and your clippers broke, what did you tell David?

20   A    Well, no, I wouldn't tell him anything.

21   Better, I would just ask, "Does anybody have any spare

22   clippers?"

23   Q    So you never asked David?

24   A    No.  Him, no.

25   Q    Okay.  So you've never asked David to replace

-45

1    your broken clippers?

2       A    No.  Him, no.  Because right away, they say,

3    "You're supposed to furnish your own," and then we just

4    don't.  It's better just not to tell him anything.

5       Q    If you've never asked David to replace broken

6    clippers, how do you know what his response would be?

7       A    I never told him because I said, "Well, he's

8    just going to say, 'no.'"

9       Q    In your own mind you decided that he would say

10   "no;" so you did not ask him; is that correct?

11      A    No, I never did.

12      Q    Okay.  What about Jose Luis?  What did he say

13   when you told him your clippers had broken?

14      A    Only that, if he had one, he'd loan me one,

15   but if someone else had a spare, then to borrow from

16   them.

17      Q    When did you tell Jose Luis that your clippers

18   had broken?

19      A    To be truthful to you, him, I never asked him,

20   but I did ask my other -- but other coworkers did ask,

21   and he would say, "I don't have any.  Let's go find out

22   if some of the other coworkers have one.  Maybe they'll

23   let you borrow them."

24           But on his own, he never said, "I'll give

25   you."

                                                        46

```
 1          No.

 2     Q    You heard him talking to other coworkers?

 3     A    About what?

 4     Q    You just said, "I never asked Jose Luis to

 5   replace my broken scissors;" correct?

 6     A    Yes.  I never did.

 7     Q    Then you said that other employees had asked

 8   Jose Luis, and I'm asking you --

 9     A    Yes.

10     Q    -- did you -- and I'm asking you did you hear

11   other workers ask Jose Luis to replace their broken

12   scissors?

13     A    Yes.  One of the coworkers told me that she

14   had asked for scissors and -- he said, "No.  Don't you

15   have some?"

16     Q    Now, were you present when this coworker asked

17   Jose Luis for the scissors?

18     A    No.

19     Q    Okay.

20     A    She went and asked me if I had some, and I

21   said I didn't have any.  And then she said -- well, my

22   coworker, he said, "Well, I have some."

23          And because she said that, he told her that,

24   if she didn't have any, why did she bother to come to

25   work.
```

47

```
 1        Q     Who was this worker who told you this?

 2        A     A coworker, one of the ones that work there

 3   with us.

 4        Q     Do you know her name?

 5        A     It's -- it's Maria.

 6        Q     Maria.

 7              Do you remember Maria's last name?

 8        A     No.

 9        Q     So you never asked Jose Luis to replace your

10   broken clippers?

11        A     No.

12        Q     Did you ask Florentino to replace your broken

13   clippers?

14        A     No.  Him either.

15        Q     Did you ever ask Jesus to replace your broken

16   clippers?

17        A     No.

18        Q     Did you ever ask -- you've already testified

19   you never asked David to replace your broken clippers;

20   is that correct?

21        A     No.  Because they said this -- it was not

22   right to furnish us with these scissors.  That's why,

23   when you get your job, they tell you which equipment you

24   have to have.  They tell you what materials you have to

25   bring with you to work.
```

# EXHIBIT 85

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

———————————

| | |
|---|---|
| SABAS ARREDONDO, JOSE CUEVAS, HILARIO GOMEZ, IRMA LANDEROS and ROSALBA LANDEROS individually and on behalf of all others similarly situated,<br><br>             Plaintiffs,<br><br>     vs.<br><br>DELANO FARMS COMPANY, a Washington State Corporation; CAL-PACIFIC FARM MANAGEMENT, L.P.; T&R BANGI'S AGRICULTURAL SERVICES, InC. And DOES 1 through 10, inclusive,<br><br>             Defendants. | Case No.<br><br>1:09-CV-01247-LJO-DLB |

DEPOSITION OF:

BLANCA BERENICE TORRES MEDINA

TUESDAY, JULY 27, 2010

9:07 A.M.

REPORTED BY:  TERRI L. HAUPT, CSR No. 6111



SYLVIA
MENDEZ
& ASSOCIATES

*Certified Shorthand Reporters*

330 H Street, Suite 1
Bakersfield, CA 93304
(661) 631-2904 · Fax (661) 631-2969

ORIGINAL

1       A.   Her or Luis.  I don't know.  It's been years.

2       Q.   How did you first come to work for

3  Cal-Pacific?

4       A.   A person that I -- from where I lived invited

5  me to go work in the crew that she was working in.

6       Q.   Who was that person?

7       A.   It's a relative of a friend's wife.

8       Q.   Do you remember her name?

9       A.   No.

10       Q.   She took you to Cal-Pacific with her?

11       A.   Yes, with the foreman.

12       Q.   Did you start working immediately?

13       A.   Yes.

14       Q.   What was the first job that you did for

15  Cal-Pacific?

16       A.   The deleafing.

17       Q.   Deleafing?

18       A.   Yes.

19       Q.   What tools are used for deleafing?

20       A.   Gloves and goggles.  You have to take

21  clippers because sometimes you need to cut the vines.

22  You need pads, if you have them.  That's all.

23       Q.   Okay.  When you went to work with your

24  friend, before you had ever been to Cal-Pacific, what

25  did you take with you that first day?

                                                    35

1    A.   All of the tools that are required to work.

2    Q.   So you already had a pair of clippers?

3    A.   No.   I had to purchase.

4    Q.   So before you went to -- before you went to

5    Cal-Pacific the first day, you already bought a pair of

6    clippers?

7    A.   The day before, they confirmed to me that,

8    yes, I had the job, and that I was going to need those

9    tools.

10   Q.   Who told you this?

11   A.   The foreman said what we needed for that job.

12   Q.   Okay.   So when did you talk to the foreman?

13   A.   One day before the day I started working.

14   Q.   How did you talk to her?

15   A.   By phone.

16   Q.   Okay.   You called her or she called you?

17   A.   I called.

18   Q.   Who --

19   A.   Him.

20   Q.   Him?

21   A.   Yes.

22   Q.   Who was the foreman?

23   A.   Efren.

24   Q.   Efren said, "Yes, you can work"?

25   A.   Yes.

                                                    36

1    Q.  Who else?

2    **A.  That's all.**

3    Q.  Just the three of you?

4    **A.  Yes.**

5    Q.  Are you the one that spoke to Efren or did

6    your father speak to Efren?

7    **A.  I spoke with him first and then after, he**

8    **explained to my father how to get there.**

9    Q.  Okay.

10   **A.  At the same time, we also followed the person**

11   **that was going to go work with them.  We didn't know**

12   **the fields very well.**

13   Q.  Did you ask Efren if Cal-Pacific had clippers

14   that you could use?

15   **A.  No.  They had already said that we should**

16   **take the materials.**

17   Q.  When you started working for Cal-Pacific --

18   strike that.  Let me do it this way.

19   Are these the type of clippers that you're

20   talking about?

21   **A.  Yes.  Those are for picking.**

22   Q.  Okay.  These are the same things that you

23   would use for deleafing?

24   **A.  Yes.**

25   Q.  While you worked at Cal-Pacific, did they

39

1    ever give you a pair of clippers like this?

2        A.  No.

3        Q.  Did you see them give these clippers to other

4    employees?

5        A.  Once some yellow ones, but they're not the

6    same.  They gave them to us, but then they picked them

7    up again.  That was in, like, 2008.  It was 2008 or

8    2007, around there.

9        Q.  How long did they let you use them?

10       A.  Just while we finished those blocks.  It must

11   have been less than a week.

12       Q.  Okay.  Do you know who the grower was that

13   you were working for on those blocks?

14       A.  No.

15       Q.  Do you know who provided the yellow clippers?

16       A.  No.

17       Q.  That's the only time that you have ever seen

18   any tools given to employees of Cal-Pacific?

19       A.  In 2009, which was the day of the pruning,

20   they took goggles.

21       Q.  This type of goggles?

22       A.  Yes.

23       Q.  And they gave them to you?

24       A.  Yes.

25       Q.  And to other workers?

                                                          40

1    A.   Yes.   When I left, I returned them.

2    Q.   Okay.   Did they give you a pair of clippers

3   like this for the pruning?

4    A.   No.

5    Q.   Did you see anybody else using pruning shears

6   that looked like this?

7    A.   They took pruning shears, but they did not

8   have enough for everyone.

9    Q.   And so they had pruning shears available; is

10   that correct?

11    A.   The company, they sent the pruning shears,

12   uh-huh.

13    Q.   Okay.   You had your own pruning shears, as

14   well?

15    A.   Yes.

16    Q.   Did you use the company's pruning shears or

17   did you choose to use your own?

18    A.   My own because we didn't get one.   There

19   wasn't enough.   I asked if they were going to provide

20   shears, and the forewoman said that it was best that we

21   took them.   I had to buy them for work.   The supervisor

22   came later on with the clippers that day.

23    Q.   That same day you brought some of these types

24   of clippers?

25    A.   Yes.

41

Sylvia Mendez & Associates - (661) 631-2904

1    Q.   This all happened on the one day that you

2  worked in pruning?

3    **A.   Four hours.**

4    Q.   You already had your clippers when you got

5  there that morning; correct?

6    **A.   Yes.   I had purchased them a day before.**

7    Q.   The company had clippers out there that day?

8    **A.   Yes.   The forewoman told us that those of us**

9  **that had not gotten a pair -- a pair of pruning**

10 **shears -- she said that if we had our own shears that**

11 **we should use them because some had not got any.**

12   Q.   But you were only there four hours, so you

13 don't know if they brought more out later?

14   **A.   Yeah.   Yes.**

15   Q.   Okay.   Did you ever tell your foreman that

16 you had bought the small clippers for the deleafing or

17 the picking?

18   **A.   Yes.**

19   Q.   Did you tell her how much they cost?

20   **A.   Yes.**

21   Q.   Did you ask her to reimburse you for those

22 expenses?

23   **A.   No.**

24   Q.   How much did you tell her that the clippers

25 cost?

42

1     **A.**   Those or the pruning ones?

2     Q.   Let's just talk about the little clippers

3  first.

4     **A.**   **They cost around 7 to $10.**

5     Q.   Why did you tell the foreman how much they

6  cost?

7     **A.**   **Because the other coworkers asked.**

8     Q.   Asked you?

9     **A.**   **Yes.**

10     Q.   So did you tell the coworkers or did you tell

11  the foreman?

12     **A.**   **They were all there.**

13     Q.   So you guys were all just talking about the

14  clippers that you had purchased?

15     **A.**   **It's just that that happens when you are in**

16  **the schooling or before the schooling because there's**

17  **people -- new people that come, and they ask you,**

18  **"Where did you buy them?"  Then you answer and**

19  **everybody else hears.**

20     Q.   So you were talking to somebody else.  You

21  weren't talking directly to the foreman?

22     **A.**   **Yes.  We were all there.**

23     Q.   But somebody else had asked you a question,

24  not the foreman?

25     **A.**   **No.  The foreman told me, "Where did you buy**

43

1  them?"  Then I answered, "The store is on Main."  Then

2  one person asked, "How much are they?"

3      Q.  Not the foreman?

4      A.  No.

5      Q.  Okay.

6      A.  Then the foreman said to them that there was

7  a store where they sold them maybe a little cheaper.

8      Q.  Okay.  Did you ask the foreman if she would

9  provide you with a pair of clippers?

10      A.  One day my father told the forewoman,

11  personally, that if she had clippers, and she said to

12  him "No."  They did not give her those materials.  She

13  only had her own.

14          My father -- on my father's, the spring

15  broke.  He had to use some that he borrowed from

16  another person.

17      Q.  How long had your father been working for

18  Cal-Pacific when he asked them if he could have -- if

19  he could get a pair of clippers to use that day because

20  his spring broke?

21      A.  I don't remember if it was during the tipping

22  with Josefa.

23      Q.  So you don't know how long he had been

24  working there at that time?

25      A.  I don't remember what year it happened, but

                                                    44

1  we had used those clippers during the debudding, the

2  tipping, and the deleafing.   This happened -- I don't

3  remember if it was in the tipping or at the beginning

4  of the picking.

5      Q.   So it had been a number of months that you

6  had been working for Cal-Pacific when your father made

7  this request?

8      A.   Yes.

9      Q.   About six months?

10     A.   I don't remember.

11     Q.   Did your father at that time ask that

12  Cal-Pacific reimburse him for the clippers that he had

13  purchased?

14     A.   No.

15     Q.   What time did you normally arrive at work

16  when you worked for Cal-Pacific?

17     A.   We were asked to be there 10 or 15 minutes

18  before the time that we were supposedly going to start

19  working.

20     Q.   What time was the normal start time?

21     A.   There are various schedules, depending on the

22  time.   6:00 in the morning, 6:30, or 7:00.

23     Q.   Okay.   Who told you to show up

24  10 or 15 minutes before the start time?

25     A.   The foreman.

45

1     Q.  Which foreman was that?

2     A.  The three that I worked with.  They have

3 always requested that we arrive before the start time.

4     Q.  Okay.  So they want you to be on time?

5     A.  Yes.  They requested that we be there

6 15 minutes before.

7     Q.  So 10 or 15 minutes?

8     A.  Yes.

9     Q.  Okay.  What is the first thing that you did

10 in the morning?

11     A.  We would arrive at that time, 15 minutes

12 before the start time, and we would pull out the table.

13 We would prepare it.  We would bring down the board for

14 the table.

15     Q.  This is during the picking season?

16     A.  We would open the table.

17     Yes.

18     Q.  You don't have a table for anything else;

19 correct?

20     A.  That is right.

21     Q.  Okay.

22     A.  We would prepare the wheelbarrow and the

23 trays.

24     Q.  How often did they have schooling in the

25 morning?  Once a month?

46

1     Q.   Which foreman was that?

2     A.   The three that I worked with.  They have

3  always requested that we arrive before the start time.

4     Q.   Okay.  So they want you to be on time?

5     A.   Yes.  They requested that we be there

6  15 minutes before.

7     Q.   So 10 or 15 minutes?

8     A.   Yes.

9     Q.   Okay.  What is the first thing that you did

10 in the morning?

11    A.   We would arrive at that time, 15 minutes

12 before the start time, and we would pull out the table.

13 We would prepare it.  We would bring down the board for

14 the table.

15    Q.   This is during the picking season?

16    A.   We would open the table.

17         Yes.

18    Q.   You don't have a table for anything else;

19 correct?

20    A.   That is right.

21    Q.   Okay.

22    A.   We would prepare the wheelbarrow and the

23 trays.

24    Q.   How often did they have schooling in the

25 morning?  Once a month?

46

1    A.   No.   That is daily.

2    Q.   Every day?

3    A.   Yes.

4    Q.   Okay.

5    A.   For any type of job.

6    Q.   So you went to school -- there was some

7  schooling for you every day that you worked at

8  Cal-Pacific?

9    A.   Yes.   Yes.

10    Q.   The schooling began right at the start time?

11    A.   No.

12    Q.   You did the setup first?

13    A.   Yes.   We would prepare everything.

14    Q.   Okay.   So after you were done preparing

15  everything, that is when you would have school?

16    A.   Yes.   Like five minutes before or ten minutes

17  before the start time, they would gather us to give us

18  the school.

19    Q.   Did schooling, at least sometimes, start

20  after the start time?

21    A.   Very rarely.   Most times would be when the

22  forewoman would give us the schooling before the start

23  time, and then after that they would let her know that

24  the supervisor was on his way over there and that we

25  should wait for him.

47

Sylvia Mendez & Associates - (661) 631-2904

1    Q.   Wait for him to do what?

2    **A.   So that the supervisor could give us another**

3    **schooling.**

4    Q.   And so the supervisor's schooling occurred

5    after the start time?

6    **A.   Yes.**

7    Q.   What did they do?   What was the schooling

8    about every day?

9    **A.   Depending on what the job was at that moment.**

10   Q.   So every day they gave you schooling and told

11   you what type of work that they wanted you to do that

12   day?

13   **A.   Yes.**

14   Q.   There was never a day that you worked at

15   Cal-Pacific where there was not schooling?

16   **A.   It was very rare, or they would just tell us,**

17   **"Guys, it's going to be the same work as yesterday.**

18   **Let's start working.   If there is any changes, I'll let**

19   **you know."   But almost always we were given the**

20   **schooling to let us know how we were doing on the work,**

21   **if we were behind or we were doing well.**

22   Q.   You guys arrived 10 to 15 minutes early when

23   you were doing the tipping, the debudding, and when you

24   were doing the picking; correct?

25   **A.   Yes.**

48

EXHIBIT 86

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

———————————

SABAS ARREDONDO, JOSÉ          )
CUEVAS, HILARIO GOMEZ,          )
IRMA LANDEROS and ROSALBA      )
LANDEROS, individually and     )
on behalf of all others        )
similarly situated,            )
                                )          Case No.
            Plaintiffs,        )
                                )   1:09-CV-01247-LJO-DLB
      vs.                       )
                                )
DELANO FARMS COMPANY,          )
a Washington State             )
corporation; CAL-PACIFIC       )
FARM MANAGEMENT, L.P.;         )
T&R BANGI'S AGRICULTURAL        )
SERVICES, INC. and DOES 1      )
through 10, inclusive,         )
                                )
            Defendants.        )
———————————————————————————————)

DEPOSITION OF:


MARIA VENEGAS

WEDNESDAY, DECEMBER 8, 2010

10:26 A.M.


Reported By:  Mary A. Thompson, CSR No. 10477

17

1        A.   No.   No.

2        Q.   Did you ever tell anybody during 2006 how much

3    your clippers cost?

4        A.   No.

5        Q.   Did you ever tell anybody during 2006 how much

6    you paid for your clippers?

7        A.   No, because I already knew how much they cost.

8        Q.   But you never told your foreman how much they

9    cost; right?   Not asked, told.

10       A.   No.   No.

11       Q.   So in 2007 Andrea becomes your foreman;

12   correct?

13       A.   Yes.

14       Q.   Were you present in 2007 with Andrea the first

15   day of the tipping season?

16       A.   Yes.

17       Q.   And did she give to you that day a pair of

18   red-handled clippers?

19       A.   No.   No.

20       Q.   Anytime during the 2007 season, did Andrea give

21   you a pair of clippers?

22       A.   No.

23       Q.   Between 2007 and 2010 has Andrea ever given you

24   a pair of picking shears?

25       A.   Yes.   In 2009, then they started to give

18

```
1    clippers.

2          Q.   So in 2009 she gave you clippers?

3          A.   Andrea, and the tipping.

4          Q.   And in 2010 she gave you clippers?

5          A.   Yes.

6          Q.   None in 2007?

7          A.   No.

8          Q.   And none in 2008?

9          A.   No.

10         Q.   Do you remember talking to somebody about this

11   lawsuit -- strike that.

12              Did Andrea give you gloves --

13         A.   No.

14         Q.   -- during 2009 or 2010?

15         A.   No.   No.   In 2010 they gave us one glove only,

16   for one.

17         Q.   For one hand --

18         A.   For one only.

19         Q.   -- or one pair?

20         A.   No, just one.

21         Q.   One glove?

22         A.   Uh-huh.   Yes.

23         Q.   Did you ask them why they were only giving you

24   one glove?

25         A.   Yes.   She said that there was only enough for
```

12

1    Q.   What about the girdling, were you involved in

2    the girdling?

3    **A.   No, I did not.**

4    Q.   So you didn't do pruning, you didn't do

5    girdling?

6    **A.   No, because that's man work.**

7    Q.   In 2006 were you present on the first day of

8    the tipping season?

9    **A.   Yes.**

10   Q.   And David gave to you on the first day of

11   tipping a pair of red-handled picking shears; is that

12   correct?

13   **A.   No.**

14   Q.   Did David ever give you a pair of picking

15   shears during the tipping season or anytime during the

16   2006 season?

17   **A.   No.**

18   Q.   So David never gave you, during the complete

19   time you worked for him in 2006, any picking shears?

20   **A.   No.**

21   Q.   Did he give you any type of clippers during

22   2006?

23   **A.   No.**

24   Q.   Did he give clippers on the first day of

25   tipping to anyone in your group?

Sylvia Mendez & Associates - (661) 631-2904

13

1      A.  Not that I realized.

2      Q.  So you don't know whether he did or not?

3      A.  No, I don't know, but he did not give me any.

4      Q.  Did he offer to give you any?

5      A.  No.

6      Q.  Did you ever ask David for a pair of clippers?

7      A.  No.

8      Q.  You never once requested from David a pair of

9  clippers used for the picking; is that correct?

10     A.  Correct; no.

11     Q.  Did you ever ask him for a pair of the clippers

12  that would be used for the de-leafing or the de-budding

13  or the tipping?

14     A.  No.

15     Q.  Did you use a pair of clippers for your work?

16     A.  Yes.  When you show up for work, you have them

17  with you already.

18     Q.  You worked in the grapes since 2004 for

19  Cal-Pacific.  Did you work in the grapes prior to that?

20     A.  What do you mean?

21     Q.  Did you work for anybody else in the grapes

22  prior to Cal-Pacific?

23     A.  No.

24     Q.  When you started back in 2000, you brought your

25  own clippers the first day of work?

14

1      A.  Yes.

2      Q.  And since that time you've always brought your

3  own clippers; correct?

4      A.  Correct.

5      Q.  And you've never asked any of your foremen to

6  provide you those clippers; is that correct?

7      A.  Yes.

8      Q.  You just showed up the first day of work, and

9  you always had your clippers that you like to use;

10  correct?

11      A.  Because I had to take them.

12      Q.  Since 2000 you've never asked a foreman for a

13  pair of clippers; is that correct?

14      A.  Correct.

15      Q.  During the 2005 season did you and David ever

16  have any discussion regarding clippers?

17      A.  No.

18      Q.  Did you ever have any discussion at all with

19  David in 2006 regarding clippers?

20      A.  No.  No.

21      Q.  You just showed up to work with your clippers,

22  ready to work; is that correct?

23      A.  Yes.

24      Q.  David never told you to bring your clippers to

25  work; correct?  You knew to do that already; right?

15

1    A.   Because when we go, when you ask for work, you

2    ask what you need to take, and he tells you, "Clippers."

3    Q.   But you haven't asked David for work since

4    2000; correct?

5         THE INTERPRETER:  I'm sorry.  "You haven't

6    asked" --

7    BY MR. JOHNSON:

8    Q.   You have not asked David for work since 2000;

9    correct?

10   A.   No, because -- no.

11   Q.   Once you joined his crew, the only thing David

12   told you is what days the crew was doing the start of the

13   new season; is that correct?

14   A.   Yes.  I started when the picking started.

15   Q.   In 2000?

16   A.   Uh-huh.

17   Q.   So then in, for example, 2006, in 2006 does

18   David call you up and tell you when you're going to start

19   the tipping season?

20   A.   Yes.  He calls us a day before.

21   Q.   He calls who?  You or your husband?

22   A.   He calls my husband and then he tells both,

23   both of us.

24   Q.   So you did not actually talk to David at that

25   time, your husband talked to him; correct?

21

1          Q.  Has the foreman ever said to you or to anybody

2     in your presence, "You have to wear gloves while working

3     in the grapes"?

4          **A.  On some jobs, yes, he does tell us.**

5          Q.  Which jobs?

6          **A.  In the de-leafing, because we rub the vine to**

7     **remove all the little leaves.**

8          Q.  So Andrea has told you you have to wear gloves

9     for the de-leafing?

10         **A.  Yes.**

11         Q.  When did she tell you that?

12         **A.  In what year or ....**

13         Q.  Let's start with the year.

14         **A.  Well, every year.  2007, 2008.  All the years.**

15         Q.  And how did she tell you this?

16         **A.  Because she doesn't want us to leave little**

17    **feathers or little leaves on the vines; that we have to**

18    **clean it.**

19         Q.  I didn't ask you why, but thank you for

20    explaining why.  And I know it's a little different.

21              I'm asking you to go back and tell me from your

22    memory where you were when she told you you had to wear

23    gloves during the de-leafing.  And let's start with 2010.

24    When did she tell you that?

25              MR. LYNCH:  I'm sorry.  What year?

27

1    Andrea was your foreman in 2007?

2        **A.   Yes.**

3        Q.   And in 2007 did you do the tipping?

4        **A.   Yes.**

5        Q.   Did you do the de-budding?

6        **A.   Yes.**

7        Q.   Did you do the de-leafing?

8        **A.   Yes.**

9        Q.   Those are all activities that take place before

10   the harvest; correct?

11       **A.   Yes.**

12       Q.   During 2007 what time did work start during the

13   tipping season?

14       **A.   At 6:30.**

15       Q.   When work starts at 6:30, does that mean -- let

16   me ask the question this way:  If the workday for tipping

17   starts at 6:30, what would you do at 6:30 in the morning

18   on the average day?

19       **A.   Well, work.**

20       Q.   What's the first thing you would do to work at

21   6:30 in the morning?

22       **A.   Start working.   That's the start time.**

23       Q.   And when you start working during the tipping

24   season, at 6:30 they blow the horn that it's time to

25   start work; correct?

Sylvia Mendez & Associates - (661) 631-2904

28

1     A.    They give schooling before the time.

2     Q.    Andrea gives schooling before 6:30?

3     A.    Yes.

4     Q.    During the 2007 season?

5     A.    Yes.

6     Q.    What time would she start the schooling?

7     A.    About 6:15.

8     Q.    During the tipping season you have schooling

9     maybe once a week?

10     A.    Or two times.

11     Q.    One or two times a week?

12     A.    Two times a week.

13     Q.    Okay.  And did Andrea start the schooling at

14     the same time all the time?

15     A.    Yes.

16     Q.    And what time did she start it?  You said about

17     6:15?

18     A.    6:15.

19     Q.    And about twice a week.

20           How long is the tipping season?

21     A.    It's about two months.

22     Q.    Eight weeks?

23     A.    Yes.

24     Q.    So for eight weeks you go to school a couple

25     times a week?

34

1    front of your workspace at about 6:20; correct?

2         A.   No.   We have to be there before.

3         Q.   So you don't use the extra 30 minutes to park

4    your car?

5         A.   What do you mean?

6         Q.   You said it takes 10 minutes for you to get

7    from your car to the worksite.

8         A.   Yes.

9         Q.   And I'm trying to figure out, when do you start

10   the clock, saying, "I'm at work"?  When you park the car?

11        A.   No.   When I arrive at the table.

12        Q.   Okay.   And you don't have tables during the

13   tipping season?

14        A.   No.

15        Q.   It was only during the harvest season?

16        A.   Yes.

17        Q.   Has Andrea ever asked you to work prior to the

18   official start time?

19        A.   Yes.

20        Q.   What has she asked you to do?

21        A.   During the picking season, to gather materials,

22   to open the table, or pull out the table.

23        Q.   Andrea has told you this?

24        A.   Yes.

25        Q.   Let's start with the 2010 season.  At any time

Sylvia Mendez & Associates - (661) 631-2904

41

1      A.   No.

2      Q.   Did you ever tell anybody that this was

3  happening to you?

4      A.   No, nobody.

5      Q.   Not one time?

6      A.   No.

7      Q.   Other than the picking season, has Andrea ever

8  asked you to work prior to the official start time?

9      A.   Yes.

10      Q.   When was that?

11      A.   In the de-leafing.

12      Q.   What did she ask you to do prior to the start

13  time in the de-leafing?

14      A.   That we already go in; that it was time.

15      Q.   She had you go in and start doing the

16  de-leafing prior to the actual start time?

17      A.   Yes.

18      Q.   How often did that happen during the

19  de-leafing?

20      A.   The whole time.

21      Q.   Every day?

22      A.   Yes.

23      Q.   From 2007 till 2009 it happened every day?

24      A.   Yes.

25      Q.   It didn't happen in 2010, though; right?

42

1      A.   No.

2      Q.   What time did she have you start every day?

3      A.   Ten, 15 minutes before the start time.

4      Q.   Ten or 15 minutes before the start time, she

5   had you out there doing the de-leafing?

6      A.   Working.

7      Q.   Did you ever get paid for that time?

8      A.   Oh, no.

9      Q.   How do you know?

10     A.   Because you could see it on the check.

11     Q.   And did you ever ask her, "Hey, how come I'm

12   not getting paid for that 15 minutes extra working in the

13   morning?"

14     A.   No.

15     Q.   Did she ever make you stay late at any other

16   time other than the picking season?

17     A.   No.

18     Q.   Did she ever make you stay late during the

19   picking season?

20     A.   Yes, like, 10 or five minutes later.

21     Q.   Maybe once a week?

22     A.   When we had grapes there left.

23     Q.   And that happens maybe once a week?

24     A.   Once or twice.

25     Q.   Once or twice a week?

43

1      A.  Yes.

2          Q.  The other days, by the time it's quitting time,

3      you have your tables packed up, the place is clean,

4      you're ready to go home; correct?

5          A.  Before the time?  No.

6          Q.  So how often did she have you pack your tables

7      up after the stop time?

8          A.  At the exact time, at 3:00, we would close up.

9          Q.  So you'd close your table right at 3:00 and go

10     home at 3:00; correct?

11         A.  At 3:00, yes.

12         Q.  Right at 3:00?

13         A.  Yes.

14         Q.  That's when you'd go home?

15         A.  Yes.

16         Q.  But once or twice a week, you'd stay about five

17     minutes late because you had some more grapes to pack;

18     correct?

19         A.  Yes.

20         Q.  How often did Andrea have you open your tables

21     up prior to the start time?

22         A.  All the time.

23         Q.  Except for 2010?

24         A.  Yes.

25         Q.  But 2007, every day?

44

1       A.   Yes.

2       Q.   2008, every day?

3       A.   Yes.

4       Q.   2009, every day?

5       A.   Yes.

6       Q.   During the picking season are you a picker?

7       A.   Yes.

8       Q.   You're not a packer?

9       A.   Yes, also.

10      Q.   Okay.  What years have you been a packer?

11      A.   It's been about five years now.

12      Q.   So you've never been a packer since you've

13   worked for Andrea?

14      A.   Yes.

15      Q.   But you've only worked for Andrea since 2007?

16   It's only been three years?

17      A.   Yes.

18      Q.   So you've worked as a packer on Andrea's crew?

19      A.   Yes.

20      Q.   How many times?

21      A.   How many times, what?

22      Q.   Did you work as a packer.

23      A.   The whole season.

24      Q.   Which seasons did you work as a packer?

25      A.   2007, 2008, up to this date, 2010.

Sylvia Mendez & Associates - (661) 631-2904

46

1     **A.   Yes.**

2     Q.   And that person is the second foreman; correct?

3     **A.   Yes.**

4     Q.   And they keep the count for you; correct?

5     **A.   They leave us a little card.**

6     Q.   Okay.  So you get that card as to how many

7 boxes you've picked and packed; correct?

8     **A.   Yes.  And in the afternoon we give it to the**

9 **forewoman.**

10    Q.   And that's how you keep track of how many boxes

11 you pick and pack?

12    **A.   Yes.**

13    Q.   And you get paid a box bonus for the boxes you

14 pick and pack?

15    **A.   Yes.**

16    Q.   You've been paid for all the boxes that you

17 pick and pack; correct?

18    **A.   Yes.**

19    Q.   You always get your box bonuses, the full box

20 bonuses; correct?

21    **A.   Yes.**

22    Q.   Did Andrea ever ask you to take trays home to

23 clean them?

24    **A.   Yes.**

25    Q.   When did she ask you to do that?

47

1      A.   In 2007.

2      Q.   Is that the only time?

3      A.   **In all of the picking season, they ask that of**

4   **us.**

5      Q.   Including 2010?

6      A.   **No.**

7      Q.   So everything's changed in 2010?

8      A.   **Oh, yes.**

9      Q.   So in 2009 she asked you to take trays home to

10  clean them?

11     A.   **Yes.**

12     Q.   How many times?

13     A.   **Once a week.**

14     Q.   Once a week she asked you to clean the trays?

15     A.   **Uh-huh.**

16     Q.   Did you ask her why you clean the trays?

17     A.   **Yes.**

18     Q.   What'd she say?

19     A.   **That it was the boss's orders that we wash**

20  **them.**

21     Q.   When she said "the boss," who did you think

22  that meant?

23     A.   **Terry.**

24     Q.   So you believed Terry wanted all of those trays

25  washed once a week?

# EXHIBIT 87

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

SABAS ARREDONDO, JOSE )
CUEVAS, HILARIO GOMEZ, )
IRMA LANDEROS and ROSALBA )     Case No.
LANDEROS individually and )
on behalf of all others )
similarly situated, )     1:09-CV-01247-LJO-DLB
)
            Plaintiffs, )     VOLUME I
)
        vs. )     (Page 1 - 223)
)
DELANO FARMS COMPANY, a )
Washington State )
Corporation; CAL-PACIFIC )
FARM MANAGEMENT, L.P.; T&R )
BANGI'S AGRICULTURAL )
SERVICES, Inc. and DOES 1 )
through 10, inclusive, )
)
            Defendants. )
)

DEPOSITION OF THE PERSON MOST KNOWLEDGEABLE OF

T&R BANGI'S AGRICULTURAL SERVICES, INC.:

CRAIG ALLAN NEVILLE

FRIDAY, MARCH 12, 2010

9:01 A.M.

REPORTED BY:  TERRI L. HAUPT, CSR No. 6111



SYLVIA
MENDEZ
& ASSOCIATES
Certified Shorthand Reporters

330 H Street, Suite 1
Bakersfield, CA 93304
(661) 631-2904 · Fax (661) 631-2969

COPY

1        A.   It's my opinion that they do.

2        Q.   Now, let's talk about instances when people

3    show up to work and it starts raining.  What do you do

4    on that occasion?  Do you pay them for the day?  Do you

5    pay them for an hour?  Do you pay them at all?

6        A.   It depends.  This is what is referred to as

7    the Act of God.

8        Q.   The Act of God.

9        A.   Yes.  We all can't stand the Act of God

10   because we would love to be working.

11            An example.  You have a crew, you're ready to

12   work tomorrow.  They are to be there at 6:00, 6:30,

13   7:00, whatever is the right light to work in, the

14   appointed hour to start.  That crew shows up.  On the

15   way to work, it is pouring rain.  This does happen.

16   They are coming to work.  It's pouring rain.  It's wet.

17   It's ridiculous.  There's mud everywhere.  Conditions

18   have gone sour on us.

19            Those individuals, they pull up, and the

20   decision is made.  There has been an Act of God.  We

21   cannot pack.  You can't pack grapes.  It's not safe for

22   the people.  Due to this unfortunate Act of God, yes,

23   in that situation, there is no work.

24       Q.   And what decision is made?

25       A.   What decision is made?

                                                        118

1          Q.   Again, we have Concepcion being the checker

2     for Amadeo; correct?

3          A.   Amadeo, correct.

4          Q.   Under "Total Boxes" it says "3,208 trays."

5               Do you see that?

6          A.   Trays, correct.

7          Q.   What does that refer to?

8          A.   What does that refer to?

9          Q.   Yes.

10         A.   Well, that is usually the total trays that

11    would have been filled with grapes during that day.

12         Q.   Is that the same thing as boxes?

13         A.   No.

14         Q.   What is the difference between trays and

15    boxes?

16         A.   Trays are filled and then taken to -- picked

17    up by Delano Farms or whoever they have do that.  They

18    are taken to their cold storage where they are stored.

19    That is what is used to be packed in the cold storage

20    at the packinghouse.

21         Q.   Okay.

22         A.   Boxes packed in the fields, pretty much ready

23    to be put in the cold storage and sent off to market,

24    if you will.

25         Q.   Do the workers get a bonus for the number of

207

SYLVIA MENDEZ & ASSOCIATES - (661) 631-2904

1   trays that are picked?

2       A.  Yes.

3       Q.  How does that work?

4       A.  It's an amount.  For example -- I'm sorry.

5   Some cases could be fifteen cents a tray.

6       Q.  Okay.

7       A.  Boxes, it could be 32 cents a tray, as an

8   example.

9       Q.  What is it this year?

10      A.  We're not picking.  I don't know.

11      Q.  What was it last year?

12      A.  I would have to check.

13      Q.  Who determines what the amount of the bonus

14  is?

15      A.  Who determines that?

16      Q.  Yes.

17      A.  Terry.

18      Q.  Terry Bangi?

19      A.  Uh-huh.

20      Q.  By himself?

21      A.  Yes.  I'm sure that he speaks with

22  Joe Campbell, but that is their deal.

23          MR. JOHNSON:  For Delano Farms?

24          THE WITNESS:  For Delano Farms, correct.

25  ///

208

EXHIBIT 88

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

SABAS ARREDONDO, JOSE )
CUEVAS, HILARIO GOMEZ, )
IRMA LANDEROS and ROSALBA )   Case No.
LANDEROS individually and )
on behalf of all others )
similarly situated, )   1:09-CV-01247-LJO-DLB
)
            Plaintiffs, )
)
    vs. )   VOLUME I
)
)   (Pages 1 - 106)
DELANO FARMS COMPANY, a )
Washington State )
Corporation; CAL-PACIFIC )
FARM MANAGEMENT, L.P.; T&R )
BANGI'S AGRICULTURAL )
SERVICES, Inc. and DOES 1 )
through 10, inclusive, )
)
            Defendants. )
)

DEPOSITION OF THE PERSON MOST KNOWLEDGEABLE OF

CAL-PACIFIC FARM MANAGEMENT, L.P.:

            CRAIG ALLAN NEVILLE

            FRIDAY, MARCH 12, 2010

                2:33 P.M.

REPORTED BY:  TERRI L. HAUPT, CSR No. 6111



SYLVIA
MENDEZ
& ASSOCIATES
*Certified Shorthand Reporters*

330 H Street, Suite 1
Bakersfield, CA 93304
(661) 631-2904 · Fax (661) 631-2969

COPY

1          Q.   This is the same sheet that's used in all of

2     the crews; correct?

3          A.   Yes.   That form.   Yeah, that payroll sheet

4     form.

5               MS. ARCINIEGA:   This is a clearer one if you

6     want it.

7               MR. LYNCH:   That is all right.

8     BY MR. LYNCH:

9          Q.   You've given some testimony this morning on

10    these payroll sheets in connection with Bangi; correct?

11         A.   Bangi, correct.

12              MR. JOHNSON:   Are we marking this as an

13    exhibit?

14              MS. ARCINIEGA:   It has been marked as an

15    exhibit.

16              MR. LYNCH:   I don't know the number of it.

17              MR. JOHNSON:   It is 21.

18    BY MR. LYNCH:

19         Q.   The Bates-stamp number is 2033 --

20              MR. JOHNSON:   That is it.

21              MR. LYNCH:   -- 2034 and 2035.

22              MR. JOHNSON:   Back to talking about

23    Exhibit No. 21.

24    BY MR. LYNCH:

25         Q.   Was this also the form used during the entire

                                                            6

1    time that you were working for Cal-Pac?

2         A.   To my recollection, we've updated it over the

3    years, you know, with some different titles here and

4    there.  This particular form, yes, we definitely used

5    this form during 2009.  It appears this one was used

6    for T&R Bangi.

7         Q.   You had a different form with respect to the

8    time that you worked for Cal-Pac?

9              MR. JOHNSON:  Misstates the prior testimony.

10             MR. LYNCH:  That is a question.

11             THE WITNESS:  I'm not sure.  Again, these

12   payroll forms, over the years, you know, are being

13   refined.  I can't answer that.  It's close.  I'll say

14   this to you; it is really close to what would have been

15   used, if not the same form.

16             How is that?

17   BY MR. LYNCH:

18        Q.   With respect to the procedures for filling

19   out the form, you've testified about in out, in out, in

20   out, in out, the hours and the boxes or trays listed

21   for each employee following the employee identification

22   number.

23             Have those practices changed between Bangi

24   and Cal-Pac?

25        A.   No.

                                                        7

```
 1          A.  Yes, there are a few.

 2          Q.  How many acres there?

 3          A.  I would have no idea, sir.  I would have to

 4    check that.

 5          Q.  You have no responsibilities with respect to

 6    that area?

 7          A.  What do you mean by "responsibilities"?

 8          Q.  You handle payroll; correct?

 9          A.  Correct.

10          Q.  Do you handle payroll for the Mettler/Arvin

11    area?

12          A.  Yes, sir.

13          Q.  How many workers did you handle payroll for

14    down there at peak last year?

15          A.  Okay.  Let me see.  On average, six crews.

16    That's more of an average closer to peak, you know, six

17    crews.  It's a much smaller ranch.  I will tell you

18    that.  I know that.

19          Q.  So we have 20 to 30 crews in the Delano area.

20    We have six crews in Mettler/Arvin.

21              Any other areas that you oversee payroll at?

22          A.  With regard to Delano Farms?

23          Q.  Right.

24          A.  During what time?

25          Q.  During the last harvest season, table grapes.
```

11

DFT (S)_____ PLF(S) 21 EXHIBIT FOR I.D. (1-3)
TERRI L. HAUPT, CSR #61H
DATE: 3-12-10
WITNESS: Craig Allan Neville

COMPANY _Star Cruz_ MEN _55 r 3_ DATE _10-16-09_ RATE _8.00_

FOREMAN _Amado Paniagua_ CHECKER _Concepcion Paniagua_ TOTAL HRS _9_

RANCH _Famoso 2_ BLK _12 y 13_ HRS _9_ VARIETY _Autumn Royal_

RANCH _____ BLK _____ HRS _____ VARIETY _____

WORK _Pickin Trays_ TOTAL VINE _____ TOTAL BOXES _3,858_

| | EMPLOYEE'S NAME | ID# | IN | OUT | IN | OUT | IN | OUT | IN | OUT | HRS | BOXES | VINES |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Blanca Alvarez | 1015 | 612 | 900 | 920 | 130 | 138 | 239 | 240 | 430 | 8 9 | | |
| 2 | Jesus Jacobe | 15648 | | | | | | | | | 8 9 | | |
| 3 | Antonio Cervantes | 7226 | | | | | | | | | | | |
| 4 | Ramon Alvarez | 8827 | | | | | | | | | | | |
| 5 | Jesus Paniagua | 1309 | | | | | | | | | | | |
| 6 | Esperanza Alvarez | 5357 | | | | | | | | | x x x x | | |
| 7 | Lorena Paniagua | 1333 | | | | | | | | | | | |
| 8 | Lorena Kaya | 26643 | | | | | | | | | 8 | | |
| 9 | Moises Franco | 22496 | | | | | | | | | | | |
| 10 | Irma Chavez | 15284 | | | | | | | | | | | |
| 11 | Joaquin Ibarra | 6571 | | | | | | | | | | | |
| 12 | Audoro Ibarra | 2964 | | | | | | | | | | | |
| 13 | Adelina Gutierrez | 9890 | | | | | | | | | | | |
| 14 | Otoniel Gomez | 11597 | | | | | | | | | | | |
| 15 | Celso Gutierrez | 9863 | | | | | | | | | | | |
| 16 | Hilda Franco | 18424 | | | | | | | | | | | |
| 17 | Ramona Franco | 25588 | | | | | | | | | | | |
| 18 | Roberto Hurtado | 15924 | | | | | | | | | | | |
| 19 | Paula Gutierrez | 7066 | | | | | | | | | 7 | | |
| 20 | Denisse Gutierrez | 5214 | | | | | | | | | 7 | | |
| 21 | Julio Gutierrez | 6303 | | | | | | | | | 7 | | |
| 22 | Veronica Kaya | 25654 | | | | | | | | | | | |
| 23 | Jesus Kaya | 15625 | | | | | | | | | 9 | | |
| 24 | Raquel Contreras | 15626 | | | | | | | | | 9 | | |
| 25 | | | | | | | | | | | | | |
| 26 | | | | | | | | | | | | | |
| 27 | Benicio Paniagua | 11708 | | Pesador | | | | | | | | | |
| 28 | | | | | | | | | | | | | |
| 29 | | | | | | | | | | | | | |
| 30 | Amadeo Paniagua | 3616 | | | | | | | | | | | |
| 31 | Concepcion Paniagua | 2475 | | | | | | | | | | | |
| 32 | | | | | | | | | | | | | |
| 33 | | | | | | | | | | | | | |
| 34 | | | | | | | | | | | | 21-1 | |
| 35 | | | | | | | | | | | | | |

BANGI 002033

**T&R BANGI AG SERVICES, INC.**
Daily Payroll Report

Page #: 1

Entry Order

Entry Date: 10/12/2009
10/15/2009 15:45

Crew #: 28
Operator: ANGIE

| Acct # | Employee Name | Crop | Job ID | Grower | Wage Type | PW Hours | Hours/ Units | Rate | Amount |
|--------|---------------|------|--------|--------|-----------|----------|--------------|------|--------|
| 16695 | IDOLINA MALDONADO | | 80 | 61 | RH | 0.00 | 9.0000 | 8.5000 | 76.50 |
| 8545 | MARCOS MALDONADO | | 80 | 61 | RH | 0.00 | 9.0000 | 8.5000 | 76.50 |
| 8384 | MIGUEL LOPEZ | | 80 | 61 | RH | 0.00 | 9.0000 | 8.5000 | 76.50 |
| 20569 | GREGORIO FRANCO | | 80 | 61 | RH | 0.00 | 9.0000 | 8.5000 | 76.50 |
| 21048 | VICTORIA ROSALES | | 80 | 61 | RH | 0.00 | 9.0000 | 8.5000 | 76.50 |
| 20214 | ROSA FRANCO | | 80 | 61 | RH | 0.00 | 9.0000 | 8.5000 | 76.50 |
| 15252 | MARIA G RODRIGUEZ P | | 80 | 61 | RH | 0.00 | 9.0000 | 8.5000 | 76.50 |
| 3807 | JUAN IZAZAGA | | 80 | 61 | RH | 0.00 | 9.0000 | 8.5000 | 76.50 |
| 7664 | JULIO PANIAGUA | | 80 | 61 | RH | 0.00 | 9.0000 | 8.5000 | 76.50 |
| 9190 | MIRNA VALDEZ GUTIERREZ | | 80 | 61 | RH | 0.00 | 9.0000 | 8.5000 | 76.50 |
| 1334 | AGUEDA GARCIA VALDEZ | | 80 | 61 | RH | 0.00 | 9.0000 | 8.5000 | 76.50 |
| 15981 | MACARIO PANIAGUA | | 80 | 61 | RH | 0.00 | 9.0000 | 8.5000 | 76.50 |
| 701 | LETICIA GALLARDO | | 80 | 61 | RH | 0.00 | 9.0000 | 8.5000 | 76.50 |
| 2077 | CLIFFORD P. CASTILLO | | 80 | 61 | RH | 0.00 | 9.0000 | 8.5000 | 76.50 |
| 25667 | MARTA GUTIERRES | | 80 | 61 | RH | 0.00 | 9.0000 | 8.5000 | 76.50 |
| 445 | ANGELINA QUEBEDO.. | | 80 | 61 | RH | 0.00 | 9.0000 | 8.5000 | 76.50 |
| 3314 | HILARIO GOMEZ | | 80 | 61 | RH | 0.00 | 9.0000 | 8.5000 | 76.50 |
| 2562 | AZUCENA QUEVEDO | | 80 | 61 | RH | 0.00 | 9.0000 | 8.5000 | 76.50 |
| 11792 | TERESA GARCIA | | 80 | 61 | RH | 0.00 | 9.0000 | 8.5000 | 76.50 |
| 54 | JOSE NOEL GOMEZ ROSALES | | 80 | 61 | RH | 0.00 | 9.0000 | 8.5000 | 76.50 |
| 4340 | JACINTA GARCIA | | 80 | 61 | RH | 0.00 | 9.0000 | 8.5000 | 76.50 |
| 8826 | ESTEBAN MACIEL | | 80 | 61 | RH | 0.00 | 9.0000 | 8.5000 | 76.50 |
| 18202 | MARIA I LOPEZ | | 80 | 61 | RH | 0.00 | 9.0000 | 8.5000 | 76.50 |
| 1351 | VICTORIANA AGUILAR GOMEZ | | 80 | 61 | RH | 0.00 | 9.0000 | 8.5000 | 76.50 |
| 17199 | ADRIAN LOPEZ VAZQUEZ | | 80 | 61 | RH | 0.00 | 9.0000 | 8.5000 | 76.50 |
| 26668 | ALFRED GARCIA | | 80 | 61 | RH | 0.00 | 9.0000 | 8.5000 | 76.50 |
| 11789 | PETRONILA GOMEZ | | 80 | 61 | RH | 0.00 | 9.0000 | 8.5000 | 76.50 |
| 26645 | PETRONILO CRUZ MACIEL | | 80 | 61 | RH | 0.00 | 9.0000 | 8.5000 | 76.50 |
| 5839 | QUIRINA CALDERON | | 80 | 61 | RH | 0.00 | 9.0000 | 8.5000 | 76.50 |
| 20719 | ASUSENA PENALOZA | | 80 | 61 | RH | 0.00 | 9.0000 | 8.5000 | 76.50 |
| 13589 | REYNA PANIAGUA | | 80 | 61 | RH | 0.00 | 9.0000 | 8.5000 | 76.50 |
| 8447 | ARIEL RODRIGUEZ | | 80 | 61 | RH | 0.00 | 9.0000 | 8.5000 | 76.50 |
| 2975 | MARIA E. VASQUEZ.. | | 80 | 61 | RH | 0.00 | 9.0000 | 8.5000 | 76.50 |
| 10539 | CAROLINA GOMEZ | | 80 | 61 | RH | 0.00 | 9.0000 | 8.5000 | 76.50 |
| 5737 | CARLOS RAUL MERIDA | | 80 | 61 | RH · | 0.00 | 9.0000 | 8.5000 | 76.50 |
| 1015 | BLANCA OLGA ALVAREZ | | 80 | 61 | RH | 0.00 | 9.0000 | 8.5000 | 76.50 |
| 25645 | JESUS JACOBO EUFRACIO | | 80 | 61 | RH | 0.00 | 9.0000 | 8.5000 | 76.50 |
| 7236 | ANTONIO CERVANTES | | 80 | 61 | RH | 0.00 | 9.0000 | 8.5000 | 76.50 |
| 8827 | RAMON ALVAREZ | | 80 | 61 | RH | 0.00 | 9.0000 | 8.5000 | 76.50 |
| 1309 | JESUS PANIAGUA | | 80 | 61 | RH | 0.00 | 9.0000 | 8.5000 | 76.50 |
| 1333 | LORENA PANIAGUA GOMEZ | | 80 | 61 | RH | 0.00 | 9.0000 | 8.5000 | 76.50 |
| 26643 | LORENA RAYA | | 80 | 61 | RH | 0.00 | 9.0000 | 8.5000 | 76.50 |
| 22496 | MOISES FRANCOS | | 80 | 61 | RH | 0.00 | 8.0000 | 8.5000 | 68.00 |
| 15286 | IRMA CHAVEZ | | 80 | 61 | RH | 0.00 | 9.0000 | 8.5000 | 76.50 |
| 6571 | JOAQUIN IBARRA | | 80 | 61 | RH | 0.00 | 9.0000 | 8.5000 | 76.50 |
| 2964 | AUDURO IBARRA MALDONADO | | 80 | 61 | RH | 0.00 | 9.0000 | 8.5000 | 76.50 |
| 84 | ADELINA GUTIERREZ | | 80 | 61 | RH | 0.00 | 9.0000 | 8.5000 | 76.50 |
| 11597 | OTONIEL GOMEZ | | 80 | 61 | RH | 0.00 | 9.0000 | 8.5000 | 76.50 |
| 9863 | CELSO  GOMEZ GUTIERREZ | | 80 | 61 | RH | 0.00 | 9.0000 | 8.5000 | 76.50 |
| 18424 | ILDA MARIA FRANCO REYES | | 80 | 61 | RH | 0.00 | 9.0000 | 8.5000 | 76.50 |

BANGI 002034

21-2

T&R BANGI AG SERVICES, INC.                                          Page #: 2
Daily Payroll Report
Entry Date: 10/12/2009
Entry Order                                    10/15/2009 15:45

Crew #:  26
Operator:  ANGIE

| Acct # | Employee Name | Crop | Job ID | Grower | Wage Type | PW Hours | Hours/ Units | Rate | Amount |
|--------|---------------|------|--------|--------|-----------|----------|--------------|------|--------|
| 25588 | RAMONA FRANCO | | 80 | 61 | RH | 0.00 | 9.0000 | 8.5000 | 76.50 |
| 15974 | ROBERTO HURTADO | | 80 | 61 | RH | 0.00 | 9.0000 | 8.5000 | 76.50 |
| 7066 | PAULA P. GUTIERREZ | | 80 | 61 | RH | 0.00 | 7.0000 | 8.5000 | 59.50 |
| 5214 | DENISE GUTIERREZ PANIAGU | | 80 | 61 | RH | 0.00 | 7.0000 | 8.5000 | 59.50 |
| 5303 | JULIO P. GUTIERREZ | | 80 | 61 | RH | 0.00 | 7.0000 | 8.5000 | 59.50 |
| 25657 | VERONICA RAYA DE RAYA | | 80 | 61 | RH | 0.00 | 9.0000 | 8.5000 | 76.50 |
| 25625 | J JESUS RAYA JAIME | | 80 | 61 | RH | 0.00 | 9.0000 | 8.5000 | 76.50 |
| 25628 | RAQUEL CONTRERAS ARAUJO | | 80 | 61 | RH | 0.00 | 9.0000 | 8.5000 | 76.50 |
| 11708 | BENICIO PANIAGUA | | 80 | 61 | RH | 0.00 | 9.0000 | 9.0000 | 81.00 |
| 3616 | AMADEO C. PANIAGUA | | 80 | 61 | RH | 0.00 | 8.0000 | 13.7500 | 110.00 |
| 2475 | CONCEPCION PANIAGUA.. | | 80 | 61 | RH | 0.00 | 8.0000 | 10.0000 | 80.00 |

Number of entries printed: 61                          0.00   540.0000        4,648.50

21-3