# EXHIBIT 101

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

SABAS ARREDONDO, JOSE                )
CUEVAS, HILARIO GOMEZ,               )
IRMA LANDEROS and ROSALBA            )
LANDEROS, individually and           )
on behalf of all others              )
similarly situated,                  )
                                     )
            Plaintiff,               )
                                     )
vs.                                  )
                                     )
DELANO/FARMS COMPANY, a              )
Washington State                     )
Corporation; CAL PACIFIC             )
FARM MANAGEMENT, L.P.; T&R           )
BANGI'S AGRICULTURAL                 )
SERVICES, INC. and DOES 1            )
through 10, inclusive,               )
                                     )
            Defendants.              )
                                     )
                                     )

DEPOSITION OF:

MIRALBA ALVAREZ

FRIDAY, NOVEMBER 19, 2010

1:30 P.M.

Reported By:  Kathy Mannlein, CSR No. 13153



SYLVIA
MENDEZ
& ASSOCIATES
*Certified Shorthand Reporters*

330 H Street, Suite 1
Bakersfield, CA 93304
(661) 631-2904 · Fax (661) 631-2969

ORIGINAL

1    A.   The foreman gives them out through the company.

2    Q.   So is it your testimony that Romeo gave you

3    clippers on the first day of work?

4    A.   Yes.

5    Q.   And did you use those clippers?

6    A.   Yes.   It's just that sometimes -- some are not

7    very effective for that work.

8    Q.   Let's talk first about the clippers that you were

9    given when you started working.   Do you remember how

10   long you used them?

11   A.   No, I don't remember.   They don't work very well.

12   They break.

13   Q.   Like, how fast?   An hour?

14   A.   No, some days.   A few days and then they'll open

15   up and there not good anymore.

16   Q.   Okay.   What happens if they open up, as you've

17   said, while you're working?   Then what did you do?

18   A.   We have to use one of ours, that we buy.

19   Q.   Why?

20   A.   Because they won't give you any more.   They only

21   give you once.   If they break, they don't give you any

22   more.

23   Q.   Okay.   And does the foreman tell you that?

24   A.   About the clippers?

25   Q.   That they only give you one pair and if they

18

1    break that you don't get another pair?

2       A.  No, he doesn't tell you, but we won't ask him

3    because we know he wouldn't give you any more.

4       Q.  I understand that.  But I need to ask you to

5    explain how you know that.

6       A.  Because of the time that I've been there.

7       Q.  So based on something that you've seen?

8       A.  Yes.

9       Q.  Okay.  Because of what you've just said, do you

10   take your own clippers to work?

11      A.  Yes.

12      Q.  Okay.  Could you do your job without the

13   clippers?

14      A.  No.  Because how would we cut them?  We can't.

15      Q.  Do you think that the company should provide you

16   with clippers that you can use to do your job?

17             MS. WOLFE:  Objection.  Misstates her prior

18   testimony.  They do provide clippers.

19             MS. ARCINIEGA:  I'm sorry?

20             MS. WOLFE:  They do provide clippers.

21             MS. ARCINIEGA:  I wasn't trying misstate her

22   testimony.  I was just asking a question.

23             THE WITNESS:  That do I believe they should

24   give you...

25   ///

                                                      19

BY MR. ARCINIEGA:

Q.   Clippers that you can use to do the job.

A.   Well, I believe, yes.

Q.   Okay.  And if they give you clippers that break, do you think that they should give you a pair that you can use?

A.   I believe yes, but I don't know.

Q.   Okay.  You talked about the morning, what you have to do and you talked about the "esquelita" or the schooling.  How long do you think the "esquelita" lasts?

A.   Sometimes it lasts 20 and sometimes even a half an hour.

Q.   Isn't it true that a couple of years ago the "esquelita" was given to you before you started working the clock?

A.   On the year that I went with the other foreman, yes, they did start before.  But when we started with the other foreman, he tells you when it's time to start working until the time is running to be paid, then.

Q.   That's fair.

So you're saying that with Romeo, the "esquelita" was given before the clock started?

A.   Yes.  Him, yes.

Q.   But with Manuel, after the clock starts -- or the hour starts, I should say -- then he gives you the

20

# EXHIBIT 102

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

---

SABAS ARREDONDO, et al.,        )
                                )
          Plaintiffs,           )
                                )
     vs.                        )          Case No.
                                )     1:09-CV-01247-LJO-DLB
DELANO FARMS COMPANY,           )
et al.,                         )
                                )
          Defendants.           )
                                )
                                )

DEPOSITION OF:

SALVADOR BUSTAMONTE

WEDNESDAY, NOVEMBER 17, 2010

1:40 P.M.

Reported by:   Michelle M. Purdy, CSR No. 12187



SYLVIA
MENDEZ
& ASSOCIATES
*Certified Shorthand Reporters*

330 H Street, Suite 1
Bakersfield, CA 93304
(661) 631-2904 · Fax (661) 631-2969

ORIGINAL

1    strict?

2        A.    Strict, yes.  Well, lately they don't -- we're

3    not allowed to work before the time.

4        Q.    Well, let's --

5        A.    Because --

6        Q.    Let's be sure we're talking about the same

7    thing.

8             Work to me means picking or pruning, right?

9        A.    Yes.

10       Q.    And you still have to set up though, right?

11       A.    Yes.

12       Q.    How long does that take for you to set up the

13   tables?

14       A.    It's about 10 minutes, 15 minutes.

15       Q.    And then you have to carry the tables out to

16   where you're going to do the picking, correct?

17       A.    No.  When we're at a block, okay?  And -- for

18   example, there are two rows.  They move the table to

19   wherever the turn is where the next one is.

20       Q.    Right.

21       A.    And when it's going to be far away, a mile or

22   two miles, then they tow it with the truck.

23       Q.    But in the past didn't workers set up their

24   tables and carry the tables out to the rows where they

25   were picking?

30

A.   In the past?

Q.   Yes.

A.   Yes.

Q.   And that takes 30 minutes, doesn't it?

A.   Yes.

Q.   And so now is it your testimony, sir, that your employer says you can't start setting up your tables or transporting them to the fields until 7:00?

A.   Recently, yes.  We had up to the time three years ago up to now they don't allow us to move anything, not even the table.  Not until the time comes.

Q.   But do you still set up your own tables?

A.   Presently?

Q.   Yes.

A.   No.  Before the time, no.

Q.   So do you do any prep work before you start the actual job picking the crop?

A.   No.

Q.   You just show up and they take you to where you're going to start picking?

A.   Pardon?

Q.   You just show up and they show you to where you're going to start picking?

A.   Yes, we do.  We go.  We're taught.  We're shown.

31

# EXHIBIT 103

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

---

SABAS ARREDONDO, et al.,  )
                          )
        Plaintiffs,       )
                          )
   vs.                    )           Case No.
                          )    1:09-CV-01247-LJO-DLB
DELANO FARMS COMPANY,     )
et al.,                   )
                          )
        Defendants.       )
                          )
                          )

DEPOSITION OF:

JOSE LEYVA

WEDNESDAY, NOVEMBER 17, 2010

9:45 A.M.

Reported by:   Michelle M. Purdy, CSR No. 12187



SYLVIA
MENDEZ
& ASSOCIATES

*Certified Shorthand Reporters*

330 H Street, Suite 1
Bakersfield, CA 93304
(661) 631-2904 · Fax (661) 631-2969

ORIGINAL

could wash them, the trays.

Q.   Who told you that?

A.   The foreman.

Q.   Do you believe that either T&R Bangi
Agricultural Services or Cal-Pacific Farm Management
owes you any money for work that you have done?

A.   I don't believe so.  I don't know.

Q.   Have you ever told anyone that you were owed
money and you were not paid for all of the work you did?

A.   No.

Q.   In Paragraph 7 you say that you have to buy
your own clippers if you are not present on the first
day.

How often has that happened?

A.   Yes.

Q.   How often has that happened, sir?

A.   It's once a year.  That is the season.  And I'm
doing another job that doesn't require the clippers and
at that job we need a knife and that one they don't
provide it for us.  They have never provided it for us.

Q.   Are you related to any of the -- any of the
foremen?

A.   Yes.

Q.   Which foreman are you related to?

A.   Mine.  The foreman.

27

1    five-minute break.

2            (Recess taken.)

3    BY MR. RAMIREZ:

4        Q.    Let's just concentrate on the time period from

5    2006 forward, okay?

6            During that time period when you do the picking

7    what tools do you use for your job?

8        A.    **Clippers.   That's all.**

9        Q.    What about when you prune?   Do you use --

10       A.    **Another type of clippers.   Different.**

11       Q.    So it's a different type of clippers?

12       A.    **Yes.**

13       Q.    And where do you get those?

14       A.    **They're loaned to us.**

15       Q.    And who loans them to you?

16       A.    **My boss does.**

17       Q.    What happens if they break?   Do you have that

18   pay for them?

19       A.    **We have to buy them.**

20       Q.    If they break?

21       A.    **Right now, yes.   Before, no.**

22       Q.    So you said they used to loan them to you.

23            Do you buy them now from the company?

24       A.    **Now I don't buy them.   Now they're loaned but**

25   **before we did buy them.**

                                                          33

Q.   Okay.

A.   The ones for the pruning they have always been loaned to us but not the ones for the picking.

Q.   The ones for the picking -- how much did they charge you for the ones for the picking?

MR. JOHNSON:  Misstates the prior testimony.

THE WITNESS:  How much do they cost us?

BY MR. RAMIREZ:

Q.   Yeah.

A.   Normally six or seven dollars.

Q.   And who did you buy them from?

A.   The store that is in Orange Grove.

Q.   Okay.  Now, did you ever train other workers?

A.   No.

Q.   I noticed in one of your pay stubs you got paid for training.

Do you know what that refers to?

A.   Training?

Q.   Yes.

A.   No.

Q.   I'm looking here at a pay stub dated July 2007 and you got paid it looks like for six hours for training.

Do you know what that was for?

A.   No.  I don't remember.

34

1      Q.    -- when you showed up for work and there is no

2   work because it's raining?

3      **A.    Like about five or six days.**

4      Q.    Okay.  And what happens in that situation?  Do

5   you wait around?  Do you go home?  What do you do?

6      **A.    We go home.  We're told that we can't enter to**

7   **work.**

8      Q.    Okay.  And do you get paid for showing up?

9      **A.    No.**

10     Q.    How come?

11     **A.    We have never been paid.**

12     Q.    Have you ever asked Rudolfo?

13     **A.    We didn't claim it.**

14     Q.    Did anybody ever ask if they could be paid for

15   showing up to work?

16     **A.    No.  We have never asked.  One time on one**

17   **occasion a coworker asked them if they could pay us and**

18   **they say that they can't pay because it's not their**

19   **fault due to the weather.  It's nature.**

20     Q.    Okay.  I understand.

21           Have you ever done any work at your house for

22   Mr. Bangi?

23     **A.    Yes.**

24     Q.    What work have you done?

25     **A.    Cleaning the trays and putting stickers on the**

46

shells.

Q.   Stickers on the shells for the grapes?

A.   Yes.

Q.   What did the stickers say?

A.   It's the type of grape.

Q.   Does it say the company?

A.   Yes.

Q.   What is the name of the company?

A.   Delano Farms.

Q.   And how often do you do that?

A.   Right now, no.  Before, yes.

Q.   How often would you do that before?

A.   Just during the picking.  One time per week.

Q.   And how many hours would you do that one time per week?

A.   Like about an hour.

Q.   And did everybody have shells where they put stickers on?

A.   Some yes and others no.

Q.   Who decides who gets the stickers?

A.   The foreman.

Q.   Did you get paid for that work?

A.   No.

Q.   How come?

A.   We didn't claim it.

47

1      Q.    Did you ask?

2      **A.    We didn't claim it.**

3      Q.    Did you -- let me ask you this.  Did it ever

4   occur to you that you should be paid for doing that

5   work, placing the stickers on the clam shells?

6      **A.    No.**

7      Q.    Why not?

8      **A.    Maybe because I didn't have a right.**

9      Q.    Because you didn't have a?

10     **A.    Right.**

11     Q.    Right.  Did anybody ever tell you you didn't

12  have a right?

13     **A.    No.  No one.**

14     Q.    All right.  So this work you were doing with

15  the clam shells at home did any of your brothers or any

16  of your "companeros" ever say -- excuse my diction --

17  hey, we should be paid for this?

18     **A.    Yes.**

19     Q.    How many people said that?

20     **A.    Three or four people.**

21     Q.    And did anybody tell them not to ask for any

22  pay?

23     **A.    No.**

24     Q.    Okay.  This declaration that you signed do you

25  know how many changes were made to it, if any, before

                                                        48

EXHIBIT 104

# EXHIBIT 105

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

_____

SABAS ARREDONDO, JOSE        )
CUEVAS, HILARIO GOMEZ,       )
IRMA LANDEROS and ROSALBA    )        Case No.
LANDEROS indiviually and     )
on behalf of all others      )      01247-LJO-DLB
similarly situated,          )
                             )
              Plaintiff,      )
                             )
vs.                          )
                             )
DELANO FARMS COMPANY, a      )
Washington State             )
Corporation; CAL PACIFIC     )
FARM MANAGEMENT, L.P.;       )
T&R BANGI'S AGRICULTURAL      )
SERVICES, INC., and DOES 1   )
through 10, inclusive,       )
                             )
              Defendants.     )
                             )

DEPOSITION OF:

NIEVES TORRES

WEDNESDAY, NOVEMBER 17, 2010

9:30 A.M.

Reported By:  Kathy Mannlein, CSR No. 13153

Sylvia Mendez & Associates - (661) 631-2904

2

1    Deposition of NIEVES TORRES, a Witness, taken on behalf

2    of the Plaintiff, on Wednesday, November 17, 2010,

3    9:30 a.m., at the Offices of Sylvia Mendez & Associates,

4    330 H Street, Suite 1, Bakersfield, California, before

5    Kathy Mannlein, CSR No. 13153, pursuant to Notice of

6    Taking Deposition.

7

8                      APPEARANCES OF COUNSEL

9

     For the Plaintiffs:  LAW OFFICES OF WASSERMAN, COMDEN &

10                        CASSELMAN

                          By:  JESSICA ARCINIEGA

11                        Attorney at Law

                          300 East Esplanade Drive

12                        Suite 1960

                          Oxnard, California  93036

13                        (805) 988-0285

14

     For the Defendants:  LAW OFFICES OF GRISWOLD, LASALLE,

15                        COBB, DOWD & GIN

                          By:  LAURA A. WOLFE

16                        Attorney at Law

                          111 East Seventh Street

17                        Hanford, California  93230

                          (559) 584-6656

18

19

20   Also present:  Donette Lancaster, Interpreter

21

22

23

24

25

1   pick --

2     Q.  Okay.

3     A.  -- if he wants to, or if he wants to go to where

4   the co-workers are at, he could go to where the

5   co-workers are so that they could all three be there

6   together.

7     Q.  So if all three of you are somewhere picking,

8   then you all three come back to the table and bring the

9   grapes, and then what happens?

10    A.  Then all three bring over the grapes, the packer

11   stays there, and the other two leave to continue

12   picking.

13    Q.  And the trays that you're picking in, what is --

14   what are they made of?

15    A.  Plastic.

16    Q.  Okay.  So you put the bunches of grapes you pick

17   into the tray?

18    A.  Yes, inside the tray.

19    Q.  Okay.  And then you take the tray to the table?

20    A.  The tray to the table.  One person takes it table

21   the wheelbarrow, the cart.

22    Q.  Okay.  Does each packer have a wheelbarrow? --

23   picker, sorry.

24    A.  Yes.

25    Q.  Okay.  And then the packer, what work does the

67

1      A.   It's not necessary to ask him.

2      Q.   Okay.  There's no verification where someone

3   shows you that these are the hours you worked and you

4   sign off saying, yes, this is correct?

5      A.   If you're going to claim something, yes, they do

6   show you the paper, because there they put the date,

7   day, the time you started, the time you got off.

8      Q.   Okay.  But if you don't complain, then they don't

9   show you something to say -- verify that this is what

10  you worked?

11     A.   No.  No.

12     Q.   Okay.  Okay.  Has there been occasions where

13  after the workday the foreman tells you that the

14  following day you're going to go to a different

15  location?

16     A.   Yes, there has.

17     Q.   Okay.  Does this happen during the picking or

18  does it happen during the different tasks?

19     A.   Different tasks.

20     Q.   Okay.  And if you're going to go to a new

21  location the next day, what does the foreman tell you

22  the day before?

23     A.   He says we finish today; tomorrow is going to be

24  at such and such location, and the schedule will be the

25  same.  We're going to go in at the same time.

68

1    Q.  Has there been occasions where you don't -- it's

2    a new location and people don't know how to get there?

3    **A.  Sometimes, like the one that's new doesn't know**

4    **all the farms yet, and there's people that says, Well, I**

5    **don't know where it is, and then they ask.  And he makes**

6    **a map for you so that you could arrive at the location.**

7    Q.  Which foreman is this?

8    **A.  With the ones that I have been with, they have**

9    **all -- when I don't know, they have all told me where it**

10   **is.**

11   Q.  With a written map?

12   **A.  With a map.**

13   Q.  Do they give that map to every person in the crew

14   that doesn't know how to get there?

15   **A.  They show it to you in the book, but if you don't**

16   **understand in the book, then he tells you what roads.**

17   Q.  Okay.  So have you ever experienced when the

18   foreman will tell you to meet at a certain intersection

19   or a gas station?

20   **A.  Well, when -- if he wants to gather everyone**

21   **there, that happens.  But if it's not necessary, no, he**

22   **says everybody already knows.  But if it's necessary,**

23   **yes, he does tell you, I'll wait for you there.**

24   Q.  Okay.  And so what time does he tell you that he

25   wants to meet you there?

69

1    A.   If we're going to start at 6:00, he says 5:30.

2    Q.   At the location?

3    A.   Yes.  It depends on the location.

4    Q.   Okay.  And then when you meet there at 5:30, what

5    happens after that?

6    A.   Then you go to the location.

7    Q.   Then you follow him?

8    A.   To the field.

9    Q.   Okay.  Everybody in their own car?

10   A.   Everyone in their own car.

11   Q.   The company doesn't provide transportation?

12   A.   No.

13   Q.   Okay.  Now, you testified that there's trays that

14   you put the grapes in when you pick them?

15   A.   Yes.

16   Q.   Have you ever taken those trays home to clean

17   them?

18   A.   I took them for two days.

19   Q.   Okay.  When was that?

20   A.   That I remember of, 2006, 2005, around there.

21   Q.   Okay.  And why did you take them home to clean

22   them?

23   A.   Because the foreman told me that each -- in the

24   group, each one of us had four trays each, separately.

25   Q.   Okay.

70

1    A.   And that we had to take them -- we were going to

2    wash them and take them in the morning, clean.

3    Q.   Okay.  And -- so you took them?

4    A.   I took them for two days.

5    Q.   And did Martha take some, too?

6    A.   Four each one.

7    Q.   Okay.  And he told this to everybody in the crew?

8    A.   The whole group.

9    Q.   The group, meaning three or -- the crew?

10   A.   The whole crew.

11   Q.   I'm really trying to speak English.  Usually I'm

12   trying to speak Spanish.

13        And then what did you use to clean them?

14   A.   Just soap and water.

15   Q.   Okay.  Did the foreman tell you a special way to

16   clean them or he just said bring them clean to work?

17   A.   He said just bring them clean.

18   Q.   Okay.  And how long do you think it took you to

19   wash them?

20   A.   15 minutes.

21   Q.   Okay.  And you said you only did this for two

22   days?

23   A.   Two days.

24   Q.   Okay.  Are you sure only two days?

25   A.   Two days.  Yes, I remember it was two days.  I