GREGORY J. RAMIREZ (SBN 150515)
JAMES E. PERERO (SBN 258124)
JESSICA ARCINIEGA (SBN 261169)
**WASSERMAN, COMDEN, CASSELMAN & ESENSTEN, L.L.P.**
300 E. Esplanade Drive, Suite 1960
Oxnard, California 93036-0284
Telephone: (805) 988-0285
Facsimile: (805) 988-0375

MARCOS CAMACHO (SBN 123501)
THOMAS PATRICK LYNCH (SBN 159277)
MARIO G. MARTINEZ (SBN 200721)
**LAW OFFICES OF MARCOS CAMACHO**
1227 California Avenue
Bakersfield, CA 93304
Telephone (661) 324-8100
Facsimile (661) 324-8103

Attorneys for Plaintiffs, SABAS ARREDONDO, et al.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| SABAS ARREDONDO, JOSE CUEVAS, HILARIO GOMEZ, IRMA LANDEROS, and ROSALBA LANDEROS individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>DELANO FARMS COMPANY, a Washington State Corporation; CAL-PACIFIC FARM MANAGEMENT, L.P.; T&R BANGI'S AGRICULTURAL SERVICES, INC. and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 1:09-CV-01247-LJO-DLB<br><br>**CLASS ACTION**<br><br>**DECLARATION OF MARCOS CAMACHO IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Dept.: 4<br>Hearing Judge: Lawrence O'Neill |

977479.1

1

DECLARATION OF MARCOS CAMACHO IN SUPPORT OF
PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

# DECLARATION OF MARCOS CAMACHO IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

I, Marcos Camacho, declare and state as follows:

1. I am an attorney, licensed to practice law in the State of California (SBN 123501), and a member of the Kern County Bar Association. I am admitted to the United States District Courts in the Central, Eastern, and Northern Districts of California. I am admitted to the United States Court of Appeals for the Ninth Circuit. In 1990, I founded Marcos Camacho, A Law Corporation ("Law Firm"), currently with offices located in Bakersfield and Delano, California. The Law Firm is co-counsel for Plaintiffs in <u>Arredondo et al. vs. Delano Farms Co., et al</u>. Resources we bring to the litigation include three attorneys (including myself), one legal secretary, two legal assistants, and use of our offices in Bakersfield and Delano.

2. The Law Firm has been representing migrant farm workers for over 20 years. I began my legal work on behalf of migrant farm workers in 1979 when I worked as a paralegal for the Legal Department of the United Farm Workers of America "UFW"). At the same time, I began the study of law through the State of California Law Apprentice Program. For the next several years I studied law during the evenings, nights and weekends and the rest of my time was spent representing migrant farm workers as a paralegal. While a law student, I was able to represent

farm workers and the UFW in administrative hearings before the Agricultural Labor Relations Board and before other state agencies. I conducted numerous agency hearings and labor arbitrations in which I attempted to improve the working and living conditions of migrant farm workers. In 1986 after completing my study of law with my supervising attorney, I applied for, took and passed the California State Bar Exam on my first attempt. Immediately after being admitted to the State Bar in 1986 I began the formal practice of labor and employment law. My practice was strictly focused on improving the plight of farm workers through litigation, through enforcement of labor and employment laws, and through legislation. I personally knew and worked many years with Cesar E. Chavez, one of the founders of the United Farm Workers and a pioneer in protecting the rights of farm workers in particular, and all workers in general.

3. Today, the Law Firm continues the tradition of representing farm workers before administrative agencies, as well as before State and Federal Courts. The Law Firm has represented farm workers in some capacity in virtually every agricultural industry in California, as well as in Florida, Washington, and other states, including farm workers in the following agricultural industries: grape, wine grape, strawberry, raspberry, mushroom, citrus, tree fruit, flower, apple, artichoke, lettuce, broccoli and other vegetables.

4. The Law Firm's primary practice is labor and employment law, with extensive experience representing Spanish speaking California agricultural

employees. The Law Firm has experience representing employees in class action and representational lawsuits to enforce statutory rights under both federal and state "wage and hour" laws, as well as "fair employment practice" laws such as the Migrant and Seasonal Agricultural Worker Protection Act and Title VII of the Civil Rights Act of 1964, as amended. The following is a recent list of class action and representational lawsuits to enforce federal and California wage and hour laws where attorneys of the Law Firm have been among counsel of record for plaintiffs:

- <u>Sanchez, et al. v. Sea Mist Farms, et al.</u>, California Superior Court, County of Monterey, Case No. M 56954 [successfully represented artichoke workers employed by the biggest artichoke company in the world for the employer's failure to properly compensate workers for travel time and other "off-the-clock" work];
- <u>Medrano, et al. v. D'Arrigo Brothers Company of California</u>, United States District Court, Northern District of California, San Jose Division, Case No. C-00-2-2-826-JF-RS [successfully represented a class of more than 3,000 vegetable workers who were not compensated for their travel time on company vehicles];
- <u>Aguilar, et al. v. Central Valley Meat Co.</u>, California Superior Court, County of Kings, Case No. 00C 1915 [successfully represented a class of approximately 300 meat factory workers for various violations of wage and hour laws];
- <u>Ramirez et al. v. Guy Chaddock et al.</u> and <u>Lomeli et al. v Guy Chaddock and Co.</u>, California Superior Court, County of Kern, Case No. S-1500-CV-250899 RJA [successfully represented a class of approximately 500 workers over numerous violations of wage and hour laws, including failure

to provide "meal periods" under California law, and in a consolidated case, represented more than 190 worker for claims under the Worker Adjustment and Retraining Notification Act (WARN Act)];

- <u>Gutierrez, et al. v. Kovacevich "5" Farms, et al.</u>, United States District Court, Eastern District of California, Case No. CIV-F-04-5515 OWW DLB [successfully represented a class of more than 500 grape workers for violations of wage and hour laws; where class members received five times the actual damages figure, which was pointed out by the judge in his order as "a significant victory for the Class"];

- <u>Valenzuela et al v. Giumarra Vineyards Corporation</u>, United States District Court, Eastern District of California Case No. 1:05-cv-01600-AWI-SMS [current class action seeking to represent thousands of grape vineyard workers for violations of wage and hour laws, including for failure to compensate employees for "off-the clock" work);

- <u>Catalina Robles, Et Al. v. Sunview Vineyards of California, Inc.</u>, United States District Court, Eastern District of California Case No. 1:06-CV-00288-AWI-SMS (E.D.Cal.) [current class action seeking to represent thousands of grape vineyard workers for violations of wage and hour laws, including failure to compensate employees for "off-the clock" work].

- <u>Luis Javier Ramirez et al. v. Closet Factory, Inc.</u>, California Superior Court, County of Los Angeles, Case No. BC 337 089 [successfully represented a class of over 400 workers for various violations of wage and hour laws].

- <u>EEOC and Patricia Delgado, et al. v. Kovacevich "5" Farms.</u>, Case No. 1:06-CV-00165-OWW-TAG (E.D. Cal.) [successfully represented a class of at least 100 female grape workers for violations of Title VII of the 1964 Civil Rights Act].

977479.1

5

DECLARATION OF MARCOS CAMACHO IN SUPPORT OF
PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

- <u>Arcadio Peña et al v. Artesia Dairy et al.</u>, California Superior Court, County of Kings, Case No. 08C0105 [currently seeking to represent a class of more than 300 agricultural dairy workers for unpaid wages, overtime violations, and other California Labor Code violations]
- <u>Castrejon et al. v. Western Horticultural, Inc.</u>, California Superior Court, Kern County Case No. S 1500 CV 271839 WDP [seeking to represent class of more than 70 workers for unpaid vacation claims and for violations of California's Worker Adjustment and Retraining Notification Act (WARN) Act].

In all of these cases, the class members were made up predominantly of monolingual Spanish speaking, low wage earners.

5. The Law Firm also devotes a significant part of its practice to legislation affecting the rights of employees, including appearances before legislative committees and the development of state and federal legislation. Such work on the state level has included legislation in the areas of health care, pesticide safety, transportation, collective bargaining, and alternative dispute resolution [e.g. <u>Agricultural Employer-Employee Collective Bargaining and Mediation Law (SB 1156, AB2596)</u>]. The Law Firm works closely with different legislators in providing advice and language for proposed legislation that deals with improving the health, safety, and working conditions of farm workers. Our firm worked closely with different legislators and the Governor's office in successfully passing a Heat Regulation the summer of 2005. The Regulation protects farm workers and

other workers that work under extreme heat conditions. Our work at the federal level has included giving testimony before the Judiciary Committee of both the United States Senate and United States House of Representatives regarding proposed legislation on H2A visas and related immigration and employment issues. We also provided extensive advise and draft language for legislation to Senator Edward Kennedy and Congressman Howard Berman on a proposed farm worker immigration legislation [e.g. <u>Agricultural Job Opportunity, Benefits and Security Act of 2004 (SB 1645, HR 3142)</u>].

6. The Law Firm's practice has included representation of many Spanish-speaking employees in California Workers' Compensation Appeals Board cases. Additionally, our attorneys have long represented UFW in collective bargaining and other areas of labor law practice, as well as in general litigation in state and federal court. In this connection, the Law Firm also has long represented the UFW trust funds; the Juan De La Cruz Farm Workers Pension Plan, and the Robert F. Kennedy Farm Workers Medical Plan.

7. My passion for representing farm workers stems from my personal and family history as a farm worker. As a young man I labored along my family members in grape fields and became well acquainted with the abuses suffered by farm workers. My experiences while a farm worker have helped me immensely in representing agricultural employees in state and federal courts. Furthermore,

because I am fully fluent in Spanish I am able to quickly investigate and develop claims without the need to use translators.

8. In addition to myself, the Law Firm has committed two other attorneys to this lawsuit: Thomas P. Lynch (SBN 159277) and Mario Martinez (SBN 200721). Mr. Lynch graduated from the People's College of Law in Los Angeles and has been licensed to practice law in California since 1992. He is a current member of the Kern County Bar Association. He is admitted to the United States District Courts in the Central, Eastern, and Northern Districts of California and is also admitted to the United States Court of Appeals for the Ninth Circuit. Mr. Lynch has substantial experience in litigating class actions on behalf of farm workers and other low wage earners and is involved in varying degrees with every lawsuit filed by the Law Firm.

9. Mario Martinez graduated from UC Berkeley School of Law (Boalt Hall) and has been a licensed California attorney since 1999. He is admitted to the United States District Courts in the Central, Eastern, and Northern Districts of California and has significant experience representing farm workers in State and Federal courts. He has worked with the Law Firm since 1998, after being awarded a prestigious post-graduate fellowship. Like me, Mr. Martinez is fluent in Spanish and also grew up working in the grapes fields. He labored harvesting grapes in Southern California as a child, alongside his family. His unique background and education has made him a valuable asset to the Law Firm, as he is able to quickly

977479.1
8

DECLARATION OF MARCOS CAMACHO IN SUPPORT OF
PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

investigate and develop claims, and to effectively communicate with class representatives and class members regarding their claims. Because our practice is hands on, for the reasons stated above, Mr. Martinez has valuable experience representing farm workers, especially in the area of class action litigation.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed by me this 27th day of January, 2011, at Bakersfield, Kern County, California.

*/s/ Marcos Camacho*
Marcos Camacho, Esq.