RANDY L. EDWARDS, #105639
MICHAEL R. JOHNSON, #237767
LAURA A. WOLFE, #266751
GRISWOLD, LaSALLE, COBB, DOWD & GIN, L.L.P.
111 East Seventh Street
Hanford, CA 93230
Telephone (559) 584-6656
Facsimile (559) 582-3106
edwards@griswoldlasalle.com; johnson@griswoldlasalle.com; wolfe@griswoldlasalle.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| SABAS ARRENDONDO, et al., | Case No.: 1:09-cv-01247-LJO-DLB |
| Plaintiffs, | DECLARATION OF MICHAEL R. JOHNSON IN SUPPORT OF |
| v. | DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION |
| DELANO FARMS COMPANY, et al. | |
| Defendants. | DATE: March 16, 2011 TIME: 8:30a.m. DEPT: 4 |

I, Michael R. Johnson, declare as follows:

1.     I am an attorney at law licensed to practice before all courts of the State of California and the

Eastern District of California.  Through my professional corporation, I am a partner at Griswold,

LaSalle, Cobb, Dowd & Gin, L.L.P., attorneys of record for the Defendants Delano Farms, et.

al. herein.  I make the following statement of my own knowledge and if called as a witness could

competently testify thereto.

2.     Attached hereto as **Exhibit 1** is a true and correct copy of the Declaration of Alfredo Aguilar.

3.     Attached hereto as **Exhibit 2** is a true and correct copy of the Declaration of Jose A. Alvarado.

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

1

*Arredondo v. Delano Farms Company, et al.*
*DECLARATION OF MICHAEL JOHNSON*

4.    Attached hereto as **Exhibit 3** is a true and correct copy of the Declaration of Adrian Alvarez.

5.    Attached hereto as **Exhibit 4** is a true and correct copy of the Declaration of Esperanza Alvarez.

6.    Attached hereto as **Exhibit 5** is a true and correct copy of the Declaration of Felipe Alvarez.

7.    Attached hereto as **Exhibit 6** is a true and correct copy of the Declaration of Miralba Alvarez.

8.    Attached hereto as **Exhibit 7** is a true and correct copy of the Declaration of Vicente Ambriz.

9.    Attached hereto as **Exhibit 8** is a true and correct copy of the Declaration of Anastacio Arellano.

10.   Attached hereto as **Exhibit 9** is a true and correct copy of the Declaration of Maria Ayon.

11.   Attached hereto as **Exhibit 10** is a true and correct copy of the Declaration of Antonio Baez.

12.   Attached hereto as **Exhibit 11** is a true and correct copy of the Declaration of Mari Cruz Baez.

13.   Attached hereto as **Exhibit 12** is a true and correct copy of the Declaration of Jose S. Bermudes.

14.   Attached hereto as **Exhibit 13** is a true and correct copy of the Declaration of Gerardo Bustamante.

15.   Attached hereto as **Exhibit 14** is a true and correct copy of the Declaration of Salvador Bustamante.

16.   Attached hereto as **Exhibit 15** is a true and correct copy of the Declaration of Angel Cabrera.

17.   Attached hereto as **Exhibit 16** is a true and correct copy of the Declaration of Consuelo Cabrera.

18.   Attached hereto as **Exhibit 17** is a true and correct copy of the Declaration of Margarito Campos.

19.   Attached hereto as **Exhibit 18** is a true and correct copy of the Declaration of Cristina Carranza.

20.   Attached hereto as **Exhibit 19** is a true and correct copy of the Declaration of David Carranza.

21.   Attached hereto as **Exhibit 20** is a true and correct copy of the Declaration of Cecilia Castro.

22.   Attached hereto as **Exhibit 21** is a true and correct copy of the Declaration of Jose Ceja.

23.   Attached hereto as **Exhibit 22** is a true and correct copy of the Declaration of Antonio Chavez.

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

*Arredondo v. Delano Farms Company, et al.*
*DECLARATION OF MICHAEL JOHNSON*

24. Attached hereto as **Exhibit 23** is a true and correct copy of the Declaration of Elvia Chavez.

25. Attached hereto as **Exhibit 24** is a true and correct copy of the Declaration of Gabriela Chavez.

26. Attached hereto as **Exhibit 25** is a true and correct copy of the Declaration of Luz Chavez.

27. Attached hereto as **Exhibit 26** is a true and correct copy of the Declaration of Rosario Cortez.

28. Attached hereto as **Exhibit 27** is a true and correct copy of the Declaration of Ortencia Diaz.

29. Attached hereto as **Exhibit 28** is a true and correct copy of the Declaration of Juan Dorantes.

30. Attached hereto as **Exhibit 29** is a true and correct copy of the Declaration of Oscar Escobedo.

31. Attached hereto as **Exhibit 30** is a true and correct copy of the Declaration of Maria Luz Fernandez.

32. Attached hereto as **Exhibit 31** is a true and correct copy of the Declaration of Martha Gamez.

33. Attached hereto as **Exhibit 32** is a true and correct copy of the Declaration of Gerardo Garcia.

34. Attached hereto as **Exhibit 33** is a true and correct copy of the Declaration of Jose S. Garcia.

35. Attached hereto as **Exhibit 34** is a true and correct copy of the Declaration of Rita Garcia.

36. Attached hereto as **Exhibit 35** is a true and correct copy of the Declaration of Margarita Garibay.

37. Attached hereto as **Exhibit 36** is a true and correct copy of the Declaration of Jaime Gasper.

38. Attached hereto as **Exhibit 37** is a true and correct copy of the Declaration of Petronilla Gomez.

39. Attached hereto as **Exhibit 38** is a true and correct copy of the Declaration of Guadalupe Gonzalez.

40. Attached hereto as **Exhibit 39** is a true and correct copy of the Declaration of Guadalupe Hernandez.

41. Attached hereto as **Exhibit 40** is a true and correct copy of the Declaration of Antonio Herrera.

42. Attached hereto as **Exhibit 41** is a true and correct copy of the Declaration of Leticia Herrera.

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

3

*Arredondo v. Delano Farms Company, et al.*
*DECLARATION OF MICHAEL JOHNSON*

43.     Attached hereto as **Exhibit 42** is a true and correct copy of the Declaration of Rosalia Herrera.

44.     Attached hereto as **Exhibit 43** is a true and correct copy of the Declaration of Aurora Ibarra.

45.     Attached hereto as **Exhibit 44** is a true and correct copy of the Declaration of Marisol Jimenez.

46.     Attached hereto as **Exhibit 45** is a true and correct copy of the Declaration of Neida Jimenez.

47.     Attached hereto as **Exhibit 46** is a true and correct copy of the Declaration of Manuel Lara.

48.     Attached hereto as **Exhibit 47** is a true and correct copy of the Declaration of Jose Leyva.

49.     Attached hereto as **Exhibit 48** is a true and correct copy of the Declaration of Alicia Lopez.

50.     Attached hereto as **Exhibit 49** is a true and correct copy of the Declaration of Rene Lopez.

51.     Attached hereto as **Exhibit 50** is a true and correct copy of the Declaration of Marta Lucio.

52.     Attached hereto as **Exhibit 51** is a true and correct copy of the Declaration of Maria Edilia Ruiz.

53.     Attached hereto as **Exhibit 52** is a true and correct copy of the Declaration of Alondra Manriquez.

54.     Attached hereto as **Exhibit 53** is a true and correct copy of the Declaration of Jose Manriquez.

55.     Attached hereto as **Exhibit 54** is a true and correct copy of the Declaration of Antonio Mariano.

56.     Attached hereto as **Exhibit 55** is a true and correct copy of the Declaration of Eulalio Martinez.

57.     Attached hereto as **Exhibit 56** is a true and correct copy of the Declaration of Jose Mata.

58.     Attached hereto as **Exhibit 57** is a true and correct copy of the Declaration of Irma Melgoza.

59.     Attached hereto as **Exhibit 58** is a true and correct copy of the Declaration of Juan Mendoza.

60.     Attached hereto as **Exhibit 59** is a true and correct copy of the Declaration of Ramiro Moreno.

61.     Attached hereto as **Exhibit 60** is a true and correct copy of the Declaration of Maria Nunez.

62.     Attached hereto as **Exhibit 61** is a true and correct copy of the Declaration of Jose Orihuela.

63.     Attached hereto as **Exhibit 62** is a true and correct copy of the Declaration of Jesus Paniagua.

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

*Arredondo v. Delano Farms Company, et al.*
*DECLARATION OF MICHAEL JOHNSON*

64. Attached hereto as **Exhibit 63** is a true and correct copy of the Declaration of Juan Pena.

65. Attached hereto as **Exhibit 64** is a true and correct copy of the Declaration of Marisela Pena.

66. Attached hereto as **Exhibit 65** is a true and correct copy of the Declaration of Antonia Perez.

67. Attached hereto as **Exhibit 66** is a true and correct copy of the Declaration of Yanelli Perez.

68. Attached hereto as **Exhibit 67** is a true and correct copy of the Declaration of Maria Raya.

69. Attached hereto as **Exhibit 68** is a true and correct copy of the Declaration of Argelia Reynoso.

70. Attached hereto as **Exhibit 69** is a true and correct copy of the Declaration of Roberto Rocha.

71. Attached hereto as **Exhibit 70** is a true and correct copy of the Declaration of Sandra Rocha.

72. Attached hereto as **Exhibit 71** is a true and correct copy of the Declaration of Beatriz Rodriguez.

73. Attached hereto as **Exhibit 72** is a true and correct copy of the Declaration of Jose Rodriguez.

74. Attached hereto as **Exhibit 73** is a true and correct copy of the Declaration of Leovigildo Rodriguez.

75. Attached hereto as **Exhibit 74** is a true and correct copy of the Declaration of Manuel Rodriguez.

76. Attached hereto as **Exhibit 75** is a true and correct copy of the Declaration of Selenne Rodriguez.

77. Attached hereto as **Exhibit 76** is a true and correct copy of the Declaration of Victoria Rosales.

78. Attached hereto as **Exhibit 77** is a true and correct copy of the Declaration of Maria Elvia Ruiz.

79. Attached hereto as **Exhibit 78** is a true and correct copy of the Declaration of Floriberto Sanchez.

80. Attached hereto as **Exhibit 79** is a true and correct copy of the Declaration of Luz Sanchez.

81. Attached hereto as **Exhibit 80** is a true and correct copy of the Declaration of Antonio Serrano

82. Attached hereto as **Exhibit 81** is a true and correct copy of the Declaration of Rosalia Silva.

*Arredondo v. Delano Farms Company, et al.*
*DECLARATION OF MICHAEL JOHNSON*

83.    Attached hereto as **Exhibit 82** is a true and correct copy of the Declaration of Manuel Solis.

84.    Attached hereto as **Exhibit 83** is a true and correct copy of the Declaration of Eliseo Solorio.

85.    Attached hereto as **Exhibit 84** is a true and correct copy of the Declaration of Nieves Torres.

86.    Attached hereto as **Exhibit 85** is a true and correct copy of the Declaration of Alejandro Vaca.

87.    Attached hereto as **Exhibit 86** is a true and correct copy of the Declaration of Adrian Vasquez.

88.    Attached hereto as **Exhibit 87** is a true and correct copy of the Declaration of Maurilio Vasquez.

89.    Attached hereto as **Exhibit 88** is a true and correct copy of the Declaration of Maria Vidrio.

90.    Attached hereto as **Exhibit 89** is a true and correct copy of the Declaration of Ana Villa.

91.    Attached hereto as **Exhibit 90** is a true and correct copy of the Declaration of Marife Villar.

92.    Attached hereto as **Exhibit 91** is a true and correct copy of the Declaration of Jose Mendez.

93.    Attached hereto as **Exhibit 92** is a true and correct copy of the Declaration of Andrea Natangcop.

94.    Attached hereto as **Exhibit 93** is a true and correct copy of the Declaration of Francisco Garcia.

95.    Attached hereto as **Exhibit 94** is a true and correct copy of the Declaration of Henry Galinato.

96.    Attached hereto as **Exhibit 95** is a true and correct copy of the Declaration of Rodolfo Mendez.

97.    Attached hereto as **Exhibit 96** is a true and correct copy of the pertinent parts of the Deposition of Dolores Mendez.

98.    Attached hereto as **Exhibit 97** is a true and correct copy of the pertinent parts of the Deposition of Miralba Alvarez.

99.    Attached hereto as **Exhibit 98** is a true and correct copy of the pertinent parts of the Deposition of Rosalba Landeros.

100.    Attached hereto as **Exhibit 99** is a true and correct copy of the pertinent parts of the Deposition of Jose Cuevas.

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

6

*Arredondo v. Delano Farms Company, et al.*
*DECLARATION OF MICHAEL JOHNSON*

101.   Attached hereto as **Exhibit 100** is a true and correct copy of the pertinent parts of the Deposition of Lourdes Ramirez.

102.   Attached hereto as **Exhibit 101** is a true and correct copy of the pertinent parts of the Deposition of Rodolfo Gomez.

103.   Attached hereto as **Exhibit 102** is a true and correct copy of the pertinent parts of the Deposition of Irma Landeros.

104.   Attached hereto as **Exhibit 103** is a true and correct copy of the pertinent parts of the Deposition of Isaac Munoz.

105.   Attached hereto as **Exhibit 104** is a true and correct copy of the pertinent parts of the Deposition of Blanca Torres.

106.   Attached hereto as **Exhibit 105** is a true and correct copy of the pertinent parts of the Deposition of Maria Venegas.

107.   Attached hereto as **Exhibit 106** is a true and correct copy of the pertinent parts of the Deposition of Jose Leyva.

108.   Attached hereto as **Exhibit 107** is a true and correct copy of the pertinent parts of the Deposition of Froilan Garcia.

109.   Attached hereto as **Exhibit 108** is a true and correct copy of the pertinent parts of the Deposition of Hilario Gomez.

110.   Attached hereto as **Exhibit 109** is a true and correct copy of the pertinent parts of the Deposition of Salvador Bustamante.

111.   Attached hereto as **Exhibit 110** is a true and correct copy of the pertinent parts of the Deposition of Sabas Arredondo.

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

7

*Arredondo v. Delano Farms Company, et al.*
*DECLARATION OF MICHAEL JOHNSON*

1    I declare under the penalty of perjury under the laws of the State of California that the foregoing

2    is true and correct and this declaration was executed on February 28, 2011, at Hanford, California.

3                          **GRISWOLD, LASALLE, COBB, DOWD & GIN, LLP**

4

5                          By /s/ Michael R. Johnson

6                              MICHAEL R. JOHNSON,
                               Attorneys for Defendants

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

8

*Arredondo v. Delano Farms Company, et al.*
*DECLARATION OF MICHAEL JOHNSON*

# EXHIBIT "1"

1  RANDY L. EDWARDS, #105639
   MICHAEL R. JOHNSON, #237767
2  LAURA A. WOLFE, #266751
   GRISWOLD, LaSALLE, COBB, DOWD & GIN, L.L.P.
3  111 East Seventh Street
   Hanford, CA 93230
4  Telephone (559) 584-6656
   Facsimile (559) 582-3106
5  johnson@griswoldlasalle.com; wolfe@griswoldlasalle.com

6  Attorneys for Defendants, Delano Farms Company, et al.

7              UNITED STATES DISTRICT COURT

8       EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

9  SABAS ARREDONDO, et al.              )   Case No.: 1:09-cv-01247-LJO-DLB
                                         )
10          Plaintiffs,                  )   DECLARATION OF
                                         )   Alfredo Aguilar
11  v.                                   )
                                         )
12  DELANO FARMS COMPANY, et al.         )
                                         )
13          Defendants.                  )

14      I, Alfredo Aguilar , declare as follows:

15  1.   I am currently an employee of T&R Bangi's Agricultural Services, Inc. ("T&R Bangi").

16  2.   While working for T&R Bangi, I am required to attend "escuelita" almost every morning at the

17       beginning of my shift. During this school, the foreman gives us directions and talks about safety.

18       School usually lasts 10-15 minutes. It is always held while employees are on the clock, and I am

19       always paid for the time I spend in school. Sometimes the foreman elects to skip school, but this

20       is very rare.

21  3.   As an employee of T&R Bangi, I am never required to perform work off the clock. If I arrive

22       at the job site early, I am not required to begin work. I know that we are not supposed to begin

23       setting up our tables prior to the shift starting. However, during the harvest season I sometimes

24       began setting up my packing table before the shift started. The harvest season is the only time

25       pre-shift work can be done. I did this voluntarily, and if the foreman saw me, he would make

26       me stop. I only spent about 2-3 minutes setting up the table before the shift started.

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

                                1

                                              *Arredondo v. Delano Farms, et al.*
                                                             *DECLARATION*

4.  I am never required to do work after my shift has ended. During the harvest season, the foreman instructs us to stop picking grapes 15 minutes before the end of the shift. This allows us time to finish packing the grapes that have already been picked and to close our table up.

5.  I am never required to work at home. I am not required to take my packing trays home with me to clean, and I know that I am not supposed to take the trays home with me. I am not required to put stickers on boxes or clamshells at home, and know that I am not supposed to take boxes, clamshell, or stickers home with me.

6.  During my shifts, I am always given my full break time. During a normal 8 hour day, I am given two 15 minute breaks, and a 30 minute lunch break. My break times are never cut short, and I am not allowed to work during my breaks.

7.  I am provided with all the tools necessary to do my job. The tools that T&R Bangi gives me are adequate to perform my work. However, I prefer to purchase my own tools because they are of a higher quality and I like them better. I have not been reimbursed for these tools by T&R Bangi, but I have never asked for reimbursement.

8.  When my crew moves locations during a shift, the company does not transport the workers. However, I remain on the clock during this time, and am always paid for the time spent traveling from one block to another.

9.  If called as a witness I could testify to all of the foregoing based upon my personal knowledge.

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct and this declaration was executed on September _08_, in Delano, California.

Alfredo Aguilar
(Sign Name)

Alfredo Aguilar
(Print Name)

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

2

*Arredondo v. Delano Farms, et al.*
*DECLARATION*

1

## DECLARATION OF DONETTE LANCASTER

2

3    I declare that I am a certified translator fluent in the Spanish language and that I read the above

4    declaration from English into Spanish to _Alfredo Aguilar_ . He/She indicated to me that

5    the declaration is true and correct to the best of his/her knowledge.  I declare under penalty of perjury

6    under the laws of the State of California and the laws of the United States of America that the foregoing

7    is true and correct.

8

9    Executed September _08_ , 2010 in Delano, California.

10

11

12    _____

13                DONETTE LANCASTER

14

15

16

17

18

19

20

21

22

23

24

25

26

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

1

*Arredondo v. Delano Farms, et al.*
*DECLARATION*

EXHIBIT "2"

1 | RANDY L. EDWARDS, #105639
MICHAEL R. JOHNSON, #237767
2 | LAURA A. WOLFE, #266751
GRISWOLD, LaSALLE, COBB, DOWD & GIN, L.L.P.
3 | 111 East Seventh Street
Hanford, CA 93230
4 | Telephone (559) 584-6656
Facsimile (559) 582-3106
5 | johnson@griswoldlasalle.com; wolfe@griswoldlasalle.com

6 | Attorneys for Defendants, Delano Farms Company, et al.

7 | UNITED STATES DISTRICT COURT

8 | EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

9 | SABAS ARREDONDO, et al.            ) Case No.: 1:09-cv-01247-LJO-DLB
                                      )
10 |            Plaintiffs,            )
                                      ) **DECLARATION OF**
11 | v.                               )  Jose A. Alvarado
                                      )
12 | DELANO FARMS COMPANY, et al.      )
                                      )
13 |            Defendants.           )

14 | I, Jose A. Alvarado, declare as follows:

15 | 1.    I am currently an employee of T&R Bangi's Agricultural Services, Inc. ("T&R Bangi").

16 | 2.    While working for T&R Bangi, I am required to attend "escuelita" almost every morning at the

17 | beginning of my shift. During this school, the foreman gives us directions and talks about safety.

18 | School usually lasts 10-15 minutes. It is always held while employees are on the clock, and I am

19 | always paid for the time I spend in school. Sometimes the foreman elects to skip school, but this

20 | is very rare.

21 | 3.    As an employee of T&R Bangi, I am never required to perform work off the clock. If I arrive

22 | at the job site early, I am not required to begin work. I know that we are not supposed to begin

23 | setting up our tables prior to the shift starting. However, during the harvest season I sometimes

24 | began setting up my packing table before the shift started. The harvest season is the only time

25 | pre-shift work can be done. I did this voluntarily, and if the foreman saw me, he would make

26 | me stop. I only spent about 2-3 minutes setting up the table before the shift started.

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

1

*Arredondo v. Delano Farms, et al.*
*DECLARATION*

4.   I am never required to do work after my shift has ended. During the harvest season, the foreman instructs us to stop picking grapes 15 minutes before the end of the shift. This allows us time to finish packing the grapes that have already been picked and to close our table up.

5.   I am never required to work at home. I am not required to take my packing trays home with me to clean, and I know that I am not supposed to take the trays home with me. I am not required to put stickers on boxes or clamshells at home, and know that I am not supposed to take boxes, clamshell, or stickers home with me.

6.   During my shifts, I am always given my full break time. During a normal 8 hour day, I am given two 15 minute breaks, and a 30 minute lunch break. My break times are never cut short, and I am not allowed to work during my breaks.

7.   I am provided with all the tools necessary to do my job. The tools that T&R Bangi gives me are adequate to perform my work. However, I prefer to purchase my own tools because they are of a higher quality and I like them better. I have not been reimbursed for these tools by T&R Bangi, but I have never asked for reimbursement.

8.   When my crew moves locations during a shift, the company does not transport the workers. However, I remain on the clock during this time, and am always paid for the time spent traveling from one block to another.

9.   If called as a witness I could testify to all of the foregoing based upon my personal knowledge.

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct and this declaration was executed on September 08, in Delano, California.

Jose A. Alvarado
(Sign Name)

Jose A. Alvarado
(Print Name)

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

2

*Arredondo v. Delano Farms, et al.*
*DECLARATION*

1

## DECLARATION OF DONETTE LANCASTER

2

3          I declare that I am a certified translator fluent in the Spanish language and that I read the above

4   declaration from English into Spanish to Jose A. Alvarado. He/She indicated to me that

5   the declaration is true and correct to the best of his/her knowledge.  I declare under penalty of perjury

6   under the laws of the State of California and the laws of the United States of America that the foregoing

7   is true and correct.

8

9          Executed September 08, 2010 in Delano, California.

10

11

12

13                    DONETTE LANCASTER

14

15

16

17

18

19

20

21

22

23

24

25

26

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

1

*Arredondo v. Delano Farms, et al.*
*DECLARATION*

# EXHIBIT "3"

1 | RANDY L. EDWARDS, #105639
MICHAEL R. JOHNSON, #237767
2 | LAURA A. WOLFE, #266751
GRISWOLD, LaSALLE, COBB, DOWD & GIN, L.L.P.
3 | 111 East Seventh Street
Hanford, CA 93230
4 | Telephone (559) 584-6656
Facsimile (559) 582-3106
5 | johnson@griswoldlasalle.com; wolfe@griswoldlasalle.com

6 | Attorneys for Defendants, Delano Farms Company, et al.

7 | **UNITED STATES DISTRICT COURT**

8 | **EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**

9 | SABAS ARREDONDO, et al.                )   Case No.: 1:09-cv-01247-LJO-DLB
                                          )
10 |                 Plaintiffs,           )   **DECLARATION OF ADRIAN ALVAREZ**
                                          )
11 | v.                                    )
                                          )
12 | DELANO FARMS COMPANY, et al.          )
                                          )
13 |                 Defendants.           )

14 | I, Adrian Alvarez, declare as follows:

15 | 1.   I am currently an employee of T&R Bangi's Agricultural Services, Inc. ("T&R Bangi"). My

16 |      current foreman is Rafael Chavez. My employee number is **17894**.

17 | 2.   As an employee of T&R Bangi, I attend "escuelita" every morning at the beginning of my shift.

18 |      During the school, the foreman gives the crew directions and talks about safety and heat related

19 |      illness. School usually lasts 10-15 minutes. On some occasions, the foreman may hold school

20 |      twice in a day if the work is not being done according to specifications. Other times, the foreman

21 |      many elect to skip school, but this is very rare. School is always held while employees are on

22 |      the clock, and I am always paid for the time I spend in school.

23 | 3.   As an employee of T&R Bangi, I am not required to perform work off the clock. If I arrive at

24 |      the job site early, I know that I am not supposed to begin setting up my table prior to the shift

25 |      starting. I have never seen anyone start work early. Employees are constantly reminded that

26 |      working before the shift starts or during breaks is not permitted.

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

1

4.    During the harvest season, the foreman instructs us to stop picking grapes 15 minutes before the end of the shift.  This gives us enough time to finish packing the grapes that have already been picked and to close our table up.  Often, our work is complete one or two minutes before the end of the shift.

5.    I am not required to work at home.  I am not required to take my packing trays home with me to clean, and I know that I am not supposed to take the trays home with me.  I am not required to put stickers on boxes or clamshells at home, and know that I am not supposed to take boxes, clamshells, or stickers home with me.

6.    I am always given my full break time.  During a normal 8 hour day, I am given two 15 minute breaks, and a 30 minute lunch break.  My break times are never cut short, and I am not allowed to work during my breaks.

7.    I am provided with all the tools necessary to do my job.  The tools that the company gives me are adequate to perform my work.

8.    When my crew moves locations during a shift, the company does not transport the workers.  However, I remain on the clock during this time, and am always paid for the time spent traveling from one block to another.  We are rarely moved from one location to another during the middle of the day.

9.    If called as a witness I could testify to all of the foregoing based upon my personal knowledge.  I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct and this declaration was executed on November 09, 2010, in Delano, California.

ADRIAN ALVAREZ
**ADRIAN ALVAREZ**

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

2

*DECLARATION*
*ARREDONDO v. DELANO FARMS COMPANY, et al.*

1

**DECLARATION OF DONETTE LANCASTER**

2      I declare that I am a certified translator fluent in the Spanish language and that I read the above

3  declaration from English into Spanish to _Adrian Alvarez_ He/She indicated to me that

4  the declaration is true and correct to the best of his/her knowledge.  I declare under penalty of perjury

5  under the laws of the State of California and the laws of the United States of America that the foregoing

6  is true and correct.

7      Executed November _09_, 2010 in Delano, California.

8

9      DONETTE LANCASTER

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

3

# EXHIBIT "4"

1  RANDY L. EDWARDS, #105639
   MICHAEL R. JOHNSON, #237767
2  LAURA A. WOLFE, #266751
   GRISWOLD, LaSALLE, COBB, DOWD & GIN, L.L.P.
3  111 East Seventh Street
   Hanford, CA 93230
4  Telephone (559) 584-6656
   Facsimile (559) 582-3106
5  johnson@griswoldlasalle.com; wolfe@griswoldlasalle.com

6  Attorneys for Defendants, Delano Farms Company, et al.

7              UNITED STATES DISTRICT COURT

8       EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

9  SABAS ARREDONDO, et al.          )  Case No.: 1:09-cv-01247-LJO-DLB
                                     )
10           Plaintiffs,             )  DECLARATION OF ESPERANZA
                                     )  ALVAREZ
11  v.                               )
                                     )
12  DELANO FARMS COMPANY, et al.     )
                                     )
13           Defendants.            )

14     I, Esperanza Alvarez, declare as follows:

15  1.   I am currently an employee of T&R Bangi's Agricultural Services, Inc. ("T&R Bangi"). My

16       current foreman is Amadeo Paniagua. My employee number is **5302**.

17  2.   While working for T&R Bangi, I am required to attend "escuelita" almost every morning at the

18       beginning of my shift. During this school, the foreman gives us directions and talks about safety,

19       such as how to avoid heat stress, cuts, and how to avoid injury when dealing with heavy loads.

20       I do not know how long school usually lasts. It is always held while employees are on the clock,

21       and I am always paid for the time I spend in school. Sometimes the foreman holds "escuelita"

22       twice during a shift if we are not picking correctly, or if we need further directions. We are paid

23       for this time as well. On rare occasions, the foreman may elect to skip school because we are

24       working at the same location as before, or because we are harvesting the same type of grape as

25       before. The foreman specifically tells us not to work before or after the shift ends, or during any

26       of our breaks.

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

1

*DECLARATION*
*ARREDONDO v. DELANO FARMS COMPANY, et al.*

3.    As an employee of T&R Bangi, I am never required to perform work off the clock.  If I arrive at the job site early, I am not required to begin work.  I know that we are not supposed to begin setting up our tables prior to the shift starting.  If anyone starts working early, the foreman tells them to stop.

4.    I am never required to do work after my shift has ended.  During the harvest season, the foreman instructs us to stop picking grapes more or less 15 minutes before the end of the shift.  This allows us time to finish packing the grapes that have already been picked and to close our table up.  Often, when all work is completed prior to the end of the shift, we go back and pick more grapes.

5.    I am never required to work at home.  I am not required to take my packing trays home with me to clean, and I know that I am not supposed to take the trays home with me.  I am not required to put stickers on boxes or clamshells at home, and know that I am not supposed to take boxes, clamshells, or stickers home with me.  However, a few years ago I used to take my trays home to clean them.  I do not remember when I stopped doing this, but it was a few years ago.

6.    During my shifts, I am always given my full break time.  During a normal 8 hour day, I am given two 15 minute breaks, and a 30 minute lunch break.  My break times are never cut short, and I am not allowed to work during my breaks.

7.    I am provided with all the tools necessary to do my job.  The tools that the company gives me are adequate to perform my work.

8.    When my crew moves locations during a shift, the company does not transport the workers.  However, I remain on the clock during this time, and am always paid for the time spent traveling from one block to another.  If the new location is a close distance, the crew walks to it.  If it is a little further away, like 2-3 blocks, we go in our cars.  We are paid for this time.  If the new location is too far away, we are sent home and report at the new location the next day.

9.    If called as a witness I could testify to all of the foregoing based upon my personal knowledge.  I declare under the penalty of perjury under the laws of the State of California that the foregoing

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

2

*DECLARATION*
*ARREDONDO v. DELANO FARMS COMPANY, et al.*

1   is true and correct and this declaration was executed on November 3, 2010, in Delano, California.

2

3   *Esperanza Alvarez*
    /ESPERANZA ALVAREZ

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

*DECLARATION*
*ARREDONDO v. DELANO FARMS COMPANY, et al.*

1

## DECLARATION OF DONETTE LANCASTER

2          I declare that I am a certified translator fluent in the Spanish language and that I read the above

3   declaration from English into Spanish to _Esperanza Alvarez_He/She indicated to me that

4   the declaration is true and correct to the best of his/her knowledge.  I declare under penalty of perjury

5   under the laws of the State of California and the laws of the United States of America that the foregoing

6   is true and correct.

7          Executed November __3__, 2010 in Delano, California.

8

9                                                    DONETTE LANCASTER

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

4

*DECLARATION*
*ARREDONDO v. DELANO FARMS COMPANY, et al.*

# EXHIBIT "5"

1 | RANDY L. EDWARDS, #105639
MICHAEL R. JOHNSON, #237767
2 | LAURA A. WOLFE, #266751
GRISWOLD, LaSALLE, COBB, DOWD & GIN, L.L.P.
3 | 111 East Seventh Street
Hanford, CA 93230
4 | Telephone (559) 584-6656
Facsimile (559) 582-3106
5 | johnson@griswoldlasalle.com; wolfe@griswoldlasalle.com

6 | Attorneys for Defendants, Delano Farms Company, et al.

7 | **UNITED STATES DISTRICT COURT**

8 | **EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**

9 | SABAS ARREDONDO, et al.      )   Case No.: 1:09-cv-01247-LJO-DLB
     )
10 |     Plaintiffs,       )   **DECLARATION OF FELIPE ALVAREZ**
     )
11 | v.                   )
     )
12 | DELANO FARMS COMPANY, et al.    )
     )
13 |     Defendants.      )

14 | I, Felipe Alvarez, declare as follows:

15 | 1.    I am currently an employee of T&R Bangi's Agricultural Services, Inc. ("T&R Bangi"). My

16 | current foreman is Rafael Chavez. My employee number is **unknown**

17 | 2.    As an employee of T&R Bangi, I attend "escuelita" every morning at the beginning of my shift.

18 | During the school, the foreman gives the crew directions and talks about safety and heat related

19 | illness. School usually lasts 10-15 minutes. On some occasions, the foreman may hold school

20 | twice in a day if the work is not being done according to specifications. Other times, the foreman

21 | many elect to skip school, but this is very rare. School is always held while employees are on

22 | the clock, and I am always paid for the time I spend in school.

23 | 3.    As an employee of T&R Bangi, I am not required to perform work off the clock. If I arrive at

24 | the job site early, I know that I am not supposed to begin setting up my table prior to the shift

25 | starting. I have seen some employees try to begin work early, but if anyone starts working early,

26 |

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

1

*DECLARATION*
*ARREDONDO v. DELANO FARMS COMPANY, et al.*

1    the foreman will tell them to stop.  Employees are constantly reminded that working before or

2    after the shift or during breaks is not permitted.

3  4.   During the harvest season, the foreman instructs us to stop picking grapes 15 minutes before the

4    end of the shift.  This gives us enough time to finish packing the grapes that have already been

5    picked and to close our table up.  Often, our work is complete one or two minutes before the end

6    of the shift.

7  5.   I am not required to work at home.  I am not required to take my packing trays home with me to

8    clean, and I know that I am not supposed to take the trays home with me.  I am not required to

9    put stickers on boxes or clamshells at home, and know that I am not supposed to take boxes,

10    clamshells, or stickers home with me.

11  6.   I am always given my full break time.  During a normal 8 hour day, I am given two 15 minute

12    breaks, and a 30 minute lunch break.  My break times are never cut short, and I am not allowed

13    to work during my breaks.

14  7.   I am provided with all the tools necessary to do my job.  The tools that the company gives me

15    are adequate to perform my work.

16  8.   When my crew moves locations during a shift, the company does not transport the workers.

17    However, I remain on the clock during this time, and am always paid for the time spent traveling

18    from one block to another.  We are rarely moved from one location to another during the middle

19    of the day.

20  9.   If called as a witness I could testify to all of the foregoing based upon my personal knowledge.

21    I declare under the penalty of perjury under the laws of the State of California that the foregoing

22  is true and correct and this declaration was executed on November $09$, 2010, in Delano, California.

23

24    FELIPE ALVAREZ
     **FELIPE ALVAREZ**

25

26

*DECLARATION*
*ARREDONDO v. DELANO FARMS COMPANY, et al.*

1

## DECLARATION OF DONETTE LANCASTER

2      I declare that I am a certified translator fluent in the Spanish language and that I read the above

3 declaration from English into Spanish to _Felipe Alvarez_ . He/She indicated to me that

4 the declaration is true and correct to the best of his/her knowledge.  I declare under penalty of perjury

5 under the laws of the State of California and the laws of the United States of America that the foregoing

6 is true and correct.

7      Executed November _09_ , 2010 in Delano, California.

8

9                                            _____
                                                   DONETTE LANCASTER
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

3

EXHIBIT "6"

09/08/2010 WED 15:47 FAX

RANDY L. EDWARDS, #105639
MICHAEL R. JOHNSON, #237767
LAURA A. WOLFE, #266751
GRISWOLD, LaSALLE, COBB, DOWD & GIN, L.L.P.
111 East Seventh Street
Hanford, CA 93230
Telephone (559) 584-6656
Facsimile (559) 582-3106
johnson@griswoldlasalle.com; wolfe@griswoldlasalle.com

Attorneys for Defendants, Delano Farms Company, et al.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| SABAS ARREDONDO, et al. | Case No.: 1:09-cv-01247-LJO-DLB |
| Plaintiffs, | **DECLARATION OF MIRALBA ALVAREZ** |
| v. | |
| DELANO FARMS COMPANY, et al. | |
| Defendants. | |

I, Miralba Alvarez, declare as follows:

1. I am currently an employee of T&R Bangi's Agricultural Services, Inc. ("T&R Bangi").

2. While working for T&R Bangi, I am required to attend "escuelita" almost every morning at the beginning of my shift. During this school, the foreman gives us directions and talks about safety. School usually lasts 10-15 minutes. It is always held while employees are on the clock, and I am always paid for the time I spend in school. Sometimes the foreman elects to skip school, but this is very rare.

3. As an employee of T&R Bangi, I am never required to perform work off the clock. If I arrive at the job site early, I am not required to begin work. I know that we are not supposed to begin setting up our tables prior to the shift starting. If anyone starts working early, the foreman tells them to stop.

4. I am almost never required to do work after my shift has ended. During the harvest season, the foreman instructs us to stop picking grapes 15 minutes before the end of the shift. This allows

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

1

*Arredondo v. Delano Farms, et al.*
*DECLARATION*

RECEIVE:       NO.3057       09/08/2010/WED 03:47PM       Griswold Lasalle

1   us time to finish packing the grapes that have already been picked and to pack our table.  There

2   is only one time that I had to stay late during my shift to finish packing the grapes that I had

3   picked.  I was paid for this time.

4   5.   I am never required to work at home.  I am not required to take my packing trays home with me

5       to clean, and I know that I am not supposed to take the trays home with me.  I am not required

6       to put stickers on boxes or clamshells at home, and know that I am not supposed to take boxes,

7       clamshell, or stickers home with me.

8   6.   During my shifts, I am always given my full break time.  During a normal 8 hour day, I am given

9       two 15 minute breaks, and a 30 minute lunch break.  My break times are never cut short, and I

10      am not allowed to work during my breaks.

11  7.   I am provided with all the tools necessary to do my job.  The tools that the company gives me

12      are adequate to perform my work.

13  8.   When my crew moves locations during a shift, the company does not transport the workers.

14      However, I remain on the clock during this time, and am always paid for the time spent traveling

15      from one block to another.

16  9.   If called as a witness I could testify to all of the foregoing based upon my personal knowledge.

17      I declare under the penalty of perjury under the laws of the State of California that the foregoing

18  is true and correct and this declaration was executed on September _08_ , in Delano, California.

19                                          _Miralba Alvarez_
20                                          **MIRALBA ALVAREZ**

21

22

23

24

25

26

GRISWOLD, LaSALLE,
COBB, DOWD &
OIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

2

*Arredondo v. Delano Farms, et al.*
*DECLARATION*

1

## DECLARATION OF DONETTE LANCASTER

2

3      I declare that I am a certified translator fluent in the Spanish language and that I read the above

4  declaration from English into Spanish to _Miralba Alvarez_. He/She indicated to me that

5  the declaration is true and correct to the best of his/her knowledge.  I declare under penalty of perjury

6  under the laws of the State of California and the laws of the United States of America that the foregoing

7  is true and correct.

8

9      Executed September __08__, 2010 in Delano, California.

10

11

12

13                          DONETTE LANCASTER

14

15

16

17

18

19

20

21

22

23

24

25

26

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93330

1

*Arredondo v. Delano Farms, et al.*
*DECLARATION*

# EXHIBIT "7"

1    RANDY L. EDWARDS, #105639
     MICHAEL R. JOHNSON, #237767
2    LAURA A. WOLFE, #266751
     GRISWOLD, LaSALLE, COBB, DOWD & GIN, L.L.P.
3    111 East Seventh Street
     Hanford, CA 93230
4    Telephone (559) 584-6656
     Facsimile (559) 582-3106
5    johnson@griswoldlasalle.com; wolfe@griswoldlasalle.com

6    Attorneys for Defendants, Delano Farms Company, et al.

7                 **UNITED STATES DISTRICT COURT**

8        **EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**

9    SABAS ARREDONDO, et al.       )    Case No.: 1:09-cv-01247-LJO-DLB
                                )
10          Plaintiffs,         )    **DECLARATION OF ~~VINCENTE~~ AMBRIZ**
                                )               VICENTE
11    v.                            )
                                )
12    DELANO FARMS COMPANY, et al.    )
                                )
13          Defendants.       )

14       I, Vicente Ambriz, declare as follows:

15    1.    I am currently an employee of T&R Bangi's Agricultural Services, Inc. ("T&R Bangi"). My

16        current forewoman is Josefina Melgoza. My employee number is **9081** .

17    2.    As an employee of T&R Bangi, I attend "escuelita" two or three times a week. During the

18        escuelita, the foreman gives the crew directions and talks about safety. We are also reminded

19        not to being work before the shift, or work during our breaks. This school usually lasts 10-15

20        minutes. It is always held while employees are on the clock, and I am always paid for the time

21        I spend in school.

22    3.    As an employee of T&R Bangi, I am not required to perform work off the clock. I know that we

23        are not supposed to begin setting up our tables prior to the shift starting. If anyone starts working

24        early, the foreman will tell them to stop. However, I still begin gathering boxes before my shift.

25        This is voluntary and I do it out of habit.

26

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

                                   2

4.  I am not required to do any work after my shift has ended.  During the harvest season, the foreman instructs us to stop picking grapes 15 minutes before the end of the shift.  This gives us enough time to finish packing the grapes that have already been picked and to close our table up. Often, our work is complete one or two minutes before the end of the shift.

5.  I am not required to perform any work at home, and I do not have to take my trays home to clean them.  *Although about two years ago I did take them home.* VA

6.  I am always given my full break time.  During a normal 8 hour day, I am given two 15 minute breaks, and a 30 minute lunch break.  My break times are never cut short, and I am not allowed to work during my breaks.

7.  I am provided with all the tools necessary to do my job.  The tools that the company gives me are adequate to perform my work.

8.  When my crew moves locations during a shift, the company does not transport the workers. However, I remain on the clock during this time, and am always paid for the time spent traveling from one block to another.  We are rarely moved from one location to another during the middle of the day.

9.  During the picking season, I am paid a bonus for each box of grapes I pack.  I have always been paid the correct bonus amount.

10. When I arrive at work and it is raining, I wait in my car until the rain stops or the foreman tells me to go home.  I usually wait between 10 and 30 minutes.

11. If called as a witness I could testify to all of the foregoing based upon my personal knowledge. I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct and this declaration was executed on November *03*, 2010, in Delano, California.

Vicente Ambriz
VINCENTE AMBRIZ

GRISWOLD, LaSALLE, COBB, DOWD & GIN, L.L.P. 111 EAST SEVENTH STREET HANFORD, CA 93230

3

1

## DECLARATION OF DONETTE LANCASTER

2        I declare that I am a certified translator fluent in the Spanish language and that I read the above

3   declaration from English into Spanish to _Vicente Ambriz_ . He/She indicated to me that

4   the declaration is true and correct to the best of his/her knowledge.  I declare under penalty of perjury

5   under the laws of the State of California and the laws of the United States of America that the foregoing

6   is true and correct.

7        Executed November _03_ , 2010 in Delano, California.

8

9                                                         _____
                                                         DONETTE LANCASTER

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

4

*DECLARATION*
*ARREDONDO v. DELANO FARMS COMPANY, et al.*

# EXHIBIT "8"

RANDY L. EDWARDS, #105639
MICHAEL R. JOHNSON, #237767
LAURA A. WOLFE, #266751
GRISWOLD, LaSALLE, COBB, DOWD & GIN, L.L.P.
111 East Seventh Street
Hanford, CA 93230
Telephone (559) 584-6656
Facsimile (559) 582-3106
johnson@griswoldlasalle.com; wolfe@griswoldlasalle.com

Attorneys for Defendants, Delano Farms Company, et al.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

SABAS ARREDONDO, et al.

            Plaintiffs,

  v.

DELANO FARMS COMPANY, et al.

            Defendants.

Case No.: 1:09-cv-01247-LJO-DLB

DECLARATION OF
_Anastacio Arellano_

I, _Anastacio Arellano_, declare as follows:

1.    I am currently an employee of T&R Bangi's Agricultural Services, Inc. ("T&R Bangi").

2.    While working for T&R Bangi, I am required to attend "escuelita" almost every morning at the beginning of my shift. During this school, the foreman gives us directions and talks about safety. School usually lasts 10-15 minutes. It is always held while employees are on the clock, and I am always paid for the time I spend in school. Sometimes the foreman elects to skip school, but this is very rare.

3.    As an employee of T&R Bangi, I am never required to perform work off the clock. If I arrive at the job site early, I am not required to begin work. I know that we are not supposed to begin setting up our tables prior to the shift starting. If anyone starts working early, the foreman tells them to stop.

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

1

*Arredondo v. Delano Farms, et al.*
*DECLARATION*

4.    I am never required to do work after my shift has ended. During the harvest season, the foreman instructs us to stop picking grapes 15 minutes before the end of the shift. This allows us time to finish packing the grapes that have already been picked and to close our table up.

5.    I am never required to work at home. I am not required to take my packing trays home with me to clean, and I know that I am not supposed to take the trays home with me. I am not required to put stickers on boxes or clamshells at home, and know that I am not supposed to take boxes, clamshell, or stickers home with me.

6.    During my shifts, I am always given my full break time. During a normal 8 hour day, I am given two 15 minute breaks, and a 30 minute lunch break. My break times are never cut short, and I am not allowed to work during my breaks.

7.    I am provided with all the tools necessary to do my job. The tools that the company gives me are adequate to perform my work.

8.    When my crew moves locations during a shift, the company does not transport the workers. However, I remain on the clock during this time, and am always paid for the time spent traveling from one block to another.

9.    If called as a witness I could testify to all of the foregoing based upon my personal knowledge.

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct and this declaration was executed on September _08_, in Delano, California.

_____
(Sign Name)

Anastacio Arellano
_____
(Print Name)

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93150

2

*Arredondo v. Delano Farms, et al.*
*DECLARATION*

RECEIVE:    NO.3056    09/08/2010/WED 03:41PM    Griswold Lasalle

1

**DECLARATION OF DONETTE LANCASTER**

2

3      I declare that I am a certified translator fluent in the Spanish language and that I read the above

4  declaration from English into Spanish to _Anastacio Arellano_. He/She indicated to me that

5  the declaration is true and correct to the best of his/her knowledge.  I declare under penalty of perjury

6  under the laws of the State of California and the laws of the United States of America that the foregoing

7  is true and correct.

8

9      Executed September ___08___, 2010 in Delano, California.

10

11

12

13                         DONETTE LANCASTER

14

15

16

17

18

19

20

21

22

23

24

25

26

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
131 EAST SEVENTH STREET
HANFORD, CA 93230

1

*Arredondo v. Delano Farms, et al.*
*DECLARATION*

# EXHIBIT "9"

RANDY L. EDWARDS, #105639
MICHAEL R. JOHNSON, #237767
LAURA A. WOLFE, #266751
GRISWOLD, LaSALLE, COBB, DOWD & GIN, L.L.P.
111 East Seventh Street
Hanford, CA 93230
Telephone (559) 584-6656
Facsimile (559) 582-3106
johnson@griswoldlasalle.com; wolfe@griswoldlasalle.com

Attorneys for Defendants, Delano Farms Company, et al.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | | |
|---|---|---|
| SABAS ARREDONDO, et al. | ) | Case No.: 1:09-cv-01247-LJO-DLB |
| Plaintiffs, | ) | **DECLARATION OF MARIA AYON** |
| v. | ) | |
| DELANO FARMS COMPANY, et al. | ) | |
| Defendants. | ) | |

I, Maria Ayon, declare as follows:

1.    I am currently an employee of T&R Bangi's Agricultural Services, Inc. ("T&R Bangi").

2.    While working for T&R Bangi, I am required to attend "escuelita" almost every morning at the beginning of my shift. During this school, the foreman gives us directions and talks about safety, such as how to avoid heat stress, cuts, and how to avoid injury when dealing with heavy loads. School usually lasts 10-15 minutes. It is always held while employees are on the clock, and I am always paid for the time I spend in school. Sometimes the foreman holds "escuelita" twice during a shift if we are not picking correctly, or if we need further directions. We are paid for this time as well. On rare occasions, the foreman may elect to skip school because we are working at the same location as before, or because we are harvesting the same type of grape as before.

3.    As an employee of T&R Bangi, I am never required to perform work off the clock. If I arrive at the job site early, I am not required to begin work. I know that we are not supposed to begin

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

1

*Arredondo v. Delano Farms, et al.*
*DECLARATION*

1    setting up our tables prior to the shift starting. If anyone starts working early, the foreman tells

2    them to stop.

3    4.   I am never required to do work after my shift has ended. During the harvest season, the foreman

4         instructs us to stop picking grapes 15 minutes before the end of the shift. This allows us time

5         to finish packing the grapes that have already been picked and to close our table up.

6    5.   I am never required to work at home. I am not required to take my packing trays home with me

7         to clean, and I am not required to put stickers on boxes or clamshells at home.

8    6.   During my shifts, I am always given my full break time. During a normal 8 hour day, I am given

9         two 15 minute breaks, and a 30 minute lunch break. My break times are never cut short, and I

10        am not allowed to work during my breaks.

11   7.   I am provided with all the tools necessary to do my job. The tools that the company gives me

12        are adequate to perform my work.

13   8.   When my crew moves locations during a shift, the company does not transport the workers.

14        However, I remain on the clock during this time, and am always paid for the time spent traveling

15        from one block to another.

16   9.   If called as a witness I could testify to all of the foregoing based upon my personal knowledge.

17        I declare under the penalty of perjury under the laws of the State of California that the foregoing

18   is true and correct and this declaration was executed on September 15, 2010, in Delano, California.

19        _Marra L Ngo_
          **MARIA AYON**

20

21

22

23

24

25

26

GRISWOLD, LaSALLE,
COBB, DOWD &
OIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

                                        2

## DECLARATION OF DONETTE LANCASTER

I declare that I am a certified translator fluent in the Spanish language and that I read the above declaration from English into Spanish to _Maria Ayon_ . He/She indicated to me that the declaration is true and correct to the best of his/her knowledge. I declare under penalty of perjury under the laws of the State of California and the laws of the United States of America that the foregoing is true and correct.

Executed September _15_ , 2010 in Delano, California.


_____

DONETTE LANCASTER

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93330

1

*Arredondo v. Delano Farms, et al.*
*DECLARATION*

RECEIVE:      NO.3185      09/15/2010/WED 04:13PM      Griswold Lasalle

# EXHIBIT "10"

1   RANDY L. EDWARDS, #105639
    MICHAEL R. JOHNSON, #237767
2   LAURA A. WOLFE, #266751
    GRISWOLD, LaSALLE, COBB, DOWD & GIN, L.L.P.
3   111 East Seventh Street
    Hanford, CA 93230
4   Telephone (559) 584-6656
    Facsimile (559) 582-3106
5   johnson@griswoldlasalle.com; wolfe@griswoldlasalle.com

6   Attorneys for Defendants, Delano Farms Company, et al.

7                    **UNITED STATES DISTRICT COURT**

8          **EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**

9   SABAS ARREDONDO, et al.                  )  Case No.: 1:09-cv-01247-LJO-DLB
                                             )
10               Plaintiffs,                 )  **DECLARATION OF ANTONIO BAEZ**
                                             )
11  v.                                       )
                                             )
12  DELANO FARMS COMPANY, et al.             )
                                             )
13               Defendants.                 )
    _____      )

14         I, Antonio Baez, declare as follows:

15  1.     I am currently an employee of T&R Bangi's Agricultural Services, Inc. ("T&R Bangi"). My

16         current foreman is Rafael Chavez. My employee number is ⌊7967⌋.

17  2.     As an employee of T&R Bangi, I attend "escuelita" every morning at the beginning of my shift.

18         During the school, the foreman gives the crew directions and talks about safety and heat related

19         illness. School usually lasts 10-15 minutes. On some occasions, the foreman may hold school

20         twice in a day if the work is not being done according to specifications. Other times, the foreman

21         many elect to skip school, but this is very rare. School is always held while employees are on

22         the clock, and I am always paid for the time I spend in school.

23  3.     As an employee of T&R Bangi, I am not required to perform work off the clock. If I arrive at

24         the job site early, I know that I am not supposed to begin setting up my table prior to the shift

25         starting. However, until about two years ago, I used to start work early so I could earn a bigger

26         bonus. I was never required to start work early.

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

                                    1

4. During the harvest season, the foreman instructs us to stop picking grapes 15 minutes before the end of the shift. This gives us enough time to finish packing the grapes that have already been picked and to close our table up. Often, our work is complete one or two minutes before the end of the shift.

5. I am not required to work at home. I am not required to take my packing trays home with me to clean, and I know that I am not supposed to take the trays home with me. I am not required to put stickers on boxes or clamshells at home, and know that I am not supposed to take boxes, clamshells, or stickers home with me. I was once asked by a foreman to take some trays home to wash them, and I refused without consequence.

6. I am always given my full break time. During a normal 8 hour day, I am given two 15 minute breaks, and a 30 minute lunch break. My break times are never cut short, and I am not allowed to work during my breaks.

7. I am provided with all the tools necessary to do my job. The tools that the company gives me are adequate to perform my work.

8. When my crew moves locations during a shift, the company does not transport the workers. However, I remain on the clock during this time, and am always paid for the time spent traveling from one block to another. We are rarely moved from one location to another during the middle of the day.

9. If called as a witness I could testify to all of the foregoing based upon my personal knowledge. I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct and this declaration was executed on November $O9$, 2010, in Delano, California.


**ANTONIO BAEZ**

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

2

*DECLARATION*
*ARREDONDO v. DELANO FARMS COMPANY, et al.*

1

### DECLARATION OF DONETTE LANCASTER

2       I declare that I am a certified translator fluent in the Spanish language and that I read the above

3 declaration from English into Spanish to _Antonio Baez_ . He/She indicated to me that

4 the declaration is true and correct to the best of his/her knowledge.  I declare under penalty of perjury

5 under the laws of the State of California and the laws of the United States of America that the foregoing

6 is true and correct.

7       Executed November 09, 2010 in Delano, California.

8

9                             DONETTE LANCASTER

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

3

*DECLARATION*
*ARREDONDO v. DELANO FARMS COMPANY, et al.*

EXHIBIT "11"

1

2

3  RANDY L. EDWARDS, #105639
   MICHAEL R. JOHNSON, #237767
4  LAURA A. WOLFE, #266751
   GRISWOLD, LaSALLE, COBB, DOWD & GIN, L.L.P.
5  111 East Seventh Street
   Hanford, CA 93230
6  Telephone (559) 584-6656
   Facsimile (559) 582-3106
7  johnson@griswoldlasalle.com; wolfe@griswoldlasalle.com

8  Attorneys for Defendants, Delano Farms Company, et al.

9            UNITED STATES DISTRICT COURT

10     EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

11  SABAS ARREDONDO, et al.          )  Case No.: 1:09-cv-01247-LJO-DLB
                                     )
12            Plaintiffs,            )  **DECLARATION OF MARI CRUZ BAEZ**
                                     )
13  v.                               )
                                     )
14  DELANO FARMS COMPANY, et al.     )
                                     )
15            Defendants.            )

16     I, Mari Cruz Baez, declare as follows:

17  1.   I am currently an employee of T&R Bangi's Agricultural Services, Inc. ("T&R Bangi").

18  2.   While working for T&R Bangi, I am required to attend "escuelita" almost every morning at the

19       beginning of my shift. During this school, the foreman gives us directions and talks about safety,

20       such as how to avoid heat stress. School usually lasts 10-15 minutes. It is always held while

21       employees are on the clock, and I am always paid for the time I spend in school. Sometimes the

22       foreman holds "escuelita" twice during a shift if we are not picking correctly, or if we need

23       further directions. We are paid for this time as well. On rare occasions, the foreman may elect

24       to skip school because we are working at the same location as before, or because we are

25       harvesting the same type of grape as before.

26

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

1

*Arredondo v. Delano Farms, et al.*
*DECLARATION*

3.   As an employee of T&R Bangi, I am never required to perform work off the clock. If I arrive at the job site early, I am not required to begin work. I know that we are not supposed to begin setting up our tables prior to the shift starting. If anyone starts working early, the foreman tells them to stop. I regularly start setting up my table before my shift starts. I do this when I am eligible for a bonus and I do this voluntarily. If the foreman sees me, he tells me to stop.

4.   I am never required to do work after my shift has ended. During the harvest season, the foreman instructs us to stop picking grapes 15 minutes before the end of the shift. This allows us time to finish packing the grapes that have already been picked and to close our table up.

5.   I am never required to work at home. I am not required to take my packing trays home with me to clean, and I know that I am not supposed to take the trays home with me. I am not required to put stickers on boxes or clamshells at home, and know that I am not supposed to take boxes, clamshell, or stickers home with me.

6.   During my shifts, I am always given my full break time. During a normal 8 hour day, I am given two 15 minute breaks, and a 30 minute lunch break. My break times are never cut short, and I am not allowed to work during my breaks.

7.   I am always provided with the tools I need to do my job. The tools the company provides to me are adequate. However, sometimes I buy my own tools because they are of a better quality and I prefer them.

8.   When my crew moves locations during a shift, the company does not transport the workers. However, I remain on the clock during this time, and am always paid for the time spent traveling from one block to another.

9.   If called as a witness I could testify to all of the foregoing based upon my personal knowledge. I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct and this declaration was executed on September 9, 2010, in Delano, California.

MARI CRUZ BAEZ
MARI CRUZ BAEZ

GRISWOLD, LaSALLE, COBB, DOWD & GIN, L.L.P. 111 EAST SEVENTH STREET HANFORD, CA 93230

2

*Arredondo v. Delano Farms, et al.*
DECLARATION

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**DECLARATION OF LORENZO HURTADO**

I declare that I am a certified translator (#300350) fluent in the Spanish language and that I read the above declaration from English into Spanish to _Mari Cruz Baez_. He/She indicated to me that the declaration is true and correct to the best of his/her knowledge. I declare under penalty of perjury under the laws of the State of California and the laws of the United States of America that the foregoing is true and correct.

Executed September _9_, 2010 in Delano, California.

_____
LORENZO HURTADO

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

3

_Arredondo v. Delano Farms, et al._
*DECLARATION*

# EXHIBIT "12"

1  RANDY L. EDWARDS, #105639
   MICHAEL R. JOHNSON, #237767
2  LAURA A. WOLFE, #266751
   GRISWOLD, LaSALLE, COBB, DOWD & GIN, L.L.P.
3  111 East Seventh Street
   Hanford, CA 93230
4  Telephone (559) 584-6656
   Facsimile (559) 582-3106
5  johnson@griswoldlasalle.com; wolfe@griswoldlasalle.com

6  Attorneys for Defendants, Delano Farms Company, et al.

7                    UNITED STATES DISTRICT COURT

8         EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

9  SABAS ARREDONDO, et al.            )  Case No.: 1:09-cv-01247-LJO-DLB
                                      )
10           Plaintiffs,              )  DECLARATION OF JOSE S. BERMUDES
                                      )
11  v.                                )
                                      )
12  DELANO FARMS COMPANY, et al.      )
                                      )
13           Defendants.              )

14         I, Jose S. Bermudes, declare as follows:

15  1.    I am currently an employee of T&R Bangi's Agricultural Services, Inc. ("T&R Bangi").

16  2.    While working for T&R Bangi, I am required to attend "escuelita" almost every morning at the

17        beginning of my shift. During this school, the foreman gives us directions and talks about safety.

18        School usually lasts 10-15 minutes. It is always held while employees are on the clock, and I am

19        always paid for the time I spend in school. Sometimes the foreman elects to skip school, but this

20        is very rare.

21  3.    As an employee of T&R Bangi, I am never required to perform work off the clock. If I arrive

22        at the job site early, I am not required to begin work. During the harvest season, I used to begin

23        working prior to the beginning of my shift, but I am no longer allowed to do this. I know that

24        we are now not supposed to begin setting up our tables prior to the shift starting. When I did

25        begin setting up my table early, it only took me 2-3 minutes. I did this because we get paid per

26        box, and if I started early, I could make more money.

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

                                   1

                                          *Arredondo v. Delano Farms, et al.*
                                          *DECLARATION*

4.   I am never required to do work after my shift has ended. During the harvest season, the foreman instructs us to stop picking grapes 15 minutes before the end of the shift. This allows us time to finish packing the grapes that have already been picked and to close our table up.

5.   I am never required to work at home. I am not required to take my packing trays home with me to clean, and I know that I am not supposed to take the trays home with me. However, in the past, I have taken the trays home to wash them. This took me about 5 minutes to do. I have not taken trays home to wash them in the past four years.

6.   I am not required to put stickers on boxes or clamshells at home, and know that I am not supposed to take boxes, clamshell, or stickers home with me.

7.   During my shifts, I am always given my full break time. During a normal 8 hour day, I am given two 15 minute breaks, and a 30 minute lunch break. My break times are never cut short, and I am not allowed to work during my breaks.

8.   I am provided with all the tools necessary to do my job. The tools that the company gives me are adequate to perform my work.

9.   When my crew moves locations during a shift, the company does not transport the workers. However, I remain on the clock during this time, and am always paid for the time spent traveling from one block to another.

10.  If called as a witness I could testify to all of the foregoing based upon my personal knowledge. I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct and this declaration was executed on September 08 , in Delano, California

_Jose S Bermudes_
**JOSE S. BERMUDES**

GRISWOLD, LaSALLE,
COBB, DOWD &
OIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

2

*Arredondo v. Delano Farms, et al.*
*DECLARATION*

1

**DECLARATION OF DONETTE LANCASTER**

2

3      I declare that I am a certified translator fluent in the Spanish language and that I read the above

4   declaration from English into Spanish to Jose S. Bermudes. He/She indicated to me that

5   the declaration is true and correct to the best of his/her knowledge.  I declare under penalty of perjury

6   under the laws of the State of California and the laws of the United States of America that the foregoing

7   is true and correct.

8

9      Executed September  08 , 2010 in Delano, California.

10

11

12

13                          DONETTE LANCASTER

14

15

16

17

18

19

20

21

22

23

24

25

26

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

1

*Arredondo v. Delano Farms, et al.*
*DECLARATION*

EXHIBIT "13"

1  RANDY L. EDWARDS, #105639
   MICHAEL R. JOHNSON, #237767
2  LAURA A. WOLFE, #266751
   GRISWOLD, LaSALLE, COBB, DOWD & GIN, L.L.P.
3  111 East Seventh Street
   Hanford, CA 93230
4  Telephone (559) 584-6656
   Facsimile (559) 582-3106
5  johnson@griswoldlasalle.com; wolfe@griswoldlasalle.com

6  Attorneys for Defendants, Delano Farms Company, et al.

7              UNITED STATES DISTRICT COURT

8      EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

9
   SABAS ARREDONDO, et al.          )  Case No.: 1:09-cv-01247-LJO-DLB
10                                   )
              Plaintiffs,            )  DECLARATION OF
11                                   )  Gerardo Bustamante
   v.                                )
12                                   )
   DELANO FARMS COMPANY, et al.      )
13                                   )
              Defendants.            )
14
15     I, Gerardo Bustamante declare as follows:

16  1.   I am currently an employee of T&R Bangi's Agricultural Services, Inc. ("T&R Bangi").

17  2.   While working for T&R Bangi, I am required to attend "escuelita" almost every morning at the

18       beginning of my shift. During this school, the foreman gives us directions and talks about safety.

19       School usually lasts 10-15 minutes. It is always held while employees are on the clock, and I am

20       always paid for the time I spend in school. Sometimes the foreman elects to skip school, but this

21       is very rare.

22  3.   As an employee of T&R Bangi, I am never required to perform work off the clock. If I arrive

23       at the job site early, I am not required to begin work. I know that we are not supposed to begin

24       setting up our tables prior to the shift starting. If anyone starts working early, the foreman tells

25       them to stop.

26

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

1

09/08/2010 WED 15:46 FAX                                          ☒017/028

RECEIVE:        NO.3057        09/08/2010/WED 03:47PM        Griswold Lasalle

4.  I am never required to do work after my shift has ended. During the harvest season, the foreman instructs us to stop picking grapes 15 minutes before the end of the shift. This allows us time to finish packing the grapes that have already been picked and to close our table up.

5.  I am never required to work at home. I am not required to take my packing trays home with me to clean, and I know that I am not supposed to take the trays home with me. I am not required to put stickers on boxes or clamshells at home, and know that I am not supposed to take boxes, clamshell, or stickers home with me.

6.  During my shifts, I am always given my full break time. During a normal 8 hour day, I am given two 15 minute breaks, and a 30 minute lunch break. My break times are never cut short, and I am not allowed to work during my breaks.

7.  I am provided with all the tools necessary to do my job. The tools that the company gives me are adequate to perform my work.

8.  When my crew moves locations during a shift, the company does not transport the workers. However, I remain on the clock during this time, and am always paid for the time spent traveling from one block to another.

9.  If called as a witness I could testify to all of the foregoing based upon my personal knowledge.

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct and this declaration was executed on September 08 , in Delano, California.

_Gerardo Bustamante_
(Sign Name)

_Gerardo Bustamante_
(Print Name)

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

2

RECEIVE:        NO.3057        09/08/2010/WED 03:47PM        Griswold Lasalle

09/08/2010 WED 15:46 FAX ⌀0197028

1

**DECLARATION OF DONETTE LANCASTER**

2

3    I declare that I am a certified translator fluent in the Spanish language and that I read the above

4    declaration from English into Spanish to Gerardo Bustamante. He/She indicated to me that

5    the declaration is true and correct to the best of his/her knowledge. I declare under penalty of perjury

6    under the laws of the State of California and the laws of the United States of America that the foregoing

7    is true and correct.

8

9    Executed September 08, 2010 in Delano, California.

10

11

12

13    DONETTE LANCASTER

14

15

16

17

18

19

20

21

22

23

24

25

26

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

1

*Arredondo v. Delano Farms, et al.*
*DECLARATION*

# EXHIBIT "14"

RANDY L. EDWARDS, #105639
MICHAEL R. JOHNSON, #237767
LAURA A. WOLFE, #266751
GRISWOLD, LaSALLE, COBB, DOWD & GIN, L.L.P.
111 East Seventh Street
Hanford, CA 93230
Telephone (559) 584-6656
Facsimile (559) 582-3106
johnson@griswoldlasalle.com; wolfe@griswoldlasalle.com

Attorneys for Defendants, Delano Farms Company, et al.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| SABAS ARREDONDO, et al. | Case No.: 1:09-cv-01247-LJO-DLB |
| Plaintiffs, | **DECLARATION OF SALVADOR BUSTAMANTE** |
| v. | |
| DELANO FARMS COMPANY, et al. | |
| Defendants. | |

I, Salvador Bustamante, declare as follows:

1.    I am currently an employee of T&R Bangi's Agricultural Services, Inc. ("T&R Bangi"). My current forewoman is Josefina Garcia.

2.    While working for T&R Bangi, I am required to attend "escuelita" almost every morning at the beginning of my shift. During this school, the foreman gives us directions and talks about safety, such as how to avoid heat stress, cuts, and how to avoid injury when dealing with heavy loads. School usually lasts 10-15 minutes. It is always held while employees are on the clock, and I am always paid for the time I spend in school. Sometimes the foreman holds "escuelita" twice during a shift if we are not picking correctly, or if we need further directions. We are paid for this time as well. On rare occasions, the foreman may elect to skip school because we are working at the same location as before, or because we are harvesting the same type of grape as before.

3.  As an employee of T&R Bangi, I am never required to perform work off the clock. If I arrive at the job site early, I am not required to begin work. I know that we are not supposed to begin setting up our tables prior to the shift starting. If anyone starts working early, the foreman tells them to stop. For the first seven years of my employment, I used to start setting up my table early. I was never asked to do this, and only did it to earn a bigger bonus. However, in the past 3 years I have stopped doing this because the company has been very strict on their policy of not allowing us to start work early.

4.  I am never required to do work after my shift has ended. During the harvest season, the foreman instructs us to stop picking grapes 15 minutes before the end of the shift. This allows us time to finish packing the grapes that have already been picked and to close our table up. Often, all work is completed 2-3 minutes before the end of the shift.

5.  I am never required to work at home. I am not required to take my packing trays home with me to clean, and I know that I am not supposed to take the trays home with me. I am not required to put stickers on boxes or clamshells at home, and know that I am not supposed to take boxes, clamshells, or stickers home with me.

6.  During my shifts, I am always given my full break time. During a normal 8 hour day, I am given two 15 minute breaks, and a 30 minute lunch break. My break times are never cut short, and I am not allowed to work during my breaks.

7.  I am provided with all the tools necessary to do my job. The tools that the company gives me are adequate to perform my work.

8.  When my crew moves locations during a shift, the company does not transport the workers. However, I remain on the clock during this time, and am always paid for the time spent traveling from one block to another. If the new location is a close distance, the crew walks to it. We are paid for this time. If the new location is too far away, we are sent home and report at the new location the next day.

///

GRISWOLD, LaSALLE, COBB, DOWD & GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

2

*Arredondo v. Delano Farms, et al.*
*DECLARATION*

1   9.       If called as a witness I could testify to all of the foregoing based upon my personal knowledge.

2            I declare under the penalty of perjury under the laws of the State of California that the foregoing

3   is true and correct and this declaration was executed on September **15**, 2010, in Delano, California.

4

5                                        *S Alcado Bustamante*
                                         **SALVADOR BUSTAMANTE**
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

                                                  3

                                         *Arredondo v. Delano Farms, et al.*
                                         *DECLARATION*

1    **DECLARATION OF DONETTE LANCASTER**

2

3         I declare that I am a certified translator fluent in the Spanish language and that I read the above

4    declaration from English into Spanish to Salvador Bustamante He/She indicated to me that

5    the declaration is true and correct to the best of his/her knowledge.  I declare under penalty of perjury

6    under the laws of the State of California and the laws of the United States of America that the foregoing

7    is true and correct.

8

9         Executed September 15 , 2010 in Delano, California.

10

11

12

13                    DONETTE LANCASTER

14

15

16

17

18

19

20

21

22

23

24

25

26

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

                                          1

                                                    *Arredondo v. Delano Farms, et al.*
                                                    *DECLARATION*

EXHIBIT "15"

1  RANDY L. EDWARDS, #105639
   MICHAEL R. JOHNSON, #237767
2  LAURA A. WOLFE, #266751
   GRISWOLD, LaSALLE, COBB, DOWD & GIN, L.L.P.
3  111 East Seventh Street
   Hanford, CA 93230
4  Telephone (559) 584-6656
   Facsimile (559) 582-3106
5  johnson@griswoldlasalle.com; wolfe@griswoldlasalle.com

6  Attorneys for Defendants, Delano Farms Company, et al.

7              UNITED STATES DISTRICT COURT

8     EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

9  SABAS ARREDONDO, et al.              )  Case No.: 1:09-cv-01247-LJO-DLB
                                        )
10              Plaintiffs,             )  **DECLARATION OF ANGEL CABRERA**
                                        )
11  v.                                  )
                                        )
12  DELANO FARMS COMPANY, et al.        )
                                        )
13              Defendants.             )
                                        )

14        I, Angel Cabrera, declare as follows:

15  1.    I am currently an employee of T&R Bangi's Agricultural Services, Inc. ("T&R Bangi").  My

16        current foreman is Jesus Zendejas.  My employee number is _8942_.

17  2.    As an employee of T&R Bangi, I attend "escuelita" every morning at the beginning of my shift.

18        During the school, the foreman gives the crew directions and talks about safety and heat related

19        illness.  School usually lasts 10-15 minutes.  On some occasions, the foreman may hold school

20        twice in a day if the work is not being done according to specifications.  Other times, the foreman

21        many elect to skip school, but this is very rare.  School is always held while employees are on

22        the clock, and I am always paid for the time I spend in school.

23  3.    As an employee of T&R Bangi, I am not required to perform work off the clock.  If I arrive at

24        the job site early, I know that I am not supposed to begin setting up my table prior to the shift

25        starting.  If anyone starts working early, the foreman will tell them to stop.

26

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

                              1

4.    My foreman does not tell me to get to work early. I am only required to be at work by the start of my shift. If employees arrive early, they generally gather to talk or wait in their cars.

5.    During the harvest season, the foreman instructs us to stop picking grapes 15 minutes before the end of the shift. This gives us enough time to finish packing the grapes that have already been picked and to close our table up. Often, our work is complete one or two minutes before the end of the shift.

6.    I am not required to work at home. I am not required to take my packing trays home with me to clean, and I know that I am not supposed to take the trays home with me. I am not required to put stickers on boxes or clamshells at home, and know that I am not supposed to take boxes, clamshells, or stickers home with me.

7.    I am always given my full break time. During a normal 8 hour day, I am given two 15 minute breaks, and a 30 minute lunch break. My break times are never cut short, and I am not allowed to work during my breaks.

8.    I am provided with all the tools necessary to do my job. The tools that the company gives me are adequate to perform my work. The only tool I have had to purchase is a sheath for my clippers. This cost me $7.00.

9.    When my crew moves locations during a shift, the company does not transport the workers. However, I remain on the clock during this time, and am always paid for the time spent traveling from one block to another. We are rarely moved from one location to another during the middle of the day.

///
///
///
///
///
///

*DECLARATION*
*ARREDONDO v. DELANO FARMS COMPANY, et al.*

10.     When I arrive at work and it is raining, I wait in my car until the rain stops or the foreman tells me to go home. The longest I have waited for the foreman to tell us to go home is 15 minutes. This happens only two or three times a year.

11.     If called as a witness I could testify to all of the foregoing based upon my personal knowledge.

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct and this declaration was executed on November _09_, 2010, in Delano, California.

_Angel Cabrera_
ANGEL CABRERA

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

3

*DECLARATION*
*ARREDONDO v. DELANO FARMS COMPANY, et al.*

1

## DECLARATION OF DONETTE LANCASTER

2    I declare that I am a certified translator fluent in the Spanish language and that I read the above

3  declaration from English into Spanish to _Angel Cabrera_ . He/She indicated to me that

4  the declaration is true and correct to the best of his/her knowledge.  I declare under penalty of perjury

5  under the laws of the State of California and the laws of the United States of America that the foregoing

6  is true and correct.

7    Executed November __09__, 2010 in Delano, California.

8

9                                                    _____

10                                                   DONETTE LANCASTER

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

4

# EXHIBIT "16"

1  RANDY L. EDWARDS, #105639
   MICHAEL R. JOHNSON, #237767
2  LAURA A. WOLFE, #266751
   GRISWOLD, LaSALLE, COBB, DOWD & GIN, L.L.P.
3  111 East Seventh Street
   Hanford, CA 93230
4  Telephone (559) 584-6656
   Facsimile (559) 582-3106
5  johnson@griswoldlasalle.com; wolfe@griswoldlasalle.com

6  Attorneys for Defendants, Delano Farms Company, et al.

7               **UNITED STATES DISTRICT COURT**

8       **EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**

9  SABAS ARREDONDO, et al.              ) Case No.: 1:09-cv-01247-LJO-DLB
                                        )
10             Plaintiffs,              ) **DECLARATION OF CONSUELO**
                                        ) **CABRERA**
11 v.                                   )
                                        )
12 DELANO FARMS COMPANY, et al.         )
                                        )
13             Defendants.              )
   _____   )

14

15     I, Consuelo Cabrera, declare as follows:

16 1.   I am currently an employee of T&R Bangi's Agricultural Services, Inc. ("T&R Bangi"). My

17      current foreman is Jose Luis Pimentel. My employee number is  *569*  .

18 2.   While working for T&R Bangi, I am required to attend "escuelita" almost every morning at the

19      beginning of my shift. During this school, the foreman gives us directions and talks about safety.

20      School usually lasts 10-15 minutes. It is always held while employees are on the clock, and I am

21      always paid for the time I spend in school. Sometimes the foreman elects to skip school, but this

22      is very rare.

23 3.   As an employee of T&R Bangi, I am never required to perform work off the clock. If I arrive

24      at the job site early, I am not required to begin work. I know that we are not supposed to begin

25      setting up our tables prior to the shift starting. If anyone starts working early, the foreman will

26      tell them to stop.

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

                          1

4.  Sometimes, during the harvest season only, I have seen some employees begin work early. This work consists of setting up the packing table and last about two to three minutes. Most people just wait for their shift to start.

5.  I am not told to arrive at work early by the foreman. Sometimes, the foreman will tell us to leave our homes early so we have enough time to make it to work, but he never requires us to be present before the start of the shift. So long as I am at work when the shift begins, the foreman does not reprimand or criticize me.

6.  I am not required to do work after my shift has ended. When we are picking, the foreman tells us to stop picking 15 minutes before the end of our shift. This usually allows us enough time to finish packing the grapes we have already picked. On rare occasions, I have seen employees fall behind in their work, which means they have to finish packing after the shift has ended. They only stay about five minutes after the shift.

7.  I have worked for the company for over ten years. When I first began working for T&R Bangi, I used to take the trays home to clean them. I have not done this for about seven years, and am no longer required to work at home. I am not required to take my packing trays home with me to clean, and I know that I am not supposed to take the trays home with me. I am not required to put stickers on boxes or clamshells at home, and know that I am not supposed to take boxes, clamshells, or stickers home with me.

8.  During my shifts, I am always given my full break time. During a normal 8 hour day, I am given two 15 minute breaks, and a 30 minute lunch break. My break times are never cut short, and I am not allowed to work during my breaks.

9.  I am provided with all the tools necessary to do my job. The tools that the company gives me are adequate to perform my work. However, I prefer to buy my own tools because they are of a higher quality. I have never asked to be reimbursed for these tools. I have also bought my own sheath to store my clippers in.

10. When my crew moves locations during a shift, the company does not transport the workers.

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

2

1    However, I remain on the clock during this time, and am always paid for the time spent traveling

2    from one block to another.  We are rarely moved from one location to another during the middle

3    of the day.

4  11.    When heading to a new work location, if we are not familiar with the area, the foreman will wait

5    for the crew at the nearest intersection.  Once we arrive at that intersection, the foreman advises

6    us of where to go, and he continues to wait for the remaining employees.

7  12.    During the picking season, I am paid a bonus for each box of grapes I pack.  I have always been

8    paid the correct bonus amount.  If I ever thought that I was not paid correctly, I would feel

9    comfortable telling my foreman about it.

10  13.    If called as a witness I could testify to all of the foregoing based upon my personal knowledge.

11    I declare under the penalty of perjury under the laws of the State of California that the foregoing

12    is true and correct and this declaration was executed on November 03, 2010, in Delano, California.

13

14                               _Consuelo Cabrera_
                                **CONSUELO CABRERA**

15

16

17

18

19

20

21

22

23

24

25

26

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

3

*DECLARATION*
*ARREDONDO v. DELANO FARMS COMPANY, et al.*

## DECLARATION OF DONETTE LANCASTER

1

2          I declare that I am a certified translator fluent in the Spanish language and that I read the above

3   declaration from English into Spanish to _Consuelo Cabrera_ . He/She indicated to me that

4   the declaration is true and correct to the best of his/her knowledge.  I declare under penalty of perjury

5   under the laws of the State of California and the laws of the United States of America that the foregoing

6   is true and correct.

7          Executed November 03, 2010 in Delano, California.

8

9                                                    _DONETTE LANCASTER_

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

4

# EXHIBIT "17"

1  RANDY L. EDWARDS, #105639
   MICHAEL R. JOHNSON, #237767
2  LAURA A. WOLFE, #266751
   GRISWOLD, LaSALLE, COBB, DOWD & GIN, L.L.P.
3  111 East Seventh Street
   Hanford, CA 93230
4  Telephone (559) 584-6656
   Facsimile (559) 582-3106
5  johnson@griswoldlasalle.com; wolfe@griswoldlasalle.com

6  Attorneys for Defendants, Delano Farms Company, et al.

7                    **UNITED STATES DISTRICT COURT**

8          **EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**

9  SABAS ARREDONDO, et al.            )  Case No.: 1:09-cv-01247-LJO-DLB
                                      )
10            Plaintiffs,             )  **DECLARATION OF MARGARITO**
                                      )  **CAMPOS**
11  v.                                )
                                      )
12  DELANO FARMS COMPANY, et al.      )
                                      )
13            Defendants.             )

14         I, Margarito Campos, declare as follows:

15  1.     I am currently an employee of T&R Bangi's Agricultural Services, Inc. ("T&R Bangi"). My

16         current foreman is Jesus Zendejas. My employee number is _938___.

17  2.     As an employee of T&R Bangi, I attend "escuelita" every morning at the beginning of my shift.

18         During the school, the foreman gives the crew directions and talks about safety and heat related

19         illness. School usually lasts 10-15 minutes. On some occasions, the foreman may hold school

20         twice in a day if the work is not being done according to specifications. Other times, the foreman

21         many elect to skip school, but this is very rare. Several years ago, the foreman would start school

22         one or two minutes before the start of the shift, but this has not happened for several years. Now,

23         school is always held while employees are on the clock, and I am always paid for the time I

24         spend in school.

25

26

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

1

*DECLARATION*
*ARREDONDO v. DELANO FARMS COMPANY, et al.*

3.   As an employee of T&R Bangi, I am not required to perform work off the clock. If I arrive at the job site early, I know that I am not supposed to begin setting up my table prior to the shift starting. If anyone starts working early, the foreman will tell them to stop.

4.   My foreman does not tell me to get to work early. I am only required to be at work by the start of my shift. If employees arrive early, they generally gather to talk or wait in their cars.

5.   During the harvest season, the foreman instructs us to stop picking grapes 15 minutes before the end of the shift. This gives us enough time to finish packing the grapes that have already been picked and to close our table up. Often, our work is complete one or two minutes before the end of the shift.

6.   I am not required to work at home. I am not required to take my packing trays home with me to clean, and I know that I am not supposed to take the trays home with me. I am not required to put stickers on boxes or clamshells at home, and know that I am not supposed to take boxes, clamshells, or stickers home with me.

7.   I am always given my full break time. During a normal 8 hour day, I am given two 15 minute breaks, and a 30 minute lunch break. My break times are never cut short, and I am not allowed to work during my breaks.

8.   I am provided with all the tools necessary to do my job. The tools that the company gives me are adequate to perform my work.

9.   When my crew moves locations during a shift, the company does not transport the workers. However, I remain on the clock during this time, and am always paid for the time spent traveling from one block to another. We are rarely moved from one location to another during the middle of the day.

10.   When I arrive at work and it is raining, I wait in my car until the rain stops or the foreman tells me to go home. The longest I have waited for the foreman to send us home is two hours. I am not paid for this time if I am sent home without working.

GRISWOLD, LaSALLE,
COBB, DOWD &
OIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

2

*DECLARATION*
*ARREDONDO v. DELANO FARMS COMPANY, et al.*

1  11.  I have experienced problems with my paycheck before.  However, these problems have always

2  been fixed by the company when I raise the issue with the foreman.  The company usually fixes

3  the paycheck the next day.

4  12.  If called as a witness I could testify to all of the foregoing based upon my personal knowledge.

5  I declare under the penalty of perjury under the laws of the State of California that the foregoing

6  is true and correct and this declaration was executed on November $09$, 2010, in Delano, California.

7

8  *Margarito Campos*
   **MARGARITO CAMPOS**

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

3

*DECLARATION*
*ARREDONDO v. DELANO FARMS COMPANY, et al.*

1

## DECLARATION OF DONETTE LANCASTER

2      I declare that I am a certified translator fluent in the Spanish language and that I read the above

3 declaration from English into Spanish to Margarito Campos . He/She indicated to me that

4 the declaration is true and correct to the best of his/her knowledge.  I declare under penalty of perjury

5 under the laws of the State of California and the laws of the United States of America that the foregoing

6 is true and correct.

7      Executed November 09 , 2010 in Delano, California.

8

9                                                                 DONETTE LANCASTER

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

4

*DECLARATION*
*ARREDONDO v. DELANO FARMS COMPANY, et al.*

# EXHIBIT "18"

RANDY L. EDWARDS, #105639
MICHAEL R. JOHNSON, #237767
LAURA A. WOLFE, #266751
GRISWOLD, LaSALLE, COBB, DOWD & GIN, L.L.P.
111 East Seventh Street
Hanford, CA 93230
Telephone (559) 584-6656
Facsimile (559) 582-3106
johnson@griswoldlasalle.com; wolfe@griswoldlasalle.com

Attorneys for Defendants, Delano Farms Company, et al.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| SABAS ARREDONDO, et al. | Case No.: 1:09-cv-01247-LJO-DLB |
| Plaintiffs, | **DECLARATION OF CRISTINA CARRANZA** |
| v. | |
| DELANO FARMS COMPANY, et al. | |
| Defendants. | |

I, Cristina Carranza, declare as follows:

1. I am currently an employee of T&R Bangi's Agricultural Services, Inc. ("T&R Bangi").

2. While working for T&R Bangi, I am required to attend "escuelita" almost every morning at the beginning of my shift. During this school, the foreman gives us directions and talks about safety, such as how to avoid heat stress, cuts, and how to avoid injury when dealing with heavy loads. School usually lasts 10-15 minutes. It is always held while employees are on the clock, and I am always paid for the time I spend in school. Sometimes the foreman holds "escuelita" twice during a shift if we are not picking correctly, or if we need further directions. We are paid for this time as well. On rare occasions, the foreman may elect to skip school because we are working at the same location as before, or because we are harvesting the same type of grape as before.

3. As an employee of T&R Bangi, I am never required to perform work off the clock. If I arrive at the job site early, I am not required to begin work. I know that we are not supposed to begin

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

1

*Arredondo v. Delano Farms, et al.*
*DECLARATION*

09/15/2010 WED 16:17 FAX                                                ☑044/068

RECEIVE:          NO.3185        09/15/2010/WED 04:13PM          Griswold Lasalle

1   setting up our tables prior to the shift starting. If anyone starts working early, the foreman tells

2   them to stop. However, during the harvest season when I am eligible for a bonus, I usually begin

3   my work before the shift. During this time, I set up my packing table and put labels on boxes.

4   If my foreman sees me working before the shift, he tells me to stop, but I continue working

5   anyway.

6   4.   I am never required to do work after my shift has ended. During the harvest season, the foreman

7   instructs us to stop picking grapes 15 minutes before the end of the shift. This allows us time

8   to finish packing the grapes that have already been picked and to close our table up.

9   5.   I am never required to work at home. I am not required to take my packing trays home with me

10   to clean, and I know that I am not supposed to take the trays home with me. I am not required

11   to put stickers on boxes or clamshells at home, and know that I am not supposed to take boxes,

12   clamshell, or stickers home with me.

13   6.   During my shifts, I am always given my full break time. During a normal 8 hour day, I am given

14   two 15 minute breaks, and a 30 minute lunch break. My break times are never cut short, and I

15   am not allowed to work during my breaks.

16   7.   I am provided with all the tools necessary to do my job. The tools that the company gives me

17   are adequate to perform my work. However, if I lose my tools, I replace them myself. I have

18   never asked the company to replace my tools, so I do not know if they would if I asked.

19   8.   When my crew moves locations during a shift, the company does not transport the workers.

20   However, I remain on the clock during this time, and am always paid for the time spent traveling

21   from one block to another.

22   9.   If called as a witness I could testify to all of the foregoing based upon my personal knowledge.

23   I declare under the penalty of perjury under the laws of the State of California that the foregoing

24   is true and correct and this declaration was executed on September 15, 2010, in Delano, California.

25   CRISTINA CARRANZA

26

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

2

*Arredondo v. Delano Farms, et al.*
DECLARATION

1

2

3

## DECLARATION OF DONETTE LANCASTER

I declare that I am a certified translator fluent in the Spanish language and that I read the above declaration from English into Spanish to Cristina Carranza . He/She indicated to me that the declaration is true and correct to the best of his/her knowledge. I declare under penalty of perjury under the laws of the State of California and the laws of the United States of America that the foregoing is true and correct.

Executed September 15, 2010 in Delano, California.

DONETTE LANCASTER

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

1

*Arredondo v. Delano Farms, et al.*
*DECLARATION*

# EXHIBIT "19"

1   RANDY L. EDWARDS, #105639
    MICHAEL R. JOHNSON, #237767
2   LAURA A. WOLFE, #266751
    GRISWOLD, LaSALLE, COBB, DOWD & GIN, L.L.P.
3   111 East Seventh Street
    Hanford, CA 93230
4   Telephone (559) 584-6656
    Facsimile (559) 582-3106
5   johnson@griswoldlasalle.com; wolfe@griswoldlasalle.com

6   Attorneys for Defendants, Delano Farms Company, et al.

7            **UNITED STATES DISTRICT COURT**

8      **EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**

9   SABAS ARREDONDO, et al.      )   Case No.: 1:09-cv-01247-LJO-DLB
                                 )
10          Plaintiffs,         )   **DECLARATION OF**
                                 )   _David Carranza_
11   v.                            )
                                 )
12   DELANO FARMS COMPANY, et al.    )
                                 )
13          Defendants.        )

14      I, _David Carranza_, declare as follows:

15   1.     I am currently an employee of T&R Bangi's Agricultural Services, Inc. ("T&R Bangi").

16   2.     While working for T&R Bangi, I am required to attend "escuelita" almost every morning at the

17      beginning of my shift. During this school, the foreman gives us directions and talks about safety,

18      such as how to avoid heat stress, cuts, and how to avoid injury when dealing with heavy loads.

19      School usually lasts 10-15 minutes. It is always held while employees are on the clock, and I am

20      always paid for the time I spend in school. Sometimes the foreman holds "escuelita" twice

21      during a shift if we are not picking correctly, or if we need further directions. We are paid for

22      this time as well. On rare occasions, the foreman may elect to skip school because we are

23      working at the same location as before, or because we are harvesting the same type of grape as

24      before.

25   3.     As an employee of T&R Bangi, I am never required to perform work off the clock. If I arrive

26      at the job site early, I am not required to begin work. I know that we are not supposed to begin

                                        1

                               _Arredondo v. Delano Farms, et al._
                                      _DECLARATION_

1   setting up our tables prior to the shift starting. If anyone starts working early, the foreman tells

2   them to stop.

3   4.   I am never required to do work after my shift has ended. During the harvest season, the foreman

4   instructs us to stop picking grapes 15 minutes before the end of the shift. This allows us time

5   to finish packing the grapes that have already been picked and to close our table up.

6   5.   I am never required to work at home. I am not required to take my packing trays home with me

7   to clean, and I know that I am not supposed to take the trays home with me. I am not required

8   to put stickers on boxes or clamshells at home, and know that I am not supposed to take boxes,

9   clamshell, or stickers home with me.

10  6.   During my shifts, I am always given my full break time. During a normal 8 hour day, I am given

11  two 15 minute breaks, and a 30 minute lunch break. My break times are never cut short, and I

12  am not allowed to work during my breaks.

13  7.   I am provided with all the tools necessary to do my job. The tools that the company gives me

14  are adequate to perform my work.

15  8.   When my crew moves locations during a shift, the company does not transport the workers.

16  However, I remain on the clock during this time, and am always paid for the time spent traveling

17  from one block to another.

18  9.   If called as a witness I could testify to all of the foregoing based upon my personal knowledge.

19  I declare under the penalty of perjury under the laws of the State of California that the foregoing

20  is true and correct and this declaration was executed on September 15 , 2010, in Delano, California.

21

22  _David Carranza_
    (Sign Name)

23  _David Carranza_
    (Print Name)

24

25

26

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

2

*Arredondo v. Delano Farms, et al.*
*DECLARATION*

1

## DECLARATION OF DONETTE LANCASTER

2

3        I declare that I am a certified translator fluent in the Spanish language and that I read the above

4   declaration from English into Spanish to ⎯David Carranza⎯. He/She indicated to me that

5   the declaration is true and correct to the best of his/her knowledge. I declare under penalty of perjury

6   under the laws of the State of California and the laws of the United States of America that the foregoing

7   is true and correct.

8

9        Executed September 15, 2010 in Delano, California.

10

11

12

13                              DONETTE LANCASTER

14

15

16

17

18

19

20

21

22

23

24

25

26

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

                                    1

_Arredondo v. Delano Farms, et al._
_DECLARATION_

# EXHIBIT "20"

RANDY L. EDWARDS, #105639
MICHAEL R. JOHNSON, #237767
LAURA A. WOLFE, #266751
GRISWOLD, LaSALLE, COBB, DOWD & GIN, L.L.P.
111 East Seventh Street
Hanford, CA 93230
Telephone (559) 584-6656
Facsimile (559) 582-3106
johnson@griswoldlasalle.com; wolfe@griswoldlasalle.com

Attorneys for Defendants, Delano Farms Company, et al.

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| SABAS ARREDONDO, et al. | Case No.: 1:09-cv-01247-LJO-DLB |
| Plaintiffs, | DECLARATION OF Cecilia Castro |
| v. | |
| DELANO FARMS COMPANY, et al. | |
| Defendants. | |

I, Cecilia Castro, declare as follows:

1.   I am currently an employee of T&R Bangi's Agricultural Services, Inc. ("T&R Bangi").

2.   While working for T&R Bangi, I am required to attend "escuelita" almost every morning at the beginning of my shift. During this school, the foreman gives us directions and talks about safety. School usually lasts 10-15 minutes. It is always held while employees are on the clock, and I am always paid for the time I spend in school. Sometimes the foreman elects to skip school, but this is very rare.

3.   As an employee of T&R Bangi, I am never required to perform work off the clock. If I arrive at the job site early, I am not required to begin work. I know that we are not supposed to begin setting up our tables prior to the shift starting. If anyone starts working early, the foreman tells them to stop.

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

1

*Arredondo v. Delano Farms, et al.*
*DECLARATION*

4.   I am never required to do work after my shift has ended.  During the harvest season, the foreman instructs us to stop picking grapes 15 minutes before the end of the shift.  This allows us time to finish packing the grapes that have already been picked and to close our table up.

5.   I am never required to work at home.  I am not required to take my packing trays home with me to clean, and I know that I am not supposed to take the trays home with me.  I am not required to put stickers on boxes or clamshells at home, and know that I am not supposed to take boxes, clamshell, or stickers home with me.

6.   During my shifts, I am always given my full break time.  During a normal 8 hour day, I am given two 15 minute breaks, and a 30 minute lunch break.  My break times are never cut short, and I am not allowed to work during my breaks.

7.   I am provided with all the tools necessary to do my job.  The tools that the company gives me are adequate to perform my work.

8.   When my crew moves locations during a shift, the company does not transport the workers.  However, I remain on the clock during this time, and am always paid for the time spent traveling from one block to another.

9.   If called as a witness I could testify to all of the foregoing based upon my personal knowledge.

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct and this declaration was executed on September _08_, in Delano, California.

_Cecilia CASTro_
(Sign Name)

_Cecilia Castro_
(Print Name)

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

2

*Arredondo v. Delano Farms, et al.*
*DECLARATION*

1

2

## DECLARATION OF DONETTE LANCASTER

3        I declare that I am a certified translator fluent in the Spanish language and that I read the above

4  declaration from English into Spanish to _Cecilia Castro_ . He/She indicated to me that

5  the declaration is true and correct to the best of his/her knowledge.  I declare under penalty of perjury

6  under the laws of the State of California and the laws of the United States of America that the foregoing

7  is true and correct.

8

9        Executed September _08_, 2010 in Delano, California.

10

11

12

13                    DONETTE LANCASTER

14

15

16

17

18

19

20

21

22

23

24

25

26

1

*Arredondo v. Delano Farms, et al.*
*DECLARATION*

# EXHIBIT "21"

1 | RANDY L. EDWARDS, #105639
MICHAEL R. JOHNSON, #237767
2 | LAURA A. WOLFE, #266751
GRISWOLD, LaSALLE, COBB, DOWD & GIN, L.L.P.
3 | 111 East Seventh Street
Hanford, CA 93230
4 | Telephone (559) 584-6656
Facsimile (559) 582-3106
5 | johnson@griswoldlasalle.com; wolfe@griswoldlasalle.com

6 | Attorneys for Defendants, Delano Farms Company, et al.

7 | **UNITED STATES DISTRICT COURT**

8 | **EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**

9 | SABAS ARREDONDO, et al.          ) Case No.: 1:09-cv-01247-LJO-DLB
                                     )
10 |              Plaintiffs,        ) **DECLARATION OF JOSE CEJA**
                                     )
11 | v.                              )
                                     )
12 | DELANO FARMS COMPANY, et al.    )
                                     )
13 |              Defendants.        )

I, Jose Ceja, declare as follows:

1. I am currently an employee of T&R Bangi's Agricultural Services, Inc. ("T&R Bangi"). My current foreman is Jesus Zendejas. My employee number is __17890__

2. As an employee of T&R Bangi, I attend "escuelita" every morning at the beginning of my shift. During the school, the foreman gives the crew directions and talks about safety and heat related illness. School usually lasts 10-15 minutes. On some occasions, the foreman may hold school twice in a day if the work is not being done according to specifications. Other times, the foreman many elect to skip school, but this is very rare. School is always held while employees are on the clock, and I am always paid for the time I spend in school.

3. As an employee of T&R Bangi, I am not required to perform work off the clock. If I arrive at the job site early, I know that I am not supposed to begin setting up my table prior to the shift starting. If anyone starts working early, the foreman will tell them to stop.

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

1

*DECLARATION*
*ARREDONDO v. DELANO FARMS COMPANY, et al.*

4.   My foreman does not tell me to get to work early. I am only required to be at work by the start of my shift. If employees arrive early, they generally gather to talk or wait in their cars.

5.   During the harvest season, the foreman instructs us to stop picking grapes 15 minutes before the end of the shift. This gives us enough time to finish packing the grapes that have already been picked and to close our table up. Often, our work is complete one or two minutes before the end of the shift.

6.   I am not required to work at home. I am not required to take my packing trays home with me to clean, and I know that I am not supposed to take the trays home with me. I am not required to put stickers on boxes or clamshells at home, and know that I am not supposed to take boxes, clamshells, or stickers home with me. I have only taken trays home to wash them once, and I did it voluntarily even though I would not be paid for it.

7.   I am always given my full break time. During a normal 8 hour day, I am given two 15 minute breaks, and a 30 minute lunch break. My break times are never cut short, and I am not allowed to work during my breaks.

8.   I am provided with all the tools necessary to do my job. The tools that the company gives me are adequate to perform my work.

9.   When my crew moves locations during a shift, the company does not transport the workers. However, I remain on the clock during this time, and am always paid for the time spent traveling from one block to another. We are rarely moved from one location to another during the middle of the day.

10.   When I arrive at work and it is raining, I wait in my car until the rain stops or the foreman tells me to go home. I am not paid for this time if I am sent home without working.

///

///

///

///

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

2

*DECLARATION*
*ARREDONDO v. DELANO FARMS COMPANY, et al.*

11.     I have had discrepancies in my paycheck before, but they have always been fixed the next day after bringing them to the company's attention.

12.     If called as a witness I could testify to all of the foregoing based upon my personal knowledge.

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct and this declaration was executed on November _09_, 2010, in Delano, California.

*Jose CCJa AZviles*
**JOSE CEJA**

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

3

*DECLARATION*
*ARREDONDO v. DELANO FARMS COMPANY, et al.*

## DECLARATION OF DONETTE LANCASTER

I declare that I am a certified translator fluent in the Spanish language and that I read the above declaration from English into Spanish to ___Jose Ceja Aguilar.___ He/She indicated to me that the declaration is true and correct to the best of his/her knowledge. I declare under penalty of perjury under the laws of the State of California and the laws of the United States of America that the foregoing is true and correct.

Executed November __09__, 2010 in Delano, California.

DONETTE LANCASTER

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

4

*DECLARATION*
*ARREDONDO v. DELANO FARMS COMPANY, et al.*

# EXHIBIT "22"

1  RANDY L. EDWARDS, #105639
   MICHAEL R. JOHNSON, #237767
2  LAURA A. WOLFE, #266751
   GRISWOLD, LaSALLE, COBB, DOWD & GIN, L.L.P.
3  111 East Seventh Street
   Hanford, CA 93230
4  Telephone (559) 584-6656
   Facsimile (559) 582-3106
5  johnson@griswoldlasalle.com; wolfe@griswoldlasalle.com

6  Attorneys for Defendants, Delano Farms Company, et al.

7              UNITED STATES DISTRICT COURT

8       EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

9  SABAS ARREDONDO, et al.          )  Case No.: 1:09-cv-01247-LJO-DLB
                                    )
10            Plaintiffs,           )  DECLARATION OF
                                    )  Antonio Chavez
11 v.                               )
                                    )
12 DELANO FARMS COMPANY, et al.     )
                                    )
13            Defendants.           )

14      I, Antonio Chavez, declare as follows:

15 1.  I am currently an employee of T&R Bangi's Agricultural Services, Inc. ("T&R Bangi"). I work

16     in cold storage.

17 2.  While working for T&R Bangi in cold storage, I am rarely required to attend "escuelita." If there

18     is school, it usually only lasts 5-10 minutes. I am paid for this time.

19 3.  As an employee of T&R Bangi, I am never required to perform work off the clock. If I arrive

20     at the job site early, I am not required to begin work. Prior to our shift, employees are not

21     allowed in the cold storage. Therefore, it is impossible to begin working before our shift.

22 4.  I am never required to do work after my shift has ended. As the end of the shift, the production

23     line is stopped 15 minutes early. This allows us time to finish packing the remaining grapes.

24     If I am required to stay past the stop time, I am paid for it.

25 5.  I am never required to work at home. I am not required to take any packing trays home with me

26     to clean, and I know that I am not supposed to take the trays home with me.

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

                              1

                          _Arredondo v. Delano Farms, et al._
                                        _DECLARATION_