6.   During my shifts, I am always given my full break time. During a normal 8 hour day, I am given two 15 minute breaks, and a 30 minute lunch break. My break times are never cut short, and I am not allowed to work during my breaks. To ensure that we don't work during our breaks, we are not allowed inside the cold storage during the break times, except for the last break period. During the last break period, employees are not allowed near the machinery and are thus not able to work.

7.   I am provided with all the tools necessary to do my job. The tools that the company gives me are adequate to perform my work. I am provided with a lab coat, hair net, and latex gloves free of charge. However, if I lose the lab coat, I am given a new one for $20.

8.   If called as a witness I could testify to all of the foregoing based upon my personal knowledge. I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct and this declaration was executed on September 15 , 2010, in Delano, California.

_Antonio Chavez_
(Sign Name)

_Antonio Chavez_
(Print Name)

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93130

2

*Arredondo v. Delano Farms, et al.*
DECLARATION

# EXHIBIT "23"

RANDY L. EDWARDS, #105639
MICHAEL R. JOHNSON, #237767
LAURA A. WOLFE, #266751
GRISWOLD, LaSALLE, COBB, DOWD & GIN, L.L.P.
111 East Seventh Street
Hanford, CA 93230
Telephone (559) 584-6656
Facsimile (559) 582-3106
johnson@griswoldlasalle.com; wolfe@griswoldlasalle.com

Attorneys for Defendants, Delano Farms Company, et al.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

SABAS ARREDONDO, et al.

Plaintiffs,

v.

DELANO FARMS COMPANY, et al.

Defendants.

)
)
)
)
)
)
)
)
)
)
)

Case No.: 1:09-cv-01247-LJO-DLB

**DECLARATION OF ELVIA CHAVEZ**

I, Elvia Chavez, declare as follows:

1.   I am currently an employee of T&R Bangi's Agricultural Services, Inc. ("T&R Bangi"). My current foreman is Jose Luis Pimentel. My employee number is 1230.

2.   As an employee of T&R Bangi, I attend "escuelita" almost every morning at the beginning of my shift. During the escuelita, the foreman gives the crew directions and talks about safety. This school usually lasts 10-15 minutes. It is always held while employees are on the clock, and I am always paid for the time I spend in school. Sometimes, if we are at the same location or picking the same type of grape as the previous day, the foreman will elect to skip school, but this is very rare.

3.   As an employee of T&R Bangi, I am not required to perform work off the clock. If I arrive at the job site early, I know that I am not supposed to begin setting up my tables prior to the shift starting. If anyone starts working early, the foreman will tell them to stop.

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

1

*DECLARATION*
*ARREDONDO v. DELANO FARMS COMPANY, et al.*

4.  Sometimes, during the harvest/picking season only, I have seen employees begin work early. This work consists of setting up the packing table and last about two to three minutes. I have only seen this happen when they are eligible to earn a bonus. If the foreman sees the employees working before the shift, or during their breaks, he tells them to stop.

5.  I am not required to do any work after my shift has ended. During the harvest season, the foreman instructs us to stop picking grapes 15 minutes before the end of the shift. This gives us enough time to finish packing the grapes that have already been picked and to close our table up. Often, our work is complete one or two minutes before the end of the shift.

6.  The first year of my employment, I used to take the trays home to wash them. Some employees refused to do this because they were not getting paid. For the past seven years, I have not been asked to take my trays home.

7.  I am always given my full break time. During a normal 8 hour day, I am given two 15 minute breaks, and a 30 minute lunch break. My break times are never cut short, and I am not allowed to work during my breaks.

8.  I am provided with all the tools necessary to do my job. The tools that the company gives me are adequate to perform my work. However, the company only started giving us clippers for the past three years. Before then, I used to bring my own clippers.

9.  When my crew moves locations during a shift, the company does not transport the workers. However, I remain on the clock during this time, and am always paid for the time spent traveling from one block to another. We are rarely moved from one location to another during the middle of the day.

10. When heading to a new work location, if we are not familiar with the area, the foreman will wait for the crew at the nearest intersection. Once we arrive at that intersection, the foreman advises us of where to go, and he continues to wait for the remaining employees.

11. During the picking season, I am paid a bonus for each box of grapes I pack. I have always been paid the correct bonus amount. If I ever thought that I was not paid correctly, I would feel

*DECLARATION*
*ARREDONDO v. DELANO FARMS COMPANY, et al.*

1   comfortable telling my foreman about it.

2   12.   When I arrive at work and it is raining, I wait in my car until the rain stops or the foreman tells

3        me to go home.  I remember waiting up to an hour, and I am not paid for this time.

4   13.   If called as a witness I could testify to all of the foregoing based upon my personal knowledge.

5        I declare under the penalty of perjury under the laws of the State of California that the foregoing

6   is true and correct and this declaration was executed on November 03, 2010, in Delano, California.

7

8                                               *Elvia C Hauez*
                                                 **ELVIA CHAVEZ**

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

3

1

## DECLARATION OF DONETTE LANCASTER

2       I declare that I am a certified translator fluent in the Spanish language and that I read the above

3 declaration from English into Spanish to _Elvia Chavez_ . He/She indicated to me that

4 the declaration is true and correct to the best of his/her knowledge.  I declare under penalty of perjury

5 under the laws of the State of California and the laws of the United States of America that the foregoing

6 is true and correct.

7       Executed November _03_ , 2010 in Delano, California.

8

9                                 DONETTE LANCASTER

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

GRISWOLD, LeSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

4

# EXHIBIT "24"

1    RANDY L. EDWARDS, #105639
     MICHAEL R. JOHNSON, #237767
2    LAURA A. WOLFE, #266751
     GRISWOLD, LaSALLE, COBB, DOWD & GIN, L.L.P.
3    111 East Seventh Street
     Hanford, CA 93230
4    Telephone (559) 584-6656
     Facsimile (559) 582-3106
5    johnson@griswoldlasalle.com; wolfe@griswoldlasalle.com

6    Attorneys for Defendants, Delano Farms Company, et al.

7            **UNITED STATES DISTRICT COURT**

8       **EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**

9    SABAS ARREDONDO, et al.       )   Case No.: 1:09-cv-01247-LJO-DLB
                              )
10        Plaintiffs,           )   **DECLARATION OF** Gabriela Chavez
                              )
11    v.                             )
                              )
12    DELANO FARMS COMPANY, et al.  )
                              )
13        Defendants.         )

14    I, Gabriela Chavez , declare as follows:

15   1.    I am currently an employee of T&R Bangi's Agricultural Services, Inc. ("T&R Bangi"). I work

16        in cold storage.

17   2.    While working for T&R Bangi in cold storage, I am rarely required to attend "escuelita." If there

18        is school, it usually only lasts 5-10 minutes. I am paid for this time.

19   3.    As an employee of T&R Bangi, I am never required to perform work off the clock. If I arrive

20        at the job site early, I am not required to begin work. Prior to our shift, employees are not

21        allowed in the cold storage. Therefore, it is impossible to begin working before our shift.

22   4.    I am never required to do work after my shift has ended. As the end of the shift, the production

23        line is stopped 15 minutes early. This allows us time to finish packing the remaining grapes.

24        If I am required to stay past the stop time, I am paid for it.

25   5.    I am never required to work at home. I am not required to take any packing trays home with me

26        to clean, and I know that I am not supposed to take the trays home with me.

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

11

*Arredondo v. Delano Farms, et al.*
*DECLARATION*

6. During my shifts, I am always given my full break time. During a normal 8 hour day, I am given two 10 minute breaks, and a 30 minute lunch break. My break times are never cut short, and I am not allowed to work during my breaks. To ensure that we don't work during our breaks, we are not allowed inside the cold storage during the break times, except for the last break period. During the last break period, employees are not allowed near the machinery and are thus not able to work.

7. I am provided with all the tools necessary to do my job. The tools that the company gives me are adequate to perform my work. I am provided with a lab coat, hair net, and latex gloves free of charge. However, if I lose the lab coat, I am given a new one for $20.

8. If called as a witness I could testify to all of the foregoing based upon my personal knowledge.

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct and this declaration was executed on September _15_ 2010, in Delano, California.

*Gabiela Chavez*
(Sign Name)

*Gabriela Chavez*
(Print Name)

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

12

*Arredondo v. Delano Farms, et al.*
*DECLARATION*

1

**DECLARATION OF DONETTE LANCASTER**

2      I declare that I am a certified translator fluent in the Spanish language and that I read the above

3  declaration from English into Spanish to *Gabriela Chavez* . He/She indicated to me that

4  the declaration is true and correct to the best of his/her knowledge. I declare under penalty of perjury

5  under the laws of the State of California and the laws of the United States of America that the foregoing

6  is true and correct.

7      Executed September 15, 2010 in Delano, California.

8

9                        DONETTE LANCASTER

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

13

*Arredondo v. Delano Farms, et al.*
*DECLARATION*

# EXHIBIT "25"

1  RANDY L. EDWARDS, #105639
   MICHAEL R. JOHNSON, #237767
2  LAURA A. WOLFE, #266751
   GRISWOLD, LaSALLE, COBB, DOWD & GIN, L.L.P.
3  111 East Seventh Street
   Hanford, CA 93230
4  Telephone (559) 584-6656
   Facsimile (559) 582-3106
5  johnson@griswoldlasalle.com; wolfe@griswoldlasalle.com

6  Attorneys for Defendants, Delano Farms Company, et al.

7                   **UNITED STATES DISTRICT COURT**

8          **EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**

9   SABAS ARREDONDO, et al.              )  Case No.: 1:09-cv-01247-LJO-DLB
                                         )
10            Plaintiffs,                )  **DECLARATION OF LUZ CHAVEZ**
                                         )
11  v.                                   )
                                         )
12  DELANO FARMS COMPANY, et al.         )
                                         )
13            Defendants.                )
                                         )

14         I, Luz Chavez, declare as follows:

15  1.    I am currently an employee of T&R Bangi's Agricultural Services, Inc. ("T&R Bangi").

16  2.    While working for T&R Bangi, I am required to attend "escuelita" almost every morning at the

17        beginning of my shift. During this school, the foreman gives us directions and talks about safety,

18        such as how to avoid heat stress, cuts, and how to avoid injury when dealing with heavy loads.

19        School usually lasts 10-15 minutes. It is always held while employees are on the clock, and I am

20        always paid for the time I spend in school. Sometimes the foreman holds "escuelita" twice

21        during a shift if we are not picking correctly, or if we need further directions. We are paid for

22        this time as well. On rare occasions, the foreman may elect to skip school because we are

23        working at the same location as before, or because we are harvesting the same type of grape as

24        before.

25  3.    As an employee of T&R Bangi, I am never required to perform work off the clock. If I arrive

26        at the job site early, I am not required to begin work. I know that we are not supposed to begin

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

                              1

                                        *Arredondo v. Delano Farms, et al.*
                                                        *DECLARATION*

1    setting up our tables prior to the shift starting. If anyone starts working early, the foreman tells

2    them to stop.

3    4.    I am never required to do work after my shift has ended. During the harvest season, the foreman

4    instructs us to stop picking grapes 15 minutes before the end of the shift. This allows us time

5    to finish packing the grapes that have already been picked and to close our table up.

6    5.    I am never required to work at home. I am not required to take my packing trays home with me

7    to clean, and I know that I am not supposed to take the trays home with me. I am not required

8    to put stickers on boxes or clamshells at home, and know that I am not supposed to take boxes,

9    clamshell, or stickers home with me.

10   6.    During my shifts, I am always given my full break time. During a normal 8 hour day, I am given

11   two 15 minute breaks, and a 30 minute lunch break. My break times are never cut short, and I

12   am not allowed to work during my breaks.

13   7.    I bought my own clippers because I was not present on the day that the company gave the

14   clippers out. I have never asked anyone for clippers.

15   8.    When my crew moves locations during a shift, the company does not transport the workers.

16   However, I remain on the clock during this time, and am always paid for the time spent traveling

17   from one block to another. If the new location is a close distance, the crew walks to it. We are

18   paid for this time. If the new location is too far away, we are sent home and report at the new

19   location the next day.

20   9.    If called as a witness I could testify to all of the foregoing based upon my personal knowledge.

21   I declare under the penalty of perjury under the laws of the State of California that the foregoing

22   is true and correct and this declaration was executed on September _9_ , 2010, in Delano, California.

23                                    _Luz chavez_
                                         LUZ CHAVEZ

24

25

26

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

2

*Arredondo v. Delano Farms, et al.*
DECLARATION

1

## DECLARATION OF LORENZO HURTADO

2      I declare that I am a certified translator (#300350) fluent in the Spanish language and that I read

3  the above declaration from English into Spanish to _Luz Chavez_. He/She indicated

4  to me that the declaration is true and correct to the best of his/her knowledge.  I declare under penalty

5  of perjury under the laws of the State of California and the laws of the United States of America that the

6  foregoing is true and correct.

7      Executed September _9_, 2010 in Delano, California.

8

9                                    LORENZO HURTADO

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

GRISWOLD, LaSALLE,
COBB, DOWD &
OIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

3

*Arredondo v. Delano Farms, et al.*
*DECLARATION*

# EXHIBIT "26"

1 RANDY L. EDWARDS, #105639
  MICHAEL R. JOHNSON, #237767
2 LAURA A. WOLFE, #266751
  GRISWOLD, LaSALLE, COBB, DOWD & GIN, L.L.P.
3 111 East Seventh Street
  Hanford, CA 93230
4 Telephone (559) 584-6656
  Facsimile (559) 582-3106
5 johnson@griswoldlasalle.com; wolfe@griswoldlasalle.com

6 Attorneys for Defendants, Delano Farms Company, et al.

7                    UNITED STATES DISTRICT COURT

8         EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

9  SABAS ARREDONDO, et al.          )  Case No.: 1:09-cv-01247-LJO-DLB
                                     )
10            Plaintiffs,            )  DECLARATION OF ROSARIO CORTEZ
                                     )
11 v.                                )
                                     )
12 DELANO FARMS COMPANY, et al.      )
                                     )
13            Defendants.            )

14        I, Rosario Cortez, declare as follows:

15 1.   I am currently an employee of T&R Bangi's Agricultural Services, Inc. ("T&R Bangi"). My

16      current forewoman is Josefina Garcia.

17 2.   While working for T&R Bangi, I am required to attend "escuelita" almost every morning at the

18      beginning of my shift. During this school, the foreman gives us directions and talks about safety,

19      such as how to avoid heat stress, cuts, and how to avoid injury when dealing with heavy loads.

20      School usually lasts 10-15 minutes. It is always held while employees are on the clock, and I am

21      always paid for the time I spend in school. Sometimes the foreman holds "escuelita" twice

22      during a shift if we are not picking correctly, or if we need further directions. We are paid for

23      this time as well. On rare occasions, the foreman may elect to skip school because we are

24      working at the same location as before, or because we are harvesting the same type of grape as

25      before.

26

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

                                    1

                                              *Arredondo v. Delano Farms, et al.*
                                                              *DECLARATION*

3.   As an employee of T&R Bangi, I am never required to perform work off the clock.  If I arrive at the job site early, I am not required to begin work.  I know that we are not supposed to begin setting up our tables prior to the shift starting.  If anyone starts working early, the foreman tells them to stop.  I was personally verbally reprimanded for starting work early.  The company is very strict in not letting us start work before our shift starts.

4.   I am never required to do work after my shift has ended.  During the harvest season, the foreman instructs us to stop picking grapes 15 minutes before the end of the shift.  This allows us time to finish packing the grapes that have already been picked and to close our table up.  Often, all work is completed 2-3 minutes before the end of the shift.

5.   I am never required to work at home.  I am not required to take my packing trays home with me to clean, and I know that I am not supposed to take the trays home with me.  I am not required to put stickers on boxes or clamshells at home, and know that I am not supposed to take boxes, clamshells, or stickers home with me.

6.   During my shifts, I am always given my full break time.  During a normal 8 hour day, I am given two 15 minute breaks, and a 30 minute lunch break.  My break times are never cut short, and I am not allowed to work during my breaks.

7.   I am provided with all the tools necessary to do my job.  The tools that the company gives me are adequate to perform my work.

8.   When my crew moves locations during a shift, the company does not transport the workers.  However, I remain on the clock during this time, and am always paid for the time spent traveling from one block to another.  If the new location is a close distance, the crew walks to it.  We are paid for this time.  If the new location is too far away, we are sent home and report at the new location the next day.

///
///
///

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

2

*Arredondo v. Delano Farms, et al.*
*DECLARATION*

09/15/2010 WED 16:19 FAX                                                    ☑049/068

1    9.    If called as a witness I could testify to all of the foregoing based upon my personal knowledge.

2          I declare under the penalty of perjury under the laws of the State of California that the foregoing

3    is true and correct and this declaration was executed on September *15*, 2010, in Delano, California.

4

5                                           *Ma. del Rosario Cortez R.*
                                            **ROSARIO CORTEZ**

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

                                            3

                                            *Arredondo v. Delano Farms, et al.*
                                            *DECLARATION*

RECEIVE:        NO.3185        09/15/2010/WED 04:13PM        Griswold Lasalle

1

2

### DECLARATION OF DONETTE LANCASTER

3       I declare that I am a certified translator fluent in the Spanish language and that I read the above

4   declaration from English into Spanish to *Rosario Cortez*. He/She indicated to me that

5   the declaration is true and correct to the best of his/her knowledge. I declare under penalty of perjury

6   under the laws of the State of California and the laws of the United States of America that the foregoing

7   is true and correct.

8

9       Executed September 15, 2010 in Delano, California.

10

11

12

13                             DONETTE LANCASTER

14

15

16

17

18

19

20

21

22

23

24

25

26

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

1

*Arredondo v. Delano Farms, et al.*
*DECLARATION*

# EXHIBIT "27"

RANDY L. EDWARDS, #105639
MICHAEL R. JOHNSON, #237767
LAURA A. WOLFE, #266751
GRISWOLD, LaSALLE, COBB, DOWD & GIN, L.L.P.
111 East Seventh Street
Hanford, CA 93230
Telephone (559) 584-6656
Facsimile (559) 582-3106
johnson@griswoldlasalle.com; wolfe@griswoldlasalle.com

Attorneys for Defendants, Delano Farms Company, et al.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**

| | |
|---|---|
| SABAS ARREDONDO, et al. | Case No.: 1:09-cv-01247-LJO-DLB |
| Plaintiffs, | **DECLARATION OF ORTENCIA DIAZ** |
| v. | |
| DELANO FARMS COMPANY, et al. | |
| Defendants. | |

I, Ortencia Diaz, declare as follows:

1.  I am currently an employee of T&R Bangi's Agricultural Services, Inc. ("T&R Bangi"). My current forewoman is Josefina Melgoza. My employee number is 19723.

2.  As an employee of T&R Bangi, I attend "escuelita" once a week. During the escuelita, the foreman gives the crew directions and talks about safety. We are also reminded not to being work before the shift, or work during our breaks. This school usually lasts 10-15 minutes. It is always held while employees are on the clock, and I am always paid for the time I spend in school.

3.  As an employee of T&R Bangi, I am not required to perform work off the clock. I used to begin my work early, but now if I arrive at the job site early, I do not. I know that we are not supposed to begin setting up my tables prior to the shift starting. If anyone starts working early, the foreman will tell them to stop.

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

2

*DECLARATION*
*ARREDONDO v. DELANO FARMS COMPANY, et al.*

4.   I am not required to do any work after my shift has ended.  During the harvest season, the foreman instructs us to stop picking grapes 15 minutes before the end of the shift.  This gives us enough time to finish packing the grapes that have already been picked and to close our table up.  Often, our work is complete one or two minutes before the end of the shift.

5.   When I first began working for T&R Bangi, I would take the trays home to wash them.  I do not know if I was paid for this time.  However, I have not done this for the past seven years, and am no longer required to do any work at home.

6.   I am always given my full break time.  During a normal 8 hour day, I am given two 15 minute breaks, and a 30 minute lunch break.  My break times are never cut short, and I am not allowed to work during my breaks.

7.   I am provided with all the tools necessary to do my job.  The tools that the company gives me are adequate to perform my work.

8.   When my crew moves locations during a shift, the company does not transport the workers.  However, I remain on the clock during this time, and am always paid for the time spent traveling from one block to another.  We are rarely moved from one location to another during the middle of the day.

9.   During the picking season, I am paid a bonus for each box of grapes I pack.  I have always been paid the correct bonus amount.

10.   When I arrive at work and it is raining, I wait in my car until the rain stops or the foreman tells me to go home.  I don't wait longer than thirty minutes, and I am *not* paid for this time.

11.   If called as a witness I could testify to all of the foregoing based upon my personal knowledge.

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct and this declaration was executed on November 03, 2010, in Delano, California.

Ortencia Diaz
**ORTENCIA DIAZ**

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

3

1

### DECLARATION OF DONETTE LANCASTER

2        I declare that I am a certified translator fluent in the Spanish language and that I read the above

3  declaration from English into Spanish to _Ortencia Diaz_ . He/She indicated to me that

4  the declaration is true and correct to the best of his/her knowledge.  I declare under penalty of perjury

5  under the laws of the State of California and the laws of the United States of America that the foregoing

6  is true and correct.

7        Executed November _03_, 2010 in Delano, California.

8

9                              DONETTE LANCASTER

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

1

# EXHIBIT "28"

1 | RANDY L. EDWARDS, #105639
MICHAEL R. JOHNSON, #237767
2 | LAURA A. WOLFE, #266751
GRISWOLD, LaSALLE, COBB, DOWD & GIN, L.L.P.
3 | 111 East Seventh Street
Hanford, CA 93230
4 | Telephone (559) 584-6656
Facsimile (559) 582-3106
5 | johnson@griswoldlasalle.com; wolfe@griswoldlasalle.com

6 | Attorneys for Defendants, Delano Farms Company, et al.

7 | **UNITED STATES DISTRICT COURT**

8 | **EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**

9 | SABAS ARREDONDO, et al.                )   Case No.: 1:09-cv-01247-LJO-DLB
                                         )
10 |         Plaintiffs,                  )   **DECLARATION OF JUAN ~~DORARTE~~**
                                         )                        Dorantes
11 | v.                                   )
                                         )
12 | DELANO FARMS COMPANY, et al.         )
                                         )
13 |         Defendants.                  )

14 | I, Juan Dorarte, declare as follows:

15 | 1.    I am currently an employee of T&R Bangi's Agricultural Services, Inc. ("T&R Bangi").

16 | 2.    While working for T&R Bangi, I am required to attend "escuelita" almost every morning at the

17 | beginning of my shift. During this school, the foreman gives us directions and talks about safety,

18 | such as how to avoid heat stress, cuts, and how to avoid injury when dealing with heavy loads.

19 | School usually lasts 10-15 minutes. It is always held while employees are on the clock, and I am

20 | always paid for the time I spend in school. Sometimes the foreman holds "escuelita" twice

21 | during a shift if we are not picking correctly, or if we need further directions. We are paid for

22 | this time as well. On rare occasions, the foreman may elect to skip school because we are

23 | working at the same location as before, or because we are harvesting the same type of grape as

24 | before.

25 | 3.    As an employee of T&R Bangi, I am never required to perform work off the clock. If I arrive

26 | at the job site early, I am not required to begin work. I know that we are not supposed to begin

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

1

*Arredondo v. Delano Farms, et al.*
*DECLARATION*

1  setting up our tables prior to the shift starting. If anyone starts working early, the foreman tells

2  them to stop. I have seen people begin work setting up the tables early. No one tells them to do

3  this, and they only do it when they are eligible for bonuses.

4.  I am never required to do work after my shift has ended. During the harvest season, the foreman

5  instructs us to stop picking grapes 15 minutes before the end of the shift. This allows us time

6  to finish packing the grapes that have already been picked and to close our table up.

5.  I am never required to work at home. I am not required to take my packing trays home with me

8  to clean, and I know that I am not supposed to take the trays home with me. I am not required

9  to put stickers on boxes or clamshells at home, and know that I am not supposed to take boxes,

10  clamshell, or stickers home with me. However, I take the trays home with me once each season

11  to wash them. I do this voluntarily and know I am not compensated for it. This takes me about

12  10 minutes to do.

6.  During my shifts, I am always given my full break time. During a normal 8 hour day, I am given

13  two 15 minute breaks, and a 30 minute lunch break. My break times are never cut short, and I

14  am not allowed to work during my breaks. Sometimes I work after I finish lunch but before the

15  shift starts again. I do this voluntarily and only when I am eligible for a bonus.

7.  I am provided with all the tools necessary to do my job. The tools that the company gives me

18  are adequate to perform my work.

8.  When my crew moves locations during a shift, the company does not transport the workers.

19  However, I remain on the clock during this time, and am always paid for the time spent traveling

20  from one block to another. If the new location is a close distance, the crew walks to it. We are

21  paid for this time. If the new location is too far away, we are sent home and report at the new

22  location the next day.

9.  If called as a witness I could testify to all of the foregoing based upon my personal knowledge.

24  I declare under the penalty of perjury under the laws of the State of California that the foregoing

25  is true and correct and this declaration was executed on September _9__, 2010, in Delano, California.

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

2

*Arredondo v. Delano Farms, et al.*
*DECLARATION*



JUAN DORARTE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

3

*Arredondo v. Delano Farms, et al.*
*DECLARATION*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

### DECLARATION OF LORENZO HURTADO

I declare that I am a certified translator (#300350) fluent in the Spanish language and that I read the above declaration from English into Spanish to Juan Dorantes . He/She indicated to me that the declaration is true and correct to the best of his/her knowledge. I declare under penalty of perjury under the laws of the State of California and the laws of the United States of America that the foregoing is true and correct.

Executed September 9 , 2010 in Delano, California.

_____
LORENZO HURTADO

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

3

*Arredondo v. Delano Farms, et al.*
*DECLARATION*

EXHIBIT "29"

1  RANDY L. EDWARDS, #105639
   MICHAEL R. JOHNSON, #237767
2  LAURA A. WOLFE, #266751
   GRISWOLD, LaSALLE, COBB, DOWD & GIN, L.L.P.
3  111 East Seventh Street
   Hanford, CA 93230
4  Telephone (559) 584-6656
   Facsimile (559) 582-3106
5  johnson@griswoldlasalle.com; wolfe@griswoldlasalle.com

6  Attorneys for Defendants, Delano Farms Company, et al.

7              **UNITED STATES DISTRICT COURT**

8       **EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**

9  SABAS ARREDONDO, et al.          ) Case No.: 1:09-cv-01247-LJO-DLB
                                     )
10          Plaintiffs,             ) **DECLARATION OF OSCAR ESCOBEDO**
                                     )
11 v.                               )
                                     )
12 DELANO FARMS COMPANY, et al.      )
                                     )
13          Defendants.             )
   ───────────────────────────────  )

14

15    I, Oscar Escobedo, declare as follows:

16 1.   I am currently an employee of T&R Bangi's Agricultural Services, Inc. ("T&R Bangi"). My

17      current foreman is Jose Luis Pimentel. My employee number is __4649__.

18 2.   As an employee of T&R Bangi, I attend "escuelita" about once a week. During the escuelita, the

19      foreman gives the crew directions and talks about safety. This school usually lasts 10-15

20      minutes. It is always held while employees are on the clock, and I am always paid for the time

21      I spend in school. Sometimes, the foreman will hold the school more often, depending on the

22      work requirements.

23 3.   As an employee of T&R Bangi, I am not required to perform work off the clock. If I arrive at

24      the job site early, I know that I am not supposed to begin setting up my tables prior to the shift

25      starting. If anyone starts working early, the foreman will tell them to stop.

26 4.   My foreman does not tell me to get to work early. I have heard him tell us to leave our homes

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

                          1

1    so that we will be present in time for the start of the shift, but so long as I am at work when the

2    shift begins, the foreman does not reprimand or criticize me.

3    5.    I am not required to do any work after my shift has ended.  During the harvest season, the

4    foreman instructs us to stop picking grapes 15 minutes before the end of the shift.  This gives us

5    enough time to finish packing the grapes that have already been picked and to close our table up.

6    Often, our work is complete one or two minutes before the end of the shift.

7    6.    I am not required to take my trays home to wash them, nor am I required to do any other work

8    at home.

9    7.    I am always given my full break time.  During a normal 8 hour day, I am given two 15 minute

10    breaks, and a 30 minute lunch break.  My break times are never cut short, and I am not allowed

11    to work during my breaks.

12    8.    I am provided with all the tools necessary to do my job.  The tools that the company gives me

13    are adequate to perform my work.

14    9.    When my crew moves locations during a shift, the company does not transport the workers.

15    However, I remain on the clock during this time, and am always paid for the time spent traveling

16    from one block to another.  We are rarely moved from one location to another during the middle

17    of the day.

18    10.    When heading to a new work location, if we are not familiar with the area, the foreman will wait

19    for the crew at the nearest intersection.  Once we arrive at that intersection, the foreman advises

20    us of where to go, and he continues to wait for the remaining employees.

21    11.    During the picking season, I am paid a bonus for each box of grapes I pack.  I have always been

22    paid the correct bonus amount.  If I ever thought that I was not paid correctly, I would feel

23    comfortable telling my foreman about it.

24    12.    When I arrive at work and it is raining, I wait in my car until the rain stops or the foreman tells

25    me to go home.  I don't recall ever waiting longer than thirty minutes, and I am paid for this time.

26    13.    If called as a witness I could testify to all of the foregoing based upon my personal knowledge.

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

2

*DECLARATION*
*ARREDONDO v. DELANO FARMS COMPANY, et al.*

1    I declare under the penalty of perjury under the laws of the State of California that the foregoing

2  is true and correct and this declaration was executed on November 03, 2010, in Delano, California.

3

4                                    _____
                                          **OSCAR ESCOBEDO**

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

3

*DECLARATION*
*ARREDONDO v. DELANO FARMS COMPANY, et al.*

1  **DECLARATION OF DONETTE LANCASTER**

2          I declare that I am a certified translator fluent in the Spanish language and that I read the above

3  declaration from English into Spanish to ___Oscar Escolaedo___ . He/She indicated to me that

4  the declaration is true and correct to the best of his/her knowledge.  I declare under penalty of perjury

5  under the laws of the State of California and the laws of the United States of America that the foregoing

6  is true and correct.

7          Executed November __03__ , 2010 in Delano, California.

8

9                                              DONETTE LANCASTER

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

4

*DECLARATION*
*ARREDONDO v. DELANO FARMS COMPANY, et al.*

# EXHIBIT "30"

1  RANDY L. EDWARDS, #105639
   MICHAEL R. JOHNSON, #237767
2  LAURA A. WOLFE, #266751
   GRISWOLD, LaSALLE, COBB, DOWD & GIN, L.L.P.
3  111 East Seventh Street
   Hanford, CA 93230
4  Telephone (559) 584-6656
   Facsimile (559) 582-3106
5  johnson@griswoldlasalle.com; wolfe@griswoldlasalle.com

6  Attorneys for Defendants, Delano Farms Company, et al.

7  **UNITED STATES DISTRICT COURT**

8  **EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**

9  SABAS ARREDONDO, et al.                    )  Case No.: 1:09-cv-01247-LJO-DLB
                                              )
10            Plaintiffs,                     )  **DECLARATION OF MARIA LUZ**
                                              )  **FERNANDEZ**
11  v.                                        )
                                              )
12  DELANO FARMS COMPANY, et al.              )
                                              )
13            Defendants.                     )

14

15      I, Maria Luz Fernandez, declare as follows:

16  1.  I am currently an employee of T&R Bangi's Agricultural Services, Inc. ("T&R Bangi"). My

17      current foreman is Jose Luis Pimentel. My employee number is _2865_ .

18  2.  As an employee of T&R Bangi, I attend "escuelita" almost every morning at the beginning of my

        shift. During the escuelita, the foreman gives the crew directions and talks about safety. This

19      school usually lasts 10-15 minutes. It is always held while employees are on the clock, and I am

20      always paid for the time I spend in school. Sometimes, if we are at the same location or picking

21      the same type of grape as the previous day, the foreman will elect to skip school, but this is very

22      rare.

23  3.  As an employee of T&R Bangi, I am not required to perform work off the clock. If I arrive at

24      the job site early, I know that I am not supposed to begin setting up my tables prior to the shift

25      starting. If anyone starts working early, the foreman will tell them to stop.

26

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

1

4.  My foreman does not tell me to get to work early. I have heard him tell us to leave our homes so that we will be present in time for the start of the shift, but so long as I am at work when the shift begins, the foreman does not reprimand or criticize me.

5.  I am not required to do any work after my shift has ended. During the harvest season, the foreman instructs us to stop picking grapes 15 minutes before the end of the shift. This gives us enough time to finish packing the grapes that have already been picked and to close our table up. Often, our work is complete one or two minutes before the end of the shift.

6.  I used to take my trays home to wash them. This was completely voluntary, and not all employees did it. However, I stopped doing this about five years ago, and no longer work at home. I am not required to do any other work at home either.

7.  I am always given my full break time. During a normal 8 hour day, I am given two 15 minute breaks, and a 30 minute lunch break. My break times are never cut short, and I am not allowed to work during my breaks.

8.  I am provided with all the tools necessary to do my job. The tools that the company gives me are adequate to perform my work.

9.  When my crew moves locations during a shift, the company does not transport the workers. However, I remain on the clock during this time, and am always paid for the time spent traveling from one block to another. We are rarely moved from one location to another during the middle of the day.

10. When heading to a new work location, if we are not familiar with the area, the foreman will wait for the crew at the nearest intersection. Once we arrive at that intersection, the foreman advises us of where to go, and he continues to wait for the remaining employees.

11. During the picking season, I am paid a bonus for each box of grapes I pack. I have always been paid the correct bonus amount. If I ever thought that I was not paid correctly, I would feel comfortable telling my foreman about it.

12. When I arrive at work and it is raining, I wait in my car until the rain stops or the foreman tells

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

2

*DECLARATION*
*ARREDONDO v. DELANO FARMS COMPANY, et al.*

1     me to go home. I don't recall ever waiting longer than thirty minutes, and I am ~~paid~~ for this time.

*not nr*

2    13.    If called as a witness I could testify to all of the foregoing based upon my personal knowledge.

3     I declare under the penalty of perjury under the laws of the State of California that the foregoing

4  is true and correct and this declaration was executed on November ___09___, 2010, in Delano, California.

Maria Feresa Fernandez

**MARIA LUZ FERNANDEZ**

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

3

1

## DECLARATION OF DONETTE LANCASTER

2      I declare that I am a certified translator fluent in the Spanish language and that I read the above

3   declaration from English into Spanish to _Maria Luz Fernande_. He/She indicated to me that

4   the declaration is true and correct to the best of his/her knowledge.  I declare under penalty of perjury

5   under the laws of the State of California and the laws of the United States of America that the foregoing

6   is true and correct.

7      Executed November __09__, 2010 in Delano, California.

8

9                                         DONETTE LANCASTER

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

4

*DECLARATION*
*ARREDONDO v. DELANO FARMS COMPANY, et al.*

# EXHIBIT "31"

1　RANDY L. EDWARDS, #105639
　MICHAEL R. JOHNSON, #237767
2　LAURA A. WOLFE, #266751
　GRISWOLD, LaSALLE, COBB, DOWD & GIN, L.L.P.
3　111 East Seventh Street
　Hanford, CA 93230
4　Telephone (559) 584-6656
　Facsimile (559) 582-3106
5　johnson@griswoldlasalle.com; wolfe@griswoldlasalle.com

6　Attorneys for Defendants, Delano Farms Company, et al.

7　　　　　　　　**UNITED STATES DISTRICT COURT**

8　　　**EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**

9　SABAS ARREDONDO, et al.　　　　　) Case No.: 1:09-cv-01247-LJO-DLB
　　　　　　　　　　　　　　　　)
10　　　　　　Plaintiffs,　　　　) **DECLARATION OF**
　　　　　　　　　　　　　　　　) Martha Gamez
11　v.　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　)
12　DELANO FARMS COMPANY, et al.　)
　　　　　　　　　　　　　　　　)
13　　　　　　Defendants.　　　　)

14　　I, Martha Gamez , declare as follows:

15　1.　I am currently an employee of T&R Bangi's Agricultural Services, Inc. ("T&R Bangi"). I work

16　　　in cold storage.

17　2.　While working for T&R Bangi in cold storage, I am rarely required to attend "escuelita." If there

18　　　is school, it usually only lasts 5-10 minutes. I am paid for this time.

19　3.　As an employee of T&R Bangi, I am never required to perform work off the clock. If I arrive

20　　　at the job site early, I am not required to begin work. Prior to our shift, employees are not

21　　　allowed in the cold storage. Therefore, it is impossible to begin working before our shift.

22　4.　I am never required to do work after my shift has ended. As the end of the shift, the production

23　　　line is stopped 15 minutes early. This allows us time to finish packing the remaining grapes.

24　　　If I am required to stay past the stop time, I am paid for it.

25　5.　I am never required to work at home. I am not required to take any packing trays home with me

26　　　to clean, and I know that I am not supposed to take the trays home with me.

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

14

*Arredondo v. Delano Farms, et al.*
*DECLARATION*

6.   During my shifts, I am always given my full break time. During a normal 8 hour day, I am given two 10 minute breaks, and a 30 minute lunch break. My break times are never cut short, and I am not allowed to work during my breaks. To ensure that we don't work during our breaks, we are not allowed inside the cold storage during the break times, except for the last break period. During the last break period, employees are not allowed near the machinery and are thus not able to work.

7.   I am provided with all the tools necessary to do my job. The tools that the company gives me are adequate to perform my work. I am provided with a lab coat, hair net, and latex gloves free of charge. However, if I lose the lab coat, I am given a new one for $20.

8.   If called as a witness I could testify to all of the foregoing based upon my personal knowledge. I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct and this declaration was executed on September 15, 2010, in Delano, California.

_____
(Sign Name)

_____
(Print Name)

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

15

*Arredondo v. Delano Farms, et al.*
*DECLARATION*

1

**DECLARATION OF DONETTE LANCASTER**

2    I declare that I am a certified translator fluent in the Spanish language and that I read the above

3  declaration from English into Spanish to _Martha Gamez_ . He/She indicated to me that

4  the declaration is true and correct to the best of his/her knowledge.  I declare under penalty of perjury

5  under the laws of the State of California and the laws of the United States of America that the foregoing

6  is true and correct.

7    Executed September _15_, 2010 in Delano, California.

8

9                                               DONETTE LANCASTER

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

16

*Arredondo v. Delano Farms, et al.*
*DECLARATION*

# EXHIBIT "32"

1  RANDY L. EDWARDS, #105639
   MICHAEL R. JOHNSON, #237767
2  LAURA A. WOLFE, #266751
   GRISWOLD, LaSALLE, COBB, DOWD & GIN, L.L.P.
3  111 East Seventh Street
   Hanford, CA 93230
4  Telephone (559) 584-6656
   Facsimile (559) 582-3106
5  johnson@griswoldlasalle.com; wolfe@griswoldlasalle.com

6  Attorneys for Defendants, Delano Farms Company, et al.

7              UNITED STATES DISTRICT COURT

8        EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

9  SABAS ARREDONDO, et al.          )  Case No.: 1:09-cv-01247-LJO-DLB
                                    )
10         Plaintiffs,              )  **DECLARATION OF GERARDO GARCIA**
                                    )
11  v.                             )
                                    )
12  DELANO FARMS COMPANY, et al.    )
                                    )
13         Defendants.              )
                                    )

14         I, Gerardo Garcia, declare as follows:

15  1.   I am currently an employee of T&R Bangi's Agricultural Services, Inc. ("T&R Bangi").

16  2.   While working for T&R Bangi, I am required to attend "escuelita" almost every morning at the

17       beginning of my shift. During this school, the foreman gives us directions and talks about safety.

18       School usually lasts 10-15 minutes. It is always held while employees are on the clock, and I am

19       always paid for the time I spend in school. Sometimes the foreman elects to skip school, but this

20       is very rare.

21  3.   As an employee of T&R Bangi, I am never required to perform work off the clock. If I arrive

22       at the job site early, I am not required to begin work. I know that we are not supposed to begin

23       setting up our tables prior to the shift starting. However, I choose to prepare my table while I am

24       waiting for my shift to start. No one tells me to do this. This takes me a maximum of three

25       minutes.

26

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

1

*Arredondo v. Delano Farms, et al.*
*DECLARATION*

4.  I am never required to do work after my shift has ended. During the harvest season, the foreman instructs us to stop picking grapes 15 minutes before the end of the shift. This allows us time to finish packing the grapes that have already been picked and to close our table up.

5.  I am never required to work at home. I am not required to take my packing trays home with me to clean, and I know that I am not supposed to take the trays home with me. I am not required to put stickers on boxes or clamshells at home, and know that I am not supposed to take boxes, clamshell, or stickers home with me.

6.  During my shifts, I am always given my full break time. During a normal 8 hour day, I am given two 15 minute breaks, and a 30 minute lunch break. My break times are never cut short, and I am not allowed to work during my breaks.

7.  I am provided with all the tools necessary to do my job. The tools that the company gives me are adequate to perform my work.

8.  When my crew moves locations during a shift, the company does not transport the workers. However, I remain on the clock during this time, and am always paid for the time spent traveling from one block to another.

9.  If called as a witness I could testify to all of the foregoing based upon my personal knowledge.

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct and this declaration was executed on September $08$, in Delano, California.

*Gerardo Garcia*
GERARDO GARCIA

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

2

*Arredondo v. Delano Farms, et al.*
*DECLARATION*

1

**DECLARATION OF DONETTE LANCASTER**

2

3         I declare that I am a certified translator fluent in the Spanish language and that I read the above

4   declaration from English into Spanish to ~~Gerardo Garcia~~. He/She indicated to me that

5   the declaration is true and correct to the best of his/her knowledge.  I declare under penalty of perjury

6   under the laws of the State of California and the laws of the United States of America that the foregoing

7   is true and correct.

8

9         Executed September 08, 2010 in Delano, California.

10

11

12

13                              DONETTE LANCASTER

14

15

16

17

18

19

20

21

22

23

24

25

26

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

1

*Arredondo v. Delano Farms, et al.*
*DECLARATION*

# EXHIBIT "33"

1  RANDY L. EDWARDS, #105639
   MICHAEL R. JOHNSON, #237767
2  LAURA A. WOLFE, #266751
   GRISWOLD, LaSALLE, COBB, DOWD & GIN, L.L.P.
3  111 East Seventh Street
   Hanford, CA 93230
4  Telephone (559) 584-6656
   Facsimile (559) 582-3106
5  johnson@griswoldlasalle.com; wolfe@griswoldlasalle.com

6  Attorneys for Defendants, Delano Farms Company, et al.

7                      **UNITED STATES DISTRICT COURT**

8         **EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**

9  SABAS ARREDONDO, et al.                    )  Case No.: 1:09-cv-01247-LJO-DLB
                                              )
10                Plaintiffs,                  )  **DECLARATION OF**
                                              )  _Jose  S. Garcia_
11    v.                                       )
                                              )
12  DELANO FARMS COMPANY, et al.              )
                                              )
13                Defendants.                  )
                                              )

14       I, _Jose S. Garcia_ , declare as follows:

15  1.   I am currently an employee of T&R Bangi's Agricultural Services, Inc. ("T&R Bangi").

16  2.   While working for T&R Bangi, I am required to attend "escuelita" almost every morning at the

17       beginning of my shift. During this school, the foreman gives us directions and talks about safety.

18       School usually lasts 10-15 minutes. It is always held while employees are on the clock, and I am

19       always paid for the time I spend in school. Sometimes the foreman elects to skip school, but this

20       is very rare.

21  3.   As an employee of T&R Bangi, I am never required to perform work off the clock. If I arrive

22       at the job site early, I am not required to begin work. I know that we are not supposed to begin

23       setting up our tables prior to the shift starting. If anyone starts working early, the foreman tells

24       them to stop.

25

26

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

                                1

                                              _Arredondo v. Delano Farms, et al._
                                                              _DECLARATION_

4.     I am never required to do work after my shift has ended. During the harvest season, the foreman instructs us to stop picking grapes 15 minutes before the end of the shift. This allows us time to finish packing the grapes that have already been picked and to close our table up.

5.     I am never required to work at home. I am not required to take my packing trays home with me to clean, and I know that I am not supposed to take the trays home with me. I am not required to put stickers on boxes or clamshells at home, and know that I am not supposed to take boxes, clamshell, or stickers home with me.

6.     During my shifts, I am always given my full break time. During a normal 8 hour day, I am given two 15 minute breaks, and a 30 minute lunch break. My break times are never cut short, and I am not allowed to work during my breaks.

7.     I am provided with all the tools necessary to do my job. The tools that the company gives me are adequate to perform my work.

8.     When my crew moves locations during a shift, the company does not transport the workers. However, I remain on the clock during this time, and am always paid for the time spent traveling from one block to another.

9.     If called as a witness I could testify to all of the foregoing based upon my personal knowledge.

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct and this declaration was executed on September _8_, in Delano, California.

_____
(Sign Name)

_JOSE S. Garcia_____
(Print Name)

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

2

*Arredondo v. Delano Farms, et al.*
*DECLARATION*

RECEIVE:          NO.3057          09/08/2010/WED 03:47PM          Griswold Lasalle

1 **DECLARATION OF DONETTE LANCASTER**

2

3      I declare that I am a certified translator fluent in the Spanish language and that I read the above

4 declaration from English into Spanish to ___Jose S. Garcia___. He/She indicated to me that

5 the declaration is true and correct to the best of his/her knowledge.  I declare under penalty of perjury

6 under the laws of the State of California and the laws of the United States of America that the foregoing

7 is true and correct.

8

9      Executed September _08_, 2010 in Delano, California.

10

11

12 _____

13 DONETTE LANCASTER

14

15

16

17

18

19

20

21

22

23

24

25

26

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
311 EAST SEVENTH STREET
HANFORD, CA 93230

1

*Arredondo v. Delano Farms, et al.*
*DECLARATION*

RECEIVE:       NO.3057       09/08/2010/WED 03:47PM       Griswold Lasalle

# EXHIBIT "34"

RANDY L. EDWARDS, #105639
MICHAEL R. JOHNSON, #237767
LAURA A. WOLFE, #266751
GRISWOLD, LaSALLE, COBB, DOWD & GIN, L.L.P.
111 East Seventh Street
Hanford, CA 93230
Telephone (559) 584-6656
Facsimile (559) 582-3106
johnson@griswoldlasalle.com; wolfe@griswoldlasalle.com

Attorneys for Defendants, Delano Farms Company, et al.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| SABAS ARREDONDO, et al. | Case No.: 1:09-cv-01247-LJO-DLB |
| Plaintiffs, | **DECLARATION OF RITA GARCIA** |
| v. | |
| DELANO FARMS COMPANY, et al. | |
| Defendants. | |

I, Rita Garcia, declare as follows:

1. I am currently an employee of T&R Bangi's Agricultural Services, Inc. ("T&R Bangi").

2. While working for T&R Bangi, I am required to attend "escuelita" almost every morning at the beginning of my shift. During this school, the foreman gives us directions and talks about safety. School usually lasts 10-15 minutes. It is always held while employees are on the clock, and I am always paid for the time I spend in school. Sometimes the foreman elects to skip school, but this is very rare.

3. As an employee of T&R Bangi, I am never required to perform work off the clock. If I arrive at the job site early, I am not required to begin work. I know that we are not supposed to begin setting up our tables prior to the shift starting. If anyone starts working early, the foreman tells them to stop.

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

1

*Arredondo v. Delano Farms, et al.*
*DECLARATION*

4.  I am never required to do work after my shift has ended. During the harvest season, the foreman instructs us to stop picking grapes 15 minutes before the end of the shift. This allows us time to finish packing the grapes that have already been picked and to close our table up.

5.  I am never required to work at home. I am not required to take my packing trays home with me to clean, and I know that I am not supposed to take the trays home with me. I am not required to put stickers on boxes or clamshells at home, and know that I am not supposed to take boxes, clamshell, or stickers home with me.

6.  During my shifts, I am always given my full break time. During a normal 8 hour day, I am given two 10 minute breaks, and a 30 minute lunch break. My break times are never cut short, and I am not allowed to work during my breaks.

7.  I am provided with all the tools necessary to do my job. The tools that the company gives me are adequate to perform my work.

8.  When my crew moves locations during a shift, the company does not transport the workers. However, I remain on the clock during this time, and am always paid for the time spent traveling from one block to another.

9.  If called as a witness I could testify to all of the foregoing based upon my personal knowledge.

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct and this declaration was executed on September _08_, in Delano, California.

_Rito Garcia_
RITA GARCIA

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
113 EAST SEVENTH STREET
HANFORD, CA 93230

2

_Arredondo v. Delano Farms, et al._
DECLARATION

1

## DECLARATION OF DONETTE LANCASTER

2

3     I declare that I am a certified translator fluent in the Spanish language and that I read the above

4 declaration from English into Spanish to _Rita Garcia_ . He/She indicated to me that

5 the declaration is true and correct to the best of his/her knowledge.  I declare under penalty of perjury

6 under the laws of the State of California and the laws of the United States of America that the foregoing

7 is true and correct.

8

9     Executed September _08_, 2010 in Delano, California.

10

11

12     _[signature]_

13     DONETTE LANCASTER

14

15

16

17

18

19

20

21

22

23

24

25

26

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

1

*Arredondo v. Delano Farms, et al.*
*DECLARATION*

# EXHIBIT "35"

1  RANDY L. EDWARDS, #105639
   MICHAEL R. JOHNSON, #237767
2  LAURA A. WOLFE, #266751
   GRISWOLD, LaSALLE, COBB, DOWD & GIN, L.L.P.
3  111 East Seventh Street
   Hanford, CA 93230
4  Telephone (559) 584-6656
   Facsimile (559) 582-3106
5  johnson@griswoldlasalle.com; wolfe@griswoldlasalle.com

6  Attorneys for Defendants, Delano Farms Company, et al.

7              UNITED STATES DISTRICT COURT

8        EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

9  SABAS ARREDONDO, et al.          )  Case No.: 1:09-cv-01247-LJO-DLB
                                     )
10             Plaintiffs,           )  **DECLARATION OF MARGARITA**
                                     )  **GARIBAY**
11 v.                                )
                                     )
12 DELANO FARMS COMPANY, et al.      )
                                     )
13             Defendants.           )

14         I, Margarita Garibay, declare as follows:

15  1.    I am currently an employee of T&R Bangi's Agricultural Services, Inc. ("T&R Bangi"). My

16        current forewoman is Josefina Garcia.

17  2.    While working for T&R Bangi, I am required to attend "escuelita" almost every morning at the

18        beginning of my shift. During this school, the foreman gives us directions and talks about safety,

19        such as how to avoid heat stress, cuts, and how to avoid injury when dealing with heavy loads.

20        School usually lasts 10-15 minutes. It is always held while employees are on the clock, and I am

21        always paid for the time I spend in school. Sometimes the foreman holds "escuelita" twice

22        during a shift if we are not picking correctly, or if we need further directions. We are paid for

23        this time as well. On rare occasions, the foreman may elect to skip school because we are

24        working at the same location as before, or because we are harvesting the same type of grape as

25        before.

26

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

                                     1

                                          *Arredondo v. Delano Farms, et al.*
                                                          *DECLARATION*

RECEIVE:     NO.3185     09/15/2010/WED 04:13PM     Griswold Lasalle

3.   As an employee of T&R Bangi, I am never required to perform work off the clock. If I arrive at the job site early, I am not required to begin work. I know that we are not supposed to begin setting up our tables prior to the shift starting. If anyone starts working early, the foreman tells them to stop.

4.   I am never required to do work after my shift has ended. During the harvest season, the foreman instructs us to stop picking grapes 15 minutes before the end of the shift. This allows us time to finish packing the grapes that have already been picked and to close our table up. Often, all work is completed 2-3 minutes before the end of the shift.

5.   I am never required to work at home. I am not required to take my packing trays home with me to clean, and I know that I am not supposed to take the trays home with me. I am not required to put stickers on boxes or clamshells at home, and know that I am not supposed to take boxes, clamshells, or stickers home with me. About ten years ago, I used to take my trays home with me to wash them. This was voluntary and I was not paid for it. However, I haven't done this since then.

6.   During my shifts, I am always given my full break time. During a normal 8 hour day, I am given two 15 minute breaks, and a 30 minute lunch break. My break times are never cut short, and I am not allowed to work during my breaks.

7.   I am provided with all the tools necessary to do my job. The tools that the company gives me are adequate to perform my work.

8.   When my crew moves locations during a shift, the company does not transport the workers. However, I remain on the clock during this time, and am always paid for the time spent traveling from one block to another. If the new location is a close distance, the crew walks to it. We are paid for this time. If the new location is too far away, we are sent home and report at the new location the next day.

9.   If called as a witness I could testify to all of the foregoing based upon my personal knowledge.

GRISWOLD, LaSALLE,
COBB, DOWD &
OIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

2

*Arredondo v. Delano Farms, et al.*
*DECLARATION*

1    I declare under the penalty of perjury under the laws of the State of California that the foregoing

2  is true and correct and this declaration was executed on September $15$, 2010, in Delano, California.

3

4                                                    MARGARITA GARIBAY

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

GRISWOLD, LaSALLE,
CODB, DOWD &
OIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

                                  3

                                       *Arredondo v. Delano Farms, et al.*
                                       *DECLARATION*

1

**DECLARATION OF DONETTE LANCASTER**

2

3        I declare that I am a certified translator fluent in the Spanish language and that I read the above

4   declaration from English into Spanish to _Margarita Garibay_. He/She indicated to me that

5   the declaration is true and correct to the best of his/her knowledge. I declare under penalty of perjury

6   under the laws of the State of California and the laws of the United States of America that the foregoing

7   is true and correct.

8

9        Executed September _15_, 2010 in Delano, California.

10

11

12

13                        DONETTE LANCASTER

14

15

16

17

18

19

20

21

22

23

24

25

26

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

1

*Arredondo v. Delano Farms, et al.*
*DECLARATION*

# EXHIBIT "36"

09/09/2010 THU 15:24 FAX · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · ☑016/043

Case 1:09-cv-01247-LJO-DLB   Document 76-2   Filed 02/28/11   Page 61 of 100

RANDY L. EDWARDS, #105639
MICHAEL R. JOHNSON, #237767
LAURA A. WOLFE, #266751
GRISWOLD, LaSALLE, COBB, DOWD & GIN, L.L.P.
111 East Seventh Street
Hanford, CA 93230
Telephone (559) 584-6656
Facsimile (559) 582-3106
johnson@griswoldlasalle.com; wolfe@griswoldlasalle.com

Attorneys for Defendants, Delano Farms Company, et al.

### UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| SABAS ARREDONDO, et al. | Case No.: 1:09-cv-01247-LJO-DLB |
| Plaintiffs, | **DECLARATION OF JAIME GASPER** |
| v. | |
| DELANO FARMS COMPANY, et al. | |
| Defendants. | |

I, Jaime Gaspar, declare as follows:

1.     I am currently an employee of T&R Bangi's Agricultural Services, Inc. ("T&R Bangi").

2.     While working for T&R Bangi, I am required to attend "escuelita" almost every morning at the beginning of my shift. During this school, the foreman gives us directions and talks about safety, such as how to avoid heat stress, cuts, and how to avoid injury when dealing with heavy loads. School usually lasts 10-15 minutes. It is always held while employees are on the clock, and I am always paid for the time I spend in school. Sometimes the foreman holds "escuelita" twice during a shift if we are not picking correctly, or if we need further directions. We are paid for this time as well. On rare occasions, the foreman may elect to skip school because we are working at the same location as before, or because we are harvesting the same type of grape as before.

3.     As an employee of T&R Bangi, I am never required to perform work off the clock. If I arrive at the job site early, I am not required to begin work. I know that we are not supposed to begin

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

1

*Arredondo v. Delano Farms, et al.*
*DECLARATION*

1    setting up our tables prior to the shift starting. If anyone starts working early, the foreman tells

2    them to stop.

3    4.    I am never required to do work after my shift has ended. During the harvest season, the foreman

4          instructs us to stop picking grapes 15 minutes before the end of the shift. This allows us time

5          to finish packing the grapes that have already been picked and to close our table up.

6    5.    I am never required to work at home. I am not required to take my packing trays home with me

7          to clean, and I know that I am not supposed to take the trays home with me. I am not required

8          to put stickers on boxes or clamshells at home, and know that I am not supposed to take boxes,

9          clamshell, or stickers home with me.

10   6.    During my shifts, I am always given my full break time. During a normal 8 hour day, I am given

11         two 15 minute breaks, and a 30 minute lunch break. My break times are never cut short, and I

12         am not allowed to work during my breaks.

13   7.    The company provides clippers on the first day of "tipping." Employees need to be present to

14         get these clippers. I have never asked the company to provide me with tools.

15   8.    When my crew moves locations during a shift, the company does not transport the workers.

16         However, I remain on the clock during this time, and am always paid for the time spent traveling

17         from one block to another. If the new location is a close distance, the crew walks to it. We are

18         paid for this time. If the new location is too far away, we are sent home and report at the new

19         location the next day.

20   9.    If called as a witness I could testify to all of the foregoing based upon my personal knowledge.

21         I declare under the penalty of perjury under the laws of the State of California that the foregoing

22   is true and correct and this declaration was executed on September  7 , 2010, in Delano, California.

23                     *Jaime Gaspar*
                       **JAIME GASPER**

24

25

26

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

2

*Arredondo v. Delano Farms, et al.*
*DECLARATION*

**DECLARATION OF LORENZO HURTADO**

1

2    I declare that I am a certified translator (#300350) fluent in the Spanish language and that I read

3    the above declaration from English into Spanish to _Jaime Gasper_. He/She indicated

4    to me that the declaration is true and correct to the best of his/her knowledge.  I declare under penalty

5    of perjury under the laws of the State of California and the laws of the United States of America that the

6    foregoing is true and correct.

7        Executed September _9_, 2010 in Delano, California.

8

9                                                    _____
                                                      LORENZO HURTADO
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

3

*Arredondo v. Delano Farms, et al.*
*DECLARATION*

# EXHIBIT "37"

1  RANDY L. EDWARDS, #105639
   MICHAEL R. JOHNSON, #237767
2  LAURA A. WOLFE, #266751
   GRISWOLD, LaSALLE, COBB, DOWD & GIN, L.L.P.
3  111 East Seventh Street
   Hanford, CA 93230
4  Telephone (559) 584-6656
   Facsimile (559) 582-3106
5  johnson@griswoldlasalle.com; wolfe@griswoldlasalle.com

6  Attorneys for Defendants, Delano Farms Company, et al.

7             **UNITED STATES DISTRICT COURT**

8      **EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**

9  SABAS ARREDONDO, et al.          )  Case No.: 1:09-cv-01247-LJO-DLB
                                     )
10            Plaintiffs,            )  **DECLARATION OF PETRONILA GOMEZ**
                                     )
11  v.                               )
                                     )
12  DELANO FARMS COMPANY, et al.     )
                                     )
13            Defendants.            )

14     I, Petronila Gomez, declare as follows:

15  1.   I am currently an employee of T&R Bangi's Agricultural Services, Inc. ("T&R Bangi").  My

16       current foreman is Amadeo Paniagua.  My employee number is _____.

17  2.   While working for T&R Bangi, I am required to attend "escuelita" almost every morning at the

18       beginning of my shift. During this school, the foreman gives us directions and talks about safety,

19       such as how to avoid heat stress, cuts, and how to avoid injury when dealing with heavy loads.

20       School usually lasts 10-15 minutes. It is always held while employees are on the clock, and I am

21       always paid for the time I spend in school.  Sometimes the foreman holds "escuelita" twice

22       during a shift if we are not picking correctly, or if we need further directions.  We are paid for

23       this time as well.  On rare occasions, the foreman may elect to skip school because we are

24       working at the same location as before, or because we are harvesting the same type of grape as

25       before. The foreman specifically tells us not to work before or after the shift ends, or during any

26       of our breaks.  However, five years ago, workers were allowed to begin before the start of the

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

1

1    shift. This is no longer allowed.

2    3.   As an employee of T&R Bangi, I am never required to perform work off the clock. If I arrive

3        at the job site early, I am not required to begin work. I know that we are not supposed to begin

4        setting up our tables prior to the shift starting. If anyone starts working early, the foreman tells

5        them to stop.

6    4.   I am never required to do work after my shift has ended. During the harvest season, the foreman

7        instructs us to stop picking grapes 15 minutes before the end of the shift. This allows us time

8        to finish packing the grapes that have already been picked and to close our table up. Often, all

9        work is completed prior to the end of the shift.

10   5.   I am never required to work at home. I am not required to take my packing trays home with me

11       to clean, and I know that I am not supposed to take the trays home with me. I am not required

12       to put stickers on boxes or clamshells at home, and know that I am not supposed to take boxes,

13       clamshells, or stickers home with me. However, during my first year of employment, I took the

14       trays home to wash them. It took me about 30 minutes to wash them, and I was not paid for this

15       time. However, I have not done this in the last five years.

16   6.   During my shifts, I am always given my full break time. During a normal 8 hour day, I am given

17       one 15 minute break in the morning, one 10 minute break in the afternoon, and a 30 minute lunch

18       break. My break times are never cut short, and I am not allowed to work during my breaks. I

19       have seen some employees try to work during their breaks, but only during times when they are

20       eligible for bonuses. If the foreman sees them working, he tells them to stop.

21   7.   I am provided with all the tools necessary to do my job. The tools that the company gives me

22       are adequate to perform my work.

23   8.   When my crew moves locations during a shift, the company does not transport the workers.

24       However, I remain on the clock during this time, and am always paid for the time spent traveling

25       from one block to another. If the new location is a close distance, the crew walks to it. We are

26       paid for this time. If the new location is too far away, we are sent home and report at the new

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

2

*DECLARATION*
*ARREDONDO v. DELANO FARMS COMPANY, et al.*

1    location the next day.

2    9.    If called as a witness I could testify to all of the foregoing based upon my personal knowledge.

3    I declare under the penalty of perjury under the laws of the State of California that the foregoing

4    is true and correct and this declaration was executed on November _3_, 2010, in Delano, California.

*Petronila Gomez*

**PETRONILA GOMEZ**

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

3

*DECLARATION*
*ARREDONDO v. DELANO FARMS COMPANY, et al.*

1

**DECLARATION OF DONETTE LANCASTER**

2       I declare that I am a certified translator fluent in the Spanish language and that I read the above

3   declaration from English into Spanish to _Petronila Gomez_ . He/She indicated to me that

4   the declaration is true and correct to the best of his/her knowledge.  I declare under penalty of perjury

5   under the laws of the State of California and the laws of the United States of America that the foregoing

6   is true and correct.

7       Executed November _3_ , 2010 in Delano, California.

8

9                                DONETTE LANCASTER

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

4

*DECLARATION*
*ARREDONDO v. DELANO FARMS COMPANY, et al.*

# EXHIBIT "38"

1  RANDY L. EDWARDS, #105639
2  MICHAEL R. JOHNSON, #237767
   LAURA A. WOLFE, #266751
3  GRISWOLD, LaSALLE, COBB, DOWD & GIN, L.L.P.
   111 East Seventh Street
   Hanford, CA 93230
4  Telephone (559) 584-6656
   Facsimile (559) 582-3106
5  johnson@griswoldlasalle.com; wolfe@griswoldlasalle.com

6  Attorneys for Defendants, Delano Farms Company, et al.

7              **UNITED STATES DISTRICT COURT**

8      **EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**

9  SABAS ARREDONDO, et al.          ) Case No.: 1:09-cv-01247-LJO-DLB
                                     )
10             Plaintiffs,           ) **DECLARATION OF GUADALUPE**
                                     ) **GONZALEZ**
11 v.                                )
                                     )
12 DELANO FARMS COMPANY, et al.      )
                                     )
13             Defendants.           )
                                     )
14
      **I, Guadalupe Gonzalez**, declare as follows:

15 1.  I am currently an employee of T&R Bangi's Agricultural Services, Inc. ("T&R Bangi"). My
16     current foreman is Lucina Gamboa. My employee number is _14471_ .

17 2.  While working for T&R Bangi, I am required to attend "escuelita" almost every morning at the
18     beginning of my shift. During this school, the foreman gives us directions and talks about safety,
19     such as how to avoid heat stress, cuts, and how to avoid injury when dealing with heavy loads.
20     School usually lasts 10-15 minutes. It is always held while employees are on the clock, and I am
21     always paid for the time I spend in school. Sometimes the foreman holds "escuelita" twice
22     during a shift if we are not picking correctly, or if we need further directions. We are paid for
23     this time as well. On rare occasions, the foreman may elect to skip school because we are
24     working at the same location as before, or because we are harvesting the same type of grape as
25     before.
26

GRISWOLD, LaSALLE,
   COBB, DOWD &
   GIN, L.L.P.
111 EAST SEVENTH STREET
   HANFORD, CA 93230

                          1

3.  As an employee of T&R Bangi, I am never required to perform work off the clock. If I arrive at the job site early, I am not required to begin work. I know that we are not supposed to begin setting up our tables prior to the shift starting. If anyone starts working early, the foreman tells them to stop.

4.  I am never required to do work after my shift has ended. During the harvest season, the foreman instructs us to stop picking grapes 15 minutes before the end of the shift. This allows us time to finish packing the grapes that have already been picked and to close our table up.

5.  I am never required to work at home. I am not required to take my packing trays home with me to clean, and I know that I am not supposed to take the trays home with me. I am not required to put stickers on boxes or clamshells at home, and know that I am not supposed to take boxes, clamshells, or stickers home with me. I have never seen an employee take trays home to wash them, and if they do, I believe it is out of habit from working for other employers.

6.  During my shifts, I am always given my full break time. During a normal 8 hour day, I am given two 15 minute breaks, and a 30 minute lunch break. My break times are never cut short, and I am not allowed to work during my breaks.

7.  I am provided with all the tools necessary to do my job. The tools that the company gives me are adequate to perform my work. If I break my company issued clippers, the company replaces them free of charge.

8.  When my crew moves locations during a shift, the company does not transport the workers. However, I remain on the clock during this time, and am always paid for the time spent traveling from one block to another.

9.  If called as a witness I could testify to all of the foregoing based upon my personal knowledge. I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct and this declaration was executed on November *23*, 2010, in Delano, California.

Guadalupe Gonzalez
**GUADALUPE GONZALEZ**

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

2

*DECLARATION*
*ARREDONDO v. DELANO FARMS COMPANY, et al.*

1

## DECLARATION OF DONETTE LANCASTER

2      I declare that I am a certified translator fluent in the Spanish language and that I read the above

3  declaration from English into Spanish to *Guadalupe Gonzalez*. He/She indicated to me that

4  the declaration is true and correct to the best of his/her knowledge.  I declare under penalty of perjury

5  under the laws of the State of California and the laws of the United States of America that the foregoing

6  is true and correct.

7      Executed November *03* , 2010 in Delano, California.

8

9                                      DONETTE LANCASTER

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

3

*DECLARATION*
*ARREDONDO v. DELANO FARMS COMPANY, et al.*

# EXHIBIT "39"

RANDY L. EDWARDS, #105639
MICHAEL R. JOHNSON, #237767
LAURA A. WOLFE, #266751
GRISWOLD, LaSALLE, COBB, DOWD & GIN, L.L.P.
111 East Seventh Street
Hanford, CA 93230
Telephone (559) 584-6656
Facsimile (559) 582-3106
johnson@griswoldlasalle.com; wolfe@griswoldlasalle.com

Attorneys for Defendants, Delano Farms Company, et al.

### UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

SABAS ARREDONDO, et al.

Plaintiffs,

v.

DELANO FARMS COMPANY, et al.

Defendants.

)
)
)
)
)
)
)
)
)
)
)

Case No.: 1:09-cv-01247-LJO-DLB

**DECLARATION OF GUADALUPE HERNANDEZ**

I, Guadalupe Hernandez, declare as follows:

1.  I am currently an employee of T&R Bangi's Agricultural Services, Inc. ("T&R Bangi").

2.  While working for T&R Bangi, I am required to attend "escuelita" almost every morning at the beginning of my shift. During this school, the foreman gives us directions and talks about safety, such as how to avoid heat stress, cuts, and how to avoid injury when dealing with heavy loads. School usually lasts 10-15 minutes. It is always held while employees are on the clock, and I am always paid for the time I spend in school. Sometimes the foreman holds "escuelita" twice during a shift if we are not picking correctly, or if we need further directions. We are paid for this time as well. On rare occasions, the foreman may elect to skip school because we are working at the same location as before, or because we are harvesting the same type of grape as before.

3.  As an employee of T&R Bangi, I am never required to perform work off the clock. If I arrive at the job site early, I am not required to begin work. I know that we are not supposed to begin

1

*Arredondo v. Delano Farms, et al.*
*DECLARATION*

1  setting up our tables prior to the shift starting. If anyone starts working early, the foreman tells
2  them to stop. Prior to 2005, I would start working before the shift by preparing the packing table
3  and putting labels on boxes. No one asked me to do this, and I did it voluntarily because I
4  wanted the reputation of a hard worker.

5  4.  I am never required to do work after my shift has ended. During the harvest season, the foreman
6  instructs us to stop picking grapes 15 minutes before the end of the shift. This allows us time
7  to finish packing the grapes that have already been picked and to close our table up.

8  5.  I am never required to work at home. I am not required to take my packing trays home with me
9  to clean, and I know that I am not supposed to take the trays home with me. I am not required
10  to put stickers on boxes or clamshells at home, and know that I am not supposed to take boxes,
11  clamshell, or stickers home with me.

12  6.  During my shifts, I am always given my full break time. During a normal 8 hour day, I am given
13  two 15 minute breaks, and a 30 minute lunch break. My break times are never cut short, and I
14  am not allowed to work during my breaks.

15  7.  I am provided with all the tools necessary to do my job. The tools that the company gives me
16  are adequate to perform my work.

17  8.  When my crew moves locations during a shift, the company does not transport the workers.
18  However, I remain on the clock during this time, and am always paid for the time spent traveling
19  from one block to another.

20  9.  If called as a witness I could testify to all of the foregoing based upon my personal knowledge.
21  I declare under the penalty of perjury under the laws of the State of California that the foregoing
22  is true and correct and this declaration was executed on September 15, 2010, in Delano, California.

23  *Guadalupe Hernandez*
        GUADALUPE HERNANDEZ

24

25

26

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

2

*Arredondo v. Delano Farms, et al.*
*DECLARATION*

1

2

## DECLARATION OF DONETTE LANCASTER

3        I declare that I am a certified translator fluent in the Spanish language and that I read the above

4   declaration from English into Spanish to *Guadalupe Hernandez*. He/She indicated to me that

5   the declaration is true and correct to the best of his/her knowledge.  I declare under penalty of perjury

6   under the laws of the State of California and the laws of the United States of America that the foregoing

7   is true and correct.

8

9        Executed September 15 , 2010 in Delano, California.

10

11

12

13                                              DONETTE LANCASTER

14

15

16

17

18

19

20

21

22

23

24

25

26

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

1

*Arredondo v. Delano Farms, et al.*
*DECLARATION*

# EXHIBIT "40"

1  RANDY L. EDWARDS, #105639
   MICHAEL R. JOHNSON, #237767
2  LAURA A. WOLFE, #266751
   GRISWOLD, LaSALLE, COBB, DOWD & GIN, L.L.P.
3  111 East Seventh Street
   Hanford, CA 93230
4  Telephone (559) 584-6656
   Facsimile (559) 582-3106
5  johnson@griswoldlasalle.com; wolfe@griswoldlasalle.com

6  Attorneys for Defendants, Delano Farms Company, et al.

7                        **UNITED STATES DISTRICT COURT**

8           **EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**

9  SABAS ARREDONDO, et al.              )   Case No.: 1:09-cv-01247-LJO-DLB
                                        )
10             Plaintiffs,              )   **DECLARATION OF ~~ANTONIA~~ HERRERA**
                                        )   A·H ANTONIO
11 v.                                   )
                                        )
12 DELANO FARMS COMPANY, et al.         )
                                        )
13             Defendants.              )

14      I, ~~Antonia~~ Herrera, declare as follows:
           Antonio
15 1.  I am currently an employee of T&R Bangi's Agricultural Services, Inc. ("T&R Bangi"). My
16     current foreman is Rafael Chavez. My employee number is ___1434___ .
17 2.  As an employee of T&R Bangi, I attend "escuelita" every morning at the beginning of my shift.
18     During the school, the foreman gives the crew directions and talks about safety and heat related
19     illness. School usually lasts 10-15 minutes. On some occasions, the foreman may hold school
20     twice in a day if the work is not being done according to specifications. Other times, the foreman
21     many elect to skip school, but this is very rare. School is always held while employees are on
22     the clock, and I am always paid for the time I spend in school.
23 3.  As an employee of T&R Bangi, I am not required to perform work off the clock. If I arrive at
24     the job site early, I know that I am not supposed to begin setting up my table prior to the shift
25     starting. I have seen some employees start work early, but if the foreman sees them, he tells
26     them to stop. This only happens when the employees qualify for a bonus.

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

                                  1

4.  During the harvest season, the foreman instructs us to stop picking grapes 15 minutes before the end of the shift. This gives us enough time to finish packing the grapes that have already been picked and to close our table up. Often, our work is complete one or two minutes before the end of the shift.

5.  I am not required to work at home. I am not required to take my packing trays home with me to clean, and I know that I am not supposed to take the trays home with me. I am not required to put stickers on boxes or clamshells at home, and know that I am not supposed to take boxes, clamshells, or stickers home with me.

6.  I am always given my full break time. During a normal 8 hour day, I am given two 15 minute breaks, and a 30 minute lunch break. My break times are never cut short, and I am not allowed to work during my breaks. Sometimes I see employees try to work during their break time when the foreman is not watching. If the foreman sees them, he will tell them to stop. This only happens when the employees are eligible for a bonus.

7.  I am provided with all the tools necessary to do my job. The tools that the company gives me are adequate to perform my work.

8.  When my crew moves locations during a shift, the company does not transport the workers. However, I remain on the clock during this time, and am always paid for the time spent traveling from one block to another. We are rarely moved from one location to another during the middle of the day.

9.  If called as a witness I could testify to all of the foregoing based upon my personal knowledge.

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct and this declaration was executed on November *09*, 2010, in Delano, California.

_Antonia Herrera_
~~ANTONIA~~ HERRERA
ANTONIO *H.H.*

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

2

1

### DECLARATION OF DONETTE LANCASTER

2      I declare that I am a certified translator fluent in the Spanish language and that I read the above

3  declaration from English into Spanish to _Antonio Herrera_ . He/She indicated to me that

4  the declaration is true and correct to the best of his/her knowledge.  I declare under penalty of perjury

5  under the laws of the State of California and the laws of the United States of America that the foregoing

6  is true and correct.

7      Executed November _09_ , 2010 in Delano, California.

8

9                                                                  _____

10                                                                  DONETTE LANCASTER

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

3

# EXHIBIT "41"

1  RANDY L. EDWARDS, #105639
   MICHAEL R. JOHNSON, #237767
2  LAURA A. WOLFE, #266751
   GRISWOLD, LaSALLE, COBB, DOWD & GIN, L.L.P.
3  111 East Seventh Street
   Hanford, CA 93230
4  Telephone (559) 584-6656
   Facsimile (559) 582-3106
5  johnson@griswoldlasalle.com; wolfe@griswoldlasalle.com

6  Attorneys for Defendants, Delano Farms Company, et al.

7                **UNITED STATES DISTRICT COURT**

8       **EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**

9  SABAS ARREDONDO, et al.              )  Case No.: 1:09-cv-01247-LJO-DLB
                                        )
10            Plaintiffs,               )  **DECLARATION OF LETICIA HERRERA**
                                        )
11  v.                                  )
                                        )
12  DELANO FARMS COMPANY, et al.        )
                                        )
13            Defendants.               )
                                        )

14     I, Leticia Herrera, declare as follows:

15  1.   I am currently an employee of T&R Bangi's Agricultural Services, Inc. ("T&R Bangi"). My

16       current foreman is Florentino Navalta My employee number is 4976 .

17  2.   While working for T&R Bangi, I am required to attend "escuelita" almost every morning at the

18       beginning of my shift. During this school, the foreman gives us directions and talks about safety,

19       such as how to avoid heat stress. School usually lasts 10-15 minutes. It is always held while

20       employees are on the clock, and I am always paid for the time I spend in school. Sometimes the

21       foreman holds "escuelita" twice during a shift if we are not picking correctly, or if we need

22       further directions. We are paid for this time as well. On rare occasions, the foreman may elect

23       to skip school because we are working at the same location as before, or because we are

24       harvesting the same type of grape as before.

25  3.   As an employee of T&R Bangi, I am never required to perform work off the clock. If I arrive

26       at the job site early, I am not required to begin work. I know that we are not supposed to begin

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

1

1    setting up our tables prior to the shift starting.  If anyone starts working early, the foreman tells

2    them to stop.

3    4.    I am never required to do work after my shift has ended.  During the harvest season, the foreman

4          instructs us to stop picking grapes 15 minutes before the end of the shift.  This allows us time

5          to finish packing the grapes that have already been picked and to close our table up.

6    5.    I am never required to work at home.  I am not required to take my packing trays home with me

7          to clean, and I know that I am not supposed to take the trays home with me.  I am not required

8          to put stickers on boxes or clamshells at home, and know that I am not supposed to take boxes,

9          clamshells, or stickers home with me.  However, I voluntarily take my trays home with me to

10         clean them.  I do this once a week, and it takes me about 2-3 minutes to complete.  I do this

11         because I like to keep them clean.

12   6.    During my shifts, I am always given my full break time.  During a normal 8 hour day, I am given

13         two 15 minute breaks, and a 30 minute lunch break.  My break times are never cut short, and I

14         am not allowed to work during my breaks.

15   7.    I am provided with all the tools necessary to do my job.  The tools that the company gives me

16         are adequate to perform my work.  However, I buy my own clippers whenever my work issued

17         clippers break.  I have never asked for a replacement when my clippers break, and I do not know

18         if the company would provide me with a new set if I asked.

19   8.    When my crew moves locations during a shift, the company does not transport the workers.

20         However, I remain on the clock during this time, and am always paid for the time spent traveling

21         from one block to another.

22   9.    If called as a witness I could testify to all of the foregoing based upon my personal knowledge.

23         I declare under the penalty of perjury under the laws of the State of California that the foregoing

24   is true and correct and this declaration was executed on November 03 , 2010, in Delano, California.

25



26                                    LETICIA HERRERA

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

2

*DECLARATION*
*ARREDONDO v. DELANO FARMS COMPANY, et al.*

1

## DECLARATION OF DONETTE LANCASTER

2      I declare that I am a certified translator fluent in the Spanish language and that I read the above

3   declaration from English into Spanish to _Leticia Herrera_ . He/She indicated to me that

4   the declaration is true and correct to the best of his/her knowledge.  I declare under penalty of perjury

5   under the laws of the State of California and the laws of the United States of America that the foregoing

6   is true and correct.

7      Executed November _03_ , 2010 in Delano, California.

8

9                                   DONETTE LANCASTER

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

3

*DECLARATION*
*ARREDONDO v. DELANO FARMS COMPANY, et al.*

EXHIBIT "42"

1  RANDY L. EDWARDS, #105639
   MICHAEL R. JOHNSON, #237767
2  LAURA A. WOLFE, #266751
   GRISWOLD, LaSALLE, COBB, DOWD & GIN, L.L.P.
3  111 East Seventh Street
   Hanford, CA 93230
4  Telephone (559) 584-6656
   Facsimile (559) 582-3106
5  johnson@griswoldlasalle.com; wolfe@griswoldlasalle.com

6  Attorneys for Defendants, Delano Farms Company, et al.

7              UNITED STATES DISTRICT COURT

8       EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

9  SABAS ARREDONDO, et al.              )  Case No.: 1:09-cv-01247-LJO-DLB
                                        )
10              Plaintiffs,             )  DECLARATION OF ROSALIA HERRERA
                                        )
11  v.                                  )
                                        )
12  DELANO FARMS COMPANY, et al.        )
                                        )
13              Defendants.             )
                                        )

14

15     I, Rosalia Herrera, declare as follows:

16  1.   I am currently an employee of T&R Bangi's Agricultural Services, Inc. ("T&R Bangi"). My

17       current foreman is Jose Luis Pimentel. My employee number is *4735*.

18  2.   As an employee of T&R Bangi, I attend "escuelita" about two or three times a week. During the

19       escuelita, the foreman gives the crew directions and talks about safety. This school usually lasts

         10-15 minutes. It is always held while employees are on the clock, and I am always paid for the
20
         time I spend in school. Sometimes, if we are at the same location or picking the same type of
21
         grape as the previous day, the foreman will elect to skip school, but this is very rare.
22
23  3.   As an employee of T&R Bangi, I am not required to perform work off the clock. If I arrive at

24       the job site early, I know that I am not supposed to begin setting up my tables prior to the shift

         starting. If anyone starts working early, the foreman will tell them to stop. The foreman
25
         constantly reminds us that working before the shift or during our breaks is not permitted.
26

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

                                1

                                                    *DECLARATION*
                                    *ARREDONDO v. DELANO FARMS COMPANY, et al.*

4.     I am not required to do any work after my shift has ended.  During the harvest season, the foreman instructs us to stop picking grapes 15 minutes before the end of the shift.  This gives us enough time to finish packing the grapes that have already been picked and to close our table up.  Often, our work is complete one or two minutes before the end of the shift.

5.     I am not required to work at home.  I am not required to take my packing trays home with me to clean, and I know that I am not supposed to take the trays home with me.  I am not required to put stickers on boxes or clamshells at home, and know that I am not supposed to take boxes, clamshells, or stickers home with me.

6.     I am always given my full break time.  During a normal 8 hour day, I am given two 15 minute breaks, and a 30 minute lunch break.  My break times are never cut short, and I am not allowed to work during my breaks.

7.     I am provided with all the tools necessary to do my job.  The tools that the company gives me are adequate to perform my work.

8.     When my crew moves locations during a shift, the company does not transport the workers.  However, I remain on the clock during this time, and am always paid for the time spent traveling from one block to another.  We are rarely moved from one location to another during the middle of the day.

9.     When heading to a new work location, if we are not familiar with the area, the foreman will wait for the crew at the nearest intersection.  Once we arrive at that intersection, the foreman advises us of where to go, and he continues to wait for the remaining employees.

10.     During the picking season, I am paid a bonus for each box of grapes I pack.  I have always been paid the correct bonus amount.  If I ever thought that I was not paid correctly, I would feel comfortable telling my foreman about it.

11.     When I arrive at work and it is raining, I wait in my car until the rain stops or the foreman tells me to go home.  I don't recall ever waiting longer than thirty minutes, and I am paid for this time.

12.     If called as a witness I could testify to all of the foregoing based upon my personal knowledge.

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

2

*DECLARATION*
*ARREDONDO v. DELANO FARMS COMPANY, et al.*

1     I declare under the penalty of perjury under the laws of the State of California that the foregoing

2    is true and correct and this declaration was executed on November *03*, 2010, in Delano, California.

3

4                        *Rosalia Herrera*

5                         **ROSALIA HERRERA**

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

3

*DECLARATION*
*ARREDONDO v. DELANO FARMS COMPANY, et al.*

1

## DECLARATION OF DONETTE LANCASTER

2     I declare that I am a certified translator fluent in the Spanish language and that I read the above

3  declaration from English into Spanish to _Rosalia Herrera_. He/She indicated to me that

4  the declaration is true and correct to the best of his/her knowledge. I declare under penalty of perjury

5  under the laws of the State of California and the laws of the United States of America that the foregoing

6  is true and correct.

7     Executed November _03_, 2010 in Delano, California.

8

9                                                                        _____
                                                                         DONETTE LANCASTER

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

4

*DECLARATION*
*ARREDONDO v. DELANO FARMS COMPANY, et al.*

EXHIBIT "43"

1  RANDY L. EDWARDS, #105639
   MICHAEL R. JOHNSON, #237767
2  LAURA A. WOLFE, #266751
   GRISWOLD, LaSALLE, COBB, DOWD & GIN, L.L.P.
3  111 East Seventh Street
   Hanford, CA 93230
4  Telephone (559) 584-6656
   Facsimile (559) 582-3106
5  johnson@griswoldlasalle.com; wolfe@griswoldlasalle.com

6  Attorneys for Defendants, Delano Farms Company, et al.

7              **UNITED STATES DISTRICT COURT**

8      **EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**

9   SABAS ARREDONDO, et al.              )  Case No.: 1:09-cv-01247-LJO-DLB
                                         )
10              Plaintiffs,              )  **DECLARATION OF AURORA IBARRA**
                                         )
11  v.                                   )
                                         )
12  DELANO FARMS COMPANY, et al.         )
                                         )
13              Defendants.              )
                                         )

14      I, Aurora Ibarra, declare as follows:

15  1.  I am currently an employee of T&R Bangi's Agricultural Services, Inc. ("T&R Bangi"). My

16      current forewoman is Josefina Melgoza. My employee number is __433__.

17  2.  As an employee of T&R Bangi, I attend "escuelita" one or two times a week.  During the

18      escuelita, the foreman gives the crew directions and talks about safety.  We are also reminded

19      not to being work before the shift, or work during our breaks.  This school usually lasts 10-15

20      minutes.  It is always held while employees are on the clock, and I am always paid for the time

21      I spend in school.

22  3.  As an employee of T&R Bangi, I am not required to perform work off the clock. I know that we

23      are not supposed to begin setting up our tables prior to the shift starting. If anyone starts working

24      early, the foreman will tell them to stop.

25  4.  I am not required to do any work after my shift has ended.  During the harvest season, the

26      foreman instructs us to stop picking grapes 15 minutes before the end of the shift. This gives us

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

2

1   enough time to finish packing the grapes that have already been picked and to close our table up.

2   Often, our work is complete one or two minutes before the end of the shift.

3   5.   I am not required to perform any work at home, and I do not have to take my trays home to clean

4   them.

5   6.   I am always given my full break time.  During a normal 8 hour day, I am given two 15 minute

6   breaks, and a 30 minute lunch break.  My break times are never cut short, and I am not allowed

7   to work during my breaks.

8   7.   I am provided with all the tools necessary to do my job.  The tools that the company gives me

9   are adequate to perform my work.

10   8.   When my crew moves locations during a shift, the company does not transport the workers.

11   However, I remain on the clock during this time, and am always paid for the time spent traveling

12   from one block to another.  We are rarely moved from one location to another during the middle

13   of the day.

14   9.   During the picking season, I am paid a bonus for each box of grapes I pack.  I have always been

15   paid the correct bonus amount.

16   10.   When I arrive at work and it is raining, I wait in my car until the rain stops or the foreman tells

17   me to go home.  I usually wait between 10 and 30 minutes.  If we are sent home, we are not paid

18   for this time.  If we begin working, we are paid for the time we wait as well as the time we work.

19   11.   If called as a witness I could testify to all of the foregoing based upon my personal knowledge.

20   I declare under the penalty of perjury under the laws of the State of California that the foregoing

21   is true and correct and this declaration was executed on November _03_ , 2010, in Delano, California.

22

23   Aurora Ibarra
     **AURORA IBARRA**

24

25

26

GRISWOLD, LaSALLE,
COBB, DOWD &
OIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

3

## DECLARATION OF DONETTE LANCASTER

I declare that I am a certified translator fluent in the Spanish language and that I read the above declaration from English into Spanish to *Aurora Ibarra*  . He/She indicated to me that the declaration is true and correct to the best of his/her knowledge.  I declare under penalty of perjury under the laws of the State of California and the laws of the United States of America that the foregoing is true and correct.

Executed November *03*, 2010 in Delano, California.

_____
DONETTE LANCASTER

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

1

# EXHIBIT "44"

1 | RANDY L. EDWARDS, #105639
MICHAEL R. JOHNSON, #237767
2 | LAURA A. WOLFE, #266751
GRISWOLD, LaSALLE, COBB, DOWD & GIN, L.L.P.
3 | 111 East Seventh Street
Hanford, CA 93230
4 | Telephone (559) 584-6656
Facsimile (559) 582-3106
5 | johnson@griswoldlasalle.com; wolfe@griswoldlasalle.com

6 | Attorneys for Defendants, Delano Farms Company, et al.

7 | **UNITED STATES DISTRICT COURT**

8 | **EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**

9 | SABAS ARREDONDO, et al.                      ) Case No.: 1:09-cv-01247-LJO-DLB
                                               )
10 |            Plaintiffs,                     ) **DECLARATION OF**
                                               ) MARISOL JIMENEZ
11 | v.                                         )
                                               )
12 | DELANO FARMS COMPANY, et al.               )
                                               )
13 |            Defendants.                     )
                                               )

14 | I, Marisol Jimenez, declare as follows:

15 | 1.  I am currently an employee of T&R Bangi's Agricultural Services, Inc. ("T&R Bangi"). My

16 | current foreman is Josefina Melgoza. My employee number is  0418  .

17 | 2.  As an employee of T&R Bangi, I attend "escuelita" almost every morning at the beginning of my

18 | shift. During the escuelita, the foreman gives the crew directions and talks about safety. This

19 | school usually lasts 10-15 minutes. It is always held while employees are on the clock, and I am

20 | always paid for the time I spend in school.

21 | 3.  As an employee of T&R Bangi, I am not required to perform work off the clock. If I arrive at

22 | the job site early, I know that I am not supposed to begin setting up my tables prior to the shift

23 | starting. If anyone starts working early, the foreman will tell them to stop.

24 | 4.  Sometimes, during the harvest/picking season only, I begin work early. This work consists of

25 | setting up the packing table and last about two to three minutes. I am never told to begin work

26 |

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

2

*DECLARATION*
*ARREDONDO v. DELANO FARMS COMPANY, et al.*

1   early, and I do this voluntarily, even though I know it is not permitted. I only do this during the

2   harvest season because that is the only time that I am eligible to earn a bonus.

3   5.   I am not required to do any work after my shift has ended. During the harvest season, the

4   foreman instructs us to stop picking grapes 15 minutes before the end of the shift. This gives us

5   enough time to finish packing the grapes that have already been picked and to close our table up.

6   Often, our work is complete one or two minutes before the end of the shift.

7   6.   I am not required to work at home. I am not required to take my packing trays home with me to

8   clean, and I know that I am not supposed to take the trays home with me. I am not required to

9   put stickers on boxes or clamshells at home, and know that I am not supposed to take boxes,

10   clamshells, or stickers home with me.

11   7.   I am always given my full break time. During a normal 8 hour day, I am given two 15 minute

12   breaks, and a 30 minute lunch break. My break times are never cut short, and I am not allowed

13   to work during my breaks.

14   8.   I am provided with all the tools necessary to do my job. The tools that the company gives me

15   are adequate to perform my work. However, I prefer to buy my own tools because they are of

16   a higher quality. I have never asked to be reimbursed for these tools. I have also bought my own

17   sheath to store my clippers in.

18   9.   When my crew moves locations during a shift, the company does not transport the workers.

19   However, I remain on the clock during this time, and am always paid for the time spent traveling

20   from one block to another. We are rarely moved from one location to another during the middle

21   of the day.

22   10.   During the picking season, I am paid a bonus for each box of grapes I pack. I have always been

23   paid the correct bonus amount.

*In the short-time I have worked here, it has not rained.*

24   11.   ~~When I arrive at work and it is raining, I wait in my car until the rain stops or the foreman tells~~

25   ~~me to go home. I don't wait longer than thirty minutes, and I am not paid for this time.~~

26   12.   If called as a witness I could testify to all of the foregoing based upon my personal knowledge.

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

3

*DECLARATION*
*ARREDONDO v. DELANO FARMS COMPANY, et al.*

1       I declare under the penalty of perjury under the laws of the State of California that the foregoing

2  is true and correct and this declaration was executed on November 03 , 2010, in Delano, California.

3

4                       Marisol Jimenez
                               (Sign Name)

5

6                       Marisol Jimenez
                               (Print Name)

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

4

*DECLARATION*
*ARREDONDO v. DELANO FARMS COMPANY, et al.*

1    **DECLARATION OF DONETTE LANCASTER**

2        I declare that I am a certified translator fluent in the Spanish language and that I read the above

3    declaration from English into Spanish to Marisol Jimenez . He/She indicated to me that

4    the declaration is true and correct to the best of his/her knowledge.  I declare under penalty of perjury

5    under the laws of the State of California and the laws of the United States of America that the foregoing

6    is true and correct.

7        Executed November 03 , 2010 in Delano, California.

8

9                 DONETTE LANCASTER

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

1

*DECLARATION*
*ARREDONDO v. DELANO FARMS COMPANY, et al.*

# EXHIBIT "45"

09/08/2010 WED 15:47  FAX                                    Ø0207028

RANDY L. EDWARDS, #105639
MICHAEL R. JOHNSON, #237767
LAURA A. WOLFE, #266751
GRISWOLD, LaSALLE, COBB, DOWD & GIN, L.L.P.
111 East Seventh Street
Hanford, CA 93230
Telephone (559) 584-6656
Facsimile (559) 582-3106
johnson@griswoldlasalle.com; wolfe@griswoldlasalle.com

Attorneys for Defendants, Delano Farms Company, et al.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| SABAS ARREDONDO, et al. | Case No.: 1:09-cv-01247-LJO-DLB |
| Plaintiffs, | **DECLARATION OF NEIDA JIMENEZ** |
| v. | |
| DELANO FARMS COMPANY, et al. | |
| Defendants. | |

I, Neida Jimenez, declare as follows:

1. I am currently an employee of T&R Bangi's Agricultural Services, Inc. ("T&R Bangi").

2. While working for T&R Bangi, I am required to attend "escuelita" almost every morning at the beginning of my shift. During this school, the foreman gives us directions and talks about safety. School usually lasts 10-15 minutes. It is always held while employees are on the clock, and I am always paid for the time I spend in school. Sometimes the foreman elects to skip school, but this is very rare.

3. As an employee of T&R Bangi, I am never required to perform work off the clock. If I arrive at the job site early, I am not required to begin work. I know that we are not supposed to begin setting up our tables prior to the shift starting. However, during the harvest season, I begin setting up my table prior to the shift starting. I do this because I get paid per box, and if I start early, I can make more money. If my foreman sees me start work early, he tells me to stop.

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

1

*Arredondo v. Delano Farms, et al.*
*DECLARATION*

RECEIVE:        NO.3057        09/08/2010/WED 03:47PM        Griswold Lasalle