4. I am never required to do work after my shift has ended. During the harvest season, the foreman instructs us to stop picking grapes 15 minutes before the end of the shift. This allows us time to finish packing the grapes that have already been picked and to close our table up.

5. I am never required to work at home. I am not required to take my packing trays home with me to clean, and I know that I am not supposed to take the trays home with me. I am not required to put stickers on boxes or clamshells at home, and know that I am not supposed to take boxes, clamshell, or stickers home with me.

6. During my shifts, I am always given my full break time. During a normal 8 hour day, I am given two 15 minute breaks, and a 30 minute lunch break. My break times are never cut short, and I am not allowed to work during my breaks.

7. I am provided with all the tools necessary to do my job. The tools that the company gives me are adequate to perform my work.

8. When my crew moves locations during a shift, the company does not transport the workers. However, I remain on the clock during this time, and am always paid for the time spent traveling from one block to another.

9. If called as a witness I could testify to all of the foregoing based upon my personal knowledge.

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct and this declaration was executed on September 08 , in Delano, California.

_Neida I. Jimenez_
**NEIDA JIMENEZ**

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

2

_Arredondo v. Delano Farms, et al._
_DECLARATION_

1

### DECLARATION OF DONETTE LANCASTER

2

3       I declare that I am a certified translator fluent in the Spanish language and that I read the above

4   declaration from English into Spanish to _Neida Jimenez_ . He/She indicated to me that

5   the declaration is true and correct to the best of his/her knowledge.  I declare under penalty of perjury

6   under the laws of the State of California and the laws of the United States of America that the foregoing

7   is true and correct.

8

9       Executed September _08_, 2010 in Delano, California.

10

11

12

DONETTE LANCASTER

13

14

15

16

17

18

19

20

21

22

23

24

25

26

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

1

*Arredondo v. Delano Farms, et al.*
*DECLARATION*

# EXHIBIT "46"

1  RANDY L. EDWARDS, #105639
   MICHAEL R. JOHNSON, #237767
2  LAURA A. WOLFE, #266751
   GRISWOLD, LaSALLE, COBB, DOWD & GIN, L.L.P.
3  111 East Seventh Street
   Hanford, CA 93230
4  Telephone (559) 584-6656
   Facsimile (559) 582-3106
5  johnson@griswoldlasalle.com; wolfe@griswoldlasalle.com

6  Attorneys for Defendants, Delano Farms Company, et al.

7  **UNITED STATES DISTRICT COURT**

8  **EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**

9  SABAS ARREDONDO, et al.                )   Case No.: 1:09-cv-01247-LJO-DLB
                                          )
10                Plaintiffs,             )   **DECLARATION OF MANUEL LARA**
                                          )
11 v.                                     )
                                          )
12 DELANO FARMS COMPANY, et al.           )
                                          )
13                Defendants.             )
   _____       )

14       I, Manuel Lara, declare as follows:

15 1.    I am currently an employee of T&R Bangi's Agricultural Services, Inc. ("T&R Bangi"). My

16       current foreman is Rafael Chavez. My employee number is _2955_ .

17 2.    As an employee of T&R Bangi, I attend "escuelita" every morning at the beginning of my shift.

18       During the school, the foreman gives the crew directions and talks about safety and heat related

19       illness. School usually lasts 10-15 minutes. On some occasions, the foreman may hold school

20       twice in a day if the work is not being done according to specifications. Other times, the foreman

21       many elect to skip school, but this is very rare. School is always held while employees are on

22       the clock, and I am always paid for the time I spend in school.

23 3.    As an employee of T&R Bangi, I am not required to perform work off the clock. If I arrive at

24       the job site early, I know that I am not supposed to begin setting up my table prior to the shift

25       starting. I have seen some employees start work early, but when the foremen sees them, he tells

26       them to stop.

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

1

4.  During the harvest season, the foreman instructs us to stop picking grapes 15 minutes before the end of the shift.  This gives us enough time to finish packing the grapes that have already been picked and to close our table up.  Often, our work is complete one or two minutes before the end of the shift.

5.  I am not required to work at home.  I am not required to take my packing trays home with me to clean, and I know that I am not supposed to take the trays home with me.  I am not required to put stickers on boxes or clamshells at home, and know that I am not supposed to take boxes, clamshells, or stickers home with me.

6.  I am always given my full break time.  During a normal 8 hour day, I am given two 15 minute breaks, and a 30 minute lunch break.  My break times are never cut short, and I am not allowed to work during my breaks.

7.  When my crew moves locations during a shift, the company does not transport the workers.  However, I remain on the clock during this time, and am always paid for the time spent traveling from one block to another.  We are rarely moved from one location to another during the middle of the day.

8.  If called as a witness I could testify to all of the foregoing based upon my personal knowledge.  I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct and this declaration was executed on November _09_, 2010, in Delano, California.

_____
**MANUEL LARA**

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

2

*DECLARATION*
*ARREDONDO v. DELANO FARMS COMPANY, et al.*

1

## DECLARATION OF DONETTE LANCASTER

2      I declare that I am a certified translator fluent in the Spanish language and that I read the above

3   declaration from English into Spanish to _Manuel Lara_. He/She indicated to me that

4   the declaration is true and correct to the best of his/her knowledge.  I declare under penalty of perjury

5   under the laws of the State of California and the laws of the United States of America that the foregoing

6   is true and correct.

7      Executed November _09_, 2010 in Delano, California.

8

9

10                                        DONETTE LANCASTER

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

3

# EXHIBIT "47"

1
2
3
4   RANDY L. EDWARDS, #105639
    MICHAEL R. JOHNSON, #237767
5   LAURA A. WOLFE, #266751
    GRISWOLD, LaSALLE, COBB, DOWD & GIN, L.L.P.
6   111 East Seventh Street
    Hanford, CA 93230
7   Telephone (559) 584-6656
    Facsimile (559) 582-3106
8   johnson@griswoldlasalle.com; wolfe@griswoldlasalle.com

9   Attorneys for Defendants, Delano Farms Company, et al.

10              **UNITED STATES DISTRICT COURT**

11     **EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**

12   SABAS ARREDONDO, et al.        )   Case No.: 1:09-cv-01247-LJO-DLB
                                     )
13              Plaintiffs,          )   **DECLARATION OF JOSE LEYBA**
                                     )
14   v.                             )
                                     )
15   DELANO FARMS COMPANY, et al.    )
                                     )
16              Defendants.          )

17
        I, Jose Leyba, declare as follows:
18
19   1.    I am currently an employee of T&R Bangi's Agricultural Services, Inc. ("T&R Bangi").

20   2.    While working for T&R Bangi, I am required to attend "escuelita" almost every morning at the

21   beginning of my shift. During this school, the foreman gives us directions and talks about safety,

22   such as how to avoid heat stress. School usually lasts 10-15 minutes. It is always held while

23   employees are on the clock, and I am always paid for the time I spend in school. Sometimes the

24   foreman holds "escuelita" twice during a shift if we are not picking correctly, or if we need

25   further directions. We are paid for this time as well. On rare occasions, the foreman may elect

26   to skip school because we are working at the same location as before, or because we are

     harvesting the same type of grape as before.

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

1

*Arredondo v. Delano Farms, et al.*
*DECLARATION*

3. As an employee of T&R Bangi, I am never required to perform work off the clock. If I arrive at the job site early, I am not required to begin work. I know that we are not supposed to begin setting up our tables prior to the shift starting. If anyone starts working early, the foreman tells them to stop. About seven years ago, I used to begin to set up my packing table early. I did this voluntarily and because I get a bonus for picking more grapes. However, this is no longer allowed and the prohibition is strictly enforced.

4. I am never required to do work after my shift has ended. During the harvest season, the foreman instructs us to stop picking grapes 15 minutes before the end of the shift. This allows us time to finish packing the grapes that have already been picked and to close our table up.

5. I am never required to work at home. I am not required to take my packing trays home with me to clean, and I know that I am not supposed to take the trays home with me. I am not required to put stickers on boxes or clamshells at home, and know that I am not supposed to take boxes, clamshell, or stickers home with me. I used to take the trays home with me to clean. It took me about 30 minutes a week to complete. I did this voluntarily and was not paid for it. I have not done this in the past 4 years.

6. During my shifts, I am always given my full break time. During a normal 8 hour day, I am given two 15 minute breaks, and a 30 minute lunch break. My break times are never cut short, and I am not allowed to work during my breaks.

7. I am not always provided with all the tools necessary to do my job. If I am not present on the first day of "tipping," the company does not provide me with clippers. When this happens, I have to buy my own. I have never asked the company to provide me with clippers, but I believe that they would if I requested them.

8. When my crew moves locations during a shift, the company does not transport the workers. However, I remain on the clock during this time, and am always paid for the time spent traveling from one block to another.

///
///

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

2

9.     If called as a witness I could testify to all of the foregoing based upon my personal knowledge.

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct and this declaration was executed on September ____, 2010, in Delano, California.

JOSE LEYBA

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

3

*Arredondo v. Delano Farms, et al.*
*DECLARATION*

1

**DECLARATION OF LORENZO HURTADO**

2      I declare that I am a certified translator (#300350) fluent in the Spanish language and that I read

3 the above declaration from English into Spanish to _Jose_ _Leyba_ . He/She indicated

4 to me that the declaration is true and correct to the best of his/her knowledge. I declare under penalty

5 of perjury under the laws of the State of California and the laws of the United States of America that the

6 foregoing is true and correct.

7      Executed September _9_, 2010 in Delano, California.

8

9 _____

LORENZO HURTADO

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

3

_Arredondo v. Delano Farms, et al._
_DECLARATION_

EXHIBIT "48"

1 │ RANDY L. EDWARDS, #105639
    │ MICHAEL R. JOHNSON, #237767
2 │ LAURA A. WOLFE, #266751
    │ GRISWOLD, LaSALLE, COBB, DOWD & GIN, L.L.P.
3 │ 111 East Seventh Street
    │ Hanford, CA 93230
4 │ Telephone (559) 584-6656
    │ Facsimile (559) 582-3106
5 │ johnson@griswoldlasalle.com; wolfe@griswoldlasalle.com

6 │ Attorneys for Defendants, Delano Farms Company, et al.

7 │ **UNITED STATES DISTRICT COURT**

8 │ **EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**

9 │ SABAS ARREDONDO, et al.          )   Case No.: 1:09-cv-01247-LJO-DLB
                                         )
10 │            Plaintiffs,            )   **DECLARATION OF ALICIA LOPEZ**
                                         )
11 │ v.                               )
                                         )
12 │ DELANO FARMS COMPANY, et al.     )
                                         )
13 │            Defendants.            )

I, Alicia Lopez, declare as follows:

1. I am currently an employee of T&R Bangi's Agricultural Services, Inc. ("T&R Bangi"). My current foreman is Jose Luis Pimentel. My employee number is 3938 .

2. While working for T&R Bangi, I am required to attend "escuelita" at the beginning of my shift. This happens two or three times per week. During this school, the foreman gives us directions and talks about safety. School usually lasts 10-15 minutes. I am always paid for the time I spend in school.

3. As an employee of T&R Bangi, I am never required to perform work off the clock. If I arrive at the job site early, I am not required to begin work. I know that we are not supposed to begin setting up our tables prior to the shift starting. If anyone starts working early, the foreman will tell them to stop.

4. Sometimes, during the harvest season only, I see employees work during their meal and rest

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

1

1   periods.  They do this because they want to earn a bigger bonus.  I know this because I have

2   never seen anyone work during break if they are not eligible to earn a bonus.

3   5.   I am not told to arrive at work early by the foreman.  Sometimes, the foreman will tell us to leave

4   our homes early so we have enough time to make it to work, but he never requires us to be

5   present before the start of the shift.  So long as I am at work when the shift begins, the foreman

6   does not reprimand or criticize me.

7   6.   I am never required to do work after my shift has ended.  During the harvest season, the foreman

8   instructs us to stop picking grapes 15 minutes before the end of the shift.  This allows us time

9   to finish packing the grapes that have already been picked and to close our table up.  Often, our

10   work is complete one or two minutes before the end of the shift.

11   7.   When I arrive at work, if it is raining, we wait in our car until the rain clears up, or the foreman

12   tells us to go home.  The longest I have ever waited for the rain to clear is thirty minutes.  This

13   has only happened approximately twice since I began my employment with T&R Bangi.

14   8.   I am never required to work at home.  I am not required to take my packing trays home with me

15   to clean, and I know that I am not supposed to take the trays home with me.  I am not required

16   to put stickers on boxes or clamshells at home, and know that I am not supposed to take boxes,

17   clamshells, or stickers home with me.

18   9.   During my shifts, I am always given my full break time.  During a normal 8 hour day, I am given

19   two 15 minute breaks, and a 30 minute lunch break.  My break times are never cut short, and I

20   am not allowed to work during my breaks.

21   10.   I am provided with all the tools necessary to do my job.  The tools that the company gives me

22   are adequate to perform my work.

23   11.   When my crew moves locations during a shift, the company does not transport the workers.

24   However, I remain on the clock during this time, and am always paid for the time spent traveling

25   from one block to another.  We are rarely moved from one location to another during the middle

26   of the day.

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

2

12. When heading to a new work location, if we are not familiar with the area, the foreman will wait for the crew at the nearest intersection. Once we arrive at that intersection, the foreman advises us of where to go, and he continues to wait for the remaining employees.

13. During the picking season, I am paid a bonus for each box of grapes I pack. I have always been paid the correct bonus amount. If I ever thought that I was not paid correctly, I would feel comfortable telling my foreman about it.

14. When I arrive at work and it is raining, I wait in my car until the rain stops or the foreman tells me to go home. I don't recall ever waiting longer than thirty minutes, and I am paid for this time.

15. If called as a witness I could testify to all of the foregoing based upon my personal knowledge.

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct and this declaration was executed on November 03, 2010, in Delano, California.

_alicia t lopez_
**ALICIA LOPEZ**

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

*DECLARATION*
*ARREDONDO v. DELANO FARMS COMPANY, et al.*

1    **DECLARATION OF DONETTE LANCASTER**

2    I declare that I am a certified translator fluent in the Spanish language and that I read the above

3 declaration from English into Spanish to _Alicia Lopez_. He/She indicated to me that

4 the declaration is true and correct to the best of his/her knowledge. I declare under penalty of perjury

5 under the laws of the State of California and the laws of the United States of America that the foregoing

6 is true and correct.

7    Executed November _03_, 2010 in Delano, California.

8

9               DONETTE LANCASTER

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

4

*DECLARATION*
*ARREDONDO v. DELANO FARMS COMPANY, et al.*

# EXHIBIT "49"

1   RANDY L. EDWARDS, #105639
    MICHAEL R. JOHNSON, #237767
2   LAURA A. WOLFE, #266751
    GRISWOLD, LaSALLE, COBB, DOWD & GIN, L.L.P.
3   111 East Seventh Street
    Hanford, CA 93230
4   Telephone (559) 584-6656
    Facsimile (559) 582-3106
5   johnson@griswoldlasalle.com; wolfe@griswoldlasalle.com

6   Attorneys for Defendants, Delano Farms Company, et al.

7               UNITED STATES DISTRICT COURT

8        EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

9   SABAS ARREDONDO, et al.            )   Case No.: 1:09-cv-01247-LJO-DLB
                                       )
10              Plaintiffs,            )   DECLARATION OF
                                       )   Rene Lopez
11  v.                                 )
                                       )
12  DELANO FARMS COMPANY, et al.       )
                                       )
13              Defendants.            )

14          I, Rene Lopez        , declare as follows:

15  1.    I am currently an employee of T&R Bangi's Agricultural Services, Inc. ("T&R Bangi").

16  2.    While working for T&R Bangi, I am required to attend "escuelita" almost every morning at the

17        beginning of my shift. During this school, the foreman gives us directions and talks about safety.

18        School usually lasts 10-15 minutes. It is always held while employees are on the clock, and I am

19        always paid for the time I spend in school. Sometimes the foreman elects to skip school, but this

20        is very rare.

21  3.    As an employee of T&R Bangi, I am never required to perform work off the clock. If I arrive

22        at the job site early, I am not required to begin work. I know that we are not supposed to begin

23        setting up our tables prior to the shift starting. However, during the harvest season I sometimes

24        began setting up my packing table before the shift started. The harvest season is the only time

25        pre-shift work can be done. I did this voluntarily, and if the foreman saw me, he would make

26        me stop. I only spent about 2-3 minutes setting up the table before the shift started.

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

                                        1

                                            *Arredondo v. Delano Farms, et al.*
                                                            *DECLARATION*

4.  I am never required to do work after my shift has ended. During the harvest season, the foreman instructs us to stop picking grapes 15 minutes before the end of the shift. This allows us time to finish packing the grapes that have already been picked and to close our table up.

5.  I am never required to work at home. I am not required to take my packing trays home with me to clean, and I know that I am not supposed to take the trays home with me. I am not required to put stickers on boxes or clamshells at home, and know that I am not supposed to take boxes, clamshell, or stickers home with me.

6.  During my shifts, I am always given my full break time. During a normal 8 hour day, I am given two 15 minute breaks, and a 30 minute lunch break. My break times are never cut short, and I am not allowed to work during my breaks.

7.  I am provided with all the tools necessary to do my job. The tools that T&R Bangi gives me are adequate to perform my work. However, I prefer to purchase my own tools because they are of a higher quality and I like them better. I have not been reimbursed for these tools by T&R Bangi, but I have never asked for reimbursement.

8.  When my crew moves locations during a shift, the company does not transport the workers. However, I remain on the clock during this time, and am always paid for the time spent traveling from one block to another.

9.  If called as a witness I could testify to all of the foregoing based upon my personal knowledge.

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct and this declaration was executed on September 08, in Delano, California.

_Rene Lopez_
(Sign Name)

_Rene Lopez_
(Print Name)

GRISWOLD, LeSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

2

RECEIVE:          NO.3056          09/08/2010/WED 03:41PM          Griswold Lasalle

09/08/2010 WED 15:38 FAX          ☑0007/046

**DECLARATION OF DONETTE LANCASTER**

I declare that I am a certified translator fluent in the Spanish language and that I read the above declaration from English into Spanish to _Rene Lopez_. He/She indicated to me that the declaration is true and correct to the best of his/her knowledge. I declare under penalty of perjury under the laws of the State of California and the laws of the United States of America that the foregoing is true and correct.

Executed September _08_, 2010 in Delano, California.


DONETTE LANCASTER

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

1

*Arredondo v. Delano Farms, et al.*
*DECLARATION*

RECEIVE:      NO.3056      09/08/2010/WED 03:41PM      Griswold Lasalle

# EXHIBIT "50"

RANDY L. EDWARDS, #105639
MICHAEL R. JOHNSON, #237767
LAURA A. WOLFE, #266751
GRISWOLD, LaSALLE, COBB, DOWD & GIN, L.L.P.
111 East Seventh Street
Hanford, CA 93230
Telephone (559) 584-6656
Facsimile (559) 582-3106
johnson@griswoldlasalle.com; wolfe@griswoldlasalle.com

Attorneys for Defendants, Delano Farms Company, et al.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| SABAS ARREDONDO, et al. | Case No.: 1:09-cv-01247-LJO-DLB |
| Plaintiffs, | **DECLARATION OF MARTA LUCIO** |
| v. | |
| DELANO FARMS COMPANY, et al. | |
| Defendants. | |

I, Marta Lucio , declare as follows:

1.    I am currently an employee of T&R Bangi's Agricultural Services, Inc. ("T&R Bangi").

2.    While working for T&R Bangi, I am required to attend "escuelita" almost every morning at the beginning of my shift. During this school, the foreman gives us directions and talks about safety, such as how to avoid heat stress. School usually lasts 10-15 minutes. It is always held while employees are on the clock, and I am always paid for the time I spend in school. Sometimes the foreman holds "escuelita" twice during a shift if we are not picking correctly, or if we need further directions. We are paid for this time as well. On rare occasions, the foreman may elect to skip school because we are working at the same location as before, or because we are harvesting the same type of grape as before.

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

1

*Arredondo v. Delano Farms, et al.*
*DECLARATION*

RECEIVE:        NO.3076        09/09/2010/THU 03:25PM        Griswold Lasalle

3.  As an employee of T&R Bangi, I am never required to perform work off the clock. If I arrive at the job site early, I am not required to begin work. I know that we are not supposed to begin setting up our tables prior to the shift starting. If anyone starts working early, the foreman tells them to stop.

4.  I am never required to do work after my shift has ended. During the harvest season, the foreman instructs us to stop picking grapes 15 minutes before the end of the shift. This allows us time to finish packing the grapes that have already been picked and to close our table up.

5.  I am never required to work at home. I am not required to take my packing trays home with me to clean, and I know that I am not supposed to take the trays home with me. I am not required to put stickers on boxes or clamshells at home, and know that I am not supposed to take boxes, clamshell, or stickers home with me. However, about seven years ago, I took my trays home with me to wash. This took me about 30 minutes to complete. This only happened once.

6.  During my shifts, I am always given my full break time. During a normal 8 hour day, I am given two 15 minute breaks, and a 30 minute lunch break. My break times are never cut short, and I am not allowed to work during my breaks. I do not work during my breaks, but I have seen other employees do this. They only did this on days that they could earn a bonus for packing each box.

7.  I am provided with all the tools necessary to do my job. The tools that the company gives me are adequate to perform my work. However, I buy my own tools if they are of better quality and I like them better.

8.  When my crew moves locations during a shift, the company does not transport the workers. However, I remain on the clock during this time, and am always paid for the time spent traveling from one block to another.

9.  If called as a witness I could testify to all of the foregoing based upon my personal knowledge. I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct and this declaration was executed on September __9__ 2010, in Delano, California.

*Martha Lucio*
MARTA LUCIO

GRISWOLD, LaSALLE,
COBB, DOWD &
QIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

2

1

## DECLARATION OF LORENZO HURTADO

2      I declare that I am a certified translator (#300350) fluent in the Spanish language and that I read

3   the above declaration from English into Spanish to _Martha Lucio_ . He/She indicated

4   to me that the declaration is true and correct to the best of his/her knowledge.  I declare under penalty

5   of perjury under the laws of the State of California and the laws of the United States of America that the

6   foregoing is true and correct.

7      Executed September _9_ , 2010 in Delano, California.

8

9                                              LORENZO HURTADO

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93210

3

*Arredondo v. Delano Farms, et al.*
DECLARATION

# EXHIBIT "51"

1  RANDY L. EDWARDS, #105639
   MICHAEL R. JOHNSON, #237767
2  LAURA A. WOLFE, #266751
   GRISWOLD, LaSALLE, COBB, DOWD & GIN, L.L.P.
3  111 East Seventh Street
   Hanford, CA 93230
4  Telephone (559) 584-6656
   Facsimile (559) 582-3106
5  johnson@griswoldlasalle.com; wolfe@griswoldlasalle.com

6  Attorneys for Defendants, Delano Farms Company, et al.

7                    UNITED STATES DISTRICT COURT

8          EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

9
   SABAS ARREDONDO, et al.           )  Case No.: 1:09-cv-01247-LJO-DLB
10                                    )
              Plaintiffs,             )  **DECLARATION OF MARIA EDILIA RUIZ**
11                                    )  **LUNA**
    v.                                )
12                                    )
    DELANO FARMS COMPANY, et al.      )
13                                    )
              Defendants.             )
14                                    )

15      I, Maria Edilia Ruiz Luna, declare as follows:

16  1.     I am currently an employee of T&R Bangi's Agricultural Services, Inc. ("T&R Bangi").

    2.     While working for T&R Bangi, I am required to attend "escuelita" almost every morning at the
17
           beginning of my shift. During this school, the foreman gives us directions and talks about safety.
18
           School usually lasts 10-15 minutes. It is always held while employees are on the clock, and I am
19
           always paid for the time I spend in school. Sometimes the foreman elects to skip school, but this
20
           is very rare.
21
    3.     As an employee of T&R Bangi, I am never required to perform work off the clock. If I arrive
22
           at the job site early, I am not required to begin work. I know that we are not supposed to begin
23
           setting up our tables prior to the shift starting. If anyone starts working early, the foreman tells
24
           them to stop.
25
    4.     I am never required to do work after my shift has ended. During the harvest season, the foreman
26
           instructs us to stop picking grapes 15 minutes before the end of the shift. This allows us time

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

1

1   to finish packing the grapes that have already been picked and to picked and to close our table

2   up.

3   5.   I am never required to work at home.  I am not required to take my packing trays home with me

4   to clean, and I know that I am not supposed to take the trays home with me.  However, about

5   three years ago, as a general practice, employees were required to take their trays home to wash

6   them.  This used to take me about 20 minutes to perform.

7   6.   I am not required to put stickers on boxes or clamshells at home, and know that I am not

8   supposed to take boxes, clamshell, or stickers home with me.

9   7.   During my shifts, I am always given my full break time.  During a normal 8 hour day, I am given

10   two 15 minute breaks, and a 30 minute lunch break.  My break times are never cut short, and I

11   am not allowed to work during my breaks.

12   8.   I am provided with all the tools necessary to do my job.  The tools that the company gives me

13   are adequate to perform my work.

14   9.   When my crew moves locations during a shift, the company does not transport the workers.

15   However, I remain on the clock during this time, and am always paid for the time spent traveling

16   from one block to another.

17   10.   If called as a witness I could testify to all of the foregoing based upon my personal knowledge.

18   I declare under the penalty of perjury under the laws of the State of California that the foregoing

19   is true and correct and this declaration was executed on November 12, 2010, in Delano, California.

20   *MARIA Edilia Ruiz Luna*
     MARIA EDILIA RUIZ LUNA

21

22

23

24

25

26

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

2

*DECLARATION*
*ARREDONDO v. DELANO FARMS, et al.*

## DECLARATION OF DONETTE LANCASTER

I declare that I am a translator fluent in the Spanish language and that I read the above declaration from English into Spanish to **MARIA EDILIA RUIZ LUNA**.  She indicated to me that the declaration is true and correct to the best of her knowledge.  I declare under penalty of perjury under the laws of the State of California and the laws of the United States of America that the foregoing is true and correct.

Executed November 12, 2010 in Delano, California.

EDGAR LOYA

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

3

*DECLARATION*
*ARREDONDO v. DELANO FARMS, et al.*

EXHIBIT "52"

RANDY L. EDWARDS, #105639
MICHAEL R. JOHNSON, #237767
LAURA A. WOLFE, #266751
GRISWOLD, LaSALLE, COBB, DOWD & GIN, L.L.P.
111 East Seventh Street
Hanford, CA 93230
Telephone (559) 584-6656
Facsimile (559) 582-3106
johnson@griswoldlasalle.com; wolfe@griswoldlasalle.com

Attorneys for Defendants, Delano Farms Company, et al.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**

| | |
|---|---|
| SABAS ARREDONDO, et al. | Case No.: 1:09-cv-01247-LJO-DLB |
| Plaintiffs, | DECLARATION OF _Alondra Manriquez_ |
| v. | |
| DELANO FARMS COMPANY, et al. | |
| Defendants. | |

I, _Alondra Manriquez_ declare as follows:

1. I am currently an employee of T&R Bangi's Agricultural Services, Inc. ("T&R Bangi"). I work in cold storage.

2. While working for T&R Bangi in cold storage, I am rarely required to attend "escuelita." If there is school, it usually only lasts 5-10 minutes. I am paid for this time.

3. As an employee of T&R Bangi, I am never required to perform work off the clock. If I arrive at the job site early, I am not required to begin work. Prior to our shift, employees are not allowed in the cold storage. Therefore, it is impossible to begin working before our shift.

4. I am never required to do work after my shift has ended. As the end of the shift, the production line is stopped 15 minutes early. This allows us time to finish packing the remaining grapes. If I am required to stay past the stop time, I am paid for it.

5. I am never required to work at home. I am not required to take any packing trays home with me to clean, and I know that I am not supposed to take the trays home with me.

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

8

*Arredondo v. Delano Farms, et al.*
*DECLARATION*

6.    During my shifts, I am always given my full break time. During a normal 8 hour day, I am given two 10 minute breaks, and a 30 minute lunch break. My break times are never cut short, and I am not allowed to work during my breaks. To ensure that we don't work during our breaks, we are not allowed inside the cold storage during the break times, except for the last break period. During the last break period, employees are not allowed near the machinery and are thus not able to work.

7.    I am provided with all the tools necessary to do my job. The tools that the company gives me are adequate to perform my work. I am provided with a lab coat, hair net, and latex gloves free of charge. However, if I lose the lab coat, I am given a new one for $20.

8.    If called as a witness I could testify to all of the foregoing based upon my personal knowledge.

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct and this declaration was executed on September 15, 2010, in Delano, California.

_Alondra Manriquez_
(Sign Name)

_Alondra Manriquez_
(Print Name)

GRISWOLD, LaSALLE,
COBB, DOWD &
OIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93330

9

_Arredondo v. Delano Farms, et al._
DECLARATION

EXHIBIT "53"

1  RANDY L. EDWARDS, #105639
   MICHAEL R. JOHNSON, #237767
2  LAURA A. WOLFE, #266751
   GRISWOLD, LaSALLE, COBB, DOWD & GIN, L.L.P.
3  111 East Seventh Street
   Hanford, CA 93230
4  Telephone (559) 584-6656
   Facsimile (559) 582-3106
5  johnson@griswoldlasalle.com; wolfe@griswoldlasalle.com

6  Attorneys for Defendants, Delano Farms Company, et al.

7              UNITED STATES DISTRICT COURT

8        EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

9  SABAS ARREDONDO, et al.        )  Case No.: 1:09-cv-01247-LJO-DLB
                                  )
10            Plaintiffs,         )  **DECLARATION OF JOSE MANRIQUEZ**
                                  )
11  v.                            )
                                  )
12  DELANO FARMS COMPANY, et al.  )
                                  )
13            Defendants.         )

14     I, Jose Manriquez, declare as follows:

15  1.   I am currently an employee of T&R Bangi's Agricultural Services, Inc. ("T&R Bangi").

16  2.   While working for T&R Bangi, I am required to attend "escuelita" almost every morning at the

17       beginning of my shift. During this school, the foreman gives us directions and talks about safety,

18       such as how to avoid heat stress. School usually lasts 10-15 minutes. It is always held while

19       employees are on the clock, and I am always paid for the time I spend in school. Sometimes the

20       foreman holds "escuelita" twice during a shift if we are not picking correctly, or if we need

21       further directions. We are paid for this time as well. On rare occasions, the foreman may elect

22       to skip school because we are working at the same location as before, or because we are

23       harvesting the same type of grape as before.

24  3.   As an employee of T&R Bangi, I am never required to perform work off the clock. If I arrive

25       at the job site early, I am not required to begin work. I know that we are not supposed to begin

26       setting up our tables prior to the shift starting. If anyone starts working early, the foreman tells

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

1

*Arredondo v. Delano Farms, et al.*
*DECLARATION*

09/15/2010 WED 16:22  FAX                                    ☒0627/068

RECEIVE:        NO.3185        09/15/2010/WED 04:13PM        Griswold Lasalle

1  them to stop. However, I voluntarily begin setting up my packing table before the shift starts,

2  even though I know I am not supposed to. This takes me about 2-3 minutes to do.

3  4.  I am never required to do work after my shift has ended. During the harvest season, the foreman

4  instructs us to stop picking grapes 15 minutes before the end of the shift. This allows us time

5  to finish packing the grapes that have already been picked and to close our table up.

6  5.  I am never required to work at home. I am not required to take my packing trays home with me

7  to clean, and I know that I am not supposed to take the trays home with me. I am not required

8  to put stickers on boxes or clamshells at home, and know that I am not supposed to take boxes,

9  clamshell, or stickers home with me. During the first few years of my employment, I used to

10  take trays home to clean them. I did this once a week and it took me about five minutes to

11  complete. I do not take the trays home anymore.

12  6.  During my shifts, I am always given my full break time. During a normal 8 hour day, I am given

13  two 15 minute breaks, and a 30 minute lunch break. My break times are never cut short, and I

14  am not allowed to work during my breaks. However, some employees work during their break

15  period, even though we know it is not allowed. This is done because we earn a bonus for every

16  box we pick, and therefore we can make more money if we pick more grapes.

17  7.  I am provided with all the tools necessary to do my job. The tools that the company gives me

18  are adequate to perform my work. However, I purchase my own tools because they are of a

19  higher quality and I like them better.

20  8.  When my crew moves locations during a shift, the company does not transport the workers.

21  However, I remain on the clock during this time, and am always paid for the time spent traveling

22  from one block to another.

23  9.  If called as a witness I could testify to all of the foregoing based upon my personal knowledge.

24  I declare under the penalty of perjury under the laws of the State of California that the foregoing

25  is true and correct and this declaration was executed on September 15, 2010, in Delano, California.

26  

JOSE MANRIQUEZ

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

2

*Arredondo v. Delano Farms, et al.*
*DECLARATION*

1

**DECLARATION OF DONETTE LANCASTER**

2

3        I declare that I am a certified translator fluent in the Spanish language and that I read the above

4   declaration from English into Spanish to _Jose Manriquez_ . He/She indicated to me that

5   the declaration is true and correct to the best of his/her knowledge.  I declare under penalty of perjury

6   under the laws of the State of California and the laws of the United States of America that the foregoing

7   is true and correct.

8

9        Executed September _15_ , 2010 in Delano, California.

10

11

12

13                                    DONETTE LANCASTER

14

15

16

17

18

19

20

21

22

23

24

25

26

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

1

*Arredondo v. Delano Farms, et al.*
*DECLARATION*

EXHIBIT "54"

1  RANDY L. EDWARDS, #105639
   MICHAEL R. JOHNSON, #237767
2  LAURA A. WOLFE, #266751
   GRISWOLD, LaSALLE, COBB, DOWD & GIN, L.L.P.
3  111 East Seventh Street
   Hanford, CA 93230
4  Telephone (559) 584-6656
   Facsimile (559) 582-3106
5  johnson@griswoldlasalle.com; wolfe@griswoldlasalle.com

6  Attorneys for Defendants, Delano Farms Company, et al.

7              **UNITED STATES DISTRICT COURT**

8       **EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**

9   SABAS ARREDONDO, et al.              )  Case No.: 1:09-cv-01247-LJO-DLB
                                         )
10              Plaintiffs,              )  **DECLARATION OF ANTONIO MARIANO**
                                         )
11  v.                                   )
                                         )
12  DELANO FARMS COMPANY, et al.         )
                                         )
13              Defendants.              )

14        I, Antonio Mariano, declare as follows:

15  1.   I am currently an employee of T&R Bangi's Agricultural Services, Inc. ("T&R Bangi").

16  2.   While working for T&R Bangi, I am required to attend "escuelita" almost every morning at the

17       beginning of my shift. During this school, the foreman gives us directions and talks about safety,

18       such as how to avoid heat stress, cuts, and how to avoid injury when dealing with heavy loads.

19       School usually lasts 10-15 minutes. It is always held while employees are on the clock, and I am

20       always paid for the time I spend in school. Sometimes the foreman holds "escuelita" twice

21       during a shift if we are not picking correctly, or if we need further directions. We are paid for

22       this time as well. On rare occasions, the foreman may elect to skip school because we are

23       working at the same location as before, or because we are harvesting the same type of grape as

24       before.

25  3.   As an employee of T&R Bangi, I am never required to perform work off the clock. If I arrive

26       at the job site early, I am not required to begin work. I know that we are not supposed to begin

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

                                      1

                                                    *Arredondo v. Delano Farms, et al.*
                                                                    *DECLARATION*

1   setting up our tables prior to the shift starting. If anyone starts working early, the foreman tells

2   them to stop.

3   4.   I am never required to do work after my shift has ended. During the harvest season, the foreman

4   instructs us to stop picking grapes 15 minutes before the end of the shift. This allows us time

5   to finish packing the grapes that have already been picked and to close our table up.

6   5.   I am never required to work at home. I am not required to take my packing trays home with me

7   to clean, and I know that I am not supposed to take the trays home with me. I am not required

8   to put stickers on boxes or clamshells at home, and know that I am not supposed to take boxes,

9   clamshell, or stickers home with me. However, for the first five years of my employment, I took

10   the trays home to wash them. This was voluntary and I did this about once a month. However,

11   I stopped taking them home 2 years ago.

12   6.   During my shifts, I am always given my full break time. During a normal 8 hour day, I am given

13   two 15 minute breaks, and a 30 minute lunch break. My break times are never cut short, and I

14   am not allowed to work during my breaks.

15   7.   I am provided with all the tools necessary to do my job. The tools that the company gives me

16   are adequate to perform my work. However, I buy my own clippers because they are a better

17   quality and I like them better. To my knowledge, the company only issues about 25 clippers to

18   each crew.

19   8.   When my crew moves locations during a shift, the company does not transport the workers.

20   However, I remain on the clock during this time, and am always paid for the time spent traveling

21   from one block to another. If the new location is a close distance, the crew walks to it. We are

22   paid for this time. If the new location is too far away, we are sent home and report at the new

23   location the next day.

24   9.   If called as a witness I could testify to all of the foregoing based upon my personal knowledge.

25   I declare under the penalty of perjury under the laws of the State of California that the foregoing

26   is true and correct and this declaration was executed on September ___, 2010, in Delano, California.

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93130

2

*Arredondo v. Delano Farms, et al.*
*DECLARATION*



1                                           _Antonio Mariano_
                                          **ANTONIO MARIANO**

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

                                        3

*Arredondo v. Delano Farms, et al.*
*DECLARATION*

1

## DECLARATION OF LORENZO HURTADO

2      I declare that I am a certified translator (#300350) fluent in the Spanish language and that I read

3   the above declaration from English into Spanish to _Antonio Marland_ He/She indicated

4   to me that the declaration is true and correct to the best of his/her knowledge.  I declare under penalty

5   of perjury under the laws of the State of California and the laws of the United States of America that the

6   foregoing is true and correct.

7      Executed September _9_, 2010 in Delano, California.

8

9                                                   _____
                                                         LORENZO HURTADO
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

3

*Arredondo v. Delano Farms, et al.*
*DECLARATION*

EXHIBIT "55"

RANDY L. EDWARDS, #105639
MICHAEL R. JOHNSON, #237767
LAURA A. WOLFE, #266751
GRISWOLD, LaSALLE, COBB, DOWD & GIN, L.L.P.
111 East Seventh Street
Hanford, CA 93230
Telephone (559) 584-6656
Facsimile (559) 582-3106
johnson@griswoldlasalle.com; wolfe@griswoldlasalle.com

Attorneys for Defendants, Delano Farms Company, et al.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**

SABAS ARREDONDO, et al.

Plaintiffs,

v.

DELANO FARMS COMPANY, et al.

Defendants.

Case No.: 1:09-cv-01247-LJO-DLB

**DECLARATION OF EULALIO MARTINEZ**

I, Eulalio Martinez, declare as follows:

1. I am currently an employee of T&R Bangi's Agricultural Services, Inc. ("T&R Bangi"). My current foreman is Jose Luis Pimentel. My employee number is 7354 .

2. As an employee of T&R Bangi, I attend "escuelita" almost every morning at the beginning of my shift. During the escuelita, the foreman gives the crew directions and talks about safety. This school usually lasts 10-15 minutes. It is always held while employees are on the clock, and I am always paid for the time I spend in school. Sometimes, if we are at the same location or picking the same type of grape as the previous day, the foreman will elect to skip school, but this is very rare.

3. As an employee of T&R Bangi, I am not required to perform work off the clock. If I arrive at the job site early, I know that I am not supposed to begin setting up my tables prior to the shift starting. If anyone starts working early, the foreman will tell them to stop.

1

GRISWOLD, LaSALLE, COBB, DOWD & GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

4.  My foreman does not tell me to get to work early. I have heard him tell us to leave our homes so that we will be present in time for the start of the shift, but so long as I am at work when the shift begins, the foreman does not reprimand or criticize me.

5.  I am not required to do any work after my shift has ended. During the harvest season, the foreman instructs us to stop picking grapes 15 minutes before the end of the shift. This gives us enough time to finish packing the grapes that have already been picked and to close our table up. Often, our work is complete one or two minutes before the end of the shift.

6.  I do not take my trays home to wash them, and am not required to do so. I am not required to do any other work at home.

7.  I am always given my full break time. During a normal 8 hour day, I am given two 15 minute breaks, and a 30 minute lunch break. My break times are never cut short, and I am not allowed to work during my breaks.

8.  I am provided with all the tools necessary to do my job. The tools that the company gives me are adequate to perform my work.

9.  When my crew moves locations during a shift, the company does not transport the workers. However, I remain on the clock during this time, and am always paid for the time spent traveling from one block to another. We are rarely moved from one location to another during the middle of the day.

10. When heading to a new work location, if we are not familiar with the area, the foreman will wait for the crew at the nearest intersection. Once we arrive at that intersection, the foreman advises us of where to go, and he continues to wait for the remaining employees.

11. During the picking season, I am paid a bonus for each box of grapes I pack. I have always been paid the correct bonus amount. If I ever thought that I was not paid correctly, I would feel comfortable telling my foreman about it.

12. When I arrive at work and it is raining, I wait in my car until the rain stops or the foreman tells me to go home. I don't recall ever waiting longer than thirty minutes, and I am paid for this time.

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

2

*DECLARATION*
*ARREDONDO v. DELANO FARMS COMPANY, et al.*

1   13.     If called as a witness I could testify to all of the foregoing based upon my personal knowledge.

2          I declare under the penalty of perjury under the laws of the State of California that the foregoing

3   is true and correct and this declaration was executed on November 03, 2010, in Delano, California.

4

*Eulalio martin Hemna*

5                                    **EULALIO MARTINEZ**

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

3

*DECLARATION*
*ARREDONDO v. DELANO FARMS COMPANY, et al.*

1

## DECLARATION OF DONETTE LANCASTER

2    I declare that I am a certified translator fluent in the Spanish language and that I read the above

3    declaration from English into Spanish to _Eulalio Martinez_ He/She indicated to me that

4    the declaration is true and correct to the best of his/her knowledge.  I declare under penalty of perjury

5    under the laws of the State of California and the laws of the United States of America that the foregoing

6    is true and correct.

7    Executed November _03_, 2010 in Delano, California.

8

9

10                                                              DONETTE LANCASTER

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

4

*DECLARATION*
*ARREDONDO v. DELANO FARMS COMPANY, et al.*

# EXHIBIT "56"

1  RANDY L. EDWARDS, #105639
   MICHAEL R. JOHNSON, #237767
2  LAURA A. WOLFE, #266751
   GRISWOLD, LaSALLE, COBB, DOWD & GIN, L.L.P.
3  111 East Seventh Street
   Hanford, CA 93230
4  Telephone (559) 584-6656
   Facsimile (559) 582-3106
5  johnson@griswoldlasalle.com; wolfe@griswoldlasalle.com

6  Attorneys for Defendants, Delano Farms Company, et al.

7  **UNITED STATES DISTRICT COURT**

8  **EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**

9   SABAS ARREDONDO, et al.                    ) Case No.: 1:09-cv-01247-LJO-DLB
                                               )
10             Plaintiffs,                     ) **DECLARATION OF JOSE MATA**
                                               )
11  v.                                         )
                                               )
12  DELANO FARMS COMPANY, et al.               )
                                               )
13             Defendants.                     )

14       I, Jose Mata, declare as follows:

15  1.   I am currently an employee of T&R Bangi's Agricultural Services, Inc. ("T&R Bangi").

16  2.   While working for T&R Bangi, I am required to attend "escuelita" almost every morning at the

17       beginning of my shift. During this school, the foreman gives us directions and talks about safety,

18       such as how to avoid heat stress, cuts, and how to avoid injury when dealing with heavy loads.

19       School usually lasts 10-15 minutes. It is always held while employees are on the clock, and I am

20       always paid for the time I spend in school. Sometimes the foreman holds "escuelita" twice

21       during a shift if we are not picking correctly, or if we need further directions. We are paid for

22       this time as well. On rare occasions, the foreman may elect to skip school because we are

23       working at the same location as before, or because we are harvesting the same type of grape as

24       before.

25  3.   As an employee of T&R Bangi, I am never required to perform work off the clock. If I arrive

26       at the job site early, I am not required to begin work. I know that we are not supposed to begin

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

1

*Arredondo v. Delano Farms, et al.*
*DECLARATION*

1    setting up our tables prior to the shift starting. If anyone starts working early, the foreman tells

2    them to stop.

3   4.   I am never required to do work after my shift has ended. During the harvest season, the foreman

4    instructs us to stop picking grapes 15 minutes before the end of the shift. This allows us time

5    to finish packing the grapes that have already been picked and to close our table up.

6   5.   I am never required to work at home. I am not required to take my packing trays home with me

7    to clean, and I know that I am not supposed to take the trays home with me. I am not required

8    to put stickers on boxes or clamshells at home, and know that I am not supposed to take boxes,

9    clamshell, or stickers home with me. However, about 8 years ago, I used to take the trays home

10    with me to wash them. I was not paid for this time, and it took me about 15 minutes to wash the

11    trays. I have not done this for about 8 years.

12   6.   During my shifts, I am always given my full break time. During a normal 8 hour day, I am given

13    two 15 minute breaks, and a 30 minute lunch break. My break times are never cut short, and I

14    am not allowed to work during my breaks.

15   7.   I am provided with all the tools necessary to do my job. The tools that the company gives me

16    are adequate to perform my work.

17   8.   When my crew moves locations during a shift, the company does not transport the workers.

18    However, I remain on the clock during this time, and am always paid for the time spent traveling

19    from one block to another.

20   9.   If called as a witness I could testify to all of the foregoing based upon my personal knowledge.

21    I declare under the penalty of perjury under the laws of the State of California that the foregoing

22   is true and correct and this declaration was executed on September 15, 2010, in Delano, California.

23

                              *Jose Mata*
                                   JOSE MATA

24

25

26

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

2

EXHIBIT "57"

1   RANDY L. EDWARDS, #105639
    MICHAEL R. JOHNSON, #237767
2   LAURA A. WOLFE, #266751
    GRISWOLD, LaSALLE, COBB, DOWD & GIN, L.L.P.
3   111 East Seventh Street
    Hanford, CA 93230
4   Telephone (559) 584-6656
    Facsimile (559) 582-3106
5   johnson@griswoldlasalle.com; wolfe@griswoldlasalle.com

6   Attorneys for Defendants, Delano Farms Company, et al.

7                    **UNITED STATES DISTRICT COURT**

8        **EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**

9   SABAS ARREDONDO, et al.          )   Case No.: 1:09-cv-01247-LJO-DLB
                                     )
10              Plaintiffs,          )   **DECLARATION OF IRMA MELGOZA**
                                     )
11  v.                               )
                                     )
12  DELANO FARMS COMPANY, et al.     )
                                     )
13              Defendants.          )

14

15      I, Irma Melgoza, declare as follows:

16  1.   I am currently an employee of T&R Bangi's Agricultural Services, Inc. ("T&R Bangi").  My

17       current foreman is Jose Luis Pimentel.  My employee number is _2344_ .

18  2.   I have worked for T&R Bangi for the past 18 years.

19  3.   As an employee of T&R Bangi, I attend "escuelita" almost every morning at the beginning of my

20       shift.  During the escuelita, the foreman gives the crew directions and talks about safety.  This

21       school usually lasts 10-15 minutes.  It is always held while employees are on the clock, and I am

22       always paid for the time I spend in school.  Sometimes, if we are at the same location or picking

23       the same type of grape as the previous day, the foreman will elect to skip school, but this is very

24       rare.

25  4.   As an employee of T&R Bangi, I am not required to perform work off the clock.  If I arrive at

26       the job site early, I know that I am not supposed to begin setting up my tables prior to the shift

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

1

*DECLARATION*
*ARREDONDO v. DELANO FARMS COMPANY, et al.*

1   starting. If anyone starts working early, the foreman will tell them to stop.

2   5.   My foreman does not tell me to get to work early. I have heard him tell us to leave our homes

3   so that we will be present in time for the start of the shift, but so long as I am at work when the

4   shift begins, the foreman does not reprimand or criticize me.

5   6.   I am not required to do any work after my shift has ended. During the harvest season, the

6   foreman instructs us to stop picking grapes 15 minutes before the end of the shift. This gives us

7   enough time to finish packing the grapes that have already been picked and to close our table up.

8   Often, our work is complete one or two minutes before the end of the shift.

9   7.   I used to take the picking trays home with me to clean them. This took me about 20-30 minutes

10   to complete a week. However, I no longer take the trays home to clean. T&R Bangi stopped this

11   about five years ago because the employees began to complain about not getting paid. Now, I

12   am not required to work at home. I am not required to take my packing trays home with me to

13   clean, and I know that I am not supposed to take the trays home with me. I am not required to

14   put stickers on boxes or clamshells at home, and know that I am not supposed to take boxes,

15   clamshells, or stickers home with me.

16   8.   I am always given my full break time. During a normal 8 hour day, I am given two 15 minute

17   breaks, and a 30 minute lunch break. My break times are never cut short, and I am not allowed

18   to work during my breaks.

19   9.   I am provided with all the tools necessary to do my job. The tools that the company gives me

20   are adequate to perform my work.

21   10.   When my crew moves locations during a shift, the company does not transport the workers.

22   However, I remain on the clock during this time, and am always paid for the time spent traveling

23   from one block to another. We are rarely moved from one location to another during the middle

24   of the day.

25   11.   When heading to a new work location, if we are not familiar with the area, the foreman will wait

26   for the crew at the nearest intersection. Once we arrive at that intersection, the foreman advises

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

2

1    us of where to go, and he continues to wait for the remaining employees.

2  12.   During the picking season, I am paid a bonus for each box of grapes I pack.  I have always been

3    paid the correct bonus amount.  If I ever thought that I was not paid correctly, I would feel

4    comfortable telling my foreman about it.

5  13.   When I arrive at work and it is raining, I wait in my car until the rain stops or the foreman tells

6    me to go home.  I don't recall ever waiting longer than thirty minutes, and I am paid for this time.

7  14.   If called as a witness I could testify to all of the foregoing based upon my personal knowledge.

8    I declare under the penalty of perjury under the laws of the State of California that the foregoing

9  is true and correct and this declaration was executed on November 𝟎𝟑, 2010, in Delano, California.

10

11    **IRMA MELGOZA**

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

3

*DECLARATION*
*ARREDONDO v. DELANO FARMS COMPANY, et al.*

## DECLARATION OF DONETTE LANCASTER

I declare that I am a certified translator fluent in the Spanish language and that I read the above declaration from English into Spanish to _Irma Melgoza_ . He/She indicated to me that the declaration is true and correct to the best of his/her knowledge. I declare under penalty of perjury under the laws of the State of California and the laws of the United States of America that the foregoing is true and correct.

Executed November _03_, 2010 in Delano, California.

_(signature)_
DONETTE LANCASTER

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

4

_DECLARATION_
_ARREDONDO v. DELANO FARMS COMPANY, et al._

# EXHIBIT "58"

1  RANDY L. EDWARDS, #105639
   MICHAEL R. JOHNSON, #237767
2  LAURA A. WOLFE, #266751
   GRISWOLD, LaSALLE, COBB, DOWD & GIN, L.L.P.
3  111 East Seventh Street
   Hanford, CA 93230
4  Telephone (559) 584-6656
   Facsimile (559) 582-3106
5  johnson@griswoldlasalle.com; wolfe@griswoldlasalle.com

6  Attorneys for Defendants, Delano Farms Company, et al.

7              **UNITED STATES DISTRICT COURT**

8        **EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**

9  SABAS ARREDONDO, et al.          ) Case No.: 1:09-cv-01247-LJO-DLB
                                     )
10          Plaintiffs,             ) **DECLARATION OF JUAN MENDOZA**
                                     )
11 v.                               )
                                     )
12 DELANO FARMS COMPANY, et al.     )
                                     )
13          Defendants.             )

14      I, Juan Mendoza, declare as follows:

15 1.   I am currently an employee of T&R Bangi's Agricultural Services, Inc. ("T&R Bangi").

16 2.   While working for T&R Bangi, I am required to attend "escuelita" almost every morning at the

17      beginning of my shift. During this school, the foreman gives us directions and talks about safety,

18      such as how to avoid heat stress, cuts, and how to avoid injury when dealing with heavy loads.

19      School usually lasts 10-15 minutes. It is always held while employees are on the clock, and I am

20      always paid for the time I spend in school. Sometimes the foreman holds "escuelita" twice

21      during a shift if we are not picking correctly, or if we need further directions. We are paid for

22      this time as well. On rare occasions, the foreman may elect to skip school because we are

23      working at the same location as before, or because we are harvesting the same type of grape as

24      before.

25 3.   As an employee of T&R Bangi, I am never required to perform work off the clock. If I arrive

26      at the job site early, I am not required to begin work. I know that we are not supposed to begin

GRISWOLD, LaSALLE,
  COBB, DOWD &
    GIN, L.L.P.
111 EAST SEVENTH STREET
  HANFORD, CA 93230

                                1

                                                    *Arredondo v. Delano Farms, et al.*
                                                              *DECLARATION*

1   setting up our tables prior to the shift starting. If anyone starts working early, the foreman tells

2   them to stop. However, I used to begin work prior to my shift. I only did this during the harvest

3   when I was eligible for a bonus. I started early because I wanted to earn more money. I would

4   start about 10-15 minutes before the shift and would prepare my table and put labels on boxes.

5   No one ever asked me to do this.

6   4.   I am never required to do work after my shift has ended. During the harvest season, the foreman

7   instructs us to stop picking grapes 15 minutes before the end of the shift. This allows us time

8   to finish packing the grapes that have already been picked and to close our table up.

9   5.   I am never required to work at home. I am not required to take my packing trays home with me

10   to clean, and I know that I am not supposed to take the trays home with me. I am not required

11   to put stickers on boxes or clamshells at home, and know that I am not supposed to take boxes,

12   clamshell, or stickers home with me.

13   6.   During my shifts, I am always given my full break time. During a normal 8 hour day, I am given

14   two 15 minute breaks, and a 30 minute lunch break. My break times are never cut short, and I

15   am not allowed to work during my breaks.

16   7.   I am provided with all the tools necessary to do my job. The tools that the company gives me

17   are adequate to perform my work.

18   8.   When my crew moves locations during a shift, the company does not transport the workers.

19   However, I remain on the clock during this time, and am always paid for the time spent traveling

20   from one block to another.

21   9.   If called as a witness I could testify to all of the foregoing based upon my personal knowledge.

22   I declare under the penalty of perjury under the laws of the State of California that the foregoing

23   is true and correct and this declaration was executed on September _15_, 2010, in Delano, California.

24   _____
     JUAN MENDOZA

25

26

GRISWOLD, LaSALLE,
COBB, DOWD &
OIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

2

*Arredondo v. Delano Farms, et al.*
DECLARATION

1

## DECLARATION OF DONETTE LANCASTER

2

3    I declare that I am a certified translator fluent in the Spanish language and that I read the above

4 declaration from English into Spanish to _Juan Mendoza_ . He/She indicated to me that

5 the declaration is true and correct to the best of his/her knowledge. I declare under penalty of perjury

6 under the laws of the State of California and the laws of the United States of America that the foregoing

7 is true and correct.

8

9    Executed September 15, 2010 in Delano, California.

10

11

12

13                                                    DONETTE LANCASTER

14

15

16

17

18

19

20

21

22

23

24

25

26

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

1

*Arredondo v. Delano Farms, et al.*
*DECLARATION*

EXHIBIT "59"

1  RANDY L. EDWARDS, #105639
   MICHAEL R. JOHNSON, #237767
2  LAURA A. WOLFE, #266751
   GRISWOLD, LaSALLE, COBB, DOWD & GIN, L.L.P.
3  111 East Seventh Street
   Hanford, CA 93230
4  Telephone (559) 584-6656
   Facsimile (559) 582-3106
5  johnson@griswoldlasalle.com; wolfe@griswoldlasalle.com

6  Attorneys for Defendants, Delano Farms Company, et al.

7              **UNITED STATES DISTRICT COURT**

8      **EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**

9
   SABAS ARREDONDO, et al.           ) Case No.: 1:09-cv-01247-LJO-DLB
10                                    )
            Plaintiffs,               ) DECLARATION OF
11                                    ) Ramiro Moreno
   v.                                 )
12                                    )
   DELANO FARMS COMPANY, et al.       )
13                                    )
            Defendants.               )
14  _____ )

15  I, Ramiro Moreno, declare as follows:

16  1.   I am currently an employee of T&R Bangi's Agricultural Services, Inc. ("T&R Bangi"). My
         current foreman is Rafael Chavez. My employee number is _13150_.

17  2.   As an employee of T&R Bangi, I attend "escuelita" every morning at the beginning of my shift.
18       During the school, the foreman gives the crew directions and talks about safety and heat related
19       illness. School usually lasts 10-15 minutes. On some occasions, the foreman may hold school
20       twice in a day if the work is not being done according to specifications. Other times, the foreman
21       many elect to skip school, but this is very rare. School is always held while employees are on
22       the clock, and I am always paid for the time I spend in school.

23  3.   As an employee of T&R Bangi, I am not required to perform work off the clock. If I arrive at
24       the job site early, I know that I am not supposed to begin setting up my table prior to the shift
25       starting. If anyone starts working early, the foreman will tell them to stop.

26

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

                            1

4. During the harvest season, the foreman instructs us to stop picking grapes 15 minutes before the end of the shift. This gives us enough time to finish packing the grapes that have already been picked and to close our table up. Often, our work is complete one or two minutes before the end of the shift.

5. I am not required to work at home. I am not required to take my packing trays home with me to clean, and I know that I am not supposed to take the trays home with me. I am not required to put stickers on boxes or clamshells at home, and know that I am not supposed to take boxes, clamshells, or stickers home with me.

6. I am always given my full break time. During a normal 8 hour day, I am given two 15 minute breaks, and a 30 minute lunch break. My break times are never cut short, and I am not allowed to work during my breaks.

7. I am provided with all the tools necessary to do my job. The tools that the company gives me are adequate to perform my work.

8. When my crew moves locations during a shift, the company does not transport the workers. However, I remain on the clock during this time, and am always paid for the time spent traveling from one block to another. We are rarely moved from one location to another during the middle of the day.

9. If called as a witness I could testify to all of the foregoing based upon my personal knowledge.

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct and this declaration was executed on November 09, 2010, in Delano, California.

_RAMIRO MORENO_
(Sign Name)

_Ramiro Moreno_
(Print Name)

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

2

1

## DECLARATION OF DONETTE LANCASTER

2    I declare that I am a certified translator fluent in the Spanish language and that I read the above

3    declaration from English into Spanish to _Ramiro Moreno_ . He/She indicated to me that

4    the declaration is true and correct to the best of his/her knowledge.  I declare under penalty of perjury

5    under the laws of the State of California and the laws of the United States of America that the foregoing

6    is true and correct.

7    Executed November _09_, 2010 in Delano, California.

8

9                        DONETTE LANCASTER

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

3

*DECLARATION*
*ARREDONDO v. DELANO FARMS COMPANY, et al.*

EXHIBIT "60"

RANDY L. EDWARDS, #105639
MICHAEL R. JOHNSON, #237767
LAURA A. WOLFE, #266751
GRISWOLD, LaSALLE, COBB, DOWD & GIN, L.L.P.
111 East Seventh Street
Hanford, CA 93230
Telephone (559) 584-6656
Facsimile (559) 582-3106
johnson@griswoldlasalle.com; wolfe@griswoldlasalle.com

Attorneys for Defendants, Delano Farms Company, et al.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| SABAS ARREDONDO, et al. | Case No.: 1:09-cv-01247-LJO-DLB |
| Plaintiffs, | **DECLARATION OF MARIA NUNEZ** |
| v. | |
| DELANO FARMS COMPANY, et al. | |
| Defendants. | |

I, Maria Nunez, declare as follows:

1.     I am currently an employee of T&R Bangi's Agricultural Services, Inc. ("T&R Bangi"). My current foreman is Jesus Zendejas. My employee number is ___3045___.

2.     As an employee of T&R Bangi, I attend "escuelita" every morning at the beginning of my shift. During the school, the foreman gives the crew directions and talks about safety and heat related illness. School usually lasts 10-15 minutes. On some occasions, the foreman may hold school twice in a day if the work is not being done according to specifications. Other times, the foreman many elect to skip school, but this is very rare. School is always held while employees are on the clock, and I am always paid for the time I spend in school.

3.     As an employee of T&R Bangi, I am not required to perform work off the clock. If I arrive at the job site early, I know that I am not supposed to begin setting up my table prior to the shift starting. If anyone starts working early, the foreman will tell them to stop.

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

1

*DECLARATION*
*ARREDONDO v. DELANO FARMS COMPANY, et al.*

4. My foreman does not tell me to get to work early. I am only required to be at work by the start of my shift. If employees arrive early, they generally gather to talk or wait in their cars.

5. During the harvest season, the foreman instructs us to stop picking grapes 15 minutes before the end of the shift. This gives us enough time to finish packing the grapes that have already been picked and to close our table up. Often, our work is complete one or two minutes before the end of the shift.

6. I am not required to work at home. I am not required to take my packing trays home with me to clean, and I know that I am not supposed to take the trays home with me. I am not required to put stickers on boxes or clamshells at home, and know that I am not supposed to take boxes, clamshells, or stickers home with me.

7. I am always given my full break time. During a normal 8 hour day, I am given two 15 minute breaks, and a 30 minute lunch break. My break times are never cut short, and I am not allowed to work during my breaks.

8. I am provided with all the tools necessary to do my job. The tools that the company gives me are adequate to perform my work.

9. When my crew moves locations during a shift, the company does not transport the workers. However, I remain on the clock during this time, and am always paid for the time spent traveling from one block to another. We are rarely moved from one location to another during the middle of the day.

///
///
///
///
///
///
///

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

2

*DECLARATION*
*ARREDONDO v. DELANO FARMS COMPANY, et al.*

10.     When I arrive at work and it is raining, I wait in my car until the rain stops or the foreman tells me to go home. The longest I have ever waited to be sent home is an hour. I am not paid for this time if I am sent home without working.

11.     If called as a witness I could testify to all of the foregoing based upon my personal knowledge.

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct and this declaration was executed on November 09, 2010, in Delano, California.

*Maria Kunez*

**MARIA NUNEZ**

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

3

*DECLARATION*
*ARREDONDO v. DELANO FARMS COMPANY, et al.*

1

## DECLARATION OF DONETTE LANCASTER

2       I declare that I am a certified translator fluent in the Spanish language and that I read the above

3 declaration from English into Spanish to _Maria Nuñez_ . He/She indicated to me that

4 the declaration is true and correct to the best of his/her knowledge.  I declare under penalty of perjury

5 under the laws of the State of California and the laws of the United States of America that the foregoing

6 is true and correct.

7      Executed November _09_ , 2010 in Delano, California.

8

9

10                       DONETTE LANCASTER

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

4

# EXHIBIT "61"

1 | RANDY L. EDWARDS, #105639
MICHAEL R. JOHNSON, #237767
2 | LAURA A. WOLFE, #266751
GRISWOLD, LaSALLE, COBB, DOWD & GIN, L.L.P.
3 | 111 East Seventh Street
Hanford, CA 93230
4 | Telephone (559) 584-6656
Facsimile (559) 582-3106
5 | johnson@griswoldlasalle.com; wolfe@griswoldlasalle.com

6 | Attorneys for Defendants, Delano Farms Company, et al.

7 | **UNITED STATES DISTRICT COURT**

8 | **EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**

9 | SABAS ARREDONDO, et al.     ) Case No.: 1:09-cv-01247-LJO-DLB
                       )
10 |         Plaintiffs,      ) **DECLARATION OF JOSE ORIHUELA**
                       )
11 | v.                         )
                       )
12 | DELANO FARMS COMPANY, et al.  )
                       )
13 |         Defendants.     )

14 |      I, Jose Orihuela, declare as follows:

15 | 1.   I am currently an employee of T&R Bangi's Agricultural Services, Inc. ("T&R Bangi"). My

16 | current foreman is Jesus Zendejas. My employee number is 27234 .

17 | 2.   As an employee of T&R Bangi, I attend "escuelita" every morning at the beginning of my shift.

18 | During the school, the foreman gives the crew directions and talks about safety and heat related

19 | illness. School usually lasts 10-15 minutes. On some occasions, the foreman may hold school

20 | twice in a day if the work is not being done according to specifications. Other times, the foreman

21 | many elect to skip school, but this is very rare. School is always held while employees are on

22 | the clock, and I am always paid for the time I spend in school.

23 | 3.   As an employee of T&R Bangi, I am not required to perform work off the clock. If I arrive at

24 | the job site early, I know that I am not supposed to begin setting up my table prior to the shift

25 | starting. If anyone starts working early, the foreman will tell them to stop.

26 |

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

1

4.   My foreman does not tell me to get to work early. I am only required to be at work by the start of my shift. If employees arrive early, they generally gather to talk or wait in their cars.

5.   During the harvest season, the foreman instructs us to stop picking grapes 15 minutes before the end of the shift. This gives us enough time to finish packing the grapes that have already been picked and to close our table up. Often, our work is complete one or two minutes before the end of the shift.

6.   I am not required to work at home. I am not required to take my packing trays home with me to clean, and I know that I am not supposed to take the trays home with me. I am not required to put stickers on boxes or clamshells at home, and know that I am not supposed to take boxes, clamshells, or stickers home with me.

7.   I am always given my full break time. During a normal 8 hour day, I am given two 15 minute breaks, and a 30 minute lunch break. My break times are never cut short, and I am not allowed to work during my breaks.

8.   I am provided with all the tools necessary to do my job. The tools that the company gives me are adequate to perform my work.

9.   When my crew moves locations during a shift, the company does not transport the workers. However, I remain on the clock during this time, and am always paid for the time spent traveling from one block to another. We are rarely moved from one location to another during the middle of the day.

///
///
///
///
///
///
///

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

2

*DECLARATION*
*ARREDONDO v. DELANO FARMS COMPANY, et al.*

10.    When I arrive at work and it is raining, I wait in my car until the rain stops or the foreman tells me to go home. The longest I have waited for the foreman to send us home is three hours. I am not paid for this time if I am sent home without working. This has only happened twice in the past seven years.

11.    If called as a witness I could testify to all of the foregoing based upon my personal knowledge.

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct and this declaration was executed on November _09_, 2010, in Delano, California.

_Jose Orihuela_
**JOSE ORIHUELA**

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

3

*DECLARATION*
*ARREDONDO v. DELANO FARMS COMPANY, et al.*

1

## DECLARATION OF DONETTE LANCASTER

2 I declare that I am a certified translator fluent in the Spanish language and that I read the above

3 declaration from English into Spanish to _Jose Orihuela_ . He/She indicated to me that

4 the declaration is true and correct to the best of his/her knowledge.  I declare under penalty of perjury

5 under the laws of the State of California and the laws of the United States of America that the foregoing

6 is true and correct.

7 Executed November _09_ , 2010 in Delano, California.

8

9

_DONETTE LANCASTER_

10

DONETTE LANCASTER

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SIXTH STREET
HANFORD, CA 93230

4

_DECLARATION_
_ARREDONDO v. DELANO FARMS COMPANY, et al._

# EXHIBIT "62"

1    RANDY L. EDWARDS, #105639
     MICHAEL R. JOHNSON, #237767
2    LAURA A. WOLFE, #266751
     GRISWOLD, LaSALLE, COBB, DOWD & GIN, L.L.P.
3    111 East Seventh Street
     Hanford, CA 93230
4    Telephone (559) 584-6656
     Facsimile (559) 582-3106
5    johnson@griswoldlasalle.com; wolfe@griswoldlasalle.com

6    Attorneys for Defendants, Delano Farms Company, et al.

7                    UNITED STATES DISTRICT COURT

8          EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

9    SABAS ARREDONDO, et al.          )  Case No.: 1:09-cv-01247-LJO-DLB
                                      )
10              Plaintiffs,           )  **DECLARATION OF JESUS PANIAGUA**
                                      )
11   v.                               )
                                      )
12   DELANO FARMS COMPANY, et al.     )
                                      )
13              Defendants.           )

14        I, Jesus Paniagua, declare as follows:

15   1.   I am currently an employee of T&R Bangi's Agricultural Services, Inc. ("T&R Bangi"). My

16        current foreman is Amadeo Paniagua.

17   2.   While working for T&R Bangi, I am required to attend "escuelita" almost every morning at the

18        beginning of my shift. During this school, the foreman gives us directions and talks about safety,

19        such as how to avoid heat stress, cuts, and how to avoid injury when dealing with heavy loads.

20        School usually lasts 10-15 minutes. It is always held while employees are on the clock, and I am

21        always paid for the time I spend in school. Sometimes the foreman holds "escuelita" twice

22        during a shift if we are not picking correctly, or if we need further directions. We are paid for

23        this time as well. On rare occasions, the foreman may elect to skip school because we are

24        working at the same location as before, or because we are harvesting the same type of grape as

25        before. The foreman specifically tells us not to work before or after the shift ends, or during any

26        of our breaks.

GRISWOLD, LaSALLE,
CORB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

                                      1

3.　　As an employee of T&R Bangi, I am never required to perform work off the clock.  If I arrive at the job site early, I am not required to begin work.  I know that we are not supposed to begin setting up our tables prior to the shift starting.  If anyone starts working early, the foreman tells them to stop.

4.　　I am never required to do work after my shift has ended.  During the harvest season, the foreman instructs us to stop picking grapes 15 minutes before the end of the shift.  This allows us time to finish packing the grapes that have already been picked and to close our table up.  Often, all work is completed prior to the end of the shift.

5.　　I am never required to work at home.  I am not required to take my packing trays home with me to clean, and I know that I am not supposed to take the trays home with me.  I am not required to put stickers on boxes or clamshells at home, and know that I am not supposed to take boxes, clamshell, or stickers home with me.  Three years ago, however, I would take the trays home to wash them.  My foreman at the time told me to do this.  However, this has not happened in the last three years.

6.　　During my shifts, I am always given my full break time.  During a normal 8 hour day, I am given two 15 minute breaks, and a 30 minute lunch break.  My break times are never cut short, and I am not allowed to work during my breaks.  I have seen some employees try to work during their breaks, but only during times when they are eligible for bonuses.  If the foreman sees them working, he tells them to stop.

7.　　I am provided with all the tools necessary to do my job.  The tools that the company gives me are adequate to perform my work.  The company began giving out these tools three years ago.  Prior to that, I always brought my own tools.

8.　　When my crew moves locations during a shift, the company does not transport the workers.  However, I remain on the clock during this time, and am always paid for the time spent traveling from one block to another.  If the new location is a close distance, the crew walks to it.  We are

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

2

*Arredondo v. Delano Farms, et al.*
*DECLARATION*

1   paid for this time.  If the new location is too far away, we are sent home and report at the new

2   location the next day.

3   9.     If called as a witness I could testify to all of the foregoing based upon my personal knowledge.

4          I declare under the penalty of perjury under the laws of the State of California that the foregoing

5   is true and correct and this declaration was executed on September 15, 2010, in Delano, California.

6

7                                    Jesus paniagua
                                     **JESUS PANIAGUA**

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

3

*Arredondo v. Delano Farms, et al.*
*DECLARATION*

1

2

### DECLARATION OF DONETTE LANCASTER

3    I declare that I am a certified translator fluent in the Spanish language and that I read the above

4    declaration from English into Spanish to _Jesus Paniagua_. He/She indicated to me that

5    the declaration is true and correct to the best of his/her knowledge.  I declare under penalty of perjury

6    under the laws of the State of California and the laws of the United States of America that the foregoing

7    is true and correct.

8

9    Executed September 15, 2010 in Delano, California.

10

11

12

13                    DONETTE LANCASTER

14

15

16

17

18

19

20

21

22

23

24

25

26

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

1

*Arredondo v. Delano Farms, et al.*
*DECLARATION*

# EXHIBIT "63"

1    RANDY L. EDWARDS, #105639
     MICHAEL R. JOHNSON, #237767
2    LAURA A. WOLFE, #266751
     GRISWOLD, LaSALLE, COBB, DOWD & GIN, L.L.P.
3    111 East Seventh Street
     Hanford, CA 93230
4    Telephone (559) 584-6656
     Facsimile (559) 582-3106
5    johnson@griswoldlasalle.com; wolfe@griswoldlasalle.com

6    Attorneys for Defendants, Delano Farms Company, et al.

7              UNITED STATES DISTRICT COURT

8         EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

9    SABAS ARREDONDO, et al.              )  Case No.: 1:09-cv-01247-LJO-DLB
                                          )
10           Plaintiffs,                  )  DECLARATION OF
                                          )  Juan Peña
11   v.                                   )
                                          )
12   DELANO FARMS COMPANY, et al.         )
                                          )
13           Defendants.                  )

14       I, Juan Peña, declare as follows:

15   1.   I am currently an employee of T&R Bangi's Agricultural Services, Inc. ("T&R Bangi").

16   2.   While working for T&R Bangi, I am required to attend "escuelita" almost every morning at the

17        beginning of my shift. During this school, the foreman gives us directions and talks about safety,

18        such as how to avoid heat stress, cuts, and how to avoid injury when dealing with heavy loads.

19        School usually lasts 10-15 minutes. It is always held while employees are on the clock, and I am

20        always paid for the time I spend in school. Sometimes the foreman holds "escuelita" twice

21        during a shift if we are not picking correctly, or if we need further directions. We are paid for

22        this time as well. On rare occasions, the foreman may elect to skip school because we are

23        working at the same location as before, or because we are harvesting the same type of grape as

24        before.

25   3.   As an employee of T&R Bangi, I am never required to perform work off the clock. If I arrive

26        at the job site early, I am not required to begin work. I know that we are not supposed to begin

GRISWOLD, LaSALLE,
     COBB, DOWD &
     GIN, L.L.P.                              1
111 EAST SEVENTH STREET
     HANFORD, CA 93230               ────────────────────────────
                                                       Arredondo v. Delano Farms, et al.
                                                                          DECLARATION

1  setting up our tables prior to the shift starting.  If anyone starts working early, the foreman tells
2  them to stop.

3  4.  I am never required to do work after my shift has ended.  During the harvest season, the foreman
4  instructs us to stop picking grapes 15 minutes before the end of the shift.  This allows us time
5  to finish packing the grapes that have already been picked and to close our table up.

6  5.  I am never required to work at home.  I am not required to take my packing trays home with me
7  to clean, and I know that I am not supposed to take the trays home with me.  I am not required
8  to put stickers on boxes or clamshells at home, and know that I am not supposed to take boxes,
9  clamshell, or stickers home with me.

10  6.  During my shifts, I am always given my full break time.  During a normal 8 hour day, I am given
11  two 15 minute breaks, and a 30 minute lunch break.  My break times are never cut short, and I
12  am not allowed to work during my breaks.

13  7.  I am provided with all the tools necessary to do my job.  The tools that the company gives me
14  are adequate to perform my work.

15  8.  When my crew moves locations during a shift, the company does not transport the workers.
16  However, I remain on the clock during this time, and am always paid for the time spent traveling
17  from one block to another.  If the new location is a close distance, the crew walks to it.  We are
18  paid for this time.  If the new location is too far away, we are sent home and report at the new
19  location the next day.

20  9.  If called as a witness I could testify to all of the foregoing based upon my personal knowledge.
21  I declare under the penalty of perjury under the laws of the State of California that the foregoing
22  is true and correct and this declaration was executed on September *15*, 2010, in Delano, California.

JuAN PeÑA
(Sign Name)

Juan Peña
(Print Name)

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

2

*Arredondo v. Delano Farms, et al.*
*DECLARATION*

1

**DECLARATION OF DONETTE LANCASTER**

2

3      I declare that I am a certified translator fluent in the Spanish language and that I read the above

4  declaration from English into Spanish to _Juan Peña_ . He/She indicated to me that

5  the declaration is true and correct to the best of his/her knowledge.  I declare under penalty of perjury

6  under the laws of the State of California and the laws of the United States of America that the foregoing

7  is true and correct.

8

9      Executed September _15_ , 2010 in Delano, California.

10

11

12

13                                DONETTE LANCASTER

14

15

16

17

18

19

20

21

22

23

24

25

26

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

1

*Arredondo v. Delano Farms, et al.*
*DECLARATION*

# EXHIBIT "64"

1  RANDY L. EDWARDS, #105639
   MICHAEL R. JOHNSON, #237767
2  LAURA A. WOLFE, #266751
   GRISWOLD, LaSALLE, COBB, DOWD & GIN, L.L.P.
3  111 East Seventh Street
   Hanford, CA 93230
4  Telephone (559) 584-6656
   Facsimile (559) 582-3106
5  johnson@griswoldlasalle.com; wolfe@griswoldlasalle.com

6  Attorneys for Defendants, Delano Farms Company, et al.

7                    UNITED STATES DISTRICT COURT

8          EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

9  SABAS ARREDONDO, et al.            )  Case No.: 1:09-cv-01247-LJO-DLB
                                      )
10            Plaintiffs,             )  **DECLARATION OF MARISELA PENA**
                                      )
11  v.                                )
                                      )
12  DELANO FARMS COMPANY, et al.      )
                                      )
13            Defendants.             )
                                      )

14        I, Marisela Pena, declare as follows:

15  1.    I am currently an employee of T&R Bangi's Agricultural Services, Inc. ("T&R Bangi").

16  2.    While working for T&R Bangi, I am required to attend "escuelita" almost every morning at the

17        beginning of my shift. During this school, the foreman gives us directions and talks about safety,

18        such as how to avoid heat stress, cuts, and how to avoid injury when dealing with heavy loads.

19        School usually lasts 10 minutes. I am not paid for this time. On rare occasions, the foreman may

20        elect to skip school because we are working at the same location as before, or because we are

21        harvesting the same type of grape as before.

22  3.    As an employee of T&R Bangi, I am never required to perform work off the clock. If I arrive

23        at the job site early, I am not required to begin work. I know that we are not supposed to begin

24        setting up our tables prior to the shift starting. If anyone starts working early, the foreman tells

25        them to stop.

26

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

                                    1

4.   I am never required to do work after my shift has ended. During the harvest season, the foreman instructs us to stop picking grapes 15 minutes before the end of the shift. This allows us time to finish packing the grapes that have already been picked and to close our table up.

5.   I am never required to work at home. I am not required to take my packing trays home with me to clean, and I know that I am not supposed to take the trays home with me. I am not required to put stickers on boxes or clamshells at home, and know that I am not supposed to take boxes, clamshell, or stickers home with me.

6.   During my shifts, I am always given my full break time. During a normal 8 hour day, I am given two 15 minute breaks, and a 30 minute lunch break. My break times are never cut short, and I am not allowed to work during my breaks.

7.   I am provided with all the tools necessary to do my job. The tools that the company gives me are adequate to perform my work.

8.   When my crew moves locations during a shift, the company does not transport the workers. However, I remain on the clock during this time, and am always paid for the time spent traveling from one block to another. If the new location is a close distance, the crew walks to it. We are paid for this time. If the new location is too far away, we are sent home and report at the new location the next day.

9.   If called as a witness I could testify to all of the foregoing based upon my personal knowledge.

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct and this declaration was executed on September 9, 2010, in Delano, California.

*Maricela Peña*
MARISELA PEÑA

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

2

*Arredondo v. Delano Farms, et al.*
*DECLARATION*

1   **DECLARATION OF LORENZO HURTADO**

2       I declare that I am a certified translator (#300350) fluent in the Spanish language and that I read

3   the above declaration from English into Spanish to _Marisela Peña_. He/She indicated

4   to me that the declaration is true and correct to the best of his/her knowledge.  I declare under penalty

5   of perjury under the laws of the State of California and the laws of the United States of America that the

6   foregoing is true and correct.

7       Executed September __9__, 2010 in Delano, California.

8

9                                         LORENZO HURTADO

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

3

*Arredondo v. Delano Farms, et al.*
*DECLARATION*

RECEIVE:   NO.3076   09/09/2010/THU 03:25PM   Griswold Lasalle

# EXHIBIT "65"

1   RANDY L. EDWARDS, #105639
    MICHAEL R. JOHNSON, #237767
2   LAURA A. WOLFE, #266751
    GRISWOLD, LaSALLE, COBB, DOWD & GIN, L.L.P.
3   111 East Seventh Street
    Hanford, CA 93230
4   Telephone (559) 584-6656
    Facsimile (559) 582-3106
5   johnson@griswoldlasalle.com; wolfe@griswoldlasalle.com

6   Attorneys for Defendants, Delano Farms Company, et al.

7                    **UNITED STATES DISTRICT COURT**

8          **EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**

9   SABAS ARREDONDO, et al.              )   Case No.: 1:09-cv-01247-LJO-DLB
                                         )
10                  Plaintiffs,          )   **DECLARATION OF ANTONIA PEREZ**
                                         )
11  v.                                   )
                                         )
12  DELANO FARMS COMPANY, et al.         )
                                         )
13                  Defendants.          )
                                         )

14      I, Antonia Perez, declare as follows:

15  1.   I am currently an employee of T&R Bangi's Agricultural Services, Inc. ("T&R Bangi"). My

16       current foreman is Jesus Zendejas. My employee number is 4670 .

17  2.   As an employee of T&R Bangi, I attend "escuelita" every morning at the beginning of my shift.

18       During the school, the foreman gives the crew directions and talks about safety and heat related

19       illness. School usually lasts 10-15 minutes. On some occasions, the foreman may hold school

20       twice in a day if the work is not being done according to specifications. Other times, the foreman

21       many elect to skip school, but this is very rare. School is always held while employees are on

22       the clock, and I am always paid for the time I spend in school.

23  3.   As an employee of T&R Bangi, I am not required to perform work off the clock. If I arrive at

24       the job site early, I know that I am not supposed to begin setting up my table prior to the shift

25       starting. If anyone starts working early, the foreman will tell them to stop.

26

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

1

*DECLARATION*
*ARREDONDO v. DELANO FARMS COMPANY, et al.*

4.   My foreman does not tell me to get to work early. I am only required to be at work by the start of my shift. If employees arrive early, they generally gather to talk or wait in their cars.

5.   During the harvest season, the foreman instructs us to stop picking grapes 15 minutes before the end of the shift. This gives us enough time to finish packing the grapes that have already been picked and to close our table up. Often, our work is complete one or two minutes before the end of the shift.

6.   I am not required to work at home. I am not required to take my packing trays home with me to clean, and I know that I am not supposed to take the trays home with me. I am not required to put stickers on boxes or clamshells at home, and know that I am not supposed to take boxes, clamshells, or stickers home with me.

7.   I am always given my full break time. During a normal 8 hour day, I am given two 15 minute breaks, and a 30 minute lunch break. My break times are never cut short, and I am not allowed to work during my breaks.

8.   I am provided with all the tools necessary to do my job. The tools that the company gives me are adequate to perform my work.

9.   When my crew moves locations during a shift, the company does not transport the workers. However, I remain on the clock during this time, and am always paid for the time spent traveling from one block to another. We are rarely moved from one location to another during the middle of the day.

///
///
///
///
///
///
///

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

2

10. When I arrive at work and it is raining, I wait in my car until the rain stops or the foreman tells me to go home. The longest time I have waited for the foreman to send us home is 15 minutes. I am not paid for this time if I am sent home without working.

11. If called as a witness I could testify to all of the foregoing based upon my personal knowledge. I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct and this declaration was executed on November 09, 2010, in Delano, California.

**ANTONIA PEREZ**

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

3

1

## DECLARATION OF DONETTE LANCASTER

2     I declare that I am a certified translator fluent in the Spanish language and that I read the above

3 declaration from English into Spanish to _Antonia Perez_ . He/She indicated to me that

4 the declaration is true and correct to the best of his/her knowledge. I declare under penalty of perjury

5 under the laws of the State of California and the laws of the United States of America that the foregoing

6 is true and correct.

7     Executed November _09_, 2010 in Delano, California.

8

9                 _____

                       DONETTE LANCASTER

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

4

*DECLARATION*
*ARREDONDO v. DELANO FARMS COMPANY, et al.*

# EXHIBIT "66"

1  RANDY L. EDWARDS, #105639
   MICHAEL R. JOHNSON, #237767
2  LAURA A. WOLFE, #266751
   GRISWOLD, LaSALLE, COBB, DOWD & GIN, L.L.P.
3  111 East Seventh Street
   Hanford, CA 93230
4  Telephone (559) 584-6656
   Facsimile (559) 582-3106
5  johnson@griswoldlasalle.com; wolfe@griswoldlasalle.com

6  Attorneys for Defendants, Delano Farms Company, et al.

7                    UNITED STATES DISTRICT COURT

8        EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

9  SABAS ARREDONDO, et al.            )  Case No.: 1:09-cv-01247-LJO-DLB
                                      )
10                Plaintiffs,         )  **DECLARATION OF YANELI PEREZ**
                                      )
11 v.                                 )
                                      )
12 DELANO FARMS COMPANY, et al.       )
                                      )
13                Defendants.         )

14      I, Yaneli Perez, declare as follows:

15  1.  I am currently an employee of T&R Bangi's Agricultural Services, Inc. ("T&R Bangi").

16  2.  While working for T&R Bangi, I am required to attend "escuelita" almost every morning at the

17      beginning of my shift. During this school, the foreman gives us directions and talks about safety.

18      School usually lasts 10-15 minutes. It is always held while employees are on the clock, and I am

19      always paid for the time I spend in school. Sometimes the foreman elects to skip school, but this

20      is very rare.

21  3.  As an employee of T&R Bangi, I am never required to perform work off the clock. If I arrive

22      at the job site early, I am not required to begin work. I know that we are not supposed to begin

23      setting up our tables prior to the shift starting. If anyone starts working early, the foreman tells

24      them to stop.

25

26

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

1

*Arredondo v. Delano Farms, et al.*
*DECLARATION*

4.    I am never required to do work after my shift has ended. During the harvest season, the foreman instructs us to stop picking grapes 15 minutes before the end of the shift. This allows us time to finish packing the grapes that have already been picked and to close our table up.

5.    I am never required to work at home. I am not required to take my packing trays home with me to clean, and I know that I am not supposed to take the trays home with me. I am not required to put stickers on boxes or clamshells at home, and know that I am not supposed to take boxes, clamshell, or stickers home with me.

6.    During my shifts, I am always given my full break time. During a normal 8 hour day, I am given two 15 minute breaks, and a 30 minute lunch break. My break times are never cut short, and I am not allowed to work during my breaks. I believe workers may stay inside the rows picking grapes, and I do not believe the foreman can see them.

7.    I am provided with all the tools necessary to do my job. The tools that the company gives me are adequate to perform my work. However, I prefer to purchase my own tools because they are of a higher quality and I like them better. I have not been reimbursed for these tools by T&R Bangi, but I have never asked for reimbursement.

8.    When my crew moves locations during a shift, the company does not transport the workers. However, I remain on the clock during this time, and am always paid for the time spent traveling from one block to another.

9.    If called as a witness I could testify to all of the foregoing based upon my personal knowledge. I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct and this declaration was executed on September _08_ , in Delano, California.

_Yaneli Perez_
**YANELI PEREZ**

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

2

*Arredondo v. Delano Farms, et al.*
*DECLARATION*

1

### DECLARATION OF DONETTE LANCASTER

2

3        I declare that I am a certified translator fluent in the Spanish language and that I read the above

4    declaration from English into Spanish to *Yaneli Perez* _____. He/She indicated to me that

5    the declaration is true and correct to the best of his/her knowledge.  I declare under penalty of perjury

6    under the laws of the State of California and the laws of the United States of America that the foregoing

7    is true and correct.

8

9        Executed September **08**, 2010 in Delano, California.

10

11

12

13                                    DONETTE LANCASTER

14

15

16

17

18

19

20

21

22

23

24

25

26

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

1

*Arredondo v. Delano Farms, et al.*
*DECLARATION*

# EXHIBIT "67"

1  RANDY L. EDWARDS, #105639
   MICHAEL R. JOHNSON, #237767
2  LAURA A. WOLFE, #266751
   GRISWOLD, LaSALLE, COBB, DOWD & GIN, L.L.P.
3  111 East Seventh Street
   Hanford, CA 93230
4  Telephone (559) 584-6656
   Facsimile (559) 582-3106
5  johnson@griswoldlasalle.com; wolfe@griswoldlasalle.com

6  Attorneys for Defendants, Delano Farms Company, et al.

7                    UNITED STATES DISTRICT COURT

8         EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

9  SABAS ARREDONDO, et al.            )  Case No.: 1:09-cv-01247-LJO-DLB
                                      )
10          Plaintiffs,               )  **DECLARATION OF MARIA RAYA**
                                      )
11 v.                                 )
                                      )
12 DELANO FARMS COMPANY, et al.       )
                                      )
13          Defendants.               )

14     I, Maria Raya, declare as follows:

15 1.  I am currently an employee of T&R Bangi's Agricultural Services, Inc. ("T&R Bangi"). My
16     current foreman is Rafael Chavez. My employee number is _3312_ .

17 2.  As an employee of T&R Bangi, I attend "escuelita" every morning at the beginning of my shift.
18     During the school, the foreman gives the crew directions and talks about safety and heat related
19     illness. School usually lasts 10-15 minutes. On some occasions, the foreman may hold school
20     twice in a day if the work is not being done according to specifications. Other times, the foreman
21     many elect to skip school, but this is very rare. School is always held while employees are on
22     the clock, and I am always paid for the time I spend in school.

23 3.  As an employee of T&R Bangi, I am not required to perform work off the clock. If I arrive at
24     the job site early, I know that I am not supposed to begin setting up my table prior to the shift
25     starting. If anyone starts working early, the foreman will tell them to stop.

26

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

                              1
                                        *DECLARATION*
                        *ARREDONDO v. DELANO FARMS COMPANY, et al.*

4.  During the harvest season, the foreman instructs us to stop picking grapes 15 minutes before the end of the shift.  This gives us enough time to finish packing the grapes that have already been picked and to close our table up.  Often, our work is complete one or two minutes before the end of the shift.

5.  I am not required to work at home.  I am not required to take my packing trays home with me to clean, and I know that I am not supposed to take the trays home with me.  I am not required to put stickers on boxes or clamshells at home, and know that I am not supposed to take boxes, clamshells, or stickers home with me.

6.  I am always given my full break time.  During a normal 8 hour day, I am given two 15 minute breaks, and a 30 minute lunch break.  My break times are never cut short, and I am not allowed to work during my breaks.

7.  I am provided with all the tools necessary to do my job.  The tools that the company gives me are adequate to perform my work.  If my tools need to be replaced, the company will replace them for me for free.

8.  When my crew moves locations during a shift, the company does not transport the workers.  However, I remain on the clock during this time, and am always paid for the time spent traveling from one block to another.  We are rarely moved from one location to another during the middle of the day.

9.  If called as a witness I could testify to all of the foregoing based upon my personal knowledge.  I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct and this declaration was executed on November _O9_, 2010, in Delano, California.


_Maria Raya_
**MARIA RAYA**

*DECLARATION*
*ARREDONDO v. DELANO FARMS COMPANY, et al.*

1               **DECLARATION OF DONETTE LANCASTER**

2        I declare that I am a certified translator fluent in the Spanish language and that I read the above

3 declaration from English into Spanish to _Maria Playa_ . He/She indicated to me that

4 the declaration is true and correct to the best of his/her knowledge. I declare under penalty of perjury

5 under the laws of the State of California and the laws of the United States of America that the foregoing

6 is true and correct.

7        Executed November _09_ , 2010 in Delano, California.

8

9                                  DONETTE LANCASTER

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

                           3

# EXHIBIT "68"

1   RANDY L. EDWARDS, #105639
     MICHAEL R. JOHNSON, #237767
2   LAURA A. WOLFE, #266751
     GRISWOLD, LaSALLE, COBB, DOWD & GIN, L.L.P.
3   111 East Seventh Street
     Hanford, CA 93230
4   Telephone (559) 584-6656
     Facsimile (559) 582-3106
5   johnson@griswoldlasalle.com; wolfe@griswoldlasalle.com

6   Attorneys for Defendants, Delano Farms Company, et al.

7               **UNITED STATES DISTRICT COURT**

8      **EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**

9   SABAS ARREDONDO, et al.     )  Case No.: 1:09-cv-01247-LJO-DLB
                              )
10        Plaintiffs,     )  **DECLARATION OF**
                              )  _Argelia Reynoso_
11   v.                   )
                              )
12   DELANO FARMS COMPANY, et al.  )
                              )
13        Defendants.    )

14       I, _Argelia Reynoso_ , declare as follows:

15   1.    I am currently an employee of T&R Bangi's Agricultural Services, Inc. ("T&R Bangi").

16   2.    While working for T&R Bangi, I am required to attend "escuelita" almost every morning at the

17   beginning of my shift. During this school, the foreman gives us directions and talks about safety.

18   School usually lasts 10-15 minutes. It is always held while employees are on the clock, and I am

19   always paid for the time I spend in school. Sometimes the foreman elects to skip school, but this

20   is very rare.

21   3.    As an employee of T&R Bangi, I am never required to perform work off the clock. If I arrive

22   at the job site early, I am not required to begin work. I know that we are not supposed to begin

23   setting up our tables prior to the shift starting. However, during the harvest season I sometimes

24   began setting up my packing table before the shift started. The harvest season is the only time

25   pre-shift work can be done. I did this voluntarily, and if the foreman saw me, he would make

26   me stop. I only spent about 2-3 minutes setting up the table before the shift started.

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

1

_Arredondo v. Delano Farms, et al._
_DECLARATION_

4.   I am never required to do work after my shift has ended.  During the harvest season, the foreman instructs us to stop picking grapes 15 minutes before the end of the shift.  This allows us time to finish packing the grapes that have already been picked and to close our table up.

5.   I am never required to work at home.  I am not required to take my packing trays home with me to clean, and I know that I am not supposed to take the trays home with me.  I am not required to put stickers on boxes or clamshells at home, and know that I am not supposed to take boxes, clamshell, or stickers home with me.

6.   During my shifts, I am always given my full break time.  During a normal 8 hour day, I am given two 15 minute breaks, and a 30 minute lunch break.  My break times are never cut short, and I am not allowed to work during my breaks.

7.   I am provided with all the tools necessary to do my job.  The tools that T&R Bangi gives me are adequate to perform my work.  However, I prefer to purchase my own tools because they are of a higher quality and I like them better.  I have not been reimbursed for these tools by T&R Bangi, but I have never asked for reimbursement.

8.   When my crew moves locations during a shift, the company does not transport the workers.  However, I remain on the clock during this time, and am always paid for the time spent traveling from one block to another.

9.   If called as a witness I could testify to all of the foregoing based upon my personal knowledge.

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct and this declaration was executed on September _08_, in Delano, California.

_Argelia Reynoso_
(Sign Name)

_Argelia Reynoso_
(Print Name)

GRISWOLD, LeSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

2

*Arredondo v. Delano Farms, et al.*
*DECLARATION*