## DECLARATION OF DONETTE LANCASTER

I declare that I am a certified translator fluent in the Spanish language and that I read the above declaration from English into Spanish to _Argelia Reynoso_ . He/She indicated to me that the declaration is true and correct to the best of his/her knowledge. I declare under penalty of perjury under the laws of the State of California and the laws of the United States of America that the foregoing is true and correct.

Executed September _08_ , 2010 in Delano, California.


DONETTE LANCASTER

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

1

*Arredondo v. Delano Farms, et al.*
*DECLARATION*

# EXHIBIT "69"

RANDY L. EDWARDS, #105639
MICHAEL R. JOHNSON, #237767
LAURA A. WOLFE, #266751
GRISWOLD, LaSALLE, COBB, DOWD & GIN, L.L.P.
111 East Seventh Street
Hanford, CA 93230
Telephone (559) 584-6656
Facsimile (559) 582-3106
johnson@griswoldlasalle.com; wolfe@griswoldlasalle.com

Attorneys for Defendants, Delano Farms Company, et al.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**

| | |
|---|---|
| SABAS ARREDONDO, et al. | Case No.: 1:09-cv-01247-LJO-DLB |
| Plaintiffs, | **DECLARATION OF ROBERTO ROCHA** |
| v. | |
| DELANO FARMS COMPANY, et al. | |
| Defendants. | |

I, Roberto Rocha, declare as follows:

1.    I am currently an employee of T&R Bangi's Agricultural Services, Inc. ("T&R Bangi").

2.    While working for T&R Bangi, I am required to attend "escuelita" almost every morning at the beginning of my shift. During this school, the foreman gives us directions and talks about safety, such as how to avoid heat stress, cuts, and how to avoid injury when dealing with heavy loads. School usually lasts 10-15 minutes. It is always held while employees are on the clock, and I am always paid for the time I spend in school. Sometimes the foreman holds "escuelita" twice during a shift if we are not picking correctly, or if we need further directions. We are paid for this time as well. On rare occasions, the foreman may elect to skip school because we are working at the same location as before, or because we are harvesting the same type of grape as before.

3.    As an employee of T&R Bangi, I am never required to perform work off the clock. If I arrive at the job site early, I am not required to begin work. I know that we are not supposed to begin

1

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

*Arredondo v. Delano Farms, et al.*
*DECLARATION*

1   setting up our tables prior to the shift starting. If anyone starts working early, the foreman tells

2   them to stop.

3   4.   I am never required to do work after my shift has ended. During the harvest season, the foreman

4        instructs us to stop picking grapes 15 minutes before the end of the shift. This allows us time

5        to finish packing the grapes that have already been picked and to close our table up.

6   5.   I am never required to work at home. I am not required to take my packing trays home with me

7        to clean, and I know that I am not supposed to take the trays home with me. I am not required

8        to put stickers on boxes or clamshells at home, and know that I am not supposed to take boxes,

9        clamshell, or stickers home with me.

10  6.   During my shifts, I am always given my full break time. During a normal 8 hour day, I am given

11       two 15 minute breaks, and a 30 minute lunch break. My break times are never cut short, and I

12       am not allowed to work during my breaks.

13  7.   I buy my own tools for my job. I buy my own clippers for $8, and my own pruning shears for

14       $37.

15  8.   When my crew moves locations during a shift, the company does not transport the workers.

16       However, I remain on the clock during this time, and am always paid for the time spent traveling

17       from one block to another. If the new location is a close distance, the crew walks to it. We are

18       paid for this time. If the new location is too far away, we are sent home and report at the new

19       location the next day.

20  9.   If called as a witness I could testify to all of the foregoing based upon my personal knowledge.

         I declare under the penalty of perjury under the laws of the State of California that the foregoing

21  is true and correct and this declaration was executed on September 9 , 2010, in Delano, California.

22

23                                        *Roberto Rocha*
                                          **ROBERTO ROCHA**

24

25

26

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
151 EAST SEVENTH STREET
HANFORD, CA 93230

2

1

## DECLARATION OF LORENZO HURTADO

2     I declare that I am a certified translator (#300350) fluent in the Spanish language and that I read

3 the above declaration from English into Spanish to _Roberto Rocha_ . He/She indicated

4 to me that the declaration is true and correct to the best of his/her knowledge. I declare under penalty

5 of perjury under the laws of the State of California and the laws of the United States of America that the

6 foregoing is true and correct.

7     Executed September _7_, 2010 in Delano, California.

8

9                                    LORENZO HURTADO

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

3

_Arredondo v. Delano Farms, et al._
_DECLARATION_

# EXHIBIT "70"

1  RANDY L. EDWARDS, #105639
   MICHAEL R. JOHNSON, #237767
2  LAURA A. WOLFE, #266751
   GRISWOLD, LaSALLE, COBB, DOWD & GIN, L.L.P.
3  111 East Seventh Street
   Hanford, CA 93230
4  Telephone (559) 584-6656
   Facsimile (559) 582-3106
5  johnson@griswoldlasalle.com; wolfe@griswoldlasalle.com

6  Attorneys for Defendants, Delano Farms Company, et al.

7  **UNITED STATES DISTRICT COURT**

8  **EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**

9  SABAS ARREDONDO, et al.               ) Case No.: 1:09-cv-01247-LJO-DLB
                                         )
10            Plaintiffs,                ) **DECLARATION OF SANDRA ROCHA**
                                         )
11     v.                               )
                                         )
12  DELANO FARMS COMPANY, et al.        )
                                         )
13            Defendants.                )
                                         )

14        I, Sandra Rocha, declare as follows:

15  1.    I am currently an employee of T&R Bangi's Agricultural Services, Inc. ("T&R Bangi").

16  2.    While working for T&R Bangi, I am required to attend "escuelita" almost every morning at the

17        beginning of my shift. During this school, the foreman gives us directions and talks about safety,

18        such as how to avoid heat stress. School usually lasts 10-15 minutes. It is always held while

19        employees are on the clock, and I am always paid for the time I spend in school. Sometimes the

20        foreman holds "escuelita" twice during a shift if we are not picking correctly, or if we need

21        further directions. We are paid for this time as well. On rare occasions, the foreman may elect

22        to skip school because we are working at the same location as before, or because we are

23        harvesting the same type of grape as before.

24  3.    As an employee of T&R Bangi, I am never required to perform work off the clock. If I arrive

25        at the job site early, I am not required to begin work. I know that we are not supposed to begin

26        setting up our tables prior to the shift starting. If anyone starts working early, the foreman tells

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

1

*Arredondo v. Delano Farms, et al.*
*DECLARATION*

1  them to stop.  I have seen some employees begin setting up their table before the shift starts.

2  They only do this when they are eligible to earn a bonus.

3  4.  I am never required to do work after my shift has ended.  During the harvest season, the foreman

4  instructs us to stop picking grapes 15 minutes before the end of the shift.  This allows us time

5  to finish packing the grapes that have already been picked and to close our table up.  However,

6  on very rare occasions I have had to stay late to finish packing grapes.  The longest I have ever

7  had to stay is 10 minutes.

8  5.  I am never required to work at home.  I am not required to take my packing trays home with me

9  to clean, and I know that I am not supposed to take the trays home with me.  I am not required

10  to put stickers on boxes or clamshells at home, and know that I am not supposed to take boxes,

11  clamshell, or stickers home with me.

12  6.  During my shifts, I am always given my full break time.  During a normal 8 hour day, I am given

13  two 15 minute breaks, and a 30 minute lunch break.  My break times are never cut short, and I

14  am not allowed to work during my breaks.

15  7.  I am not always provided with all the tools necessary to do my job. If I am not present on the first

16  day of "tipping," the company does not provide me with clippers.  When this happens, I have to

17  buy my own.  I have never asked the company to provide me with clippers, and I do not know

18  if they would provide them to me.

19  8.  When my crew moves locations during a shift, the company does not transport the workers.

20  However, I remain on the clock during this time, and am always paid for the time spent traveling

21  from one block to another.

22  9.  If called as a witness I could testify to all of the foregoing based upon my personal knowledge.

23  I declare under the penalty of perjury under the laws of the State of California that the foregoing

   is true and correct and this declaration was executed on September ___, 2010, in Delano, California.

24

25  _Sandra Rocha_
   **SANDRA ROCHA**

26

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 53230

2

1

## DECLARATION OF LORENZO HURTADO

2      I declare that I am a certified translator (#300350) fluent in the Spanish language and that I read

3 the above declaration from English into Spanish to _Sandra Rocha_. He/She indicated

4 to me that the declaration is true and correct to the best of his/her knowledge.  I declare under penalty

5 of perjury under the laws of the State of California and the laws of the United States of America that the

6 foregoing is true and correct.

7      Executed September _9_, 2010 in Delano, California.

8

9              _____
                 LORENZO HURTADO

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

3

*Arredondo v. Delano Farms, et al.*
*DECLARATION*

# EXHIBIT "71"

1 | RANDY L. EDWARDS, #105639
MICHAEL R. JOHNSON, #237767
2 | LAURA A. WOLFE, #266751
GRISWOLD, LaSALLE, COBB, DOWD & GIN, L.L.P.
3 | 111 East Seventh Street
Hanford, CA 93230
4 | Telephone (559) 584-6656
Facsimile (559) 582-3106
5 | johnson@griswoldlasalle.com; wolfe@griswoldlasalle.com

6 | Attorneys for Defendants, Delano Farms Company, et al.

7 | **UNITED STATES DISTRICT COURT**

8 | **EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**

9 | SABAS ARREDONDO, et al.                     ) Case No.: 1:09-cv-01247-LJO-DLB   *BR.*
                                              )                              *BEATRIZ*
10 |                     Plaintiffs,           ) **DECLARATION OF BEATRICE** *RODRIGUEZ*
                                              ) **RODRIGUEZ**
11 | v.                                        )
                                              )
12 | DELANO FARMS COMPANY, et al.              )
                                              )
13 |                     Defendants.           )

14 | *B. Beatriz*
    I, ~~Beatrice~~ Rodriguez, declare as follows:

15 | 1.    I am currently an employee of T&R Bangi's Agricultural Services, Inc. ("T&R Bangi"). My

16 |       current foreman is Jesus Zendejas. My employee number is 7202 .

17 | 2.    As an employee of T&R Bangi, I attend "escuelita" every morning at the beginning of my shift.

18 |       During the school, the foreman gives the crew directions and talks about safety and heat related

19 |       illness. School usually lasts 10-15 minutes. On some occasions, the foreman may hold school

20 |       twice in a day if the work is not being done according to specifications. Other times, the foreman

21 |       many elect to skip school, but this is very rare. School is always held while employees are on

22 |       the clock, and I am always paid for the time I spend in school.

23 | 3.    As an employee of T&R Bangi, I am not required to perform work off the clock. If I arrive at

24 |       the job site early, I know that I am not supposed to begin setting up my table prior to the shift

25 |       starting. I have seen some employees start work early, but they are not required to. Not all

26 |       employees do this, and those who do only start early when they are eligible to earn a bonus.

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

1

*DECLARATION*
*ARREDONDO v. DELANO FARMS COMPANY, et al.*

4.     My foreman does not tell me to get to work early. I am only required to be at work by the start of my shift. If employees arrive early, they generally gather to talk or wait in their cars.

5.     During the harvest season, the foreman instructs us to stop picking grapes 15 minutes before the end of the shift. This gives us enough time to finish packing the grapes that have already been picked and to close our table up. Often, our work is complete one or two minutes before the end of the shift.

6.     I am not required to work at home. I am not required to take my packing trays home with me to clean, and I know that I am not supposed to take the trays home with me. I am not required to put stickers on boxes or clamshells at home, and know that I am not supposed to take boxes, clamshells, or stickers home with me.

7.     I am always given my full break time. During a normal 8 hour day, I am given two 15 minute breaks, and a 30 minute lunch break. My break times are never cut short, and I am not allowed to work during my breaks.

8.     I am provided with all the tools necessary to do my job. The tools that the company gives me are adequate to perform my work.

9.     When my crew moves locations during a shift, the company does not transport the workers. However, I remain on the clock during this time, and am always paid for the time spent traveling from one block to another. We are rarely moved from one location to another during the middle of the day.

10.    If I arrive at work and it is raining, we are released without waiting. We are not paid to report to work on these days.

11.    If called as a witness I could testify to all of the foregoing based upon my personal knowledge. I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct and this declaration was executed on November _09_, 2010, in Delano, California.

_____
BEATRICE RODRIGUEZ

GRISWOLD, LaSALLE,
COBB, DOWD &
OIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

2

1

## DECLARATION OF DONETTE LANCASTER

2      I declare that I am a certified translator fluent in the Spanish language and that I read the above

3 declaration from English into Spanish to _Beatriz Rodriguez_ He/She indicated to me that

4 the declaration is true and correct to the best of his/her knowledge.  I declare under penalty of perjury

5 under the laws of the State of California and the laws of the United States of America that the foregoing

6 is true and correct.

7      Executed November _09_, 2010 in Delano, California.

8

9

10                                   DONETTE LANCASTER

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

3

# EXHIBIT "72"

1  RANDY L. EDWARDS, #105639
   MICHAEL R. JOHNSON, #237767
2  LAURA A. WOLFE, #266751
   GRISWOLD, LaSALLE, COBB, DOWD & GIN, L.L.P.
3  111 East Seventh Street
   Hanford, CA 93230
4  Telephone (559) 584-6656
   Facsimile (559) 582-3106
5  johnson@griswoldlasalle.com; wolfe@griswoldlasalle.com

6  Attorneys for Defendants, Delano Farms Company, et al.

7                  UNITED STATES DISTRICT COURT

8          EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

9  SABAS ARREDONDO, et al.          )  Case No.: 1:09-cv-01247-LJO-DLB
                                    )
10              Plaintiffs,         )  DECLARATION OF
                                    )  Jose Rodriguez
11 v.                               )
                                    )
12 DELANO FARMS COMPANY, et al.     )
                                    )
13              Defendants.         )

14    I, Jose Rodriguez, declare as follows:

15 1.  I am currently an employee of T&R Bangi's Agricultural Services, Inc. ("T&R Bangi"). I work

16     in cold storage.

17 2.  While working for T&R Bangi in cold storage, I am rarely required to attend "escuelita." If there

18     is school, it usually only lasts 5-10 minutes. I am paid for this time.

19 3.  As an employee of T&R Bangi, I am never required to perform work off the clock. If I arrive

20     at the job site early, I am not required to begin work. Prior to our shift, employees are not

21     allowed in the cold storage. Therefore, it is impossible to begin working before our shift.

22 4.  I am never required to do work after my shift has ended. As the end of the shift, the production

23     line is stopped 15 minutes early. This allows us time to finish packing the remaining grapes.

24     If I am required to stay past the stop time, I am paid for it.

25 5.  I am never required to work at home. I am not required to take any packing trays home with me

26     to clean, and I know that I am not supposed to take the trays home with me.

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

                              17

                                      _Arredondo v. Delano Farms, et al._
                                                       _DECLARATION_

6.    During my shifts, I am always given my full break time. During a normal 8 hour day, I am given two 10 minute breaks, and a 30 minute lunch break. My break times are never cut short, and I am not allowed to work during my breaks. To ensure that we don't work during our breaks, we are not allowed inside the cold storage during the break times, except for the last break period. During the last break period, employees are not allowed near the machinery and are thus not able to work.

7.    I am provided with all the tools necessary to do my job. The tools that the company gives me are adequate to perform my work. I am provided with a lab coat, hair net, and latex gloves free of charge. However, if I lose the lab coat, I am given a new one for $20.

8.    If called as a witness I could testify to all of the foregoing based upon my personal knowledge. I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct and this declaration was executed on September _____, 2010, in Delano, California.

_____
(Sign Name)

Jose Rodriguet
(Print Name)

GRISWOLD, LaSALLE.
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

18

*Arredondo v. Delano Farms, et al.*
*DECLARATION*

# EXHIBIT "73"

RANDY L. EDWARDS, #105639
MICHAEL R. JOHNSON, #237767
LAURA A. WOLFE, #266751
GRISWOLD, LaSALLE, COBB, DOWD & GIN, L.L.P.
111 East Seventh Street
Hanford, CA 93230
Telephone (559) 584-6656
Facsimile (559) 582-3106
johnson@griswoldlasalle.com; wolfe@griswoldlasalle.com

Attorneys for Defendants, Delano Farms Company, et al.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| SABAS ARREDONDO, et al. | Case No.: 1:09-cv-01247-LJO-DLB |
| Plaintiffs, | **DECLARATION OF LEOVIGILDO RODRIGUEZ** |
| v. | |
| DELANO FARMS COMPANY, et al. | |
| Defendants. | |

I, Leovigildo Rodriguez, declare as follows:

1.  I am currently an employee of T&R Bangi's Agricultural Services, Inc. ("T&R Bangi"). My current foreman is Rafael Chavez. My employee number is ____574____.

2.  As an employee of T&R Bangi, I attend "escuelita" every morning at the beginning of my shift. During the school, the foreman gives the crew directions and talks about safety and heat related illness. School usually lasts 10-15 minutes. On some occasions, the foreman may hold school twice in a day if the work is not being done according to specifications. Other times, the foreman many elect to skip school, but this is very rare. School is always held while employees are on the clock, and I am always paid for the time I spend in school.

3.  As an employee of T&R Bangi, I am not required to perform work off the clock. If I arrive at the job site early, I know that I am not supposed to begin setting up my table prior to the shift starting. If anyone starts working early, the foreman will tell them to stop.

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

1

*DECLARATION*
*ARREDONDO v. DELANO FARMS COMPANY, et al.*

4.   During the harvest season, the foreman instructs us to stop picking grapes 15 minutes before the end of the shift. This gives us enough time to finish packing the grapes that have already been picked and to close our table up. Often, our work is complete one or two minutes before the end of the shift.

5.   I am not required to work at home. Since I began working with the company 16 years ago, I have only taken the trays home twice to clean them. I did this as a favor to the foreman even though I knew I was not being paid for it. I have never seen or heard of any employee being required to take trays home to wash them. In fact, I have seen employees not take trays home without consequence.

6.   I am always given my full break time. During a normal 8 hour day, I am given two 15 minute breaks, and a 30 minute lunch break. My break times are never cut short, and I am not allowed to work during my breaks.

7.   I am provided with all the tools necessary to do my job. The tools that the company gives me are adequate to perform my work.

8.   When my crew moves locations during a shift, the company does not transport the workers. However, I remain on the clock during this time, and am always paid for the time spent traveling from one block to another. We are rarely moved from one location to another during the middle of the day.

9.   If called as a witness I could testify to all of the foregoing based upon my personal knowledge.

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct and this declaration was executed on November 09, 2010, in Delano, California.

_Leovigildo Rodriguez_
LEOVIGILDO RODRIGUEZ

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

2

1

### DECLARATION OF DONETTE LANCASTER

2       I declare that I am a certified translator fluent in the Spanish language and that I read the above

3  declaration from English into Spanish to _Leovigildo Rodriguez_ He/She indicated to me that

4  the declaration is true and correct to the best of his/her knowledge.  I declare under penalty of perjury

5  under the laws of the State of California and the laws of the United States of America that the foregoing

6  is true and correct.

7       Executed November _09_, 2010 in Delano, California.

8

9

10                      DONETTE LANCASTER

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

3

# EXHIBIT "74"

1　RANDY L. EDWARDS, #105639
　　MICHAEL R. JOHNSON, #237767
2　LAURA A. WOLFE, #266751
　　GRISWOLD, LaSALLE, COBB, DOWD & GIN, L.L.P.
3　111 East Seventh Street
　　Hanford, CA 93230
4　Telephone (559) 584-6656
　　Facsimile (559) 582-3106
5　johnson@griswoldlasalle.com; wolfe@griswoldlasalle.com

6　Attorneys for Defendants, Delano Farms Company, et al.

7　　　　　　　　　**UNITED STATES DISTRICT COURT**

8　　　　**EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**

9　SABAS ARREDONDO, et al.　　　　　)　Case No.: 1:09-cv-01247-LJO-DLB
　　　　　　　　　　　　　　　　　　)
10　　　　　　　Plaintiffs,　　　　　　)　**DECLARATION OF MANUEL**
　　　　　　　　　　　　　　　　　　)　**RODRIGUEZ**
11　v.　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
12　DELANO FARMS COMPANY, et al.　　)
　　　　　　　　　　　　　　　　　　)
13　　　　　　　Defendants.　　　　　)

14　　　　　I, Manuel Rodriguez, declare as follows:

15　1.　　I am currently an employee of T&R Bangi's Agricultural Services, Inc. ("T&R Bangi"). My

16　current forewoman is Josefina Melgoza. My employee number is _3452_ . I have worked

17　for T&R Bangi for 13 years.

18　2.　　As an employee of T&R Bangi, I attend "escuelita" almost every morning at the beginning of my

19　shift. During the escuelita, the foreman gives the crew directions and talks about safety. We are

20　also reminded not to being work before the shift, or work during our breaks. This school usually

21　lasts 10-15 minutes. It is always held while employees are on the clock, and I am always paid

22　for the time I spend in school. Sometimes, if we are at the same location or picking the same

23　type of grape as the previous day, the foreman will elect to skip school, but this is rare.

24　3.　　As an employee of T&R Bangi, I am not required to perform work off the clock. If I arrive at

25　the job site early, I know that I am not supposed to begin setting up my tables prior to the shift

26　starting. If anyone starts working early, the foreman will tell them to stop.

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

2

4.  I am not required to do any work after my shift has ended.  During the harvest season, the foreman instructs us to stop picking grapes 15 minutes before the end of the shift.  This gives us enough time to finish packing the grapes that have already been picked and to close our table up.  Often, our work is complete one or two minutes before the end of the shift.  There are some employees, however, who on rare occasions fall behind in their work.  In these cases, they have to stay a few minutes longer to finish packing.  I believe they are paid for this time.

5.  For the first 3 years I worked for T&R Bangi, I used to take my trays home to wash them.  I believe I was paid for an extra hour when I would take the trays home.  I no longer take my trays home and not required to any other work while at home.

6.  I am always given my full break time.  During a normal 8 hour day, I am given two 15 minute breaks, and a 30 minute lunch break.  My break times are never cut short, and I am not allowed to work during my breaks.

7.  I am provided with all the tools necessary to do my job.  The tools that the company gives me are adequate to perform my work.

8.  When my crew moves locations during a shift, the company does not transport the workers.  However, I remain on the clock during this time, and am always paid for the time spent traveling from one block to another.  We are rarely moved from one location to another during the middle of the day.

9.  During the picking season, I am paid a bonus for each box of grapes I pack.  I have always been paid the correct bonus amount.  If I ever thought that I was not paid correctly, I would feel comfortable telling my foreman about it.

10.  When I arrive at work and it is raining, I wait in my car until the rain stops or the foreman tells me to go home.  I don't wait longer than thirty minutes, and I am not paid for this time.

$M. R -$

///
///
///

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

3

1    11.    If called as a witness I could testify to all of the foregoing based upon my personal knowledge.

2            I declare under the penalty of perjury under the laws of the State of California that the foregoing

3    is true and correct and this declaration was executed on November 03 , 2010, in Delano, California.

4

5                                          MANUEL Rodriguez
                                           **MANUEL RODRIGUEZ**

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

GRISWOLD, LaSALLE,
COBB, DOWD &
OIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

4

*DECLARATION*
*ARREDONDO v. DELANO FARMS COMPANY, et al.*

## DECLARATION OF DONETTE LANCASTER

I declare that I am a certified translator fluent in the Spanish language and that I read the above declaration from English into Spanish to _Manuel Rodriguez_. He/She indicated to me that the declaration is true and correct to the best of his/her knowledge. I declare under penalty of perjury under the laws of the State of California and the laws of the United States of America that the foregoing is true and correct.

Executed November _03_, 2010 in Delano, California.

DONETTE LANCASTER

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

1

# EXHIBIT "75"

1 | RANDY L. EDWARDS, #105639
MICHAEL R. JOHNSON, #237767
2 | LAURA A. WOLFE, #266751
GRISWOLD, LaSALLE, COBB, DOWD & GIN, L.L.P.
3 | 111 East Seventh Street
Hanford, CA 93230
4 | Telephone (559) 584-6656
Facsimile (559) 582-3106
5 | johnson@griswoldlasalle.com; wolfe@griswoldlasalle.com

6 | Attorneys for Defendants, Delano Farms Company, et al.

7 | **UNITED STATES DISTRICT COURT**

8 | **EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**

9 | SABAS ARREDONDO, et al.                )   Case No.: 1:09-cv-01247-LJO-DLB
                                          )
10 |                      Plaintiffs,        )   **DECLARATION OF** Selenne Rodriguez
                                          )
11 | v.                                     )
                                          )
12 | DELANO FARMS COMPANY, et al.           )
                                          )
13 |                      Defendants.        )

14 | I, Selenne Rodriguez, declare as follows:

15 | 1.  I am currently an employee of T&R Bangi's Agricultural Services, Inc. ("T&R Bangi"). I work

16 | in cold storage.

17 | 2.  While working for T&R Bangi in cold storage, I am rarely required to attend "escuelita." If there

18 | is school, it usually only lasts 5-10 minutes. I am paid for this time.

19 | 3.  As an employee of T&R Bangi, I am never required to perform work off the clock. If I arrive

20 | at the job site early, I am not required to begin work. Prior to our shift, employees are not

21 | allowed in the cold storage. Therefore, it is impossible to begin working before our shift.

22 | 4.  I am never required to do work after my shift has ended. As the end of the shift, the production

23 | line is stopped 15 minutes early. This allows us time to finish packing the remaining grapes.

24 | If I am required to stay past the stop time, I am paid for it.

25 | 5.  I am never required to work at home. I am not required to take any packing trays home with me

26 | to clean, and I know that I am not supposed to take the trays home with me.

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

5

*Arredondo v. Delano Farms, et al.*
*DECLARATION*

6.     During my shifts, I am always given my full break time. During a normal 8 hour day, I am given two 10 minute breaks, and a 30 minute lunch break. My break times are never cut short, and I am not allowed to work during my breaks. To ensure that we don't work during our breaks, we are not allowed inside the cold storage during the break times, except for the last break period. During the last break period, employees are not allowed near the machinery and are thus not able to work.

7.     I am provided with all the tools necessary to do my job. The tools that the company gives me are adequate to perform my work. I am provided with a lab coat, hair net, and latex gloves free of charge. However, if I lose the lab coat, I am given a new one for $20.

8.     If called as a witness I could testify to all of the foregoing based upon my personal knowledge. I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct and this declaration was executed on September 15, 2010, in Delano, California.

_____Selenne Rodriguez_____
(Sign Name)

_____Selenne Rodriguez_____
(Print Name)

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

6

*Arredondo v. Delano Farms, et al.*
*DECLARATION*

EXHIBIT "76"

1   RANDY L. EDWARDS, #105639
    MICHAEL R. JOHNSON, #237767
2   LAURA A. WOLFE, #266751
    GRISWOLD, LaSALLE, COBB, DOWD & GIN, L.L.P.
3   111 East Seventh Street
    Hanford, CA 93230
4   Telephone (559) 584-6656
    Facsimile (559) 582-3106
5   johnson@griswoldlasalle.com; wolfe@griswoldlasalle.com

6   Attorneys for Defendants, Delano Farms Company, et al.

7                     **UNITED STATES DISTRICT COURT**

8        **EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**

9   SABAS ARREDONDO, et al.              )  Case No.: 1:09-cv-01247-LJO-DLB
                                         )
10               Plaintiffs,             )  **DECLARATION OF VICTORIA ROSALES**
                                         )
11  v.                                   )
                                         )
12  DELANO FARMS COMPANY, et al.         )
                                         )
13               Defendants.             )

14       I, Victoria Rosales, declare as follows:

15  1.   I am currently an employee of T&R Bangi's Agricultural Services, Inc. ("T&R Bangi"). My

16       current foreman is Amadeo Paniagua.  My employee number is _21048_ .

17  2.   While working for T&R Bangi, I am required to attend "escuelita" almost every morning at the

18       beginning of my shift. During this school, the foreman gives us directions and talks about safety,

19       such as how to avoid heat stress, cuts, and how to avoid injury when dealing with heavy loads.

20       School usually lasts 10-15 minutes.  It is always held while employees are on the clock, and I am

21       always paid for the time I spend in school.  Sometimes the foreman holds "escuelita" twice

22       during a shift if we are not picking correctly, or if we need further directions.  We are paid for

23       this time as well.  On rare occasions, the foreman may elect to skip school because we are

24       working at the same location as before, or because we are harvesting the same type of grape as

25       before. The foreman specifically tells us not to work before or after the shift ends, or during any

26       of our breaks.

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

                              1

3.  As an employee of T&R Bangi, I am never required to perform work off the clock. If I arrive at the job site early, I am not required to begin work. I know that we are not supposed to begin setting up our tables prior to the shift starting. If anyone starts working early, the foreman tells them to stop. I used to start preparing my table before my shift started. I did this voluntarily. I knew that I was not supposed to work early, so I did it in a way that the foreman did not see me. I did this so I could earn a bigger bonus. I have not done this for about two months.

4.  I am never required to do work after my shift has ended. During the harvest season, the foreman instructs us to stop picking grapes 15 minutes before the end of the shift. This allows us time to finish packing the grapes that have already been picked and to close our table up. Often, all work is completed prior to the end of the shift.

5.  I am never required to work at home. I am not required to take my packing trays home with me to clean, and I know that I am not supposed to take the trays home with me. I am not required to put stickers on boxes or clamshells at home, and know that I am not supposed to take boxes, clamshells, or stickers home with me.

6.  During my shifts, I am always given my full break time. During a normal 8 hour day, I am given one 15 minute break in the morning, one 10 minute break in the afternoon, and a 30 minute lunch break. My break times are never cut short, and I am not allowed to work during my breaks. I have seen some employees try to work during their breaks, but only during times when they are eligible for bonuses. If the foreman sees them working, he tells them to stop.

7.  I am provided with all the tools necessary to do my job. The tools that the company gives me are adequate to perform my work.

8.  When my crew moves locations during a shift, the company does not transport the workers. However, I remain on the clock during this time, and am always paid for the time spent traveling from one block to another. If the new location is a close distance, the crew walks to it. We are paid for this time. If the new location is too far away, we are sent home and report at the new location the next day.

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

2

9.     If called as a witness I could testify to all of the foregoing based upon my personal knowledge.

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct and this declaration was executed on November *03,* 2010, in Delano, California.

Victoria Rosales
**VICTORIA ROSALES**

GRISWOLD, LaSALLE, COBB, DOWD & GIN, L.L.P. 111 EAST SEVENTH STREET HANFORD, CA 93230

3

## DECLARATION OF DONETTE LANCASTER

I declare that I am a certified translator fluent in the Spanish language and that I read the above declaration from English into Spanish to Victoria Rosales . He/She indicated to me that the declaration is true and correct to the best of his/her knowledge. I declare under penalty of perjury under the laws of the State of California and the laws of the United States of America that the foregoing is true and correct.

Executed November 03, 2010 in Delano, California.

DONETTE LANCASTER

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

4

*DECLARATION*
*ARREDONDO v. DELANO FARMS COMPANY, et al.*

# EXHIBIT "77"

09/08/2010 WED 15:44 FAX

RANDY L. EDWARDS, #105639
MICHAEL R. JOHNSON, #237767
LAURA A. WOLFE, #266751
GRISWOLD, LaSALLE, COBB, DOWD & GIN, L.L.P.
111 East Seventh Street
Hanford, CA 93230
Telephone (559) 584-6656
Facsimile (559) 582-3106
johnson@griswoldlasalle.com; wolfe@griswoldlasalle.com

Attorneys for Defendants, Delano Farms Company, et al.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| SABAS ARREDONDO, et al. | Case No.: 1:09-cv-01247-LJO-DLB |
| Plaintiffs, | **DECLARATION OF MARIA ELVIA RUIZ** |
| v. | |
| DELANO FARMS COMPANY, et al. | |
| Defendants. | |

I, Maria Elvia Ruiz, declare as follows:

1. I am currently an employee of T&R Bangi's Agricultural Services, Inc. ("T&R Bangi").

2. While working for T&R Bangi, I am required to attend "escuelita" almost every morning at the beginning of my shift. During this school, the foreman gives us directions and talks about safety. School usually lasts 10-15 minutes. It is always held while employees are on the clock, and I am always paid for the time I spend in school. Sometimes the foreman elects to skip school, but this is very rare.

3. As an employee of T&R Bangi, I am never required to perform work off the clock. If I arrive at the job site early, I am not required to begin work. I know that we are not supposed to begin setting up our tables prior to the shift starting. If anyone starts working early, the foreman tells them to stop.

4. I am never required to do work after my shift has ended. During the harvest season, the foreman instructs us to stop picking grapes 15 minutes before the end of the shift. This allows us time

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

1

*Arredondo v. Delano Farms, et al.*
*DECLARATION*

RECEIVE:        NO.3057        09/08/2010/WED 03:47PM        Griswold Lasalle

1   to finish packing the grapes that have already been picked and to picked and to close our table

2   up.

3   5.    I am never required to work at home.  I am not required to take my packing trays home with me

4         to clean, and I know that I am not supposed to take the trays home with me.  However, about

5         three years ago, as a general practice, employees were required to take their trays home to wash

6         them.  This used to take me about 20 minutes to perform.

7   6.    I am not required to put stickers on boxes or clamshells at home, and know that I am not

8         supposed to take boxes, clamshell, or stickers home with me.

9   7.    During my shifts, I am always given my full break time.  During a normal 8 hour day, I am given

10        two 15 minute breaks, and a 30 minute lunch break.  My break times are never cut short, and I

11        am not allowed to work during my breaks.

12  8.    I am provided with all the tools necessary to do my job.  The tools that the company gives me

13        are adequate to perform my work.

14  9.    When my crew moves locations during a shift, the company does not transport the workers.

15        However, I remain on the clock during this time, and am always paid for the time spent traveling

16        from one block to another.

17  10.   If called as a witness I could testify to all of the foregoing based upon my personal knowledge.

18        I declare under the penalty of perjury under the laws of the State of California that the foregoing

19  is true and correct and this declaration was executed on September  08 , in Delano, California.

20                                               MARIA ELVIA RUIZ
                                                 _____
21                                               MARIA ELVIA RUIZ

22

23

24

25

26

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

                                                    2

RECEIVE:        NO.3057        09/08/2010/WED 03:47PM        Griswold Lasalle

1

**DECLARATION OF DONETTE LANCASTER**

2

3        I declare that I am a certified translator fluent in the Spanish language and that I read the above

4   declaration from English into Spanish to _Maria Elvia Ruiz_. He/She indicated to me that

5   the declaration is true and correct to the best of his/her knowledge.  I declare under penalty of perjury

6   under the laws of the State of California and the laws of the United States of America that the foregoing

7   is true and correct.

8

9        Executed September _08_, 2010 in Delano, California.

10

11

12

13                        DONETTE LANCASTER

14

15

16

17

18

19

20

21

22

23

24

25

26

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

1

*Arredondo v. Delano Farms, et al.*
*DECLARATION*

EXHIBIT "78"

RANDY L. EDWARDS, #105639
MICHAEL R. JOHNSON, #237767
LAURA A. WOLFE, #266751
GRISWOLD, LaSALLE, COBB, DOWD & GIN, L.L.P.
111 East Seventh Street
Hanford, CA 93230
Telephone (559) 584-6656
Facsimile (559) 582-3106
johnson@griswoldlasalle.com; wolfe@griswoldlasalle.com

Attorneys for Defendants, Delano Farms Company, et al.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| SABAS ARREDONDO, et al. | Case No.: 1:09-cv-01247-LJO-DLB |
| Plaintiffs, | **DECLARATION OF FLORIBERTO SANCHEZ** |
| v. | |
| DELANO FARMS COMPANY, et al. | |
| Defendants. | |

I, Floriberto Sanchez, declare as follows:

1.  I am currently an employee of T&R Bangi's Agricultural Services, Inc. ("T&R Bangi").

2.  While working for T&R Bangi, I am required to attend "escuelita" almost every morning at the beginning of my shift. During this school, the foreman gives us directions and talks about safety, such as how to avoid heat stress. School usually lasts 10-15 minutes. It is always held while employees are on the clock, and I am always paid for the time I spend in school. Sometimes the foreman holds "escuelita" twice during a shift if we are not picking correctly, or if we need further directions. We are paid for this time as well. On rare occasions, the foreman may elect to skip school because we are working at the same location as before, or because we are harvesting the same type of grape as before.

3.  As an employee of T&R Bangi, I am never required to perform work off the clock. If I arrive at the job site early, I am not required to begin work. I know that we are not supposed to begin setting up our tables prior to the shift starting. If anyone starts working early, the foreman tells

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

1

*Arredondo v. Delano Farms, et al.*
*DECLARATION*

1      them to stop. However, I begin setting my packing table up before my shift starts if I am going

2      to earn a bonus. I know I am not allowed to do this, and if the foreman sees me, he will tell me

3      to stop.

4   4.    I am never required to do work after my shift has ended. During the harvest season, the foreman

5       instructs us to stop picking grapes 15 minutes before the end of the shift. This allows us time

6       to finish packing the grapes that have already been picked and to close our table up.

7   5.    I am never required to work at home. I am not required to take my packing trays home with me

8       to clean, and I know that I am not supposed to take the trays home with me. I am not required

9       to put stickers on boxes or clamshells at home, and know that I am not supposed to take boxes,

10      clamshell, or stickers home with me.

11   6.    During my shifts, I am always given my full break time. During a normal 8 hour day, I am given

12      two 15 minute breaks, and a 30 minute lunch break. My break times are never cut short, and I

13      am not allowed to work during my breaks.

14   7.    I am provided with all the tools necessary to do my job. The tools that the company gives me

15      are adequate to perform my work. I have never needed to purchase my own tools for the job.

16   8.    When my crew moves locations during a shift, the company does not transport the workers.

17      However, I remain on the clock during this time, and am always paid for the time spent traveling

18      from one block to another.

19   9.    If called as a witness I could testify to all of the foregoing based upon my personal knowledge.

20      I declare under the penalty of perjury under the laws of the State of California that the foregoing

21   is true and correct and this declaration was executed on September 9 , 2010, in Delano, California.

22                                       **FLORIBERTO SANCHEZ**

23

24

25

26

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

2

*Arredondo v. Delano Farms, et al.*
*DECLARATION*

1

## DECLARATION OF LORENZO HURTADO

2      I declare that I am a certified translator (#300350) fluent in the Spanish language and that I read

3 the above declaration from English into Spanish to _Floriberto Sanchez._ He/She indicated

4 to me that the declaration is true and correct to the best of his/her knowledge. I declare under penalty

5 of perjury under the laws of the State of California and the laws of the United States of America that the

6 foregoing is true and correct.

7      Executed September __9__, 2010 in Delano, California.

8

9                             LORENZO HURTADO

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

3

*Arredondo v. Delano Farms, et al.*
*DECLARATION*

# EXHIBIT "79"

1   RANDY L. EDWARDS, #105639
    MICHAEL R. JOHNSON, #237767
2   LAURA A. WOLFE, #266751
    GRISWOLD, LaSALLE, COBB, DOWD & GIN, L.L.P.
3   111 East Seventh Street
    Hanford, CA 93230
4   Telephone (559) 584-6656
    Facsimile (559) 582-3106
5   johnson@griswoldlasalle.com; wolfe@griswoldlasalle.com

6   Attorneys for Defendants, Delano Farms Company, et al.

7                 **UNITED STATES DISTRICT COURT**

8        **EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**

9   SABAS ARREDONDO, et al.              )   Case No.: 1:09-cv-01247-LJO-DLB
                                         )
10                 Plaintiffs,           )   **DECLARATION OF LUZ SANCHEZ**
                                         )
11  v.                                   )
                                         )
12  DELANO FARMS COMPANY, et al.         )
                                         )
13                 Defendants.           )

14        I, LUZ SANCHEZ, declare as follows:

15  1.   I am currently an employee of T&R Bangi's Agricultural Services, Inc. ("T&R Bangi"). I work

16       in cold storage.  My current foreman is Vanessa Arellano.  My employee number is

17       __14201__ .

18  2.   While working for T&R Bangi in cold storage, I am rarely required to attend "escuelita." If there

19       is school, it usually only lasts 5-10 minutes. I am paid for this time.

20  3.   As an employee of T&R Bangi, I am never required to perform work off the clock.  If I arrive

21       at the job site early, I am not required to begin work.  Prior to our shift, employees are not

22       allowed in the cold storage.  Therefore, it is impossible to begin working before our shift.

23  4.   I am never required to do work after my shift has ended.  As the end of the shift, the production

24       line is stopped 15 minutes early.  This allows us time to finish packing the remaining grapes.

25       If I am required to stay past the stop time, I am paid for it.

26

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

                                1

5.    I am never required to work at home. I am not required to take any packing trays home with me to clean, and I know that I am not supposed to take the trays home with me.

6.    During my shifts, I am always given my full break time. During a normal 8 hour day, I am given one 15 minute break in the morning, one 10 minute break in the afternoon, and a 30 minute lunch break. My break times are never cut short, and I am not allowed to work during my breaks. To ensure that we don't work during our breaks, we are not allowed inside the cold storage during the break times, except for the last break period. During the last break period, employees are not allowed near the machinery and are thus not able to work.

7.    I am provided with all the tools necessary to do my job. The tools that the company gives me are adequate to perform my work. I am provided with a lab coat, hair net, and latex gloves free of charge. However, if I lose the lab coat, I am given a new one for $20.

8.    If called as a witness I could testify to all of the foregoing based upon my personal knowledge.

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct and this declaration was executed on November 09 , 2010, in Delano, California.

_Luz Sanchez_
LUZ SANCHEZ

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

2

_DECLARATION_
_ARREDONDO v. DELANO FARMS COMPANY, et al._

1

## **DECLARATION OF DONETTE LANCASTER**

2       I declare that I am a certified translator fluent in the Spanish language and that I read the above

3 declaration from English into Spanish to ___*Luz Sanchez*___. He/She indicated to me that

4 the declaration is true and correct to the best of his/her knowledge.  I declare under penalty of perjury

5 under the laws of the State of California and the laws of the United States of America that the foregoing

6 is true and correct.

7       Executed November _*09*_, 2010 in Delano, California.

8

9                                            DONETTE LANCASTER

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

3

EXHIBIT "80"

1  RANDY L. EDWARDS, #105639
   MICHAEL R. JOHNSON, #237767
2  LAURA A. WOLFE, #266751
   GRISWOLD, LaSALLE, COBB, DOWD & GIN, L.L.P.
3  111 East Seventh Street
   Hanford, CA 93230
4  Telephone (559) 584-6656
   Facsimile (559) 582-3106
5  johnson@griswoldlasalle.com; wolfe@griswoldlasalle.com

6  Attorneys for Defendants, Delano Farms Company, et al.

7                    **UNITED STATES DISTRICT COURT**

8         **EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**

9  SABAS ARREDONDO, et al.                    ) Case No.: 1:09-cv-01247-LJO-DLB
                                              )
10            Plaintiffs,                      ) **DECLARATION OF ANTONIO SERRANO**
                                              )
11  v.                                         )
                                              )
12  DELANO FARMS COMPANY, et al.               )
                                              )
13            Defendants.                      )

14        I, Antonio Serrano, declare as follows:

15  1.   I am currently an employee of T&R Bangi's Agricultural Services, Inc. ("T&R Bangi"). My

16       current forewoman is Josefina Melgoza. My employee number is 9532 .

17  2.   As an employee of T&R Bangi, I attend "escuelita" every day. During the escuelita, the foreman

18       gives the crew directions and talks about safety. We are also reminded not to being work before

19       the shift, or work during our breaks. This school usually lasts 10-15 minutes. It is always held

20       while employees are on the clock, and I am always paid for the time I spend in school.

21       Sometimes, if we are at the same location or picking the same type of grape as the previous day,

22       the foreman will elect to skip school, but this is very rare.

23  3.   As an employee of T&R Bangi, I am not required to perform work off the clock. If I arrive at

24       the job site early, I do not begin working until the shift starts. I know that we are not supposed

25       to begin setting up my tables prior to the shift starting. If anyone starts working early, the

26       foreman will tell them to stop.

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

                              2

4.    I am not required to do any work after my shift has ended. During the harvest season, the foreman instructs us to stop picking grapes 15 minutes before the end of the shift. This gives us enough time to finish packing the grapes that have already been picked and to close our table up. Often, our work is complete one or two minutes before the end of the shift.

5.    When I first began working for T&R Bangi, I would take the trays home to wash them. However, I have not done this for the past two years, and am no longer required to do any work at home.

6.    I am always given my full break time. During a normal 8 hour day, I am given two 15 minute breaks, and a 30 minute lunch break. My break times are never cut short, and I am not allowed to work during my breaks.

7.    I am provided with all the tools necessary to do my job. The tools that the company gives me are adequate to perform my work.

8.    When my crew moves locations during a shift, the company does not transport the workers. However, I remain on the clock during this time, and am always paid for the time spent traveling from one block to another. We are rarely moved from one location to another during the middle of the day.

9.    During the picking season, I am paid a bonus for each box of grapes I pack. I have always been paid the correct bonus amount.

10.    When I arrive at work and it is raining, I wait in my car until the rain stops or the foreman tells me to go home. I don't wait longer than thirty minutes, and I am not paid for this time.

11.    If called as a witness I could testify to all of the foregoing based upon my personal knowledge.

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct and this declaration was executed on November 03, 2010, in Delano, California.


_Antonio Serrano_
**ANTONIO SERRANO**

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

3

## DECLARATION OF DONETTE LANCASTER

I declare that I am a certified translator fluent in the Spanish language and that I read the above declaration from English into Spanish to _Antonio Serrano_. He/She indicated to me that the declaration is true and correct to the best of his/her knowledge. I declare under penalty of perjury under the laws of the State of California and the laws of the United States of America that the foregoing is true and correct.

Executed November _03_, 2010 in Delano, California.

DONETTE LANCASTER

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

1

*DECLARATION*
*ARREDONDO v. DELANO FARMS COMPANY, et al.*

EXHIBIT "81"

1  RANDY L. EDWARDS, #105639
   MICHAEL R. JOHNSON, #237767
2  LAURA A. WOLFE, #266751
   GRISWOLD, LaSALLE, COBB, DOWD & GIN, L.L.P.
3  111 East Seventh Street
   Hanford, CA 93230
4  Telephone (559) 584-6656
   Facsimile (559) 582-3106
5  johnson@griswoldlasalle.com; wolfe@griswoldlasalle.com

6  Attorneys for Defendants, Delano Farms Company, et al.

7               UNITED STATES DISTRICT COURT

8        EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

9  SABAS ARREDONDO, et al.              )  Case No.: 1:09-cv-01247-LJO-DLB
                                        )
10              Plaintiffs,             )  **DECLARATION OF ROSALIA SILVA**
                                        )
11  v.                                  )
                                        )
12  DELANO FARMS COMPANY, et al.        )
                                        )
13              Defendants.             )
   _____      )

14     I, Rosalia Silva, declare as follows:

15  1.   I am currently an employee of T&R Bangi's Agricultural Services, Inc. ("T&R Bangi"). My

16       current foreman is Rafael Chavez. My employee number is  945  .

17  2.   As an employee of T&R Bangi, I attend "escuelita" every morning at the beginning of my shift.

18       During the school, the foreman gives the crew directions and talks about safety and heat related

19       illness. School usually lasts 10-15 minutes. On some occasions, the foreman may hold school

20       twice in a day if the work is not being done according to specifications. Other times, the foreman

21       many elect to skip school, but this is very rare. School is always held while employees are on

22       the clock, and I am always paid for the time I spend in school.

23  3.   As an employee of T&R Bangi, I am not required to perform work off the clock. If I arrive at

24       the job site early, I know that I am not supposed to begin setting up my table prior to the shift

25       starting. About seven years ago, employees were not allowed to start work early, but they were

26

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

                                        1

1    not discouraged from doing so. Now the company is very strict about not letting employees

2    work before the shift starts. If anyone starts working early, the foreman will tell them to stop.

3  4.  During the harvest season, the foreman instructs us to stop picking grapes 15 minutes before the

4     end of the shift. This gives us enough time to finish packing the grapes that have already been

5     picked and to close our table up. Often, our work is complete one or two minutes before the end

6     of the shift.

7  5.  I am not required to work at home. I am not required to take my packing trays home with me to

8     clean, and I know that I am not supposed to take the trays home with me. I am not required to

9     put stickers on boxes or clamshells at home, and know that I am not supposed to take boxes,

10    clamshells, or stickers home with me.

11  6.  I am always given my full break time. During a normal 8 hour day, I am given two 15 minute

12    breaks, and a 30 minute lunch break. My break times are never cut short, and I am not allowed

13    to work during my breaks. Sometimes I see employees try to work during their break time when

14    the foreman is not watching. If the foreman sees them, he will tell them to stop.

15  7.  I am provided with all the tools necessary to do my job. The tools that the company gives me

16    are adequate to perform my work.

17  8.  When my crew moves locations during a shift, the company does not transport the workers.

18    However, I remain on the clock during this time, and am always paid for the time spent traveling

19    from one block to another. We are rarely moved from one location to another during the middle

20    of the day.

21  9.  If called as a witness I could testify to all of the foregoing based upon my personal knowledge.

22    I declare under the penalty of perjury under the laws of the State of California that the foregoing

23  is true and correct and this declaration was executed on November $O9$, 2010, in Delano, California.

24

25                              Rosalia Silva
                                **ROSALIA SILVA**

26

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

2

*DECLARATION*
*ARREDONDO v. DELANO FARMS COMPANY, et al.*

1

## DECLARATION OF DONETTE LANCASTER

2     I declare that I am a certified translator fluent in the Spanish language and that I read the above

3  declaration from English into Spanish to _Rosalia Silva_ . He/She indicated to me that

4  the declaration is true and correct to the best of his/her knowledge.  I declare under penalty of perjury

5  under the laws of the State of California and the laws of the United States of America that the foregoing

6  is true and correct.

7     Executed November _09_ , 2010 in Delano, California.

8

9                                          _____

10                                                DONETTE LANCASTER

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

3

# EXHIBIT "82"

1  RANDY L. EDWARDS, #105639
   MICHAEL R. JOHNSON, #237767
2  LAURA A. WOLFE, #266751
   GRISWOLD, LaSALLE, COBB, DOWD & GIN, L.L.P.
3  111 East Seventh Street
   Hanford, CA 93230
4  Telephone (559) 584-6656
   Facsimile (559) 582-3106
5  johnson@griswoldlasalle.com; wolfe@griswoldlasalle.com

6  Attorneys for Defendants, Delano Farms Company, et al.

7            **UNITED STATES DISTRICT COURT**

8     **EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**

9  SABAS ARREDONDO, et al.              ) Case No.: 1:09-cv-01247-LJO-DLB
                                        )
10            Plaintiffs,               ) **DECLARATION OF MANUEL SOLIS**
                                        )
11 v.                                   )
                                        )
12 DELANO FARMS COMPANY, et al.         )
                                        )
13            Defendants.               )

14        I, Manuel Solis, declare as follows:

15 1.   I am currently an employee of T&R Bangi's Agricultural Services, Inc. ("T&R Bangi").

16 2.   While working for T&R Bangi, I am required to attend "escuelita" almost every morning at the

17      beginning of my shift. During this school, the foreman gives us directions and talks about safety,

18      such as how to avoid heat stress, cuts, and how to avoid injury when dealing with heavy loads.

19      School usually lasts 10-15 minutes. It is always held while employees are on the clock, and I am

20      always paid for the time I spend in school. Sometimes the foreman holds "escuelita" twice

21      during a shift if we are not picking correctly, or if we need further directions. We are paid for

22      this time as well. On rare occasions, the foreman may elect to skip school because we are

23      working at the same location as before, or because we are harvesting the same type of grape as

24      before.

25 3.   As an employee of T&R Bangi, I am never required to perform work off the clock. If I arrive

26      at the job site early, I am not required to begin work. I know that we are not supposed to begin

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

                                        1
─────────────────────────────────────────────
                              *Arredondo v. Delano Farms, et al.*
                                        *DECLARATION*

setting up our tables prior to the shift starting. I have never seen anyone begin work before the shift starts.

4.   I am never required to do work after my shift has ended. During the harvest season, the foreman instructs us to stop picking grapes 15 minutes before the end of the shift. This allows us time to finish packing the grapes that have already been picked and to close our table up.

5.   I am never required to work at home. I am not required to take my packing trays home with me to clean, and I know that I am not supposed to take the trays home with me. I am not required to put stickers on boxes or clamshells at home, and know that I am not supposed to take boxes, clamshell, or stickers home with me.

6.   During my shifts, I am always given my full break time. During a normal 8 hour day, I am given two 15 minute breaks, and a 30 minute lunch break. My break times are never cut short, and I am not allowed to work during my breaks. I have never seen anyone work during their breaks.

7.   I am provided with all the tools necessary to do my job. The tools that the company gives me are adequate to perform my work.

8.   When my crew moves locations during a shift, the company does not transport the workers. However, I remain on the clock during this time, and am always paid for the time spent traveling from one block to another.

9.   If called as a witness I could testify to all of the foregoing based upon my personal knowledge.

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct and this declaration was executed on September 15 , 2010, in Delano, California.

*MANUEL SOLIS*
MANUEL SOLIS

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

2

*Arredondo v. Delano Farms, et al.*
*DECLARATION*

1

## DECLARATION OF DONETTE LANCASTER

2

3    I declare that I am a certified translator fluent in the Spanish language and that I read the above

4    declaration from English into Spanish to Manuel Solis . He/She indicated to me that

5    the declaration is true and correct to the best of his/her knowledge. I declare under penalty of perjury

6    under the laws of the State of California and the laws of the United States of America that the foregoing

7    is true and correct.

8

9    Executed September 15, 2010 in Delano, California.

10

11

12

13    DONETTE LANCASTER

14

15

16

17

18

19

20

21

22

23

24

25

26

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

1

*Arredondo v. Delano Farms, et al.*
*DECLARATION*

EXHIBIT "83"

1   RANDY L. EDWARDS, #105639
    MICHAEL R. JOHNSON, #237767
2   LAURA A. WOLFE, #266751
    GRISWOLD, LaSALLE, COBB, DOWD & GIN, L.L.P.
3   111 East Seventh Street
    Hanford, CA 93230
4   Telephone (559) 584-6656
    Facsimile (559) 582-3106
5   johnson@griswoldlasalle.com; wolfe@griswoldlasalle.com

6   Attorneys for Defendants, Delano Farms Company, et al.

7             **UNITED STATES DISTRICT COURT**

8      **EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**

9   SABAS ARREDONDO, et al.     )   Case No.: 1:09-cv-01247-LJO-DLB
                                )
10          Plaintiffs,        )   **DECLARATION OF ELISEO SOLORIO**
                                )
11   v.                         )
                                )
12   DELANO FARMS COMPANY, et al.   )
                                )
13          Defendants.       )

14      I, Eliseo Solorio, declare as follows:

15  1.   I am currently an employee of T&R Bangi's Agricultural Services, Inc. ("T&R Bangi"). My

16      current foreman is Josefina Melgoza. My employee number is _3219_ .

17  2.   As an employee of T&R Bangi, I attend "escuelita" once a week at the beginning of my shift.

18      During the escuelita, the foreman gives the crew directions and talks about safety. This school

19      usually lasts 10-15 minutes. It is always held while employees are on the clock, and I am always

20      paid for the time I spend in school.

21  3.   As an employee of T&R Bangi, I am not required to perform work off the clock. If I arrive at

22      the job site early, I know that I am not supposed to begin setting up my tables prior to the shift

23      starting. If anyone starts working early, the foreman will tell them to stop.

24  4.   Sometimes, during the harvest/picking season only, I have seen employees begin work early.

25      This work consists of setting up the packing table and last about two to three minutes. They do

26

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

2

*DECLARATION*
*ARREDONDO v. DELANO FARMS COMPANY, et al.*

1   this voluntarily, even though it is not permitted.  They only do this during the harvest season

2   because that is the only time they are eligible to earn a bonus.

3   5.   I am not required to do any work after my shift has ended.  During the harvest season, the

4   foreman instructs us to stop picking grapes 15 minutes before the end of the shift.  This gives us

5   enough time to finish packing the grapes that have already been picked and to close our table up.

6   Often, our work is complete one or two minutes before the end of the shift.

7   6.   In the beginning of my employment at T&R Bangi, I would take the trays home to wash them

8   every two weeks.  I was not paid for this.  However, I no longer wash the trays myself, and am

9   not required to work at home.

10   7.   I am always given my full break time.  During a normal 8 hour day, I am given two 15 minute

11   breaks, and a 30 minute lunch break.  My break times are never cut short, and I am not allowed

12   to work during my breaks.

13   8.   I am provided with all the tools necessary to do my job.  The tools that the company gives me

14   are adequate to perform my work.

15   9.   When my crew moves locations during a shift, the company does not transport the workers.

16   However, I remain on the clock during this time, and am always paid for the time spent traveling

17   from one block to another.  We are rarely moved from one location to another during the middle

18   of the day.

19   10.   During the picking season, I am paid a bonus for each box of grapes I pack.  I have always been

20   paid the correct bonus amount.  If I ever thought that I was not paid correctly, I would feel

21   comfortable telling my foreman about it.

22   11.   When I arrive at work and it is raining, I wait in my car until the rain stops or the foreman tells

23   me to go home.  I don't wait longer than thirty minutes.

24   ///

25   ///

26   ///

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

3

12.    If called as a witness I could testify to all of the foregoing based upon my personal knowledge.

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct and this declaration was executed on November _03_, 2010, in Delano, California.

*Eliseo Solorio P*

**ELISEO SOLORIO**

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

4

*DECLARATION*
*ARREDONDO v. DELANO FARMS COMPANY, et al.*

## DECLARATION OF DONETTE LANCASTER

I declare that I am a certified translator fluent in the Spanish language and that I read the above declaration from English into Spanish to _Eliseo Solorio_ . He/She indicated to me that the declaration is true and correct to the best of his/her knowledge.  I declare under penalty of perjury under the laws of the State of California and the laws of the United States of America that the foregoing is true and correct.

Executed November _03_ , 2010 in Delano, California.

DONETTE LANCASTER

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

1

# EXHIBIT "84"

1

2  RANDY L. EDWARDS, #105639
   MICHAEL R. JOHNSON, #237767
3  LAURA A. WOLFE, #266751
   GRISWOLD, LaSALLE, COBB, DOWD & GIN, L.L.P.
4  111 East Seventh Street
   Hanford, CA 93230
5  Telephone (559) 584-6656
   Facsimile (559) 582-3106
6  johnson@griswoldlasalle.com; wolfe@griswoldlasalle.com

7  Attorneys for Defendants, Delano Farms Company, et al.

8              UNITED STATES DISTRICT COURT

9       EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

10  SABAS ARREDONDO, et al.            )  Case No.: 1:09-cv-01247-LJO-DLB
                                       )
11              Plaintiffs,            )  **DECLARATION OF NIEVES TORRES**
                                       )
12  v.                                 )
                                       )
13  DELANO FARMS COMPANY, et al.       )
                                       )
14              Defendants.            )
                                       )

15        I, Nieves Torres, declare as follows:

16  1.   I am currently an employee of T&R Bangi's Agricultural Services, Inc. ("T&R Bangi").

17  2.   While working for T&R Bangi, I am required to attend "escuelita" almost every morning at the

18       beginning of my shift. During this school, the foreman gives us directions and talks about safety,

19       such as how to avoid heat stress. School usually lasts 10-15 minutes. It is always held while

20       employees are on the clock, and I am always paid for the time I spend in school. Sometimes the

21       foreman holds "escuelita" twice during a shift if we are not picking correctly, or if we need

22       further directions. We are paid for this time as well. On rare occasions, the foreman may elect

23       to skip school because we are working at the same location as before, or because we are

24       harvesting the same type of grape as before.

25  3.   As an employee of T&R Bangi, I am never required to perform work off the clock. If I arrive

26       at the job site early, I am not required to begin work. I know that we are not supposed to begin

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

                                    1

                                              *Arredondo v. Delano Farms, et al.*
                                                        *DECLARATION*

1   setting up our tables prior to the shift starting. If anyone starts working early, the foreman tells

2   them to stop. I have seen some employees begin setting up their table before the shift starts.

3   They only do this when they are eligible to earn a bonus.

4.   I am never required to do work after my shift has ended. During the harvest season, the foreman instructs us to stop picking grapes 15 minutes before the end of the shift. This allows us time to finish packing the grapes that have already been picked and to close our table up.

5.   I am never required to work at home. I am not required to take my packing trays home with me to clean, and I know that I am not supposed to take the trays home with me. I am not required to put stickers on boxes or clamshells at home, and know that I am not supposed to take boxes, clamshell, or stickers home with me. However, about 7 years ago, I remember taking trays home to clean them on two occasions. This took me about 15 minutes to complete.

6.   During my shifts, I am always given my full break time. During a normal 8 hour day, I am given two 15 minute breaks, and a 30 minute lunch break. My break times are never cut short, and I am not allowed to work during my breaks.

7.   I am always provided the necessary tools to complete my job. The tools the company provides me are adequate. However, I prefer to buy my own tools because they are a better quality and I like them better.

8.   When my crew moves locations during a shift, the company does not transport the workers. However, I remain on the clock during this time, and am always paid for the time spent traveling from one block to another.

9.   If called as a witness I could testify to all of the foregoing based upon my personal knowledge.

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct and this declaration was executed on September ___, 2010, in Delano, California.

_Nieves Torres Lebrn_

**NIEVES TORRES**

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 97230

2

_Arredondo v. Delano Farms, et al._
_DECLARATION_

## DECLARATION OF LORENZO HURTADO

1

2      I declare that I am a certified translator (#300350) fluent in the Spanish language and that I read

3   the above declaration from English into Spanish to _Nieves Torres_ . He/She indicated

4   to me that the declaration is true and correct to the best of his/her knowledge. I declare under penalty

5   of perjury under the laws of the State of California and the laws of the United States of America that the

6   foregoing is true and correct.

7      Executed September _9_, 2010 in Delano, California.

8

9                                    _____
                                         LORENZO HURTADO
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

GRISWOLD, LeSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

3

*Arredondo v. Delano Farms, et al.*
*DECLARATION*

EXHIBIT "85"

1 | RANDY L. EDWARDS, #105639
MICHAEL R. JOHNSON, #237767
2 | LAURA A. WOLFE, #266751
GRISWOLD, LaSALLE, COBB, DOWD & GIN, L.L.P.
3 | 111 East Seventh Street
Hanford, CA 93230
4 | Telephone (559) 584-6656
Facsimile (559) 582-3106
5 | johnson@griswoldlasalle.com; wolfe@griswoldlasalle.com

6 | Attorneys for Defendants, Delano Farms Company, et al.

7 |                    **UNITED STATES DISTRICT COURT**

8 |          **EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**

9 | SABAS ARREDONDO, et al.              )  Case No.: 1:09-cv-01247-LJO-DLB
                                         )
10 |              Plaintiffs,            )  **DECLARATION OF ALEJANDRO VACA**
                                         )
11 | v.                                  )
                                         )
12 | DELANO FARMS COMPANY, et al.        )
                                         )
13 |              Defendants.            )

14 | I, Alejandro Vaca, declare as follows:

15 | 1.    I am currently an employee of T&R Bangi's Agricultural Services, Inc. ("T&R Bangi").

16 | 2.    While working for T&R Bangi, I am required to attend "escuelita" almost every morning at the

17 | beginning of my shift. During this school, the foreman gives us directions and talks about safety,

18 | such as how to avoid heat stress, cuts, and how to avoid injury when dealing with heavy loads.

19 | School usually lasts 10-15 minutes. It is always held while employees are on the clock, and I am

20 | always paid for the time I spend in school. Sometimes the foreman holds "escuelita" twice

21 | during a shift if we are not picking correctly, or if we need further directions. We are paid for

22 | this time as well. On rare occasions, the foreman may elect to skip school because we are

23 | working at the same location as before, or because we are harvesting the same type of grape as

24 | before.

25 | 3.    As an employee of T&R Bangi, I am never required to perform work off the clock. If I arrive

26 | at the job site early, I am not required to begin work. I know that we are not supposed to begin

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

1

*Arredondo v. Delano Farms, et al.*
*DECLARATION*

1    setting up our tables prior to the shift starting. If anyone starts working early, the foreman tells

2    them to stop.

3  4.   I am never required to do work after my shift has ended. During the harvest season, the foreman

4    instructs us to stop picking grapes 15 minutes before the end of the shift. This allows us time

5    to finish packing the grapes that have already been picked and to close our table up.

6  5.   I am never required to work at home. I am not required to take my packing trays home with me

7    to clean, and I know that I am not supposed to take the trays home with me. I am not required

8    to put stickers on boxes or clamshells at home, and know that I am not supposed to take boxes,

9    clamshell, or stickers home with me.

10  6.   During my shifts, I am always given my full break time. During a normal 8 hour day, I am given

11    two 15 minute breaks, and a 30 minute lunch break. My break times are never cut short, and I

12    am not allowed to work during my breaks.

13  7.   The company provides clippers on the first day of "tipping," and employees need to be present

14    to get the clippers. I have always bought my clippers, and have never asked the company to

15    provide me with clippers. I do not know if they would provide them to me.

16  8.   When my crew moves locations during a shift, the company does not transport the workers.

17    However, I remain on the clock during this time, and am always paid for the time spent traveling

18    from one block to another. If the new location is a close distance, the crew walks to it. We are

19    paid for this time. If the new location is too far away, we are sent home and report at the new

20    location the next day.

21  9.   If called as a witness I could testify to all of the foregoing based upon my personal knowledge.

22    I declare under the penalty of perjury under the laws of the State of California that the foregoing

23  is true and correct and this declaration was executed on September ___9___, 2010, in Delano, California.

24                                _Alejandro Vaca P._
                                  ALEJANDRO VACA

25

26

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

2

**DECLARATION OF LORENZO HURTADO**

I declare that I am a certified translator (#300350) fluent in the Spanish language and that I read the above declaration from English into Spanish to _Alejandro Vaca_. He/She indicated to me that the declaration is true and correct to the best of his/her knowledge. I declare under penalty of perjury under the laws of the State of California and the laws of the United States of America that the foregoing is true and correct.

Executed September _9_, 2010 in Delano, California.

LORENZO HURTADO

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
311 EAST SEVENTH STREET
HANFORD, CA 93230

3

*Arredondo v. Delano Farms, et al.*
*DECLARATION*

# EXHIBIT "86"

RANDY L. EDWARDS, #105639
MICHAEL R. JOHNSON, #237767
LAURA A. WOLFE, #266751
GRISWOLD, LaSALLE, COBB, DOWD & GIN, L.L.P.
111 East Seventh Street
Hanford, CA 93230
Telephone (559) 584-6656
Facsimile (559) 582-3106
johnson@griswoldlasalle.com; wolfe@griswoldlasalle.com

Attorneys for Defendants, Delano Farms Company, et al.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**

| | |
|---|---|
| SABAS ARREDONDO, et al. | Case No.: 1:09-cv-01247-LJO-DLB |
| Plaintiffs, | **DECLARATION OF ADRIAN VASQUEZ** |
| v. | |
| DELANO FARMS COMPANY, et al. | |
| Defendants. | |

I, Adrian Vasquez, declare as follows:

1. I am currently an employee of T&R Bangi's Agricultural Services, Inc. ("T&R Bangi"). My current foreman is Amadeo Paniagua. My employee number is 17199.

2. While working for T&R Bangi, I am required to attend "escuelita" almost every morning at the beginning of my shift. During this school, the foreman gives us directions and talks about safety, such as how to avoid heat stress, cuts, and how to avoid injury when dealing with heavy loads. School usually lasts 10-15 minutes. It is always held while employees are on the clock, and I am always paid for the time I spend in school. Sometimes the foreman holds "escuelita" twice during a shift if we are not picking correctly, or if we need further directions. We are paid for this time as well. On rare occasions, the foreman may elect to skip school because we are working at the same location as before, or because we are harvesting the same type of grape as before. The foreman specifically tells us not to work before or after the shift ends, or during any of our breaks.

3.     As an employee of T&R Bangi, I am never required to perform work off the clock. If I arrive at the job site early, I am not required to begin work. I know that we are not supposed to begin setting up our tables prior to the shift starting. If anyone starts working early, the foreman tells them to stop. However, I used to start work early by setting up my table and putting labels on boxes. This was voluntary and I did it so I could earn more money by packing more boxes of grapes.

4.     I am never required to do work after my shift has ended. During the harvest season, the foreman instructs us to stop picking grapes 10 A.V.C. before the end of the shift. This allows us time to finish packing the grapes that have already been picked and to close our table up. Often, all work is completed prior to the end of the shift.

5.     I am never required to work at home. I am not required to take my packing trays home with me to clean, and I know that I am not supposed to take the trays home with me. I am not required to put stickers on boxes or clamshells at home, and know that I am not supposed to take boxes, clamshells, or stickers home with me.

6.     During my shifts, I am always given my full break time. During a normal 8 hour day, I am given two 15 minute breaks, and a 30 minute lunch break. My break times are never cut short, and I am not allowed to work during my breaks. I have seen some employees try to work during their breaks, but only during times when they are eligible for bonuses. If the foreman sees them working, he tells them to stop.

7.     I am provided with all the tools necessary to do my job. The tools that the company gives me are adequate to perform my work.

8.     When my crew moves locations during a shift, the company does not transport the workers. However, I remain on the clock during this time, and am always paid for the time spent traveling from one block to another. If the new location is a close distance, the crew walks to it. We are paid for this time. If the new location is too far away, we are sent home and report at the new location the next day.

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

1   9.     If called as a witness I could testify to all of the foregoing based upon my personal knowledge.

2          I declare under the penalty of perjury under the laws of the State of California that the foregoing

3   is true and correct and this declaration was executed on November **03**, 2010, in Delano, California.

A - V - L
_____
**ADRIAN VASQUEZ**

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

## DECLARATION OF DONETTE LANCASTER

I declare that I am a certified translator fluent in the Spanish language and that I read the above declaration from English into Spanish to _Adrian Vasquez_ . He/She indicated to me that the declaration is true and correct to the best of his/her knowledge. I declare under penalty of perjury under the laws of the State of California and the laws of the United States of America that the foregoing is true and correct.

Executed November _03_ , 2010 in Delano, California.

DONETTE LANCASTER

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

4

# EXHIBIT "87"

1  RANDY L. EDWARDS, #105639
   MICHAEL R. JOHNSON, #237767
2  LAURA A. WOLFE, #266751
   GRISWOLD, LaSALLE, COBB, DOWD & GIN, L.L.P.
3  111 East Seventh Street
   Hanford, CA 93230
4  Telephone (559) 584-6656
   Facsimile (559) 582-3106
5  johnson@griswoldlasalle.com; wolfe@griswoldlasalle.com

6  Attorneys for Defendants, Delano Farms Company, et al.

7              **UNITED STATES DISTRICT COURT**

8     **EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**

9   SABAS ARREDONDO, et al.              )  Case No.: 1:09-cv-01247-LJO-DLB
                                         )
10              Plaintiffs,              )  **DECLARATION OF ~~MARILIO~~ VASQUEZ**
                                         )       *M. V^c* MAURILIO
11  v.                                   )
                                         )
12  DELANO FARMS COMPANY, et al.         )
                                         )
13              Defendants.              )
    _____      )

14  *M. V.* ~~Maurilio~~
    I, ~~Marilio~~ Vasquez, declare as follows:

15  1.   I am currently an employee of T&R Bangi's Agricultural Services, Inc. ("T&R Bangi"). My

16       current foreman is Jesus Zendejas. My employee number is ___668___.

17  2.   As an employee of T&R Bangi, I attend "escuelita" every morning at the beginning of my shift.

18       During the school, the foreman gives the crew directions and talks about safety and heat related

19       illness. School usually lasts 10-15 minutes. On some occasions, the foreman may hold school

20       twice in a day if the work is not being done according to specifications. Other times, the foreman

21       many elect to skip school, but this is very rare. School is always held while employees are on

22       the clock, and I am always paid for the time I spend in school.

23  3.   As an employee of T&R Bangi, I am not required to perform work off the clock. If I arrive at

24       the job site early, I know that I am not supposed to begin setting up my table prior to the shift

25       starting. If anyone starts working early, the foreman will tell them to stop.

26

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

                                    1

                                                              *DECLARATION*
                                    *ARREDONDO v. DELANO FARMS COMPANY, et al.*

4.   My foreman does not tell me to get to work early. I am only required to be at work by the start of my shift. If employees arrive early, they generally gather to talk or wait in their cars.

5.   During the harvest season, the foreman instructs us to stop picking grapes 15 minutes before the end of the shift. This gives us enough time to finish packing the grapes that have already been picked and to close our table up. Often, our work is complete one or two minutes before the end of the shift.

6.   I am not required to work at home. I am not required to take my packing trays home with me to clean, and I know that I am not supposed to take the trays home with me. I am not required to put stickers on boxes or clamshells at home, and know that I am not supposed to take boxes, clamshells, or stickers home with me.

7.   I am always given my full break time. During a normal 8 hour day, I am given two 15 minute breaks, and a 30 minute lunch break. My break times are never cut short, and I am not allowed to work during my breaks.

8.   I am provided with all the tools necessary to do my job. The tools that the company gives me are adequate to perform my work.

9.   When my crew moves locations during a shift, the company does not transport the workers. However, I remain on the clock during this time, and am always paid for the time spent traveling from one block to another. We are rarely moved from one location to another during the middle of the day.

///
///
///
///
///
///
///

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

2

*DECLARATION*
*ARREDONDO v. DELANO FARMS COMPANY, et al.*

10. When I arrive at work and it is raining, I wait in my car until the rain stops or the foreman tells me to go home. The longest I have waited for the foreman to send us home was an hour and a half. If I am sent home without working, I receive two hours of pay.

11. If called as a witness I could testify to all of the foregoing based upon my personal knowledge.

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct and this declaration was executed on November *09*, 2010, in Delano, California.

*M·V' MAURILIO· VASQUEZ*

~~MARILIO VASQUEZ~~

*M·V' MAURILIO*

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

*DECLARATION*
*ARREDONDO v. DELANO FARMS COMPANY, et al.*

1

### DECLARATION OF DONETTE LANCASTER

2       I declare that I am a certified translator fluent in the Spanish language and that I read the above

3   declaration from English into Spanish to _Maurilio Vasquez_. He/She indicated to me that

4   the declaration is true and correct to the best of his/her knowledge.  I declare under penalty of perjury

5   under the laws of the State of California and the laws of the United States of America that the foregoing

6   is true and correct.

7       Executed November _09_, 2010 in Delano, California.

8

9                                                  DONETTE LANCASTER

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

4

# EXHIBIT "88"

1  RANDY L. EDWARDS, #105639
   MICHAEL R. JOHNSON, #237767
2  LAURA A. WOLFE, #266751
   GRISWOLD, LaSALLE, COBB, DOWD & GIN, L.L.P.
3  111 East Seventh Street
   Hanford, CA 93230
4  Telephone (559) 584-6656
   Facsimile (559) 582-3106
5  johnson@griswoldlasalle.com; wolfe@griswoldlasalle.com

6  Attorneys for Defendants, Delano Farms Company, et al.

7                    UNITED STATES DISTRICT COURT

8       EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

9  SABAS ARREDONDO, et al.              )   Case No.: 1:09-cv-01247-LJO-DLB
                                        )
10            Plaintiffs,               )   **DECLARATION OF MARIA VIDRIO**
                                        )
11 v.                                   )
                                        )
12 DELANO FARMS COMPANY, et al.         )
                                        )
13            Defendants.               )

14     I, Maria Vidrio, declare as follows:

15 1.   I am currently an employee of T&R Bangi's Agricultural Services, Inc. ("T&R Bangi").

16 2.   While working for T&R Bangi, I am required to attend "escuelita" almost every morning at the

17      beginning of my shift. During this school, the foreman gives us directions and talks about safety,

18      such as how to avoid heat stress, cuts, and how to avoid injury when dealing with heavy loads.

19      School usually lasts 10-15 minutes. It is always held while employees are on the clock, and I am

20      always paid for the time I spend in school. Sometimes the foreman holds "escuelita" twice

21      during a shift if we are not picking correctly, or if we need further directions. We are paid for

22      this time as well. On rare occasions, the foreman may elect to skip school because we are

23      working at the same location as before, or because we are harvesting the same type of grape as

24      before.

25 3.   As an employee of T&R Bangi, I am never required to perform work off the clock. If I arrive

26      at the job site early, I am not required to begin work. I know that we are not supposed to begin

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

1

*Arredondo v. Delano Farms, et al.*
*DECLARATION*

1      setting up our tables prior to the shift starting. If anyone starts working early, the foreman tells

2      them to stop.

3   4.    I am never required to do work after my shift has ended. During the harvest season, the foreman

4      instructs us to stop picking grapes 15 minutes before the end of the shift. This allows us time

5      to finish packing the grapes that have already been picked and to close our table up.

6   5.    I am never required to work at home. I am not required to take my packing trays home with me

7      to clean, and I know that I am not supposed to take the trays home with me. I am not required

8      to put stickers on boxes or clamshells at home, and know that I am not supposed to take boxes,

9      clamshell, or stickers home with me.

10   6.    During my shifts, I am always given my full break time. During a normal 8 hour day, I am given

11      two 15 minute breaks, and a 30 minute lunch break. My break times are never cut short, and I

12      am not allowed to work during my breaks.

13   7.    I buy my own clippers to do my job. Every year, I report with my own tools on the first day of

14      work. I have never asked the foreman for a pair of clippers from the company.

15   8.    When my crew moves locations during a shift, the company does not transport the workers.

16      However, I remain on the clock during this time, and am always paid for the time spent traveling

17      from one block to another.

18   9.    If called as a witness I could testify to all of the foregoing based upon my personal knowledge.

19      I declare under the penalty of perjury under the laws of the State of California that the foregoing

20      is true and correct and this declaration was executed on September _15_, 2010, in Delano, California.

21

22                  *Maria C. Vidrios*
                        **MARIA VIDRIO**

23

24

25

26

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

                                 2

                                      *Arredondo v. Delano Farms, et al.*
                                             *DECLARATION*

1    **DECLARATION OF DONETTE LANCASTER**

2

3    I declare that I am a certified translator fluent in the Spanish language and that I read the above

4    declaration from English into Spanish to ___Maria Vidrio___. He/She indicated to me that

5    the declaration is true and correct to the best of his/her knowledge. I declare under penalty of perjury

6    under the laws of the State of California and the laws of the United States of America that the foregoing

7    is true and correct.

8

9    Executed September _15_, 2010 in Delano, California.

10

11

12

13    DONETTE LANCASTER

14

15

16

17

18

19

20

21

22

23

24

25

26

GRISWOLD, LeSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

1

*Arredondo v. Delano Farms, et al.*
*DECLARATION*

RECEIVE:        NO.3185        09/15/2010/WED 04:13PM        Griswold Lasalle

# EXHIBIT "89"

RANDY L. EDWARDS, #105639
MICHAEL R. JOHNSON, #237767
LAURA A. WOLFE, #266751
GRISWOLD, LaSALLE, COBB, DOWD & GIN, L.L.P.
111 East Seventh Street
Hanford, CA 93230
Telephone (559) 584-6656
Facsimile (559) 582-3106
johnson@griswoldlasalle.com; wolfe@griswoldlasalle.com

Attorneys for Defendants, Delano Farms Company, et al.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| SABAS ARREDONDO, et al. | Case No.: 1:09-cv-01247-LJO-DLB |
| Plaintiffs, | DECLARATION OF |
| v. | _Ana Villa_ |
| DELANO FARMS COMPANY, et al. | |
| Defendants. | |

I, _Ana Villa_, declare as follows:

1.   I am currently an employee of T&R Bangi's Agricultural Services, Inc. ("T&R Bangi"). I work in cold storage.

2.   While working for T&R Bangi in cold storage, I am rarely required to attend "escuelita." If there is school, it usually only lasts 5-10 minutes. I am paid for this time.

3.   As an employee of T&R Bangi, I am never required to perform work off the clock. If I arrive at the job site early, I am not required to begin work. Prior to our shift, employees are not allowed in the cold storage. Therefore, it is impossible to begin working before our shift.

4.   I am never required to do work after my shift has ended. As the end of the shift, the production line is stopped 15 minutes early. This allows us time to finish packing the remaining grapes. If I am required to stay past the stop time, I am paid for it.

5.   I am never required to work at home. I am not required to take any packing trays home with me to clean, and I know that I am not supposed to take the trays home with me.

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

1

*Arredondo v. Delano Farms, et al.*
DECLARATION

6.  During my shifts, I am always given my full break time. During a normal 8 hour day, I am given two 10 minute breaks, and a 30 minute lunch break. My break times are never cut short, and I am not allowed to work during my breaks. To ensure that we don't work during our breaks, we are not allowed inside the cold storage during the break times, except for the last break period. During the last break period, employees are not allowed near the machinery and are thus not able to work.

7.  I am provided with all the tools necessary to do my job. The tools that the company gives me are adequate to perform my work. I am provided with a lab coat, hair net, and latex gloves free of charge. However, if I lose the lab coat, I am given a new one for $20.

8.  If called as a witness I could testify to all of the foregoing based upon my personal knowledge. I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct and this declaration was executed on September 15, 2010, in Delano, California.

_____
(Sign Name)

_____
Ana Villa
(Print Name)

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
III EAST SEVENTH STREET
HANFORD, CA 93230

2

*Arredondo v. Delano Farms, et al.*
*DECLARATION*

1   **DECLARATION OF DONETTE LANCASTER**

2       I declare that I am a certified translator fluent in the Spanish language and that I read the above

3   declaration from English into Spanish to ___*Ana Villa*___ . He/She indicated to me that

4   the declaration is true and correct to the best of his/her knowledge.  I declare under penalty of perjury

5   under the laws of the State of California and the laws of the United States of America that the foregoing

6   is true and correct.

7       Executed September __15__ , 2010 in Delano, California.

8

9                   DONETTE LANCASTER

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

1

*Arredondo v. Delano Farms, et al.*
*DECLARATION*

# EXHIBIT "90"

RANDY L. EDWARDS, #105639
MICHAEL R. JOHNSON, #237767
LAURA A. WOLFE, #266751
GRISWOLD, LaSALLE, COBB, DOWD & GIN, L.L.P.
111 East Seventh Street
Hanford, CA 93230
Telephone (559) 584-6656
Facsimile (559) 582-3106
johnson@griswoldlasalle.com; wolfe@griswoldlasalle.com

Attorneys for Defendants, Delano Farms Company, et al.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**

| | |
|---|---|
| SABAS ARREDONDO, et al. | Case No.: 1:09-cv-01247-LJO-DLB |
| Plaintiffs, | **DECLARATION OF MARIFE VILLAR** |
| v. | |
| DELANO FARMS COMPANY, et al. | |
| Defendants. | |

I, Marife Villar, declare as follows:

1.     I am currently employed by T&R Bangi Ag Services, Inc. (T&R Bangi) as the Safety Manager.

2.     I have been employed by T&R Bangi since June 4, 1994.

3.     I was employed by Cal Pacific Farm Management LP from April 2004 to April 2009.

4.     Prior to that time I was employed by T&R Bangi from June 1994 to April 2004.

5.     One of my responsibilities every month is to make a copy of the company policies for the foreman.  The foreman are then instructed to read the company policies to their crew members and provide me back the signed acknowledgment by the crew members.  I also ensure that the latest copy of the company policies are placed in a binder and posted at the work site.  The policies are normally posted on a board with the bathrooms that are present at each work site.

6.     I visit each job site and ensure that the policies are posted.  I keep a log book that indicates the job sites I have visited.  Enclosed as exhibit 1 is a true and correct copy of the of my log books.

7.     If called as a witness I could testify to all of the foregoing based upon my personal knowledge.

1   I declare under the penalty of perjury under the laws of the State of California that the foregoing

2 is true and correct and this declaration was executed on February 28, 2011, in Delano, California.

3

4             /s/ Marife Villar
              **MARIFE VILLAR**

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

2

*DECLARATION OF MARIFE VILLAR*
*ARREDONDO v. DELANO FARMS, et al.*

# EXHIBIT "91"

1 | RANDY L. EDWARDS, #105639
MICHAEL R. JOHNSON, #237767
2 | LAURA A. WOLFE, #266751
GRISWOLD, LaSALLE, COBB, DOWD & GIN, L.L.P.
3 | 111 East Seventh Street
Hanford, CA 93230
4 | Telephone (559) 584-6656
Facsimile (559) 582-3106
5 | johnson@griswoldlasalle.com; wolfe@griswoldlasalle.com

6 | Attorneys for Defendants, Delano Farms Company, et al.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**

| | |
|---|---|
| SABAS ARREDONDO, et al. | Case No.: 1:09-cv-01247-LJO-DLB |
| Plaintiffs, | **DECLARATION OF JOSE MENDEZ** |
| v. | |
| DELANO FARMS COMPANY, et al. | |
| Defendants. | |

I, Jose Mendez, declare as follows:

1. I am currently employed by T&R Bangi's Agricultural Services, Inc. as a foreman. My employee number is 11935. I have been a foreman for T&R Bangi for 7 years.

2. As a foreman, it is my job to have school in the mornings. School is held when the shift starts, and I usually hold it at least once a week. Sometimes I hold school more often if the job is not going well.

3. As a foreman, I also hold safety meetings once a month. During this time, I talk to employees about safety and company policies. I have my employees sign a roster indicating that they were present at the safety meeting.

4. The company issues equipment during specific times of the year. For example, clippers are given out on the first day of tipping and harvesting. If these clippers wear out or break, the company will give employees another set if they ask for them.

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

1

5.     I do not require my crew to show up early to work or to stay late. My crew is aware that they are not allowed to start working early.

6.     During the harvest season, I call the employees out of the field fifteen minutes before the stop time for the day. This allows them to finish packing the grapes that have already been picked before the end of the day. Often, they are finished before the stop time, and they loiter until they go home.

7.     If my crew shows up when it is raining, they wait in their cars until I receive word from the supervisors to either send them home or have them begin work.

8.     My crew is aware they are not supposed to work during their breaks. If I see anyone working during this time, I will tell them to stop. My crew respects me and follows the rules.

9.     When my crew moves locations during the day, they remain on the clock. If we are starting at a new location in the beginning of the shift, the employees meet at the new site. I give them directions or draw a map so they know where to go. If the employees still cannot find the location, I offer to meet them at the nearest intersection and they can follow me.

10.    Employees are paid for the time they work. If there is a discrepancy in their paycheck, they talk to me and I always fix it.

11.    Employees are paid a bonus for each box of grapes that they pack during the harvest season. No one in my crew has complained to me about not being paid the correct box bonus.

12.    If called as a witness I could testify to all of the foregoing based upon my personal knowledge.

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct and this declaration was executed on February 28, 2011, in Delano, California.

JOSE MENDEZ

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

2

# EXHIBIT "92"

1  RANDY L. EDWARDS, #105639
   MICHAEL R. JOHNSON, #237767
2  LAURA A. WOLFE, #266751
   GRISWOLD, LaSALLE, COBB, DOWD & GIN, L.L.P.
3  111 East Seventh Street
   Hanford, CA 93230
4  Telephone (559) 584-6656
   Facsimile (559) 582-3106
5  johnson@griswoldlasalle.com; wolfe@griswoldlasalle.com

6  Attorneys for Defendants, Delano Farms Company, et al.

7  **UNITED STATES DISTRICT COURT**

8  **EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**

9  SABAS ARREDONDO, et al.                    )  Case No.: 1:09-cv-01247-LJO-DLB
                                              )
10            Plaintiffs,                     )  **DECLARATION OF ANDREA**
                                              )  **NATANGCOP**
11 v.                                         )
                                              )
12 DELANO FARMS COMPANY, et al.               )
                                              )
13            Defendants.                     )

14     I, Andrea Natangcop, declare as follows:

15 1.   I am currently employed by T&R Bangi's Agricultural Services, Inc. as a foreman. My employee

16      number is 1975. I have been a foreman for T&R Bangi for 19 years.

17 2.   One of my duties as a foreman is to hold school in the mornings. I begin school after the start

18      time for the day. During this school, I talk to employees about things such as safety, heat stroke,

19      and how to perform their job. It is up to me to decide how often I want to hold school. I choose

20      to hold school one or two times a week, and it lasts about 15-20 minutes.

21 3.   I am also responsible for going over company policies with the employees. This means I read

22      the documents given to me by T&R Bangi. These documents include things such as safety

23      policies, work requirements, and tool agreements. I read these policies at the beginning of each

24      season. After that, I generally do not read the policies until the next season.

25 4.   I used to require employees take their picking trays home to clean them. They did this every two

26      weeks and were not paid for this. I haven't required this in the past five or six years.

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

1

*DECLARATIONS*
*ARREDONDO v. DELANO FARMS, et al.*

5.    Employees are not required to show up early to work. As long as they are at the job site for the start time, I do not reprimand them. As a general rule, employees used to be required to show up 15 minutes before the start time. This practice stopped about two years ago. Even though employees showed up early, they were not allowed to start working until the start time.

6.    T&R Bangi provides me with tools to give to my crew, depending upon the type of work they are doing. On the first day of the tipping season, I give my crew clippers.

7.    During the harvest season, I generally call the employees out of the field ten or fifteen minutes before the stop time for the day. This allows them to finish packing the grapes that have already been picked before the end of the day.

8.    When my crew shows up and it is raining, they are not allowed to work. During that time, employees wait in their cars until I receive word from the supervisors to either send them home or have them begin work. If they are sent home, they are not paid for waiting in the car.

9.    I do not allow my crew to work during meal and rest periods because it is against company policies. My crew is aware they are not supposed to work during their breaks. If I see anyone working during this time, I will tell them to stop.

10.   When my crew moves locations during the day, they remain on the clock. If we are starting at a new location in the beginning of the shift, the employees meet at the new site. I give them directions or draw a map so they know where to go. If the employees still cannot find the location, I offer to meet them at the nearest intersection and they can follow me.

11.   Employees are paid for the time they work. If there is a discrepancy in their paycheck, they talk to me and I always fix it.

///

///

///

///

///

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

2

*DECLARATIONS*
*ARREDONDO v. DELANO FARMS, et al.*

12. Employees are paid a bonus for each box of grapes that they pack during the harvest season. Each table splits its box bonus amongst the employees working at that table. I don't redistribute box bonuses amongst different tables.

13. If called as a witness I could testify to all of the foregoing based upon my personal knowledge.

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct and this declaration was executed on February 28, 2011, in Delano, California.

_____
ANDREA NATANGCOP

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

3

EXHIBIT "93"

1  RANDY L. EDWARDS, #105639
   MICHAEL R. JOHNSON, #237767
2  LAURA A. WOLFE, #266751
   GRISWOLD, LaSALLE, COBB, DOWD & GIN, L.L.P.
3  111 East Seventh Street
   Hanford, CA 93230
4  Telephone (559) 584-6656
   Facsimile (559) 582-3106
5  johnson@griswoldlasalle.com; wolfe@griswoldlasalle.com

6  Attorneys for Defendants, Delano Farms Company, et al.

7                  **UNITED STATES DISTRICT COURT**

8         **EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**

9  SABAS ARREDONDO, et al.              ) Case No.: 1:09-cv-01247-LJO-DLB
                                        )
10             Plaintiffs,              ) **DECLARATION OF FRANCISCO GARCIA**
                                        )
11 v.                                   )
                                        )
12 DELANO FARMS COMPANY, et al.         )
                                        )
13             Defendants.              )

14      I, Francisco Garcia, declare as follows:

15 1.    I am currently employed by T&R Bangi's Agricultural Services, Inc. as a foreman. My employee

16       number is 4739. I have been a foreman for T&R Bangi for 12 years.

17 2.    As a foreman, it is up to me how often I want to hold school for my crew. I hold school everyday

18       at the beginning of the work shift. This helps keep my employees motivated. I also hold safety

19       meetings every Monday. During these meetings, I read the company policies and ensure that my

20       crew understands them.

21 3.    My crew is not allowed to begin working before the start of the shift, after the end of the shift,

22       or during their breaks. If I see any employee working during these times, I tell them to stop.

23       This only happens rarely.

24 4.    Employees are not allowed to work when it is raining. If they show up to work and it is raining,

25       they wait in their cars to begin work or be sent home. They usually only wait 10 to 15 minutes.

26

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

                                    1