1   If they wait longer than 15 minutes, they are paid for the half an hour. If they begin work, they

2   are paid for all of the time they wait and work.

3   5.   I do not ask my crew to do any work at home, including taking trays home to clean them.

4   6.   Employees are given clippers either during the tipping season or during the harvest season. If

5   they wear their clippers out or need new ones, I will issue them new sets.

6   7.   During the harvest season, I generally call the employees out of the field ten or fifteen minutes

7   before the stop time for the day. This allows them to finish packing the grapes that have already

8   been picked before the end of the day.

9   8.   When my crew moves locations during the day, they remain on the clock. If we are starting at

10   a new location in the beginning of the shift, the employees meet at the new site. I give them

11   directions or draw a map so they know where to go. If the employees still cannot find the

12   location, I offer to meet them at the nearest intersection 30 minutes before the start of the shift

13   so they can follow me. I realize this is early, but I do it because I have to be at the site before the

14   rest of the employees so that I can complete all pre-shift preparation.

15   9.   Employees are paid for the time they work. If there is a discrepancy in their paycheck, they talk

16   to me and I will get it fixed.

17   10.   Employees are paid a bonus for each box of grapes that they pack during the harvest season.

18   Each table splits its box bonus amongst the employees working at that table. I don't redistribute

19   box bonuses amongst different tables.

20   11.   If called as a witness I could testify to all of the foregoing based upon my personal knowledge.

21   I declare under the penalty of perjury under the laws of the State of California that the foregoing

22   is true and correct and this declaration was executed on February 2 ⅞, 2011, in Delano, California.

23   FRANCISCO GARCIA

24

25

26

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

2

*DECLARATIONS*
*ARREDONDO v. DELANO FARMS, et al.*

# EXHIBIT "94"

RANDY L. EDWARDS, #105639
MICHAEL R. JOHNSON, #237767
LAURA A. WOLFE, #266751
GRISWOLD, LaSALLE, COBB, DOWD & GIN, L.L.P.
111 East Seventh Street
Hanford, CA 93230
Telephone (559) 584-6656
Facsimile (559) 582-3106
johnson@griswoldlasalle.com; wolfe@griswoldlasalle.com

Attorneys for Defendants, Delano Farms Company, et al.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| SABAS ARREDONDO, et al. | Case No.: 1:09-cv-01247-LJO-DLB |
| Plaintiffs, | **DECLARATION OF HENRY GALINATO** |
| v. | |
| DELANO FARMS COMPANY, et al. | |
| Defendants. | |

I, Henry Galinato, declare as follows:

1.  I am currently employed by T&R Bangi's Agricultural Services, Inc. as a foreman. My employee number is 1803. I have been a foreman for T&R Bangi for 17 years.

2.  I give a school to my crew at least three times a week. Sometimes I have school twice a day if the job is not going well.

3.  I also hold safety meetings, and require my employees to sign a roster which shows they were there. During this meeting, I talk about the company's policies.

4.  I do not require that my employees show up to work early or stay late. They are not supposed to work during their breaks or before the shift starts. If anyone does start working early, it is because they are eligible to earn a bonus. I have never seen anyone picking early, just gathering boxes and opening their packing table. When I see them do this, I tell them to stop.

5.  I do not require my employees to take their trays home to wash them, or to do any other type of work at home.

1

6.     I give out clippers during the tipping season. Those employees who do not work during tipping show up with their own clippers for the harvesting. The company will replace clippers as needed. Gloves are issued to workers when they are working with red globe grapes. These are the only grapes employees are supposed to wear gloves with.

7.     During the harvest season, I stop work fifteen minutes before the stop time for the day. This gives the crew time to finish packing the grapes that have already been picked before the end of the day.

8.     If it is raining when employees show up, they wait in their car to begin work or to be released. Most employees arrive a little early to work, so they are released even before the shift starts. If they do not work, they are not paid.

9.     When my crew moves locations during the day, they remain on the clock. If we are starting at a new location in the beginning of the shift, the employees meet at the new site. I give them directions or draw a map so they know where to go.

10.    Employees are paid for the time they work. If there is a discrepancy in their paycheck, they talk to me and I fix it for them.

11.    My crew gets paid a bonus for each box of grapes they pack.

12.    If called as a witness I could testify to all of the foregoing based upon my personal knowledge. I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct and this declaration was executed on February 28, 2011, in Delano, California.

HENRY GALINATO

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

2

# EXHIBIT "95"

1  RANDY L. EDWARDS, #105639
   MICHAEL R. JOHNSON, #237767
2  LAURA A. WOLFE, #266751
   GRISWOLD, LaSALLE, COBB, DOWD & GIN, L.L.P.
3  111 East Seventh Street
   Hanford, CA 93230
4  Telephone (559) 584-6656
   Facsimile (559) 582-3106
5  johnson@griswoldlasalle.com; wolfe@griswoldlasalle.com

6  Attorneys for Defendants, Delano Farms Company, et al.

7                    **UNITED STATES DISTRICT COURT**

8            **EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**

9  SABAS ARREDONDO, et al.              )  Case No.: 1:09-cv-01247-LJO-DLB
                                        )
10              Plaintiffs,             )  **DECLARATION OF RODOLFO MENDEZ**
                                        )
11 v.                                   )
                                        )
12 DELANO FARMS COMPANY, et al.         )
                                        )
13              Defendants.             )

14      I, Rodolfo Mendez, declare as follows:

15 1.   I am currently employed by T&R Bangi's Agricultural Services, Inc. as a foreman. My employee

16      number is 798. I have been a foreman for T&R Bangi for 13 years.

17 2.   I am responsible for giving schooling at the beginning of the shift to my crew. I generally give

18      school about four or five times a week, but the frequency increases or decreases depending on

19      how well the job is being done. I hold safety meetings twice a month, and require my employees

20      to sign a roster which shows they were there. During this meeting, I talk about company policies.

21 3.   I do not require that my employees show up to work early or stay late. They are not supposed

22      to work during their breaks or before the shift starts. I have seen some employees work when

23      they aren't supposed to, but if I see them, I tell them to stop. I know some employees compete

24      against others to see who can get the biggest box bonus, so there is motivation to work when they

25      aren't supposed to.

26

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

4.     There was an incident recently where I saw some employees working before the shift started. One of these employees was Hilario Lopez. I told them to stop as I drove past them. When I parked my car, I saw that they were still working, so I told them to stop again. Even though I told them twice, Hilario insisted on continuing work.

5.     I do not require my employees to take their trays home to wash them, or to do any other type of work at home.

6.     T&R Bangi provides me with tools to give to my crew, depending upon the type of work they are doing. On the first day of the harvesting and tipping season, I give my crew clippers.

7.     During the harvest season, I stop work fifteen minutes before the stop time for the day. This gives the crew time to finish packing the grapes that have already been picked before the end of the day.

8.     My crew is not required to report to work when it is raining. If they do not show up, they are not reprimanded. If they do show up and it is raining, they wait in their cars until the rain stops. They are not paid for the time they wait in their car.

9.     I do not allow my crew to work during meal and rest periods because it is against company policies. My crew is aware they are not supposed to work during their breaks. If I see anyone working during this time, I will tell them to stop.

10.     When my crew moves locations during the day, they remain on the clock. If we are starting at a new location in the beginning of the shift, the employees meet at the new site. I give them directions or draw a map so they know where to go. If the employees still cannot find the location, I offer to meet them at the nearest intersection and they can follow me.

11.     Employees are paid for the time they work. If there is a discrepancy in their paycheck, they talk to me and I fix it for them.

///

///

///

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

2

*DECLARATIONS*
*ARREDONDO v. DELANO FARMS, et al.*

1    12.    My crew gets paid a bonus for each box of grapes they pack.  This bonus is split amongst the two

2           or three people working at a packing table.

3    13.    If called as a witness I could testify to all of the foregoing based upon my personal knowledge.

4           I declare under the penalty of perjury under the laws of the State of California that the foregoing

5    is true and correct and this declaration was executed on February 28 , 2011, in Delano, California.

6                                                   RODOLFO MENDEZ

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

3

*DECLARATIONS*
*ARREDONDO v. DELANO FARMS, et al.*

# EXHIBIT "96"

# *Mendez, Dolores (11/29/10)*

**Annotation Digest - All Annotations**

**Prepared by:**

nv

Monday, February 28, 2011

**Pg: 7 Ln: 1 - Pg: 8 Ln: 25**

**Annotation:**

| | | |
|---|---|---|
| 7: 1 | 1 | Q. Okay. Good. Good. |
| 2 | 2 | And where do you live? |
| 3 | 3 | A. In Delano, California. |
| 4 | 4 | Q. And how much education have you had? |
| 5 | 5 | A. Let's say here in the United States, I |
| 6 | 6 | haven't. I went to the adult school about three years |
| 7 | 7 | after my job, but in Mexico -- in Mexico I do have the |
| 8 | 8 | GED diploma. |
| 9 | 9 | Q. How many years of education did you get in |
| 10 | 10 | Mexico? |
| 11 | 11 | A. I had about 13 elementary and 3 in high |
| 12 | 12 | school. |
| 13 | 13 | Q. And then here you had adult education here? |
| 14 | 14 | A. After my job I would go to the adult school. |
| 15 | 15 | I learned, well, a little bit of English. |
| 16 | 16 | Q. Okay. Okay. And how long have you been a |
| 17 | 17 | foreman for the company you work for now? |
| 18 | 18 | A. I have 10 years working. |
| 19 | 19 | Q. And who is your employer now? |
| 20 | 20 | A. TR (sic) Bangi's. |
| 21 | 21 | Q. And you've been a foreman for 10 years; |
| 22 | 22 | correct? |
| 23 | 23 | A. Yes. |
| 24 | 24 | Q. Before that, did you work for the company? |
| 25 | 25 | A. I worked, yes. |
| 8: 1 | 1 | Q. What did you do? |
| 2 | 2 | A. I worked with TR (sic) Bangi as a worker. It |
| 3 | 3 | was Cal Pacific before. |
| 4 | 4 | Q. What did you do? |
| 5 | 5 | A. I was a picker/packer. |
| 6 | 6 | Q. And how many years did you do that before you |
| 7 | 7 | became a foreman? |
| 8 | 8 | A. Since '84, more or less another 10 years. |
| 9 | 9 | Q. Okay. Very good. Now, have you always had |
| 10 | 10 | the same crew number since you've been a foreman? |
| 11 | 11 | A. We started in February with 25 people -- I'm |
| 12 | 12 | sorry -- in January with 25 people. |
| 13 | 13 | MR. JOHNSON: I'm going to put a belated |
| 14 | 14 | objection in as to "crew number." |
| 15 | 15 | BY MR. LYNCH: |
| 16 | 16 | Q. I apologize for the confusion. Let me try to |
| 17 | 17 | clarify. You were talking about the pruning; right? |
| 18 | 18 | Okay. And did -- |
| 19 | 19 | THE REPORTER: Hold on, Counsel. I'm not |
| 20 | 20 | getting the interpreter down. |
| 21 | 21 | THE WITNESS: Yes. |
| 22 | 22 | MR. LYNCH: I must practice what I preach. |
| 23 | 23 | BY MR. LYNCH: |
| 24 | 24 | Q. You've been a foreman for 10 years; correct? |
| 25 | 25 | A. Correct. |

**Case Name:** Arredondo v. Delano Farms, et al.
**Transcript:** Mendez, Dolores (11/29/10)

**Pg: 16 Ln: 10 - 17**

**Annotation:**

| 16:10 | 10 | Q. All right. Any other things that you do? |
|---|---|---|
| 11 | 11 | A. Of course, to -- of course, to instruct the |
| 12 | 12 | employees about the rules of the company, what you |
| 13 | 13 | can't do, sexual harassment also. Even if they're |
| 14 | 14 | going to miss work, to let me know or if there's a |
| 15 | 15 | problem that they have referring to work that they |
| 16 | 16 | don't understand, to tell me so that I can instruct |
| 17 | 17 | them. |

**Pg: 23 Ln: 23 - 25**

**Annotation:**

| 23:23 | 23 | Q. Okay. Do you call workers, or do workers |
|---|---|---|
| 24 | 24 | call you? |
| 25 | 25 | A. I call them when we start the season. |

**Pg: 24 Ln: 1 - 15**

**Annotation:**

| 24: 1 | 1 | Q. To let them know -- |
|---|---|---|
| 2 | 2 | A. Some are -- to call them. |
| 3 | 3 | Q. So you call workers to let them know when |
| 4 | 4 | this work starts; correct? |
| 5 | 5 | A. The 45 that make -- that made it through the |
| 6 | 6 | tipping, the debudding, and deleafing. |
| 7 | 7 | Q. And how do you get the additional workers? |
| 8 | 8 | A. Calling the ones that I -- that we had from |
| 9 | 9 | the 45, you have one or -- but in 10 years that I have, |
| 10 | 10 | I know a lot of people that could be -- that could |
| 11 | 11 | be -- how do you say it? -- available to work. |
| 12 | 12 | Q. Sure. Sure. |
| 13 | 13 | A. That are ready to work or that have -- |
| 14 | 14 | Q. So you hire the workers; correct? |
| 15 | 15 | A. Yes. Yes. I look for them. I -- |

**Pg: 70 Ln: 5 - 7**

**Annotation:**

| 70: 5 | 5 | Q. Okay. So is there one kind of shears that |
|---|---|---|
| 6 | 6 | the company gives to workers during the pruning? |
| 7 | 7 | A. Correct. |

**Pg: 72 Ln: 8 - 25**

**Annotation:**

| 72: 8 | 8 | A. On the tipping -- on the tipping, that's when |
|---|---|---|
| 9 | 9 | they give them to us. |
| 10 | 10 | Q. And the tipping is just before the harvest? |
| 11 | 11 | A. Yes. |
| 12 | 12 | Q. What do workers need to do the tipping? |
| 13 | 13 | MR. JOHNSON: Objection; calls for a legal |

**Case Name:** Arredondo v. Delano Farms, et al.
**Transcript:** Mendez, Dolores (11/29/10)

**Pg: 72 Ln: 8 - 25** continued...

**Annotation:**

| 72:14 | 14 | conclusion as to what they "need." Lacks foundation. |
| 15 | 15 | Calls for speculation. |
| 16 | 16 | THE WITNESS: The 30 receive the clippers. |
| 17 | 17 | BY MR. LYNCH: |
| 18 | 18 | Q. What time of year is that? |
| 19 | 19 | A. Like, in April. |
| 20 | 20 | Q. Okay. Do any of -- do any of the 30 prefer |
| 21 | 21 | to use their own? |
| 22 | 22 | A. No. They all use them because the clippers, |
| 23 | 23 | they're very sharp; they all use them. And in the |
| 24 | 24 | pruning, it's different. Because the -- the shears, |
| 25 | 25 | they're larger, and they want small ones. |

**Pg: 73 Ln: 1 - 9**

**Annotation:**

| 73: 1 | 1 | Q. So when the harvest gets started, you |
| 2 | 2 | gradually increased the size of the crew; correct? |
| 3 | 3 | A. Correct. |
| 4 | 4 | Q. And it gets to be 60 people; correct? |
| 5 | 5 | A. Correct. |
| 6 | 6 | Q. Now, at that time are some of the people |
| 7 | 7 | bringing their own harvest clippers? |
| 8 | 8 | A. In the harvest, they give us another 30. |
| 9 | 9 | Some want them, some no. |

**Pg: 78 Ln: 12 - 20**

**Annotation:**

| 78:12 | 12 | Q. Okay. Do you know that one of the complaints |
| 13 | 13 | involved workers taking trays home to wash them? |
| 14 | 14 | A. In the time that I have worked, that was |
| 15 | 15 | never done. Never, never. |
| 16 | 16 | Q. Trays were never taken home by workers in |
| 17 | 17 | your crew? |
| 18 | 18 | A. In my crew, never, never. |
| 19 | 19 | Q. Is that true for 10 years? |
| 20 | 20 | A. True in the 10 years I've been there. |

EXHIBIT "97"

# *Alvarez, Miralba (11/19/10)*

**Annotation Digest - All Annotations**

**Prepared by:**

nv

Monday, February 28, 2011

**Case Name:** Arredondo v. Delano Farms, et al.
**Transcript:** Alvarez, Miralba (11/19/10)

## Pg: 17 Ln: 22 - 24

**Annotation:**
```
17:22     Q.   Okay.   On the first day when you went to work,
   23  where did you get your clippers?
   24     A.   They give them there.
```

## Pg: 17 Ln: 24

**Annotation:**
```
17:24     A.   They give them there.
```

## Pg: 20 Ln: 13 - 25

**Annotation:**
```
20:13     Q.   Isn't it true that a couple of years ago the
   14  "esquelita" was given to you before you started working
   15  the clock?
   16     A.   On the year that I went with the other foreman,
   17  yes, they did start before.   But when we started with
   18  the other foreman, he tells you when it's time to start
   19  working until the time is running to be paid, then.
   20     Q.   That's fair.
   21          So you're saying that with Romeo, the "esquelita"
   22  was given before the clock started?
   23     A.   Yes.   Him, yes.
   24     Q.   But with Manuel, after the clock starts -- or the
   25  hour starts, I should say -- then he gives you the
```

## Pg: 40 Ln: 9 - 13

**Annotation:**
```
40: 9     Q.   Okay.   Have you ever been asked to take trays
   10  home and wash them?
   11     A.   No.
   12     Q.   You've never taken any trays home?
   13     A.   No.
```

# EXHIBIT "98"

# *Landeros, Rosalba (04/01/10)*

**Annotation Digest - All Annotations**

**Prepared by:**

nv

Monday, February 28, 2011

**Pg: 16 Ln: 7 - 12**

**Annotation:**
```
16: 7        Q.  Did Cal-Pacific ever give to you or anybody
    8   that you knew a pair of clippers like this?
    9        A.  No.
   10        Q.  Did Cal-Pacific ever provide you with any
   11   clippers?
   12        A.  No.
```

**Pg: 39 Ln: 7 - 23**

**Annotation:**
```
39: 7              In the morning, when you have this pressure
    8   that you have to meet this quota of your boxes, then
    9   you have to put the labels and the numbers on the
   10   boxes.  Sometimes you would do that before or sometimes
   11   during lunchtime so that you could meet the quota that
   12   they were requiring of us.
   13              On occasion, I had to take the cartons of
   14   bags with me home and put them on over there, the
   15   stickers, onto the bags, so that I could work the next
   16   day.  The work was a lot to be packing and then putting
   17   on one of those.
   18              The forewoman would tell us that we had to
   19   take them with us so that the next day we could get
   20   more work done, the bags.  The clamshells, we would put
   21   those on them there.  Sometimes, when you're on your
   22   lunchtime, we would put the labels on the clamshells so
   23   that we could try to get ahead on our work.
```

# EXHIBIT "99"

# *Cuevas, Jose (06/28/10)*

**Annotation Digest - All Annotations**

**Prepared by:**

nv

Monday, February 28, 2011

**Case Name:** Arredondo v. Delano Farms, et al.
**Transcript:** Cuevas, Jose (06/28/10)

## Pg: 65 Ln: 7 - 11

**Annotation:**
```
65: 7      Q     Perfect.  How often did Cal-Pacific give you
     8  these types of clippers?
     9      A     Never.
    10      Q     Not one time?
    11      A     Never.  Not even gloves.
```

# EXHIBIT "100"

# *Ramirez, Lourdes (12/01/10)*

**Annotation Digest - All Annotations**

**Prepared by:**

nv

Monday, February 28, 2011

**Case Name:** Arredondo v. Delano Farms, et al.
**Transcript:** Ramirez, Lourdes (12/01/10)

## Pg: 17 Ln: 2 - 8

**Annotation:**
```
17: 2      Q     Okay.  And so you've had at least four
    3  foremen, since 2004; is that correct?
    4      A     Uh-huh.  Yes.
    5      Q     Does each of the foreman do things differently
    6  out in the field?
    7      A     Yes.  Well, they're never the same.  They're
    8  all different.
```

## Pg: 43 Ln: 20 - 23

**Annotation:**
```
43:20      Q     And every year, since 2004, they have given
   21  you a pair of clippers when you start the tipping
   22  season; is that correct?
   23      A     Yes.
```

## Pg: 55 Ln: 1 - 25

**Annotation:**
```
55: 1      Q     Did you ever ask him to reimburse you for the
    2  scissors?
    3      A     No.
    4      Q     Did you ever tell Florentino how much your
    5  clippers cost?
    6      A     No.
    7      Q     Did you ever tell him you bought clippers?
    8      A     No.
    9      Q     Did you ever ask him to reimburse you for the
   10  clippers?
   11      A     No.
   12      Q     How about Jesus?  Did you ever tell Jesus you
   13  bought clippers?
   14      A     No.
   15      Q     Did you tell Jesus how much the clippers cost?
   16      A     No.
   17      Q     Did you ever ask Jesus to reimburse you for
   18  the scissors?
   19      A     No.
   20      Q     What about David?  Did you ever tell David you
   21  bought clippers?
   22      A     No.
   23      Q     Did you ever tell David that he should
   24  reimburse you for the scissors that you bought?
   25      A     No.
```

## Pg: 58 Ln: 4 - 24

**Annotation:**
```
58: 4      Q     So when you say, "when I got there, the table
    5  was already open," who opened it?
    6      A     Well, my husband.
```

**Pg: 58 Ln: 4 - 24** continued...

**Annotation:**

```
58: 7      Q     Okay.  So when you got to work, before you
    8  went to your table, you did something else; correct?
    9      A     I would get there, I would start talking with
   10  my coworkers, and then I would go to my table.
   11  Because -- before it was start time, because it was not
   12  time to start working yet.
   13      Q     You spent that time talking with your friends;
   14  right?
   15      A     I would go there to talk to my friends.
   16      Q     And drink coffee?
   17      A     No.  Coffee, no.  No.  Well, we weren't --
   18  well, we were working.  We were at work.
   19      Q     But you did spend time talking with your
   20  friends?
   21      A     Yes.  Before I would go to my table, I would
   22  stop, and I would talk.  And I would say, like, "Do you
   23  have a watch?  See what time it is and --" to see what
   24  time it was for me to start working.
```

# EXHIBIT "101"

# *Gomez. Rodolfo (11/23/10)*

**Annotation Digest - All Annotations**

**Prepared by:**

nv

Monday, February 28, 2011

**Case Name:** Arredondo v. Delano Farms, et al.
**Transcript:** Gomez. Rodolfo (11/23/10)

### Pg: 10 Ln: 1 - 14

**Annotation:**
```
10: 1      Q.  So you have had a foreman at T&R Bangi who
    2  was, in your words, a little bit fair to you; is that
    3  correct?
    4      A.  Yes.
    5      Q.  How many foremen have you had at T&R Bangi?
    6      A.  Five.
    7      Q.  Five?
    8      A.  Yes.
    9      Q.  Each of these five foremen have treated you
   10  differently?
   11      A.  In different ways.
   12      Q.  In different ways they have all treated you
   13  differently; is that correct?
   14      A.  Yes.
```

### Pg: 10 Ln: 5 - 11

**Annotation:**
```
10: 5      Q.  How many foremen have you had at T&R Bangi?
    6      A.  Five.
    7      Q.  Five?
    8      A.  Yes.
    9      Q.  Each of these five foremen have treated you
   10  differently?
   11      A.  In different ways.
```

### Pg: 19 Ln: 16 - 18

**Annotation:**
```
19:16          MR. JOHNSON:  I only know what he's saying.
   17          MS. ARCINIEGA:  He didn't say the right word.
   18  I didn't want to leave it hanging.
```

### Pg: 44 Ln: 4 - 6

**Annotation:**
```
44: 4      Q.  Is that all that he said, "Be there on time"?
    5      A.  But at the time that he says, the 15 minutes
    6  before, not at the time to work.
```

### Pg: 46 Ln: 10 - Pg: 47 Ln: 20

**Annotation:**
```
46:10      Q.  What did Martha tell you last year when you
   11  worked for her about what time to show up for work?
   12      A.  No, they didn't -- she didn't say that.
   13      Q.  She never said anything?
   14      A.  Just for us to get there on time, at the time
   15  for work.
   16      Q.  Okay.  So Martha told you to come to work at
   17  the start time?
```

**Case Name:** Arredondo v. Delano Farms, et al.
**Transcript:** Gomez. Rodolfo (11/23/10)

**Pg: 46 Ln: 10 - Pg: 47 Ln: 20 continued...**

**Annotation:**
```
46:18            MS. ARCINIEGA:  Objection.  Misstates his
   19  testimony.
   20            THE WITNESS:  Just to get there on time, just
   21  to -- the time for work.
   22  BY MR. JOHNSON:
   23       Q.  The time for work, which would be the
   24  designated start time; correct?
   25            MS. ARCINIEGA:  Objection to the term
47: 1  "designated" being vague.
    2            THE WITNESS:  Well, at 7:00 in the morning,
    3  6:30.
    4  BY MR. JOHNSON:
    5       Q.  If you were supposed to start work at
    6  seven o'clock, Martha told you to get there before
    7  seven o'clock; correct?
    8       A.  Yes.
    9       Q.  What about Sergio Medina?  What did
   10  Sergio Medina tell you about coming to work on time?
   11       A.  Well, I wasn't working for a long time.  I
   12  don't even remember very well.
   13       Q.  During the time that you were working for
   14  him --
   15       A.  Well, he's just the regular foreman.
   16       Q.  What did he tell you about what time to come
   17  to work?
   18       A.  Well, he would just say just be on time to
   19  start working, and then I'll give you guys schooling
   20  and then you start working.
```

**Pg: 49 Ln: 20 - 25**

**Annotation:**
```
49:20       Q.  So Henry never asked you to start working
   21  15 minutes before the start time?
   22       A.  No.  Hardly.
   23       Q.  Okay.  He never asked you to start working
   24  before the start time; correct?
   25       A.  No.
```

**Pg: 51 Ln: 14 - 15**

**Annotation:**
```
51:14            Florentino has never asked you to take trays
   15  home to clean them; correct?
```

**Pg: 52 Ln: 1 - 7**

**Annotation:**
```
52: 1       Q.  Okay.  How about Jesus Zendejas?
    2       A.  Zendejas, yes.
    3       Q.  What about Henry Galinato?
```

**Pg: 52 Ln: 1 - 7 continued...**

**Annotation:**
```
52: 4          A.  Also Henry.
     5          Q.  Okay.  How often has Henry Galinato asked you
     6  to take trays home and clean them?
     7          A.  At times, every other day or Saturday.
```

**Pg: 56 Ln: 11 - 17**

**Annotation:**
```
56:11          Q.  Let's talk about the tools.
    12              This year, were you given clippers by
    13  T&R Bangi?
    14          A.  Yes, for tipping.
    15          Q.  Can you use those same clippers for picking?
    16          A.  Yes.
    17          Q.  Were you given clippers last year?
```

**Pg: 56 Ln: 12 - 25**

**Annotation:**
```
56:12              This year, were you given clippers by
    13  T&R Bangi?
    14          A.  Yes, for tipping.
    15          Q.  Can you use those same clippers for picking?
    16          A.  Yes.
    17          Q.  Were you given clippers last year?
    18          A.  They break.
    19          Q.  That is not my question.
    20              Were you given clippers from T&R Bangi last
    21  year?
    22          A.  Yes.  Yes.
    23          Q.  What about in 2008?  Were you given clippers
    24  by Sergio Medina in 2008?
    25          A.  In 2008, I didn't work.
```

**Pg: 56 Ln: 20 - 22**

**Annotation:**
```
56:20              Were you given clippers from T&R Bangi last
    21  year?
    22          A.  Yes.  Yes.
```

**Pg: 57 Ln: 1 - 12**

**Annotation:**
```
57: 1          Q.  Okay.  So 2010, 2009, you were given
     2  clippers; is that correct?
     3          A.  Yes.
     4          Q.  In 2007, did Henry Galinato give you
     5  clippers?
     6          A.  Yes.  For the picking, yes.
     7          Q.  Okay.  How about in 2006?
```

**Case Name:** Arredondo v. Delano Farms, et al.
**Transcript:** Gomez, Rodolfo (11/23/10)

**Pg: 57 Ln: 1 - 12 continued...**

**Annotation:**
```
57: 8        A.  Also.
    9        Q.  What about in 2005?  He gave you clippers
   10  that year, as well?
   11        A.  Each season of -- for tipping, they -- they
   12  give clippers every year.
```

**Pg: 58 Ln: 6 - 9**

**Annotation:**
```
58: 6        Q.  They didn't give you a pair of blue pruning
    7  shears with the plastic handles?  I have a pair in my
    8  car if it will help you to remember.
    9        A.  In 2004, that's when they issued those.
```

# EXHIBIT "102"

# *Landeros, Irma (04/02/10)*

**Annotation Digest - All Annotations**

**Prepared by:**

nv

Monday, February 28, 2011

**Case Name:** Arredondo v. Delano Farms, et al.
**Transcript:** Landeros, Irma (04/02/10)

### Pg: 15 Ln: 8 - 11

**Annotation:**
```
15: 8   01:31   8              Q.  And Cal-Pacific gave you clippers just like
     9   01:31   9       these to use; correct?
    10   01:31  10              A.  We used clippers like those, but Cal-Pacific
    11   01:31  11       does not provide them to us.
```

### Pg: 41 Ln: 2 - 5

**Annotation:**
```
41: 2   02:19   2              MR. MARTINEZ:  Monkey angel.
     3   02:19   3       BY MR. JOHNSON:
     4   02:19   4              Q.  Changel.  Anybody else?
     5   02:19   5              A.  Him and his wife.
```

### Pg: 42 Ln: 2 - 4

**Annotation:**
```
42: 2   02:21   2       so he stopped us.
     3   02:21   3              Q.  This was Troy?
     4   02:21   4              A.  The fat guy.  He's tall, big stomach,
```

# EXHIBIT "103"

# *Munoz, Issac (07/26/10)*

**Annotation Digest - All Annotations**

**Prepared by:**

nv

Monday, February 28, 2011

**Case Name:** Arredondo v. Delano Farms, et al.
**Transcript:** Munoz, Issac (07/26/10)

**Pg: 14 Ln: 6 - 15**

**Annotation:**
```
14: 6      Q.  Did Cal-Pacific ever give you a pair of
    7  clippers like these to use during the pruning season?
    8      A.  They would give them, but honestly, people
    9  wouldn't use those.
   10      Q.  Cal-Pacific did give you a pair of clippers
   11  like the ones that I'm holding up to use for the
   12  pruning season?
   13      A.  Not to me.
   14      Q.  They gave them to other people but not you?
   15      A.  Not everyone, but some, yes.
```

EXHIBIT "104"

# *Torres, Blanca (07/27/10)*

**Annotation Digest - All Annotations**

**Prepared by:**

nv

Monday, February 28, 2011

**Case Name:** Arredondo v. Delano Farms, et al.
**Transcript:** Torres, Blanca (07/27/10)

---

### Pg: 40 Ln: 3 - 24

**Annotation:**

```
40: 3        Q.  Did you see them give these clippers to other
    4  employees?
    5        A.  Once some yellow ones, but they're not the
    6  same.  They gave them to us, but then they picked them
    7  up again.  That was in, like, 2008.  It was 2008 or
    8  2007, around there.
    9        Q.  How long did they let you use them?
   10        A.  Just while we finished those blocks.  It must
   11  have been less than a week.
   12        Q.  Okay.  Do you know who the grower was that
   13  you were working for on those blocks?
   14        A.  No.
   15        Q.  Do you know who provided the yellow clippers?
   16        A.  No.
   17        Q.  That's the only time that you have ever seen
   18  any tools given to employees of Cal-Pacific?
   19        A.  In 2009, which was the day of the pruning,
   20  they took goggles.
   21        Q.  This type of goggles?
   22        A.  Yes.
   23        Q.  And they gave them to you?
   24        A.  Yes.
```

---

### Pg: 41 Ln: 2 - 25

**Annotation:**

```
41: 2        Q.  Okay.  Did they give you a pair of clippers
    3  like this for the pruning?
    4        A.  No.
    5        Q.  Did you see anybody else using pruning shears
    6  that looked like this?
    7        A.  They took pruning shears, but they did not
    8  have enough for everyone.
    9        Q.  And so they had pruning shears available; is
   10  that correct?
   11        A.  The company, they sent the pruning shears,
   12  uh-huh.
   13        Q.  Okay.  You had your own pruning shears, as
   14  well?
   15        A.  Yes.
   16        Q.  Did you use the company's pruning shears or
   17  did you choose to use your own?
   18        A.  My own because we didn't get one.  There
   19  wasn't enough.  I asked if they were going to provide
   20  shears, and the forewoman said that it was best that we
   21  took them.  I had to buy them for work.  The supervisor
   22  came later on with the clippers that day.
   23        Q.  That same day you brought some of these types
   24  of clippers?
   25        A.  Yes.
```

---

**Case Name:** Arredondo v. Delano Farms, et al.
**Transcript:** Torres, Blanca (07/27/10)

### Pg: 41 Ln: 5 - 12

**Annotation:**

```
41: 5        Q.  Did you see anybody else using pruning shears
    6  that looked like this?
    7        A.  They took pruning shears, but they did not
    8  have enough for everyone.
    9        Q.  And so they had pruning shears available; is
   10  that correct?
   11        A.  The company, they sent the pruning shears,
   12  uh-huh.
```

### Pg: 60 Ln: 23 - Pg: 61 Ln: 6

**Annotation:**

```
60:23        Q.  The foreman told you not to take home the
   24  trays; correct?
   25        A.  That's right.
61: 1        Q.  Okay.  And where did you leave the trays at
    2  night when you went home?
    3        A.  At the table.
    4        Q.  So all of the trays were left at the tables?
    5        A.  Yes.  They have a special place on the table
    6  to put them away.
```

### Pg: 61 Ln: 24 - Pg: 62 Ln: 6

**Annotation:**

```
61:24        Q.  Okay.  Who specifically told you not to take
   25  trays home?
62: 1        A.  The forewoman.
    2        Q.  Josefina?
    3        A.  Yes.
    4        Q.  Did Efren ever tell you that?
    5        A.  Yes.  Because those are not trays.  They are
    6  boxes.  They are plastic boxes.
```

# EXHIBIT "105"

# *Venegas, Maria (12/08/10)*

**Annotation Digest - All Annotations**

**Prepared by:**

nv

Monday, February 28, 2011

**Case Name:** Arredondo v. Delano Farms, et al.
**Transcript:** Venegas, Maria (12/08/10)

### Pg: 16 Ln: 14 - Pg: 17 Ln: 10

**Annotation:**

```
16:14       Q.  So at no time during 2006 did David tell you to
   15  bring equipment?  You just brought your own equipment?
   16       A.  Because we already know.
   17       Q.  But no one told you during 2006?  You already
   18  knew that?
   19       A.  Yes.
   20       Q.  Did you ever ask anyone during 2006, "Hey, am I
   21  supposed to bring my own clippers or will the company
   22  provide me clippers?"
   23       A.  No.
   24       Q.  Did you ever tell anybody in the company during
   25  2006 how you were getting your clippers?
17: 1       A.  No.  No.
    2       Q.  Did you ever tell anybody during 2006 how much
    3  your clippers cost?
    4       A.  No.
    5       Q.  Did you ever tell anybody during 2006 how much
    6  you paid for your clippers?
    7       A.  No, because I already knew how much they cost.
    8       Q.  But you never told your foreman how much they
    9  cost; right?  Not asked, told.
   10       A.  No.  No.
```

### Pg: 18 Ln: 2 - 22

**Annotation:**

```
18: 2       Q.  So in 2009 she gave you clippers?
    3       A.  Andrea, and the tipping.
    4       Q.  And in 2010 she gave you clippers?
    5       A.  Yes.
    6       Q.  None in 2007?
    7       A.  No.
    8       Q.  And none in 2008?
    9       A.  No.
   10       Q.  Do you remember talking to somebody about this
   11  lawsuit -- strike that.
   12           Did Andrea give you gloves --
   13       A.  No.
   14       Q.  -- during 2009 or 2010?
   15       A.  No.  No.  In 2010 they gave us one glove only,
   16  for one.
   17       Q.  For one hand --
   18       A.  For one only.
   19       Q.  -- or one pair?
   20       A.  No, just one.
   21       Q.  One glove?
   22       A.  Uh-huh.  Yes.
```

# EXHIBIT "106"

# *Leyva, Jose (11/17/10)*

**Annotation Digest - All Annotations**

**Prepared by:**

nv

Monday, February 28, 2011

**Case Name:** Arredondo v. Delano Farms, et al.
**Transcript:** Leyva, Jose (11/17/10)

---

**Pg: 38 Ln: 12 - 21**

**Annotation:**

```
38:12      Q.   Has there ever been a time in all of the time
   13  you have worked for Mr. Bangi that you have been too
   14  busy to take a break?
   15      A.   No.  I always take it.  I stop doing things to
   16  take my break.
   17      Q.   What do you do when you're taking your break?
   18  Like the 15-minute break what do you do when you're
   19  taking your 15-minute break?
   20      A.   I sit down.  I sit down or I go walk or visit a
   21  friend at times.
```

**Pg: 41 Ln: 1 - 8**

**Annotation:**

```
41: 1      Q.   Okay.  And in your experience do any of the
    2  employees ever show up and start school before 7:00?
    3           MR. JOHNSON:  Assuming 7:00 is the start time.
    4           THE WITNESS:  No.
    5  BY MR. RAMIREZ:
    6      Q.   And you're sure?  You're absolutely sure of
    7  that?
    8      A.   Yes.
```

**Pg: 54 Ln: 4 - 25**

**Annotation:**

```
54: 4      Q.   And with the clam shells putting the stickers
    5  on have you done that in the last four years?
    6      A.   No.
    7      Q.   So it was more than four years ago you took
    8  those clam shells home?
    9      A.   Yes.
   10      Q.   Okay.  And since that four years the company
   11  has told you that they do not want you to take the trays
   12  home and clean them anymore, correct?
   13      A.   Yes.  We have been told.
   14      Q.   And the same thing with the clam shells.  In
   15  the last four years they have told you we do not want
   16  you taking the clam shells and putting the stickers on
   17  at home anymore; is that correct?
   18      A.   Yes.
   19      Q.   And some employees on the crews used to like to
   20  take the clam shells home and put the stickers on
   21  because they could get ahead so they could pick more
   22  grapes?
   23      A.   Yes.
   24      Q.   Is that correct?
   25      A.   Yes.
```

---

**Case Name:** Arredondo v. Delano Farms, et al.
**Transcript:** Leyva, Jose (11/17/10)

### Pg: 57 Ln: 25 - Pg: 58 Ln: 13

**Annotation:**
```
57:25      Q.   Okay.  And how often each year -- how many
58: 1  times do they read this document to you?
   2       A.   When the different job begins.  About security.
   3       Q.   Okay.
   4       A.   Or safety.  Sorry.
   5       Q.   And do they do it, for example, like when it
   6  starts to get hot so they talk to you about heat stroke?
   7       A.   Yes.
   8       Q.   When they get over -- as they're going over
   9  this document with you they read to you about things
  10  about safety and they read to you things about what is
  11  expected from you and your rights as an employee; is
  12  that correct?
  13       A.   Yes.  It's read to us.
```

# EXHIBIT "107"

# *Garcia, Froilan (12/01/10)*

**Annotation Digest - All Annotations**

**Prepared by:**

nv

Monday, February 28, 2011

**Case Name:** Arredondo v. Delano Farms, et al.
**Transcript:** Garcia, Froilan (12/01/10)

---

### Pg: 24 Ln: 9 - 23

**Annotation:**
```
24: 9      Q    Okay.  Did you ever tell Jose Luis that you
    10  were going to use your own clippers and not the clippers
    11  that he gave you?
    12     A    Yes.
    13     Q    And what did he say?
    14     A    Well, if it was okay if not use.  It was okay.
    15     Q    He said, "You don't have to use our clippers.
    16  You can use your own;" is that correct?
    17     A    Correct.
    18     Q    Did you ever tell him how much your clippers
    19  cost?
    20     A    No.
    21     Q    You never asked him to reimburse you for the
    22  clippers you bought; correct?
    23     A    Correct.
```

### Pg: 25 Ln: 1 - 24

**Annotation:**
```
25: 1      A    No.
    2      Q    You never asked him to reimburse you for those
    3   pruning shears; right?
    4      A    No.
    5      Q    During the picking season, you get paid extra
    6   for every box that you pick; right?
    7      A    Correct.
    8      Q    And the way to make a lot of money working in
    9   the fields is to pick a lot of grapes; right?
    10     A    Yes.  Correct.
    11     Q    You can make another two, three dollars an
    12  hour depending on how many boxes you pick; correct?
    13     A    Correct.
    14     Q    So during the picking season, sometimes you
    15  like to show up early so you can get your table set up
    16  and get ready so that you could start picking as soon as
    17  the start time happened; correct?
    18     A    Correct.
    19     Q    Because you want to make as much money as you
    20  can every day that you're out there; correct?
    21     A    Correct.
    22     Q    This is hard work, and you want to get paid as
    23  much as you can for this hard work; correct?
    24     A    Correct.
```

### Pg: 27 Ln: 15 - 19

**Annotation:**
```
27:15     Q    When the workday is almost finished, 10, 15
    16  minutes before the workday is supposed to be finished,
    17  Jose Luis honks the horn and tells you guys to finish
    18  packing up whatever grapes you've already picked; right?
```

---

**Case Name:** Arredondo v. Delano Farms, et al.
**Transcript:** Garcia, Froilan (12/01/10)

**Pg: 27 Ln: 15 - 19 continued...**

**Annotation:**
27:19      A      Correct.

# EXHIBIT "108"

# *Gomez, Hilario (04/02/10)*

**Annotation Digest - All Annotations**

**Prepared by:**

nv

Monday, February 28, 2011

**Case Name:** Arredondo v. Delano Farms, et al.
**Transcript:** Gomez, Hilario (04/02/10)

---

**Pg: 15 Ln: 3 - 9**

**Annotation:**
```
15: 3          Did Cal-Pacific give you a pair of these
    4  shears that you could use?
    5          A.  Yes.  Yes, they offered, but the majority of
    6  all workers, we use our own tools.
    7          Q.  Okay.  But Cal-Pacific offered you the option
    8  of using these?
    9          A.  Yes, uh-huh.
```

**Pg: 30 Ln: 20 - Pg: 31 Ln: 8**

**Annotation:**
```
30:20          Q.  When you purchased your clippers, did you
   21  ever tell Cal-Pacific "Hey, I'm purchasing a pair of
   22  clippers"?
   23          A.  No.
   24          Q.  Did you ever tell anyone at Cal-Pacific,
   25  "Hey, I bought a pair of clippers and they cost me five
31: 1  bucks"?
    2          A.  No.
    3          Q.  Did you tell them anything about purchasing
    4  the clippers?
    5          A.  I'm sorry?
    6          Q.  Did you tell anyone at Cal-Pacific anything
    7  about your purchase of clippers?
    8          A.  No.
```

**Pg: 46 Ln: 10 - 14**

**Annotation:**
```
46:10          A.  Yes.  The foreman, he calls out to take a
   11  break; but since they require a certain amount of
   12  boxes, you find yourself obligated to use some of that
   13  time so that you could actually fulfill the amount that
   14  they are requiring of you.
```

**Pg: 49 Ln: 1 - Pg: 50 Ln: 4**

**Annotation:**
```
49: 1          A.  Yes.
    2          Q.  And this last year, Cal-Pacific increased the
    3  hourly rate and did away with the per-box bonus;
    4  correct?
    5          A.  Yes.
    6          Q.  So they gave about a $0.30 per hour raise and
    7  didn't pay the bonus anymore; correct?
    8          A.  Yes.
    9          Q.  You could make a lot of extra money with
   10  these box bonuses; correct?
   11          A.  Yes.
   12          Q.  And there was an incentive to pick as many
   13  boxes as you could per day; correct?
```

---

**Case Name:** Arredondo v. Delano Farms, et al.
**Transcript:** Gomez, Hilario (04/02/10)

**Pg: 49 Ln: 1 - Pg: 50 Ln: 4 continued...**

**Annotation:**
```
49:14         A.  Yes.
   15         Q.  The more boxes you picked, the more money you
   16   made; correct?
   17         A.  Yes.
   18         Q.  Were there people who wanted to keep picking
   19   rather than taking breaks so they could make more
   20   money?
   21             MR. MARTINEZ:  Objection.  Calling for
   22   speculation.
   23   BY MR. JOHNSON:
   24         Q.  You can answer.
   25         A.  I'm sorry?
50: 1             MR. JOHNSON:  Can you read the question back,
    2   please.
    3             (Record read.)
    4             THE WITNESS:  Yes.
```

# EXHIBIT "109"

# *Bustamonte, Salvador (11/17/10)*

**Annotation Digest - All Annotations**

**Prepared by:**

nv

Monday, February 28, 2011

**Case Name:** Arredondo v. Delano Farms, et al.
**Transcript:** Bustamonte, Salvador (11/17/10)

---

Pg: 37 Ln: 4 - 13

**Annotation:**
```
37: 4      Q.   How are you sure?
    5      A.   Because I'm sure that we were given breaks.
    6      Q.   How are you sure?  That's what I'm saying.
    7  Tell me how you're sure.
    8      A.   Because they honk the truck and they say break.
    9      Q.   Who is they?
   10      A.   Or they honk the horn.
   11      Q.   Who is they?
   12      A.   From the truck.  The foreman.
   13      Q.   Josephina?
```

Pg: 42 Ln: 1 - 11

**Annotation:**
```
42: 1  daily basis?  How often will people work during their
    2  breaks?
    3      A.   What I have seen primarily when the grape is
    4  good that when there is a lot of grapes that is when
    5  people get excited and they work during break time to
    6  make more boxes.
    7      Q.   And this supervisor is there watching, correct?
    8      A.   My superior?  The foreman?
    9      Q.   Both.
   10      A.   The foreman.  They get their lunch too.  They
   11  don't know if they're inside working.
```

# EXHIBIT "110"

# *Arredondo, Sabas (04/01/10)*

**Annotation Digest - All Annotations**

**Prepared by:**

nv

Monday, February 28, 2011

**Case Name:** Arredondo v. Delano Farms, et al.
**Transcript:** Arredondo, Sabas (04/01/10)

## Pg: 16 Ln: 22 - Pg: 17 Ln: 5

**Annotation:**
```
16:22          MR. JOHNSON:  We're marking this as 29.
   23  We're keeping a running total of exhibits.  In the
   24  previous depositions, there were 28 other exhibits put
   25  into the record.
17: 1          I am going to give your counsel a copy.
    2          MR. MARTINEZ:  Thank you.
    3          MS. ARCINIEGA:  Thank you.  You guys are
    4  super organized.
    5          MR. JOHNSON:  You can thank Laura for that.
```

**Note:** ORGANIZATION...

## Pg: 29 Ln: 16 - 24

**Annotation:**
```
29:16          Q.  During your four months working for
   17  Cal-Pacific, were you aware that they gave anybody a
   18  pair of these clippers?
   19          A.  Nobody.
   20          Q.  So when you say "nobody," it's your belief
   21  they did not give clippers to anybody?
   22          A.  No.  We would make comments amongst the
   23  coworkers and nobody -- everyone would say that they
   24  bought their own tools.
```

## Pg: 65 Ln: 9 - 16

**Annotation:**
```
65: 9          Q.  What did you do with these trays at home?
   10          A.  Wash them.
   11          Q.  Did anyone ever tell you to take these trays
   12  home and wash them?
   13          A.  No.
   14          Q.  Okay.  Did anyone ever tell you not to take
   15  the trays home?
   16          A.  No.
```