RANDY L. EDWARDS, #105639
MICHAEL R. JOHNSON, #237767
LAURA A. WOLFE, #266751
GRISWOLD, LaSALLE, COBB, DOWD & GIN, L.L.P.
111 East Seventh Street
Hanford, CA 93230
Telephone (559) 584-6656
Facsimile (559) 582-3106
edwards@griswoldlasalle.com; johnson@griswoldlasalle.com; wolfe@griswoldlasalle.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| SABAS ARRENDONDO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DELANO FARMS COMPANY, et al. <br><br> Defendants. | Case No.: 1:09-cv-01247-LJO-DLB <br><br> DECLARATION OF CRAIG NEVILLE IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION |

I, Craig Neville, hereby declare as follows:

1. The following facts are true of my own personal knowledge and, if called upon to testify as a witness, I could and would testify competently thereto.

2. I have been in the farm labor contracting business for eleven (11) years.

3. Prior to being in the farm labor contracting business I was a Field Representative, and later promoted to the Administrative Assistant, for Ken Peterson while he serve as the Kern County Supervisor for the Fourth District in Bakersfield, California.

///

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

1

*DECLARATION OF CRAIG NEVILLE*
*Arredondo v. Delano Farms Company, et al.*

4.      I am currently employed by T&R Bangi's Agricultural Services, Inc. ("T&R Bangi") as its Administrative Assistant. I began my employment with T&R Bangi in approximately April of 2000. From April of 2000 until approximately April of 2004 is was employed by T&R Bangi.

5.      In April of 2004, Cal-Pacific Farm Management, L.P., ("Cal-Pacific") became a farm labor contracting business for the State of California and I went to work for them. At Cal-Pacific, I was General Partner and held this position and title from the years 2004 to 2009.

6.      While employed by Cal-Pacific my job duties included adherence to Cal-OSHA requirements, crew safety, crew training, workers or employees knowledge of safety, laws, and their rights. I was responsible for maintaining the company's workers' compensation insurance with required me to work with the insurance brokers, and well as the company's general liability insurance. I also oversaw the company's payroll.

7.      In April of 2009, I once again went back to work as the Administrative Assistant for T&R Bangi.

8.      As T&R's Administrative Assistant, party of my responsibilities include handling the office management of the company. I am in charge of human resources and payroll and accounting. I work with six other payroll personnel in the main office of T&R Bangi.

9.      I also work with T&R Bangi's President, Terry Bangi, to establish policies that need to be put in place for T&R Bangi. I then draft these policies and disseminate them to supervisors and foremen. These policies include things like meal and rest break policies, safety policies, tool policies, and sexual harassment policies. Attached hereto as "Exhibit 1" is a true and correct copy of T&R Bangi's' Tool Agreement ("Tool Agreement"). Attached hereto as "Exhibit 2" is a true and correct copy of T&R Bangi's Worker's Bill of Rights/Expectations ("Bill of Rights").

10.     T&R Bangi keeps copies of its polices at its main office as well as in the fields. Foremen

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

2

*DECLARATION OF CRAIG NEVILLE*
*Arredondo v. Delano Farms Company, et al.*

are instructed to keep copies of the policies in binders either in their trucks or next to the bathrooms so that employees can access these policies at all times. T&R Bangi does this so the policies will be uniformly enforced throughout the crews.

11.  Working under me are my safety personnel. These people, like Marife Villar, are charged with ensuring that the crews are following the proper safety procedures, ensuring that the foremen are properly training their crew members, and ensuring that the company policies are located at the job cite.

12.  I have instructed Ms. Villar and the other safety personnel to make sure that the written policies are posted at each job site.

13.  In order to calculate the paychecks for each field worker, we rely on the foremen to keep a daily payroll sheet. Attached hereto as "Exhibit 3" is a true and correct copy of a daily payroll log ("Payroll Sheet").

14.  The foreman are responsible for writing down all of the time worked by each crew member each day on the Payroll Sheet. Because most of the workers within a crew begin and end work at the same time, the foremen can write down one set of start and stop times which apply to the entire crew. This applies to break times as well. However, if a worker leaves early or arrives late, the foreman will record their time separately on the Payroll Sheet.

15.  The foremen also write down the box counts for each worker during the harvest season on the Payroll Sheet. This is an individual number based upon the total number of boxes each group picks. For example, crews are generally split into groups of three, and these three workers are assigned to a table. Two of the workers will pick grapes, while the third worker packs. At the end of the day, that particular table's box count is split evenly amongst the group of three.

///

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

3

*DECLARATION OF CRAIG NEVILLE*
*Arredondo v. Delano Farms Company, et al.*

16. At the end of the day, the foremen turn in their Payroll Sheets to the main office. These Payroll Sheets, which give the date, the crew number, the field and block worked, and the foreman of that particular crew, are checked for mistakes and then entered into T&R Bangi's payroll software.

17. From the data entered into the payroll software, T&R Bangi creates checks for the field workers based on the hours worked and, if applicable, the boxes packed. Attached hereto as "Exhibit 4" is an example of a check stub provided along with the check given to employees. The check includes information on days worked, hours worked each day, rate paid, and daily box counts.

18. If employees feel that there has been a mistake in their checks, they are encouraged to either talk to their foremen or come to the main office. Workers come to the office on a regular basis to address their paychecks. Sometimes, I need to explain the paycheck to workers for them to understand that there has been no mistake. Other times, if there has been a mistake, we fix the mistake and reissue a check. We generally fix any problems within a day.

19. Employees can also go to the Labor Board if they have problems with paychecks. In the last two years, we have only had a handful of claims. If we were not paying our employees for the hours worked, I would expect us to have more complaints. I attend the hearings for the complaints to the Labor Board. In the last five years, I was only asked to pay one claim. Each of the claims have individual issues that need to be addressed.

20. The grape growing seasons are generally broken down into two categories: pre-harvest and harvest.

21. Pre-harvest work is performed January through June. During this time, there are anywhere from 10-30 workers in a crew.

22. Harvest work is performed July through November. During this time, T&R Bangi generally operates approximately 60 crews of 60 workers each.

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

4

*DECLARATION OF CRAIG NEVILLE*
*Arredondo v. Delano Farms Company, et al.*

23. Manuel Botello is a former foreman of T&R Bangi. He worked for T&R Bangi for a period of 300 hours in 2008 and 65 hours in 2009. Mr. Botello left the employment of T&R Bangi on bad terms. Attached hereto as "Exhibit 5" is a true and correct copy of Mr. Botello's payroll record.

If called as a witness I could testify to all of the foregoing based upon my personal knowledge. I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct and this declaration was executed on February 28, 2011, at Delano, California.

                                                       /s/ Craig Neville
                                                      CRAIG NEVILLE

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

5

*DECLARATION OF CRAIG NEVILLE*
*Arredondo v. Delano Farms Company, et al.*

# EXHIBIT "1"

# T&R Bangi Agricultural Services, Inc.

## Tool Agreement

This agreement states you are aware that we have provided you with the tools you need to the job you have been hire to do. It also informs you that you do not have to use the tool we gave you. You may use your own.

Your signature on the last page of this packet confirms that you understand this agreement and that you have made the choice to use our tools or your own.

Thank you.


Este Acuerdo dice que usted ha sido presentado con las herramientas que usted necisita para llevar a cabo sus labores en el campo. No tiene que usar las herramientas que le damos. Usted puede usar su propia herramienta, si quiere.

Su firma al final de este paquete significa que usted entiende esto, y que usted ha tomado la desicion de usar la nuestra o la suya.

Gracias.


T&R Bangi's Ag Services, Inc.,

# EXHIBIT "2"

## WHAT IS EXPECTED FROM YOU AND YOUR RIGHTS AS AN EMPLOYEE:

1. Be on time to work, and well rested (8 hours of sleep).
2. Follow safety rules and company policies.
3. Follow your Foreman's instructions.
4. No Horseplay or unsafe conduct at the job site.
5. No alcohol or drugs at the job site.
6. No smoking except at breaks and lunch.
7. No visiting at the job site. No one under the age of 18, no exceptions
8. No improper language or conduct towards other workers at the job site. You will be submitted to the "Progressive Punishment Program" if you violate this rule.
9. Work at a reasonable rate to get the job done. (Keep up with other employees.)
10. Report all injuries to your foreman no matter how small.
11. Notify your Foreman one day ahead of time if you will have to leave early or will be unable to work the next day. (If your Foreman is not notified, we will assume that you quit.)
12. If you have a complaint, please tell your Foreman. If you feel the Foreman is not handling the problem appropriately, please call the office.
13. Because the majority of the work we offer is seasonal, there may come a time when there will not be enough work for all the employees. The need to reduce the number of workers will be determined by the Foreman.
14. You are required to wash your hands prior to work and after visiting the restroom. You are to report to your Foreman if you are sick or if someone else in your crew is sick or shows signs of being sick (diarrhea, vomiting, sores, etc).
15. Employees are not required to take picking trays home to be cleaned.
16. Your picking trays are rotated from your crew weekly to the office to be cleaned by workers at the office who will clean the trays with a chlorinated solution.
17. If you do not have clippers for work, we will provide them for you.
18. Your clippers are to be made of stainless steel. They are only to be used for work in the fields, such as picking grapes or pruning (not personal hygiene). Your clippers are to be cleaned and sanitized at the start of each work day. Your Foreman has bleach for cleaning tools.
19. Your Foreman will check your clippers periodically to ensure that they are sanitized and functional for work in the fields.
20. Your packing table needs to be cleaned and sanitized at the start of each work day. Your Foreman has a spray bottle with a chlorinated solution for cleaning your packing tables.
21. During the Harvest season, the process for packing a product is: pick, clean, pack the fruit in the boxes, stack the boxes in a pile, and nothing else unless directed by your Foreman, or management.
22. You are not to deliver packing boxes to the fields. T & R Bangi's Ag Services Inc. does not deliver boxes to the field. This process is managed by Delano Farm.
23. Regarding union organizing, we follow the law.
24. Review the binder that has all Federal, State, and company laws, policies and your right as a work. The binders are located at each crew's toilet.
25. Your Foreman has a first aid kit and is trained in CPR and First Aid.
26. You will have 2-10 minutes breaks and a 30 minute lunch during an 8 hour day

9

# EXHIBIT "3"

COMPANY __D.F.C.__  MEN __1941__  DATE __1/19/05__  RATE _____

FOREMAN __David__  CHECKER _____  TOTAL HRS _____

RANCH __30__  BLK __6__  HRS __8__  VARIETY __Flame__

RANCH _____  BLK _____  HRS _____  VARIETY _____

WORK __Pruning__  TOTAL VINE _____  TOTAL BOXES _____

| # | EMPOYEE'S NAME | ID # | IN | OUT | IN | OUT | IN | OUT | IN | OUT | HRS | BOXES | VINES |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Pedro F. Cruz | 4305 | 7:00 | 12:00 | 12:30 | 3:30 | 9:00 | 9:10 | 2:00 | 2:10 | 8 | | |
| 2 | Cresencio Infante | 882 | | | | | | | | | 8 | | |
| 3 | Mosebonio Ambriz | 4960 | | | | | | | | | 8 | | |
| 4 | Ester Infante | 991 | | | | | | | | | 8 | | |
| 5 | Richard Ventura | 8986 | | | | | | | | | 8 | | |
| 6 | Bonifacio Ramos | 141 | | | | | | | | | 8 | | |
| 7 | Eusebio Ramos | 11076 | | | | | | | | | 8 | | |
| 8 | Anfuer Infante | 334 | | | | | | | | | 8 | | |
| 9 | Luciano Infante | 6058 | | | | | | | | | 8 | | |
| 10 | Raul Corona | 6849 | | | | | | | | | 8 | | |
| 11 | Joel Murillo | 6636 | | | | | | | | | 8 | | |
| 12 | Angel Sabdi | 11795 | | | | | | | | | 8 | | |
| 13 | Pablo Estrada | 10265 | | | | | | | | | 8 | | |
| 14 | Rafael Hernandez | 6962 | | | | | | | | | 5 | | |
| 15 | Martin Basurto | 9364 | | | | | | | | | 8 | | |
| 16 | Usiel Velasquez | 8906 | | | | | | | | | 6 | | |
| 17 | Fileciano Villa | 9885 | | | | | | | | | 8 | | |
| 18 | Froilan Garcia | 1469 | | | | | | | | | 8 | | |
| 19 | Daniel Hernandez | 5618 | | | | | | | | | 8 | | |

2740

BANGI015712

EXHIBIT "4"

## T & R Bangi Ag Services • P.O. BOX 1141 • RICHGROVE, CA 93261-1141

**#10952 LUNA, MARIA EDILIA RUIZ  XXX-XX-0978  08/30/10 to 09/05/10  Ch# 203030  09/09/10**

**203030**

| Day | Pay Type | Grower | Field | Job | Hrs | Units | Rate | Total | | This Check | Yr to Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 30 | Reg. Hrs | DELANO | | Trays | 8.00 | | 8.5000 | 68.00 | Gross Wages | 404.77 | 6,720.35 |
| 30 | Bonus | DELANO | | Picking Grapes | | 1.00 | 5.2700 | 5.27 | Social Sec. | 25.09 | 354.66 |
| 31 | Reg. Hrs | DELANO | | Trays | 8.00 | | 8.5000 | 68.00 | Medicare | 5.87 | 82.95 |
| 01 | Reg. Hrs | DELANO | | Trays | 8.00 | | 8.5000 | 68.00 | SDI | 4.45 | 62.82 |
| 02 | Reg. Hrs | DELANO | | Trays | 8.00 | | 8.5000 | 68.00 | Net Check | 369.36 | 5,219.82 |
| 03 | Reg. Hrs | DELANO | | Trays | 8.00 | | 8.5000 | 68.00 | | | |
| 04 | Reg. Hrs | DELANO | | Picking Grapes | 7.00 | | 8.5000 | 59.50 | | | |

T&R BANGI AG SERVICES, INC.
P.O. Box 839
Richgrove, CA 93261  661-725-1948
770405066    51578326
Crew #: 43

Hours: 0.00    Totals:  47.00   0.00    404.77

---

## T & R Bangi Ag Services • P.O. BOX 1141 • RICHGROVE, CA 93261-1141

**#10952 LUNA, MARIA EDILIA RUIZ  XXX-XX-0978  04/25/10 to 05/01/10  Ch# 155672  05/06/10**

**155672**

| Day | Pay Type | Grower | Field | Job | Hrs | Units | Rate | Total | | This Check | Yr to Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 29 | Reg. Hrs | DELANO | | Pulling Leaves | 8.00 | | 8.1000 | 64.80 | Gross Wages | 194.40 | 194.40 |
| 30 | Reg. Hrs | DELANO | | Pulling Leaves | 8.00 | | 8.1000 | 64.80 | Social Sec. | 12.05 | 12.05 |
| 01 | Reg. Hrs | DELANO | | Pulling Leaves | 8.00 | | 8.1000 | 64.80 | Medicare | 2.82 | 2.82 |
| | | | | | | | | | SDI | 2.14 | 2.14 |
| | | | | | | | | | Net Check | 177.39 | 177.39 |

T&R BANGI AG SERVICES, INC.
P.O. Box 839
Richgrove, CA 93261  661-725-1948
770405066    51578326
Crew #: 43

Totals:  24.00   0.00    194.40

---

## T & R Bangi Ag Services • P.O. BOX 1141 • RICHGROVE, CA 93261-1141

**#10952 LUNA, MARIA EDILIA RUIZ  XXX-XX-0978  08/23/10 to 08/29/10  Ch# 200181  09/02/10**

**200181**

| Day | Pay Type | Grower | Field | Job | Hrs | Units | Rate | Total | | This Check | Yr to Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 23 | Reg. Hrs | DELANO | | Trays | 8.00 | | 8.5000 | 68.00 | Gross Wages | 279.53 | 5,315.58 |
| 24 | Bonus | DELANO | | Picking Grapes | | 14.00 | 0.3200 | 4.48 | Social Sec. | 17.33 | 329.57 |
| 24 | Reg. Hrs | DELANO | | Picking Grapes | 6.00 | | 8.1000 | 48.60 | Medicare | 4.06 | 77.08 |
| 25 | Reg. Hrs | DELANO | | Picking Grapes | 5.00 | | 8.1000 | 40.50 | SDI | 3.07 | 58.47 |
| 25 | Bonus | DELANO | | Picking Grapes | | 10.00 | 0.3200 | 3.20 | Net Check | 255.07 | 4,850.46 |
| 26 | Bonus | DELANO | | Pulling Leaves | | 15.00 | 0.3200 | 4.80 | | | |
| 26 | Reg. Hrs | DELANO | | Pulling Leaves | 5.00 | | 8.1000 | 40.50 | | | |
| 27 | Reg. Hrs | DELANO | | Picking Grapes | 8.00 | | 8.1000 | 64.80 | | | |
| 27 | Bonus | DELANO | | Picking Grapes | | 31.00 | 0.1500 | 4.65 | | | |

T&R BANGI AG SERVICES, INC.
P.O. Box 839
Richgrove, CA 93261  661-725-1948
770405066    51578326
Crew #: 43

(1-6)

EXHIBIT 7
MARIA LUNA

Hours: 0.00    Totals:  32.00   0.00    279.53

7-1

Exhibit 7

# EXHIBIT "5"

Cal-Pacific Farm Management, L.P.  
Payroll Earnings Record  
02/28/2011 9:05

Page #: 1

BOTELLO PRIETO, MANUEL  
9136 RUBEN ST  
LAMONT, CA 93241

SS # 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   Account # 11696   Crew #: 8  
01/01/2008 to 12/31/2008

| Pay Period | Check Date | Reg Wages | Excess Overtime | Check Total | SDI FICA | Fed Wht State Wht | Local Wht EIC | Loans Misc Ded | Net Check | Check# |
|---|---|---|---|---|---|---|---|---|---|---|
| 01/11/08-01/17/08 | 01/24/2008 | 440.00 | 0.00 | 440.00 | 3.52 | 1.70 | 0.00 | 0.00 | 401.12 | 502043 |
| Day G/L # Crop | Grow Type PW Hr | Units | Rate Total | | 33.66 | 0.00 | 0.00 | 0.00 | | |
| 14  601.00 | 1  RH  0.00 | 8.0000 | 13.7500  110.00 | | | | | | | |
| 15  601.00 | 1  RH  0.00 | 8.0000 | 13.7500  110.00 | | | | | | | |
| 16  601.00 | 1  RH  0.00 | 8.0000 | 13.7500  110.00 | | | | | | | |
| 17  601.00 | 1  RH  0.00 | 8.0000 | 13.7500  110.00 | | | | | | | |
| 01/18/08-01/24/08 | 01/31/2008 | 550.00 | 0.00 | 550.00 | 4.40 | 12.70 | 0.00 | 0.00 | 490.82 | 503731 |
| Day G/L # Crop | Grow Type PW Hr | Units | Rate Total | | 42.08 | 0.00 | 0.00 | 0.00 | | |
| 18  601.00 | 1  RH  0.00 | 8.0000 | 13.7500  110.00 | | | | | | | |
| 19  601.00 | 1  RH  0.00 | 8.0000 | 13.7500  110.00 | | | | | | | |
| 21  601.00 | 1  RH  0.00 | 8.0000 | 13.7500  110.00 | | | | | | | |
| 22  601.00 | 1  RH  0.00 | 8.0000 | 13.7500  110.00 | | | | | | | |
| 23  601.00 | 1  RH  0.00 | 8.0000 | 13.7500  110.00 | | | | | | | |
| 01/25/08-01/31/08 | 02/07/2008 | 440.00 | 0.00 | 440.00 | 3.52 | 1.70 | 0.00 | 0.00 | 401.12 | 505204 |
| Day G/L # Crop | Grow Type PW Hr | Units | Rate Total | | 33.66 | 0.00 | 0.00 | 0.00 | | |
| 30  601.00 | 1  RH  0.00 | 8.0000 | 13.7500  110.00 | | | | | | | |
| 31  601.00 | 1  RH  0.00 | 8.0000 | 13.7500  110.00 | | | | | | | |
| 25  601.00 | 0  RH  0.00 | 8.0000 | 13.7500  110.00 | | | | | | | |
| 26  601.00 | 0  RH  0.00 | 8.0000 | 13.7500  110.00 | | | | | | | |
| 02/01/08-02/07/08 | 02/14/2008 | 550.00 | 0.00 | 550.00 | 4.40 | 12.70 | 0.00 | 0.00 | 490.83 | 507476 |
| Day G/L # Crop | Grow Type PW Hr | Units | Rate Total | | 42.07 | 0.00 | 0.00 | 0.00 | | |
| 01  601.00 | 1  RH  0.00 | 8.0000 | 13.7500  110.00 | | | | | | | |
| 02  601.00 | 1  RH  0.00 | 8.0000 | 13.7500  110.00 | | | | | | | |
| 05  601.00 | 1  RH  0.00 | 8.0000 | 13.7500  110.00 | | | | | | | |
| 06  601.00 | 1  RH  0.00 | 8.0000 | 13.7500  110.00 | | | | | | | |
| 07  601.00 | 1  RH  0.00 | 8.0000 | 13.7500  110.00 | | | | | | | |
| 02/08/08-02/14/08 | 02/14/2008 | 110.00 | 0.00 | 110.00 | 0.88 | 0.00 | 0.00 | 0.00 | 100.70 | 507952 |
| Day G/L # Crop | Grow Type PW Hr | Units | Rate Total | | 8.42 | 0.00 | 0.00 | 0.00 | | |
| 08  601.00 | 1  RH  0.00 | 8.0000 | 13.7500  110.00 | | | | | | | |
| 02/08/08-02/14/08 | 02/21/2008 | 64.80 | 0.00 | 64.80 | 0.52 | 0.00 | 0.00 | 0.00 | 59.33 | 510273 |
| Day G/L # Crop | Grow Type PW Hr | Units | Rate Total | | 4.95 | 0.00 | 0.00 | 0.00 | | |
| 09  601.00  1 | RH  0.00 | 8.0000 | 8.1000  64.80 | | | | | | | |
| 09/19/08-09/25/08 | 10/02/2008 | 440.00 | 0.00 | 440.00 | 3.52 | 1.70 | 0.00 | 0.00 | 401.12 | 595690 |
| Day G/L # Crop | Grow Type PW Hr | Units | Rate Total | | 33.66 | 0.00 | 0.00 | 0.00 | | |
| 22  601.00 | 35  RH  0.00 | 8.0000 | 13.7500  110.00 | | | | | | | |
| 23  601.00 | 35  RH  0.00 | 8.0000 | 13.7500  110.00 | | | | | | | |
| 24  601.00 | 35  RH  0.00 | 8.0000 | 13.7500  110.00 | | | | | | | |
| 25  601.00 | 35  RH  0.00 | 8.0000 | 13.7500  110.00 | | | | | | | |
| 09/26/08-10/02/08 | 10/09/2008 | 660.00 | 0.00 | 660.00 | 5.28 | 23.70 | 0.00 | 0.00 | 579.89 | 598806 |
| Day G/L # Crop | Grow Type PW Hr | Units | Rate Total | | 50.49 | 0.64 | 0.00 | 0.00 | | |
| 26  601.00 | 5  RH  0.00 | 8.0000 | 13.7500  110.00 | | | | | | | |
| 27  601.00 | 5  RH  0.00 | 8.0000 | 13.7500  110.00 | | | | | | | |
| 29  601.00 | 5  RH  0.00 | 8.0000 | 13.7500  110.00 | | | | | | | |
| 30  601.00 | 5  RH  0.00 | 8.0000 | 13.7500  110.00 | | | | | | | |
| 01  601.00 | 5  RH  0.00 | 8.0000 | 13.7500  110.00 | | | | | | | |
| 02  601.00 | 5  RH  0.00 | 8.0000 | 13.7500  110.00 | | | | | | | |
| 10/10/08-10/16/08 | 10/15/2008 | 220.00 | 0.00 | 220.00 | 1.76 | 0.00 | 0.00 | 0.00 | 201.41 | 606800 |
| Day G/L # Crop | Grow Type PW Hr | Units | Rate Total | | 16.83 | 0.00 | 0.00 | 0.00 | | |
| 10  601.00 | 5  RH  0.00 | 8.0000 | 13.7500  110.00 | | | | | | | |
| 11  601.00 | 5  RH  0.00 | 8.0000 | 13.7500  110.00 | | | | | | | |
| 10/03/08-10/09/08 | 10/16/2008 | 660.00 | 0.00 | 660.00 | 5.28 | 23.70 | 0.00 | -60.00 | 639.89 | 604194 |
| Day G/L # Crop | Grow Type PW Hr | Units | Rate Total | | 50.49 | 0.64 | 0.00 | 0.00 | | |
| 03  601.00 | 5  RH  0.00 | 8.0000 | 13.7500  110.00 | | | | | | | |
| 04  601.00 | 50  RH  0.00 | 8.0000 | 13.7500  110.00 | | | | | | | |
| 06  601.00 | 50  RH  0.00 | 8.0000 | 13.7500  110.00 | | | | | | | |
| 07  601.00 | 50  RH  0.00 | 8.0000 | 13.7500  110.00 | | | | | | | |
| 08  601.00 | 50  RH  0.00 | 8.0000 | 13.7500  110.00 | | | | | | | |
| 09  601.00 | 50  RH  0.00 | 8.0000 | 13.7500  110.00 | | | | | | | |
| 12/08/08-12/14/08 | 12/11/2008 | 233.38 | 0.00 | 233.38 | 1.87 | 0.00 | 0.00 | 0.00 | 213.65 | 636489 |
| Day G/L # Crop | Grow Type PW Hr | Units | Rate Total | | 17.86 | 0.00 | 0.00 | 0.00 | | |
|      601.00 | 0  BO  0.00 | 11,669.0000 | 0.0200  233.38 | | | | | | | |

Cal-Pacific Farm Management, L.P.
Payroll Earnings Record
02/28/2011 9:05

Page #: 2

|  |  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|---|
| 4,368.18 | 0.00 | 4,368.18 | 34.95 | 77.90 | 0.00 | -60.00 | 3,979.88 |
|  |  |  | 334.17 | 1.28 | 0.00 | 0.00 |  |
|  |  | Soc Sec: | 270.83 |  |  |  |  |
|  |  | Medicare: | 63.34 |  |  |  |  |

Total hours by month:

|  | Regular | OT | DT | Vacation | Sick | Holiday | Total |
|---|---|---|---|---|---|---|---|
| 01/2008 | 72.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 72.00 |
| 02/2008 | 88.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 88.00 |
| 10/2008 | 144.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 144.00 |
| 12/2008 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Totals: | 304.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 304.00 |

Company Totals:

|  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|
| 4,368.18 | 0.00 | 4,368.18 | 34.95 | 77.90 | 0.00 | -60.00 | 3,979.88 |
|  |  |  | 334.17 | 1.28 | 0.00 | 0.00 |  |
|  |  | Soc Sec: | 270.83 |  |  |  |  |
|  |  | Medicare: | 63.34 |  |  |  |  |

Total hours by month for entire company:

|  | Regular | OT | DT | Vacation | Sick | Holiday | Total |
|---|---|---|---|---|---|---|---|
| 01/2008 | 72.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 72.00 |
| 02/2008 | 88.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 88.00 |
| 03/2008 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 04/2008 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 05/2008 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 06/2008 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 07/2008 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 08/2008 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 09/2008 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 10/2008 | 144.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 144.00 |
| 11/2008 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 12/2008 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Totals: | 304.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 304.00 |

# T&R BANG AG SERVICES, INC.
## Payroll Earnings Record
02/28/2011 9:06

**BOTELLO PRIETO, MANUEL**
P.O BOX 133
LAMONT, CA 93241

SS # 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   Account # 11696   Crew #: 56
01/01/2009 to 12/31/2009

| Pay Period | Check Date | Reg Wages | Excess Overtime | Check Total | SDI FICA | Fed Wht State Wht | Local Wht EIC | Loans Misc Ded | Net Check | Check# |
|---|---|---|---|---|---|---|---|---|---|---|
| 10/09/09-10/15/09 | 10/22/2009 | 460.63 | 0.00 | 460.63 | 5.07 / 35.24 | 12.90 / 1.03 | 0.00 / 0.00 | 0.00 / 0.00 | 406.39 | 100702 |

| Day | G/L # | Crop | Grow | Type | PW Hr | Units | Rate | Total |
|---|---|---|---|---|---|---|---|---|
| 09 | 601.00 | | 61 | RH | 0.00 | 8.0000 | 13.7500 | 110.00 |
| 10 | 601.00 | | 61 | RH | 0.00 | 8.0000 | 13.7500 | 110.00 |
| 11 | 601.00 | | 61 | RH | 0.00 | 8.0000 | 13.7500 | 110.00 |
| 12 | 601.00 | | 61 | RH | 0.00 | 8.0000 | 13.7500 | 110.00 |
| 13 | 601.00 | | 61 | RH | 0.00 | 1.5000 | 13.7500 | 20.63 |

| Pay Period | Check Date | Reg Wages | Excess Overtime | Check Total | SDI FICA | Fed Wht State Wht | Local Wht EIC | Loans Misc Ded | Net Check | Check# |
|---|---|---|---|---|---|---|---|---|---|---|
| 10/12/09-10/18/09 | 10/22/2009 | 220.00 | 0.00 | 220.00 | 2.42 / 16.83 | 0.00 / 0.00 | 0.00 / 0.00 | 0.00 / 0.00 | 200.75 | 103631 |

| Day | G/L # | Crop | Grow | Type | PW Hr | Units | Rate | Total |
|---|---|---|---|---|---|---|---|---|
| 16 | 601.00 | | 61 | RH | 0.00 | 8.0000 | 13.7500 | 110.00 |
| 17 | 601.00 | | 61 | RH | 0.00 | 8.0000 | 13.7500 | 110.00 |

| Pay Period | Check Date | Reg Wages | Excess Overtime | Check Total | SDI FICA | Fed Wht State Wht | Local Wht EIC | Loans Misc Ded | Net Check | Check# |
|---|---|---|---|---|---|---|---|---|---|---|
| 10/19/09-10/25/09 | 10/23/2009 | 220.00 | 0.00 | 220.00 | 2.42 / 16.83 | 0.00 / 0.00 | 0.00 / 0.00 | 0.00 / 0.00 | 200.75 | 106985 |

| Day | G/L # | Crop | Grow | Type | PW Hr | Units | Rate | Total |
|---|---|---|---|---|---|---|---|---|
| 19 | 601.00 | | 61 | RH | 0.00 | 8.0000 | 13.7500 | 110.00 |
| 20 | 601.00 | | 61 | RH | 0.00 | 8.0000 | 13.7500 | 110.00 |

| Pay Period | Check Date | Reg Wages | Excess Overtime | Check Total | SDI FICA | Fed Wht State Wht | Local Wht EIC | Loans Misc Ded | Net Check | Check# |
|---|---|---|---|---|---|---|---|---|---|---|
| 11/30/09-12/06/09 | 12/03/2009 | 264.35 | 0.00 | 264.35 | 2.90 / 20.22 | 0.00 / 0.00 | 0.00 / 0.00 | 0.00 / 0.00 | 241.23 | 126482 |

| Day | G/L # | Crop | Grow | Type | PW Hr | Units | Rate | Total |
|---|---|---|---|---|---|---|---|---|
| | 601.00 | | 0 | BO | 0.00 | 9,387.0000 | 0.0200 | 187.74 |
| | 601.00 | | 0 | BO | 0.00 | 7,661.0000 | 0.0100 | 76.61 |

|  |  | 1,164.98 | 0.00 | 1,164.98 | 12.81 / 89.12 | 12.90 / 1.03 | 0.00 / 0.00 | 0.00 / 0.00 | 1,049.12 |  |
|---|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  | Soc Sec: | 72.23 |  |  |  |  |  |
|  |  |  |  | Medicare: | 16.89 |  |  |  |  |  |

**Total hours by month:**

| | Regular | OT | DT | Vacation | Sick | Holiday | Total |
|---|---|---|---|---|---|---|---|
| 10/2009 | 65.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 65.50 |
| 12/2009 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Totals: | 65.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 65.50 |

**Company Totals:**

| | | Reg Wages | Excess Overtime | Check Total | SDI FICA | Fed Wht State Wht | Local Wht EIC | Loans Misc Ded | Net Check |
|---|---|---|---|---|---|---|---|---|---|
| | | 1,164.98 | 0.00 | 1,164.98 | 12.81 / 89.12 | 12.90 / 1.03 | 0.00 / 0.00 | 0.00 / 0.00 | 1,049.12 |
| | | | | Soc Sec: | 72.23 | | | | |
| | | | | Medicare: | 16.89 | | | | |

**Total hours by month for entire company:**

| | Regular | OT | DT | Vacation | Sick | Holiday | Total |
|---|---|---|---|---|---|---|---|
| 01/2009 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 02/2009 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 03/2009 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 04/2009 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 05/2009 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 06/2009 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 07/2009 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 08/2009 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 09/2009 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 10/2009 | 65.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 65.50 |
| 11/2009 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 12/2009 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Totals: | 65.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 65.50 |