RANDY L. EDWARDS, #105639
MICHAEL R. JOHNSON, #237767
LAURA A. WOLFE, #266751
GRISWOLD, LaSALLE, COBB, DOWD & GIN, L.L.P.
111 East Seventh Street
Hanford, CA 93230
Telephone (559) 584-6656
Facsimile (559) 582-3106
edwards@griswoldlasalle.com; johnson@griswoldlasalle.com; wolfe@griswoldlasalle.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | | |
|---|---|---|
| SABAS ARRENDONDO, et al., | ) | Case No.: 1:09-cv-01247-LJO-DLB |
| | ) | |
| Plaintiffs, | ) | DECLARATION OF TERRY BANGI IN |
| | ) | SUPPORT OF DEFENDANT'S |
| v. | ) | OPPOSITION TO PLAINTIFFS' MOTION |
| | ) | FOR CLASS CERTIFICATION |
| DELANO FARMS COMPANY, et al. | ) | |
| | ) | |
| Defendants. | ) | DATE: March 16, 2011 |
| | ) | TIME: 8:30a.m. |
| | ) | DEPT: 4 |

I, Terry Bangi, hereby declare as follows:

1.      I have been in the table grape industry for over 30 years. I started working for my father's labor contracting business when I was 13 years old.

2.      My father, Rudy Bangi was a farm labor contractor for over 50 years.

3.      In about 1993, my father and I started T&R Bangi's Agriculture Services, Inc. (T&R Bangi).

4.      In or about 1995, my father contracted with Delano Farms Company ("Delano Farms") to provide farm labor for pruning, tipping, debudding, deleafing and harvesting of table grapes.

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

1

*DECLARATION OF TERRY BANGI*
*Arredondo v. Delano Farms Company, et al.*

5.      In approximately 2000 my brother Teddy Bangi and I bought my father's interest in T&R Bangi.

6.      I am the currently the President of T&R Bangi.

7.      From approximately April 2004 to April 2009 I worked as a manager of Cal Pacific Farm Management, L.P. ("Cal-Pacific").

8.      Cal Pacific has not performed any farm labor contracting since April of 2009.

9.      T&R Bangi currently provides farm labor services to 15 growers.

10.     We pay our workers at least minimum wage.  We pay our workers depending on the type of work they are performing and depending on the grower.  Workers performing services on Delano Farms property for example are paid at least $8.10 cents per hour plus a box bonus during the harvest. Eligible employees also receive health insurance.

11.     I personally oversee certain field work.  I have 8 supervisors who report to me and make sure that my instructions are carried out.

12.     I meet with Delano Farms regularly to determine their needs based upon sales, marketing and weather conditions.  Based upon this authority, I direct the supervisors to the type of work to be performed (for example, the type of grape and the amount to be harvested).

13.     Gary Bangi works with the other growers to determine their needs.

14.     My supervisors are responsible for ensuring that foremen get the direction they need, and for making sure that the crews are following company policies.

15.     The main working unit at T&R Bangi is a "crew."  Each crew consists of a number of workers and a foreman.  The foreman is responsible for ensuring that the crews are performing the task needed, and that the employees are following company policies.

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

2

16.     Many of my foremen began as field workers and were then promoted.

17.     Depending upon the season, the crews range anywhere from 10 to 60 workers in size. If it is picking season, the crews are at their peak of 60 workers.  During the picking season, there are generally 60 crews at various locations throughout Delano and the surrounding areas.

18.     Foremen are particularly important to the company.  Because it is impossible for me to be present at every crew, I rely heavily on my foremen to ensure that the company's policies are being enforced equally.

19.     We do not allow workers to begin work early, to work during their breaks, or to stay late to work.  If the foremen see workers doing this, they are supposed to tell them to stop.

20.     Each crew works in unison, and the foremen control the daily working environment for these workers.  All workers within a crew are supposed to start work at the same time.

21.     During the harvest season, work typically beings at 7:00 a.m.  This is the "official start time."  At this time, the foreman gathers the workers together and conducts "escuela." This should happen at least once per week.  The foreman also talks about safety with the crew.

22.     After the escuela, the crew begins picking and packing grapes.  When it is time for the crew's first break, the foreman calls the workers out of the field.  When the break is over, the foreman notifies the workers and they are allowed to begin picking and packing again.  In a standard 8-hour shift, workers are given two 10-minute breaks, and one 30-minute lunch break.

23.     At the end of a harvesting day, the foremen signal to workers to stop picking grapes and finish packing what has already been picked.  Generally, the foremen do this 15 minutes prior to the "official stop time."  When workers have finished packing their grapes, they are free to leave.  I have personal knowledge that there is not a company wide problem with workers being kept after the shift

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

*DECLARATION OF TERRY BANGI*
*Arredondo v. Delano Farms Company, et al.*

is over because by the official stop time each day I see the workers leaving the fields.  During working hours, the roads by the fields are empty country roads.  However, two or three minutes before the stop time, these roads become clogged with workers leaving in their cars.

24.     T&R Bangi bills its growers for all the labor hours that it pays to its employees, plus a 32-37% fee for managing the labor force.

25.     Workers are paid for all of the time that they work.  I have no incentive to have workers perform work without recording their time.  Because I bill growers based upon hours recorded, I am not compensated for any unrecorded time.

26.     T&R Bangi buys tools for its employees.  These tools include goggles, pruning shears and picking clippers.  The company provides boxes of these tools to the foremen, who then distribute them to workers.  I understand that some workers prefer to use their own tools rather than the tools we provide.  They are allowed to do this, but if they need tools, the foremen are to have extras with them to provide to workers when asked.  Attached hereto as Exhibit "A" are true and correct copies of the invoices for the tools we have purchased.

27.     Workers are not required to clean picking trays at home.  In fact, workers are not allowed to take their picking trays home.  If they take the trays home, I consider it stealing.

28.     Picking trays are stored in the tables which are left in the fields over night.  I have purchased a machine which is used to clean the trays at the beginning and end of the seasons.  I do not require workers to wash their trays because it does not matter to me whether they are clean throughout the season.  I consider it a waste of time and energy if workers spend their time washing trays.

///

///

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

4

*DECLARATION OF TERRY BANGI*
*Arredondo v. Delano Farms Company, et al.*

29.     Workers are not required to do any other work at home (such as placing stickers on bags or clamshells).   Again, I cannot bill for this time so I have no need for work to be performed by employees at home.

30.     Manuel Botello is a former foreman of T&R Bangi. He was terminated because he failed to properly fill out his paperwork, including his crew's daily payroll timesheets.

If called as a witness I could testify to all of the foregoing based upon my personal knowledge. I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct and this declaration was executed on February 28, 2011, at Delano, California.


                                              /s/ Terry Bangi
                                              TERRY BANGI

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

5

*DECLARATION OF TERRY BANGI*
*Arredondo v. Delano Farms Company, et al.*

# EXHIBIT "A"

**WEST COAST**    SALES TICKET# __1212052__    DATE: __14-DEC-05__



**GLOVE & SAFETY Co.**

**WEST COAST GLOVE & SAFETY**
1017 30TH ST. BAKERSFIELD CA. 93301
PH. 661-322-8787    FAX. 661-322-8484

Your PO # _____    Ordered By : Craig _____    Date Ordered: __14-Dec-05__

SOLD TO:  **Bangi AG Contractors**    SHIP TO:

| Date Shipped | Sales Person Mike | Charge/Cash/Credit Card COD/Credit Memo/ | Terms Net 30 | Ship VIA WC | FOB BAK |
|---|---|---|---|---|---|
| Quanity | | Description | Unit Price / | | Amount |
| 1000 | # 64051101   Radnor Clear Lens | | $   1.79 | | $   1,790.00 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

*Paid $1,790.00 12-13-05 on Ticket on Ticket pay $900.05 with pay 12-13-05 Ticket*

| Remarks | | Amount of Sale | $   1,790.00 |
|---|---|---|---|
| | | Resale     Tax | $   129.78 |
| Received By | | Freight | |
| | | TOTAL | $   1,919.78 |

*First Aid Kits    900.05*

BANGI009741

Cal~Pacific Farm Management L.P. • P.O. BOX 1141 • RICHGROVE, CA 93261-1141

**266519**

Date: 12/19/2005        Vendor: WEST COAST G        Check #: 266519

| Date | Invoice # | Description | Invoice Total | Discount | Net Paid |
|------|-----------|-------------|---------------|----------|----------|
| 12/19/2005 | 002-5 | first aid kits | 1,156.81 | 0.00 | 1,156.81 |
| | | **Check Totals:** | **1,156.81** | **0.00** | **1,156.81** |

*Since 1947*

BANGI009742

# WEST COAST



## GLOVE & SAFETY Co.

**SALES TICKET#** **1212053**   **DATE:** **16-DEC-05**

### WEST COAST GLOVE & SAFETY
1017 30TH ST. BAKERSFIELD CA. 93301
PH. 661-322-8787   FAX. 661-322-8484

Your PO # _____   Ordered By : Craig _____   Date Ordered: _____ 16-Dec-05

SOLD TO:  **Bangi AG Contractors**          SHIP TO:

| Date Shipped | Sales Person Mike | Charge/Cash/Credit Card COD/Credit Memo/ | Terms Net 15 | Ship VIA WC | | FOB BAK |
|---|---|---|---|---|---|---|
| Quanity | | Description | | Unit Price | I | Amount |
| 48 | #  3425PFG  -  Swift First-Aid Kit | | | $       19.95 | | $       957.60 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| Remarks | | Amount of Sale | $ | 957.60 |
|---|---|---|---|---|
| | | Resale     Tax | $ | 69.43 |
| Received By | | Freight | | |
| | | **TOTAL** | **$** | **1,027.03** |

*Tax From Sales Ticket 1212052*   *129.78*

*1,156.81*

BANGI009743

189217

*Cal-Pacific Farm Management L.P.* • P.O. BOX 1141 • RICHGROVE, CA 93261-1141

| Date | Invoice # | Description | | Invoice Total | Discount | Net Paid |
|------|-----------|-------------|--|---------------|----------|----------|
| | Date: 06/03/2005 | Vendor: BAKERSFIELD | Check #: 189217 | | | |
| 06/03/2005 | 001-5 | 19 first aid kits | | 450.22 | 0.00 | 450.22 |
| | | **Check Totals:** | | **450.22** | **0.00** | **450.22** |

*Since 1947*

BANGI009744



**SALES TICKET**# _66030505_ **Date:** _6 , 3 , 05_

# BAKERSFIELD GLOVE & SAFETY CO.
### PROTECTION FOR OILFIELD, FARM, HOME & INDUSTRY

**1017 30th St. Bakersfield, CA. 93301**

**661-325-3398-phone / 661-325-2704-fax**

email: **cajun@mac.com**

**Your PO #** _Verbal Craig_   **Ordered By:** _Craig_   **DateOrdered:** _060205_

**SOLD TO:** _BANGi_   **SHIP TO:**

| ate Shipped | Salesperson | Charge / Cash / Credit Card | Terms | Shipped via | FOB |
|---|---|---|---|---|---|
| 6 - - 05 | Chris | C.O.D. / Credit Memo / | CASA | WC | BAK |

| uantity | / Description | / Unit Price | / Amount |
|---|---|---|---|
| 21 Kits | 1 STAld Kits | 19.99 /ea | 419.79 |

*Cash on check #*
*pdin full*
*Check # 189217*

| | | |
|---|---|---|
| **Remarks** | AMOUNT OF SALE | 419.79 |
| | RESALE ☐ TAX | 30.43 |
| | FREIGHT | .00 |
| **Received By** | **TOTAL** | 450.22 |

BANGI009745

Cal-Pacific Farm Management L.P. • P.O. BOX 1141 • RICHGROVE, CA 93261-1141

249599

Date: 10/25/2005      Vendor: MISCEXPENSE        Check #: 249599

| Date | Invoice # | Description | Invoice Total | Discount | Net Paid |
|------|-----------|-------------|---------------|----------|----------|
| 10/25/2005 | 12928 | 2 CASE OF KITS | 771.81 | 0.00 | 771.81 |
| | | **Check Totals:** | **771.81** | **0.00** | **771.81** |

Since 1947

BANGI009746



**SUPERIOR SAFETY SERVICES**

7501 Downing Ave.
Bakersfield, CA 93308
Office: (661) 588-5228
Fax:   (661) 588-5892

# Invoice

| Date | Invoice # |
|---|---|
| 10/25/2005 | 1443 |

| Bill To |
|---|
| Bangi Ag Services |

| Ship To |
|---|
| |

| P.O. # | Terms | Tech | Service Date | Contact Info | Tank/Vessel | Location/Area |
|---|---|---|---|---|---|---|
| | Net 15 | GP | 10/25/2005 | | | |

| Qty/Hrs | Item Code | Description | Labor Rate | Amount |
|---|---|---|---|---|
| 36 | FA Kit | First Aid Kit, Swift | 19.99 | 719.64 |
| 1 | ST | Sales Tax | 52.17 | 52.17 |

Thank you for your business.

| Total | $771.81 |
|---|---|
| **Balance Due** | $771.81 |

BANGI009747

Cal - Pacific Farm Management L.L.C. • P.O. BOX 1141 • RICHGROVE, CA 93261-1141

**249581**

| | Date: 10/25/2005 | Vendor: VIEW FARMING | Check #: 249581 | | | |
|---|---|---|---|---|---|---|
| **Date** | **Invoice #** | **Description** | | **Invoice Total** | **Discount** | **Net Paid** |
| 10/25/2005 | 505 | PACKING TABLES | | 4,400.00 | 0.00 | 4,400.00 |
| | | **Check Totals:** | | **4,400.00** | **0.00** | **4,400.00** |

Since 1947

BANGI009748

# INVOICE

MT. VIEW FARMING, INC.
23595 RD 140
TULARE, CA 93274

INVOICE NO.: 505
INVOICE DATE: 10/05/2005

PAYMENT TERMS:

SHIPPING DATE: 10/05/2005

CUSTOMER ID: CPFM          PO#:

SHIPPED FROM:
FREIGHT TERMS: N/A

SOLD TO: CAL PACIFIC FARM MANAGEMENT LP          SHIP TO:
P.O. BOX 724
DELANO CA  93216

OUR ORDER NO. 505          SALESMAN:
BROKER:

INSPECTION:          B/L:
ROUTING:
LICENSE NO.:

| DESCRIPTION | QUANTITY | PRICE | UNIT | AMOUNT |
|---|---|---|---|---|
| PACKING TABLES | 44 | 100.00 | | 4400.00 |

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 ( 7 U.S.C. 499e(c) ). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

PLEASE PAY
4400.00

TOTAL QUANTITY          TOTAL AMOUNT

BANGI009749

Cal - Pacific Farm Management L.P. • P.O. BOX 1141 • RICHGROVE, CA 93261-1141

199286

Date: 07/06/2005       Vendor: TRANPAK          Check #: 199286

| Date | Invoice # | Description | Invoice Total | Discount | Net Paid |
|------|-----------|-------------|---------------|----------|----------|
| 07/06/2005 | 440 | 440 | 11,003.85 | 0.00 | 11,003.85 |
| | | **Check Totals:** | **11,003.85** | **0.00** | **11,003.85** |

Since 1947

3.75 - 2005

BANGI009750



**5225 N. VIA AMORE
FRESNO, CA 93711**

**800-827-2474**

| | Invoice | |
|---|---|---|
| Date | Invoice # | |
| 6/30/2005 | 440 | |

| Bill To | Ship To |
|---|---|
| Cal Pacific<br>P.O. Box 1141<br>Richgrove, CA 932611 | T&R Bangi<br>375 Rd. 200 Ave 4<br>Richgrove, CA 93216 |

| P.O. Number | Terms | Due Date | Ship | Via | Freight Charges Are |
|---|---|---|---|---|---|
| VERBAL: CHRIS | DUE ON RECEIPT | 6/30/2005 | 6/30/2005 | Taylor Trucking | PREPAID |

| Quantity | Description | Price Each | Amount |
|---|---|---|---|
| 3,000 | Grape Case w/out Booster<br><br>Delivered 6000 cases on 6/30/05<br>3000 cases are on Consignment at T&R Bangi.  Please contact Marty for use or pickup. | 3.42 | 10,260.00T |

THANK YOU FOR DOING BUSINESS
WITH TRANPAK INC.

| | |
|---|---|
| **Subtotal** | $10,260.00 |
| **Sales Tax (7.25%)** | $743.85 |
| **Total** | $11,003.85 |

BANGI009751

Cal–Pacific Farm Management L.P. • P.O. BOX 1141 • RICHGROVE, CA 93261-1141

**238600**

Date: 10/04/2005      Vendor: TRANPAK           Check #: 238600

| Date | Invoice # | Description | Invoice Total | Discount | Net Paid |
|------|-----------|-------------|---------------|----------|----------|
| 10/04/2005 | 713 | 713 | 367.29 | 0.00 | 367.29 |
| | | **Check Totals:** | **367.29** | **0.00** | **367.29** |

*Since 1947*

BANGI009752

*Cal~Pacific Farm Management L.P.* • P.O. BOX 1141 • RICHGROVE, CA 93261-1141

**238873**

Date: 10/06/2005      Vendor: TRANPAK      Check #: 238873

| Date | Invoice # | Description | Invoice Total | Discount | Net Paid |
|------|-----------|-------------|---------------|----------|----------|
| 10/06/2005 | 713-1 | $3330.00 | 3,330.00 | 0.00 | 3,330.00 |
| | | **Check Totals:** | **3,330.00** | **0.00** | **3,330.00** |

*Since 1947*

BANGI009753



**5225 N. VIA AMORE
FRESNO, CA 93711**

**800-827-2474**

# Invoice

| Date | Invoice # |
|------|-----------|
| 9/23/2005 | 713 |

| Bill To | Ship To |
|---------|---------|
| Cal Pacific<br>P.O. Box 1141<br>Richgrove, CA 932611 | T&R Bangi<br>375 Rd. 200 Ave 4<br>Richgrove, CA 93216 |

| P.O. Number | Terms | Due Date | Ship Date | Via |
|-------------|-------|----------|-----------|-----|
| VERBAL: CHRIS | NET 15 | 10/8/2005 | 9/26/2005 | California Expr |

| Quantity | Description | Price Each | Amount |
|----------|-------------|------------|--------|
| 1,008 | 4011 - Grape Case w/out Booster<br><br>4 Pallets @ 252 each | 3.42 | 3,447.36T |

*making the difference from invoe 713*

*3330.—*

| | |
|---|---|
| Subtotal | $3,447.36 |
| Sales Tax (7.25%) | $249.93 |
| **Total** | $3,697.29 |

THANK YOU FOR DOING BUSINESS
WITH TRANPAK, INC.

BANGI009754

*Cal–Pacific Farm Management L.P.* • P.O. BOX 1141 • RICHGROVE, CA 93261-1141

**249561**

Date: 10/25/2005        Vendor: TRANPAK        Check #: 249561

| Date | Invoice # | Description | Invoice Total | Discount | Net Paid |
|------|-----------|-------------|---------------|----------|----------|
| 10/25/2005 | 699 | 699 | 7,644.59 | 0.00 | 7,644.59 |
| | | **Check Totals:** | **7,644.59** | **0.00** | **7,644.59** |

Since 1947

BANGI009755



**TranPak**

**5225 N. VIA AMORE**
**FRESNO, CA 93711**

**800-827-2474**

## Invoice

| Date | Invoice # |
|------|-----------|
| 9/19/2005 | 699 |

| Bill To |
|---------|
| Cal Pacific |
| P.O. Box 1141 |
| Richgrove, CA 932611 |

| Ship To |
|---------|
| T&R Bangi |
| 375 Rd. 200 Ave 4 |
| Richgrove, CA 93216 |

| P.O. Number | Terms | Due Date | Ship Date | Via |
|-------------|-------|----------|-----------|-----|
| | NET 15 | 10/1/2005 | 9/16/2005 | TRANPAK TRUCK |

| Quantity | Description | Price Each | Amount |
|----------|-------------|------------|--------|
| 2,016 | 4011 - Grape Case w/out Booster | 3.42 | 6,894.72T |
| | Freight and Delivery | 250.00 | 250.00 |

*THANK YOU FOR DOING BUSINESS*
*WITH TRANPAK, INC.*

| | |
|---|---|
| **Subtotal** | $7,144.72 |
| **Sales Tax (7.25%)** | $499.87 |
| **Total** | $7,644.59 |

BANGI009756

# ORANGE COVE HARDWARE, INC.

**True Value**

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

SOLD TO:

ADDRESS    *105 148 50*

DATE *1-12* 20 *05*

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET. | PD. OUT | PURCHASE ORD. NO. |
|---------|------|--------|--------|----------|-----------|---------|-------------------|
| CD |  |  | X |  |  |  | *555* |

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|-------|-------------|-------|--------|
|  |  |  |  |
| 48 | pr Safety Glasses | 2.75 | 141 60 |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

RECEIVED BY  X

| TAX | 10 27 |
|-----|-------|
| **TOTAL** | 151 87 |

## No. 629016

A **FINANCE CHARGE** at the **ANNUAL PERCENTAGE RATE OF 18%** (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase.  Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI009757

# ORANGE COVE HARDWARE, INC.

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line I
Delano, Calif. 9321!
Phone (661) 725-41:
Fax (661) 725-0845

SOLD TO:

ADDRESS

DATE 1-13 20

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET. | PD. OUT | PURCHASE ORD. 588 |
|---------|------|--------|--------|----------|------------|---------|--------------------|

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|-------|-------------|-------|--------|
| 1 EA | | | 12.6 |
| 1 ea | Blow gun FH 75944 | | 11 8 |
| 2 ea | 1/2 faucets | 7.99 | 15 9 |
| 2 Rolls | Duct tape | 3.69 | 7 3 |
| 1 Roll | Clear tape | | 2 9 |
| 3 ea | Air freshener | .99 | 2 97 |
| 2 cn | F-75519 Crystal | 7.19 | 14 38 |
| 2 cn | F-75308 " | 1.29 | 2 58 |
| 24 ea | Bumpers | 2.30 | 55 20 |
| | | | 125 36 |

RECEIVED BY X

| TAX | 9 09 |
|------|------|
| **TOTAL** | 134 45 |

No. 629070

A FINANCE CHARGE at the ANNUAL PERCENTAGE RATE OF 18% (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

FILE COPY

*Thank You!*

BANGI00975

# ORANGE COVE HARDWARE, INC.

*True Value*

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

SOLD TO: B___I'S ____

ADDRESS: P.O. BOX ___
DELANO, CA. ___16
10___ ___

DATE 1-17 2005

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET. | PD. OUT | PURCHASE ORD. NO. |
|---|---|---|---|---|---|---|---|

| QUAN. | DESCRIPTION | PRICE | AMOUNT | |
|---|---|---|---|---|
| 1 ea | mop handle | | -14 | 99 |
| 1 ea | mop head | | 8 | 99 |
| 1 ea | mop Bucket | | 59 | 99 |
| 1 ea | caution sign | | 17 | 99 |
| 1 ea | Heater | | 19 | 99 |
| 1 ea | Key light | 3.99 | 3 | 99 |
| 2 pkg | D Batteries | 3.99 | 7 | 98 |
| 3 ea | Flashlights | 14.99 | 44 | 97 |
| 1 ea | mag Flashlight | | 26 | 99 |
| | | | 205 | 88 |

RECEIVED BY X _____

| TAX | 14 | 93 |
|---|---|---|
| TOTAL | 220 | 81 |

## No. 629088

**A FINANCE CHARGE** at the **ANNUAL PERCENTAGE RATE OF 18%** (Monthly Rate is 1½%)
will be applied on the unpaid balance after 30 days of purchase.  Returned Merchandise is subject to a
10% restocking charge.

*Thank You!*

FILE COPY

BANGI009759

# ORANGE COVE HARDWARE, INC.

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93216
Phone (661) 725-4122
Fax (661) 725-0845

SOLD TO: _Barges_

ADDRESS

DATE _1-13 05_   20

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET. | PD. OUT | PURCHASE ORD. NO. |
|---------|------|--------|--------|----------|-----------|---------|-------------------|

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|-------|-------------|-------|--------|
| | _Payment_ | | _2302 02_ |
| | _11/18/10 /_ | | |
| | | | |
| | | | |
| | | | |
| | _105-148 80_ | | |
| | | | |

RECEIVED BY   X

TAX

**TOTAL**   _2302 02_

No. 624467

A FINANCE CHARGE at the ANNUAL PERCENTAGE RATE OF 18% (Monthly Rate is 1½%)
will be applied on the unpaid balance after 30 days of purchase.  Returned Merchandise is subject to a
10% restocking charge.

*Thank You!*

FILE COPY

BANGI009760

# ORANGE COVE HARDWARE, INC.

### AG SUPPLY HEADQUARTERS
### LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

SOLD
TO:

ADDRESS    105-148-80

DATE  1-11   20 05

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET. | P.O. OUT | PURCHASE ORD. NO. |
|---------|------|--------|--------|----------|------------|----------|-------------------|
| | | | V | | | | 594 |

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|-------|-------------|-------|--------|
| 25 ea. | Valley Screw 8F | 10.32 | 258. 00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

RECEIVED BY  X

|  | TAX | 5. 16 |
|--|-----|-------|
|  | **TOTAL** | 263. 16 |

No.628951

A **FINANCE CHARGE** at the **ANNUAL PERCENTAGE RATE OF 18%** (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase.  Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI009761

# ORANGE COVE HARDWARE, INC.

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif.  93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif.  93215
Phone (661) 725-4122
Fax (661) 725-0845

SOLD TO: BANGI'S ... ...

ADDRESS: P.O. BOX ...
FEE. NO. CA. 93216

10 ... ...

DATE 1-14 20 05

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET. | PD. OUT | PURCHASE ORD. NO. |
|---------|------|--------|--------|----------|-----------|---------|-------------------|
| BD | | | ✓ | | | | 586 |

| QUAN. | DESCRIPTION | PRICE | AMOUNT | |
|-------|-------------|-------|--------|--|
| 10 pic. | Safety glasses | 2.99 | 14 | 52 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

RECEIVED BY X

| | TAX | 10 | 41 |
|--|-----|----|----|
| | **TOTAL** | 153 | 93 |

No.629118

A **FINANCE CHARGE** at the **ANNUAL PERCENTAGE RATE OF 18%** (Monthly Rate is 1½%)
will be applied on the unpaid balance after 30 days of purchase.  Returned Merchandise is subject to a
10% restocking charge.

*Thank You!*

FILE COPY

BANGI009762

# ORANGE COVE HARDWARE, INC.

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

SOLD TO: BANGI'S . . .
P.O. BOX . . .
DEL NO. CA. 93216

ADDRESS

DATE 1-14-2005

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET. | PO. OUT | PURCHASE ORD. NO. |
|---------|------|--------|--------|----------|-----------|---------|-------------------|
|         |      |        | X      |          |           |         |                   |

| QUAN. | DESCRIPTION | PRICE | | AMOUNT | |
|-------|-------------|-------|---|--------|---|
| 25 | ea tden Coppers | 10 | 14 | 260 | 00 |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
| RECEIVED BY X | | TAX | | 5 | 20 |
| | | **TOTAL** | | 265 | 20 |

No.629135

A FINANCE CHARGE at the ANNUAL PERCENTAGE RATE OF 18% (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI009763

# ORANGE COVE HARDWARE, INC.

AG SUPPLY HEADQUARTERS

LUMBER AND BUILDING MATERIALS

(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

SOLD TO: BANGI'S

P.O. BOX

DELANO, CA.

ADDRESS: 10

DATE: 1-18 2005

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET. | PD. OUT | PURCHASE ORD. NO. |
|---------|------|--------|--------|----------|------------|---------|-------------------|
| 03 | | | | | | | Underline |

| QUAN. | DESCRIPTION | PRICE | | AMOUNT | |
|-------|-------------|-------|-----|--------|-----|
| 4 ea | XL coveralls | 3 | 99 | 15 | 96 |
| 2 ea | Safety goggles | 2 | 59 | 5 | 18 |
| 2 ea | Chemical gloves | 7 | 49 | 14 | 98 |
| | | | | 36 | 12 |

| | | | |
|---|---|---|---|
| RECEIVED BY | X | TAX | 2 62 |
| | | **TOTAL** | 38 74 |

## No.629138

A FINANCE CHARGE at the ANNUAL PERCENTAGE RATE OF 18% (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase.  Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI009764

# ORANGE COVE HARDWARE, INC.

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

SOLD TO: BANGI'S ... ...

ADDRESS: P.O. BOX ...
LED NO, CA. ...

DATE 1 / 15 20

PURCHASE ORD. NO. 597

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
|  | a ... hica key | 1.49 | 7.45 |
| 6 | gal. clear | 1.59 | 9.54 |
| 1 | gal super clean | | 8.49 |
|  |  |  | 25.48 |

| | | |
|---|---|---|
| RECEIVED BY X | TAX | 1.85 |
| | **TOTAL** | 27.33 |

No.629178

A **FINANCE CHARGE** at the **ANNUAL PERCENTAGE RATE OF 18%** (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI009765

# ORANGE COVE HARDWARE, INC.

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

SOLD TO: P.O. BO

ADDRESS

105 - 148.80      DATE  1-17  20 08

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET. | PD. OUT | PURCHASE ORD. NO. |
|---------|------|--------|--------|----------|------------|---------|-------------------|
|         |      |        |        |          |            |         | 587               |

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|-------|-------------|-------|--------|
| 48 ea | Bumper | 2.30 | 110 40 |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

RECEIVED BY  X

TAX  2 21

TOTAL  112 61

No. 629205

A FINANCE CHARGE at the ANNUAL PERCENTAGE RATE OF 18% (Monthly Rate is 1½%)
will be applied on the unpaid balance after 30 days of purchase.  Returned Merchandise is subject to a
10% restocking charge.

*Thank You!*

FILE COPY

BANGI009766

# ORANGE COVE HARDWARE, INC.

*True Value.*

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0645

SOLD TO: BANGI

ADDRESS

105-148-80   DATE 1-17 20 08

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET. | PD. OUT | PURCHASE ORD. NO. |
|---------|------|--------|--------|----------|------------|---------|-------------------|
| | | | X | | | | 388 |

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|-------|-------------|-------|--------|
| 12 | | 3.95 | 47 40 |
| 1 | P7522 | | 5 69 |
| 6 | | | 1 00 |
| | | | 3 60 |
| | | | 57 |

RECEIVED BY X ___ Nathan

| | |
|---|---|
| TAX | 4 18 |
| **TOTAL** | 61 82 |

## No. 629191

A FINANCE CHARGE at the ANNUAL PERCENTAGE RATE OF 18% (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase.  Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI009767

# ORANGE COVE HARDWARE, INC.

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

SOLD TO: BANGI'S ...

ADDRESS:

DATE 1-17 20 05

105748-00

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET. | PD. OUT | PURCHASE ORD. NO. |
|---------|------|--------|--------|----------|-----------|---------|-------------------|
| | | | X | | | | Was |

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|-------|-------------|-------|--------|
| 2 | EA. SOFT GATE WOOD | 32 49 | 64 98 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

RECEIVED BY X

| TAX | 4 71 |
|-----|------|
| **TOTAL** | 69 69 |

No. 629241

A **FINANCE CHARGE** at the **ANNUAL PERCENTAGE RATE OF 18%** (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI009768

# ORANGE COVE HARDWARE, INC.

*True Value*

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

SOLD TO: BANGI'S GIN YARNS
P.O. BOX
DEL NO, CA, 93215

ADDRESS: 19.

DATE 1-17 20 05

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET. | PD. OUT | PURCHASE ORD. NO. |
|---------|------|--------|--------|----------|-----------|---------|-------------------|
|         |      |        | X      |          |           |         | 589               |

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|-------|-------------|-------|--------|
| 1 | CS Dri Kem tossins | | 101 88 |
|   |   |   |   |
|   |   |   |   |
|   |   |   |   |
|   |   |   |   |
|   |   |   |   |
|   |   |   |   |
|   |   |   |   |

RECEIVED BY  X

| | TAX | 7 39 |
|--|-----|------|
| | TOTAL | 109 27 |

No. 629248

A FINANCE CHARGE at the ANNUAL PERCENTAGE RATE OF 18% (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI009769

# ORANGE COVE HARDWARE, INC.

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

SOLD TO: BANGI'S ........

ADDRESS

DATE 1-18 20 05

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MOSE. RET. | PO. OUT | PURCHASE ORD. NO. |
|---------|------|--------|--------|----------|-----------|---------|-------------------|
| A-5 | | | | | | | |

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|-------|-------------|-------|--------|
| 8 | cs  Dri Kem  TOSS | 78.84 | 630 72 |
| | Ins | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | TAX | 45 73 |
| RECEIVED BY  X | | TOTAL | 676 45 |

No. 629271

A FINANCE CHARGE at the ANNUAL PERCENTAGE RATE OF 18% (Monthly Rate is 1½%)
will be applied on the unpaid balance after 30 days of purchase.  Returned Merchandise is subject to a
10% restocking charge.

*Thank You!*

FILE COPY

BANGI009770

# ORANGE COVE HARDWARE, INC.

### AG SUPPLY HEADQUARTERS
### LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

SOLD TO:

ADDRESS

DATE 1-19 20 05

PURCHASE ORD. NO. 590

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|-------|-------------|-------|--------|
| 1 ea | T50 Stapler | | 21.75 |
| 2 pkg | T50 1/2 staples | 3.49 | 6.98 |
| 72 ea | Safety glasses | 2.95 | 212.40 |
| | | | 241.33 |

RECEIVED BY X

| TAX | 17.50 |
|-----|-------|
| **TOTAL** | 258.83 |

No.629318

A FINANCE CHARGE at the ANNUAL PERCENTAGE RATE OF 18% (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI009771

# ORANGE COVE HARDWARE, INC.

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

SOLD TO: BANGI'S ...
P.O. BOX 724
DELANO, CA. 93216

ADDRESS: 105 ...

DATE H9— 20 05

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET. | PD. OUT | PURCHASE ORD. NO. |
|---------|------|--------|--------|----------|-----------|---------|-------------------|
| | | | X | | | | 595 |

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|-------|-------------|-------|--------|
| 2 | ea. power steering fluid | 1.99 | 3.98 |
| 1 | pr. Nylon Gloves | | 10.85 |
| 1 | lb. Nail Aprons | | 3.85 |
| 10 | ea. Grease Tubes | 2.85 | 28.50 |
| | | | 46.38 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

RECEIVED BY  X

| TAX | 3.21 |
|-----|------|
| **TOTAL** | 49.59 |

## No.629362

A **FINANCE CHARGE** at the **ANNUAL PERCENTAGE RATE OF 18%** (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI009772

# ORANGE COVE HARDWARE, INC.



AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

SOLD TO:

ADDRESS

DATE 1-20 2005

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET. | PD. OUT | PURCHASE ORD. NO. |
|---------|------|--------|--------|----------|------------|---------|-------------------|

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|-------|-------------|-------|--------|
| 2 ea | 600 grit sand paper | .79 | 1.58 |
| 2 ea | 120 grit sand paper | .67 | 1.38 |
| 2 ea | emory cloth | 1.19 | 2.38 |
| 1 pr. | work gloves | | 8.79 |
| | | | 14.33 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

RECEIVED BY  X

| TAX | 1.04 |
|-----|------|
| **TOTAL** | 15.37 |

No. 629404

A FINANCE CHARGE at the ANNUAL PERCENTAGE RATE OF 18% (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase.  Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI009773

# ORANGE COVE HARDWARE, INC.

**True Value**

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

SOLD TO: BANGI'S ? ? ? ? ?
P.O. BOX 724
DELANO, CA. 93215

PO# 584

ADDRESS: 105 ? ? ?

DATE 01 / 12 2004

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE.-RET. | PD. OUT | PURCHASE ORD. NO. |
|---------|------|--------|--------|----------|------------|---------|-------------------|
|         |      |        | X      |          |            |         | Cris              |

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|-------|-------------|-------|--------|
| 1 ea | 38 cover all |  | 79.99 |
| 1 doz | ? gloves |  | 10.75 |
| 2 pr | work gloves | 9.99 | 19.98 |
| 1 ea | 1/2 drill bit |  | 3.79 |
| 1 ea | 7" plier |  | 7.99 |
| 1 ea | ct punch |  | 3.88 |
| 1 cs | M.P. grease |  | 28.50 |
|  |  |  | 104.58 |
|  |  | TAX | 7.58 |
|  | RECEIVED BY  X | **TOTAL** | 112.16 |

# No. 629002

A **FINANCE CHARGE** at the **ANNUAL PERCENTAGE RATE OF 18%** (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI009774

BANGI009775

507 PARK BLVD.
ORANGE COVE, CA 93646
(559) 626-7703
FAX (559) 626-7630
LUMBER
BUILDING MATERIALS
ROOFING
(ORANGE COVE LOCATION ONLY)

**STATEMENT**

# ORANGE COVE HARDWARE INC.

TREE & VINE SUPPLIES
APPLIANCES — GIFTS — SPORTING GOODS
PAINTS — TELEVISION

17216 COUNTY LINE ROAD
DELANO, CA 93215
(661) 725-4122
FAX (661) 725-0845



**REMITTANCE SOUD PLEASE RETURN**

**MAIL PAYMENT TO**

ORANGE COVE HARDWARE INC.
P. O. BOX 368
ORANGE COVE, CA. 93646

CUSTOMER'S NAME
BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA.   93216

BANGI'S AG-MANAGEMENT
P. O. BOX 724
DELANO, CA.   93216

| ACCT. NO. | 105-148-80 | CLOSING DATE | JAN 25, 05 | BAL. FWD. | 2,303.52 |
|---|---|---|---|---|---|

| ACCOUNT NO. | CLOSING DATE |
|---|---|
| 105-148-80 | JAN 25, 2005 |

| DATE MO. | DAY | REFERENCE NO. | DESCRIPTION | CHARGES | CREDITS | BALANCE |
|---|---|---|---|---|---|---|
| 12 | 30 | 628681 | INVOICE | 30.45 | | 2,333.97 |
| 12 | 30 | 628689 | INVOICE | 578.81 | | 2,912.78 |
| 1 | 3 | 628685 | INVOICE | 138.48 | | 3,051.26 |
| 1 | 5 | 627905 | INVOICE | 85.44 | | 3,136.70 |
| 1 | 5 | 627917 | INVOICE | 126.87 | | 3,263.57 |
| 1 | 5 | 628070 | INVOICE | 102.14 | | 3,365.71 |
| 1 | 5 | 628333 | INVOICE | 20.92 | | 3,386.63 |
| 1 | 5 | 628619 | INVOICE | 441.04 | | 3,827.67 |
| 1 | 5 | 628652 | INVOICE | 90.64 | | 3,918.31 |
| 1 | 5 | 628823 | INVOICE | 106.41 | | 4,024.72 |
| 1 | 6 | 628841 | INVOICE | 119.79 | | 4,144.51 |
| 1 | 6 | 628842 | INVOICE | 89.83 | | 4,234.34 |
| 1 | 8 | 628707 | INVOICE | 141.74 | | 4,376.08 |
| 1 | 8 | 628710 | INVOICE | 126.98 | | 4,503.06 |
| 1 | 8 | 628861 | INVOICE | 88.20 | | 4,591.26 |
| 1 | 8 | 628876 | INVOICE | 779.03 | | 5,370.29 |
| 1 | 11 | 628981 | INVOICE | 13.64 | | 5,383.93 |
| 1 | 12 | 628977 | INVOICE | 86.64 | | 5,470.57 |

CHECK NUMBER   AMOUNT PAID

**PLEASE RETURN COMPLETE RIGHT HAND STUB**

INDICATE ANY CHANGE
OF BILLING INSTRUCTIONS:

| 1 | | | | | |
|---|---|---|---|---|---|
| PAGE NO. | 90 DAYS & OVER | OVER 60 DAYS | OVER 30 DAYS | CURRENT | BALANCE |

PURCHASES AND PAYMENTS MADE AFTER THE 25th OF THE MONTH WILL APPEAR ON YOUR NEXT STATEMENT.
A FINANCE CHARGE at the ANNUAL PERCENTAGE RATE OF 18% (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase.



FAILURE TO PAY SERVICE CHARGES WHEN BILLED
MAY RESULT IN SUSPENSION OF CREDIT.

# ORANGE COVE HARDWARE, INC.

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0846

SOLD TO:

ADDRESS

DATE 12-30 20 04

PURCHASE ORD. NO. 581

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET. | PD. OUT |
|---------|------|--------|--------|----------|-----------|---------|
|         |      |        | X      |          |           |         |

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|-------|-------------|-------|--------|
| 6 ea. | Clorox | 1.59 | 9 54 |
| 2 ea. | Shoe Brush | 3.95 | 7 90 |
| 1 gal. | Degreaser | | 16 75 |
| | | | 28 39 |
| | | TAX | 2 06 |
| | | TOTAL | 30 45 |

RECEIVED BY X

No. 628681

A **FINANCE CHARGE** at the **ANNUAL PERCENTAGE RATE OF 18%** (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase.  Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI009776



# ORANGE COVE HARDWARE, INC.

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Rd
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

SOLD TO: BANGI'S G M NURSERY
P.O. BOX 766
DEL NO, CA. 93216

ADDRESS: 105-148-60

DATE 12·20 200

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET. | PD. OUT | PURCHASE ORD. N. |
|---------|------|--------|--------|----------|------------|---------|------------------|
| | | | X | | | | Craig |

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|-------|-------------|-------|--------|
| 1 rs | SF towels | | 11 84 |
| 10 ea | Signs | 2.99 | 29 90 |
| 40 ea | 8f says | 9.75 | 390 0c |
| 2 pkg | D Battery 5 | 3.99 | 7 9 |
| 1 ea | Flashlight | | 26 99 |
| 2 ea | Flash Lights | 14.99 | 29 98 |
| 1 ea | 7 vt. 100' cord | | 26 99 |
| 2 ea | Key Lights | 3.99 | 7 98 |
| | | | 539 68 |

RECEIVED BY X _____

| TAX | 39 13 |
|------|-------|
| **TOTAL** | 578 81 |

No.628689

**A FINANCE CHARGE** at the **ANNUAL PERCENTAGE RATE OF 18%** (Monthly Rate is 1½%)
will be applied on the unpaid balance after 30 days of purchase.  Returned Merchandise is subject to a
10% restocking charge.

*Thank You!*

FILE COPY

BANGI00977

# ORANGE COVE HARDWARE, INC.

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

SOLD TO:

ADDRESS _105 - 148 80_

DATE _12 03_ 20 _04_

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET. | PD. OUT | PURCHASE ORD. NO. |
|---|---|---|---|---|---|---|---|
| GP | | | X | | | | 580 |

| QUAN. | DESCRIPTION | PRICE | AMOUNT | |
|---|---|---|---|---|
| 1 EA. | WW Glass Wax | | 6 | 79 |
| 1 EA. | Absorber | | 13 | 99 |
| 1 EA. | Air Freshner | | 2 | 29 |
| 1 EA. | Elct. Cord 2 ft | | 13 | 15 |
| 1 EA. | " 25 ft | | 9 | 99 |
| 6 RL. | Tape | .99 | 5 | 94 |
| 1 EA. | PVC cement | | 2 | 99 |
| 1 Pc | gloves #55200 | | 8 | 99 |
| 10 Ea | Red Lens Panel | 5.79 | 57 | 90 |
| 1 Pr. | #35199 gloves | | 6 | 29 |
| | | | 129 | 12 |
| | | | | |
| RECEIVED BY X | | TAX | 9 | 36 |
| | | **TOTAL** | 138 | 48 |

No. 628685

A FINANCE CHARGE at the ANNUAL PERCENTAGE RATE OF 18% (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase.  Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI009778

# ORANGE COVE HARDWARE, INC.



AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

SOLD TO: BANGI'S AG MIN OPTONS
P.O. BOX 784
DEL NO, CA. 93216

ADDRESS: 105-148-80

DATE 12-02 20 04

| QUAN. | DESCRIPTION | PRICE | AMOUNT | |
|---|---|---|---|---|
| 2 pkg | 5/16 Staples | 3.69 | 7 | 38 |
| 1 ea. | 46" Cover oil | | 29 | 99 |
| 1 ea | water Hose | | 11 | 99 |
| 1 ea. cx | soap | | 6 | 79 |
| 1 | Roll Shop towels | | 1 | 99 |
| 1 ea | Air Wick | | | 99 |
| 1 ea. | Swing | | 2 | 49 |
| 1 ea | Spiral Nozzle | | 3 | 79 |
| 5 lbs | terry cloth rags | 2.85 | 14 | 25 |
| | | | 79 | 86 |

RECEIVED BY X Card

TAX 5.58
TOTAL 85.44

No. 627905

A FINANCE CHARGE at the ANNUAL PERCENTAGE RATE OF 18% (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase.  Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI009779

# ORANGE COVE HARDWARE, INC.

True Value

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7700
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

SOLD TO:

ADDRESS

105-148-80

DATE 12-3 20 04

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET. | PD. OUT | PURCHASE ORD. NO. |
|---|---|---|---|---|---|---|---|
| CD | | | X | | | | 376 |

| QUAN. | DESCRIPTION | PRICE | AMOUNT | |
|---|---|---|---|---|
| 1 | gw Cabana paint | | 28 | 18 |
| 1 | pH paint brush | | 7 | 99 |
| 1 pr. | Atlas gloves | | 3 | 89 |
| 2 pr. | paper dust mils bags | 3.99 | 7 | 98 |
| 1 pr. | Dish Cover at # 48 | | 29 | 98 |
| 1 pr. | '' '' # 46 | | 29 | 99 |
| 2 ea | Ajoy | 1.29 | 2 | 58 |
| 1 ea | Lysol | | 1 | 79 |
| 1 ea | Bowl cleaner | | 3 | 29 |
| | | | 118 | 68 |

| RECEIVED BY | X | TAX | | 8 | 19 |
| | | **TOTAL** | | 126 | 87 |

No. 627917

A FINANCE CHARGE at the ANNUAL PERCENTAGE RATE OF 18% (Monthly Rate is 1½%)
will be applied on the unpaid balance after 30 days of purchase.  Returned Merchandise is subject to a
10% restocking charge.

*Thank You!*

FILE COPY

BANGI009780