# ORANGE COVE HARDWARE, INC.



AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

SOLD TO:

ADDRESS  105-148-80

DATE 12 8 20 04

PURCHASE ORD. NO.  576

| QUAN. | DESCRIPTION | PRICE | AMOUNT | |
|---|---|---|---|---|
| 10 | EA. 3/4 90 Elbow (SXFIP) | .39 | 3 | 90 |
| 1 | EA. Keo Hot glue | | 2 | 79 |
| 15 | EA. DRUM VALVE 3/4 | 2.49 | 37 | 35 |
| 2 | EA. E Plug, tape | 1.29 | 2 | 58 |
| 1 | EA. Elb trical Tape | | | 99 |
| 500 | pcs 5 x 7/16 Bamboo | .10 | 50 | 00 |
| | | | 97 | 81 |

SOLD BY: CASH / C.O.D. / CHARGE X / ON ACCT. / MDSE. RET. / PD. OUT

RECEIVED BY  X

| | TAX | 4 | 33 |
|---|---|---|---|
| | **TOTAL** | 102 | 14 |

# No. 628070

A **FINANCE CHARGE** at the **ANNUAL PERCENTAGE RATE OF 18%** (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase.   Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI009781

# ORANGE COVE HARDWARE, INC.



AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

SOLD TO:

ADDRESS  105-148.80

DATE 12-15 20c 4

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET. | PD. OUT | PURCHASE ORD. NO. |
|---------|------|--------|--------|----------|------------|---------|-------------------|
| | | | | | | | 577 |

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|-------|-------------|-------|--------|
| 5 | lbg  JT-21 Staples | 2.99 | 14 95 |
| ✻ 1 | ea.  8"  Flat File | | 4 79 |
| | | | 19 74 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

RECEIVED BY  X

| | TAX | | 1 18 |
|---|-----|---|------|
| | **TOTAL** | | 20 92 |

No. 628333

A FINANCE CHARGE at the ANNUAL PERCENTAGE RATE OF 18% (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase.  Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI009782

# ORANGE COVE HARDWARE, INC.

True Value

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

SOLD TO: BANGI'S

ADDRESS: P.O. BOX

DATE 12-28-2004

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET. | PD. OUT | PURCHASE ORD. NO. |
|---------|------|--------|--------|----------|------------|---------|-------------------|
| FL | | | X | | | | 579 |

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|-------|-------------|-------|--------|
| 2 | 3x5 1/8x2 Cotter pins | 6.99 | 13 98 |
| 1 | pr. work gloves | | 5 75 |
| 1 | pr. " " | | 6 75 |
| 1 | pr. " " | | 7 89 |
| 1 | dz. nylon " | | 10 85 |
| 5 | pkg 1/4 T-50 staples | 3.79 | 18 95 |
| 24 | ea. bumpers | 2.30 | 55 20 |
| 50 | ea. wheel barrow tubes | 5.95 | 297 50 |
| 5 | ea. | .25 | 1 25 |
| | | | 414 62 |
| | TAX | | 26 42 |
| | TOTAL | | 441 04 |

RECEIVED BY X

No. 628619

A **FINANCE CHARGE** at the **ANNUAL PERCENTAGE RATE OF 18%** (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI009783

# ORANGE COVE HARDWARE, INC.

**True Value**

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

BANGI'S AG W N  MENS

SOLD TO: P.O. BOX 724
DEL NO, Ca. 93216

ADDRESS

10. 115 90

DATE 12-29 20 04

PURCHASE ORD. NO. 520

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET. | PD. OUT |
|---------|------|--------|--------|----------|-----------|---------|
| CC | | | X | | | |

| QUAN. | DESCRIPTION | PRICE | AMOUNT | |
|-------|-------------|-------|--------|--|
| 10 bs. | T y cloth  e | 2.85 LB | 28 | 50 |
| 1 | mula x | | 3 | 49 |
| 1 | 30    5 | | 5 | 99 |
| 1 | | | 9 | 49 |
| 3 | rolls  Surv  Tape | 1.25 | 3 | 75 |
| 1 | | | 29 | 99 |
| 12 ea | PVC  ale adpt. | .29 | 3 | 48 |
| | | | 84 | 69 |
| | | | | |
| | | | | |

RECEIVED BY X

| TAX | 5 | 95 |
|-----|---|---|
| **TOTAL** | 90 | 64 |

## No. 628652

A FINANCE CHARGE at the ANNUAL PERCENTAGE RATE OF 18% (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase.  Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI009784

# ORANGE COVE HARDWARE, INC.



AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

SOLD TO: BANGI'S ___ ___ ___

P.O. BOX 754

DELANO, CA. 93.16

ADDRESS  10_ _ _ _ _   *105-148-80*

DATE 1-5-20 05

| SOLD BY A-53 | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET. | P.O. OUT | PURCHASE ORD. NO. |
|---|---|---|---|---|---|---|---|

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 10 | eq Shovels | 5.95 | 59 50 |
| 3 | pkg AAAA Batteries | 3.99 | 11 97 |
| 3 | pkg AA Batteries | 2.59 | 7 77 |
| 2 | Roll Trash Bags | 9.99 | 19 98 |
| | | | 99 22 |

RECEIVED BY X _____

| TAX | 7 19 |
|---|---|
| TOTAL | 106 41 |

## No. 628823

A FINANCE CHARGE at the ANNUAL PERCENTAGE RATE OF 18% (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI009785

# ORANGE COVE HARDWARE, INC.

### AG SUPPLY HEADQUARTERS
### LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 926-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

SOLD TO:

ADDRESS

DATE 11 6 20 5

PURCHASE ORD. NO. 596

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 1 | Rev 851 masks spray | | 19.98 |
| 3 | ea Spray paint | 2.99 | 8.97 |
| 1 | Dz nylon gloves | | 10.95 |
| 3 | ea spray paint | 3.29 | 9.87 |
| 1 | ea brush | | 7.49 |
| 2 | Dz work gloves | 2.95 | 5.90 |
| 1 | Pr work gloves | | 9.99 |
| 3 | ea clamp | 1.59 | 4.77 |
| 1 | ea 46R. Coverall | | 29.99 |
| 1 | ea toggle switch | | 4.75 |
| | | | 112.67 |

RECEIVED BY  X

TAX  7.12

**TOTAL**  119.79

No.628841

A FINANCE CHARGE at the ANNUAL PERCENTAGE RATE OF 18% (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase.  Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI009786

# ORANGE COVE HARDWARE, INC.



AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0646

SOLD TO:

ADDRESS

105-148-80

DATE 1-6 2005

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET. | PD. OUT | PURCHASE ORD. NO. |
|---------|------|--------|--------|----------|-----------|---------|-------------------|
| FL | | | ✗ | | | | 342 |

| QUAN. | DESCRIPTION | PRICE | | AMOUNT | |
|-------|-------------|-------|--|--------|--|
| 24 | Ctn. Plastic Ctr. | 3.49 | | 83 | 76 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

RECEIVED BY   X

| TAX | | 6 | 07 |
|-----|--|---|----|
| **TOTAL** | | 89 | 83 |

## No. 628842

A FINANCE CHARGE at the ANNUAL PERCENTAGE RATE OF 18% (Monthly Rate is 1½%)
will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a
10% restocking charge.

*Thank You!*

FILE COPY

BANGI009787

# ORANGE COVE HARDWARE, INC.



AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

SOLD TO:

ADDRESS

DATE 2-3 20 05

PURCHASE ORD. NO. 598

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET. | PD. OUT | PURCHASE ORD. NO. |
|---|---|---|---|---|---|---|---|

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 5 | ea. Tool Cooler | 4.44 | 22 20 |
| 1 | ea. 8'x10' Blue Tarp | | 3 99 |
| 1 | pr. Work Gloves | | 3 59 |
| 6 | ea. Spray paint | 2.99 | 17 94 |
| 2 | ea. Brushes | 3.29 | 6 58 |
| 2 | ea. plugs Ft   A-75305 | 8.59 | 17 18 |
| 1 | ea. Brush | | 2 99 |
| 12 | ea. Bumpers | .98 | 11 76 |
| 1 | bx. 8511 Mask (clear) | | 19.99 |
| 1 | ea.   Slide Gun w/50305 | | 23.64 |
| | | | 132 46 |
| | | TAX | 9 58 |
| | | TOTAL | 141 74 |

RECEIVED BY   X

No. 628707

A FINANCE CHARGE at the ANNUAL PERCENTAGE RATE OF 18% (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase.  Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI009788

# ORANGE COVE HARDWARE, INC.

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

SOLD TO: BANGI'S GARDENS
P.O. BOX 724
DELANO, CA. 93216

ADDRESS: 105 _____

DATE 01 02 20__

PURCHASE ORD. NO. 593

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 1 ea | long Brush | | 5.79 |
| 1 ea | nail brush | | 3.29 |
| 1 ea | Scraper | | 2.29 |
| 1 | ea. INS. Gloves | | 5.95 |
| 1 | ea. Nylon " | | 4.75 |
| 1 | ea. XL INS. Coverall | | 57.89 |
| 1 | ea. rain " | | 29.95 |
| 1 ea | Spray can bottle | | 3.79 |
| | | | 118.40 |
| | | TAX | 8.58 |
| | | TOTAL | 126.98 |

RECEIVED BY X _____

A FINANCE CHARGE at the ANNUAL PERCENTAGE RATE OF 18% (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI009789

# ORANGE COVE HARDWARE, INC.

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

SOLD TO: BANGI'S _____

ADDRESS: P.O. BOX ___
DELANO, CA. 93215

INVOICE NO. 105-148-80  DATE 01-06 2005

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET. | PO. OUT | PURCHASE ORD. NO. |
|---------|------|--------|--------|----------|-----------|---------|-------------------|
|         |      |        | X      |          |           |         |                   |

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|-------|-------------|-------|--------|
| 1 ea. | Tire Foam | | 4.29 |
| 1 ea. | Cigine Cleaner | | 3.49 |
| 1 ea. | Zip Wax | | 6.79 |
| 1 | B-3160 | | 15.75 |
| 24 | | 2.30 | 55.20 |
| | | | 85.72 |

| | | |
|--|--|--|
| RECEIVED BY X | | TAX | 2.4? |
| | | **TOTAL** | 8? ?? |

No. 628861

A FINANCE CHARGE at the ANNUAL PERCENTAGE RATE OF 18% (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase.  Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI009790

# ORANGE COVE HARDWARE, INC.

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

SOLD TO:

ADDRESS

DATE 1-6 2005

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 24 ea | safety glasso | 3.49 | 83 76 |
| 50 ea | PF saws | 9.75 | 487 50 |
| 1 ea | key ring | | 90 |
| 2 ea | 9b scissors | 13.99 | 27 98 |
| 2 ea | 141 pcs tool kits | 75.00 | 150 00 |
| | | | 750 23 |

RECEIVED BY  X

TAX  28 80
TOTAL  03

No. 628876

**A FINANCE CHARGE** at the **ANNUAL PERCENTAGE RATE OF 18%** (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI009791

# ORANGE COVE HARDWARE, INC.

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7793
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

SOLD
TO:

ADDRESS          105-148-80

DATE 01-11 20__

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET. | PD. OUT | PURCHASE ORD. NO. |
|---------|------|--------|--------|----------|------------|---------|-------------------|
| CL      |      |        | X      |          |            |         | 583               |

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|-------|-------------|-------|--------|
| 8 ea  | Clorox      | 1.59  | 12 72  |
|       |             |       |        |
|       |             |       |        |
|       |             |       |        |
|       |             |       |        |
|       |             |       |        |
|       |             |       |        |
|       |             |       |        |

RECEIVED BY   X

| TAX | . 92 |
|-----|------|
| **TOTAL** | 13 64 |

No. 628981

A FINANCE CHARGE at the ANNUAL PERCENTAGE RATE OF 18% (Monthly Rate is 1½%)
will be applied on the unpaid balance after 30 days of purchase.  Returned Merchandise is subject to a
10% restocking charge.

*Thank You!*

FILE COPY

BANGI009792

# ORANGE COVE HARDWARE, INC.

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

SOLD TO:

ADDRESS

DATE 1-1 2005

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET. | PO. OUT | PURCHASE ORD. NO. |
|---------|------|--------|--------|----------|-----------|---------|-------------------|
| L |  |  | ✓ |  |  |  |  |

| QUAN. | DESCRIPTION | PRICE | AMOUNT | |
|-------|-------------|-------|--------|--|
| 3 | Ros. 1/2 wht. Tye Tape | .69 | 5 | 52 |
| 1 | Gal. True Seal | | 11 | 95 |
| 3 | ea. Grafting Knives | 22.49 | 67 | 47 |
| | | | 84 | 94 |

| | RECEIVED BY  X | TAX | 1 | 70 |
| | | TOTAL | 86 | 64 |

No. 628977

A **FINANCE CHARGE** at the **ANNUAL PERCENTAGE RATE OF 18%** (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI009793

*Cal–Pacific Farm Management L.P.* • P.O. BOX 1141 • RICHGROVE, CA 93261-1141

174282

Date: 03/29/2005          Vendor: ORANGE          Check #: 174282

| Date | Invoice # | Description | Invoice Total | Discount | Net Paid |
|------|-----------|-------------|---------------|----------|----------|
| 03/28/2005 | 625148 | 625148 | 5,028.38 | 0.00 | 5,028.38 |
| | | **Check Totals:** | **5,028.38** | **0.00** | **5,028.38** |

Since 1947

BANGI009794

507 PARK BLVD.
ORANGE COVE, CA
93646
(559) 626-7703
FAX (559) 626-7630

LUMBER
BUILDING MATERIALS
ROOFING
(ORANGE COVE LOCATION ONLY)



**STATEMENT**

# ORANGE COVE HARDWARE INC.

TREE & VINE SUPPLIES
APPLIANCES — GIFTS — SPORTING GOODS
PAINTS — TELEVISION

17216 COUNTY LINE ROAD
DELANO, CA
93215
(661) 725-4122
FAX (661) 725-0845

**REMITTANCE STUB
PLEASE RETURN ➡**

BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA.     93216

| ACCT. NO. | 105-148-80 | CLOSING DATE | FEB 25, 05 | BAL. FWD. | 10,915.79 |
|---|---|---|---|---|---|

| DATE MO. | DAY | REFERENCE NO. | DESCRIPTION | CHARGES | CREDITS | BALANCE |
|---|---|---|---|---|---|---|
| 2 | 22 | 631323 | INVOICE | 4.52 | | 10,920.31 |
| 2 | 23 | 631459 | INVOICE | 43.89 | | 10,964.20 |
| 2 | 25 | 631611 | INVOICE | 53.75 | | 11,017.95 |
| 2 | 25 | 631631 | INVOICE | 77.31 | | 11,095.26 |
| 2 | 25 | 631665 | INVOICE | 8.93 | | 11,104.19 |
| 2 | 25 | 625148 | PAYMENT-THANK YOU | | 6,075.81 | 5,028.38 |

| PAGE NO. 2 | 90 DAYS & OVER | OVER 60 DAYS | OVER 30 DAYS | CURRENT 5,028.38 | BALANCE 5,028.38 |
|---|---|---|---|---|---|

PURCHASES AND PAYMENTS MADE AFTER THE 25th OF THE MONTH WILL APPEAR ON YOUR NEXT STATEMENT.
A FINANCE CHARGE at the ANNUAL PERCENTAGE RATE OF 18% (Monthly Rate is 1½%) will be applied on the
unpaid balance after 30 days of purchase.

BANGI009795

# ORANGE COVE HARDWARE, INC.



AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

SOLD TO: BANGI'S AG M N PUMPS
P.O. BOX 744
DEL NO, CA. 93216

ADDRESS: 105 ... 0

DATE 2-10 20 05

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET. | PD. OUT | PURCHASE ORD. NO. |
|---------|------|--------|--------|----------|-----------|---------|-------------------|
| X       |      |        | X      |          |           |         | 610               |

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|-------|-------------|-------|--------|
| 1 | ea 3/8 x 1/2 poly nipple | | 91 |
| 1 | ea 3/8 poly Elbow | | 1.73 |
| 1 | ea 3/8 1-ce Nozzle | | 1.79 |
| | | | 4.43 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

RECEIVED BY X

TAX .09
TOTAL 4 52

No. 631323

A **FINANCE CHARGE** at the **ANNUAL PERCENTAGE RATE OF** 18% (Monthly Rate is 1½%)
will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a
10% restocking charge.

*Thank You!*

FILE COPY

BANGI009796

# ORANGE COVE HARDWARE, INC.



AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93866
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

SOLD TO: BANGI'S AG MANAGERS
P.O. BOX 764
DELANO, CA. 93216

ADDRESS: 105 ___ D

DATE 2-23 20__

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET. | PD. OUT | PURCHASE ORD. NO. |
|---------|------|--------|--------|----------|-----------|---------|-------------------|
| C.P. | | | X | | | | 609 |

| QUAN. | DESCRIPTION | PRICE | | AMOUNT | |
|-------|-------------|-------|---|--------|---|
| 1 | one milon gloves | | | 10 | 95 |
| 3 | Roll trash Bags | 9 | 99 | 29 | 97 |
| | | | | | |
| | | | | 40 | 92 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

RECEIVED BY X _____ | TAX | 2 | 97 |
| **TOTAL** | 43 | 89 |

## No. 631459

A **FINANCE CHARGE** at the **ANNUAL PERCENTAGE RATE OF 18%** (Monthly Rate is 1½%)
will be applied on the unpaid balance after 30 days of purchase.  Returned Merchandise is subject to a
10% restocking charge.

*Thank You!*

FILE COPY

BANGI009797

# ORANGE COVE HARDWARE, INC.



AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd. }
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

SOLD TO: BANGI'S GIN MANCHLMENS
P.O. BOX 724
DELANO, CA. 93216

ADDRESS

DATE 02-25 2005

PURCHASE ORD. NO. 619

| SOLD BY | CASH | C.O.D. | CHARGE X | ON ACCT. | MDSE. RET. | PO. OUT |
|---------|------|--------|----------|----------|------------|---------|

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|-------|-------------|-------|--------|
| 1 EA. | A10 # 8086 light | | 12 69 |
| 1 EA. | 25 ft Cxd. cord | | 17 99 |
| 1 EA. | Paint Brush | | 5 49 |
| 1 EA. | 3 outlet cord | | 13 95 |
| | | | 50 12 |

| RECEIVED BY X | | TAX | 3 63 |
|---------------|--|-----|------|
| | | **TOTAL** | 53 75 |

No. 631611

A **FINANCE CHARGE** at the **ANNUAL PERCENTAGE RATE OF 18%** (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase.  Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI009798

# ORANGE COVE HARDWARE, INC.

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

SOLD TO:

ADDRESS

DATE 2-25 20 5

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET. | PD. OUT | PURCHASE ORD. NO. |
|---------|------|--------|--------|----------|------------|---------|-------------------|
|         |      |        | X      |          |            |         | 620               |

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|-------|-------------|-------|--------|
| 1 gal | Aqua gray primer |  | 16.59 |
| 1 gal | Aqua white Base |  | 24.68 |
| 1 gal | Aqua J.D. Green |  | 26.83 |
| 2 pr | chemical gloves | 1 99 | 3 98 |
|  |  |  | 72 08 |

RECEIVED BY   X

| TAX | 5 | 23 |
| TOTAL | 77 | 31 |

No. 631631

A **FINANCE CHARGE** at the **ANNUAL PERCENTAGE RATE OF 18%** (Monthly Rate is 1½%)
will be applied on the unpaid balance after 30 days of purchase.   Returned Merchandise is subject to a
10% restocking charge.

*Thank You!*

FILE COPY

BANGI009799

# ORANGE COVE HARDWARE, INC.

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7830

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

SOLD TO: BANGI'S GUN SHOP

P.O. BOX 764

ORLAND, CA. 73216

ADDRESS: 108 ___ 0

DATE 2-25 20 0

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET. | PO. OUT | PURCHASE ORD. NO. |
|---------|------|--------|--------|----------|------------|---------|-------------------|
| C-Y     |      |        | X      |          |            |         | JKey              |

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|-------|-------------|-------|--------|
| 7 | Rolls Survivor Tape | 1.25 | 8 75 |
|   |             |       |      |
|   |             |       |      |
|   |             |       |      |
|   |             |       |      |
|   |             |       |      |
|   |             |       |      |
|   |             |       |      |
|   |             |       |      |
| RECEIVED BY  X |        | TAX | 18 |
|              |        | TOTAL | 8 93 |

No. 631665

A FINANCE CHARGE at the ANNUAL PERCENTAGE RATE OF 18% (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI009800

# ORANGE COVE HARDWARE, INC.



AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0945

SOLD
TO: *Bange's*

ADDRESS

DATE *2 25 05*

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET. | PD. OUT | PURCHASE ORD. NO. |
|---------|------|--------|--------|----------|-----------|---------|-------------------|

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|-------|-------------|-------|--------|
| | *Payment* | | *1007581* |
| *1680441* | | | |
| | | | |
| | | | |
| | | | |
| | *105·148·80* | | |
| | | | |

RECEIVED BY   X

TAX

TOTAL   *1007581*

# No. 625148

A **FINANCE CHARGE** at the **ANNUAL PERCENTAGE RATE OF 18%** (Monthly Rate is 1½%)
will be applied on the unpaid balance after 30 days of purchase.  Returned Merchandise is subject to a
10% restocking charge.

*Thank You!*

FILE COPY

BANGI009801

BANGI009802

507 PARK BLVD.
ORANGE COVE, CA
93646
(559) 626-7703
FAX (559) 626-7630
LUMBER
BUILDING MATERIALS
ROOFING
(ORANGE COVE LOCATION ONLY)

**STATEMENT**

# ORANGE COVE HARDWARE INC.

TREE & VINE SUPPLIES
APPLIANCES — GIFTS — SPORTING GOODS
PAINTS — TELEVISION

17216 COUNTY LINE ROAD
DELANO, CA
93215
(661) 725-4122
FAX (661) 725-0845

**REMITTANCE STUB**
**PLEASE RETURN**

**MAIL PAYMENT TO**

ORANGE COVE HARDWARE INC.
P. O. BOX 368
ORANGE COVE, CA. 93646

BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA.      93216

CUSTOMER'S NAME
BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA.      93216

| ACCT. NO. | 105-148-80 | CLOSING DATE | FEB 25, 05 | BAL. FWD. | 6,075.81 |
|---|---|---|---|---|---|

| ACCOUNT NO. | CLOSING DATE |
|---|---|
| 105-148-80 | FEB 25, 2005 |
| CHECK NUMBER | AMOUNT PAID |

| DATE MO. | DAY | REFERENCE NO. | DESCRIPTION | CHARGES | CREDITS | BALANCE |
|---|---|---|---|---|---|---|
| 2 | 1 | 629280 | INVOICE | 81.99 | | 6,157.80 |
| 2 | 9 | 629903 | INVOICE | 138.45 | | 6,296.25 |
| 2 | 9 | 630127 | INVOICE | 2,516.02 | | 8,812.27 |
| 2 | 9 | 630220 | INVOICE | 92.32 | | 8,904.59 |
| 2 | 11 | 629808 | INVOICE | 75.93 | | 8,980.52 |
| 2 | 14 | 629739 | INVOICE | 36.40 | | 9,016.92 |
| 2 | 14 | 629746 | INVOICE | 91.23 | | 9,108.15 |
| 2 | 14 | 629757 | INVOICE | 18.02 | | 9,126.17 |
| 2 | 14 | 629777 | INVOICE | 68.10 | | 9,194.27 |
| 2 | 14 | 629883 | INVOICE | 97.09 | | 9,291.36 |
| 2 | 14 | 630024 | INVOICE | 81.79 | | 9,373.15 |
| 2 | 14 | 630072 | INVOICE | 62.42 | | 9,435.57 |
| 2 | 14 | 630207 | INVOICE | 39.58 | | 9,475.15 |
| 2 | 16 | 630612 | INVOICE | 1,050.30 | | 10,525.45 |
| 2 | 17 | 629622 | INVOICE | 154.47 | | 10,679.92 |
| 2 | 17 | 629726 | INVOICE | 66.75 | | 10,746.67 |
| 2 | 21 | 630590 | INVOICE | 125.59 | | 10,872.26 |
| 2 | 21 | 630651 | INVOICE | 43.53 | | 10,915.79 |

**PLEASE RETURN COMPLETE RIGHT HAND STUB**

INDICATE ANY CHANGE
OF BILLING INSTRUCTIONS:

| 1 | | | | | |
|---|---|---|---|---|---|
| PAGE NO. | 90 DAYS & OVER | OVER 60 DAYS | OVER 30 DAYS | CURRENT | **BALANCE** |

PURCHASES AND PAYMENTS MADE AFTER THE 25th OF THE MONTH WILL APPEAR ON YOUR NEXT STATEMENT.
A FINANCE CHARGE at the ANNUAL PERCENTAGE RATE OF 18% (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase.



FAILURE TO PAY SERVICE CHARGES WHEN BILLED
MAY RESULT IN SUSPENSION OF CREDIT.

# ORANGE COVE HARDWARE, INC.

*True Value*

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7709
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0846

SOLD TO: BANGI'S AG MANGEMENS
P.O. BOX 784
DELANO, CA. 43216

ADDRESS

DATE _____ 20__

PURCHASE ORD. NO. **592**

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 1 ea. | 18×1 Ratchet Tie down | | 4 75 |
| 1 ea. | Tree cackle | | 4 44 |
| 1 | A. P. wner | | 14 29 |
| 1 gx | 8511 mask spray | | 19 99 |
| 4 ea | Hinges 8" | 3.95 | 15 80 |
| 1 ea | eye Bolt | | 79 |
| 1 gal | Antifreeze | | 5 99 |
| | | | 1 99 |
| | 1 87    8 bron | | 3 99 |
| | | | 5 29 |
| | | | 77 52 |

RECEIVED BY X _Albt Cano_

| TAX | 4 47 |
|---|---|
| **TOTAL** | 81 99 |

## No. 629280

A **FINANCE CHARGE** at the **ANNUAL PERCENTAGE RATE OF 18%** (Monthly Rate is 1½%)
will be applied on the unpaid balance after 30 days of purchase.   Returned Merchandise is subject to a
10% restocking charge.

*Thank You!*

FILE COPY

BANGI009803

# ORANGE COVE HARDWARE, INC.

**True Value**

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

807 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

SOLD TO: BANGI'S G N N SIGNS
P.O. BOX 744
DEL NO, CA. 93216

ADDRESS: 10

DATE: 2-1- 2005

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET. | PD. OUT | PURCHASE ORD. NO. |
|---------|------|--------|--------|----------|------------|---------|-------------------|
| | | | ✓ | | | | |

| QUAN. | DESCRIPTION | PRICE | AMOUNT | |
|-------|-------------|-------|--------|---|
| 1 ea | shovel | | 5 | 95 |
| 3 | Ws | 6 49 | 19 | 47 |
| 2 | | 5 49 | 10 | 98 |
| 1 | | | 3 | 54 |
| 1 | | | 24 | 30 |
| 1 EA | P106 22 | | 33 | 75 |
| 1 ea | | | 6 | 99 |
| 1 ea | | | . | 99 |
| 1 ea | | | 1 | 99 |
| 1 ea | | | 9 | 47 |
| 1 ea | | | 13 | 99 |
| | | | 131 | 04 |

RECEIVED BY X Abbor C Bangi

| | | | |
|---|---|---|---|
| TAX | | 7 | 41 |
| **TOTAL** | | 138 | 45 |

## No.629903

A **FINANCE CHARGE** at the **ANNUAL PERCENTAGE RATE OF 18%** (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI009804

# ORANGE COVE HARDWARE, INC.



AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

SOLD TO: BANGI'S  G . N . . . .  N3
P.O. BOX . . .
DEL NO, CA, . . .16

48.42
3.15

ADDRESS  10. . . .

DATE 2-07 20 8

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET. | PD. OUT | PURCHASE ORD. NO. |
|---|---|---|---|---|---|---|---|
| L |  |  |  |  |  |  | 608 |

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 1 | . . . . . . . | | 12 . . |
| 40 | ea  6150 Loppers | 39.85 | 1594 00 |
| 1 | pr.  work gloves | | 3 89 |
| 1 | pr.  pvc gloves | | 2 95 |
| 20 | ea  6150 Loppers | 39.85 | 797 00 |
| 1 | ea  wheel Jack | | 29 99 |
| 1 | ea  Quick link | | 1 69 |
| 6 | ea  31" tiedowns | 2.49 | 14 94 |
| | | | 2464 45 |

RECEIVED BY  X . . . .

| TAX | 51 57 |
|---|---|
| **TOTAL** | 2516 02 |

No.630127

A **FINANCE CHARGE** at the **ANNUAL PERCENTAGE RATE OF 18%** (Monthly Rate is 1½%)
will be applied on the unpaid balance after 30 days of purchase.   Returned Merchandise is subject to a
10% restocking charge.

*Thank You!*

FILE COPY

BANGI009805

# ORANGE COVE HARDWARE, INC.

### AG SUPPLY HEADQUARTERS
### LUMBER AND BUILDING MATERIALS
### (Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

SOLD TO:

ADDRESS

*105-148-80*

DATE ___ 8 20

| SOLD BY | CASH | C.O.D. | CHARGE X | ON ACCT. | MDSE. RET. | PD. OUT | PURCHASE ORD. NO. 603 |
|---|---|---|---|---|---|---|---|

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 1 EA | | | 1 19 |
| 1 | | | 5 29 |
| 24 | | 2.4 | 62 |
| 36 | Bumpers | 2.30 | 82 80 |
| 10 | | .15 | 1 50 |
| | | | 90 20 |
| | | | |
| | | | |
| | | | |
| | | | |

| RECEIVED BY X | TAX | 2 12 |
|---|---|---|
| | **TOTAL** | 92 32 |

# No. 630220

A **FINANCE CHARGE** at the **ANNUAL PERCENTAGE RATE OF 18%** (Monthly Rate is 1½%)
will be applied on the unpaid balance after 30 days of purchase.  Returned Merchandise is subject to a
10% restocking charge.

*Thank You!*

FILE COPY

BANGI009806

# ORANGE COVE HARDWARE, INC.

True Value

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7830

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

*105 - 148 - 80*

SOLD TO: BANGI...  G . . . . . . . .NS
P.O. BOX 7...
DELANO, CA, 93215

ADDRESS
105 1. . . .

DATE 1-21- 2005

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET. | PD. OUT | PURCHASE ORD. NO. |
|---------|------|--------|--------|----------|------------|---------|-------------------|

| QUAN. | DESCRIPTION | PRICE | | AMOUNT | |
|-------|-------------|-------|---|--------|---|
| 24 ea | Safety glasses | 2 | 95 | 70 | 80 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

RECEIVED BY X

| TAX | 5 | 13 |
|-----|---|----|
| **TOTAL** | 75 | 93 |

No. 629808

A **FINANCE CHARGE** at the **ANNUAL PERCENTAGE RATE OF 18%** (Monthly Rate is 1½%)
will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a
10% restocking charge.

*Thank You!*

FILE COPY

BANGI009807

# ✳ ORANGE COVE HARDWARE, INC.

### AG SUPPLY HEADQUARTERS
### LUMBER AND BUILDING MATERIALS
### (Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

SOLD TO:

ADDRESS

DATE 01. 7 8 2005

PURCHASE ORD. NO. 611

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET. | PO. OUT |
|---------|------|--------|--------|----------|-----------|---------|
| | | | ✓ | | | |

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|-------|-------------|-------|--------|
| 1 Gl | 1001 Gate | | 4 44 |
| 10 ? | logs | 2.93 | 29 50 |
| | | | 33 94 |

| RECEIVED BY | X | TAX | 2 46 |
|-------------|---|-----|------|
| | | **TOTAL** | 36 40 |

No. 629739

A FINANCE CHARGE at the ANNUAL PERCENTAGE RATE OF 18% (Monthly Rate is 1½%)
will be applied on the unpaid balance after 30 days of purchase.  Returned Merchandise is subject to a
10% restocking charge.

*Thank You!*

FILE COPY

BANGI009808

# ☀ ORANGE COVE HARDWARE, INC.

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7650

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

SOLD TO:

ADDRESS

DATE 01 - 28 2005

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET. | PD. OUT | PURCHASE ORD. NO. |
|---------|------|--------|--------|----------|-----------|---------|-------------------|
|         |      |        | X      |          |           |         | 611               |

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|-------|-------------|-------|--------|
| 1 pr | Chem Bolt |  | 7 49 |
| 1 pr | gloves |  | 4 75 |
| 1 pr | gauge |  | 14 |
| 1 ea | Zip Wax |  | 6 79 |
| 1 ea | Harm oxel |  | 10 99 |
| 1 ea | Power clean up thud |  | 1 99 |
| 1 ea | WD 40 |  | 1 79 |
| 1 ea | Empty bottle |  | 3 89 |
| 1 ea | Tool Sale |  | 4 44 |
| 1 ea | Clean plastic |  | 28 18 |
| 1 pr | Fuses |  | 2 49 |
|  |  |  | 87 05 |

RECEIVED BY  X

| TAX | 6 | 17 |
|-----|---|----|
| **TOTAL** | 91 | 23 |

# No.629746

A FINANCE CHARGE at the ANNUAL PERCENTAGE RATE OF 18% (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase.  Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI009809

# ORANGE COVE HARDWARE, INC.

**AG SUPPLY HEADQUARTERS**
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7638

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0945

SOLD TO: BANGI'S AG MEN GREENS
P.O. BOX 724
DELANO, CA. 93216

ADDRESS: 105

DATE: 01 06 2005

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET. | PD. OUT | PURCHASE ORD. NO. |
|---------|------|--------|--------|----------|------------|---------|-------------------|
| G,C | | | X | | | | KNIG |

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|-------|-------------|-------|--------|
| 6 re | Logo Aprons | 7 80 | 16 80 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

RECEIVED BY

| | TAX | 1 22 |
|--|-----|------|
| | **TOTAL** | 18 02 |

No. 629757

A FINANCE CHARGE at the ANNUAL PERCENTAGE RATE OF 18% (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI009810

# ORANGE COVE HARDWARE, INC.



AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

SOLD TO: BANGI'S O W N ___ NS
          ...O. BOX ...
          ...ELI NO, CA. ...

ADDRESS 105-148-80

DATE 1-29 2005

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET. | PD. OUT | PURCHASE ORD. NO. |
|---------|------|--------|--------|----------|-----------|---------|-------------------|
| FL      |      |        |        |          |           |         | 603               |

| QUAN. | DESCRIPTION | PRICE | | AMOUNT | |
|-------|-------------|-------|---|--------|---|
| 6 gal. | Bleach | 1 | 59 | 9 | 54 |
| 2 gal. | Degreaser | 8 | 49 | 16 | 98 |
| 6 1gal | Clorox | 1 | 59 | 9 | 54 |
| 2 1gal | Super Cleaner | 8 | 95 | 17 | 90 |
| 6 1gal | Clorox | 1 | 59 | 9 | 54 |
|        |             |   |    | 63 | 50 |

| RECEIVED BY | X | TAX | 4 | 60 |
|-------------|---|-----|---|----|
|             |   | TOTAL | 68 | 10 |

No. 629777

A FINANCE CHARGE at the ANNUAL PERCENTAGE RATE OF 18% (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI009811

# ORANGE COVE HARDWARE, INC.

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

*Roger*

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7690

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

SOLD TO: P.O. BOX 749
LELANO, CA. 93216

ADDRESS: 109 1? ?0

DATE 02-0? 20 05

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET. | PD. OUT | PURCHASE ORD. NO. |
|---------|------|--------|--------|----------|------------|---------|-------------------|
| CC | | | X | | | | 617 |

| QUAN. | DESCRIPTION | PRICE | AMOUNT | |
|-------|-------------|-------|--------|--|
| 1 ea. | cabe tes | | 2 | 45 |
| 1 pkg. | light bulbs | | 1 | 79 |
| 20 ea. | grase refills | 2.05 | 41 | 00 |
| 4 ea. | S. C. keys | 1.49 | 5 | 96 |
| 2 ea. | D.C. keys | 1.99 | 3 | 98 |
| 6 ea. | | 2.99 | 17 | 94 |
| 3 ea. | cable clamps | .59 | 1 | 78 |
| 1 ea. | | | 10 | 79 |
| 1 ea. | Hook | | | |
| 1 ea. | Note pad | | 1 | ?? |
| | | | 90 | 53 |

RECEIVED BY X

| TAX | 6 | 56 |
|-----|---|----|
| **TOTAL** | 97 | 09 |

No. 629883

A FINANCE CHARGE at the ANNUAL PERCENTAGE RATE OF 18% (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase.  Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI009812

# ORANGE COVE HARDWARE, INC.



AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

SOLD TO: BANGI'S ...

ADDRESS

DATE 2-3 20 0 5

| SOLD BY | CASH | C.O.D. | CHARGE X | ON ACCT. | MDSE. RET. | PD. OUT | PURCHASE ORD. NO. 613 |
|---|---|---|---|---|---|---|---|

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 2 | Clamp | | 18 |
| 2 ea | Clamp | | 1 98 |
| 1 gal | chrom-aclad gloss Black | | 28 18 |
| 1 ea | Paint reducer | | 15 95 |
| 1 ea | Paint Brush | | 3 49 |
| 1 ea | Paint Brush | | 5 49 |
| 1 gal | chroma gray primer | | 19 99 |
| | | | 76 26 |

| RECEIVED BY X | TAX | 5 53 |
|---|---|---|
| | **TOTAL** | 81 79 |

No.630024

A **FINANCE CHARGE** at the **ANNUAL PERCENTAGE RATE OF 18%** (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase.  Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI009813

# ORANGE COVE HARDWARE, INC.

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0846

SOLD TO: BANGI'S ...

ADDRESS

DATE 02 04 2005

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET. | PD. OUT | PURCHASE ORD. NO. |
|---------|------|--------|--------|----------|-----------|---------|-------------------|
| GC | | | X | | | | 615 |

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|-------|-------------|-------|--------|
| 6 lbs. | Bolts | 2 59 | 15 54 |
| 5 lbs. | Nut / washers / locks | 2.19 | 10 95 |
| 14 ea | Eye bolts | 38 | 5 32 |
| | Ins. stoles | | 5 75 |
| 1 ea. | brooms | | 9 49 |
| 1 ea. | nylon stoles | | 10 95 |
| | | | 58 20 |
| | | TAX | 4 22 |
| | | **TOTAL** | 62 42 |

RECEIVED BY X

No. 630072

A **FINANCE CHARGE** at the **ANNUAL PERCENTAGE RATE OF 18%** (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase.  Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI009814

# ORANGE COVE HARDWARE, INC.

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

607 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

SOLD TO: BANGI'S ........

ADDRESS:

DATE: _____ 20__

| SOLD BY | CASH | C.O.D. | CHARGE* | ON ACCT. | MDSE. RET. | P.O. OUT | PURCHASE ORD. NO. |
|---------|------|--------|---------|----------|------------|----------|-------------------|
|         |      |        | X       |          |            |          | 616               |

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|-------|-------------|-------|--------|
| 10 | Box ........ | 3 69 | 36 90 |
|   |   |   |   |
|   |   |   |   |
|   |   |   |   |
|   |   |   |   |
|   |   |   |   |
|   |   |   |   |
|   |   |   |   |
|   |   |   |   |
|   |   |   |   |
|   |   |   |   |

RECEIVED BY: X

| TAX | 2 | 68 |
|-----|---|----|
| **TOTAL** | 39 | 58 |

No. 630207

A FINANCE CHARGE at the ANNUAL PERCENTAGE RATE OF 18% (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI009815

# ORANGE COVE HARDWARE, INC.

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

SOLD TO: BANGI... ...
P.O. BOX ...
DEL NO, CA, 93216

ADDRESS: 10... 105-148-80

DATE 2-16 20 0...

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET. | PD. OUT | PURCHASE ORD. NO. |
|---------|------|--------|--------|----------|------------|---------|-------------------|

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|-------|-------------|-------|--------|
| 1 | CASE Fruit Caps | 1399 | 979 30 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

RECEIVED BY  X  _Larry Nava rra_   TAX  71 00

TOTAL  1050 90

No. 630612

A **FINANCE CHARGE** at the **ANNUAL PERCENTAGE RATE OF 18%** (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI009816

# ORANGE COVE HARDWARE, INC. CC:S

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

SOLD TO: P.O. BOX

ADDRESS: 105-148-80

DATE 01 26 20 05

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET. | PD. OUT | PURCHASE ORD. NO. |
|---|---|---|---|---|---|---|---|
| | | | ✓ | | | | Maria |

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 1 | | | 14 3 |
| 1 | | | 2 |
| 2 | | 3.20 | 6 40 |
| | | | 5 06 |
| 1 | wood chisel | | 10 99 |
| 3 | Blade saw | 3.79 | 11 97 |
| 1 | | | |
| 1 | | | 44 99 |
| 1 | | | 10 75 |
| 1 | | | 14 95 |
| | | | 144 03 |

| RECEIVED BY | X | TAX | 10 44 |
|---|---|---|---|
| | | **TOTAL** | 154 47 |

No. 629622

A **FINANCE CHARGE** at the **ANNUAL PERCENTAGE RATE OF 18%** (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase.  Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI009817

# ORANGE COVE HARDWARE, INC.

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7680

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0645

SOLD TO:
ADDRESS

105-148 8-80

DATE 7 20

| SOLD BY | CASH | C.O.D. | CHARGE X | ON ACCT. | MDSE. RET. | PD. OUT | PURCHASE ORD. NO. | |
|---|---|---|---|---|---|---|---|---|

| QUAN. | DESCRIPTION | PRICE | AMOUNT | |
|---|---|---|---|---|
| 1 pr. | Shoe Laces | | 15 | 99 |
| 3 ea. | brush | .59 | 1 | 18 |
| 1 ea. | | | 3 | 99 |
| .5 | lbs 1/4 x 1 Hex bolts | 2.59 | 1 | 30 |
| 1.5 | lbs 1/4 x Hex flat, lock | 2.19 | 3 | 29 |
| 1 ea. | Brush | | | 79 |
| 1 ea. | Brush | | | 95 |
| 1 ea. | | | 29 | 99 |
| 4 ea. | Paint brushes 1" | 1.19 | 4 | 76 |
| | | | 62 | 24 |
| | RECEIVED BY X | TAX | 4 | 51 |
| | | TOTAL | 66 | 75 |

No.629726

A FINANCE CHARGE at the ANNUAL PERCENTAGE RATE OF 18% (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI009818

# ORANGE COVE HARDWARE, INC.

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

SOLD TO:

ADDRESS

DATE 2-10 20 01

PURCHASE ORD. NO. 607

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|-------|-------------|-------|--------|
| 1 cs | Aqua Keeper | | 82.99 |
| 1 box | Nylon gloves | | 10.95 |
| 1 pair | boots | 9.99 | 9.99 |
| 1 box | Clorox | 1.59 | 3.18 |
| 1 hand save set | | | 9.99 |
| | | | 117.10 |

RECEIVED BY   X

TAX   8.49

TOTAL   125.59

No.630590

A FINANCE CHARGE at the ANNUAL PERCENTAGE RATE OF 18% (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI009819

# ❀ ORANGE COVE HARDWARE, INC.

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

SOLD TO: BANGI'S AG MANAGING
P.O. BOX 724
DELANO, CA. 93216

ADDRESS: 105

DATE: 02-17-2005

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET. | P.O. OUT | PURCHASE ORD. NO. |
|---|---|---|---|---|---|---|---|
| C,C | | | X | | | | 606 |

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 11 pkg. | 1/4" Staples T50 | 3.69 | 40 59 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

RECEIVED BY: X

TAX 2 94

TOTAL 43 53

No. 630651

A FINANCE CHARGE at the ANNUAL PERCENTAGE RATE OF 18% (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI009820

# ORANGE COVE HARDWARE, INC.

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

SOLD TO: DELANO FARMS CO.
10025  REED RD.
DELANO, CA. 93215

ADDRESS

DATE 12-23-2005

PURCHASE ORD. NO. 25089

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|-------|-------------|-------|--------|
| 20 K. | Green kwik ties | | |
| 60 EA. | Aprons | 1.95 | |

RECEIVED BY X

TAX

TOTAL

No. 654560

A FINANCE CHARGE at the ANNUAL PERCENTAGE RATE OF 18% (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase.  Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

CUSTOMER'S COPY

BANGI009821

*Cal-Pacific Farm Management L.P.* • P.O. BOX 1141 • RICHGROVE, CA 93261-1141

**178754**

Date: 04/20/2005          Vendor: ORANGE          Check #: 178754

| Date | Invoice # | Description | Invoice Total | Discount | Net Paid |
|------|-----------|-------------|---------------|----------|----------|
| 04/20/2005 | 619029 | 619029 | 2,405.59 | 0.00 | 2,405.59 |
| | | **Check Totals:** | **2,405.59** | **0.00** | **2,405.59** |

*Since 1947*

BANGI009822

507 PARK BLVD.
ORANGE COVE, CA
93646
(559) 626-7703
FAX (559) 626-7630

LUMBER
BUILDING MATERIALS
ROOFING
(ORANGE COVE LOCATION ONLY)



**STATEMENT**

# ORANGE COVE HARDWARE INC.

TREE & VINE SUPPLIES
APPLIANCES — GIFTS — SPORTING GOODS
PAINTS — TELEVISION

17216 COUNTY LINE ROAD
DELANO, CA
93215
(661) 725-4122
FAX (661) 725-0845

**REMITTANCE STUB
PLEASE RETURN →**

BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA.      93216

| ACCT. NO. | 105-148-80 | CLOSING DATE | MAR 31, 05 | BAL. FWD. | 7,365.96 |
|---|---|---|---|---|---|

| DATE MO. | DAY | REFERENCE NO. | DESCRIPTION | CHARGES | CREDITS | BALANCE |
|---|---|---|---|---|---|---|
| 3 | 31 | 636132 | INVOICE | 68.01 | | 7,433.97 |
| 3 | 31 | 619029 | PAYMENT-THANK YOU | | 5,028.38 | 2,405.59 |

| PAGE NO. 2 | 90 DAYS & OVER | OVER 60 DAYS | OVER 30 DAYS | CURRENT 2,405.59 | BALANCE 2,405.59 |
|---|---|---|---|---|---|

PURCHASES AND PAYMENTS MADE AFTER THE 25th OF THE MONTH WILL APPEAR ON YOUR NEXT STATEMENT.
A FINANCE CHARGE at the ANNUAL PERCENTAGE RATE OF 18% (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase.

BANGI009823

# ORANGE COVE HARDWARE, INC.



AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7638

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0846

SOLD TO: P.O. BOX 724
LELANO, CA. 93216

ADDRESS: 102 ...

DATE 3·31 20 05

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET. | PO. OUT | PURCHASE ORD. NO. |
| --- | --- | --- | --- | --- | --- | --- | --- |
| AS | | | ✓ | | | | 636 |

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
| --- | --- | --- | --- |
| 8 ea | Spray paint | 1.99 | 15.92 |
| 5 ea | Spray paint | 2.99 | 14.95 |
| 1 pr. | chemical gloves | | 4.99 |
| 1 ea | work gloves | | 1.25 |
| 2 pkg | glue plugins | 3.49 | 6.98 |
| 1 roll | trash bags | | 9.99 |
| 1 ea | 1½ x 1½ poly nipple | | 2.15 |
| 1 ea | 1" 90'st ell poly | | 3.59 |
| 1 ea | 1" 90'st elbow | | 3.59 |
| | | | |
| | | | 63.44 |
| RECEIVED BY X | | TAX | 4.60 |
| | | **TOTAL** | 68.04 |

No.636132

A FINANCE CHARGE at the ANNUAL PERCENTAGE RATE OF 18% (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI009824

# ORANGE COVE HARDWARE, INC.

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

SOLD
TO: *Bang´s*

ADDRESS

DATE ____ / ____ / 20 ____

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET. | P.O. OUT | PURCHASE ORD. NO. |
|---|---|---|---|---|---|---|---|

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| | *Payment* | | 522830 |
| | 174,982 | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | 105-148-00 | | |
| | | | |

RECEIVED
BY  X

TAX

TOTAL   522830

No. 619029

**A FINANCE CHARGE** at the **ANNUAL PERCENTAGE RATE OF 18%** (Monthly Rate is 1½%)
will be applied on the unpaid balance after 30 days of purchase.  Returned Merchandise is subject to a
10% restocking charge.

*Thank You!*

FILE COPY

BANGI009825

507 PARK BLVD.
ORANGE COVE, CA
93646
(559) 626-7703
FAX (559) 626-7630
LUMBER
BUILDING MATERIALS
ROOFING
(ORANGE COVE LOCATION ONLY)

## STATEMENT
# ORANGE COVE HARDWARE INC.
TREE & VINE SUPPLIES
APPLIANCES — GIFTS — SPORTING GOODS
PAINTS — TELEVISION

17216 COUNTY LINE ROAD
DELANO, CA
93215
(661) 725-4122
FAX (661) 725-0845

**REMITTANCE STUB PLEASE RETURN**

**MAIL PAYMENT TO**

ORANGE COVE HARDWARE INC.
P. O. BOX 368
ORANGE COVE, CA. 93646

BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA.       93216

CUSTOMER'S NAME
BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA.       93216

| ACCT. NO. | 105-148-80 | CLOSING DATE | MAR 31, 05 | BAL. FWD. | 5,028.38 |
|---|---|---|---|---|---|

| ACCOUNT NO. | CLOSING DATE |
|---|---|
| 105-148-80 | MAR 31, 2005 |

| CHECK NUMBER | AMOUNT PAID |
|---|---|

**PLEASE RETURN COMPLETE RIGHT HAND STUB**

INDICATE ANY CHANGE
OF BILLING INSTRUCTIONS:

| DATE MO. | DAY | REFERENCE NO. | DESCRIPTION | CHARGES | CREDITS | BALANCE |
|---|---|---|---|---|---|---|
| 3 | 4 | 631905 | INVOICE | 27.51 | | 5,055.89 |
| 3 | 7 | 630754 | INVOICE | 79.10 | | 5,134.99 |
| 3 | 8 | 629919 | INVOICE | 37.17 | | 5,172.16 |
| 3 | 8 | 630725 | INVOICE | 474.58 | | 5,646.74 |
| 3 | 16 | 630763 | INVOICE | 117.61 | | 5,764.35 |
| 3 | 16 | 631742 | INVOICE | 35.61 | | 5,799.96 |
| 3 | 19 | 631287 | INVOICE | 78.09 | | 5,878.05 |
| 3 | 19 | 632026 | INVOICE | 98.87 | | 5,976.92 |
| 3 | 19 | 632031 | INVOICE | 15.93 | | 5,992.85 |
| 3 | 19 | 632067 | INVOICE | 72.61 | | 6,065.46 |
| 3 | 21 | 632093 | INVOICE | 121.07 | | 6,186.53 |
| 3 | 22 | 630768 | INVOICE | 107.31 | | 6,293.84 |
| 3 | 22 | 631856 | INVOICE | 194.22 | | 6,488.06 |
| 3 | 22 | 632163 | INVOICE | 136.46 | | 6,624.52 |
| 3 | 25 | 632300 | INVOICE | 623.05 | | 7,247.57 |
| 3 | 26 | 631322 | INVOICE | 86.92 | | 7,334.49 |
| 3 | 28 | 632374 | INVOICE | 18.72 | | 7,353.21 |
| 3 | 30 | 632458 | INVOICE | 12.75 | | 7,365.96 |

| 1 | | | | | | |
|---|---|---|---|---|---|---|
| PAGE NO. | 90 DAYS & OVER | OVER 60 DAYS | OVER 30 DAYS | CURRENT | **BALANCE** | |

PURCHASES AND PAYMENTS MADE AFTER THE 25th OF THE MONTH WILL APPEAR ON YOUR NEXT STATEMENT.
A FINANCE CHARGE at the ANNUAL PERCENTAGE RATE OF 18% (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase.



FAILURE TO PAY SERVICE CHARGES WHEN BILLED
MAY RESULT IN SUSPENSION OF CREDIT.

BANGI009826