# ORANGE COVE HARDWARE, INC.



AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

SOLD TO: BANGI'S AG M N ... ...NS
ADDRESS: P.O. BOX 724
DEL. NO. CA. 93216

10: ... 0 /06-148-80   DATE 3-3- 20 05

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET. | FD. OUT | PURCHASE ORD. NO. |
|---------|------|--------|--------|----------|------------|---------|-------------------|
| A-S |  |  | ✓ |  |  |  | 621 |

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|-------|-------------|-------|--------|
| 3 -ee | post Hole diggers | 8.99 | 26 97 |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

RECEIVED BY X

TAX o 54

TOTAL 27 51

No. 631905

A **FINANCE CHARGE** at the **ANNUAL PERCENTAGE RATE OF 18%** (Monthly Rate is 1½%)
will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a
10% restocking charge.

*Thank You!*

FILE COPY

BANGI009827

# ORANGE COVE HARDWARE, INC.

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7680

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

SOLD TO: BANGI'S ___ ___ ___
___. ___ BOX ___
DEL NO, CA, ___16

ADDRESS

10___ ___ *105-148-80*   DATE *3 - 7* 20*05*

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET. | PD. OUT | PURCHASE ORD. NO. |
|---------|------|--------|--------|----------|------------|---------|-------------------|
| *EL* |  |  | *X* |  |  |  | *623* |

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|-------|-------------|-------|--------|
| *25* | *EH. NAIL APRONS* | *2.75* | *73 75* |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

RECEIVED BY  X

| TAX | *5 35* |
|-----|--------|
| **TOTAL** | *79 10* |

# No. 630754

A **FINANCE CHARGE** at the **ANNUAL PERCENTAGE RATE OF 18%** (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase.  Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI009828

# ✻ ORANGE COVE HARDWARE, INC.

*True Value*

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

SOLD TO: P.O. BOX

ADDRESS

DATE 02-01 20 05

| SOLD BY GC | CASH | C.O.D. | CHARGE X | ON ACCT. | MDSE. RET. | PD. OUT | PURCHASE ORD. NO. 601 |

105-148-80

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 1 pkg. | Quad Driver #8 | | 10.89 |
| 3 ea | Bolt Holder | 1.75 | 5.25 |
| 1 ea | " | | .97 |
| 1 ea | 3" galv. 45" Elbow | | 6.95 |
| 1 ea | 8" Pipe Wrench | | 5.62 |
| 2 ea | Batt terminals | 1.99 | 3.98 |
| | | | |
| | | | 34.66 |
| | | | |
| | | | |
| | | | |
| | | | |
| RECEIVED BY  X | | TAX | 2.51 |
| | | **TOTAL** | 37.17 |

No. 629919

A FINANCE CHARGE at the ANNUAL PERCENTAGE RATE OF 18% (Monthly Rate is 1½%)
will be applied on the unpaid balance after 30 days of purchase.  Returned Merchandise is subject to a
10% restocking charge.

*Thank You!*

FILE COPY

BANGI009829

# ORANGE COVE HARDWARE, INC.

*Rosslee*

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7830

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

SOLD TO: P.O. BOX 724
LELNO, CA. 93216

ADDRESS

105-148-80    DATE 3-7-2005

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET. | PD. OUT | PURCHASE ORD. NO. |
|---------|------|--------|--------|----------|-----------|---------|-------------------|
| AS |  |  | X |  |  |  | 622 |

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|-------|-------------|-------|--------|
| 8 lbs | Nuts/washers | 2.19 | 17 52 |
| 13 lbs | carriage Bolts | 2.19 | 28 47 |
| 1 ea | Hir Free shower |  | 2 29 |
| 1 Dz | Nylon gloves |  | 10 75 |
| 2 pr | spring clips | 2.99 | 5 98 |
| 4 ea | snap hooks | 3.79 | 15 16 |
| 1 ea | Key made |  | 1 79 |
| 4 cs | Dri-Kleen | 82.99 | 331 96 |
| 1 gal | chuch gloss black |  | 28 18 |
|  |  |  | 442 50 |

RECEIVED BY X

| TAX | 32 08 |
|-----|-------|
| **TOTAL** | 474 58 |

## No. 630725

A **FINANCE CHARGE** at the **ANNUAL PERCENTAGE RATE OF 18%** (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase.  Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI009830

# ORANGE COVE HARDWARE, INC.



AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17218 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

SOLD
TO: BANGI'S G M N CIBING
P.O. BOX 724
DELANO, CA. 93216

ADDRESS 105 1 80

DATE 3-7 20 05

SOLD BY: CD

| | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET. | PD. OUT | PURCHASE ORD. NO. |
|---|---|---|---|---|---|---|---|
| | | | X | | | | 627 |

| QUAN. | DESCRIPTION | PRICE | AMOUNT | |
|---|---|---|---|---|
| 25 | CA. Nail Apron | 1.95 | 48 | 75 |
| 10 | CA. Screw driver | 1.99 | 19 | 90 |
| 6 | brown bench cover | 1.59 | 9 | 54 |
| 1 | Air hose | | 7 | 49 |
| 2 | al simp. Green | 11.99 | 23 | 98 |
| | | | 109 | 66 |
| | | | | |
| | | | | |
| | | | | |

RECEIVED BY  X

| TAX | 7 | 95 |
|---|---|---|
| **TOTAL** | 117 | 61 |

No.630763

A **FINANCE CHARGE** at the **ANNUAL PERCENTAGE RATE OF 18%** (Monthly Rate is 1½%)
will be applied on the unpaid balance after 30 days of purchase.  Returned Merchandise is subject to a
10% restocking charge.

*Thank You!*

FILE COPY

BANGI009831

# ORANGE COVE HARDWARE, INC.



AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

SOLD TO: B⋅⋅GI⋅⋅   ⋅ ⋅ ⋅⋅ ⋅⋅ ⋅⋅ ⋅ ⋅3
⋅⋅O. ⋅OX ⋅⋅⋅
⋅⋅⋅⋅NO, ⋅⋅⋅ ⋅⋅⋅⋅

ADDRESS

10⋅ ⋅⋅ ⋅⋅

DATE 02 - 28 20 05

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET. | PD. OUT | PURCHASE ORD. NO. |
|---------|------|--------|--------|----------|------------|---------|-------------------|
| CL | | | X | | | | 627 |

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|-------|-------------|-------|--------|
| 1 | Roll Duct Tape | | 4 69 |
| 1 box | nylon Screw | | 10 95 |
| 2 ea. | Silicone | 3.29 | 6 58 |
| 1 ea. | Touch up paint | | 5 99 |
| 1 ea. | Chem'd Ke 15804 | | 4 79 |
| | | | |
| | | | 33 20 |

RECEIVED BY X

| TAX | 2 41 |
|-----|------|
| **TOTAL** | **35 61** |

No. 631742

A FINANCE CHARGE at the ANNUAL PERCENTAGE RATE OF 18% (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase.  Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI009832

# ORANGE COVE HARDWARE, INC.

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7530

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

SOLD TO: BANGI'S ___ 93
P.O. BOX ___
DELANO, CA, 93216

1.47
.22

ADDRESS: 105 ___ 105-148-80       DATE 03-17 20 05

| SOLD BY GL | CASH | C.O.D. | CHARGE X | ON ACCT. | MDSE. RET. | PC. OUT | PURCHASE ORD. NO. |
|---|---|---|---|---|---|---|---|

| QUAN. | DESCRIPTION | PRICE | AMOUNT | |
|---|---|---|---|---|
| 1 | bx. Whistles | | 38 | 49 |
| 1 | ea. Double bird gun | | 34 | 95 |
| 2 | ea. S. C. keys | 1.49 | 2 | 98 |
| | | | 76 | 40 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

RECEIVED BY X ___

| TAX | 1 | 69 |
|---|---|---|
| **TOTAL** | 78 | 09 |

No. 631287

A FINANCE CHARGE at the ANNUAL PERCENTAGE RATE OF 18% (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI009833

# ORANGE COVE HARDWARE, INC.

*True Value*

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

SOLD TO: P.O. BOX 704
DEL NO. CA. 93215

ADDRESS: 105 ___ 0

DATE 3-18 20 05

PURCHASE ORD. NO. 1625

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET. | PD. OUT |
|---------|------|--------|--------|----------|-----------|---------|

| QUAN. | DESCRIPTION | PRICE | | AMOUNT | |
|-------|-------------|-------|--|--------|--|
| 6 ea | tires | 8.95 | | 53 | 70 |
| 2 ea | windex | 3.79 | | 7 | 58 |
| 2 roll | shop towels | 1.99 | | 3 | 98 |
| 1 DZ | nylon gloves | | | 10 | 95 |
| 2 ea | paint brushes | 7.99 | | 15 | 98 |
| | | | | 92 | 19 |

RECEIVED BY X _____

| TAX | 6 | 68 |
|-----|---|----|
| **TOTAL** | 98 | 87 |

## No.632026

A **FINANCE CHARGE** at the **ANNUAL PERCENTAGE RATE OF 18%** (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI009834

# ORANGE COVE HARDWARE, INC.

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

SOLD TO: P.O. BOX 764
DELANO, CA. 93216

ADDRESS: 105

DATE 3-15 20 05

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET. | PD. OUT | PURCHASE ORD. NO. |
|---------|------|--------|--------|----------|------------|---------|-------------------|
| IV | | | X | | | | 625 |

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|-------|-------------|-------|--------|
| 1 | ea Utility Knife | | 3 99 |
| 1 | Pkg utility Glades | | 1 89 |
| 3 | Box trash Bags | 2 99 | 8 97 |
| | | | 14 85 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

RECEIVED BY   X   Jean Burr

| | TAX | 1 08 |
|---|-----|------|
| | **TOTAL** | 15 93 |

No. 632031

**A FINANCE CHARGE** at the **ANNUAL PERCENTAGE RATE OF 18%** (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase.  Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI009835

# ORANGE COVE HARDWARE, INC.

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

SOLD TO:

ADDRESS

DATE 5-19 2005

PURCHASE ORD. NO. 630

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 1 ea. | Li, Teh | | 29 99 |
| 1 ea. | Absorber | | 13 |
| 2 ea. | SC Key Duplic. | 1.49 | 2 98 |
| 1 ea. | Bit. | | 1 |
| 1 ea. | Brush | | 2 99 |
| 1 ea. | Astic Sink | | 3 58 |
| 5 ea. | 120 git Sandpaper | .89 | 4 45 |
| 1 ea. | Silicon glue | | 3 29 |
| 1 ea. | Cache-bel | | 4 4 |
| | | | 67 70 |

RECEIVED BY X

TAX  4 91

TOTAL  72 61

No. 632067

A **FINANCE CHARGE** at the **ANNUAL PERCENTAGE RATE OF 18%** (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI009836

# ORANGE COVE HARDWARE, INC.



AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd. }
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

SOLD TO: BANGI'S ...

ADDRESS:

DATE 3-21 20 05

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET. | PD. OUT | PURCHASE ORD. NO. |
|---------|------|--------|--------|----------|-----------|---------|-------------------|
| NG | | | X | | | | 631 |

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|-------|-------------|-------|--------|
| 1 ES. | Dixon | | 82.99 |
| 1 EA | Dixon | | 5.29 |
| 1 EA | Masking tape | | 79 |
| | | | 29 |
| | blue paint tape | | 4.69 |
| | | | 67 |
| | | | 1.07 |
| | | | 79 |
| | | | 4.95 |
| | sand paper | .69 | |
| | | | 112.89 |

RECEIVED BY X

| | TAX | 8.18 |
|---|-----|------|
| | **TOTAL** | 121.07 |

No. 632093

A **FINANCE CHARGE** at the **ANNUAL PERCENTAGE RATE OF 18%** (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI009837

# ORANGE COVE HARDWARE, INC.

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

607 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

SOLD TO: BANGI'S ...

ADDRESS: P.O. BOX 7...

DATE 03 07 20 05

PURCHASE ORD. NO. 623

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 10 EA. | Screwdriver | 6.23 | |
| 4 EA. | #22019 ... | 7.18 | 21 80 |
| 1 EA. | Bow Rake (green) | | 14 95 |
| 1 EA. | Tool Sale | | 4 44 |
| 2 EA. | ... | 8.99 | 17 98 |
| 4 ... | ... | | 35 96 |
| 1 ... | ... | | 5 ... |
| | | | 100 62 |

RECEIVED BY X ...

TAX 6.51

TOTAL 107.13

No. 630768

A FINANCE CHARGE at the ANNUAL PERCENTAGE RATE OF 18% (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase.  Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI009838

# ORANGE COVE HARDWARE, INC.

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY).

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (861) 725-4122
Fax (861) 725-0845

℞ 03 8606
205

SOLD TO: BANGI'S ... ...

P.O. BOX 728

ADDRESS   DELANO, CA. 93016

103 ... ...  105-148-80   DATE 3-2-20 05

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET. | PD. OUT | PURCHASE ORD. NO. |
|---------|------|--------|--------|----------|------------|---------|-------------------|
| OC | | | Y | | | | 628 |

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|-------|-------------|-------|--------|
| 1 Box | trash bags | | 10 25 |
| 10 CH | Shovels | 5.95 | 59 50 |
| 4 ... | 7" Plastic tub/ | 3.99 | 15 96 |
| .86 K | milk cartons | 49.95 | 42 96 |
| ... | ... ... ... | 18.75 | 56 25 |
| 1 ... | ... ... | | 1 19 |
| | | | 186 11 |

RECEIVED BY X ...

| TAX | 8 11 |
|-----|------|
| **TOTAL** | 194 22 |

## No. 631856

A FINANCE CHARGE at the ANNUAL PERCENTAGE RATE OF 18% (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI009839

# ORANGE COVE HARDWARE, INC.



AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

SOLD
TO: BANGI**  .G  *  N  *M*NS
    *.O.  BOX  7**
    *EL*NO,  *A*  *3*16

ADDRESS

100 148 80  *105-148-80*    DATE 3-22 20 05

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET. | PD. OUT | PURCHASE ORD. NO. |
|---|---|---|---|---|---|---|---|
| LN3 | | | X | | | | 626 |

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 1 | Box 8511 masks | | 19 94 |
| 1 ea | paint Brush | | 97 |
| 1 ea | Electrical kit | | 19 87 |
| 1 ea | 1/2 x 3 nipple | | 1 27 |
| 2 ea | 1/2 x 8' Black pipe | 10.76 | 21 52 |
| 1 ea | 10 x 20 blue tarp | | 12 99 |
| 10 ea | string @1.25 | 3.79 | 37 90 |
| 1 ea | Garden Bond | | 3 ?? |
| 1 ea | hose nozzle | | 5 ?? |
| | | | 127 34 |

RECEIVED BY X _____

| TAX | 9 32 |
|---|---|
| **TOTAL** | 136 66 |

## No.632163

A FINANCE CHARGE at the ANNUAL PERCENTAGE RATE OF 18% (Monthly Rate is 1½%)
will be applied on the unpaid balance after 30 days of purchase.  Returned Merchandise is subject to a
10% restocking charge.

*Thank You!*

FILE COPY

BANGI009840

# ORANGE COVE HARDWARE, INC.



AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY).

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

SOLD TO: BANGI'S OWN FARMS
P.O. BOX 729
DELANO, CA. 93216

ADDRESS: 10

DATE 3-25 20 03

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET. | PD. OUT | PURCHASE ORD. NO. |
|---------|------|--------|--------|----------|-----------|---------|-------------------|

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|-------|-------------|-------|--------|
| 7 KS | Driltem | 82.99 | 580 93 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

RECEIVED BY   X

TAX   42.12

TOTAL   623.05

No. 632300

A **FINANCE CHARGE** at the **ANNUAL PERCENTAGE RATE OF 18%** (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase.  Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI009841

# ORANGE COVE HARDWARE, INC.

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

SOLD TO: BANGI'S C M N ... N S
P.O. BOX 7..
FRESNO, CA, ,3816

ADDRESS

DATE 2-10 2005

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET. | PD. OUT | PURCHASE ORD. NO. |
|---------|------|--------|--------|----------|------------|---------|-------------------|
| | | | | | | | 612 |

| QUAN. | DESCRIPTION | PRICE | AMOUNT | |
|-------|-------------|-------|--------|---|
| 6 | ea ABS couplers plug | 3.19 | 20 | 94 |
| 4 | ea ABS sys rescouters | 1.85 | 7 | 40 |
| 1 | ea ABS cement | | 7 | 19 |
| 1 | Box 8511 maSKS | | 19 | 99 |
| 1 | ea Spray nozzle | | 3 | 99 |
| 2 | ea US10 spigats | 7.95 | 15 | 90 |
| 2 | ea Brass Hose guples | 1.99 | 3 | 98 |
| 1 | ea 3/7 poly tee | | | 78 |
| 1 | ea 3/2 poly barb | | | 85 |
| | | | 81 | 52 |

RECEIVED BY X

No. 631322

| TAX | 5 | 40 |
|-----|---|----|
| TOTAL | 86 | 92 |

A FINANCE CHARGE at the ANNUAL PERCENTAGE RATE OF 18% (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI009842

# ORANGE COVE HARDWARE, INC.



AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY),

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

SOLD TO: BANGI'S AG MANAGING
P.O. BOX 729
DELANO, CA. #3816

ADDRESS

103-11? ?0

DATE 3/28/05

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET. | PD. OUT | PURCHASE/ORD. NO. |
|---------|------|--------|--------|----------|-----------|---------|-------------------|
|         |      |        |        |          |           |         | 635               |

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|-------|-------------|-------|--------|
| 2 ea | key made | 1 49 | 2 98 |
| 1 D2 | cotton gloves | | 10 95 |
| 6 ea | 3/4 90° PVC | 37 | 2 34 |
| 2 ea | 3/4 tee PVC | 59 | 1 18 |
|  |  |  | 17 45 |

| RECEIVED BY | X | TAX | 1 27 |
|-------------|---|-----|------|
|  |  | **TOTAL** | 1 8 72 |

No.632374

A **FINANCE CHARGE** at the **ANNUAL PERCENTAGE RATE OF 18%** (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase.  Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI009843

# ORANGE COVE HARDWARE, INC.



AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7650

17216 County Line Road
Delano, Calif., 93215
Phone (661) 725-4122
Fax (661) 725-0845

SOLD TO: BANGI'S ... ...

P.O. BOX 784

DEL NO, CA. 93216

ADDRESS 10 ...

.DATE 3-30 20 05

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET. | PO. OUT | PURCHASE ORD. NO. |
|---|---|---|---|---|---|---|---|
| | | | | | | | 634 |

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 1 ea | F# 5520 3 gloves | | 11 89 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

RECEIVED BY X

TAX | 86
TOTAL | 12 75

No. 632458

A **FINANCE CHARGE** at the **ANNUAL PERCENTAGE RATE OF 18%** (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI009844

# ORANGE COVE HARDWARE, INC.

**AG SUPPLY HEADQUARTERS**
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

SOLD TO: BANGI'S AG M N.CEMENS
P.O. BOX 724
ELANO, CA. 93216

ADDRESS: 105 112 00

DATE 12/22/05

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|-------|-------------|-------|--------|
| 300 | ea LD 1020 Leffers | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

RECEIVED BY X

TAX

TOTAL

No. 65451.3

A **FINANCE CHARGE** at the **ANNUAL PERCENTAGE RATE OF 18%** (Monthly Rate is 1½%)
will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a
10% restocking charge.

*Thank You!*

CUSTOMER'S COPY

BANGI009845

*Cal-Pacific Farm Management L.P.* • P.O. BOX 1141 • RICHGROVE, CA 93261-1141

**295056**

Date: 06/01/2006      Vendor: WEST COAST G      Check #: 295056

| Date | Invoice # | Description | Invoice Total | Discount | Net Paid |
|------|-----------|-------------|---------------|----------|----------|
| 06/01/2006 | 002-6 | 36 first aid kits | 770.27 | 0.00 | 770.27 |
| | | **Check Totals:** | **770.27** | **0.00** | **770.27** |

*Since 1947*

BANGI009846

```
        WEST COAST
      GLOVE & SAFETY
      661-322-8787

06/06/2006  7:54AM    12
000000#3656      CLERK12

              36 @ $19.95
DEPT.01      T1 $718.20
MDSE ST         $718.20
TAX1             $52.07

ITEMS     360
CHECK     $770. 27

    THANK  YOU
```

BANGI009847



# Invoice

| Date | Invoice # |
|------|-----------|
| 6/1/2006 | 277 |

**1017 30TH STREET BAKERSFIELD CA. 93301**
**PH. 661-322-8787 FAX 661-322-8484**

**Bill To**

Cal-Pacific Farm Management L.P.
Bangi AG Contractors
P.O. BOX 1141
RICHGROVE, CA. 93261-1141

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| | Due on receipt | BS | 6/1/2006 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 36 | SAFE | Swift First Aid Kits SH4 34-25PFGR 880093R | 19.95 | 718.20T |
| | | Sales Tax | 7.25% | 52.07 |

Thank you for your business.

**Total**   $770.27

BANGI009848

Cal-Pacific Farm Management L.P. • P.O. BOX 1141 • RICHGROVE, CA 93261-1141

**306925**

Date: 07/10/2006          Vendor: ORANGE          Check #: 306925

| Date | Invoice # | Description | Invoice Total | Discount | Net Paid |
|------|-----------|-------------|--------------:|---------:|---------:|
| 07/10/2006 | 071006 | 071006 | 8,114.25 | 0.00 | 8,114.25 |
| | | **Check Totals:** | **8,114.25** | **0.00** | **8,114.25** |

Since 1947

BANGI009849

BANGI009850

507 PARK BLVD.
ORANGE COVE, CA
93646
(559) 626-7703
FAX (559) 626-7630

LUMBER
BUILDING MATERIALS
ROOFING
(ORANGE COVE LOCATION ONLY)



**S T A T E M E N T**

# ORANGE COVE HARDWARE INC.

TREE & VINE SUPPLIES
APPLIANCES — GIFTS — SPORTING GOODS
PAINTS — TELEVISION

17216 COUNTY LINE ROAD
DELANO, CA
93215
(661) 725-4122
FAX (661) 725-0845



**MAIL PAYMENT TO**

ORANGE COVE HARDWARE INC.
P. O. BOX 368
ORANGE COVE, CA. 93646

**REMITTANCE STUB**
**PLEASE RETURN**

BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA.        93216

CUSTOMER'S NAME
BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA.        93216

| ACCT. NO. | 105-148-80 | CLOSING DATE | JUN 25, 06 | BAL. FWD. | 11,779.30 |
|---|---|---|---|---|---|

| ACCOUNT NO. | CLOSING DATE |
|---|---|
| 105-148-80 | JUN 25, 2006 |
| CHECK NUMBER | AMOUNT PAID |

| DATE MO. | DAY | REFERENCE NO. | DESCRIPTION | CHARGES | CREDITS | BALANCE |
|---|---|---|---|---|---|---|
| 5 | 26 | 667287 | INVOICE | 116.73 | | 11,896.03 |
| 5 | 26 | 669181 | INVOICE | 16.03 | | 11,912.06 |
| 5 | 27 | 669235 | INVOICE | 350.92 | | 12,262.98 |
| 5 | 30 | 667927 | INVOICE | 107.53 | | 12,370.51 |
| 5 | 30 | 667954 | INVOICE | 172.84 | | 12,543.35 |
| 5 | 31 | 667986 | INVOICE | 2,230.69 | | 14,774.04 |
| 5 | 31 | 668022 | INVOICE | 243.15 | | 15,017.19 |
| 5 | 31 | 669249 | INVOICE | 259.75 | | 15,276.94 |
| 6 | 2 | 667972 | INVOICE | 277.38 | | 15,554.32 |
| 6 | 2 | 668088 | INVOICE | 93.95 | | 15,648.27 |
| 6 | 3 | 668137 | INVOICE | 261.92 | | 15,910.19 |
| 6 | 3 | 668146 | INVOICE | 20.11 | | 15,930.30 |
| 6 | 6 | 668205 | INVOICE | 30.48 | | 15,960.78 |
| 6 | 8 | 668359 | INVOICE | 41.25 | | 16,002.03 |
| 6 | 8 | 668367 | INVOICE | 27.72 | | 16,029.75 |
| 6 | 8 | 668372 | INVOICE | 55.93 | | 16,085.68 |
| 6 | 8 | 668396 | INVOICE | 25.98 | | 16,111.66 |
| 6 | 9 | 668100 | INVOICE | 183.73 | | 16,295.39 |

**PLEASE RETURN COMPLETE RIGHT HAND STUB**

INDICATE ANY CHANGE
OF BILLING INSTRUCTIONS:

| PAGE NO. 1 | 90 DAYS & OVER | OVER 60 DAYS | OVER 30 DAYS | CURRENT | BALANCE |
|---|---|---|---|---|---|

PURCHASES AND PAYMENTS MADE AFTER THE 25th OF THE MONTH WILL APPEAR ON YOUR NEXT STATEMENT.
A FINANCE CHARGE at the ANNUAL PERCENTAGE RATE OF 18% (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase.



FAILURE TO PAY SERVICE CHARGES WHEN BILLED
MAY RESULT IN SUSPENSION OF CREDIT.

,507 PARK BLVD.
ORANGE COVE, CA
93646
(559) 626-7703
FAX (559) 626-7630

17216 COUNTY LINE ROAD
DELANO, CA
93215
(661) 725-4122
FAX (661) 725-0845



**STATEMENT**

# ORANGE COVE HARDWARE INC.

TREE & VINE SUPPLIES
APPLIANCES — GIFTS — SPORTING GOODS
PAINTS — TELEVISION

LUMBER
BUILDING MATERIALS
ROOFING
(ORANGE COVE LOCATION ONLY)



REMITTANCE STUB
PLEASE RETURN ➤

BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA.      93216

| ACCT. NO. | 105-148-80 | CLOSING DATE | JUN 25, 06 | BAL. FWD. | 16,295.39 |
|---|---|---|---|---|---|

| DATE MO. | DAY | REFERENCE NO. | DESCRIPTION | CHARGES | CREDITS | BALANCE |
|---|---|---|---|---|---|---|
| 6 | 10 | 668425 | INVOICE | 56.10 | | 16,351.49 |
| 6 | 10 | 668471 | INVOICE | 95.99 | | 16,447.48 |
| 6 | 13 | 668539 | INVOICE | 116.75 | | 16,564.23 |
| 6 | 15 | 668468 | INVOICE | 45.50 | | 16,609.73 |
| 6 | 15 | 668663 | INVOICE | 151.93 | | 16,761.66 |
| 6 | 15 | 669103 | INVOICE | 51.55 | | 16,813.21 |
| 6 | 15 | 664148 | PAYMENT-THANK YOU | | 11,779.30 | 5,033.91 |
| 6 | 16 | 668694 | INVOICE | 153.96 | | 5,187.87 |
| 6 | 17 | 668688 | INVOICE | 36.87 | | 5,224.74 |
| 6 | 17 | 668712 | INVOICE | 131.30 | | 5,356.04 |
| 6 | 17 | 668733 | INVOICE | 147.97 | | 5,504.01 |
| 6 | 19 | 668762 | INVOICE | 2,435.41 | | 7,939.42 |
| 6 | 19 | 668783 | INVOICE | 44.24 | | 7,983.66 |
| 6 | 21 | 668836 | INVOICE | 29.44 | | 8,013.10 |
| 6 | 21 | 668876 | INVOICE | 42.87 | | 8,055.97 |
| 6 | 24 | 669008 | INVOICE | 58.28 | | 8,114.25 |

| PAGE NO. | 90 DAYS & OVER | OVER 60 DAYS | OVER 30 DAYS | CURRENT | BALANCE |
|---|---|---|---|---|---|
| 2 | | | | 8,114.25 | 8,114.25 |

PURCHASES AND PAYMENTS MADE AFTER THE 25th OF THE MONTH WILL APPEAR ON YOUR NEXT STATEMENT.
A FINANCE CHARGE at the ANNUAL PERCENTAGE RATE OF 18% (Monthly Rate is 1½%) will be applied on the
unpaid balance after 30 days of purchase.

BANGI009851

# ORANGE COVE HARDWARE, INC.

True Value

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0645

SOLD TO: BANGI'S AG M N CAMPES
P.O. BOX 724
DELANO, CA. 93216

ADDRESS

DATE 5-10-2006

PURCHASE ORD. NO. D42-6

| QUAN. | | DESCRIPTION | PRICE | AMOUNT | |
|---|---|---|---|---|---|
| 12 | EA. | Spray Can Blk | 1.99 | 23 | 88 |
| 1 | EA. | CAULKING GUN | | 2 | 99 |
| 5 | EA. | SILION TUBE | 4.29 | 21 | 45 |
| 1 | EA. | BRUSH | | 3 | 49 |
| 4 | EA. | SC KEYS | 1.89 | 7 | 56 |
| 1 | EA. | glasses | | 5 | 49 |
| 1 | EA. | Rivets | | 4 | 29 |
| 1 | EA. | Rivet tool | | 26 | 79 |
| 30 | EA. | Chisse # Screw | .25 | 7 | 50 |
| 20 | EA. | rivets | .10 | 2 | 00 |
| 24 | EA. | locknuts | .30 | 7 | 20 |

108.84

TAX 7.89

TOTAL 116.73

RECEIVED BY X

No. 667287

A FINANCE CHARGE at the ANNUAL PERCENTAGE RATE OF 18% (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase.  Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI009852

# ORANGE COVE HARDWARE, INC.

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

607 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7830

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

SOLD
TO:    F.O. BOX 724
       DELANO, CA. 93216

ADDRESS    10?

DATE 05-26-20__

| SOLD BY | DASH | C.O.D. | CHARGE X | ON ACCT. | MDSE. RET. | PD. OUT | PURCHASE ORD. NO. CRA16 |
|---------|------|--------|----------|----------|------------|---------|-------------------------|

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|-------|-------------|-------|--------|
| 5 Ea. | Staples | 2.99 | 14.95 |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  | TAX | 1.08 |
|  |  | TOTAL | 16.03 |

RECEIVED BY  X

No. 669181

A FINANCE CHARGE at the ANNUAL PERCENTAGE RATE OF 18% (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase.  Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI009853

# ORANGE COVE HARDWARE, INC.

*True Value*

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

2.05
16.66

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif., 93215
Phone (661) 725-4122
Fax (661) 725-0845

BANGI'S COMMONS

SOLD TO: P.O. BOX 729
DELANO, CA. 93216

ADDRESS 105

DATE 05-27-2006

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET. | PO. OUT | PURCHASE ORD. NO. |
|---------|------|--------|--------|----------|-----------|---------|-------------------|
| ur | | | ✗ | | | | 094-6 |

| QUAN. | DESCRIPTION | PRICE | | AMOUNT | |
|-------|-------------|-------|---|--------|---|
| ★ 6 EA. | 300A Banjo fitting | 17.06 | | 102. | 36 |
| 6 EA. | Hub only complete | 28.95 | | 173. | 70 |
| 3 EA. | 1/8" Drill Bit | 3.79 | | 9. | 87 |
| 2 EA. | 1/4" Drill Bit | 3.49 | | 10. | 47 |
| 2 pkg. | Rivets | 4.29 | | 8. | 58 |
| 1 pr. | Work gloves | | | 5. | 95 |
| 1 bx. | Shop towels | | | 16. | 99 |
| 11 EA. | elbow 3/4" PVC | .39 | | 4. | 29 |
| | | | | 332. | 21 |
| | | | | | |
| | | | | | |
| | | | | | |

RECEIVED BY  X Jaime Rodriguez

| TAX | 18.71 |
|-----|-------|
| **TOTAL** | 350.92 |

No. 669235

A **FINANCE CHARGE** at the **ANNUAL PERCENTAGE RATE OF 18%** (Monthly Rate is 1½%)
will be applied on the unpaid balance after 30 days of purchase.  Returned Merchandise is subject to a
10% restocking charge.

*Thank You!*

FILE COPY

BANGI009854

# ORANGE COVE HARDWARE, INC.



AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

SOLD TO: BANGI'S AG MACHINE

P.O. BOX 727
DELANO, CA. 93216

ADDRESS

DATE 5/30/06

PURCHASE ORD. NO. 054-6

| SOLD BY JH | CASH | C.O.D. | CHARGE X | ON ACCT. | MDSE. RET. | PD. OUT |
| --- | --- | --- | --- | --- | --- | --- |

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
| --- | --- | --- | --- |
| 1 EA | DRILL BIT | | 2.99 |
| 1 EA | " " | | 2.99 |
| 1 EA | SAFETY HASP | | 2.29 |
| 1 PK | PADLOCK | | 7.09 |
| 5 Ft | CHAIN | 2.69 | 13.45 |
| 5 EA | TOILET SEAT | 10.99 | 54.95 |
| 66 EA | COTTER PINS | .25 | 16.50 |
| | | | |
| | | | 100.26 |
| | | | |
| | | | |
| | | | |

RECEIVED BY  X—Jaime Rodriguez

TAX 7.27

TOTAL 107.53

No. 667927

A FINANCE CHARGE at the ANNUAL PERCENTAGE RATE OF 18% (Monthly Rate is 1½%)
will be applied on the unpaid balance after 30 days of purchase.  Returned Merchandise is subject to a
10% restocking charge.

*Thank You!*

FILE COPY

BANGI009855

# ORANGE COVE HARDWARE, INC.

### AG SUPPLY HEADQUARTERS
### LUMBER AND BUILDING MATERIALS
### (Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

BANGI'S AG M NAGEMENS

SOLD TO: P.O. BOX 724
DELANO, CA. 93216

ADDRESS 105 142 70

DATE 05-30-20 06

| SOLD BY | CASH | C.O.D. | CHARGE X | ON ACCT. | MDSE. RET. | PD. OUT | PURCHASE ORD. NO. 55-6 |
|---|---|---|---|---|---|---|---|

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 10 EA. | Girdlers | 15.95 | 159.50 |
| 1 EA. | Speedy Sharp | | 9.95 |
| | | | 169.45 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

RECEIVED BY X _____

| TAX | 3.39 |
|---|---|
| **TOTAL** | 172.84 |

No. 667954

A FINANCE CHARGE at the ANNUAL PERCENTAGE RATE OF 18% (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase.  Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI009856

# ORANGE COVE HARDWARE, INC.



AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0645

SOLD TO: P.O. BOX 704
DELANO, CA. 93216

ADDRESS: 105 1:7 0

DATE 5/31/06

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET. | PD. OUT | PURCHASE ORD. NO. |
|---------|------|--------|--------|----------|------------|---------|-------------------|
| JH | | | X | | | | 059-6 |

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|-------|-------------|-------|--------|
| 1 EA | F # 56700 ELECTRODE | | 6.79 |
| 1 EA | MARKER | | 3.99 |
| 10 EA | VENT STAKE | 4.76 | 47.60 |
| 8 ES | DRI KEM | 82.60 | 660.80 |
| 8 CS | FLM CUPS | 3790 | 1119.20 |
| 1 EA | POLY WALL W/DOOR | | 105.89 |
| 1 EA | POLY WALL (FRONT) | | 105.89 |
| 2 EA | 6" WHEELS | 5.49 | 10.98 |
| 2 EA | CORNER MOLDING | 4.69 | 9.38 |
| 2 EA | CORNER MOLDING | 4.69 | 9.38 |
| | | | 2079.90 |

| RECEIVED BY | X Leura Rodriguez | TAX | 150.79 |
|-------------|-------------------|-----|--------|
| | | **TOTAL** | 2230.69 |

No. 667986

A **FINANCE CHARGE** at the **ANNUAL PERCENTAGE RATE OF 18%** (Monthly Rate is 1½%)
will be applied on the unpaid balance after 30 days of purchase.  Returned Merchandise is subject to a
10% restocking charge.

*Thank You!*

FILE COPY

BANGI009857

# ORANGE COVE HARDWARE, INC.

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

SOLD TO: BANGI'S AG MANAGEMENS
P.O. BOX 724
DELANO, CA. 93216

ADDRESS

DATE 05-31-2006

PURCHASE ORD. NO. 0646

| QUAN. | | DESCRIPTION | PRICE | | AMOUNT | |
|---|---|---|---|---|---|---|
| 6 | lbs. | Bolts | 2 | 59 | 15 | 54 |
| 4 | lbs. | washer/ Nuts | 2 | 19 | 8 | 76 |
| 1 | EA. | F# 7050R Brush | | | 2 | 89 |
| 1 | EA | pliers | | | 4 | 20 |
| 2 | CS | XL Coveralls | 89 | 98 | 179 | 96 |
| 3 | EA. | F# 7050 Brush | 3 | 19 | 9 | 57 |
| 2 | EA. | Paint Brush | 3 | 49 | 6 | 98 |
| | | | | | 227 | |

RECEIVED BY   X   Dean Ferra

No. 668022

TAX

TOTAL   243   15

A **FINANCE CHARGE** at the **ANNUAL PERCENTAGE RATE OF 18%** (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI009858

# ORANGE COVE HARDWARE, INC.



AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0645

SOLD TO:

ADDRESS

DATE 5/7/20

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 1 | Cs Dri tem | | 82 60 |
| 1 | can PVC Cement cleaner | | 3 99 |
| 1 | can Blue PVC cement | | 4 99 |
| 3 | rolls teflon tape | 49 | 1 47 |
| 2 | can 3" waste gate cvr | 10.95 | 21 90 |
| 6 | EA. clorox | 1.99 | 11 94 |
| 1 | Cs. Dri tem | | 82 60 |
| 1 | EA. Pine-sol | | 9 99 |
| 12 | Pr. Spray gloves | 1.99 | 23 88 |
| | | | 243 36 |

RECEIVED BY   X

TAX

TOTAL

No. 669249

A **FINANCE CHARGE** at the **ANNUAL PERCENTAGE RATE OF** 18% (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI009859

# ORANGE COVE HARDWARE, INC.



AG SUPPLY HEADQUARTERS

, LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7680

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

SOLD TO: BANGI'S ... ... ... ...
P.O. BOX 724
DELANO, CA. 93216

ADDRESS: 105 ... ...

DATE 06-02-2006

PURCHASE ORD. NO. 062-6

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET. | PD. OUT | PURCHASE ORD. NO. |
|---------|------|--------|--------|----------|------------|---------|-------------------|
| JH | | | X | | | | 062-6 |

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|-------|-------------|-------|--------|
| 1 BOX | DRI - KEM | | 82.56 |
| 1 BOX | DRI - KEM | | 82.56 |
| 1 BOX | DRI - KEM | | 82.56 |
| 1 DZ. | NYLON GLOVES | | 10.75 |
| | | | 258.63 |

RECEIVED BY X ...

TAX 18.75

TOTAL 277.38

## No. 667972

A FINANCE CHARGE at the ANNUAL PERCENTAGE RATE OF 18% (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase.  Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI009860

# ORANGE COVE HARDWARE, INC.



AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

SOLD TO: NETT'S AG W.LCOMMONS
P.O. BOX 729
DELANO, CA. 93216

ADDRESS 105-112-00

DATE 6 2 06

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET. | PD. OUT | PURCHASE ORD. NO. |
|---------|------|--------|--------|----------|------------|---------|-------------------|
| JH | | | X | | | | CPA16 |

| QUAN. | | DESCRIPTION | PRICE | AMOUNT |
|-------|----|-------------|-------|--------|
| 4 | DOZ | NYLON GLOVES | 10.95 | 43 80 |
| 4 | DOZ | NYLON GLOVES | 10.95 | 43 80 |
| | | | | 87 60 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

RECEIVED BY X

| | | |
|---|------|-------|
| | TAX | 6.35 |
| | TOTAL | 93 95 |

No. 668088

A **FINANCE CHARGE** at the **ANNUAL PERCENTAGE RATE OF 18%** (Monthly Rate is 1½%)
will be applied on the unpaid balance after 30 days of purchase.  Returned Merchandise is subject to a
10% restocking charge.

*Thank You!*

FILE COPY

BANGI009861

# ORANGE COVE HARDWARE, INC.



AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

SOLD TO: BANGI'S AG MANAGEMENS
P.O. BOX 724
DELANO, CA. 93216

ADDRESS: 105 11? ?0

DATE 6/3/06

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET. | PO. OUT | PURCHASE ORD. NO. |
|---------|------|--------|--------|----------|------------|---------|-------------------|
| JH | | | X | | | | 061-6 |

| QUAN. | DESCRIPTION | | PRICE | AMOUNT |
|-------|-------------|---|-------|--------|
| 1 | BX | MASK | | 6.95 |
| 5 | LBS | BAGS | 2.85 | 14.25 |
| 1 | CS | DRI-KLM | | 82.60 |
| 1 | EA | HAND SOAP | | 7.95 |
| 1 | EA | GOJO | | 11.90 |
| 1 | CS | DIZI-KLM | | 82.60 |
| 6 | EA | CLOROX | 1.77 | 11.94 |
| 1 | PR | GLOVES | | 14.98 |
| 1 | DZ | NYLON | | 10.95 |
| | | | | 244.21 |
| | | | | |
| | | | | |
| | | | | |

RECEIVED BY X _____

| TAX | 17.71 |
|-----|-------|
| **TOTAL** | 261.92 |

No. 668137

**A FINANCE CHARGE** at the **ANNUAL PERCENTAGE RATE OF 18%** (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase.  Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI009862

# ORANGE COVE HARDWARE, INC.

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7208
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

SOLD TO:

ADDRESS

DATE 6/3/06

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET. | PD. OUT | PURCHASE ORD. NO. |
|---------|------|--------|--------|----------|------------|---------|-------------------|
| JH | | | X | | | | 065-6 |

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|-------|-------------|-------|--------|
| 1 EA | 2 GALLON 16100 | | 18.75 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

RECEIVED BY X

| TAX | 1.36 |
|-----|------|
| **TOTAL** | 20.11 |

No. 668146

A FINANCE CHARGE at the ANNUAL PERCENTAGE RATE OF 18% (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI009863

# ORANGE COVE HARDWARE, INC.

### AG SUPPLY HEADQUARTERS
### LUMBER AND BUILDING MATERIALS
. (Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

SOLD TO: BANGI'S AG MANAGEMENS
P.O. BOX 724
DELANO, CA. 93216

ADDRESS 105-112 00

DATE 6 5 06

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET. | P.O. OUT | PURCHASE ORD. NO. |
|---------|------|--------|--------|----------|-----------|----------|-------------------|
| JH | | | X | | | | 006 |

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|-------|-------------|-------|--------|
| 12 | EA  SERR  GRAPE  KNIFE | 2 49 | 29 88 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

RECEIVED BY X

TAX .60

TOTAL 30.48

No. 668205

A **FINANCE CHARGE** at the **ANNUAL PERCENTAGE RATE OF 18%** (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI009864

# ORANGE COVE HARDWARE, INC.



AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7203
Fax (559) 626-7620

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

GI'S AG & HARDENS
P.O. BOX 724
SOLD TO: DELANO, CA. 93216

ADDRESS 205-11?-?0

DATE 6/8/06

| SOLD BY JH | CASH | C.O.D. | CHARGE X | ON ACCT. | MDSE. RET. | PD. OUT | PURCHASE ORD. NO. 010-6 |

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 4 PR | GLOVES | 3.89 | 15.56 |
| 1 BOX | MASK | | 10.95 |
| 1 PR | GLASSES (SH11) | | 11.95 |
| | | | 38.46 |

RECEIVED BY X _____

| TAX | 2 71 |
| **TOTAL** | 41 75 |

No. 668359

A FINANCE CHARGE at the ANNUAL PERCENTAGE RATE OF 18% (Monthly Rate is 1½%)
will be applied on the unpaid balance after 30 days of purchase.  Returned Merchandise is subject to a
10% restocking charge.

*Thank You!*

FILE COPY

BANGI009865

# ORANGE COVE HARDWARE, INC.

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

SOLD TO: BANGI'S AG MANAGEMENS
P.O. BOX 724
DELANO, CA. 93216

ADDRESS

Craig

105-14? 70

DATE 6/5/2006

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 1 | gal. hand Cleaner | | 11 95 |
| 1 | Item #02281 shovel | | 5 95 |
| 1 | Hygenic handle | | 7 95 |
| | | | 25 85 |

RECEIVED BY X

| TAX | 1 87 |
|---|---|
| **TOTAL** | 27 72 |

No. 668367

A FINANCE CHARGE at the ANNUAL PERCENTAGE RATE OF 18% (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI009866

# ORANGE COVE HARDWARE, INC.

**AG SUPPLY HEADQUARTERS**
**LUMBER AND BUILDING MATERIALS**
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7890

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

SOLD
TO:   P.O. BOX 724
      DELANO, CA. 93216

ADDRESS

DATE 6/8/06

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET. | PD. OUT | PURCHASE ORD. NO. |
|---------|------|--------|--------|----------|-----------|---------|-------------------|
| JH |  |  | X |  |  |  | 058-6 |

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|-------|-------------|-------|--------|
| 4 PK | 2000 PUSH | 4.29 | 17 16 |
| 1 EA | 1" WRENCH |  | 11 30 |
|  |  |  |  |
| 1 EA | CORNER MOLDING |  | 2 00 |
| 6 EA | FLY SCREENS | 2.85 | 17 10 |
| 1 EA | TERMINAL CLEANER |  | 2 99 |
|  |  |  |  |
|  |  |  | 52 15 |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

RECEIVED BY   X

| TAX | 3 78 |
|-----|------|
| **TOTAL** | 55 93 |

**No.668372**

A **FINANCE CHARGE** at the **ANNUAL PERCENTAGE RATE OF 18%** (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase.  Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI009867

# ORANGE COVE HARDWARE, INC.



AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

SOLD TO: BANGI'S & G & M M CEMENS
P.O. BOX 724
DELANO, CA. 93216

ADDRESS: 105-112 TO

DATE 6/7/06

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET. | PO. OUT | PURCHASE ORD. NO. |
|---------|------|--------|--------|----------|-----------|---------|-------------------|
| JH | | | V | | | | 007-6 |

| QUAN. | DESCRIPTION | | PRICE | | AMOUNT | |
|-------|-------------|---|-------|---|--------|---|
| 1 | DOZ | NYLON GLOVES | | | 10 | 95 |
| 1 | EA | PADLOCK | | | 1 | 11 |
| 2 | EA | NIPPLE ( FITTING ) | | 77 | 1 | 54 |
| 1 | EA | SNAP LINK | | | 2 | 70 |
| | | | | | 24 | 22 |

RECEIVED BY   X

TAX    1 76
TOTAL  25 98

# No. 668396

A **FINANCE CHARGE** at the **ANNUAL PERCENTAGE RATE OF 18%** (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase.  Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI009868

# ORANGE COVE HARDWARE, INC.

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

SOLD TO: BANGI'S AG MN SYSTEMS
P.O. BOX 724
DELANO, CA. 93216

ADDRESS: 109-113 TO

DATE 6/2/06

PURCHASE ORD. NO. 056-6

| QUAN. | | DESCRIPTION | PRICE | AMOUNT | |
|---|---|---|---|---|---|
| 4 | EA | SCREWS | .25 | 1 | 00 |
| 8 | EA | SCREWS | .37 | 2 | 95 |
| 1 | EA | #75522 COUPLER | | 3 | 19 |
| 13 | EA | PLUGS | | | |
| 3 | EA | RAT BLOCKS | 5.49 | 16 | 47 |
| 25 | EA | BRACKETS | 4.25 | 106 | 25 |
| 1 | EA | 10" MILL | | 5 | 19 |
| 8 | EA | NESS CLIPS | 3.10 | 24 | 80 |
| 1 | DZ | NYLON GLOVES | | 10 | 95 |
| | | | | 171 | 60 |

RECEIVED BY: X Jaime Rodriguez

TAX 12.13

TOTAL 183.73

No. 668100

A FINANCE CHARGE at the ANNUAL PERCENTAGE RATE OF 18% (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI009869

# ORANGE COVE HARDWARE, INC.



AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

SOLD TO: BANGI'S AG & N. GREENS
P.O. BOX 724
DELANO, CA. 93216

ADDRESS 105-117 10

DATE 6/9/06

| SOLD BY | CASH | C.O.D. | CHARGE. | ON ACCT. | MDSE. RET. | PD. OUT | PURCHASE ORD. NO. |
|---------|------|--------|---------|----------|-----------|---------|-------------------|
| JH | | | X | | | | 065-6 |

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|-------|-------------|-------|--------|
| 2 BX | 60HF STAPLES | 27.50 | 55.00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| RECEIVED BY X | TAX 4 | 1.10 |
|---------------|-------|------|
| | TOTAL | 56.10 |

No. 668425

A FINANCE CHARGE at the ANNUAL PERCENTAGE RATE OF 18% (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI009870

# ORANGE COVE HARDWARE, INC.



AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0846

SOLD
TO:
BANGI'S AG MANAGEMENS
P.O. BOX 724
DELANO, CA. 93216

ADDRESS
105-110 00

DATE 10-20 06

| SOLD BY | CASH | C.O.D. | CHARGE ✗ | ON ACCT. | MDSE. RET. | P.D. OUT. | PURCHASE ORD. NO. 060-6 |
|---|---|---|---|---|---|---|---|

| QUAN. | DESCRIPTION | PRICE | | AMOUNT | |
|---|---|---|---|---|---|
| 25 ft. | Rope | | 28 | 7 | 00 |
| 2 en | 10 gal Igloos | 41 25 | | 82 | 50 |
| | | | | | |
| | | | | 89 | 50 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | TAX | 6 | 49 |
| RECEIVED BY X | | | TOTAL | 95 | 99 |

No. 668471

A **FINANCE CHARGE** at the **ANNUAL PERCENTAGE RATE OF 18%** (Monthly Rate is 1½%)
will be applied on the unpaid balance after 30 days of purchase.  Returned Merchandise is subject to a
10% restocking charge.

*Thank You!*

FILE COPY

BANGI009871

# ORANGE COVE HARDWARE, INC.



AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
. (Orange Cove Location ONLY)

607 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7368
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

SOLD TO: P.O. BOX 724
LELANO, CA. 93216

ADDRESS 107 12 0

DATE 6 10 10 5

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET. | PD. OUT | PURCHASE ORD. NO. |
|---------|------|--------|--------|----------|-----------|---------|-------------------|
| JM | | | | | | | 068-8 |

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|-------|-------------|-------|--------|
| 3 EA | S.M.V. TRIANGLE | 8.49 | 25.47 |
| 1 CS | DEL KEM | | 82.60 |
| 1 EA | LIGHTER | | .79 |
| | | | |
| | | | 108.86 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

RECEIVED BY   X

| TAX | 7.89 |
|-----|------|
| **TOTAL** | 116.75 |

No. 668539

A FINANCE CHARGE at the ANNUAL PERCENTAGE RATE OF 18% (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase.  Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI009872