# ORANGE COVE HARDWARE, INC.

**True Value.**

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

SOLD TO: BANGI'S AG MANAGEMENT
P.O. BOX 724
DELANO, CA. 93216

ADDRESS

105-125-00

DATE 6-10-20 08

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET. | PD. OUT | PURCHASE ORD NO. |
|---------|------|--------|--------|----------|-----------|---------|------------------|
|         |      |        | CH     |          |           |         | 064-6            |

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|-------|-------------|-------|--------|
| 12 EA. | 3" Couplers | 1.49 | 17.88 |
| 1 EA | Pipe Dench | | 8.18 |
| 1 EA | Adapter | | 8.87 |
| 1 EA | Socket | | 7.49 |
| | | | 42.42 |

RECEIVED BY  X _Valirna Rodriguez_

| TAX | 3.08 |
|-----|------|
| **TOTAL** | 45.50 |

No. 668468

A FINANCE CHARGE at the ANNUAL PERCENTAGE RATE OF 18% (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI009873

# ORANGE COVE HARDWARE, INC.



AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

SOLD TO: BANGI'S IG M N OPENS
P.O. BOX 724
DELANO, CA. 93216

ADDRESS: 109 1:2 00

DATE: 6/14/06

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET. | PD. OUT | PURCHASE ORD. NO. |
|---------|------|--------|--------|----------|------------|---------|-------------------|
| JH | | | X | | | | Craig |

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|-------|-------------|-------|--------|
| 1 | BOX N95" MASK | | 19.79 |
| 1 | EA DRI KEM | | 82.60 |
| 6 | EA CLOROX | 1.99 | 11.94 |
| 5 | EA. PVC FITTING | .59 | 2.95 |
| 1 | EA. PVC TEE | | .29 |
| 1 | EA. lighter | | 2.99 |
| 4 | EA. Hose repairs | 1.49 | 5.96 |
| 1 | EA. PVC cement | | 3.99 |
| 1 | EA. Nylon gloves | | 00.75 |
| | | | 141.66 |
| | | | |
| | | | |
| | | | |

RECEIVED BY X

TAX 10.25

TOTAL 151.93

No. 668663

A FINANCE CHARGE at the ANNUAL PERCENTAGE RATE OF 18% (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI009874

# ORANGE COVE HARDWARE, INC.

134
3.05

**AG SUPPLY HEADQUARTERS**
**LUMBER AND BUILDING MATERIALS**
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7830

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

SOLD TO:

ADDRESS

DATE 6/13/06

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET. | PD. OUT | PURCHASE ORD. NO. |
|---------|------|--------|--------|----------|------------|---------|-------------------|
| JH | | | X | | | | 048-6 |

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|-------|-------------|-------|--------|
| 2 EA | KEYS | 1.89 | 3. 78 |
| 5 bx | JT21 staples | 2.99 | 14. 95 |
| 1 n | JT21 stapler | | 15. 79 |
| 2 en | snap links | 3.70 | 7. 40 |
| 1 n. | clipper sics. | | 6. 85 |
| | | | |
| | | | 48. 37 |

RECEIVED BY  X

| | TAX | 3. 18 |
| | **TOTAL** | 51. 55 |

No. 669103

A FINANCE CHARGE at the ANNUAL PERCENTAGE RATE OF 18% (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase.  Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI009875

# ORANGE COVE HARDWARE, INC.



AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

SOLD TO: Bangi's Ag-management

ADDRESS

DATE 6-15-20 06

| SOLD BY NZ | CASH | C.O.D. | CHARGE | ON ACCT. X | MDSE. RET. | PD. OUT | PURCHASE ORD. NO. |
|---|---|---|---|---|---|---|---|

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| | Payment | | |
| | 299142 | | 11,179 36 |
| | 105-178-80 | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

RECEIVED BY   X

TAX

TOTAL  11,179 36

No. 664148

A FINANCE CHARGE at the ANNUAL PERCENTAGE RATE OF 18% (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase.  Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI009876

# ORANGE COVE HARDWARE, INC.



AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
. (Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7733
Fax (559) 626-7830

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

GI'S . G U N CFMENS
P.O. BOX 724
LELaNO, CA. 93216

SOLD
TO:

ADDRESS 105 1:0 "9

DATE 6/16/06

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET. | PD. OUT | PURCHASE ORD. NO. |
|---------|------|--------|--------|----------|-----------|---------|-------------------|
| JH | | | X | | | | 015 6 |

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|-------|-------------|-------|--------|
| 50 | BOX 60HE STAPLES | 2.75 | 137 50 |
| 12 | PL MPF | 1.12 | 13 44 |
| | | | 150 94 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

RECEIVED BY X

TAX 3.02

No. 668594

TOTAL 153 76

A FINANCE CHARGE at the ANNUAL PERCENTAGE RATE OF 18% (Monthly Rate is 1½%)
will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a
10% restocking charge.

*Thank You!*

FILE COPY

BANGI009877

# ORANGE COVE HARDWARE, INC.

### AG SUPPLY HEADQUARTERS
### LUMBER AND BUILDING MATERIALS
### (Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

SOLD TO: BANGI'S G W N SIEMENS
P.O. BOX 724
DELANO, CA. 93216

ADDRESS

109-113 70

DATE 6 - 16 20 06

PURCHASE ORD. NO. 071-6

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 2 Rl. | Marking tape | 1.12 | 13 44 |
| 6 EA | Igloo spigots | 3.49 | 20 94 |
| | | | 34 38 |

RECEIVED BY X _(signature)_

| TAX | 2 19 |
|---|---|
| **TOTAL** | 36 57 |

No. 668688

A **FINANCE CHARGE** at the **ANNUAL PERCENTAGE RATE OF 18%** (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI009878

# ORANGE COVE HARDWARE, INC.

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7633

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

SOLD TO: ANGI'S AG M N CLEMENS
P.O. BOX 724
DELANO, CA. 93216

ADDRESS 105 110 00

DATE 06-16-2006
PURCHASE ORD. NO. 0776

| QUAN. | | | CHARGE | | | | |
|-------|---|---|--------|---|---|---|---|
| SOLD BY | CASH | C.O.D. | X | ON ACCT. | MDSE. RET. | PD. OUT | |

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|-------|-------------|-------|--------|
| 2 bx | Lutex gloves | 5.95 | 11.90 |
| 6 EA. | Toilet Seats | 16.99 | 101.94 |
| 2 EA. | Rivets | 4.29 | 8.58 |
| | | | 127.42 |

RECEIVED BY  X Don Torres

| TAX | 3.88 |
|-----|------|
| **TOTAL** | 131.30 |

No. 668712

A FINANCE CHARGE at the ANNUAL PERCENTAGE RATE OF 18% (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI009879

# ORANGE COVE HARDWARE, INC.

**True Value**

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
. (Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7830

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

SOLD TO: BANGI'S AG M N SCREENS
P.O. BOX 724
DELANO, CA. 93216

ADDRESS: 105-117 79

DATE 6-17-2006

PURCHASE ORD. NO. 073-6

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET. | PD. OUT |
|---------|------|--------|--------|----------|------------|---------|

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|-------|-------------|-------|--------|
| 1 EA. | Paint Brush | | 3 49 |
| 1 EA. | Plug 3" | | 9 98 |
| 1 EA. | Spray Bottle | | 1 08 |
| 1 EA. | Pine Sol | | 9 19 |
| 2 EA. | Clorox | 1 99 | 3 98 |
| 1 Bx. | | 5 49 | 21 96 |
| 1 PR | Gloves | | 3 71 |
| 1 Box | Dri Kem | | 43 60 |
| | | | 137 47 |

RECEIVED BY X

| TAX | 10 00 |
|-----|-------|
| **TOTAL** | 147 47 |

No. 668733

A FINANCE CHARGE at the ANNUAL PERCENTAGE RATE OF 18% (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI009880

# ORANGE COVE HARDWARE, INC.



AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

BANGI'S AG MANAGEMENS

SOLD TO: P.O. BOX 724
DELANO, CA. 93216

ADDRESS: 105-113 TO

DATE: 1/17/06

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET. | PD. OUT | PURCHASE ORD. NO. |
|---------|------|--------|--------|----------|------------|---------|-------------------|
| JH |  |  | X |  |  |  | CRAIG |

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|-------|-------------|-------|--------|
| 10 LS | HAY LIPS | 139 70 | 1399 00 |
| 10 LS | DRI KEM | 87 60 | 876 00 |
| 5 EA | SPRAY PAINT | 1 99 | 9 95 |
| 12 EA | BEARINGS | 7 49 | 71 88 |
| 1 PR | GLOVES |  | 5 95 |
|  |  |  |  |
|  |  |  | 2770 78 |

RECEIVED BY: X Jaime Rodriguez

TAX:
TOTAL:

No. 668762

A **FINANCE CHARGE** at the **ANNUAL PERCENTAGE RATE OF 18%** (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI009881

# ORANGE COVE HARDWARE, INC.



AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7708
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

SOLD TO: BANGI'S G M NURSERY
P.O. BOX 724
DELANO, CA. 93216

ADDRESS 105 LIP 70

DATE 6/17/06

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET. | PO. OUT | PURCHASE ORD. NO. |
|---------|------|--------|--------|----------|-----------|---------|-------------------|
| JH | | | X | | | | 0766 |

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|-------|-------------|-------|--------|
| 1 EA | 10 GALLON LIQUID | | 41 75 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

RECEIVED BY X

| | TAX | 2 99 |
|---|-----|------|
| | TOTAL | 44 24 |

No. 668783

A FINANCE CHARGE at the ANNUAL PERCENTAGE RATE OF 18% (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI009882

# ORANGE COVE HARDWARE, INC.

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

SOLD TO: BANGI'S AG M N GEMENS
P.O. BOX 724
DELANO, CA. 93216

ADDRESS 105-113 O

DATE 1-21- 2006

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET. | PO. OUT | PURCHASE ORD. NO. |
|---|---|---|---|---|---|---|---|
| | | | | | | | 6716 |

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 3 | | 9 | 27 45 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

RECEIVED BY X

| TAX | 1 99 |
|---|---|
| **TOTAL** | 29 44 |

## No. 668836

A **FINANCE CHARGE** at the **ANNUAL PERCENTAGE RATE OF 18%** (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI009883

# ORANGE COVE HARDWARE, INC.



AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7709
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

SOLD TO:

ADDRESS: 10S

DATE 6/21/06

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET. | PD. OUT | PURCHASE ORD. NO. |
|---------|------|--------|--------|----------|------------|---------|-------------------|
| JH | | | ✓ | | | | 074-6 |

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|-------|-------------|-------|--------|
| 1 EA | PADLOCK | | 14 29 |
| 1 DZ | NYLON GOATS | | 10 95 |
| 1 DZ | GLOVES | | 10 95 |
| 2 EA | KEYS | 1.89 | 3 78 |
| | | | 39 97 |

| | | |
|--|--|--|
| RECEIVED BY  X | TAX | 2 90 |
| No. 668876 | TOTAL | 42 87 |

A FINANCE CHARGE at the ANNUAL PERCENTAGE RATE OF 18% (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI009884

# ORANGE COVE HARDWARE, INC.



AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7730
Fax (559) 626-7830

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

SOLD TO: P.O. BOX 724
DELANO, CA. 93216

ADDRESS: 10...

DATE: 4/24/06

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET. | PO. OUT | PURCHASE ORD. NO. |
|---------|------|--------|--------|----------|------------|---------|-------------------|
| JH |  |  | X |  |  |  |  |

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|-------|-------------|-------|--------|
| 1 EA | SPEEDY SHARP |  | 9 95 |
| 1 EA | GOJO CLEANER |  | 7 59 |
| 2 EA | WRENCH | 2 45 | 4 90 |
| 1 PE | GLOVES |  | 15 95 |
| 1 PE | GLOVES |  | 15 75 |
|  |  |  | 54 34 |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

RECEIVED BY: X

TAX: 3 94
TOTAL: 58 28

# No. 669008

A **FINANCE CHARGE** at the **ANNUAL PERCENTAGE RATE OF 18%** (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI009885

Cal–Pacific Farm Management L.P. • P.O. BOX 1141 • RICHGROVE, CA 93261-1141

**282360**

Date: 02/14/2006     Vendor: ORANGE     Check #: 282360

| Date | Invoice # | Description | Invoice Total | Discount | Net Paid |
|------|-----------|-------------|---------------|----------|----------|
| 02/14/2006 | 002-06 | 021406 | 9,192.49 | 0.00 | 9,192.49 |
| | | **Check Totals:** | **9,192.49** | **0.00** | **9,192.49** |

Since 1947

BANGI009886

507 PARK BLVD.
ORANGE COVE, CA
93646
(559) 626-7703
FAX (559) 626-7630
LUMBER
BUILDING MATERIALS
ROOFING
(ORANGE COVE LOCATION ONLY)



**STATEMENT**

# ORANGE COVE HARDWARE INC.

TREE & VINE SUPPLIES
APPLIANCES — GIFTS — SPORTING GOODS
PAINTS — TELEVISION

17216 COUNTY LINE ROAD
DELANO, CA
93215
(661) 725-4122
FAX (661) 725-0845

**REMITTANCE STUB
PLEASE RETURN ➤**

BANGI'S AG-MANAGEMENT
P. O. BOX 724
DELANO, CA.     93216

| ACCT. NO. | 105-148-80 | CLOSING DATE | JAN 25, 06 | BAL. FWD. | 8,885.26 |
|---|---|---|---|---|---|

| DATE MO. | DAY | REFERENCE NO. | DESCRIPTION | CHARGES | CREDITS | BALANCE |
|---|---|---|---|---|---|---|
| 1 | 20 | 655481 | INVOICE | 116.14 | | 9,001.40 |
| 1 | 21 | 655547 | INVOICE | 49.61 | | 9,051.01 |
| 1 | 23 | 655569 | INVOICE | 12.86 | | 9,063.87 |
| 1 | 24 | 655650 | INVOICE | 69.16 | | 9,133.03 |
| 1 | 25 | 999999 | FINANCE CHARGE | 59.46 | | 9,192.49 |

| PAGE NO. | 90 DAYS & OVER | OVER 60 DAYS | OVER 30 DAYS | CURRENT | BALANCE |
|---|---|---|---|---|---|
| 2 | | | 3,963.79 | 5,228.70 | 9,192.49 |

PURCHASES AND PAYMENTS MADE AFTER THE 25th OF THE MONTH WILL APPEAR ON YOUR NEXT STATEMENT.
A FINANCE CHARGE at the ANNUAL PERCENTAGE RATE OF 18% (Monthly Rate is 1½%) will be applied on the
unpaid balance after 30 days of purchase.

BANGI009887

# ORANGE COVE HARDWARE, INC.

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

SOLD TO: BANGI'S G Y N OFFING
P.O. BOX 724
LELANO, CA. 93216

ADDRESS: 10□ 1.□ □0

IOS - 14-7- 80

DATE 1 - 20 20 06

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET. | PD. OUT | PURCHASE ORD. NO. |
|---|---|---|---|---|---|---|---|
| MG | | | V | | | | Craig |

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 1 DZ | Nylon gloves | | 10 95 |
| 1 ea | Hack saw | | 4 44 |
| 1 pn | work gloves | | 5 95 |
| 1 cs | Dri Icem | | 86 95 |
| | | | |
| | | | 108 29 |

RECEIVED BY X _____

| TAX | 7 85 |
|---|---|
| **TOTAL** | 1 16 14 |

No. 655481

A **FINANCE CHARGE** at the **ANNUAL PERCENTAGE RATE OF 18%** (Monthly Rate is 1½%)
will be applied on the unpaid balance after 30 days of purchase.  Returned Merchandise is subject to a
10% restocking charge.

*Thank You!*

FILE COPY

BANGI009888

# ORANGE COVE HARDWARE, INC.

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7708
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

SOLD TO:

ADDRESS    105 14880

DATE  1-21  2006

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET. | PO. CUT | PURCHASE ORD. NO. |
|---------|------|--------|--------|----------|------------|---------|-------------------|
| | | | ✓ | | | | Craig |

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|-------|-------------|-------|--------|
| 1 ea | Drill Bit | | 5 29 |
| 1 ea | 1/4 Drill Bit VM# 10216 | | 2 70 |
| 1 ea | 9/32 Drill Bit VM# 10218 | | 3 75 |
| 2 EA | BRUSH | 1 19 | 2 38 |
| 1 EA | GLUE | | 5 29 |
| 1 EA | AQUA JD. GREEN | | 26 85 |
| | | | |
| | | | 46 26 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

RECEIVED BY   X

| TAX | 3 35 |
|-----|------|
| **TOTAL** | 49 61 |

No. 655547

A FINANCE CHARGE at the ANNUAL PERCENTAGE RATE OF 18% (Monthly Rate is 1½%)
will be applied on the unpaid balance after 30 days of purchase.  Returned Merchandise is subject to a
10% restocking charge.

*Thank You!*

FILE COPY

BANGI009889

# ORANGE COVE HARDWARE, INC.



AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

SOLD TO: BANGI'S ⬚ ⬚ ⬚ ⬚ ⬚ ⬚ ⬚ NG
P.O. BOX 724
DELANO, CA, 93216

ADDRESS: 10⬚ ⬚⬚ ⬚⬚

10S-148 80

DATE 1-23 20 06

| | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET. | PD. OUT | PURCHASE ORD. NO. |
|---|---|---|---|---|---|---|---|
| SOLD BY ∧∧S | | | \ | | | | Craig |

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 1 | Box trash Bags | | 11 | 99 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

RECEIVED BY X _____

| TAX | | 87 |
| **TOTAL** | 12 | 86 |

No. 655569

A **FINANCE CHARGE** at the **ANNUAL PERCENTAGE RATE OF 18%** (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI009890

# ORANGE COVE HARDWARE, INC.

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

SOLD TO: BANGI'S AG ...

ADDRESS: P.O. BOX ...  TEL NO, CA. 93616

105-148 80

DATE 01-21-2006

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET. | PD. OUT | PURCHASE ORD. NO. |
|---------|------|--------|--------|----------|-----------|---------|-------------------|
| | | | X | | | | Craig |

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|-------|-------------|-------|--------|
| 4 | 8 50 Chlorthene | 16.95 | 67 80 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

RECEIVED BY X

| TAX | 1 36 |
|-----|------|
| TOTAL | 69 16 |

## No. 655650

**A FINANCE CHARGE** at the **ANNUAL PERCENTAGE RATE OF 18%** (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI009891

BANGI009892

507 PARK BLVD.
ORANGE COVE, CA 93646
(559) 626-7703
FAX (559) 626-7630

LUMBER
BUILDING MATERIALS
ROOFING
(ORANGE COVE LOCATION ONLY)

**STATEMENT**

# ORANGE COVE HARDWARE INC.

TREE & VINE SUPPLIES
APPLIANCES — GIFTS — SPORTING GOODS
PAINTS — TELEVISION

17216 COUNTY LINE ROAD
DELANO, CA 93215
(661) 725-4122
FAX (661) 725-0845

**MAIL PAYMENT TO**



ORANGE COVE HARDWARE INC.
P. O. BOX 368
ORANGE COVE, CA, 93646

**REMITTANCE STUB
PLEASE RETURN** ➡

CUSTOMER'S NAME
BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA.   93216

BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA.   93216

| ACCT. NO. | 105-148-80 | CLOSING DATE | JAN 25, 06 | BAL. FWD. | 10,140.44 |
|---|---|---|---|---|---|

ACCOUNT NO. 105-148-80
CLOSING DATE JAN 25, 2006
CHECK NUMBER
AMOUNT PAID

**PLEASE RETURN COMPLETE RIGHT HAND STUB**

INDICATE ANY CHANGE
OF BILLING INSTRUCTIONS:

| DATE MO. | DAY | REFERENCE NO. | DESCRIPTION | CHARGES | CREDITS | BALANCE |
|---|---|---|---|---|---|---|
| 12 | 26 | 654593 | INVOICE | 15.49 | | 10,155.93 |
| 12 | 27 | 649043 | INVOICE | 374.77 | | 10,530.70 |
| 12 | 27 | 654289 | INVOICE | 495.44 | | 11,026.14 |
| 12 | 30 | 654701 | INVOICE | 179.49 | | 11,205.63 |
| 12 | 30 | 654709 | INVOICE | 361.09 | | 11,566.72 |
| 1 | 4 | 654810 | INVOICE | 309.95 | | 11,876.67 |
| 1 | 5 | 654881 | INVOICE | 179.59 | | 12,056.26 |
| 1 | 5 | 651500 | PAYMENT-THANK YOU | | 6,176.65 | 5,879.61 |
| 1 | 6 | 654609 | INVOICE | 56.75 | | 5,936.36 |
| 1 | 6 | 654622 | INVOICE | 746.03 | | 6,682.39 |
| 1 | 6 | 654911 | INVOICE | 112.61 | | 6,795.00 |
| 1 | 7 | 654600 | INVOICE | 301.58 | | 7,096.58 |
| 1 | 7 | 654744 | INVOICE | 39.09 | | 7,135.67 |
| 1 | 9 | 654961 | INVOICE | 22.80 | | 7,158.47 |
| 1 | 13 | 655062 | INVOICE | 208.57 | | 7,367.04 |
| 1 | 18 | 655151 | INVOICE | 1,372.49 | | 8,739.53 |
| 1 | 19 | 655297 | INVOICE | 84.51 | | 8,824.04 |
| 1 | 20 | 654641 | INVOICE | 61.22 | | 8,885.26 |

1

| PAGE NO. | 90 DAYS & OVER | OVER 60 DAYS | OVER 30 DAYS | CURRENT | BALANCE |
|---|---|---|---|---|---|

PURCHASES AND PAYMENTS MADE AFTER THE 25TH OF THE MONTH WILL APPEAR ON YOUR NEXT STATEMENT.
A FINANCE CHARGE at the ANNUAL PERCENTAGE RATE OF 18% (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase.



FAILURE TO PAY SERVICE CHARGES WHEN BILLED
MAY RESULT IN SUSPENSION OF CREDIT.

# ORANGE COVE HARDWARE, INC.



AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

SOLD TO: BANGI'S AG ... ........
P.O. BOX 734
DELANO, CA. 93216

ADDRESS: 105 ... ..

DATE 12-26-2005

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 1 dz. | Nylon gloves | | 10.95 |
| 1 ea. | Safety glasses | | 3.49 |
| | | | 14.44 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

RECEIVED BY  X ................

| TAX | 1.05 |
|---|---|
| TOTAL | 15.49 |

No. 654593

**A FINANCE CHARGE** at the **ANNUAL PERCENTAGE RATE OF 18%** (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase.  Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI009893

# ORANGE COVE HARDWARE, INC.

*True Value*

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

SOLD TO: BANGI'S AG & N. GRAINS
P.O. BOX 724
DELANO, CA. 93216

ADDRESS

105 ___ __

DATE 12-01 200_

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET. | PD. OUT | PURCHASE ORD. NO. |
|---------|------|--------|--------|----------|-----------|---------|-------------------|
| QUAN. | | DESCRIPTION | | | | PRICE | AMOUNT |
| 1 CA | | glasses (safety) | | | | | 3.99 |
| 1 pk. | | Masks | | | | | 5.70 |
| 1 CA | | w 300lb comb wire | | | | | 3.52 |
| 1 CA | | w 300 ___ ___ | | | | | 3.75 |
| 120 EA | | CORONA PUMPERS | | | | 2.30 | 276.00 |
| 1 PK | | GLOVES | | | | | 5.75 |
| 1 BX | | 8511 MASK (spray) | | | | | 11.95 |
| 1 | | ___ ___ | | | | | 35.59 |
| 1 | | ___ ___ | | | | | 14.39 |
| | | | | | | | 366.39 |

RECEIVED BY X _____

TAX   8.40
TOTAL   374.77

No. 649043

A FINANCE CHARGE at the ANNUAL PERCENTAGE RATE OF 18% (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI009894

# ORANGE COVE HARDWARE, INC.



AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

1·61
27.94

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0946

SOLD TO: BANGI'S .. ...
P.O. BOX 724
DELANO, CA. 93216

ADDRESS

DATE 12-13-2005

| SOLD BY | CASH | C.O.D. | CHARGE X | ON ACCT. | MDSE. RET. | PO. OUT | PURCHASE ORD. NO. |
|---|---|---|---|---|---|---|---|

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 1 DZ | Poly gloves | | 6.95 |
| 1 pr. | Rubber boots | | 21.44 |
| 1 cs | Dri Kelm | | 82.99 |
| 1 Box | trash Bags | | 10.25 |
| 1 DZ | Nylon gloves | | 0.95 |
| 2 EA | S.C. PPVS | 1.89 | 3.78 |
| 3 cs | Dri Kelm | 82.99 | 248.97 |
| 2 Ea. | 2" Hose Barb | 3.25 | 6.50 |
| 1 Ea. | 2" Relep valve | | 49.69 |
| 3 Ea. | 2" Hose clamps | 1.49 | 4.47 |
| 10 ft. | 2" Suction Hose | 1.99 | 19.90 |

465.89
TAX 29.55
TOTAL 495.44

RECEIVED BY X

No. 654289

A FINANCE CHARGE at the ANNUAL PERCENTAGE RATE OF 18% (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase.  Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI009895

**ORANGE COVE HARDWARE, INC.** 85
914

True Value

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

SOLD TO: BANGI'S AG & NURSERY
P.O. BOX 784
DELANO, CA. 93216

ADDRESS: 105 ___ ___

DATE 7-29-20'3

| SOLD BY | CASH | C.O.D. | CHARGE X | ON ACCT. | MDSE. RET. | PD. OUT | PURCHASE ORD. NO. 000-6 |
|---|---|---|---|---|---|---|---|

| QUAN. | DESCRIPTION | | PRICE | | AMOUNT | |
|---|---|---|---|---|---|---|
| 3 lbs. | Acetat | | | | | |
| 5 ea. | XL coveralls | | 3.99 | | 19 | 95 |
| 1 ea. | wheel brush | | | | 4 | 99 |
| 3 ea. | Wheel brush | | 2.99 | | 8 | 97 |
| 4 gal | CLorox | | 1.79 | | 7 | 16 |
| 12 gal | CLorox | | 1.79 | | 21 | 48 |
| 33 ea | Nail aprons | | 1.95 | | 64 | 35 |
| ✱ 12 RL | FLAGGING TAPE | | 1.25 | | 15 | 00 |
| ✱ 12 ea | Burlap bags 6' | | 2.30 | | 27 | 60 |
| | | | | | 169 | 50 |
| RECEIVED BY X | | TAX | | | 9 | 99 |
| | | **TOTAL** | | | 179 | 49 |

**No. 654701**

**A FINANCE CHARGE** at the **ANNUAL PERCENTAGE RATE OF 18%** (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI009896

# ORANGE COVE HARDWARE, INC.

*3.60*
*12.61*

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

SOLD TO: BANGI'S ... ...

P.O. BOX 724
DELANO, CA. 93216

ADDRESS

DATE 12/29/05

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 4 | Cans Spray paint | 3.29 | 13.16 |
| 1 | ea Towel | | 2.79 |
| 1 | ea Spade shovel | | 24.95 |
| 1 | 4R COVERALL | | 29.99 |
| 1 | 4S COVERALL | | 29.99 |
| 1 | MARKING PAINT | | 4.99 |
| 1 | 24 x 10 SHEETING | | 68.75 |
| 4 | PK 3/8' STAPLES | 3.99 | 15.96 |
| 1 | EA SHOVEL | | 14.95 |
| 1 | H ... SS | | 139.95 |
| | | | 345.48 |

RECEIVED BY X

PURCHASE ORD. NO. 008-6

| TAX | 15.61 |
|---|---|
| TOTAL | 361.09 |

No. 654709

**A FINANCE CHARGE** at the **ANNUAL PERCENTAGE RATE OF 18%** (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase.  Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI009897

# ORANGE COVE HARDWARE, INC.

**True Value**

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

1.81
14.71

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

SOLD TO: BANGI'? G M N M N3
P.O. BOX 7..
DEL NO, CA. 76216

ADDRESS: 10? : 80

DATE 1 141 20 06

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RST. | PD. OUT | PURCHASE ORD. NO. |
|---------|------|--------|--------|----------|------------|---------|-------------------|
| JH | | | ✓ | | | | 003 |

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|-------|-------------|-------|--------|
| 10 | RLS TEFLON TAPE | .49 | 4 90 |
| 15 | a water spigots | 2 49 | 37 35 |
| 1 | Oka glues | | 10 95 |
| 4 | a thin, al glaved | 1 99 | 22 88 |
| 4 | a Sonic 30A | 13 32 | 66 60 |
| 5 | a Jacks with Backet | 29 95 | 149 75 |
| | | | |
| | | | 293 43 |
| | | | |
| | | | |
| | | | |
| | | | |

RECEIVED BY X _____

| TAX | 16 52 |
|-----|-------|
| **TOTAL** | 309 95 |

No. 654810

**A FINANCE CHARGE** at the **ANNUAL PERCENTAGE RATE OF 18%** (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI009898

# ORANGE COVE HARDWARE, INC.



AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

**SOLD TO:** BANGI'S C N N.CERNS
P.O. BOX 724
DELANO, CA. 93216

**ADDRESS** 

**DATE** 1/5/2006

**PURCHASE ORD. NO.** 007-6

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 30 ea | Silh. Signs | 2.89 | 86 70 |
| 10 ea | Do not Drink Sign | 2.29 | 22 90 |
| 10 ea | this water Sign | 2.29 | 22 90 |
| 4 pkgs | 3/8 staples | 3.99 | 15 96 |
| 1 | T50 staple gun | | 13 99 |
| 1 | Conc PVC Cleaner | | |
| | | | 167 45 |
| RECEIVED BY X | M. Villar | TAX | 12 14 |
| | | **TOTAL** | 179 59 |

No. 654881

**A FINANCE CHARGE** at the **ANNUAL PERCENTAGE RATE OF 18%** (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI009899

# ORANGE COVE HARDWARE, INC.



AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

SOLD TO: Bangi's Ag

ADDRESS

DATE 1-6 20 06

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET. | PD. OUT | PURCHASE ORD. NO. |
|---------|------|--------|--------|----------|-----------|---------|-------------------|
| ON | | | | X | | | |

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|-------|-------------|-------|--------|
| | Payment | | 6176.05 |
| | 270618 | | |
| | 105-148-80 | | |

RECEIVED BY   X

TAX

TOTAL  6176.05

No. 651500

A **FINANCE CHARGE** at the **ANNUAL PERCENTAGE RATE OF 18%** (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI009900

# ORANGE COVE HARDWARE, INC.

**True Value**

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

SOLD TO: BANGI'S GY N DEWANS
P.O. BOX 754
DELANO, CA. 93216

ADDRESS: 105 11 0 0   105-148 80

DATE 12-27-2005

| SO. ORD. | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET. | PD. OUT | PURCHASE ORD. NO. |
|----------|------|--------|--------|----------|------------|---------|-------------------|
| WII | | | X | | | | Craig |

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|-------|-------------|-------|--------|
| 1 Ga. | 150 E-B-F | | 4 95 |
| 1 Ea. | Hose shut off | | 2 99 |
| 1 Ea. | Hose clamp | | 1 29 |
| 1 dz. | Poly gloves | | 6 95 |
| 1 ea. | Ker needle | | 1 89 |
| 1 DZ | Nylon gloves | | 10 95 |
| 1 Box | trash Bags | | 10 25 |
| 1 ea. | hose clamp | | 1 19 |
| 1 ea. | #1200 fittins | | 3 25 |
| 1 ea. | 200 fittins | | 4 25 |
| 1 ea. | 150 E fittins | | 4 95 |
| | | | 52 91 |

| RECEIVED BY X | TAX | 3 84 |
|---|---|---|
| | **TOTAL** | 56 75 |

## No. 654609

A FINANCE CHARGE at the ANNUAL PERCENTAGE RATE OF 18% (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI009901

# ORANGE COVE HARDWARE, INC.



AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

SOLD TO: BANGI'S AG N RANG
P.O. BOX 724
DELANO, CA. 93216

ADDRESS

05-148 80

DATE 12/27/05

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|-------|-------------|-------|--------|
| 8 | BX - DR1 - KFM | 86 95 | 695 60 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

SOLD BY: JH   CASH   C.O.D.   CHARGE X   ON ACCT.   MDSE. RET.   PD. OUT   PURCHASE ORD. NO. Craig

RECEIVED BY   X Jaime Rodriguez

| TAX | 50 43 |
|-----|-------|
| **TOTAL** | 746 03 |

No. 654622

A FINANCE CHARGE at the ANNUAL PERCENTAGE RATE OF 18% (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI009902

# ORANGE COVE HARDWARE, INC.



AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

SOLD TO: BANGI'S AG MANAGEMENS
P.O. BOX 704
DEL NO, CA, 93216

ADDRESS: 105 ...

DATE 01-06-2006

PURCHASE ORD. NO. 001-6

| | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET. | PD. OUT | |
|---|---|---|---|---|---|---|---|

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 48 | GA Corona Gingers | 230 | 110.40 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

RECEIVED BY  X

TAX | 2.21
TOTAL | 112.61

No. 654911

A FINANCE CHARGE at the ANNUAL PERCENTAGE RATE OF 18% (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI009903

# ORANGE COVE HARDWARE, INC.



AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

4.29
5.58

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

SOLD TO: BANGI'S ... ...

P.O. BOX 709
DELANO, CA. 93216

ADDRESS

105-148-80   DATE 12.26 20 05

| | SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET. | PD. OUT | PURCHASE ORD. NO. |
|---|---|---|---|---|---|---|---|---|
| | (KS) | | | X | | | | 005-6 |

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 4 ea | 5/8 x 3 All thread | | 6 39 |
| 1.5 lbs | nuts | 2.19 | 3 29 |
| 1 ea | joy | | 13 75 |
| 6 gals | clorox | 1.99 | 11 94 |
| 1 pr | work gloves | | 4 45 |
| 1 bx | Nylon gloves | | 10.95 |
| 1 ea | 2xL tingley Jacket | | 23 90 |
| 15 ea | #2 Fanno saws | 13.67 | 205.05 |
| 1 bx | trash bags | | 14.99 |
| | | | |
| | | | 291 71 |

RECEIVED BY   X

TAX   9 87

TOTAL   301 58

No. 654600

A **FINANCE CHARGE** at the **ANNUAL PERCENTAGE RATE OF 18%** (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase.  Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI009904

# ORANGE COVE HARDWARE, INC.



AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

*105 - 145 80*

SOLD TO: BANGI'S G M N DUMONS
P.O. BOX 724
DELANO, CA. 93216

ADDRESS

109 117 0

DATE 1-B 20 0 6

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET. | PD. OUT | PURCHASE ORD. NO. |
|---------|------|--------|--------|----------|-----------|---------|-------------------|
| | | | | | | | *Craig* |

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|-------|-------------|-------|--------|
| 1 ev. | putty knife | | 2 29 |
| 1 ee | paint brush | | 2 49 |
| 1 ee | Brush #70504 | | 2 99 |
| 1 dz | nylon gloves | | 10 95 |
| 2 pr. | gloves | 4 45 | 8 90 |
| 3 pr. | eee glues | .29 | 87 |
| 4 pr. | spray gloves | 1.99 | 7 96 |
| | | | 36 45 |

RECEIVED BY X *Paul Berrmad*

TAX 2 64

**TOTAL** 39 09

# No. 654744

**A FINANCE CHARGE** at the **ANNUAL PERCENTAGE RATE OF 18%** (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase.  Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI009905

# ORANGE COVE HARDWARE, INC.



AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7709
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0645

SOLD TO: P.O. BOX

ADDRESS: 10

DATE 1 9 2006

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET. | PD. OUT | PURCHASE ORD. NO. |
|---------|------|--------|--------|----------|------------|---------|-------------------|
| JH | | | X | | | | 002 |

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|-------|-------------|-------|--------|
| 4 | EA TEFLON TAPE | 49 | 1 96 |
| 3 | PR INS. GLOVES | 5 95 | 17 85 |
| 5 | EA 3/4" PVC TEE | 29 | 1 45 |
| | | | 21 26 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

RECEIVED BY X

| TAX | 1 54 |
|-----|------|
| **TOTAL** | 22 80 |

No. 654961

A **FINANCE CHARGE** at the **ANNUAL PERCENTAGE RATE OF 18%** (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI009906

# ORANGE COVE HARDWARE, INC.



AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93846
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

SOLD TO: BANGI'S 
P.O. BOX 754
DEL NO, CA. 93216

ADDRESS:

DATE 1-10 2006

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET. | PD. OUT | PURCHASE ORD. NO. |
|---------|------|--------|--------|----------|------------|---------|-------------------|
| | | | ✓ | | | | Craig |

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|-------|-------------|-------|--------|
| 2 | gals clorox | 1.99 | 3 98 |
| 1 | pr work gloves | | 8 25 |
| 2 | cs prikem | 86.95 | 173 90 |
| 1 | pr work gloves | | 5 95 |
| 1 | pr. PVC gloves | | 2 39 |
| | | | |
| | | | 194 47 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

RECEIVED BY  X

| | TAX | 14 10 |
|--|-----|-------|
| | **TOTAL** | 20 8 57 |

No. 655062

A FINANCE CHARGE at the ANNUAL PERCENTAGE RATE OF 18% (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase.  Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI009907



# ORANGE COVE HARDWARE, INC.

23.34
12.30

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
. (Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7688

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

SOLD TO: F.O. BOX

ADDRESS: 10            105-148-80            DATE 1/12 20

| | | | | | | |
|---|---|---|---|---|---|---|
| SOLD BY JH | CASH | C.O.D. | CHARGE X | ON ACCT. | MDSE. RET. | P.O. OUT | PURCHASE ORD. NO. 004-6 |

| QUAN. | DESCRIPTION | PRICE | | AMOUNT | |
|---|---|---|---|---|---|
| 4 PK | T-50 STAPLES | 3.99 | | 15 | 96 |
| 5 PK | JT-21 STAPLES | 2.99 | | 14 | 95 |
| 4 EA | SPRAY PAINT | 3.29 | | 13 | 16 |
| ✱ 70 EA | FANNO #2 SAW | 13.01 | | 273 | 40 |
| ✱ 25 K | AG TIES | 35.75 | | 893 | 75 |
| 4 EA | BRUSHES | 4.99 | | 19 | 96 |
| 1 EA | TIDE | | | 9 | 99 |
| 1 EA | CAR WASH BRUSH | | | 34 | 99 |
| 6 EA | CLOROX | 1.99 | | 11 | 94 |
| 25 ea | Nail aprons | 1.95 | | 48 | 75 |
| | | | | 1336 | 85 |
| | | | TAX | 35 | 64 |
| | | | TOTAL | 1372 | 49 |

RECEIVED BY X

No. 655151

A **FINANCE CHARGE** at the **ANNUAL PERCENTAGE RATE OF 18%** (Monthly Rate is 1½%)
will be applied on the unpaid balance after 30 days of purchase.  Returned Merchandise is subject to a
10% restocking charge.

*Thank You!*

FILE COPY

BANGI009908

# ORANGE COVE HARDWARE, INC.



AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

807 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7687

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

SOLD TO: BANGI'S AG MANAGEMENS
P.O. BOX 724
DELANO, CA. 93216

ADDRESS

DATE 1-16 20 16

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET. | PD. OUT | PURCHASE ORD. NO. |
|---------|------|--------|--------|----------|------------|---------|-------------------|
|  |  |  | X |  |  |  | 0a19 |

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|-------|-------------|-------|--------|
| 1 EH. | 2 cycl oil | 1.19 | 1 19 |
| 1 EH. | paint thinner |  | 4 49 |
| 1 ea | chss ell chrome A. |  | 29 05 |
| 1 ea | gray metal enamel A. |  | 23 94 |
| 1 ea | paint brush |  | 49 |
| 1 ea | scraper set. |  | 7 65 |
| 1 ea | paint thinner. |  | 11 99 |
|  |  |  | 78 80 |

RECEIVED BY X

TAX 5 71

**TOTAL** 84 51

No. 655297

A **FINANCE CHARGE** at the **ANNUAL PERCENTAGE RATE OF 18%** (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase.  Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI009909

# ORANGE COVE HARDWARE, INC.



AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

SOLD TO: BANGI'S _____

P.O. BOX 724

DELANO, CA. 93216

ADDRESS

105 ___ 105·148·80

DATE 12-27 20 05

| QUAN. | DESCRIPTION | PRICE | AMOUNT | |
|---|---|---|---|---|
| 1 ea | Fanno #2 Saw | | 14 | 39 |
| 2 EA | WL 6310 HANDLE | 8.70 | 17 | 40 |
| 4 EA | BOLTS | .30 | 1 | 20 |
| 4 EA | NUTS | .15 | | 60 |
| 1 PK | L-HOOKS | .82 | | 82 |
| 1 ea | #18310 Lopper | | 25 | 61 |
| | | | 60 | 02 |

SOLD BY: M

CASH / C.O.D. / CHARGE X / ON ACCT. / MDSE. RET. / PD. OUT

PURCHASE ORD. NO. Craig

RECEIVED BY X _____

TAX 1 20

TOTAL 61 22

## No. 654641

A FINANCE CHARGE at the ANNUAL PERCENTAGE RATE OF 18% (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase.  Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI009910

*Cal-Pacific Farm Management L.P.* • P.O. BOX 1141 • RICHGROVE, CA 93261-1141

**270618**

Date: 01/05/2006    Vendor: ORANGE    Check #: 270618

| Date | Invoice # | Description | Invoice Total | Discount | Net Paid |
|------|-----------|-------------|---------------|----------|----------|
| 01/05/2006 | 001-6 | loppers ect | 6,176.65 | 0.00 | 6,176.65 |
| | | Check Totals: | 6,176.65 | 0.00 | 6,176.65 |

*Since 1947*

BANGI009911

507 PARK BLVD.
ORANGE COVE, CA
93646
(559) 626-7703
FAX (559) 626-7630
LUMBER
BUILDING MATERIALS
ROOFING
(ORANGE COVE LOCATION ONLY)



**S T A T E M E N T**

# ORANGE COVE HARDWARE INC.

TREE & VINE SUPPLIES
APPLIANCES — GIFTS — SPORTING GOODS
PAINTS — TELEVISION

17216 COUNTY LINE ROAD
DELANO, CA
93215
(661) 725-4122
FAX (661) 725-0845



REMITTANCE STUB
PLEASE RETURN ➤

BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA.      93216

| ACCT. NO. | 105-148-80 | CLOSING DATE | DEC 25, 05 | BAL. FWD. | 6,176.65 |
|---|---|---|---|---|---|

| DATE MO. DAY | REFERENCE NO. | DESCRIPTION | CHARGES | CREDITS | BALANCE |
|---|---|---|---|---|---|
| 12  24 | 648961 | INVOICE | 360.81 | | 6,537.46 |
| 12  24 | 649032 | INVOICE | 15.40 | | 6,552.86 |
| 12  24 | 649092 | INVOICE | 21.34 | | 6,574.20 |
| 12  24 | 649102 | INVOICE | 8.03 | | 6,582.23 |
| 12  24 | 654331 | INVOICE | 125.09 | | 6,707.32 |
| 12  24 | 654513 | INVOICE | 3,350.70 | | 10,058.02 |
| 12  24 | 654558 | INVOICE | 23.49 | | 10,081.51 |
| 12  24 | 654561 | INVOICE | 27.06 | | 10,108.57 |
| 12  24 | 654565 | INVOICE | 31.87 | | 10,140.44 |

| PAGE NO. 2 | 90 DAYS & OVER | OVER 60 DAYS | OVER 30 DAYS | CURRENT 10,140.44 | BALANCE 10,140.44 |
|---|---|---|---|---|---|

PURCHASES AND PAYMENTS MADE AFTER THE 25th OF THE MONTH WILL APPEAR ON YOUR NEXT STATEMENT.
A FINANCE CHARGE at the ANNUAL PERCENTAGE RATE OF 18% (Monthly Rate is 1½%) will be applied on the
unpaid balance after 30 days of purchase.

BANGI009912

# ORANGE COVE HARDWARE, INC.



AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

SOLD TO: BANGI'S ... ...

P.O. BOX 754

DELANO, CA. 93216

ADDRESS 105 ... ...

DATE 11-29-2005

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET. | PD. OUT | PURCHASE ORD. NO. |
|---------|------|--------|--------|----------|------------|---------|-------------------|
| | | | | | | | Wai |

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|-------|-------------|-------|--------|
| 4 EA. | XL tingley Rain Coat | 39.76 | 159 04 |
| 1 EA. | plies S | | 6 49 |
| 1 EA. | 12" Adj wrench | | 7 69 |
| 6 EA. | wire brush | 2.89 | 17 34 |
| 4 GA. | All in one paint | 27.50 | 110 00 |
| 1 EA. | outlet | | 4 19 |
| 1 BX | 9210 MASK | | 17 99 |
| 1 PR | GLASSES | | 4 99 |
| 1 EA. | flosy | 1.99 | 10 74 |
| | | | 336 47 |

RECEIVED BY X _____

| TAX | 24 34 |
|-----|-------|
| TOTAL | 360 81 |

# No.648961

A **FINANCE CHARGE** at the **ANNUAL PERCENTAGE RATE OF 18%** (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI009913

# ORANGE COVE HARDWARE, INC.

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

SOLD TO: BANGI'S ...

ADDRESS: P.O. BOX 724
DEL NO, CA. 93216

DATE 12-1-2005

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 3 ea | Spray Paint | 329 | 9 87 |
| 5 lbs | Bolts | 85 | 1 30 |
| 1 ea | Terminal S | R | 3 19 |
| | | | 14 36 |

RECEIVED BY X

| TAX | 1 04 |
|---|---|
| TOTAL | 15 40 |

No. 649032

A **FINANCE CHARGE** at the **ANNUAL PERCENTAGE RATE OF 18%** (Monthly Rate is 1½%)
will be applied on the unpaid balance after 30 days of purchase.  Returned Merchandise is subject to a
10% restocking charge.

*Thank You!*

FILE COPY

BANGI009914

# ORANGE COVE HARDWARE, INC.

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7939

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0645

SOLD TO: P.O. BOX

ADDRESS

DATE 12/21 20 05

| SOLD BY JH | CASH | C.O.D. | CHARGE X | ON ACCT. | MDSE. RET. | PD. OUT | PURCHASE ORD. NO. |
|---|---|---|---|---|---|---|---|

| QUAN. | DESCRIPTION | PRICE | | AMOUNT | |
|---|---|---|---|---|---|
| 2 EA | RAINCOATS | 9.95 | | 19 | 90 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| RECEIVED BY X | | TAX | | 1 | 44 |
| | | **TOTAL** | | 21 | 34 |

No. 649092

A **FINANCE CHARGE** at the **ANNUAL PERCENTAGE RATE OF 18%** (Monthly Rate is 1½%)
will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a
10% restocking charge.

*Thank You!*

FILE COPY

BANGI009915

# ORANGE COVE HARDWARE, INC.

**AG SUPPLY HEADQUARTERS**
**LUMBER AND BUILDING MATERIALS**
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

SOLD TO: BANGI'S  ... ...
P.O. BOX ...
LEL NO, CA. ...16

ADDRESS: 10 ... ...

DATE 12/2/20 05

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET. | P.O. OUT | PURCHASE ORD. NO. |
|---|---|---|---|---|---|---|---|
| JH | | | X | | | | WA |

| QUAN. | DESCRIPTION | PRICE | AMOUNT | |
|---|---|---|---|---|
| 1 EA | 7/8" 10W FALL | | 7 | 49 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

RECEIVED BY   X ...

| TAX | | 54 |
|---|---|---|
| **TOTAL** | 8 | 03 |

## No.649102

A FINANCE CHARGE at the ANNUAL PERCENTAGE RATE OF 18% (Monthly Rate is 1½%)
will be applied on the unpaid balance after 30 days of purchase.  Returned Merchandise is subject to a
10% restocking charge.

*Thank You!*

FILE COPY

BANGI009916

# ORANGE COVE HARDWARE, INC.



AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0645

SOLD TO: BANGI'S G N N STUMNS
P.O. BOX 724
DELANO, CA, 93216

ADDRESS    105 11 9

DATE 12-14 20 08

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET. | PD. OUT | PURCHASE ORD. NO. |
|---------|------|--------|--------|----------|-----------|---------|-------------------|
|         |      |        | ✓      |          |           |         | Den               |

| QUAN. | DESCRIPTION | PRICE | AMOUNT | |
|-------|-------------|-------|--------|---|
| 2 ea | Hose couples | 1.69 | 3 | 38 |
| 1 ea | Air freashoner |  | 2 | 29 |
| 1 ea | Spray Bottle |  | 2 | 10 |
| 1 ea | Fire Extinquisher |  | 16 | 99 |
| 1 cs | Driller |  | 82 | 99 |
| 1 ea | tool charge |  | 4 | 44 |
| 1 ea | other |  | 4 | 44 |
|  |  |  |  |  |
|  |  |  | 116 | 63 |
|  |  |  |  |  |
|  |  |  |  |  |

RECEIVED BY  X

| TAX | 8 | 46 |
|-----|---|----|
| **TOTAL** | 125 | 09 |

## No. 654331

**A FINANCE CHARGE** at the **ANNUAL PERCENTAGE RATE OF 18%** (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase.  Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI009917

# ORANGE COVE HARDWARE, INC.

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

SOLD TO: BANGI'S ~~G M N CEMENS~~
P.O. BOX 784
LELANO, CA. 93216

ADDRESS: 10~~~~

DATE 12/22/05

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET. | PD. OUT | PURCHASE ORD. NO. |
|---------|------|--------|--------|----------|-----------|---------|-------------------|
| D) | | | ✕ | | | | Craig |

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|-------|-------------|-------|--------|
| 300 ec | LD 1020 Levers | 10.95 | 3,285.00 |
| | | | |

RECEIVED BY X

No. 654513

| | | |
|---|---|---|
| TAX | | 65.70 |
| TOTAL | | 3,350.70 |

**A FINANCE CHARGE** at the **ANNUAL PERCENTAGE RATE OF 18%** (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase.  Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI009918