# ORANGE COVE HARDWARE, INC.

**True Value**

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

SOLD TO: BANGI'S AG M'N GEMENS
P.O. BOX 724
DELANO, CA. 93216

ADDRESS: 105-112 70

DATE 12-23-20 05

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET. | PD. OUT | PURCHASE ORD. NO. |
|---------|------|--------|--------|----------|-----------|---------|-------------------|
| | | | X | | | | |

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|-------|-------------|-------|--------|
| 1 dz. | Rubber gloves | | 10 95 |
| 1 dz. | Nylon gloves | | 10 95 |
| | | | 21 90 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

RECEIVED BY X

| TAX | 1 59 |
|-----|------|
| **TOTAL** | 23 49 |

No. 654558

A **FINANCE CHARGE** at the **ANNUAL PERCENTAGE RATE OF 18%** (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI009919

# ORANGE COVE HARDWARE, INC.

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

SOLD TO: BANGI'S AG & NORSEMENS
P.O. BOX 724
DELANO, CA. 93216

( Jason )

ADDRESS: 105 110 70

DATE 7-23-2005

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET. | FD. CUT | PURCHASE ORD. NO. |
| | | | X | | | | Craig |

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| (Ca - Felco # 400 | | | 26.53 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| RECEIVED BY  X | | TAX | .53 |
| | | TOTAL | 27.06 |

No. 654561

**A FINANCE CHARGE** at the **ANNUAL PERCENTAGE RATE OF 18%** (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI009920

# ORANGE COVE HARDWARE, INC.





AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

SOLD TO: BANGI'S AG M N CLEMENS
P.O. BOX 724
DELANO, CA. 93216

ADDRESS 105 11S D

DATE 12-23-2005

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET. | PD. OUT | PURCHASE ORD. NO. |
|---------|------|--------|--------|----------|------------|---------|-------------------|
| | | | X | | | | |

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|-------|-------------|-------|--------|
| 1 EA. | 200-A-B-F | | 5.52 |
| 1 EA. | 200-F-B-F | | 6.51 |
| 1 EA. | 200-D-B-F | | 9.49 |
| 1 EA. | 2"Banjo Hose Barb | | 3.25 |
| 1 EA. | 150-F | | 4.95 |
| | | | 29 72 |
| | | | |
| | | | |
| | | | |
| | | | |

RECEIVED BY X

| TAX | 2 | 15 |
|-----|---|----|
| TOTAL | 31 | 87 |

No. 654565

**A FINANCE CHARGE** at the **ANNUAL PERCENTAGE RATE OF 18%** (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase.  Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI009921

507 PARK BLVD.
ORANGE COVE, CA
93646
(559) 826-7703
FAX (559) 626-7630

LUMBER
BUILDING MATERIALS
ROOFING
(ORANGE COVE LOCATION ONLY)



**STATEMENT**

# ORANGE COVE HARDWARE INC.

TREE & VINE SUPPLIES
APPLIANCES — GIFTS — SPORTING GOODS
PAINTS — TELEVISION

17216 COUNTY LINE ROAD
DELANO, CA
93215
(661) 725-4122
FAX (661) 725-0845

**REMITTANCE STUB
PLEASE RETURN ➤**

BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA.       93216

| ACCT. NO. | 105-148-80 | CLOSING DATE | DEC 25, 05 | BAL. FWD. | 3,868.64 |
|---|---|---|---|---|---|

| MO. | DAY | REFERENCE NO. | DESCRIPTION | CHARGES | CREDITS | BALANCE |
|---|---|---|---|---|---|---|
| 11 | 26 | 648247 | INVOICE | 155.53 | | 4,024.17 |
| 11 | 28 | 648917 | INVOICE | 116.39 | | 4,140.56 |
| 11 | 30 | 648968 | INVOICE | 76.83 | | 4,217.39 |
| 12 | 5 | 649151 | INVOICE | 330.18 | | 4,547.57 |
| 12 | 8 | 648307 | INVOICE | 154.52 | | 4,702.09 |
| 12 | 8 | 648925 | INVOICE | 146.34 | | 4,848.43 |
| 12 | 8 | 648939 | INVOICE | 318.34 | | 5,166.77 |
| 12 | 8 | 649254 | INVOICE | 163.92 | | 5,330.69 |
| 12 | 9 | 654112 | INVOICE | 14.43 | | 5,345.12 |
| 12 | 10 | 649042 | INVOICE | 73.51 | | 5,418.63 |
| 12 | 12 | 654201 | INVOICE | 76.54 | | 5,495.17 |
| 12 | 14 | 654342 | INVOICE | 3,350.70 | | 8,845.87 |
| 12 | 15 | 648929 | INVOICE | 63.06 | | 8,908.93 |
| 12 | 15 | 654222 | INVOICE | 22.79 | | 8,931.72 |
| 12 | 15 | 654266 | INVOICE | 521.57 | | 9,453.29 |
| 12 | 15 | 651191 | PAYMENT-THANK YOU | | 3,868.64 | 5,584.65 |
| 12 | 16 | 655020 | INVOICE | 440.41 | | 6,025.06 |
| 12 | 20 | 654494 | INVOICE | 151.59 | | 6,176.65 |

| PAGE NO. | 90 DAYS & OVER | OVER 60 DAYS | OVER 30 DAYS | CURRENT | BALANCE |
|---|---|---|---|---|---|
| 1 | | | | | |

PURCHASES AND PAYMENTS MADE AFTER THE 25th OF THE MONTH WILL APPEAR ON YOUR NEXT STATEMENT.
A FINANCE CHARGE at the ANNUAL PERCENTAGE RATE of 18% (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase.

BANGI009922

# ORANGE COVE HARDWARE, INC



AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7763
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

BANGI'S AG M N GEMENS
SOLD TO: P.O. BOX 724
DELANO, CA. 93216

ADDRESS: 105 119 00    105-148-80

DATE 11 21 2008

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET. | PD. OUT | PURCHASE ORD. NO. |
|---------|------|--------|--------|----------|-----------|---------|-------------------|
| JH      |      |        | X      |          |           |         | Craig             |

| QUAN. | | DESCRIPTION | PRICE | AMOUNT |
|-------|---|-------------|-------|--------|
| 1 | EA | TOW BALL | | 7 99 |
| 1 | EA | MARKER | | 3 99 |
| 1 | PR | GLOVES | | 14 78 |
| 1 | PP | work gloves | | 4 27 |
| 1 | DZ | nylon gloves | | 10 76 |
| 2 | EA | T-50 STAPLER | 18.99 | 37 98 |
| 8 | PK | T-50 STAPLES 5/16 | 3.29 | 26 32 |
| 2 | EA | HMF | 2.10 | 4.20 |
| 3 | Rolls | Duct tape | 5.25 | 15 75 |
| 1 | Roll | 25' EXT. cord | | 18 57 |
| | | | | 145.02 |

RECEIVED BY  X _____

| TAX | 10.51 |
|-----|-------|
| TOTAL | 155.53 |

No. 648247

A FINANCE CHARGE at the ANNUAL PERCENTAGE RATE OF 18% (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI009923

# ORANGE COVE HARDWARE, INC.



AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

SOLD TO: BANGI'S ... ... FARMS
P.O. BOX 764
DELANO, CA. 93616

ADDRESS

105-148-80

No. 648917

| QUAN. | DESCRIPTION | PRICE | AMOUNT | |
|---|---|---|---|---|
| 2 | ea mop Hendles | 2 99 | 5 | 98 |
| 2 | ea mops | 5 99 | 11 | 98 |
| | ea brush | | 6 | |
| 2 | bx Dust palls | 13.99 | 27 | 98 |
| 1 | ea Brushes | | 3 | 99 |
| 1 | ea Brush | | 2 | 49 |
| 1 | ea Broom | | 13 | 99 |
| 1 | Pkg ( BATTERYS | | 10 | 49 |
| 4 | pcs 8v Batteries | 2.79 | 11 | 16 |
| 3 | pkg 674A Batteries | 4.49 | 13 | 47 |
| | | | 108 | 52 |
| | TAX | | 7 | 87 |
| | TOTAL | | 116 | 39 |

RECEIVED BY X

A FINANCE CHARGE at the ANNUAL PERCENTAGE RATE OF 18% (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI009924

# ORANGE COVE HARDWARE, INC.

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0645

SOLD TO: BANGI'S AG M N  ...
P.O. BOX 724
DEL NO, CA. 93216

ADDRESS: 103 1: ... 0

DATE 11-29-2005

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET. | PD. OUT | PURCHASE ORD. NO. |
|---------|------|--------|--------|----------|------------|---------|-------------------|
| M | | | X | | | | G 75 |

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|-------|-------------|-------|--------|
| 1 EA. | Pen gur | | 9.95 |
| 1 ea | plier | | 6.89 |
| 1 pr | Rubber Boots | | 12.49 |
| 1 pr | work gloves | | 5.95 |
| 6 EA | CLORIX | 1.79 | 10.74 |
| 1 ea | trash can | | 14.79 |
| 1 ea | Dbl aa Batteries | | 4.19 |
| 1 ea | shaker | | 2.79 |
| 1 ea | safety glasses | | 3.75 |
| | | | 71.64 |

RECEIVED BY X  Jaime Rodriguez

| | |
|---|---|
| TAX | 5.19 |
| TOTAL | 76.83 |

No. 648968

A **FINANCE CHARGE** at the **ANNUAL PERCENTAGE RATE OF 18%** (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase.  Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI009925

# ORANGE COVE HARDWARE, INC.

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17218 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

SOLD TO:

ADDRESS

105-148-00

DATE 12/5/2005

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET. | PD. OUT | PURCHASE ORD. NO. |
|---------|------|--------|--------|----------|-----------|---------|-------------------|
| JH | | | X | | | | 973 |

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|-------|-------------|-------|--------|
| 14 EA | BLACK TOILET SEAT | 21 99 | 307 86 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

RECEIVED BY   X

| | TAX | 22 32 |
|---|-----|-------|
| | **TOTAL** | 330 18 |

No. 649151

A **FINANCE CHARGE** at the **ANNUAL PERCENTAGE RATE OF 18%** (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI009926

# ORANGE COVE HARDWARE, INC.

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7693
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

SOLD TO: GI'S AG N SEMENS
P.O. BOX 724
DELANO, CA. 93216

ADDRESS: 109 112 70

DATE: 11-30-20 05

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 1 ea | tide | 18 | 99 |
| 7 ct | Ext. cord | 7.39 | 4 | 58 |
| 1 ct | Ext. cord | 1.79 | 1 | 79 |
| 2 ea | | 4.49 | 8 | 98 |
| 4 EA | BRUSHES | 2.99 | 11 | 96 |
| 4 EA | " " | 2.49 | 9 | 96 |
| 2 DZ | NYLON GLOVES | 10.95 | 21 | 70 |
| 1 PR | WORK GLOVES | | 5 | 95 |
| 4 EA | ROUGHNECK BRUSH | 14.49 | 57 | 96 |
| | | | 144 | 07 |
| RECEIVED BY X | TAX | | 10 | 45 |
| | TOTAL | | 154 | 52 |

No. 648307

A FINANCE CHARGE at the ANNUAL PERCENTAGE RATE OF 18% (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI009927

# ORANGE COVE HARDWARE, INC.



AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

SOLD TO: BANGI'S ...

P.O. BOX 724.

DEL NO. CA. 3216

ADDRESS  100 ...

DATE 11/__/__ 20__

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET. | P.O. OUT | PURCHASE ORD. NO. |
|---------|------|--------|--------|----------|------------|----------|-------------------|
|         |      |        |        |          |            |          | Wa                |

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|-------|-------------|-------|--------|
| 3 | pkg clocks | 7.65 | 21 90 |
| 3 a | a chlor | 1.99 | 5 97 |
| 1 | a Tide | | 8 99 |
|  | 4 channel plates | 1.99 | 23 88 |
| 4 | a brushes | 4.99 | 19 96 |
| 4 | a scrub brush | 2.99 | 11 96 |
|  | fut spce chase | | 9 99 |
| 2 ea. | | 5.95 | 11 90 |
| 2 ea. | | 5.95 | 11 90 |
|  | | | 136 45 |

| RECEIVED BY | X | TAX | 9 89 |
|-------------|---|-----|------|
|             |   | **TOTAL** | 146 34 |

No. 648925

A FINANCE CHARGE at the ANNUAL PERCENTAGE RATE OF 18% (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI009928

# ORANGE COVE HARDWARE, INC.



AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

SOLD TO: BANGI'S
P.O. BOX 724
DELANO, CA. 93216

ADDRESS

DATE 11 - 8 - 2005

| QUAN. | DESCRIPTION | | PRICE | AMOUNT | |
|---|---|---|---|---|---|
| 3 | cs | Dri-vm | 82 60 | 247 | 80 |
| 1 | Roll | trash cans | | 9 | 79 |
| 1 | DZ | Nylon gloves | | 6 | 95 |
| 1 | ea | Electrical tape | | 3 | 69 |
| 1 | DZ | work gloves | | 14 | 98 |
| 1 | Box | trash Bags | | 5 | 49 |
| 1 | ea | Hose washer | | 2 | 29 |
| 1 | ea | Bargain tool | | 4 | 49 |
| 1 | ea | Hose washers | | 1 | 19 |
| | | | | 296 | 82 |

RECEIVED BY  X _____

| TAX | 21 | 52 |
|---|---|---|
| TOTAL | 318 | 34 |

No. 648939

A FINANCE CHARGE at the ANNUAL PERCENTAGE RATE OF 18% (Monthly Rate is 1½%)
will be applied on the unpaid balance after 30 days of purchase.  Returned Merchandise is subject to a
10% restocking charge.

*Thank You!*

FILE COPY

BANGI009929

# ORANGE COVE HARDWARE, INC.



AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

SOLD TO: BANGI'S  ...

ADDRESS: P.O. BOX ...
DELANO, CA. ...

105 ... 0

DATE 12-7 20 05

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 1 | D2 nylon glover | | 10 75 |
| 2 | pn work gloves | 5.95 | 11 90 |
| 1 CTN | under car cart | | 36 48 |
| 1 gal | joy soap | | 13 75 |
| 6 gals | clorox | 1 99 | 11 94 |
| 2 qt | atf oil | 1 87 | 3 74 |
| 3 EA | broom | 13 99 | 41 97 |
| 3 EA | broom handle | 5 99 | 17 97 |
| 1 pkg | aati scott iros | | 4 19 |
| 1 pr | work gloves | | 5 95 |
| | | | 152 84 |

RECEIVED BY X _____

| TAX | 11 08 |
|---|---|
| **TOTAL** | 163 92 |

## No. 649254

A **FINANCE CHARGE** at the **ANNUAL PERCENTAGE RATE OF 18%** (Monthly Rate is 1½%)
will be applied on the unpaid balance after 30 days of purchase.  Returned Merchandise is subject to a
10% restocking charge.

*Thank You!*

FILE COPY

BANGI009930

# ORANGE COVE HARDWARE, INC.



AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

SOLD TO: BANGI'S _____

ADDRESS: P.O. BOX _____
DEL NO. CA. 93016

10 14880

DATE 12-9 20 05

| QUAN. | | DESCRIPTION | PRICE | AMOUNT | |
|---|---|---|---|---|---|
| 1 | eu | Paint Brush | | 3 | 49 |
| 1 | pc | Spray Paint | 2.49 | 9 | 96 |
| | | | | 13 | 45 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

RECEIVED BY   X Jenny _____   TAX   98

No. 654112   TOTAL   14 43

**A FINANCE CHARGE** at the **ANNUAL PERCENTAGE RATE OF 18%** (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase.  Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI009931

# ORANGE COVE HARDWARE, INC

*True Value*

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

SOLD TO: BANGI'S AG MANAGEMENS
P.O. BOX 724
DELANO, CA. 93216

ADDRESS: 105

DATE: 1-20 05

| QUAN. | DESCRIPTION | PRICE | AMOUNT | |
|-------|-------------|-------|--------|---|
| 1 Ca. | WD 40 Spray | | 3 | 19 |
| 2 Ca. | Grease | 3.80 | 7 | 60 |
| 1 Ca. | File Handle | | 1 | 79 |
| 4 Ca. | Hose rile | 1.25 | 5 | 00 |
| 10 Lbs. | Long cloth rags | 2.85 | 28 | 50 |
| 1 Dz. | Nylon glove | | 6 | 95 |
| 1 Ca. | 3 in 1 oil | | 3 | 79 |
| 1 Ca. | Hammer | | 3 | 35 |
| 1 Ca. | Lock on pliers | | 4 | 99 |
| | | | 67 | 16 |

RECEIVED BY X

TAX 4 35
TOTAL 73 51

No. 649042

A FINANCE CHARGE at the ANNUAL PERCENTAGE RATE OF 18% (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI009932

# ORANGE COVE HARDWARE, INC.



AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

SOLD TO: B.NGI'S .G W N ... .N3
P.O. BOX 72..
DELANO, CA. 73216

ADDRESS: 109 ... .. .

DATE 12/10/20 05

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET. | PD. OUT | PURCHASE ORD. NO. |
|---------|------|--------|--------|----------|------------|---------|-------------------|
| JA      |      |        | X      |          |            |         |                   |

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|-------|-------------|-------|--------|
| 2 EA | 7" HITCH BALL | 7 99 | 15 98 |
| 1 EA | CRESCENT WRENCH | | 17 18 |
| 2 ea | 3 in 1 OIL | 3 99 | 7 98 |
| 1 BX | TRASH CAN | | 10 25 |
| 2 EA | TRASH BAGS | 9 99 | 19 98 |
| | | | |
| | | | 71 37 |

RECEIVED BY X _____

| TAX | 5 17 |
|-----|------|
| TOTAL | 76 54 |

No. 654201

A FINANCE CHARGE at the ANNUAL PERCENTAGE RATE OF 18% (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI009933

# ORANGE COVE HARDWARE, INC.

*True Value*

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

105-148-80

SOLD TO: BANGI'S G W N CRVINS
P.O. BOX 724
DELANO, CA. 93216

ADDRESS

105 000 00

DATE 12-14 20 05

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET. | PD. OUT | PURCHASE ORD. NO. |
|---|---|---|---|---|---|---|---|
| AVS | | | X | | | | Levin |

| QUAN. | | DESCRIPTION | PRICE | | AMOUNT | |
|---|---|---|---|---|---|---|
| 109 | RO | LD 1020 Loppers | 10 | 95 | 1193 | 55 |
| 191 | c | LD 1020 Loppers | 10 | 95 | 2091 | 45 |
| | | | | | | |
| | | | | | | |
| | | Handle | | | | |
| | | | | | | |
| | | | | | 3285 | 00 |

RECEIVED BY X

No. 654342

TAX | 65 | 70
TOTAL | 3350 | 70

A **FINANCE CHARGE** at the **ANNUAL PERCENTAGE RATE OF 18%** (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase.  Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI009934

# ORANGE COVE HARDWARE, INC.



AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

SOLD TO: BANGI'S GROWN DEMAND

P.O. BOX 744

DELANO, Ca. 93216

ADDRESS 105 ...

DATE 11 28 2005

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET. | PD. OUT | PURCHASE ORD. NO. |
|---------|------|--------|--------|----------|-----------|---------|-------------------|
| PJ | | | X | | | | n/a |

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|-------|-------------|-------|--------|
| 10 ea | Brushes | 2 99 | 29 90 |
| 6 ea | Clorox | 1 99 | 11 94 |
| 1 EA | BRUSH | | 4 49 |
| 2 EA | BRUSH | 3 99 | 7 |
| 1 EA | BRUSH | | 4 4 |
| | | | 58 80 |

| | | |
|---|---|---|
| RECEIVED BY X | TAX | 4 26 |
| | **TOTAL** | 63 06 |

No. 648929

A FINANCE CHARGE at the ANNUAL PERCENTAGE RATE OF 18% (Monthly Rate is 1½%)
will be applied on the unpaid balance after 30 days of purchase.  Returned Merchandise is subject to a
10% restocking charge.

*Thank You!*

FILE COPY

BANGI009935

# ORANGE COVE HARDWARE, INC.



AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

SOLD TO: BANGI'S GIN & SONS
P.O. BOX 764
DELANO, CA. 93216

ADDRESS: 108 _____

DATE 12/10/2005

| SOLD BY | CASH2 | C.O.D. | CHARGE | ON ACCT. | MDSE. RET. | PD. OUT | PURCHASE ORD. NO. |
|---------|-------|--------|--------|----------|-----------|---------|-------------------|
| JH      |       |        | X      |          |           |         | Craig             |

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|-------|-------------|-------|--------|
| 1 DZ  | NYLON OLIVES |      | 6 75 |
| 1 EA  | STEM |      | 1 25 |
| 1 EA  | FILE |      | 4 50 |
| 1 PR  | OLIVES |      | 8 25 |
|       |            |       | 21 25 |
|       |            |       |      |
|       |            |       |      |
|       |            |       |      |
|       |            |       |      |
|       |            |       |      |
|       |            |       |      |

RECEIVED BY X _____

| TAX | 1 54 |
| **TOTAL** | 22 79 |

## No. 654222

A **FINANCE CHARGE** at the **ANNUAL PERCENTAGE RATE OF 18%** (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI009936

# ORANGE COVE HARDWARE, INC.



AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

SOLD TO: BANGI'S

ADDRESS 105-148-80

DATE 1/1/05

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 2 ea. | ZIN CHO OIL | 7.99 | 7.98 |
| 2 ea. | Flat File | 3.80 | 7.60 |
| 5 EA. | 40 LB SCALE | 69.95 | 349.75 |
| 1 DZ | Nylon gloves | | 10.95 |
| 2 EA | broom (corn) | 13.99 | 27.98 |
| 1 EA | Groom handle | | 16.99 |
| 6 ea. | Brush | 2.99 | 17.94 |
| 1 EA. | Easy off | | 10.24 |
| 2 EA. | Large coats (Tingley) | 21.44 | 42.88 |
| | | | 486.31 |
| RECEIVED BY | X | TAX | 35.26 |
| | | TOTAL | 521.57 |

No. 654266

A FINANCE CHARGE at the ANNUAL PERCENTAGE RATE OF 18% (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase.  Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI009937

# ORANGE COVE HARDWARE, INC.



AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

607 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7650

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

SOLD
TO: *Borge - Ag*

ADDRESS

DATE *10-15* 20___

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET. | P.O. OUT | PURCHASE ORD. NO. |
|---------|------|--------|--------|----------|-----------|----------|-------------------|

| QUAN. | DESCRIPTION | | PRICE | AMOUNT |
|-------|-------------|---|-------|--------|
|  | *Payment* |  |  | 2868.04 |
| 204996 |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  | 100-148 30 |  |  |  |
|  |  |  |  |  |

RECEIVED BY    X

| TAX |  |
|-----|--|
| **TOTAL** | 2868.04 |

No. 651191

A **FINANCE CHARGE** at the **ANNUAL PERCENTAGE RATE OF 18%** (Monthly Rate is 1½%)
will be applied on the unpaid balance after 30 days of purchase.  Returned Merchandise is subject to a
10% restocking charge.

*Thank You!*

FILE COPY

BANGI009938

# ORANGE COVE HARDWARE, INC.

*True Value*

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7708
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

SOLD TO:

ADDRESS

DATE 12/17/2005

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET. | PD. OUT | PURCHASE ORD. NO. |
|---------|------|--------|--------|----------|------------|---------|-------------------|
| JH | | | X | | | | Craig |

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|-------|-------------|-------|--------|
| 12 PR. | BROWN NYLON GLOVES | .99 | 14 88 |
| 1 EA. | Sy. Pr. Cutter By 400 | | 12 90 |
| | (# 4763-141-0301) | | |
| 1 EA. STIHL Blower BR 550 | | | 399 95 |
| 1 EA. | glasses | | 5 49 |
| | | | 430 22 |
| | | TAX | 10 19 |
| | | TOTAL | 440 41 |

RECEIVED BY X

No. 655020

A **FINANCE CHARGE** at the **ANNUAL PERCENTAGE RATE OF 18%** (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI009939

# ORANGE COVE HARDWARE, INC.



AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7650

17216 County Line Road
Delano, Calif. 93216
Phone (661) 725-4122
Fax (661) 725-0845

SOLD TO: BANGI'S ____ ____
P.O. BOX 724
DELANO, CA. 93216

ADDRESS: 10_ ____

DATE 12-28 20 05

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET. | PD. OUT | PURCHASE ORD. NO. |
|---------|------|--------|--------|----------|-----------|---------|-------------------|

| QUAN. | DESCRIPTION | PRICE | | AMOUNT | |
|-------|-------------|-------|---|--------|---|
| 2 ea | 10-24 - 24 push Brooms | 25.69 | | 51 | 38 |
| 2 ea | Brooms | 14.99 | | 29 | 98 |
| 2 ea | Hitches | 29.99 | | 59 | 98 |
| | | | | 141 | 34 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

RECEIVED BY X _____ _____

| TAX | | 10 | 25 |
|-----|---|----|----|
| **TOTAL** | | 151 | 59 |

No. 654494

A FINANCE CHARGE at the ANNUAL PERCENTAGE RATE OF 18% (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI009940

Cal~Pacific Farm Management L.P. • P.O. BOX 1141 • RICHGROVE, CA 93261-1141

**276228**

Date: 03/14/2006   Vendor: ORANGE        Check #: 276228

| Date | Invoice # | Description | Invoice Total | Discount | Net Paid |
|------|-----------|-------------|---------------|----------|----------|
| 03/14/2006 | 003-06 | 659789 | 5,322.68 | 0.00 | 5,322.68 |
| | | **Check Totals:** | **5,322.68** | **0.00** | **5,322.68** |

Since 1947

BANGI009941

507 PARK BLVD.
ORANGE COVE, CA
93646
(559) 626-7703
FAX (559) 626-7630

LUMBER
BUILDING MATERIALS
ROOFING
(ORANGE COVE LOCATION ONLY)



**STATEMENT**

# ORANGE COVE HARDWARE INC.

TREE & VINE SUPPLIES
APPLIANCES — GIFTS — SPORTING GOODS
PAINTS — TELEVISION

17216 COUNTY LINE ROAD
DELANO, CA
93215
(661) 725-4122
FAX (661) 725-0845

**REMITTANCE STUB
PLEASE RETURN.** ▶

BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA.      93216

| ACCT. NO. | 105-148-80 | CLOSING DATE | FEB 25, 06 | BAL. FWD. | 13,921.21 |
|---|---|---|---|---|---|

| DATE MO. | DAY | REFERENCE NO. | DESCRIPTION | CHARGES | CREDITS | BALANCE |
|---|---|---|---|---|---|---|
| 2 | 14 | 658977 | INVOICE | 246.77 | | 14,167.98 |
| 2 | 15 | 664589 | PAYMENT-THANK YOU | | 9,192.49 | 4,975.49 |
| 2 | 17 | 659281 | INVOICE | 86.60 | | 5,062.09 |
| 2 | 17 | 659299 | INVOICE | 43.22 | | 5,105.31 |
| 2 | 21 | 659442 | INVOICE | 8.01 | | 5,113.32 |
| 2 | 21 | 659510 | INVOICE | 21.33 | | 5,134.65 |
| 2 | 23 | 659565 | INVOICE | 130.75 | | 5,265.40 |
| 2 | 23 | 659806 | INVOICE | 30.56 | | 5,295.96 |
| 2 | 25 | 659789 | INVOICE | 26.72 | | 5,322.68 |

| 2 | | | | 5,322.68 | | 5,322.68 |
|---|---|---|---|---|---|---|
| PAGE NO. | 90 DAYS & OVER | OVER 60 DAYS | OVER 30 DAYS | CURRENT | | BALANCE |

PURCHASES AND PAYMENTS MADE AFTER THE 25th OF THE MONTH WILL APPEAR ON YOUR NEXT STATEMENT.
A FINANCE CHARGE at the ANNUAL PERCENTAGE RATE OF 18% (Monthly Rate is 1½%) will be applied on the
unpaid balance after 30 days of purchase.

BANGI009942

# ORANGE COVE HARDWARE, INC.

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7680

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0345

3.88
3.28

106-14880

SOLD TO: BANGI'S AG MANAGEMENT
P.O. BOX 724
DELANO, CA. 93216

ADDRESS

DATE 07-10-20 06

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|-------|-------------|-------|--------|
| 1 bx. | Mask Spray | | 19 99 |
| 1 EA. | 10' ladder | | 169 99 |
| 1 ea | Diagnal pliers | | 11 99 |
| 1 ea | Spray Paint | | 3 29 |
| 1 ea | file handle | | 2 29 |
| 1 ea | Flat file | | 3 80 |
| 1 ea | Drill Bit | | 3 99 |
| 1 EA | MIPSIZE | | 6 99 |
| 1 EA | SPRAY GUN | | 2 19 |
| 1 EA | HOSE (GARDEN) | | 14 99 |
| | | | 239 01 |

CASH | C.O.D. | CHARGE X | ON ACCT. | MDSE. RET. | PD. OUT | PURCHASE ORD. NO. Craig

RECEIVED BY X

TAX 7.76
TOTAL 246.77

No. 658977

A FINANCE CHARGE at the **ANNUAL PERCENTAGE RATE OF 18%** (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI009943

# ORANGE COVE HARDWARE, INC.



AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

SOLD
TO: *Bange*

ADDRESS

DATE 2-15 20 06

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET. | PD. OUT | PURCHASE ORD. NO. |
|---|---|---|---|---|---|---|---|

| QUAN. | DESCRIPTION | | | | | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| | *Payment* | | | | | | 9173 49 |
| | 3,823.00 | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | 100 - 148 - 80 | | | | | | |
| | | | | | | | |

RECEIVED BY X

| | TAX | |
|---|---|---|
| | **TOTAL** | 9173 49 |

## No. 664589

**A FINANCE CHARGE** at the **ANNUAL PERCENTAGE RATE OF 18%** (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI009944

# ORANGE COVE HARDWARE, INC.



AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7830

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

SOLD TO: P.O. BOX 724
DEL NO. CA. 93216

ADDRESS

DATE 2-16 2006

| QUAN. | | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|
| 12 | Rolls | flagging tape | 1.25 | 15 00 |
| 1 | EA | LIQUID DETERGENT | | 10.74 |
| 12 | RLS | FLAGGING TAPE | 1.75 | 15 00 |
| 12 | RLS | FLAGGING TAPE | 1.75 | 15 00 |
| 6 | EA | CLOROX | 1.99 | 11 94 |
| 2 | EA | UTILITY BLADE (REFILL) | 1.79 | 3 58 |
| 1 | EA | UTILITY BLADE | | 9 99 |
| | | | | 80 75 |

RECEIVED BY

| TAX | 5 85 |
|---|---|
| **TOTAL** | 86 60 |

No. 659281

A FINANCE CHARGE at the ANNUAL PERCENTAGE RATE OF 18% (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase.  Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI009945

# ORANGE COVE HARDWARE, INC.



AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

SOLD TO:

ADDRESS

105-148-80     DATE 2/16/2006

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET. | PD. OUT | PURCHASE ORD. NO. |
|---------|------|--------|--------|----------|-----------|---------|-------------------|
| JH | | | X | | | | Craig |

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|-------|-------------|-------|--------|
| 1 EA | HOSE CLAMP | | 1.19 |
| 1 PR | GLOVES | | 8.25 |
| 1 EA | Safety glasses | | 11.95 |
| 1/2 | nylon gloves | | 10.95 |
| 4 EA | Spray Paint | 1.99 | 7.96 |
| | | | |
| | | | 40.30 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

RECEIVED BY  X _____

| TAX | 7.92 |
|-----|------|
| **TOTAL** | 43.22 |

No. 659299

A **FINANCE CHARGE** at the **ANNUAL PERCENTAGE RATE OF 18%** (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase.  Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI009946

# ORANGE COVE HARDWARE, INC.



AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

*109-14800*

SOLD TO: BANGI'S ... ...

P.O. BOX 724

ADDRESS: DELANO, CA. 93816

DATE 02-18-20 06

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|-------|-------------|-------|--------|
| 3 R1 | Masking tape | 249 | 7 47 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

SOLD BY / CASH / C.O.D. / CHARGE / ON ACCT. / MDSE. RET. / PO. OUT / PURCHASE ORD. NO.

RECEIVED BY  X Jaime Rodriguez

| TAX | | | 54 |
| TOTAL | | | 8 01 |

## No. 659442

**A FINANCE CHARGE** at the **ANNUAL PERCENTAGE RATE OF 18%** (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase.  Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI009947



# ORANGE COVE HARDWARE, INC.

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7704
Fax (559) 626-7730

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

SOLD TO:  B G M N ...RNS BOX 724 DEL NO, CA. 93216

ADDRESS  10     0

Roger

105-148-80     DATE 2-21 2006

SOLD BY AD    CASH    C.O.D.    CHARGE ✓    ON ACCT.    MDSE. RET.    PD. OUT    PURCHASE ORD. NO. Craig

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 1 gal | Coco soap | | 7 95 |
| 6 gal | Clorox | 1 99 | 11 94 |
| | | | 19 89 |
| | D. Powae | | |

RECEIVED BY  X

TAX     1 94
TOTAL   21 83

No. 659510

**A FINANCE CHARGE** at the **ANNUAL PERCENTAGE RATE OF 18%** (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI009948

# ORANGE COVE HARDWARE, INC.



AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

SOLD TO: BANGI'S ___ ___ ___
P.O. BOX 724
DELANO, CA. 93216

ADDRESS

105 148 80   105-148-80   DATE 07-27 2006

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET. | PD. OUT | PURCHASE ORD. NO. |
|---------|------|--------|--------|----------|------------|---------|-------------------|
| kll | | | K | | | | |

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|-------|-------------|-------|--------|
| 1 bx. | trash bags | | 7.99 |
| 1 ea. | Air freshner | | 7.29 |
| 1 ea. | Grabber | | 27.49 |
| 1 ea. | Spray Bottle | | 7.19 |
| 1 ea. | Dri-kem | | 86.95 |
| | | | 121.91 |

RECEIVED BY   X _____

| | |
|-----|-----|
| TAX | 8.84 |
| TOTAL | 130.75 |

No. 659565

**A FINANCE CHARGE** at the **ANNUAL PERCENTAGE RATE OF 18%** (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI009949

# ORANGE COVE HARDWARE, INC.



AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

607 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

SOLD TO: BANGI'S AG MANAGEMENT
P.O. BOX 724
DELANO, CA. 93216

ADDRESS 105-112-00

DATE 07-25-20( (

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET. | PD. OUT | PURCHASE ORD. NO. |
|---------|------|--------|--------|----------|------------|---------|-------------------|
| lll |  |  | X |  |  |  | (raig |

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|-------|-------------|-------|--------|
| 11 bs | bolts | 2.59 | 25.49 |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

| | | |
|---|---|---|
| RECEIVED BY X | TAX | 7.07 |
| | TOTAL | 30.56 |

## No. 659806

A **FINANCE CHARGE** at the **ANNUAL PERCENTAGE RATE OF 18%** (Monthly Rate is 1½%)
will be applied on the unpaid balance after 30 days of purchase.  Returned Merchandise is subject to a
10% restocking charge.

*Thank You!*

FILE COPY

BANGI009950

# ORANGE COVE HARDWARE, INC.



AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd. ,
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

SOLD TO: BANGI'S G M N CFMFNS
P.O. BOX 724
DELANO, CA. 93216

ADDRESS

105-148-80   DATE 02-25-20 06

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET. | PD. OUT | PURCHASE ORD. NO. |
|---------|------|--------|--------|----------|-----------|---------|-------------------|
|         |      |        | X      |          |           |         | 05003             |

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|-------|-------------|-------|--------|
| 3 EA. | D. C. Key | 1.99 | 5.77 |
| 1 EA. | Key Alarm |  | 2.79 |
| 3 EA. | assembly spray | 3.99 | 11.97 |
| 1 EA. | Key ring |  | .69 |
| 1 EA. | Tape |  | 3.69 |
|  |  |  | 24.91 |

RECEIVED BY  X  ____

| TAX | 1.81 |
|-----|------|
| **TOTAL** | 26.72 |

No. 659789

A FINANCE CHARGE at the ANNUAL PERCENTAGE RATE OF 18% (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI009951

BANGI009952

507 PARK BLVD.
ORANGE COVE, CA
93646
(559) 626-7703
FAX (559) 626-7630

LUMBER
BUILDING MATERIALS
ROOFING
(ORANGE COVE LOCATION ONLY)

# STATEMENT
# ORANGE COVE HARDWARE INC.
TREE & VINE SUPPLIES
APPLIANCES — GIFTS — SPORTING GOODS
PAINTS — TELEVISION

17216 COUNTY LINE ROAD
DELANO, CA
93215
(661) 725-4122
FAX (661) 725-0845

## REMITTANCE STUB
PLEASE RETURN ➤

## MAIL PAYMENT TO
ORANGE COVE HARDWARE INC.
P.O. BOX 368
ORANGE COVE, CA. 93646

BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA.      93216

CUSTOMER'S NAME
BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA.      93216

| ACCT. NO. | 105-148-80 | CLOSING DATE | FEB 25, 06 | BAL. FWD. | 9,192.49 |
|-----------|------------|--------------|------------|-----------|----------|

| ACCOUNT NO. | CLOSING DATE |
|-------------|--------------|
| 105-148-80 | FEB 25, 2006 |

| CHECK NUMBER | AMOUNT PAID |
|--------------|-------------|

## PLEASE RETURN COMPLETE RIGHT HAND STUB

INDICATE ANY CHANGE
OF BILLING INSTRUCTIONS:

| DATE MO. | DAY | REFERENCE NO. | DESCRIPTION | CHARGES | CREDITS | BALANCE |
|----------|-----|---------------|-------------|---------|---------|---------|
| 1 | 26 | 655762 | INVOICE | 38.25 | | 9,230.74 |
| 1 | 30 | 655391 | INVOICE | 154.04 | | 9,384.78 |
| 1 | 30 | 658339 | INVOICE | 124.35 | | 9,509.13 |
| 1 | 31 | 655875 | INVOICE | 97.43 | | 9,606.56 |
| 1 | 31 | 658317 | INVOICE | 20.86 | | 9,627.42 |
| 1 | 31 | 658404 | INVOICE | 288.51 | | 9,915.93 |
| 1 | 31 | 658555 | INVOICE | 140.20 | | 10,056.13 |
| 2 | 1 | 654893 | INVOICE | 152.60 | | 10,208.73 |
| 2 | 6 | 658710 | INVOICE | 227.57 | | 10,436.30 |
| 2 | 7 | 658645 | INVOICE | 104.78 | | 10,541.08 |
| 2 | 7 | 658735 | INVOICE | 250.11 | | 10,791.19 |
| 2 | 8 | 655793 | INVOICE | 314.45 | | 11,105.64 |
| 2 | 8 | 658779 | INVOICE | 1,911.09 | | 13,016.73 |
| 2 | 9 | 658469 | INVOICE | 236.32 | | 13,253.05 |
| 2 | 9 | 658808 | INVOICE | 33.18 | | 13,286.23 |
| 2 | 9 | 658917 | INVOICE | 146.70 | | 13,432.93 |
| 2 | 10 | 659001 | INVOICE | 438.55 | | 13,871.48 |
| 2 | 13 | 659088 | INVOICE | 49.73 | | 13,921.21 |

1

| PAGE NO. | 90 DAYS & OVER | OVER 60 DAYS | OVER 30 DAYS | CURRENT | BALANCE |
|----------|----------------|--------------|--------------|---------|---------|

PURCHASES AND PAYMENTS MADE AFTER THE 25th OF THE MONTH WILL APPEAR ON YOUR NEXT STATEMENT.
A FINANCE CHARGE at the ANNUAL PERCENTAGE RATE OF 18% (Monthly Rate is 1½%) will be applied on the
unpaid balance after 30 days of purchase.



FAILURE TO PAY SERVICE CHARGES WHEN BILLED
MAY RESULT IN SUSPENSION OF CREDIT.

# ORANGE COVE HARDWARE, INC.

**AG SUPPLY HEADQUARTERS**
**LUMBER AND BUILDING MATERIALS**
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7684

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0846

SOLD TO: BANGI'S AG MANAGEMENS
P.O. BOX 724
ADDRESS: DELANO, CA. 93216

105-148 90

105-148 80

DATE 01 26 2006

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|-------|-------------|-------|--------|
| 3 pr | shade cut boys | 1.89 | 5 67 |
| 1 pr | safety glasses | | 10 35 |
| 6 pr | tough oil | 1.19 | 7 14 |
| 2 pr | gloves | 5.95 | 11 90 |
| | | | 35 06 |

RECEIVED BY   X nxum

| TAX | 2 | 59 |
|-----|---|-----|
| **TOTAL** | 38 | 25 |

**No. 655762**

A **FINANCE CHARGE** at the **ANNUAL PERCENTAGE RATE OF** 18% (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI009953



## ORANGE COVE HARDWARE, INC.

*True Value*

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

607 Park Blvd
Orange Cove, Calif, 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif, 93216
Phone (661) 725-4122
Fax (661) 725-0646

SOLD TO: BANGI'S AG MANAGEMENS
P.O. BOX 724
DELANO, CA. 93216

ADDRESS

105-148-80   DATE 11/8/06

| QUAN. | | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|
| 12 | EA | BUMPER | 2.30 | 27 60 |
| 2 | EA | FILE | 3.80 | 7 60 |
| 1 | EA | 3 N 1 OIL | | 8 99 |
| 10 | EA | APRON | 1.95 | 19 50 |
| 5 | EA | " | 1.95 | 9 75 |
| 2 | PR | GLOVES | 5.95 | 11 90 |
| 24 | ea | Bumpers | .98 | 23 52 |
| 1 | DZ | Nylon gloves | | 10 95 |
| 3 | ea | Keys made | 1.85 | 5 55 |
| 1 | ea | Drill guns | | 24 99 |
| | | | | 145 35 |

RECEIVED BY

TAX   8 69
TOTAL   154 04

No. 655391

A FINANCE CHARGE at the ANNUAL PERCENTAGE RATE OF 18% (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI009954

**ORANGE COVE HARDWARE, INC.**

*True Value*

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-4382

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

SOLD TO: BANGI'S AG MANAGEMENT
P.O. BOX 724
DELANO, CA. 93216

ADDRESS

DATE 1-30 2006

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET. | PD OUT | PURCHASE ORD. NO. |
|---------|------|--------|--------|----------|------------|--------|-------------------|
|         |      |        | ✓      |          |            |        | Craig             |

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|-------|-------------|-------|--------|
| 1 cs | Drikem | | 86 95 |
| 1 ea | Sponge | | 2 49 |
| 1 ea | window | | 3 79 |
| * 12 pr | chemical gloves | 1.99 | 23 88 |
| | | | 117 11 |

RECEIVED BY X

TAX 7.24

**TOTAL** 124 35

No. 658339

A FINANCE CHARGE at the ANNUAL PERCENTAGE RATE OF 18% (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI009955

# ORANGE COVE HARDWARE, INC.

**AG SUPPLY HEADQUARTERS**
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

*True Value*

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 826-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

105-148-80

SOLD TO: BANGI'S AG MANAGEMENS
P.O. BOX 724
ADDRESS  DELANO, CA. 93216

DATE 01-27-2006

| QUAN. | DESCRIPTION | PRICE | AMOUNT | |
|---|---|---|---|---|
| 4 RL | 856 TWINE | 16.95 | 67 | 80 |
| 1 EA | SAP | | 10 | 24 |
| 1 | CLOROX | | 1 | 99 |
| 1 EA | BRUSH | | 4 | 99 |
| 2 EA | WIRE BRUSH | 1.89 | 3 | 78 |
| 1 EA | SIGN | | | 75 |
| 1 EA | Air Fitting | | 1 | 29 |
| | | | 90 | 84 |

RECEIVED BY  X Dan A. Bereng

| | |
|---|---|
| TAX | 6 59 |
| TOTAL | 97 43 |

No. 655875

A FINANCE CHARGE at the ANNUAL PERCENTAGE RATE OF 18% (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI009956

# ORANGE COVE HARDWARE, INC.

**AG SUPPLY HEADQUARTERS**
**LUMBER AND BUILDING MATERIALS**
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7852

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

SOLD TO: BANGI'S AG MANAGEMENS
P.O. BOX 724
DELANO, CA. 93216

ADDRESS

DATE 01 28 2006

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|-------|-------------|-------|--------|
| 5 pr | gloves | 3 89 | 19 45 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

RECEIVED BY X

| | TAX | 1 41 |
|--|-----|------|
| | **TOTAL** | 20 86 |

**No. 658317**

A **FINANCE CHARGE** at the **ANNUAL PERCENTAGE RATE OF 18%** (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI009957

# ORANGE COVE HARDWARE, INC.

**AG SUPPLY HEADQUARTERS**
**LUMBER AND BUILDING MATERIALS**
(Orange Cove Location ONLY)

5.06
2.06

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0645

SOLD TO: BANGI'S COMM. CFMRNS
P.O. BOX 724
DELANO, CA. 93216

ADDRESS: 10 0 105.14680

DATE 01-31-2006

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET. | PD. OUT | PURCHASE ORD. NO. |
|---------|------|--------|--------|----------|------------|---------|-------------------|
| | | | X | | | | Craig |

| QUAN. | DESCRIPTION | PRICE | AMOUNT | |
|-------|-------------|-------|--------|---|
| ✱ 2 | EA. 8" Files | 4.79 | 9 | 58 |
| ✱ 1 | EA. 6" File | | 3 | 80 |
| ✱ 4 | pkg. rivets | 4.29 | 17 | 16 |
| ✱ 4 | Rolls #1050 twine | 16.95 | 67 | 80 |
| ✱ 50 | EA Bungies | 1.95 | 97 | 50 |
| 1 | EA. Funnels | | 2 | 99 |
| 1 | EA. Funnel | | 3 | 99 |
| | Scru. breaner | .98 | | |
| ✱ 4 | Rl. EXXON TWINE | 16.95 | 67 | 80 |
| ✱ 2.5 | lbs. Bolt Cuts | 2.59 | 6 | 40 |
| 1 | ea. Brush | | 4 | 99 |
| | | | 281 | 39 |

RECEIVED BY X _____

TAX  7.12

**TOTAL**  288.51

## No.658404

A FINANCE CHARGE at the ANNUAL PERCENTAGE RATE OF 18% (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI009958

# ORANGE COVE HARDWARE, INC.

**True Value**

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

SOLD TO: BANGI'S AG MANAGEMENS
P.O. BOX 784
DELANO, CA. 93216

ADDRESS

105-149.00   100/148.80   DATE 02 02 20 06

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET. | PD. OUT | PURCHASE ORD. NO. |
|---------|------|--------|--------|----------|------------|---------|-------------------|
| 111 | | | 7X | | | | Craig |

| QUAN. | DESCRIPTION | PRICE | AMOUNT | |
|-------|-------------|-------|--------|--|
| 15 | EM ptc Tees | 29 | | |
| 1 | D2 Nylon gloves | | 10 | 95 |
| 11 | a 9uc Tees | .40 | 4 | 40 |
| 1 | 5 DRI-KEM | | 86 | 95 |
| 1 | pr work gloves | | 5 | 95 |
| 3 | p/c Drikem | 7.49 | 22 | 47 |
| | | | 130 | 72 |

RECEIVED BY   X _(signature)_

| TAX | 9 | 48 |
|-----|---|----|
| **TOTAL** | 140 | 20 |

No. 658555

A FINANCE CHARGE at the ANNUAL PERCENTAGE RATE OF 18% (Monthly Rate is 1½%)
will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a
10% restocking charge.

*Thank You!*

FILE COPY

BANGI009959

**ORANGE COVE HARDWARE, INC.**

3.25
4.63
1.65
4.63

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0846

SOLD TO: BANGI'S 10 M M N CLEMENS
P.O. BOX 724
DELANO, CA. 93216

ADDRESS: 105 1 5 0  *105-748-60*

DATE: 11 6 06

PURCHASE ORD. NO: 006 6

| QUAN. | | DESCRIPTION | PRICE | | AMOUNT | |
|---|---|---|---|---|---|---|
| 250 | PLS | 5' BAMBOO | 12 | | | |
| 2 | RL | FLAGGING TAPE | 1 25 | | 2 | 50 |
| 12 | EA | CLOROX | 1 79 | | 21 | 48 |
| 8 | | clips | 25 | | 2 | 00 |
| 1 | pks | gloves | | | 10 | 95 |
| 4 | | wire clips | 3 10 | | 12 | 40 |
| 1 | | Jay Scrap | | | 13 | 25 |
| 4 | EA | 10" VALLEY SAW | 12 49 | | 49 | 96 |
| 2 | EA | DBL M KEY | 1 89 | | 3 | 78 |
| | | | | | 146 | 32 |

RECEIVED BY X [signature]

No. 654893

TAX: 6.28
TOTAL: 152.60

A **FINANCE CHARGE** at the **ANNUAL PERCENTAGE RATE OF 18%** (Monthly Rate is 1½%)
will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a
10% restocking charge.

*Thank You!*

FILE COPY

BANGI009960

# ORANGE COVE HARDWARE, INC.

*True Value*

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7700
Fax (559) 626-768

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

SOLD TO: BANGI'S AG M N AGMENS
P.O. BOX 724
DELANO, CA. 93216

ADDRESS: 105 119 0  *105-148-80*

DATE 2/16/2006

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET. | PD. OUT | PURCHASE ORD. NO. |
|---------|------|--------|--------|----------|-----------|---------|-------------------|
| JH | | | X | | | | 012-6 |

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|-------|-------------|-------|--------|
| 9 EA | POST HOLE DIGGER | 24.79 | 223.11 |

RECEIVED BY X *TONY*

TAX 4.46

No. 658710

TOTAL 227.57

A **FINANCE CHARGE** at the **ANNUAL PERCENTAGE RATE OF 18%** (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI009961

# ORANGE COVE HARDWARE, INC.

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7606

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

904
4.00

BANGI'S AG MANAGEMENS
NO. CA. 93216

SOLD TO: 10 1300

SEPT 89
PRUNI

ADDRESS

185-148.80

DATE 2-14

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 5 ea | corona Rakes | 8.95 | 44.75 |
| 2 ea | F 75302 plug | 1.59 | 3.18 |
| 2 ea | F 75317 coupler | 5.29 | 10.58 |
| 1 ea | F# 75625 hose | | 24.49 |
| 1 ea | F 75624 Hose | | 14.69 |
| 1 Qt | motor oil | | 1.69 |
| | | | |
| | | | 99.88 |

RECEIVED BY  X Dean Purrrmal

TAX   4.90

**TOTAL**   104.78

No. 658645

A **FINANCE CHARGE** at the **ANNUAL PERCENTAGE RATE OF 18%** (Monthly Rate is 1½%)
will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a
10% restocking charge.

*Thank You!*

FILE COPY

BANGI009962

## ORANGE COVE HARDWARE, INC.

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd
Orange Cove, Calif. 93646
Phone (559) 626-7300
Fax (559) 626-7866

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

SOLD TO:  P.O. BOX 724
LELAND, CA. 93816

ADDRESS

DATE 2/7/20 06

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 3 EA | WL6310 BLADE | 10.43 | 31 29 |
| 1 ea | 10x1 | | 15 79 |
| 5 ea | Brushes | 4.99 | 24 95 |
| 1 ea | 15 gal. gravity tank | | 97 95 |
| 1 ea. | Air freshner | | 2 29 |
| 24 Rl | Marking tape | 1.25 | 30 00 |
| 24 RL | MARKING TAPE | 1.25 | 30 00 |
| 1 ea | key made | | 1 99 |
| 1 bs | Bolts | | 2 59 |
| 1 pr | workgloves | | 5 95 |
| | | | 237 80 |
| | TAX | | 12 31 |
| | TOTAL | | 250 11 |

RECEIVED BY

No. 658735

A FINANCE CHARGE at the ANNUAL PERCENTAGE RATE OF 18% (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI009963

**ORANGE COVE HARDWARE, INC.**

True Value

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7650
Fax (559) 626-7654

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

SOLD TO: BANGI'S AG MANAGEMENT
P.O. BOX 724
DELANO, CA. 93216

ADDRESS: 105 148 00

DATE 1-26-20

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 1 991 | JD green Chrome | | 46 15 |
| 1 ea | pvc cement | | 4 99 |
| 1 ea | pvc cement | | 3 99 |
| 15 ea | waffle valves | 10.95 | 164 25 |
| 6 ea | 6310 Bolts pivot | 3.25 | 19 50 |
| 12 ea | 6400 Handle Bolts | .90 | 10 80 |
| 12 ea | Handle Bolts | .30 | 3 60 |
| 1 EA | BRUSH | | 4 29 |
| 1 EA | HAMMER | | 32 99 |
| 1 EA | BRUSH | | 4 29 |
| | | | 294 85 |

RECEIVED BY: X

| TAX | 19 60 |
|---|---|
| **TOTAL** | 314 45 |

No. 655793

A **FINANCE CHARGE** at the **ANNUAL PERCENTAGE RATE OF 18%** (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI009964