39¢
12784

# ORANGE COVE HARDWARE, INC.

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
J Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7690

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0645

O M N I C I M O N S

SOLD TO: BOX. 724
DELANO, CA. 93216

ADDRESS: 105-148-80

105-148-80

DATE 2/17/06

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE RET. | PO. OUT | PURCHASE ORD. NO. |
| | | | X | | | | Wuz |

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 8 CS | FLAT CAPS | 13 78 | 1102 56 |
| 8 CS | DRI KEM | 82 60 | 660 80 |
| 10 EA | CORONA BIMPER | 1 95 | 19 50 |
| | | | 1782 86 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

RECEIVED BY X

| TAX | 128 | 23 |
| TOTAL | 1911 | 09 |

No. 658779

A FINANCE CHARGE at the ANNUAL PERCENTAGE RATE OF 18% (Monthly Rate is 1½%)
will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a
10% restocking charge.

*Thank You!*

FILE COPY

BANGI009965

# ORANGE COVE HARDWARE, INC.

True Value

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

607 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

SOLD TO: BANGI'S AG MANAGEMENT
P.O. BOX 724
ADDRESS DELANO, CA. 93216

105-118 30   105-148 80   DATE 02-01-2006

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 20 EA | Buckets | 1.95 | 39.00 |
| 10 ea | #2 Hendsaws | 16.44 | 164.40 |
| 12 RL | MARKING TAPE | 1.12 | 13.44 |
| 11 EA | #15 Springs Tamer Bolts | 1.35 | 14.85 |
| | | | 231.69 |

RECEIVED BY X Humberto M Salgoza

TAX 4.63
TOTAL 236.32

No. 658469

A FINANCE CHARGE at the ANNUAL PERCENTAGE RATE OF 18% (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI009966

# ORANGE COVE HARDWARE, INC.

True Value

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-4208
Fax (559) 626-7638

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0846

SOLD TO: BANGI'S AG & NURSEMENS
P.O. BOX 724
DELANO, CA. 93216

ADDRESS 105 115.00
108-148-80

DATE 2/8/2006

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET. | PD. OUT. | PURCHASE ORD. NO. |
|---------|------|--------|--------|----------|------------|----------|-------------------|
| JH | | | X | | | | Craig |

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|-------|-------------|-------|--------|
| 1 EA | J121 STAPLER | | 15 99 |
| 5 PK | J121 STAPLES | 2 99 | 14 95 |
| | | | 30 94 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

RECEIVED BY X

| TAX | 2 24 |
|-----|------|
| TOTAL | 33 18 |

No. 658808

A **FINANCE CHARGE** at the **ANNUAL PERCENTAGE RATE OF 18%** (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI009967

**ORANGE COVE HARDWARE, INC.**

*True Value*

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93216
Phone (661) 725-4122
Fax (661) 725-0845

SOLD TO: BANGI'S SONN DERMS
P.O. BOX 774
DELANO, CA. 93216

ADDRESS: 105 112 80

105-148-80

DATE 2/3/06

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 3 | Tool Fence | 30.29 | 90 87 |
| 1 Bx | 1 1/2 Staple | | 37 95 |
| 12 u. | hinging hinge | 1.25 | 15 00 |
| | | | 143 82 |
| | | | |
| | Thank you | | |
| | | | |
| | | | |

RECEIVED BY X

No. 658917

TAX 2 88
TOTAL 146 70

A FINANCE CHARGE at the ANNUAL PERCENTAGE RATE OF 18% (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI009968

# ORANGE COVE HARDWARE, INC.

*True Value*

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

SOLD TO: BANGI'S G M N CLEMONS
P.O. BOX 724
DELANO, CA. 93216

ADDRESS: 105-148-80

105-148-80   DATE 2/10/05

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET. | PD. OUT | PURCHASE ORD. NO. |
|---------|------|--------|--------|----------|------------|---------|-------------------|
| BD | | | X | | | | CRAIG |

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|-------|-------------|-------|--------|
| 1 | HT 100 Pole pruner | | 409 75 |
| | Serial # 266502208 | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | Thanks | | |
| | | | |

RECEIVED BY

No. 659001

| | | |
|--|--|--|
| TAX | | 8 60 |
| TOTAL | | 438 55 |

A **FINANCE CHARGE** at the **ANNUAL PERCENTAGE RATE OF 18%** (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI009969

# ORANGE COVE HARDWARE, INC.

AG SUPPLY HEADQUARTERS
(LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7003
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

SOLD TO: BANGI'S AG MANAGEMENT
P.O. BOX 724
DELANO, CA. 93216

ADDRESS: 105 18 00   05-148-80

DATE 2/13/06   PURCHASE ORD. NO. 036

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 25 EA | CORONA BUMPER | 1.95 | 48.75 |

RECEIVED BY X _____

TAX X   .98

TOTAL   49.73

No. 659088

A **FINANCE CHARGE** at the **ANNUAL PERCENTAGE RATE OF 18%** (Monthly Rate is 1½%)
will be applied on the unpaid balance after 30 days of purchase.  Returned Merchandise is subject to a
restocking charge.

*Thank You!*

FILE COPY

BANGI009970

Cal–Pacific Farm Management L.P. • P.O. BOX 1141 • RICHGROVE, CA 93261-1141

**325039**

Date: 08/17/2006        Vendor: ORANGE        Check #: 325039

| Date | Invoice # | Description | Invoice Total | Discount | Net Paid |
|------|-----------|-------------|---------------|----------|----------|
| 08/17/2006 | 081706 | | 8,268.76 | 0.00 | 8,268.76 |
| | | **Check Totals:** | **8,268.76** | **0.00** | **8,268.76** |

Since 1947

BANGI009971

507 PARK BLVD.
ORANGE COVE, CA
93646
(559) 626-7703
FAX (559) 626-7630
LUMBER
BUILDING MATERIALS
ROOFING
(ORANGE COVE LOCATION ONLY)



**S T A T E M E N T**

# ORANGE COVE HARDWARE INC.

TREE & VINE SUPPLIES
APPLIANCES — GIFTS — SPORTING GOODS
PAINTS — TELEVISION

17216 COUNTY LINE ROAD
DELANO, CA
93215
(661) 725-4122
FAX (661) 725-0845

**REMITTANCE STUB
PLEASE RETURN ➡**

BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA.      93216

| ACCT. NO. | 105-148-80 | CLOSING DATE | JUL 25, 06 | BAL. FWD. | 6,257.14 |
|---|---|---|---|---|---|

| DATE MO. | DAY | REFERENCE NO. | DESCRIPTION | CHARGES | CREDITS | BALANCE |
|---|---|---|---|---|---|---|
| 7 | 24 | 675195 | INVOICE | 1,075.64 | | 7,332.78 |
| 7 | 25 | 675208 | INVOICE | 23.55 | | 7,356.33 |
| 7 | 25 | 675251 | INVOICE | 109.27 | | 7,465.60 |
| 7 | 25 | 675265 | INVOICE | 52.95 | | 7,518.55 |
| 7 | 25 | 675268 | INVOICE | 750.21 | | 8,268.76 |

| 3 | | | | 8,268.76 | 8,268.76 |
|---|---|---|---|---|---|
| PAGE NO. | 90 DAYS & OVER | OVER 60 DAYS | OVER 30 DAYS | CURRENT | **BALANCE** |

PURCHASES AND PAYMENTS MADE AFTER THE 25th OF THE MONTH WILL APPEAR ON YOUR NEXT STATEMENT.
A FINANCE CHARGE at the ANNUAL PERCENTAGE RATE OF 18% (Monthly Rate is 1½%) will be applied on the
unpaid balance after 30 days of purchase.

BANGI009972



BANGI009973

# ORANGE COVE HARDWARE, INC.

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone: (559) 626-7709
Fax: (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0645

SOLD TO: BANGI'S AG MANAGEMENT
P.O. BOX 722
DEL NOY CA. 93616

P.O.# 094-6

DATE 7/24/06

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|-------|-------------|-------|--------|
| 4 | 6" wheels | 549 | 1196 |
| | | | |

RECEIVED BY  X

TAX

TOTAL

No. 675208

A FINANCE CHARGE at the ANNUAL PERCENTAGE RATE OF 18% (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI009974

**ORANGE COVE HARDWARE, INC.**

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7203
Fax (559) 626-7600

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

SOLD TO:

ADDRESS

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|-------|-------------|-------|--------|
| 2 ea | Clorox Bleach | 1.99 | 3.98 |
| 1 cs | Aqua Brew Dri | | 86.95 |
| 12 | work gloves All cotton | | 10.05 |
| | | | 10.88 |

RECEIVED BY  X

TAX
TOTAL

No. 675251

A FINANCE CHARGE at the ANNUAL PERCENTAGE RATE OF 18% (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI009975



**ORANGE COVE HARDWARE, INC.**

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7830

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0846

No. 675265

FILE COPY

BANGI009976

# ORANGE COVE HARDWARE, INC.

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

1216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

SOLD TO: BANGI'S (COM...)
P.O. BOX 044
DELANO, CA. 93216

ADDRESS:

DATE: 7-25-06

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET. | PD. OUT. | PURCHASE ORD. NO. |
|---------|------|--------|--------|----------|------------|----------|-------------------|
| JS | | | X | | | | CRAIG |

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|-------|-------------|-------|--------|
| 10 | HSO "B Scales | 89.95 | 899.50 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

RECEIVED BY X

TAX 50.77

TOTAL 750.27

No. 675268

A **FINANCE CHARGE** at the **ANNUAL PERCENTAGE RATE OF 18%** (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI009977

7 PARK BLVD.
RANGE COVE, CA
846
59) 626-7703
IX (559) 626-7630
MBER
IILDING MATERIALS
OFING
RANGE COVE LOCATION ONLY)



**STATEMENT**

# ORANGE COVE HARDWARE I

TREE & VINE SUPPLIES
APPLIANCES — GIFTS — SPORTING GOODS
PAINTS — TELEVISION

**BANGI'S AG-MANAGEMENT**
**P.O. BOX 724**
**DELANO, CA.        93216**

| ACCT. NO. | 105-148-80 | CLOSING DATE | JUL 25, 06 | BAL. F |
|---|---|---|---|---|

| MO. | DAY | REFERENCE NO. | DESCRIPTION | CHARGES | CREDI |
|---|---|---|---|---|---|
| 7 | 11 | 669881 | INVOICE | 97.50 | |
| 7 | 12 | 669900 | INVOICE | 289.65 | |
| 7 | 12 | 669932 | INVOICE | 23.69 | |
| 7 | 12 | 677735 | PAYMENT-THANK YOU | | 8,114 |
| 7 | 13 | 669799 | INVOICE | 47.75 | |
| 7 | 13 | 669970 | INVOICE | 7.50 | |
| 7 | 14 | 669999 | INVOICE | 227.21 | |
| 7 | 15 | 670058 | INVOICE | 30.18 | |
| 7 | 15 | 670089 | INVOICE | 133.05 | |
| 7 | 18 | 670166 | INVOICE | 218.00 | |
| 7 | 18 | 670195 | INVOICE | 19.28 | |
| 7 | 19 | 670213 | INVOICE | 16.97 | |
| 7 | 19 | 670226 | INVOICE | 151.96 | |
| 7 | 19 | 670238 | INVOICE | 22.49 | |
| 7 | 20 | 670267 | INVOICE | 40.65 | |
| 7 | 20 | 670272 | INVOICE | 9.32 | |
| 7 | 21 | 670299 | INVOICE | 28.82 | |
| 7 | 22 | 675170 | INVOICE | 35.31 | |

2

| PAGE NO. | 90 DAYS & OVER: | OVER 60 DAYS | OVER 30 DAYS | CURREN |
|---|---|---|---|---|

PURCHASES AND PAYMENTS MADE AFTER THE 25th OF THE MONTH WILL APPEAR ON YOUR
A FINANCE CHARGE at the ANNUAL PERCENTAGE RATE OF 18% (Monthly Rate is 1
unpaid balance after 30 days of purchase.

BANGI009978



BANGI009979

# ORANGE COVE HARDWARE, INC.

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

SOLD TO:

ADDRESS

DATE 7/21/06

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|-------|-------------|-------|--------|
| 12 | ea SPRAY BOTTLES | 2.98 | 34.76 |
| 6 | ea Clorox | 1.99 | 11.94 |
| 26 | ea Blades Shears | 5.55 | 214.20 |
| 2 | Fly Traps | 7.99 | 15.98 |
| 1 | pks Paws | 2.99 | 2.99 |
| | | | 270.07 |

RECEIVED BY

TAX 19.58

TOTAL 289.65

No. 669900

A FINANCE CHARGE at the ANNUAL PERCENTAGE RATE OF 18% (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

Thank You!

FILE COPY

BANGI009980

# ORANGE COVE HARDWARE, INC.

**AG SUPPLY HEADQUARTERS**
**LUMBER AND BUILDING MATERIALS**
(Orange Cove Location ONLY)

*True Value*

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

SOLD TO: NOE'S AG MACHENS
P.O. BOX 724
ELANO, CA. 93216

ADDRESS

DATE 7/12/

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|-------|-------------|-------|--------|
| 1 | PIPE 19 Ohio | | 7 30 |
| 1 | 8oz INK | | 9 84 |
| 1 | STAMP | | 4 95 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | 22 09 | |
| RECEIVED BY | | TAX | 1 60 |
| | | **TOTAL** | 23 69 |

## No. 669932

A **FINANCE CHARGE** at the **ANNUAL PERCENTAGE RATE OF 18%** (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI009981

**ORANGE COVE HARDWARE, INC.**

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

1507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0645

SOLD TO: ANGI'S AG MANAGEMENT
P.O. BOX 724
DELANO, CA. 93216

ADDRESS:

DATE 7-10-20 06

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 2 ea | JT21 stapler | 16 99 | 33 98 |
| 4 pkg | JT21 staples | 2 69 | 10 76 |
| 2 pkg | index cards | 99 | 1 98 |
| | | | 46 72 |

RECEIVED BY   X Elm C Copin

| TAX | 1 03 |
|---|---|
| **TOTAL** | 47 75 |

No. 669799

A FINANCE CHARGE at the ANNUAL PERCENTAGE RATE OF 18% (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI009982

# ORANGE COVE HARDWARE, INC.

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0345

SOLD TO: BANGI'S AG MANAGEMENS
P. O. BOX 784
ADDRESS BUENO, CA. 93716

DATE 7/13/06

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|-------|-------------|-------|--------|
| 1 | Med Cane | | 6 99 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | Thanks | |
| | | | |
| RECEIVED BY | | TAX | 51 |
| | | TOTAL | 7 50 |

No. 669970

A FINANCE CHARGE at the ANNUAL PERCENTAGE RATE OF 18% (Monthly Rate is 1½%)
will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a
10% restocking charge.

*Thank You!*

FILE COPY

BANGI009983

# ORANGE COVE HARDWARE, INC.

**True Value**

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

SOLD TO:

ADDRESS:

105-148.80

DATE 7/14/86

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|-------|-------------|-------|--------|
| 2 | SPRAY STIC. | 1.99 | 3.98 |
| 2 | CLOROX | 2.08 | 4.16 |
| 36 | C. Shears | 5.95 | 214.20 |
| | | | |
| | | | 222.34 |

RECEIVED BY

| TAX | 4.87 |
|-----|------|
| **TOTAL** | 227.21 |

No. 669999

A FINANCE CHARGE at the ANNUAL PERCENTAGE RATE OF 18% (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI009984

# ORANGE COVE HARDWARE, INC.

*True Value*

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

607 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7708
Fax (559) 626-7688

17218 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

SOLD TO: _____

ADDRESS: _____

DATE 7/15/06

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 3 ea | spark plugs | 6 59 | 19 77 |
| 1 ea | Joy 16.07 | | 1 19 |
| 2 ea | Safty Gogles Clear | 3 59 | 7 18 |
| | Charges. | | 28 14 |
| | | | |
| | | | |
| | | | |
| | | | |

RECEIVED BY X _____

TAX _____
TOTAL 30 18

# No. 670058

A FINANCE CHARGE at the ANNUAL PERCENTAGE RATE OF 18% (Monthly Rate is 1½%)
will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a
10% restocking charge.

*Thank You!*

FILE COPY

BANGI009985

## ORANGE COVE HARDWARE, INC.

*True Value*

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7708
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0645

SOLD TO: KNOD'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA. 93216

ADDRESS

DATE 7/15/06

PURCHASE ORD. NO. 0906

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 2 | rolls shop Towel | 1.99 | 3 98 |
| 1 | 10 pc metric set | Sicken | 12 95 |
| 1 | 10 pcstander set | | 12 95 |
| 1 | pkg gloves | | 10 95 |
| | cap | .25 | 25 |
| 16 | bearing | 2.39 | 38 24 |
| 10 | bot clips | .25 | 2 50 |
| 2 | lbs washer | 2.19 | 4 38 |
| 3 | boxes Rivets | 4.79 | 13 87 |
| 1 | each Swivel Rivet tool | | 24 99 |
| | | | 124 06 |

RECEIVED BY X Jaime Rodriguez

TAX 8 99

**TOTAL** 133 05

No. 670089

A. **FINANCE CHARGE** at the **ANNUAL PERCENTAGE RATE OF 18%** (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI009986

**ORANGE COVE HARDWARE, INC.**

*True Value*

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

SOLD TO: MATIAS AG MANAGEMENT
.O. BOX 784
ELAND, CA. 93216

ADDRESS:

DATE 7/18/2006

PURCHASE ORD. NO. 0916

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 40 ea | Sink Signs | 2.89 | 115 60 |
| 20 ea | Do not drink Signs | 2.29 | 45 80 |
| 14 ea | Wash hands Signs | 2.99 | 41 86 |
| | | | 203 26 |

RECEIVED BY  X  M. Villar

| TAX | 14 74 |
|---|---|
| **TOTAL** | 1.00 |

**No. 670166**

A FINANCE CHARGE at the ANNUAL PERCENTAGE RATE OF 18% (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI009987