# ORANGE COVE HARDWARE, INC.

*True Value*

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7293
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0645

SOLD TO: BANGI'S AG MANAGEMENT

P. O. BOX 724
DELANO, CA. 93216

ADDRESS:

DATE: 7/18/2006

PURCHASE ORD. NO. 092-6

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 2ea | 8" Solid Wheels | 8.99 | 17 98 |

RECEIVED BY: X

TAX: 1 30

TOTAL: 19 28

No. 670195

A FINANCE CHARGE at the ANNUAL PERCENTAGE RATE OF 18% (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI009988

# ORANGE COVE HARDWARE, INC.

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

607 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0645

SOLD TO: SANTA'S AG MANAGEMENT
P.O. BOX 744
DELANO, CA. 93216

DATE 7/19/2006

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|-------|-------------|-------|--------|
| 1 pr | gloves | | 5 95 |
| 1 ea | Simple green | | 5 29 |
| 2 ea | freshner | 2 29 | 4 58 |
| | | | 15 82 |
| | Thanks | | |

RECEIVED BY X

| TAX | 1 15 |
|-----|------|
| TOTAL | 16 97 |

No. 670213

A FINANCE CHARGE at the ANNUAL PERCENTAGE RATE OF 18% (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI009989

# ORANGE COVE HARDWARE, INC.

*True Value*

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7656

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

SOLD TO: BANGI'S AG MANAGEMENS
P.O. BOX 724
DELANO, CA. 93216

ADDRESS:

DATE: 7/19/2006

SOLD BY: ___  CASH: ___  C.O.D.: ___  CHARGE: 6  ON ACCT.: ___  MDSE. RET.: ___  PD. OUT: ___  PURCHASE ORD. NO.: Craig

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 5 ea | P35 Stapler | 19.95 | 99 75 |
| 6 pkgs | 3/8 P35 Staples | 6.99 | 41 94 |
| | | | 141 69 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

RECEIVED BY:

TAX: 10 27
TOTAL: 151 96

No. 670226

A FINANCE CHARGE at the ANNUAL PERCENTAGE RATE OF 18% (Monthly Rate is 1½%)
will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a
10% restocking charge.

FILE COPY

*Thank You!*

BANGI009990

# ORANGE COVE HARDWARE, INC.

*True Value*

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

502 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0645

SOLD TO: BANGI'S AG MANAGEMENT
.O. BOX 724
ELANO, CA. 93816

ADDRESS

DATE 7-19-20 06

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET. | PD. OUT. | PURCHASE ORD. NO. |
|---------|------|--------|--------|----------|-----------|----------|-------------------|
| CC | | | | | | | |

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|-------|-------------|-------|--------|
| 3 | Traffic Cones | 6 99 | 20 97 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| RECEIVED BY X | TAX | 1 52 |
|---------------|-----|------|
| | **TOTAL** | 22 49 |

No. 670238

A **FINANCE CHARGE** at the **ANNUAL PERCENTAGE RATE OF 18%** (Monthly Rate is 1½%)
will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a
10% restocking charge.

*Thank You!*

FILE COPY

BANGI009991

# ORANGE COVE HARDWARE, INC.

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

607 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0945

SOLD TO: BANGI'S AG MANAGEMENT
P.O. BOX 784
DELANO, CA. 93216

ADDRESS: 109 13 20

DATE 7/24/20 06

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET. | PD. OUT | PURCHASE ORD. NO. |
|---------|------|--------|--------|----------|-----------|---------|-------------------|
| JSB |  |  | X |  |  |  |  |

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|-------|-------------|-------|--------|
| 4 ea | # 321436 | 2.50 | 10 00 |
| 1 ea | 5 gal 10/60 |  | 27 90 |
|  |  |  |  |
|  |  |  |  |
|  |  |  | 37 90 |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

RECEIVED BY X _____

TAX 2 75

TOTAL 40 65

No. 670267

A FINANCE CHARGE at the ANNUAL PERCENTAGE RATE OF 18% (Monthly Rate is 1½%)
will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a
10% restocking charge.

*Thank You!*

FILE COPY

BANGI009992

**ORANGE COVE HARDWARE, INC.**

*True Value*

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0646

SOLD TO: BANGI'S AG MANAGEMENT
P.O. BOX 734
DELANO, CA. 93216

ADDRESS

DATE 7/20/06

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|-------|-------------|-------|--------|
| 1 ea. | 10" flat file | | 5 99 |
| 1 ea. | screw Driver | | 2 70 |
| | | | 8 69 |
| | Thanks | | |

RECEIVED BY  X _Jean Jerrney_

TAX 63
**TOTAL** 9 32

No. 670272

A FINANCE CHARGE at the ANNUAL PERCENTAGE RATE OF 18% (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI009993

# ORANGE COVE HARDWARE, INC.

### AG SUPPLY HEADQUARTERS
### LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7690

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

SOLD TO: BANGI'S AG MANAGEMENT
P.O. BOX 764
DELANO, CA. 93216

ADDRESS

DATE 7/21 20 06

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET. | PD. OUT | PURCHASE ORD. NO. |
|---------|------|--------|--------|----------|------------|---------|-------------------|
|         |      |        | ✓      |          |            |         | CRAIG             |

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|-------|-------------|-------|--------|
| 1 box | Trash Bags | 2 99 | 2 99 |
| 12 pair | Chimical Gloves | 1 99 | 23 88 |
|  |  |  | 26 87 |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

RECEIVED BY  X _(signature)_

| TAX | 1 95 |
|-----|------|
| **TOTAL** | 28 82 |

No. 670299

A FINANCE CHARGE at the ANNUAL PERCENTAGE RATE OF 18% (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

_Thank You!_

FILE COPY

BANGI009994

**ORANGE COVE HARDWARE, INC.**

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7708
Fax (559) 626-7830

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0846

SOLD
TO

ADDRESS

DATE 7/20/2006

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET. | PD. OUT | PURCHASE ORD. NO. |
|---------|------|--------|--------|----------|-----------|---------|-------------------|
| | | | X | | | | |

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|-------|-------------|-------|--------|
| 2 ea | 10" Std Wheel | 8.79 | 17 98 |
| 6 ea | wrenchs | 2.49 | 14 94 |
| | | | |
| | | | 32 92 |
| | | | |
| | | | |
| | | | |

RECEIVED BY X

TAX 2 39
TOTAL 35 31

No. 675170

A **FINANCE CHARGE** at the **ANNUAL PERCENTAGE RATE OF 18%** (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI009995

# ORANGE COVE HARDWARE, INC.

**AG SUPPLY HEADQUARTERS**
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

Park Blvd
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

SOLD TO: Bangi's Ag-Management

ADDRESS:

DATE 7-12-2006

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT | MDSE. RET. | PD. OUT. | PURCHASE ORD. NO. |
|---------|------|--------|--------|---------|------------|----------|-------------------|

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|-------|-------------|-------|--------|
|  | Payment |  | 8,114 25 |
|  | 36/09 25 |  |  |
|  |  |  |  |
|  | 105-148-80 |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

RECEIVED BY      X

No. 677735

| TAX | |
|-----|--|
| **TOTAL** | 8,114 25 |

A **FINANCE CHARGE** at the **ANNUAL PERCENTAGE RATE OF 18%** (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI009996



7 PARK BLVD.
RANGE COVE, CA
846
39) 626-7703
.X (559) 626-7630
MBER
ILDING MATERIALS
OFING
RANGE COVE LOCATION ONLY)

**S T A T E M E N T**

# ORANGE COVE HARDWARE II

TREE & VINE SUPPLIES
APPLIANCES — GIFTS — SPORTING GOODS
PAINTS — TELEVISION

**BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA.        93216**

| | ACCT. NO. | 105-148-80 | CLOSING DATE | JUL 25, 06 | BAL. F |
|---|---|---|---|---|---|

| DATE MO. | DAY | REFERENCE NO. | DESCRIPTION | CHARGES | CREDI |
|---|---|---|---|---|---|
| 6 | 26 | 669012 | INVOICE | 35.11 | |
| 6 | 26 | 669026 | INVOICE | 157.96 | |
| 6 | 27 | 669064 | INVOICE | 24.37 | |
| 6 | 27 | 669065 | INVOICE | 345.71 | |
| 6 | 28 | 669326 | INVOICE | 51.69 | |
| 6 | 29 | 669336 | INVOICE | 3.74 | |
| 6 | 29 | 669339 | INVOICE | 98.67 | |
| 6 | 30 | 669433 | INVOICE | 23.85 | |
| 7 | 1 | 669460 | INVOICE | 101.39 | |
| 7 | 2 | 669540 | INVOICE | 29.40 | |
| 7 | 3 | 669486 | INVOICE | 88.48 | |
| 7 | 3 | 669505 | INVOICE | 23.54 | |
| 7 | 5 | 669558 | INVOICE | 99.59 | |
| 7 | 6 | 669634 | INVOICE | 3,558.90 | |
| 7 | 7 | 669649 | INVOICE | 17.10 | |
| 7 | 8 | 669595 | INVOICE | 97.51 | |
| 7 | 8 | 669647 | INVOICE | 19.32 | |
| 7 | 10 | 669771 | INVOICE | 81.48 | |

| 1 | | | | | |
|---|---|---|---|---|---|
| PAGE NO. | 90 DAYS & OVER | OVER 60 DAYS | OVER 30 DAYS | | CURRENT |

PURCHASES AND PAYMENTS MADE AFTER THE 25th OF THE MONTH WILL APPEAR ON YOUR
A FINANCE CHARGE at the ANNUAL PERCENTAGE RATE OF 18% (Monthly Rate is 1
̄aid balance after 30 days of purchase.

BANGI009997

**ORANGE COVE HARDWARE, INC.**

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (861) 725-4122
Fax (661) 725-0845

SOLD TO: BANGI'S AG MANAGEMENS
P.O. BOX 724
DELANO, CA. 93216

ADDRESS

105-118-30

DATE 6-26-2006

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 2 Meg | Reflective stress | 9.79 | 19 58 |
| 1 H | power steering fluid | 99 | 5 87 |
| 1 EA | Armor all | | 7 19 |
| | | | |
| | | | 32 74 |
| | | | |
| | | | |
| | | | |

RECEIVED BY: X

| | |
|---|---|
| TAX | 2 37 |
| TOTAL | 35 11 |

No. 669012

A FINANCE CHARGE at the ANNUAL PERCENTAGE RATE OF 18% (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI009998

## ORANGE COVE HARDWARE, INC.

True Value

**AG SUPPLY HEADQUARTERS**
**LUMBER AND BUILDING MATERIALS**
(Orange Cove Location ONLY)

1607 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7800

1726 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

SOLD TO: BANGI'S AG MANAGEMENT
P.O. BOX 724
DELANO, CA. 93216

ADDRESS: 105-119-90

DATE 6-26-200_

PURCHASE ORD. NO. 089-6

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 1 EA. | ON/OFF Switch | | 7.25 |
| 10 M. | Butt connector | .17 | 1.70 |
| EA. | 3" Banjo Valve | | 91.29 |
| EA. | 300 M. Banjo | | 17.26 |
| EA. | 3" Nipple ABS | | 6.40 |
| EA | PVC Cleaner | | 6.99 |
| EA | ABS Cement | | 5.99 |
| EA | PVC Cement | | 3.99 |
| 3 RL | Teflon Tape | .49 | 1.47 |
| EA | ABS Thread | | 4.85 |
| | | | 147.28 |

RECEIVED BY X ___

TAX 10.68

**TOTAL** 157.96

No. 669026

A **FINANCE CHARGE** at the **ANNUAL PERCENTAGE RATE OF 18%** (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI009999

**ORANGE COVE HARDWARE, INC.**
AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7680

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

SOLD TO: BANGI'S AG MANAGEMENT
P.O. BOX 724
DELANO, CA. 93216

ADDRESS

105-119-60

DATE 6/27/06

PURCHASE ORD. NO. 081-6

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 2 ea | Brushes | 2 99 | 5 98 |
| 1 ea | 3 in 1 Oil | | 2 49 |
| 5 Lbs | terry cloth | 2 85 | 14 25 |
| | | | |
| | | | |
| | | | |
| | Haults | | 22.72 |

RECEIVED BY X

TAX  1 65
TOTAL 24 37

No. 669064

A FINANCE CHARGE at the ANNUAL PERCENTAGE RATE OF 18% (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

Thank You!

FILE COPY

BANGI010000

# ORANGE COVE HARDWARE, INC.

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

907 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7830

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

SOLD TO: BANGI'S AG MANAGEMENT
P.O. BOX 724
DELANO, CA. 93216

ADDRESS:

105-148-00

DATE: 2-7-2006

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 1 PR | Nylon gloves | | 10 95 |
| 100 FT | 4' Nylon Rope | 25 | 25 00 |
| 1 EA | Hitch pin | | 3 24 |
| 1 EA | Gloves | | 5 95 |
| 1 EA | 55 GALLON DRUM | | 29 00 |
| 1 EA | TOILET TANK | | 129 33 |
| 1 EL | WATER HOSE | | 31 77 |
| 2 EA | HITCH LOCK | 18.99 | 37 98 |
| 10 EM | 45°HRS ELBOWS | 4.89 | 48 90 |
| | | | 322 34 |

RECEIVED BY: X _____

TAX  23 37
TOTAL  345 71

No. 669065

A FINANCE CHARGE at the ANNUAL PERCENTAGE RATE OF 18% (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

Thank You!

FILE COPY

BANGI010001



ORANGE COVE HARDWARE, INC.

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd
Orange Cove, Calif. 93646
Phone (559) 626-3762
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 40 | FT. 1/2" W/O ROPE | .28 | 11 20 |
| 1 | RL. 1050 EXXON TWINE | | 16 75 |
| 1 | PR. GLOVES | | 3 89 |
| 2 | EA. Teflon tape | 49 | 98 |
| 2 | EA. Snap links | 270 | 5 40 |
| 1 | EA. water valve | | 4 99 |
| 1 | EA. Hose mender | | 4 79 |
| | | | 48 20 |

RECEIVED BY

TAX  3 40

No. 669326

TOTAL  51 60

A FINANCE CHARGE at the ANNUAL PERCENTAGE RATE OF 18% (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

Thank You!

FILE COPY

BANGI010002

# ORANGE COVE HARDWARE, INC.

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

7216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (66) 725-0845

SOLD TO:

ADDRESS

DATE 6-29-20 06

PURCHASE ORD. NO. 025-6

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|-------|-------------|-------|--------|
| EA | Screw driver | | |
| EA | plug | | 5 19 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

RECEIVED BY  X  Jaime Rodriguez

TAX    25
TOTAL  3 74

## No. 669336

A FINANCE CHARGE at the ANNUAL PERCENTAGE RATE OF 18% (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI010003

**ORANGE COVE HARDWARE, INC.**

True Value

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

407 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0645

SOLD TO: BANGI'S AC MANAGEMENT
P. O. BOX 724
DELANO, CA. 93216

ADDRESS

DATE 6-29-2006

PURCHASE ORD. NO. 083-6

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 10 EA | 45° elbow ABS | 2.85 | 28 50 |
| 10 EA | Male adapter | 3.85 | 38 50 |
| 100 FT | 1/2" Rope | .25 | 25 00 |
| | | | 92 00 |

| | |
|---|---|
| TAX | 6 67 |
| TOTAL | 98 67 |

No. 669339

A FINANCE CHARGE at the ANNUAL PERCENTAGE RATE OF 18% (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI010004

# ORANGE COVE HARDWARE, INC.

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7830

17216 County Line Road
Deland, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

SOLD TO:
ADDRESS:

DATE 6-30-20 06

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 4 EA. | WD40 spray | 3.29 | 13.16 |
| 1 EA. | Fix-a-Flat | | 5.29 |
| 1 EA. | Water Valve | | 3.79 |
| | | | 22.24 |

TAX 1.61
TOTAL 23.85

No. 669433

A FINANCE CHARGE at the ANNUAL PERCENTAGE RATE OF 18% (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

Thank You!

FILE COPY

BANGI010005

# ORANGE COVE HARDWARE, INC.

**True Value**

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

607 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7203
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

SOLD TO:   I J  AG M D CLEMS
           P. O. BOX 724
           DELANO, CA. 93216

ADDRESS:   I O          CO

DATE  7-1-06

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET. | PD OUT | PURCHASE ORD. NO. |
|---------|------|--------|--------|----------|------------|--------|-------------------|
| JH |  |  | X |  |  |  |  |

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|-------|-------------|-------|--------|
| 1 CS | DRI KEM |  | 82 60 |
| 6 GA | CLOROX | 1 99 | 11 94 |
|  |  |  |  |
|  |  |  |  |
|  |  |  | 94 54 |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

RECEIVED BY   X

TAX   2 85
TOTAL   10 39

**No. 669460**

A **FINANCE CHARGE** at the **ANNUAL PERCENTAGE RATE OF 18%** (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI010006

**ORANGE COVE HARDWARE, INC.**

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

SOLD TO: BANGI'S IRON N. CEMENT
P.O. BOX 744
ADDRESS: ISLAND, CA. 93216

DATE 5/7/20___

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET'D | PD. OUT | PURCHASE ORD. NO. |
|---------|------|--------|--------|----------|-------------|---------|-------------------|
| | | | | | | | Cart |

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|-------|-------------|-------|--------|
| 2 ea | Claw Hammer | 4 99 | 9 98 |
| 15 ea | Inch Pin | 25 | 3 75 |
| 1 ea | Ratchet | | 7 44 |
| 1 ea | 7/16 Socket | | 2 03 |
| 1 ea | 7/16 wrench | | 4 21 |
| | | | 27 41 |

RECEIVED BY   X _Don Lemmy_

| TAX | 1 99 |
|-----|------|
| **TOTAL** | 29 40 |

**No. 669540**

A FINANCE CHARGE at the ANNUAL PERCENTAGE RATE OF 18% (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI010007

# ORANGE COVE HARDWARE, INC.

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

607 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

SOLD TO: BANGI'S AG MANAGEMENT
P.O. BOX 724
DELANO, CA. 93216

ADDRESS

DATE 7/3/ 20 06

| | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET. | PO. OUT | PURCHASE ORD. NO. |
|---|------|--------|--------|----------|------------|---------|-------------------|
| SUNDRY | | | | | | | 0866 |

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|-------|-------------|-------|--------|
| 2 ea | 10 gal water jugs | 4 25 | 82 50 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

RECEIVED BY X

| | | |
|---|---|---|
| TAX | | 5 98 |
| TOTAL | | 88 48 |

No. 669486

A FINANCE CHARGE at the ANNUAL PERCENTAGE RATE OF 18% (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI010008

# ORANGE COVE HARDWARE, INC.

*True Value*

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7830

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

SOLD TO: BANZI'S AG MANAGEMENT

ADDRESS: P.O. BOX 724
DELANO, CA. 93216

DATE 7 03 20 06

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET. | PD. OUT | PURCHASE ORD. NO. |
|---------|------|--------|--------|----------|------------|---------|-------------------|
| JVS     |      |        | X      |          |            |         |                   |

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|-------|-------------|-------|--------|
| 1 box | 3M 8210 plus Respirator | | 91 95 |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

RECEIVED BY X

| TAX | 159 |
|-----|-----|
| TOTAL | 23 54 |

No. 669505

A FINANCE CHARGE at the ANNUAL PERCENTAGE RATE OF 18% (Monthly Rate is 1½%)
will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a
10% restocking charge.

*Thank You!*

FILE COPY

BANGI010009

**ORANGE COVE HARDWARE, INC.**

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17218 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

SOLD TO: RANGE'S AG MANAGEMENT
.O. BOX 724
ELANO, CA. 93216

ADDRESS

DATE 7/5/2006

PURCHASE ORD. NO. 081-06

| QUAN. | | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|
| 20 | ea | 3/4 poly valve | 2 49 | 49 80 |
| 6 | ea | Spring snaps | 2 10 | 12 60 |
| 10 | ea | lock pin | 25 | 2 50 |
| 4 | ea | SMV signs | 6 99 | 27 96 |
| | | | | 92 86 |

RECEIVED BY

| TAX | 6 73 |
|---|---|
| **TOTAL** | 99 59 |

No. 669558

A FINANCE CHARGE at the ANNUAL PERCENTAGE RATE OF 18% (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI010010