# ORANGE COVE HARDWARE, INC.

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

SOLD TO:

ADDRESS

DATE 7/6/06

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 20 | c Tylko 10 gal | 38.95 | 779 00 |
| 15 | cs Flat Crs | 139.90 | 2098 50 |
| 5 | cs Dri Ken | 86.95 | 434 75 |
| | c Link | | 2 50 |
| 3 | c Sand paper | 1.19 | 3 57 |
| | | | |
| | | | 3318 32 |
| | thanks. | | |

RECEIVED BY X Jaime Rodriguez

No. 669634

TAX   240 58
TOTAL   3558 90

A FINANCE CHARGE at the ANNUAL PERCENTAGE RATE OF 18% (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI010011

# ORANGE COVE HARDWARE, INC.

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax: (661) 725-0645

SOLD TO: BANGI'S AG MANAGEMENT
P.O. BOX 724
DELANO, CA. 93216

ADDRESS

DATE 7/21 86

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|-------|-------------|-------|--------|
| 1 | Brush | | 4.99 |
| 1 | pkg/gloves | | 10.95 |
| | | | 15.94 |
| | Thanks | | |

RECEIVED BY X

TAX  1.16

**TOTAL**  17.10

No. 669649

A **FINANCE CHARGE** at the **ANNUAL PERCENTAGE RATE OF 18%** (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI010012

**ORANGE COVE HARDWARE, INC.**

*True Value*

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

SOLD TO: MANIE'S AG MANAGEMENT
P.O. BOX 724
DELANO, CA. 93016

ADDRESS:

DATE: 7/6/2006

No. 669595

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|-------|-------------|-------|--------|
| 8 | ea 30 F poly fitting | 11.95 | 95.60 |

Manis

RECEIVED BY: X Jaime Rodriguez

TAX: 7.01

TOTAL: 97.61

A FINANCE CHARGE at the ANNUAL PERCENTAGE RATE OF 18% (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI010013

# ORANGE COVE HARDWARE, INC.

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7830

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0846

SOLD TO: BANGI'S AG MANAGEMENT
P.O. BOX 724
DELANO, CA. 93216

ADDRESS

DATE 7/7/06

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET. | PD. OUT | PURCHASE ORD. NO. |
|---------|------|--------|--------|----------|------------|---------|-------------------|
| SUS |  |  | X |  |  |  |  |

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|-------|-------------|-------|--------|
| 1 | each 4310 Clipers | 12 99 | 12 99 |
| 4 | pins | 25 | 100 |
| 1 | each P75 22 |  | 4 99 |
|  |  |  | 18 94 |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

RECEIVED BY

| TAX | 38 |
|-----|-----|
| **TOTAL** | 19 32 |

## No. 669647

A FINANCE CHARGE at the ANNUAL PERCENTAGE RATE OF 18% (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI010014

*Cal–Pacific Farm Management L.P.* • P.O. BOX 1141 • RICHGROVE, CA 93261-1141

**341204**

Date: 09/14/2006      Vendor: TRANPAK         Check #: 341204

| Date | Invoice # | Description | Invoice Total | Discount | Net Paid |
|------|-----------|-------------|--------------|----------|----------|
| 09/13/2006 | 002-6 | payment (2) | 15,786.46 | 0.00 | 15,786.46 |
| | | **Check Totals:** | **15,786.46** | **0.00** | **15,786.46** |

*Since 1947*

BANGI010016

*Cal–Pacific Farm Management L.P.* • P.O. BOX 1141 • RICHGROVE, CA 93261-1141

**313130**

Date: 07/28/2006     Vendor: TRANPAK     Check #: 313130

| Date | Invoice # | Description | Invoice Total | Discount | Net Paid |
|------|-----------|-------------|---------------|----------|----------|
| 07/28/2006 | 1658 | half of tray order 7560 | 15,000.00 | 0.00 | 15,000.00 |
| | | **Check Totals:** | **15,000.00** | **0.00** | **15,000.00** |

*Since 1947*

BANGI010017



**5225 N. VIA AMORE
FRESNO, CA 93711**

**800-827-2474**

| | Invoice | |
|---|---|---|
| Date | | Invoice # |
| 7/7/2006 | | 1658 |

**Bill To**

Cal Pacific
P.O. Box 1141
Richgrove, CA 932611

**Ship To**

T&R Bangi
375 Rd. 200 Ave 4
Richgrove, CA 93216

| P.O. Number | Terms | Due Date | Ship Date | Via | PRO# |
|---|---|---|---|---|---|
| Verbal | NET 30 | 8/6/2006 | 7/7/2006 | Taylor Trucking | |

| Quantity | Description | Price Each | Amount |
|---|---|---|---|
| 7,560 | 4011 - Grape Case w/out Booster | 3.76 | 28,425.60T |
| 1 | Freight and Delivery | 300.00 | 300.00 |
| | | | |
| | Craig says he received 7,560 | | |

(1) 15,000
(2) 15,786.46

THANK YOU FOR DOING BUSINESS
WITH TRANPAK, INC.

| | |
|---|---|
| **Subtotal** | $28,725.60 |
| **Sales Tax (7.25%)** | $2,060.86 |
| **Total** | $30,786.46 |

BANGI010018



**5225 N. VIA AMORE
FRESNO, CA 93711**

**800-827-2474**

| | Invoice | |
|---|---|---|
| **Date** | **Invoice #** | |
| 7/7/2006 | 1658 | |

| Bill To |
|---|
| Cal Pacific
P.O. Box 1141
Richgrove, CA 932611 |

| Ship To |
|---|
| T&R Bangi
375 Rd. 200 Ave 4
Richgrove, CA 93216 |

| P.O. Number | Terms | Due Date | Ship Date | Via | PRO# |
|---|---|---|---|---|---|
| Verbal | ~~NET 30~~ | 8/6/2006 | 7/7/2006 | Taylor Trucking | |

| Quantity | Description | Price Each | Amount |
|---|---|---|---|
| 7,560
1 | 4011 - Grape Case w/out Booster
Freight and Delivery

Craig says he received 7,560

*50% Due on Receipt
50% Due 8/6* | 4.04
300.00 | 30,542.40T
300.00 |

*THANK YOU FOR DOING BUSINESS
WITH TRANPAK, INC.*

| | |
|---|---|
| **Subtotal** | $30,842.40 |
| **Sales Tax (7.25%)** | $2,214.32 |
| **Total** | $33,056.72 |



*Comercial*

# RO·DA

## Proforma Invoice.

Date. 15/05/07

Sold to :   Terry Bangui / Mr. Crag
            Cal-Pacific Co.
            375 Road 200
            Delano CA.
            93215 USA

Description:   8" Grape shear, stainless steel blade.

Quantity : 4008   Grape shears / 72 cases   per case.

Cost :

Total Amount:

---

**Comercial RODA, Luis Fernando Romero Dávila**
Jose S. Healy 109, Tel.214 6591, FAX 215 6107, CEL. (662) 141 0651,
e-mail, piratamex@yahoo.com

BANGI010020

Cal-Pacific Farm Management L.P. • P.O. BOX 1141 • RICHGROVE, CA 93261-1141

**396354**

Date: 02/06/2007      Vendor: ORANGE           Check #: 396354

| Date | Invoice # | Description | Invoice Total | Discount | Net Paid |
|------|-----------|-------------|---------------|----------|----------|
| 02/06/2007 | 002-07 | | 3,953.31 | 0.00 | 3,953.31 |
| | | Check Totals: | 3,953.31 | 0.00 | 3,953.31 |

Since 1947

BANGI010021

BANGI010022

507 PARK BLVD.
ORANGE COVE, CA
93646
(559) 626-7703
FAX (559) 626-7630
LUMBER
BUILDING MATERIALS
ROOFING
(ORANGE COVE LOCATION ONLY)

**S T A T E M E N T**

# ORANGE COVE HARDWARE INC.

TREE & VINE SUPPLIES
APPLIANCES — GIFTS — SPORTING GOODS
PAINTS — TELEVISION

17216 COUNTY LINE ROAD
DELANO, CA
93215
(661) 725-4122
FAX (661) 725-0845

**REMITTANCE STUB
PLEASE RETURN ➤**

**MAIL PAYMENT TO**



ORANGE COVE HARDWARE INC.
P. O. BOX 368
ORANGE COVE, CA. 93646

CUSTOMER'S NAME
BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA.        93216

BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA.        93216

2

| ACCT. NO. | 105-148-80 | CLOSING DATE | JAN 25, 07 | BAL. FWD. | 3,290.97 |
|---|---|---|---|---|---|

| ACCOUNT NO. | CLOSING DATE |
|---|---|
| 105-148-80 | JAN 25, 2007 |

CHECK NUMBER       AMOUNT PAID

| DATE MO | DAY | REFERENCE NO. | DESCRIPTION | CHARGES | CREDITS | BALANCE |
|---|---|---|---|---|---|---|
| 12 | 27 | 690001 | INVOICE | 462.18 | | 3,753.15 |
| 12 | 27 | 690364 | INVOICE | 9.95 | | 3,763.10 |
| 12 | 30 | 690385 | INVOICE | 3.83 | | 3,766.93 |
| 12 | 30 | 690393 | INVOICE | 531.93 | | 4,298.86 |
| 1 | 2 | 682190 | INVOICE | 231.27 | | 4,530.13 |
| 1 | 2 | 689902 | INVOICE | 42.51 | | 4,572.64 |
| 1 | 2 | 690347 | INVOICE | 46.67 | | 4,619.31 |
| 1 | 2 | 690408 | INVOICE | 75.10 | | 4,694.41 |
| 1 | 3 | 690467 | INVOICE | 4.27 | | 4,698.68 |
| 1 | 3 | 690481 | INVOICE | 14.92 | | 4,713.60 |
| 1 | 3 | 690514 | INVOICE | 60.70 | | 4,774.30 |
| 1 | 4 | 690536 | INVOICE | 34.38 | | 4,808.68 |
| 1 | 5 | 690568 | INVOICE | 96.85 | | 4,905.53 |
| 1 | 5 | 690580 | INVOICE | 3.22 | | 4,908.75 |
| 1 | 5 | 690588 | INVOICE | 207.04 | | 5,115.79 |
| 1 | 5 | 690594 | INVOICE | 19.89 | | 5,135.68 |
| 1 | 8 | 689975 | INVOICE | 69.16 | | 5,204.84 |
| 1 | 8 | 690691 | INVOICE | 2.12 | | 5,206.96 |

1

**PLEASE RETURN COMPLETE
RIGHT HAND STUB**

INDICATE ANY CHANGE
OF BILLING INSTRUCTIONS:

| PAGE NO. | 90 DAYS & OVER | OVER 60 DAYS | OVER 30 DAYS | CURRENT | BALANCE |
|---|---|---|---|---|---|

PURCHASES AND PAYMENTS MADE AFTER THE 25th OF THE MONTH WILL APPEAR ON YOUR NEXT STATEMENT.
A FINANCE CHARGE at the ANNUAL PERCENTAGE RATE OF 18% (Monthly Rate is 1½%) will be applied on the
unpaid balance after 30 days of purchase.

FAILURE TO PAY SERVICE CHARGES WHEN BILLED
MAY RESULT IN SUSPENSION OF CREDIT.

507 PARK BLVD.
ORANGE COVE, CA
93646

(559) 626-7703
FAX (559) 626-7630

LUMBER
BUILDING MATERIALS
ROOFING
ORANGE COVE LOCATION ONLY



## STATEMENT

# ORANGE COVE HARDWARE

TREE & VINE SUPPLIES
APPLIANCES — GIFTS — SPORTING GOODS
PAINTS — TELEVISION

BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA.      93216

| ACCT. NO. | 105-148-80 | CLOSING DATE | JAN 25, 07 | BAL. |
|---|---|---|---|---|

| DATE MO. | DAY | REFERENCE NO. | DESCRIPTION | CHARGES | CRED |
|---|---|---|---|---|---|
| 1 | 9 | 690611 | INVOICE | 138.31 | |
| 1 | 10 | 690774 | INVOICE | 16.88 | |
| 1 | 10 | 690804 | INVOICE | 7.48 | |
| 1 | 10 | 690833 | INVOICE | 112.73 | |
| 1 | 12 | 690809 | INVOICE | 60.54 | |
| 1 | 13 | 690886 | INVOICE | 48.90 | |
| 1 | 16 | 691008 | INVOICE | 28.20 | |
| 1 | 16 | 691023 | INVOICE | 73.34 | |
| 1 | 16 | 691053 | INVOICE | 21.44 | |
| 1 | 17 | 691155 | INVOICE | 36.90 | |
| 1 | 18 | 691213 | INVOICE | 60.70 | |
| 1 | 20 | 691306 | INVOICE | 26.59 | |
| 1 | 20 | 691357 | INVOICE | 102.96 | |
| 1 | 22 | 691289 | INVOICE | 1,139.84 | |
| 1 | 23 | 691403 | INVOICE | 32.16 | |
| 1 | 25 | 691550 | INVOICE | 41.51 | |
| 1 | 25 | 691567 | INVOICE | 88.84 | |
| 1 | 25 | 696182 | PAYMENT-THANK YOU | | 3,29 |

| 2 | | | | 3,953 |
|---|---|---|---|---|
| PAGE NO. | 90 DAYS & OVER | OVER 60 DAYS | OVER 30 DAYS | CURREI |

PURCHASES AND PAYMENTS MADE AFTER THE 25th OF THE MONTH WILL APPEAR ON YOUI
A FINANCE CHARGE at the ANNUAL PERCENTAGE RATE OF 18% (Monthly Rate is
unpaid balance after 30 days of purchase.

BANGI010023

# ORANGE COVE HARDWARE, INC.

## AG SUPPLY HEADQUARTERS
### LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

SOLD TO: P.O. BOX 724
DELANO, CA. 93216

ADDRESS: 105 149.00

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|-------|-------------|-------|--------|
| | | | |

RECEIVED BY X

No. 690001

TAX 9.06
TOTAL 462.18

A FINANCE CHARGE at the ANNUAL PERCENTAGE RATE OF 18% (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI010024

# ORANGE COVE HARDWARE, INC.

**AG SUPPLY HEADQUARTERS**
**LUMBER AND BUILDING MATERIALS**
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

SOLD TO: BANGI'S AG-MANAGEMENS
P.O. BOX 724
DELANO, CA. 93216

ADDRESS

105-113-80

DATE 12/27/20 06

| SOLD BY | CASH | CHARGE | GERD | MOSE | P.D. OUT | PURCHASE ORD. NO. |
|---------|------|--------|------|------|----------|-------------------|
| IX | | | | | | |

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|-------|-------------|-------|--------|
| 5 | ea  Bumper Cvlpper | 195 | 9.75 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

RECEIVED BY X _Edgar Avina_

★ TAX .20

**TOTAL** 9.95

No. 690364

A FINANCE CHARGE at the ANNUAL PERCENTAGE RATE OF 18% (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI010025

# ORANGE COVE HARDWARE, INC.

**AG SUPPLY HEADQUARTERS**
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

SOLD TO: P.O. BOX 724
DELANO, CA. 93216

ADDRESS 105 110 50    165-148-80

DATE 12/28 20 06

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET. | PD. OUT | PURCHASE ORD. NO. |
|---|---|---|---|---|---|---|---|
| B.G | | | X | | | | |

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 3 | ea Flouracent tape R/d | 1.25 | 3.75 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

RECEIVED BY X *Edgar Clarion*

TAX .08
**TOTAL** 3.83

No. 690385

A **FINANCE CHARGE** at the **ANNUAL PERCENTAGE RATE OF 18%** (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI010026

# ORANGE COVE HARDWARE, INC.

*True Value*

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17218 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

SOLD TO: BANGI'S AG MANAGEMENS
P.O. BOX 724
DELANO, CA. 93216

ADDRESS: 105-110-80

DATE: 12/28/06

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET. | PD. OUT | PURCHASE ORDER NO. |
|---------|------|--------|--------|----------|------------|---------|---------------------|
| US | | | ✓ | | | | Won |

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|-------|-------------|-------|--------|
| 50 a | 6310 Blades | 10.4 | 521 50 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

RECEIVED BY X _____

| TAX | 10.43 |
|-----|-------|
| TOTAL | 531 93 |

No. 690393

A FINANCE CHARGE at the ANNUAL PERCENTAGE RATE OF 18% (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI010027

# ORANGE COVE HARDWARE, INC.

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

607 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

SOLD TO: BANGI'S .C. MANAGEMENS
P.O. BOX 724
ADDRESS DELANO, CA. 93216

105-110-90

TAX 3.31
4.22

DATE 12-6-20 06

SOLD BY SN     CASH     CHARGE X     ON ACCT     MDSE. RETD     PD. OUT     PURCHASE ORD. NO. 125-6

| QUAN. | | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|
| 72 | ea | Bumpers | .30 | 165.60 |
| 1 | ea | Glodes 5520310 | | 12.19 |
| 1 | ea | Gloves | | 5.895 |
| 100 | ea | Lock Nuts | .40 | 40.00 |
| | | | | 223.74 |

RECEIVED BY   X R. Maraay

TAX 7.53
TOTAL 231.27

No. 682190

A FINANCE CHARGE at the ANNUAL PERCENTAGE RATE OF 18% (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

Thank You!

FILE COPY

BANGI010028

# ORANGE COVE HARDWARE, INC.

True Value

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

SOLD TO: BANGI'S G M N CLEMENS
P.O. BOX 724
DELANO, CA. 93216

ADDRESS 105-149-00

TAX 23
2.09

DATE 12/12/20___

| QUAN. | | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|
| 3 | ea | 6" Flat File | 3.80 | 11 40 |
| 1 | doz | Nylon Gloves | | 10 95 |
| 1 | ea | Hammer Holder | | 4 99 |
| 2 | ea | Atlas Fil Gloves | 3.95 | 7 90 |
| 1 | ea | Therma Fit | | 4 95 |

SOLD BY A.A

RECEIVED BY X

TAX

TOTAL

No. 689902

A FINANCE CHARGE at the ANNUAL PERCENTAGE RATE OF 18% (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI010029

**ORANGE COVE HARDWARE, INC.**

*True Value*

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

SOLD TO: BANGI'S AG MANAGEMENT
P. O. BOX 724
DELANO, CA. 93216

TAX 247
26

ADDRESS: 105-148-90

DATE 12/27/2008

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET'D | PD. OUT | PURCHASE ORD. NO. |
|---------|------|--------|--------|----------|-------------|---------|-------------------|
| A   P   |      |        | X      |          |             |         |                   |

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|-------|-------------|-------|--------|
| 2 ea | W D-40 oil | 3.49 | 6 98 |
| 1 ea | 10w - 40 oil |  | 2 09 |
| 1 ea | Utility Knife |  | 9 99 |
| 2 ea | Deerskin gloves |  | 14 98 |
| 2 ea | Large Coveralls sprun | 4.98 | 9 96 |
|  |  |  |  |
|  |  |  | 44 00 |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

| RECEIVED BY | X | TAX | 2 67 |
|-------------|---|-----|------|
|  |  | **TOTAL** | 46 67 |

No. 690347

A FINANCE CHARGE at the ANNUAL PERCENTAGE RATE OF 18% (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

FILE COPY

*Thank You!*

BANGI010030

# ORANGE COVE HARDWARE, INC.

*True Value*

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0645

BANGI'S AG MANAGEMENT

SOLD TO: P.O. BOX 724
DELANO, CA. 93816

TAX 1.28
.66

ADDRESS 105-148-00   105-148-08   DATE 12/28/2006

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET. | PD. OUT | PURCHASE ORD. NO. |
|---------|------|--------|--------|----------|------------|---------|-------------------|
| R.G |  |  | X |  |  |  |  |

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|-------|-------------|-------|--------|
| 20 | ea Corona bumpers | 1.95 | 39.00 |
| 20 | ea bumpers | 1.25 | 25.00 |
| 3 | ea Striker flints | 1.99 | 5.97 |
| 1 | ea Striker flints 4 piece | — | 3.19 |
|  |  |  |  |
|  |  |  | 73.16 |

RECEIVED BY X Jaime Rodriguez

TAX 1.94

TOTAL 75.10

No. 690408

A FINANCE CHARGE at the ANNUAL PERCENTAGE RATE OF 18% (Monthly Rate is 1½%)
will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a
10% restocking charge.

*Thank You!*

FILE COPY

BANGI010031

# ORANGE COVE HARDWARE, INC.

*True Value*

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7690

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0645

SOLD TO: BANJI'S AG MANAGEMENT
P.O. BOX 724
DELANO, CA. 93216

ADDRESS: 105-140-00   105 14880

DATE 1/3/20

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET. | PD. OUT | PURCHASE ORD. NO. |
|---------|------|--------|--------|----------|------------|---------|-------------------|
| A-A | ✓ | | X | | | | |

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|-------|-------------|-------|--------|
| 2 ea | pistol grip nozzle | 1.99 | 3.98 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

RECEIVED BY X PRONE SUPERVISOR

| TAX | .29 |
|-----|-----|
| **TOTAL** | 4.27 |

No. 690467

A **FINANCE CHARGE** at the **ANNUAL PERCENTAGE RATE OF 18%** (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

FILE COPY

*Thank You!*

BANGI010032

# ORANGE COVE HARDWARE, INC.

**True Value**

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

SOLD TO: B JIM G M N CEMENS
P.O. BOX 724
DELANO, CA. 93216

ADDRESS

105-148-80

DATE 1/3/2006

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|-------|-------------|-------|--------|
| 4 ea | Pistol Grip Nozzle | 1.99 | 7.96 |
| 1 ea | Red Steer gloves | | 5.95 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | 13.91 |

RECEIVED BY  X

| TAX | 1.01 |
|-----|------|
| **TOTAL** | 14.92 |

## No. 690481

A FINANCE CHARGE at the ANNUAL PERCENTAGE RATE OF 18% (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI010033