# ORANGE COVE HARDWARE, INC.

True Value

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

SOLD TO: BANGI'S AG MANAGEMENT
P.O. BOX 724
DELANO, CA, 93216

ADDRESS 105-148-80

105-148-80

DATE 1/3/2007

| SOLD BY: A.M | CASH | C.O.D. | CHARGE X | ON ACCT. | MDSE. | PO. OUT | PURCHASE ORD. NO. |
|---|---|---|---|---|---|---|---|

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 3 ea | Air Intake Cleaner | 3.99 | 11.97 |
| 1 ea | Wall plate | | 9.79 |
| 1 ea | Boo Bulb | | 5.99 |
| 1 ea | Deerskin gloves | | 15.95 |
| 1 ea | Stihl gloves | | 4.91 |
| 1 ea | Rayovac Flashlight | | 7. |
| | | | |
| | | | |
| | | | 56.60 |

RECEIVED BY X _Jimm Um_

| TAX | 4.10 |
|---|---|
| **TOTAL** | 60.70 |

## NO. 690514

A **FINANCE CHARGE** at the **ANNUAL PERCENTAGE RATE OF 18%** (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

FILE COPY

*Thank You!*

BANGI010034

# ORANGE COVE HARDWARE, INC.

**True Value**

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

SOLD TO: BANGI'S AG MANAGEMENS
P.O. BOX 724
DELANO, CA. 93216

ADDRESS: 105-113-90

SOLD BY: A.A.   CASH   C.O.D.   CHARGE X   ON ACCT.   MDSE. RET.   P.O. OUT   PURCHASE ORD. NO.

DATE 1/4/2007

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 1 doz | Nylon Gloves | | 6.75 |
| 3 ea | Rough Grip gloves | 1.99 | 5.97 |
| 2 ea | 2 cycle oil | 2.99 | 5.98 |
| 4 ea | Castrol GTX | 2.29 | 9.16 |
| | | | |
| | | | |
| | | | |
| | | | 32.06 |

RECEIVED BY X

TAX 2.32
TOTAL 34.38

No. 690536

A **FINANCE CHARGE** at the **ANNUAL PERCENTAGE RATE OF 18%** (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI010035

# ORANGE COVE HARDWARE, INC.

*True Value*

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

SOLD TO: B. ROI'S AG MANAGEMENS
P.O. BOX 724
DELANO, CA. 93216

ADDRESS: 105-118-90

DATE 1/5/ 20 07

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET. | PD. OUT | PURCHASE ORD. NO. |
|---|---|---|---|---|---|---|---|
| VB | | | X | | | | |

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 2 pairs | Rubber Gloves | 1.99 | 3 98 |
| 3 Dz | Nylon Gloves | 10.95 | 32 85 |
| 1 ea | Banjo 200 A | | 4 95 |
| 1 ea | 2" adapter (pvc) | 1.19 | 1 38 |
| 15 ea | Tank lids | 2.49 | 37 35 |
| 1 ea | Banjo Nipple Connector 2" | 8.79 | 8 79 |
| | | | |
| | | | |
| | | | 90 30 |

RECEIVED BY: X Tony Mentorin

| TAX | 6 55 |
|---|---|
| **TOTAL** | 96 85 |

No. 690568

A FINANCE CHARGE at the ANNUAL PERCENTAGE RATE OF 18% (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

FILE COPY

*Thank You!*

BANGI010036

**ORANGE COVE HARDWARE, INC.**

*True Value*

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

SOLD TO: ANGUS & MC CLEMENS
P.O. BOX 724
DELANO, CA. 93216

ADDRESS: 105-118 90

DATE: 1/5/2007

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET'D | P.O. OUT | PURCHASE ORD. NO. |
|---------|------|--------|--------|----------|-------------|----------|-------------------|
| AA | | | X | | | | 001-7 |

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|-------|-------------|-------|--------|
| 6 ea | 1/2 pint | .50 | 3.00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

RECEIVED BY X _Tim Jukon_

| TAX | .22 |
|-----|-----|
| **TOTAL** | 3.22 |

**No. 690580**

A **FINANCE CHARGE** at the **ANNUAL PERCENTAGE RATE OF 18%** (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI010037

# ORANGE COVE HARDWARE, INC.

*True Value*

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

SOLD TO: G M N CLEENS
O BOX 724
ELANO, CA. 93216

ADDRESS

105.14880

DATE 1/5/2006

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET. | PD. OUT | PURCHASE ORD. NO. |
|---------|------|--------|--------|----------|-----------|---------|-------------------|
| A A     |      |        | X      |          |           |         |                   |

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|-------|-------------|-------|--------|
| 1 doz | Nylon Gloves |  | 10.95 |
| 1 doz | Chemical gloves |  | 23.88 |
| 1 ea | 9/64 Drill Bit |  | 2.29 |
| 1 ea | 2½ premium Brush |  | 7.99 |
| 1 ea | Cowhide glove |  | 6.95 |
| 1 ea | banjo 300-E |  | 17.06 |
| 8 ft | Green Hose | 15.49 | 123.92 |
|  |  |  |  |
|  |  |  |  |
|  |  |  | 193.04 |

RECEIVED BY X

| TAX | 14.00 |
|-----|-------|
| **TOTAL** | 207.04 |

No. 690588

A FINANCE CHARGE at the ANNUAL PERCENTAGE RATE OF 18% (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

FILE COPY

*Thank You!*

BANGI010038

**ORANGE COVE HARDWARE, INC.**

*True Value*

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

SOLD TO: BANGI'S AG MANAGEMENS
P.O. BOX 724
DELANO, CA. 93216

ADDRESS: 105-140 CO

DATE: 1/5/20 07

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET. | P.O. OUT | PURCHASE ORD. NO. |
|---------|------|--------|--------|----------|------------|----------|-------------------|
| A.A     |      |        | X      |          |            |          |                   |

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|-------|-------------|-------|--------|
| 1 ea | Carbide glove | | 7 60 |
| 1 doz | Nylon Gloves | | 10 95 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | 18 55 |
| | | | |

RECEIVED BY: X

| | | |
|---|---|---|
| TAX | 1 34 |
| **TOTAL** | 19 89 |

No. 690594

A FINANCE CHARGE at the ANNUAL PERCENTAGE RATE OF 18% (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI010039

# ORANGE COVE HARDWARE, INC.

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

SOLD TO: BASI'S AG MANAGEMENS
P.O. BOX 724
DELANO, CA. 93216

ADDRESS: 105-119-80

DATE 12/13/20 06

PURCHASE ORD. NO. 126-6

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 4 | Rolls 1050 Twin | 16 95 | 67 80 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

RECEIVED BY X TONY

TAX 1 36

TOTAL 69 16

No. 689975

A FINANCE CHARGE at the ANNUAL PERCENTAGE RATE OF 18% (Monthly Rate is 1½%)
will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a
10% restocking charge.

*Thank You!*

FILE COPY

BANGI010040

# ORANGE COVE HARDWARE, INC.

**AG SUPPLY HEADQUARTERS**
**LUMBER AND BUILDING MATERIALS**
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93216
Phone (661) 725-4122
Fax (661) 725-0845

SOLD TO: P.O. BOX 724
DELANO, CA. 93216

ADDRESS

DATE 10/31/07 20

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|-------|-------------|-------|--------|
| 2 ea | Masking Tape | .99 | 1.98 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

RECEIVED BY X

| TAX | .14 |
|-----|-----|
| TOTAL | 2.12 |

No. 690691

A **FINANCE CHARGE** at the **ANNUAL PERCENTAGE RATE OF** 18% (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

FILE COPY

*Thank You!*

BANGI010041

# ORANGE COVE HARDWARE, INC.

**True Value**

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0945

SOLD TO:

ADDRESS:

DATE: 1-6- 20 07

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET'D | PD. OUT. | PURCHASE ORD. NO. |
|---------|------|--------|--------|----------|-------------|----------|-------------------|
| SV | | | X | | | | |

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|-------|-------------|-------|--------|
| 4 s | Yellow Jacket Twine | 3390 | 135 60 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

RECEIVED BY X

TAX 2 71

TOTAL 138 31

No. 690611

A FINANCE CHARGE at the ANNUAL PERCENTAGE RATE OF 18% (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI010042

# ORANGE COVE HARDWARE, INC.

*True Value*

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

607 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7203
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

SOLD TO: N J I & IC M N CEMENS
.O. BOX 784
DELANO, CA. 93216

ADDRESS: 105-118-80

DATE: 1/10/2007

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE RET. | PD. OUT | PURCHASE ORD. NO. |
|---------|------|--------|--------|----------|-----------|---------|-------------------|
| AA | | | X | | | | |

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|-------|-------------|-------|--------|
| 1 ea | Cowhide gloves | | 7 60 |
| 1 ea | #14070 Hitch pin with clip | | 2 65 |
| 1 ea | #14080 Hitch pin | | 3 24 |
| 9 ea | Clips | .25 | 2 25 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | 15 74 |
| | | | |

RECEIVED BY X

TAX 1 14
TOTAL 16 88

NO. 690774

A FINANCE CHARGE at the ANNUAL PERCENTAGE RATE OF 18% (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

FILE COPY

*Thank You!*

BANGI010043

# ORANGE COVE HARDWARE, INC.

*True Value*

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93216
Phone (661) 725-4122
Fax (661) 725-0845

SOLD TO: MANOL'S & MANCEMENS
P.O. BOX 724
DELANO, CA. 93216

ADDRESS: 105-110-90

DATE: 1/10/2007

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET. | PD. OUT | PURCHASE ORD. NO. |
|---------|------|--------|--------|----------|------------|---------|-------------------|
| A.A | | | X | | | | |

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|-------|-------------|-------|--------|
| 1 ea | Tool Cache Hammer | | 4 99 |
| 1 ea | 3/8 wrench | | 1 98 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | 6 97 |

RECEIVED BY: X _____

| TAX | 51 |
|-----|----|
| TOTAL | 7 48 |

No. 690804

A **FINANCE CHARGE** at the **ANNUAL PERCENTAGE RATE OF 18%** (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

FILE COPY

*Thank You!*

BANGI010044

# ORANGE COVE HARDWARE, INC.

*True Value*

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

SOLD TO: BANGI'S AG MAN. GEMENS
P.O. BOX 724
DELANO, CA. 93215

ADDRESS: 105-118-90

DATE 1/10/ 20 07

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|-------|-------------|-------|--------|
| 12 rolls | Survayers tape | 1.25 | 15.00 |
| 48 Rn | Aprons nails | 1.99 | 95.52 |
| | | | 110.52 |

RECEIVED BY X

TAX 2.21

TOTAL 112.73

No. 690833

A FINANCE CHARGE at the ANNUAL PERCENTAGE RATE OF 18% (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI010045

# ORANGE COVE HARDWARE, INC.

*True Value*

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

SOLD TO: BANGI'S AG & N. GEMENS
P.O. BOX 724
DELANO, CA. 93216

ADDRESS:

TAX .45
2.54

105 113 80   105 14880

DATE 11/10 20 07

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET'D | PD. OUT | PURCHASE ORD. NO. |
|---------|------|--------|--------|----------|-------------|---------|-------------------|
| AA      |      |        | X      |          |             |         |                   |

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|-------|-------------|-------|--------|
| 1 ea  | P 120-19 Pruner |   | 22 57 |
| 1 ea  | Tele-Flo Brush  |   | 34 98 |
|       |             |       |        |
|       |             |       |        |
|       |             |       |        |
|       |             |       |        |
|       |             |       |        |
|       |             |       | 57 55  |
|       |             |       |        |

RECEIVED BY X _____

TAX 2 99
TOTAL 60 54

No. 690809

A FINANCE CHARGE at the ANNUAL PERCENTAGE RATE OF 18% (Monthly Rate is 1½%)
will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a
10% restocking charge.

*Thank You!*

FILE COPY

BANGI010046

# ORANGE COVE HARDWARE, INC.

**True Value**

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

SOLD TO: BANGI'S IO BIN ORMENS
P.O. BOX 724
DELANO, CA. 93216

ADDRESS:

TAX .80
.55

105-119.90   105 4880   DATE 1/17/2007

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 1 pr | gloves | | 7 60 |
| 5 lbs | | | |
| 1 pcs | 2"x9 Gauge Staples | | 39 75 |
| | | | |
| | | | 47 55 |
| | | | |

RECEIVED BY X _____

| TAX | 1 35 |
|---|---|
| **TOTAL** | 48 90 |

## No. 690886

A FINANCE CHARGE at the ANNUAL PERCENTAGE RATE OF 18% (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI010047

**ORANGE COVE HARDWARE, INC.**

True Value

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

1721B County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

SOLD TO: BANGI'S AG MANAGEMENT
P.O. BOX 724
DELANO, CA. 93216

ADDRESS

105-118-90

TAX .24
1.08

DATE 1-15-2007

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RETD. | PD. OUT. | PURCHASE ORD. NO. |
|---------|------|--------|--------|----------|-------------|----------|-------------------|
| S.N. |  |  | X |  |  |  |  |

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|-------|-------------|-------|--------|
| 6 | Chemical Gloves | 1.99 | 11.94 |
| 1 doz | Nylon Gloves |  | 10.95 |
| 1 ea | Hose Nozzle Gun |  | 3.99 |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  | 26.88 |

RECEIVED BY   X

| TAX | 2.32 |
|-----|------|
| **TOTAL** | 28.20 |

No. 691008

A **FINANCE CHARGE** at the **ANNUAL PERCENTAGE RATE OF 18%** (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

FILE COPY

*Thank You!*

BANGI010048

# ORANGE COVE HARDWARE, INC.

**AG SUPPLY HEADQUARTERS**
**LUMBER AND BUILDING MATERIALS**
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

SOLD TO: BANGI'S OWN LIENS
P. O. BOX 724
DELANO, CA. 93816

ADDRESS:

DATE 1/16/07

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|-------|-------------|-------|--------|
| 2 ea | Felco 6 pruners | 35 95 | 71 90 |
| | | | |
| | | | |

RECEIVED BY  X _Jimmy_

**A TAX A**  1 44
**TOTAL**  73 34

No. 691023

A **FINANCE CHARGE** at the **ANNUAL PERCENTAGE RATE OF 18%** (Monthly Rate is 1½%)
will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a
10% restocking charge.

*Thank You!*

FILE COPY

BANGI010049

# ORANGE COVE HARDWARE, INC.

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

SOLD TO: BANGI'S AG MANAGEMENT
P.O. BOX 724
DELANO, CA. 93216

ADDRESS 105-119-90

DATE 1/16/ 20 07

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET'D | PD. OUT | PURCHASE ORD. NO. |
|---------|------|--------|--------|----------|-------------|---------|-------------------|
| JS | | | ✓ | | | | |

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|-------|-------------|-------|--------|
| 1 a | Hitch Pin a Lock | | 19 99 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

RECEIVED BY X Dean Hoover

| TAX | 1 45 |
|-----|------|
| TOTAL | 21 44 |

No. 69 1053

A **FINANCE CHARGE** at the **ANNUAL PERCENTAGE RATE OF** 18% (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI010050

# ORANGE COVE HARDWARE, INC.

**True Value**

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7700
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

SOLD TO: BRADLEY BOMAN DEMENS
P. O. BOX 724
DELANO, CA. 93216

ADDRESS: 105-119-50  105-148-86

DATE: 1/17/07 20

SOLD BY: RG

No. 691155

| QUAN. | | DESCRIPTION | PRICE | AMOUNT | |
|---|---|---|---|---|---|
| 6 | ea | Elbows | 59 | 3 | 54 |
| 1 | ea | Brass Double shut off | | 7 | 99 |
| 1 | ea | brush | | 4 | 29 |
| 1 | ea | bags | | 10 | 99 |
| 1 | ea | gloves | | 7 | 60 |
| | | | | 34 | 41 |
| | | | TAX | 2 | 49 |
| | | | TOTAL | 36 | 90 |

RECEIVED BY X

A FINANCE CHARGE at the ANNUAL PERCENTAGE RATE OF 18% (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI010051

**ORANGE COVE HARDWARE, INC.**

*True Value*

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0846

SOLD TO: BANGI'S AG MANAGEMENT
P.O. BOX 724
DELANO, CA. 93216

ADDRESS

105-113-80

DATE 1-18-2007

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT | MDSE. RET'D | PD. OUT | PURCHASE ORD. NO. |
|---------|------|--------|--------|---------|-------------|---------|-------------------|
| JM | | | X | | | | |

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|-------|-------------|-------|--------|
| 1 ea | Cam Lever Coupling | | 19 95 |
| 1 ea | Reducer | | 6 47 |
| 1 ea | 200# Fitting | | 4 95 |
| 1 ea | Drum liners | | 10 95 |
| 1 ea | Plug | | 4 99 |
| 1 ea | Garden Hose Tip | | 4 79 |
| | | | 56 60 |
| | | TAX | 4 10 |
| | | TOTAL | 60 70 |

RECEIVED BY X

No. 69 213

A FINANCE CHARGE at the ANNUAL PERCENTAGE RATE OF 18% (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI010052

# ORANGE COVE HARDWARE, INC.

**True Value**

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93216
Phone (661) 725-4122
Fax (661) 725-0845

SOLD TO: B. N J I . G M N GEMSNS
P. O. BOX 724
DELANO, CA. 93216

ADDRESS

DATE 12 01 20 07

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 1 ea | Zip Wax (carwash) | | 6 99 |
| 1 ea | Glad spray | | 2 29 |
| 1 ea | Avery marker | | 1 39 |
| 1 ea | red pencil | | 89 |
| 1 ea | Sponge | | 1 99 |
| 1 ea | Windex | | 6 25 |
| 1 ea | Armor-All | | 4 99 |
| | | | 24 79 |

| | | |
|---|---|---|
| RECEIVED BY X | TAX | 1 80 |
| | TOTAL | 26 59 |

No. 69 306

A FINANCE CHARGE at the ANNUAL PERCENTAGE RATE OF 18% (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI010053

# ORANGE COVE HARDWARE, INC.

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

SOLD TO: BANGI'S O W N DEMENS
P.O. BOX 734
DELANO, CA. 93216

ADDRESS 10% 148 80   165 148 80   DATE 1/22/ 2007

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET. | P.O. OUT. | PURCHASE ORD. NO. |
|---------|------|--------|--------|----------|------------|-----------|-------------------|
| R.G |  |  | X |  |  |  |  |

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|-------|-------------|-------|--------|
| 1 case | Dr. Kem |  | 96 00 |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

RECEIVED BY X _____

| TAX | 4 96 |
| TOTAL | 102 96 |

No. 69 357

A FINANCE CHARGE at the ANNUAL PERCENTAGE RATE OF 18% (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

Thank You!

FILE COPY

BANGI010054

**ORANGE COVE HARDWARE, INC.**
AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17218 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

SOLD TO: BANGI'S AG MANAGEMENT
P.O. BOX 724
DELANO, CA. 93216

TAX .66
74.78

ADDRESS: 105-116-00

DATE 1/19/07

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 10 ea | Aqua Dri Ken 96" | 96" | 960 00 |
| 1 ea | prunners Model 1800 | | 79 90 |
| 1 ea | STHIL SittyGlan | | 11 95 |
| 1 ea | Wire LongNose Plias | | 12 99 |
| 6 ea | Single Cut Keys | 1.98 | 11 88 |
| 16 ea | Double Cut Keys | 2.98 | 47 68 |
| | | | 1064 40 |

RECEIVED BY X Jaime Rodriguez

TAX 75 44

TOTAL 1139 84

**No. 69 289**

A FINANCE CHARGE at the ANNUAL PERCENTAGE RATE OF 18% (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI010055

# ORANGE COVE HARDWARE, INC.

True Value

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd
Orange Cove Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0945

SOLD TO: DANGI'S AG MANAGEMENS
P.O. BOX 724
DELANO, CA. 93216

ADDRESS

105-110-20

DATE 1/23/20 07

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT | MDSE RET'D | PD. OUT | PURCHASE ORD. NO. |
|---------|------|--------|--------|---------|------------|---------|-------------------|
| A.A     |      |        | X      |         |            |         |                   |

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|-------|-------------|-------|--------|
| 1 ea  | Hitch Ball 2 1/4 |  | 29. 99 |
|       |             |       |        |
|       |             |       |        |
|       |             |       |        |
|       |             |       |        |
|       |             |       |        |
|       |             |       |        |
|       |             |       |        |
|       |             |       |        |
|       |             |       |        |

RECEIVED BY: X

TAX  2. 17
TOTAL  32. 16

No. 69 403

A FINANCE CHARGE at the ANNUAL PERCENTAGE RATE OF 18% (Monthly Rate is 1½%)
will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a
10% restocking charge.

FILE COPY

*Thank You!*

BANGI010056