

# ORANGE COVE HARDWARE, INC.

True Value

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7330

17218 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

SOLD TO: BANGI'S AG MANAGEMENS
P.O. BOX 724
DELANO, CA, 93216

ADDRESS:

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 12 ea | Corona bumpers | 2.35 | 28 20 |
| 10 ea | bumper | 1.25 | 12 50 |
| | | | |
| | | | 40 70 |

RECEIVED BY X

TAX | 81
TOTAL | 41 51

No. 691550

A FINANCE CHARGE at the ANNUAL PERCENTAGE RATE OF 18% (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

FILE COPY

*Thank You!*

BANGI010057

# ORANGE COVE HARDWARE, INC.

**True Value**

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

SOLD TO: BENITO C MN GEMENS
P.O. BOX 724
DELANO, CA. 93216

ADDRESS: 105 113 90

DATE: 1/25/20 07

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET. | PD. OUT | PURCHASE ORD. NO. |
|---------|------|--------|--------|----------|------------|---------|-------------------|
| R.G. |  |  | X |  |  |  |  |

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|-------|-------------|-------|--------|
| 36 ea | bumpers | 2.35 | 84.60 |
| 2 12's | Surveyors tape Red | 1.25 | 2.50 |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  | 87.10 |

RECEIVED BY: X Jaime Rodriguez   TAX 1.74

**TOTAL** 89.84

**No. 691567**

A **FINANCE CHARGE** at the **ANNUAL PERCENTAGE RATE OF** 18% (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

FILE COPY

*Thank You!*

BANGI010058

# ORANGE COVE HARDWARE, INC.

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

SOLD TO: *Bangs*

ADDRESS

DATE 1-22-20__

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET. | PD. OUT | PURCHASE ORD. NO. |
|---------|------|--------|--------|----------|-----------|---------|-------------------|
|         |      |        |        | X        |           |         |                   |

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|-------|-------------|-------|--------|
|       | *Payment* |       | 32809.7 |
| 32809.8 | | | |
|       | 109,148.80 | | |

RECEIVED BY ___ X

TAX

TOTAL   32809.7

No. 696182

A FINANCE CHARGE at the ANNUAL PERCENTAGE RATE OF 18% (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

FILE COPY

*Thank You!*

BANGI010059

*Cal-Pacific Farm Management L.P.* • P.O. BOX 1141 • RICHGROVE, CA 93261-1141

Date: 12/27/2007     Vendor: FLORES AFFOR     Check #: 497178

**497178**

| Date | Invoice # | Description | Invoice Total | Discount | Net Paid |
|------|-----------|-------------|---------------|----------|----------|
| 12/27/2007 | 287066 | hand prunning | 201.08 | 0.00 | 201.08 |
| | | **Check Totals:** | **201.08** | **0.00** | **201.08** |

Since 1947

BANGI010060

**FLORES AFFORDABLE**
**TOOLS** AND HARDWARE
**11425 GARZOLI AVE**
**DELANO, CA  93215**
**PHONE** (661) 725 9603
**FAX** (661) 725 9610

287066

| CUSTOMER'S ORDER NO. | | DEPT. | | DATE: 12/27/07 | |
|---|---|---|---|---|---|

NAME: *Cal Pacific*

ADDRESS: *375 Rd 200*

CITY, STATE, ZIP: *Rich grove CA*

| SOLD BY: | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE RTD. | PAID OUT |
|---|---|---|---|---|---|---|

| QUANTITY | | DESCRIPTION | PRICE | | AMOUNT | |
|---|---|---|---|---|---|---|
| 33 | 1 | hand prunning Saw | 5 | 50 | 181 | 50 |
| 1 | | Leather M glove | 5 | 99 | 5 | 99 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | 10 | | | | 187 | 49 |
| | | S Tax | | | 13 | 59 |
| | | Total Due | | | 201. | 08 |
| | | *Jaime Rodriguez* | | | | |

RECEIVED BY:

KEEP THIS COPY FOR YOUR RECORDS
©2001  REDIFORM®  5L350

BANGI010061

*Cal-Pacific Farm Management L.P.* • P.O. BOX 1141 • RICHGROVE, CA 93261-1141

Date: 12/27/2007    Vendor: FLORES AFFOR    Check #: 497180    **497180**

| Date | Invoice # | Description | Invoice Total | Discount | Net Paid |
|------|-----------|-------------|---------------|----------|----------|
| 12/27/2007 | 287057 | lopper al/wh | 1,372.80 | 0.00 | 1,372.80 |
| | | **Check Totals:** | **1,372.80** | **0.00** | **1,372.80** |

Since 1947

BANGI010062

287057

*Invoice*

| CUSTOMER'S ORDER NO. | | DEPT.. | | DATE: 12/15/07 |
|---|---|---|---|---|

NAME: CAI PACIFIC

ADDRESS: 375 Rd 200

CITY, STATE, ZIP: Richgrove CA

| SOLD BY: MARTHA | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE RTD. | PAID OUT |
|---|---|---|---|---|---|---|

| QUANTITY | | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|
| 128 | 1 | Lopper AL/WH | 10⁰⁰ | 1280⁰⁰ |
| | 2 | | | |
| | 3 | | | |
| | 4 | | | |
| | 5 | S TAX | | 92.80 |
| | 6 | | | |
| | 7 | | | |
| | 8 | Total Due | | 1372.80 |
| | 9 | | | |
| | 10 | | | |
| | 11 | | | |
| | 12 | Jaime Rodriguez | | |
| | 13 | | | |
| | 14 | | | |
| | 15 | | | |

RECEIVED BY:

KEEP THIS COPY FOR YOUR RECORDS
©2001  REDIFORM®  5L350

BANGI010063

*Cal~Pacific Farm Management L.P.* • P.O. BOX 1141 • RICHGROVE, CA 93261-1141

**497179**

Date: 12/27/2007     Vendor: FLORES AFFOR     Check #: 497179

| Date | Invoice # | Description | Invoice Total | Discount | Net Paid |
|------|-----------|-------------|---------------|----------|----------|
| 12/27/2007 | 287064 | | 895.75 | 0.00 | 895.75 |
| | | **Check Totals:** | **895.75** | **0.00** | **895.75** |

Since 1947

BANGI010064

**FLORES AFFORDABLE**
TOOLS AND HARDWARE
11425 GARZOLI AVE
DELANO, CA 93215
PHONE (661) 725 9803
FAX (661) 725 9610

287064

*Invoice*

| CUSTOMER'S ORDER NO. | | | DEPT. | | DATE: 12/26/07 |
|---|---|---|---|---|---|
| NAME: CAI Pacific | | | | | |
| ADDRESS: 375 Rd 200 | | | | | |
| CITY, STATE, ZIP: Richgrove CA | | | | | |

| SOLD BY: MARTHA | CASH | C.O.D. | CHARGE | ON ACCT. X | MDSE RTD. | PAID OUT |
|---|---|---|---|---|---|---|

| QUANTITY | | DESCRIPTION | PRICE | AMOUNT | |
|---|---|---|---|---|---|
| 4C | 1 | 144 x 4 | | | |
| | 2 | Safety clear glasses 576 | | | |
| | 3 | | | 1H5 | |
| | 4 | | | | |
| | 5 | | | | |
| | 6 | 3/cases Backorder | | | |
| | 7 | | | | |
| | 8 | 24pc from P/0 600 | | | |
| | 9 | | | | |
| | 10 | | | | |
| | 11 | | | | |
| | 12 | | | 835 | 20 |
| | 13 | | | 60 | 55 |
| | 14 | Jaime Rodriguez TOTAL Due | | 895 | 75 |
| | 15 | | | | |

RECEIVED BY:

KEEP THIS COPY FOR YOUR RECORDS
©2001 REDIFORM® 5L350

BANGI010065

*Cal-Pacific Farm Management L.P.* • P.O. BOX 1141 • RICHGROVE, CA 93261-1141

**419049**

Date: 05/31/2007      Vendor: FLORES AFFOR      Check #: 419049

| Date | Invoice # | Description | Invoice Total | Discount | Net Paid |
|------|-----------|-------------|---------------|----------|----------|
| 05/31/2007 | 370472 | | 2,091.37 | 0.00 | 2,091.37 |
| | | **Check Totals:** | **2,091.37** | **0.00** | **2,091.37** |

*Since 1947*

BANGI010066

# INVOICE

**370472**

| SOLD TO | CAI PACIFIC FARM | SHIP TO | FLORES AFFORDABLE TOOLS AND HARDWARE |
| --- | --- | --- | --- |
| ADDRESS | | ADDRESS | 11425 GARZOLI AVE DELANO, CA 93215 |
| CITY, STATE, ZIP | Kshgrove CA | CITY, STATE, ZIP | PHONE (661) 725 9603 FAX (661) 725 9610 |

| CUSTOMER ORDER NO. | SOLD BY | TERMS | F.O.B. | DATE |
| --- | --- | --- | --- | --- |
| 002-7 | | 10 From Invoice | | 06/17/07 |

| ORDERED | SHIPPED | DESCRIPTION | PRICE | UNIT | AMOUNT |
| --- | --- | --- | --- | --- | --- |
| 500 | | will call SS grapeShear | 3.90 | | 1950 00 |
| | | | | | |
| | | S Tax | | | 141 37 |
| | | ToTal DUC | $ | | 2091 37 |
| | | | | | |
| | | Jaime Rodriguez | | | |
| | | | | | |

adams 5840

BANGI010067

*Cal–Pacific Farm Management L.P.* • P.O. BOX 1141 • RICHGROVE, CA 93261-1141     419048

Date: 05/31/2007     Vendor: FLORES AFFOR     Check #: 419048

| Date | Invoice # | Description | Invoice Total | Discount | Net Paid |
|------|-----------|-------------|---------------|----------|----------|
| 05/31/2007 | 164404 | | 1,072.50 | 0.00 | 1,072.50 |
| | | **Check Totals:** | **1,072.50** | **0.00** | **1,072.50** |

Since 1947

BANGI010068

INVOICE                                                                    164404

| SOLD TO | Call pacific E | SHIP TO | Flores Affordable |
| ADDRESS | 375 Rd 2010 C | ADDRESS | P. O Box 2101 |
| CITY, STATE, ZIP | Richgrove | CITY, STATE, ZIP | Delano ca 93216 |

| CUSTOMER'S ORDER NO. | SALESPERSON | TERMS | F.O.B. | DATE 5/17/07 |
| --- | --- | --- | --- | --- |
| 001 - | | | | |

| 250 | Stainless grape shear | | 400 | |
| | total | | 1000 00 | |
| | | | 72 50 | |
| | total Due | | 1072 50 | |
| | | | | |
| | X Jaime Rodriguez | | | |

Adams T5080

COPY - From orginel
Invoice.

NOTE! Please Send Payment:
     P. O Box 2101
     Delano Ca 93216

BANGI010069

*Cal-Pacific Farm Management L.P.* • P.O. BOX 1141 • RICHGROVE, CA 93261-1141          413460

Date: 05/14/2007          Vendor: FLORES AFFOR          Check #: 413460

| Date | Invoice # | Description | Invoice Total | Discount | Net Paid |
|------|-----------|-------------|--------------:|---------:|---------:|
| 05/14/2007 | 002-07 | shaveris | 875.10 | 0.00 | 875.10 |
| | | **Check Totals:** | **875.10** | **0.00** | **875.10** |

Since 1947

BANGI010070

```
FLORES AFFORDABLE TOOLS
   11425 GARZOLI AVE
     DELANO CALIF
    661-725-9603
***********************
GARDEN              815.94
ITEM CT          1
TAX                  59.16
CASH         875.10
05-13-2007        AM 11:44
                      4597
```

BANGI010071

566627

| CUSTOMER'S ORDER NO. | | DEPARTMENT | | DATE 5/13/07 | |
|---|---|---|---|---|---|

NAME Cal pacific

ADDRESS 375 Rd 200

CITY, STATE, ZIP Richgrove

SOLD BY Uriel F | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE RETD | PAID OUT |

| | QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|
| 1 | 6 | 00220 Digger | 13 99 | each |
| 2 | 9 | Wood Handle shovels | 8 00 | each |
| 3 | 6 | F/glass Handle shovels | 10 00 | each |
| 4 | 150 | Curved C/steel shears | 4 00 | each |
| 5 | | | | |
| 6 | | sub Total | 815 99 | |
| 7 | | | | |
| 8 | | tax | 59 16 | |
| 9 | | | | |
| 10 | | Total | 875 10 | |
| 11 | | | | |
| 12 | | | | |
| 13 | | | | |
| 14 | | | | |
| 15 | | | | |
| 16 | | X Jaime Rodrigaz | | |
| 17 | | | | |
| 18 | | | | |
| 19 | | | | |
| 20 | | | | |

RECEIVED BY

adams
5805

KEEP THIS SLIP FOR REFERENCE

*Cal–Pacific Farm Management L.P.* • P.O. BOX 1141 • RICHGROVE, CA 93261-1141                414171

Date: 05/15/2007        Vendor: FLORES AFFOR        Check #: 414171

| Date | Invoice # | Description | Invoice Total | Discount | Net Paid |
|------|-----------|-------------|---------------|----------|----------|
| 05/15/2007 | 003-07 | CLIPPERS | 429.00 | 0.00 | 429.00 |
| | | **Check Totals:** | **429.00** | **0.00** | **429.00** |

*Since 1947*

BANGI010073

# INVOICE

16440

**SOLD TO** Cal pacific farm
**ADDRESS** P. O Box 1141
**CITY, STATE, ZIP** Righgrove

**SHIP TO** WILICALL
**ADDRESS**
**CITY, STATE, ZIP**

| CUSTOMER'S ORDER NO. | SALESPERSON | TERMS | F.O.B. | DATE |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| 100 pc | SS VACA Shear | | 4⁰⁰ | 400 ⁰⁰ |
| | | | | 29⁰⁰ |

**FLORES AFFORDABLE**
**TOOLS AND HARDWARE**
11425 GARZOLI AVE
DELANO, CA 93215
PHONE (661) 725 9603
FAX (661) 725 9610

| Paid | CHK 414171 | | | $ 439⁰⁰ |
|---|---|---|---|---|

Jaime Rodriguez

adams T5080

BANGI010074

**Cal-Pacific Farm Management L.P.** • P.O. BOX 1141 • RICHGROVE, CA 93261-1141    406671

Date: 04/19/2007      Vendor: MISCEXPENSE      Check #: 406671

| Date | Invoice # | Description | Invoice Total | Discount | Net Paid |
|------|-----------|-------------|---------------|----------|----------|
| 04/19/2007 | 003-07 | 4 rakes | 29.99 | 0.00 | 29.99 |
| | | **Check Totals:** | **29.99** | **0.00** | **29.99** |

*Flores Affordable*

*Since 1947*

BANGI010075

40

```
FLORES AFFORDABLE TOOLS
  11425 GARZOLI AVE
     DELANO CALIF
    661-725-9603
*************************
HANDTOOL I          6.99
HANDTOOL I          6.99
HANDTOOL I          6.99
HANDTOOL I          6.99
ITEM CT         4
TAX                 2.03
CASH           29.99
04-19-2007      AM 08:48
                    4073
```

BANGI010076

566613

| CUSTOMER'S ORDER NO. *Ca* | | DEPARTMENT | | DATE 4/18/07 | |
|---|---|---|---|---|---|
| NAME *Cal-pacific* | | | | | |
| ADDRESS *P.O Box 1141 RichGrove* | | | | | |
| CITY, STATE, ZIP *Cal.* | | | | | |
| SOLD BY *Oriel* | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE RETD | PAID OUT |

| | QUANTITY | DESCRIPTION | PRICE | AMOUNT | |
|---|---|---|---|---|---|
| 1 | 4 | Rakes | 6 | 99 | |
| 2 | | | | | |
| 3 | | tax | 2 | 03 | |
| 4 | | | | | |
| 5 | | total Amount | 29 | 99 | |
| 6 | | | | | |
| 7 | | | | | |
| 8 | | | | | |
| 9 | | | | | |
| 10 | | X Jaime Rodriguez | | | |
| 11 | | | | | |
| 12 | | | | | |
| 13 | | | | | |
| 14 | | | | | |
| 15 | | FLORES AFFORDABLE | | | |
| 16 | | TOOLS AND HARDWARE | | | |
| 17 | | 11425 GARZOLI AVE | | | |
| 18 | | DELANO, CA 93215 | | | |
| 19 | | PHONE (661) 725 9603 | | | |
| 20 | | FAX (661) 725 9610 | | | |

RECEIVED BY

*adams*
5805

KEEP THIS SLIP FOR REFERENCE

BANGI010077

Cal-Pacific Farm Management L.P. • P.O. BOX 1141 • RICHGROVE, CA 93261-1141      408204

Date: 04/23/2007      Vendor: MISCEXPENSE      Check #: 408204

| Date | Invoice # | Description | Invoice Total | Discount | Net Paid |
|------|-----------|-------------|---------------|----------|----------|
| 04/23/2007 | 004-07 | FLORES AFFORDABLE | 112.61 | 0.00 | 112.61 |
| | | **Check Totals:** | **112.61** | **0.00** | **112.61** |

Since 1947

BANGI010078

566619

| CUSTOMER'S ORDER NO. | DEPARTMENT | DATE 4/24/07 |

NAME *Cal Pacific Farm*

ADDRESS

CITY, STATE, ZIP *Richgrove CA*

SOLD BY *M i F*   CASH   C.O.D.   CHARGE   ON ACCT.   MDSE RETD   PAID OUT

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 1 | 15 Shovels wood/h | 8 99 | |
| 2 | | | |
| 3 | Discount -2 | | |
| 4 | | | |
| 5 | 7 PC | | |
| 6 | | | |
| 7 | | | |
| 8 | | | |
| 9 | # 105 00 | | |
| 10 | | | |
| 11 | SALes TAX 7 61 | | |
| 12 | | | |
| 13 | ToTal 112 61 | | |
| 14 | | | |
| 15 | | | |
| 16 | CHK# 408204 | | |
| 17 | | | |
| 18 | Jaime Rodriguez | | |
| 19 | | | |
| 20 | | | |

RECEIVED BY

adams
5805

KEEP THIS SLIP FOR REFERENCE

BANGI010079

*Cal-Pacific Farm Management L.P.* • P.O. BOX 1141 • RICHGROVE, CA 93261-1141

**498260**

Date: 01/03/2008    Vendor: FLORES AFFOR    Check #: 498260

| Date | Invoice # | Description | Invoice Total | Discount | Net Paid |
|------|-----------|-------------|---------------|----------|----------|
| 01/03/2008 | 287072 | 287072 | 353.92 | 0.00 | 353.92 |
| | | **Check Totals:** | **353.92** | **0.00** | **353.92** |

Since 1947

BANGI010080

287072

| CUSTOMER'S ORDER NO. | | DEPT. | | DATE: 1/3/08 | | |
|---|---|---|---|---|---|---|
| NAME: Cal pacific | | | | | | |
| ADDRESS: Ditch grove | | | | | | |
| CITY, STATE, ZIP | | | | | | |
| SOLD BY: Uriel | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE RTD. | PAID OUT |

| QUANTITY | | DESCRIPTION | PRICE | | AMOUNT | |
|---|---|---|---|---|---|---|
| 60 | 1 | Folding Hand Saw | 5 | 50 | 330 | 00 |
| | 2 | tax | 28 | 92 | | |
| | 3 | | | | | |
| | 4 | total due | 358 | 92 | | |
| | 5 | | | | | |
| | 6 | | | | | |
| | 7 | | | | | |
| | 8 | | | | | |
| | 9 | | | | | |
| | 10 | X Jaime Rodriguez | | | | |
| | 11 | | | | | |
| | 12 | | | | | |
| | 13 | | | | | |
| | 14 | | | | | |
| | 15 | | | | | |

RECEIVED BY:

KEEP THIS COPY FOR YOUR RECORDS
©2001  REDIFORM®  5L350

*Cal-Pacific Farm Management L.P.* • P.O. BOX 1141 • RICHGROVE, CA 93261-1141

**498259**

Date: 01/03/2008    Vendor: FLORES AFFOR    Check #: 498259

| Date | Invoice # | Description | Invoice Total | Discount | Net Paid |
|------|-----------|-------------|---------------|----------|----------|
| 01/03/2008 | 287071 | 287071 | 250.97 | 0.00 | 250.97 |
| | | **Check Totals:** | **250.97** | **0.00** | **250.97** |

Since 1947

BANGI010082

**FLORES AFFORDABLE**
TOOLS AND HARDWARE
11425 GARZOLI AVE.
DELANO, CA  93215
PHONE (661) 725 9603
FAX (661) 725 9610

287071

| CUSTOMER'S ORDER NO. | | DEPT. | DATE 1/2/08 |
|---|---|---|---|

NAME: CA1 Pacific F M

ADDRESS: 375 Rd. 200

CITY, STATE, ZIP: Richgrove CA.

| SOLD BY: | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE RTD. | PAID OUT |
|---|---|---|---|---|---|---|

| QUANTITY | | DESCRIPTION | PRICE | AMOUNT | |
|---|---|---|---|---|---|
| 40 | 1 | hand saw foldable | 5 50 | 220 | 00 |
| | 2 | | | | |
| | 3 | | | | |
| | 4 | | | | |
| | 5 | 5 Tax | | 15 | 95 |
| | 6 | | | | |
| | 7 | TOTAl | | 235 | 95 |
| | 8 | | | | |
| 7 | 9 | pumper (corona) | 1 99 EA | | |
| | 10 | | | + 13 | 93 |
| | 11 | 5 Tax | | 1 | 09 |
| | 12 | | | | |
| | 13 | | | | |
| | 14 | TOTal Dul | | 250 | 97 |
| | 15 | | | | |

RECEIVED BY: Jaime Rodriguez

KEEP THIS COPY FOR YOUR RECORDS
©2001  REDIFORM®  5L350

BANGI010083

*Cal-Pacific Farm Management L.P.* • P.O. BOX 1141 • RICHGROVE, CA 93261-1141

**498258**

Date: 01/03/2008     Vendor: FLORES AFFOR     Check #: 498258

| Date | Invoice # | Description | Invoice Total | Discount | Net Paid |
|------|-----------|-------------|---------------|----------|----------|
| 01/03/2008 | 287070 | 287070 | 89.78 | 0.00 | 89.78 |
| | | **Check Totals:** | **89.78** | **0.00** | **89.78** |

*Since 1947*

BANGI010084

Flores Affordable Tools
~~LTD#1~~
11425 Garzoli AVE
Delano CA 93215

287070

| CUSTOMER'S ORDER NO. | | DEPT. | | DATE: 1/2/08 |
|---|---|---|---|---|

**NAME:** Cal Pacifi

**ADDRESS:**

**CITY, STATE, ZIP**

| SOLD BY: | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE RTD. | PAID OUT |
|---|---|---|---|---|---|---|

| QUANTITY | | DESCRIPTION | PRICE | | AMOUNT | |
|---|---|---|---|---|---|---|
| 28 | 1 | PUMPER | 2 99 | | 83 | 72 |
| | 2 | CORONA | | | | |
| | 3 | | | | 6 | 06 |
| | 4 | | | | | |
| | 5 | TOTAL DUE | | | 89 | 78 |
| | 6 | | | | | |
| | 7 | | | | | |
| | 8 | | | | | |
| | 9 | | | | | |
| | 10 | | | | | |
| | 11 | | | | | |
| | 12 | | | | | |
| | 13 | Jaime Rodriguez | | | | |
| | 14 | | | | | |
| | 15 | | | | | |

**RECEIVED BY:**

KEEP THIS COPY FOR YOUR RECORDS
©2001  REDIFORM®  5L350

BANGI010085

Cal-Pacific Farm Management L.P. • P.O. BOX 1141 • RICHGROVE, CA 93261-1141

**498257**

Date: 01/03/2008   Vendor: FLORES AFFOR   Check #: 498257

| Date | Invoice # | Description | Invoice Total | Discount | Net Paid |
|------|-----------|-------------|---------------|----------|----------|
| 01/03/2008 | 287069 | | 235.99 | -0.00 | 235.99 |
| | | **Check Totals:** | **235.99** | **0.00** | **235.99** |

Since 1947

BANGI010086

Flores Affordable
Tools
11425 Garzoli ave
Delano CA 93215

287069

| CUSTOMER'S ORDER NO. | | DEPT. | DATE 7/2/08 |
|---|---|---|---|
| NAME: Cal pacific | | | |
| ADDRESS: Delano | | | |
| CITY, STATE, ZIP | | | |
| SOLD BY Oriel | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE RTD. | PAID OUT |

| QUANTITY | | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|
| 40 | 1 | Foldable Hand saw | 5⁵⁰ | |
| | 2 | | | |
| | 3 | total | | 220⁰⁰ |
| | 4 | tax | | 15⁸⁵ |
| | 5 | | | |
| | 6 | | | |
| | 7 | total Due | | 235⁸⁵ |
| | 8 | | | |
| | 9 | X Dan Manning | | |
| | 10 | | | |
| | 11 | Jaime Rodriguez | | |
| | 12 | | | |
| | 13 | | | |
| | 14 | | | |
| | 15 | | | |
| RECEIVED BY: | | | | |

KEEP THIS COPY FOR YOUR RECORDS
©2001  REDIFORM®  5L350

BANGI010087

T & R Bangi Ag Services • P.O. BOX 1141 • RICHGROVE, CA 93261-1141

**128680**

Date: 12/16/2009     Vendor:  986   WEST COAST GLOVE & SAFETY          Check #: 128680

| Date | Invoice # | Description | Invoice Total | Discount | Net Paid |
|------|-----------|-------------|---------------|----------|----------|
| 12/16/2009 | 1029 | RAD 64051101 SAFETY GLASSES | 1,423.75 | 0.00 | 1,423.75 |
| | | **Check Totals:** | **1,423.75** | **0.00** | **1,423.75** |

Since 1947

BANGI010088

**WEST COAST GLOVE & SAFETY**

# Invoice

1017 30th Street
Bakersfield, CA 93301

| Date | Invoice # |
|------|-----------|
| 12/15/2009 | 1029 |

| Bill To | Ship To |
|---------|---------|
| Cal-Pacific Farm Management L.P.<br>Bangi AG Contractors<br>P.O. Box 1141<br>RICHGROVE, CA. 93261-1141 | |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| | Due on receipt | JS | 12/15/2009 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 1,000 | Eye Protection<br>Shipping/Handling | RAD 64051101 Safety Glasses<br><br>Sales Tax | 1.30<br>16.50<br>8.25% | 1,300.00T<br>16.50<br>107.25 |

Thank you for your business.

| **Total** | $1,423.75 |
|-----------|-----------|

BANGI010089

```
                        AIRGAS SAFETY - CA                      PACKING SLIP
                        2355 WORKMAN MILL RD                    Ship Br: 5
                        WHITTIER CA 90601-1459                  Prc Br: 5
                        800-678-2878  Fax 800-784-4726

                                                        Page 1 of 1
SHIP TO:                                                JACHEA
WEST COAST GLOVE                  ORD NO : SZ798240.001  Print: 14:26 15 SEP 2009
C/O CAL PACIFIC FARM MANAGMENT
375 ROAD 200                      ORD BY :              PO #: 111075
DELANO, CA 93215                                        REL#:
                                  BILL TO: WEST COAST GLOVE  PACKING LIST NO: SZ798240
```

| Location | Item Number/Description | Ordered | Shipped | Back Ord | Code |
|---|---|---|---|---|---|
| D13-35-02A | SH4 3425PFG | 36EA | 36EA | | |
| | FOR RESALE ACCOUNT ONLY KIT | | | | |
| | FIRST AID PLASTIC WETPROOF WITH | | | | |
| | FIRST AID KIT LOGO | | | | |
| | Your # CUSTOMER CASE 36 | | | | |
| | 1 | | | | |

```
***************** The following items will be shipped as soon as available *****************
SH4 35134SS NOX-A-STING 1/2CC SWAB 10EA/BX 100BX/CA MSDS #279 EXP - 200BX   - From Whittier CA
```

| Shipped Via | F/A | # pieces | # ctns | Pulled By | Audited By | Packed By |
|---|---|---|---|---|---|---|
| UPS GROUND | No | | | | | |

BANGI010090

```
                                 AIRGAS SAFETY - CA              PACKING SLIP
                                 2355 WORKMAN MILL RD            Ship Br: 5
                                 WHITTIER CA 90601-1459          Prc Br: 5
                              800-678-2878  Fax 800-784-4726
                                                                Page 1 of 1
SHIP TO:                                                        JACHEA
WEST COAST GLOVE                    ORD NO : SZ798240.002        Print: 14:55 18 SEP 2009
C/O CAL PACIFIC FARM MANAGMENT
375 ROAD 200                        ORD BY :                    PO #: 111075
DELANO, CA 93215                                                REL#:
                                    BILL TO: WEST COAST GLOVE    PACKING LIST NO: SZ798240
```

| Location | Item Number/Description | Ordered | Shipped | Back Ord | Code |
|---|---|---|---|---|---|
| D10-40-07A | SH4 35134SS | 200**BX** | 200**BX** | | MSDS |
| | NOX-A-STING 1/2CC SWAB 10EA/BX | | | | EXP |
| | 100BX/CA MSDS #279 EXP | | | | |
| | 2 | | | | |

| Shipped Via | F/A | # pieces | # ctns | Pulled By | Audited By | Packed By |
|---|---|---|---|---|---|---|
| UPS GROUND | No | | | | | |

BANGI010091

𝔗 & ℛ 𝔅𝔞𝔫𝔤𝔦 𝔄𝔤 𝔖𝔢𝔯𝔳𝔦𝔠𝔢𝔰 • P.O. BOX 1141 • RICHGROVE, CA 93261-1141

Date: 09/18/2009    Vendor: 986   WEST COAST GLOVE & SAFETY          Check #: 81722          **081722**

| Date | Invoice # | Description | Invoice Total | Discount | Net Paid |
|------|-----------|-------------|---------------|----------|----------|
| 09/18/2009 | 975 | | 1,680.93 | 0.00 | 1,680.93 |
| | | **Check Totals:** | **1,680.93** | **0.00** | **1,680.93** |

*Since 1947*

BANGI010092

**WEST COAST GLOVE & SAFETY**

1017 30th Street
Bakersfield, CA 93301

# Invoice

| Date | Invoice # |
|------|-----------|
| 9/18/2009 | 975 |

| Bill To |
|---------|
| Cal-Pacific Farm Management L.P.<br>Bangi AG Contractors<br>P.O. Box 1141<br>RICHGROVE, CA. 93261-1141 |

| Ship To |
|---------|
| |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| | Due on receipt | JS | 9/18/2009 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 36 | Each | SH4 34-25PFG FIRST AID KITS | 20.25 | 729.00T |
| 200 | Box | SH4 35134SW NOX-A-STING SWABS | 3.99 | 798.00T |
| | Shipping/Handling | | 27.95 | 27.95 |
| | | Sales Tax | 8.25% | 125.98 |

Thank you for your business.

| **Total** | $1,680.93 |
|-----------|-----------|

BANGI010093

T & R Bangi Ag Services • P.O. BOX 1141 • RICHGROVE, CA 93261-1141

Date: 08/18/2009     Vendor: 986   WEST COAST GLOVE & SAFETY           Check #: 64157      **064157**

| Date | Invoice # | Description | Invoice Total | Discount | Net Paid |
|------|-----------|-------------|---------------|----------|----------|
| 08/18/2009 | 953 | | 811.18 | 0.00 | 811.18 |
| | | **Check Totals:** | **811.18** | **0.00** | **811.18** |

Since 1947

BANGI010094

**WEST COAST GLOVE & SAFETY**

1017 30th Street
Bakersfield, CA 93301

# Invoice

| Date | Invoice # |
|------|-----------|
| 8/18/2009 | 953 |

| Bill To |
|---------|
| Cal-Pacific Farm Management L.P.<br>Bangi AG Contractors<br>P.O. Box 1141<br>RICHGROVE, CA. 93261-1141 |

| Ship To |
|---------|
| |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| | Due on receipt | JS | 8/18/2009 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 36 | First Aid<br>Shipping/Handling | Swift First Aid Kits<br><br>Sales Tax | 20.25<br>22.04<br>8.25% | 729.00T<br>22.04<br>60.14 |

Thank you for your business.

| Total | $811.18 |
|-------|---------|

BANGI010095

Cal-Pacific Farm Management L.P. • P.O. BOX 1141 • RICHGROVE, CA 93261-1141

Date: 01/28/.009    Vendor: 986   WEST COAST GLOVE & SAFETY           Check #: 648325         **648325**

| Date | Invoice # | Description | Invoice Total | Discount | Net Paid |
|------|-----------|-------------|---------------|----------|----------|
| 01/28/2009 | 787 | | 314.33 | 0.00 | 314.33 |
| | | **Check Totals:** | **314.33** | **0.00** | **314.33** |

Since 1947

BANGI010096

**WEST COAST GLOVE & SAFETY**

# Invoice

1017 30th Street
Bakersfield, CA 93301

| Date | Invoice # |
|------|-----------|
| 1/26/2009 | 787 |

| Bill To |
|---------|
| Cal-Pacific Farm Management L.P.<br>Bangi AG Contractors<br>P.O. Box 1141<br>RICHGROVE, CA. 93261-1141 |

| Ship To |
|---------|
| |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| Verbal-Craig | Due on receipt | JS | 1/27/2009 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 200 | Eye Protection | RAD 64051101 Safety Glasses | 1.40 | 280.00T |
| | Shipping/Handling | | 14.03 | 14.03 |
| | | Sales Tax | 7.25% | 20.30 |

Thank you for your business.

| **Total** | $314.33 |
|-----------|---------|

BANGI010097

```
                                                            PACKING SLIP
                            AIRGAS SAFETY - CA               Ship Br: 5
                            2355 WORKMAN MILL RD             Prc Br: 5
                          WHITTIER CA 90601-1459
                        800-678-2878  Fax 800-784-4726
                                                     Page 1 of 1
SHIP TO:                                             JACHEA
WEST COAST GLOVE                 ORD NO : SY470513.001    Print: 19:33 26 JAN 2009
C/O CAL PACIFIC FARM MANAGEMENT
375 ROAD 200                     ORD BY :               PO #: 111006
DELANO, CA 93215                                         REL#:
                                 BILL TO: WEST COAST GLOVE   PACKING LIST NO: SY470513
```

| Location | Item Number/Description | Ordered | Shipped | Back Ord | Code |
|----------|------------------------|---------|---------|----------|------|
| X00-29 | RAD 64051101 GLASSES VISITORS CLEAR FRAME CLEAR LENS 12EA/BX 12BX/CA 1 | 200EA | 200EA | | |

| Shipped Via | F/A | # pieces | # ctns | Pulled By | Audited By | Packed By |
|-------------|-----|----------|--------|-----------|------------|-----------|
| UPS GROUND | No | | | | | |

BANGI010098

T & R Bangi Ag Services • P.O. BOX 1141 • RICHGROVE, CA 93261-1141

**22526**

Date: 05/18/2009    Vendor: 986   WEST COAST GLOVE & SAFETY                Check #: 22526

| Date | Invoice # | Description | Invoice Total | Discount | Net Paid |
|------|-----------|-------------|---------------|----------|----------|
| 05/18/2009 | 882 | 882 | 799.49 | 0.00 | 799.49 |
| | | **Check Totals:** | **799.49** | **0.00** | **799.49** |

Since 1947

BANGI010099

**WEST COAST GLOVE & SAFETY**

# Invoice

1017 30th Street
Bakersfield, CA 93301

| Date | Invoice # |
|------|-----------|
| 5/18/2009 | 882 |

| Bill To | Ship To |
|---------|---------|
| Cal-Pacific Farm Management L.P.<br>Bangi AG Contractors<br>P.O. Box 1141<br>RICHGROVE, CA. 93261-1141 | |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| | Due on receipt | JS | 5/18/2009 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 36 | Each | First Aid Kits | 19.95 | 718.20T |
| | Shipping/Handling | | 22.04 | 22.04 |
| | | Sales Tax | 8.25% | 59.25 |

Thank you for your business.

| **Total** | $799.49 |
|-----------|---------|

BANGI010100

T & R Bangi Ag Services • P.O. BOX 1141 • RICHGROVE, CA 93261-1141

**40292**

Date: 07/01/2009     Vendor:  986   WEST COAST GLOVE & SAFETY          Check #: 40292

| Date | Invoice # | Description | Invoice Total | Discount | Net Paid |
|------|-----------|-------------|---------------|----------|----------|
| 07/01/2009 | 914 | 914 | 1,523.22 | 0.00 | 1,523.22 |
| | | **Check Totals:** | **1,523.22** | **0.00** | **1,523.22** |

Since 1947

BANGI010101

# WEST COAST GLOVE & SAFETY

1017 30th Street
Bakersfield, CA 93301

# Invoice

| Date | Invoice # |
|------|-----------|
| 6/29/2009 | 914 |

| Bill To |
|---------|
| Cal-Pacific Farm Management L.P.<br>Bangi AG Contractors<br>P.O. Box 1141<br>RICHGROVE, CA. 93261-1141 |

| Ship To |
|---------|
| |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| | Due on receipt | JS | 6/29/2009 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 40 | Each | SH4 34-25PFG  First Aid Kits | 19.95 | 798.00T |
| 25 | Box | 150910  Antiseptic Wipes | 1.60 | 40.00T |
| 200 | Box | 013450  Bandaids | 2.30 | 460.00T |
| 25 | Box | 151020  First Aid Cream | 3.50 | 87.50T |
| 1 | Shipping/Handling | | 23.42 | 23.42 |
| | | Sales Tax | 8.25% | 114.30 |

Thank you for your business.

| Total | $1,523.22 |
|-------|-----------|

BANGI010102