T & R Bangi Ag Services • P.O. BOX 1141 • RICHGROVE, CA 93261-1141

**32398**

| Date: 06/09/2009 | | Vendor: 986   WEST COAST GLOVE & SAFETY | | Check #: 32398 | | |
|---|---|---|---|---|---|---|
| **Date** | **Invoice #** | **Description** | **Invoice Total** | **Discount** | | **Net Paid** |
| 06/09/2009 | 893 | 240806 EYE DROPS | 249.59 | 0.00 | | 249.59 |
| | | **Check Totals:** | **249.59** | **0.00** | | **249.59** |

Since 1947

BANGI010103

**WEST COAST GLOVE & SAFETY**

1017 30th Street
Bakersfield, CA 93301

# Invoice

| Date | Invoice # |
|------|-----------|
| 6/9/2009 | 893 |

| Bill To |
|---------|
| Cal-Pacific Farm Management L.P.<br>Bangi AG Contractors<br>P.O. Box 1141<br>RICHGROVE, CA. 93261-1141 |

| Ship To |
|---------|
|  |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
|  | Due on receipt | JS | 6/9/2009 |  |  |  |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 100 | Each | 240806 Eye drops | 2.25 | 225.00T |
|  | Shipping/Handling |  | 6.03 | 6.03 |
|  |  | Sales Tax | 8.25% | 18.56 |

Thank you for your business.

| **Total** | $249.59 |
|-----------|---------|

```
            WEST COAST
          GLOVE & SAFETY
          661-322-8787

05/19/2009  8:14AM    12
000000#3953      CLERK12

RAIN WEAR        ⊤⊤$22.04
TAX1 ST            $0.00
              36 @ $19.95
FIRST AID       ⊤⊤$718.20
MDSE ST          $740.24
TAX1              $59.25

ITEMS        37Q
CHECK      $799. 49

       THANK  YOU
```

BANGI010105

## WEST COAST GLOVE & SAFETY

# Invoice

1617 30th Street
Bakersfield, CA 93301

| Date | Invoice # |
|------|-----------|
| 5/18/2009 | 882 |

| Bill To | Ship To |
|---------|---------|
| Cal-Pacific Farm Management L.P.<br>Bangi AG Contractors<br>P.O. Box 1141<br>RICHGROVE, CA. 93261-1141 | |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| | Due on receipt | JS | 5/18/2009 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 36 | Each | First Aid Kits | 19.95 | 718.20T |
| | Shipping/Handling | | 22.04 | 22.04 |
| | | Sales Tax | 8.25% | 59.25 |

Thank you for your business.

| | Total | $799.49 |
|--|-------|---------|

# WEST COAST GLOVE & SAFETY

# Invoice

1017 30th Street
Bakersfield, CA 93301

| Date | Invoice # |
|------|-----------|
| 4/2/2009 | 840 |

| Bill To |
|---------|
| Cal-Pacific Farm Management L.P.<br>Bangi AG Contractors<br>P.O. Box 1141<br>RICHGROVE, CA. 93261-1141 |

| Ship To |
|---------|



| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| | Due on receipt | JS | 4/2/2009 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 36 | Each | First Aid | 19.95 | 718.20T |
| | Shipping/Handling | | 22.04 | 22.04 |
| | | Sales Tax | 8.25% | 59.25 |

Thank you for your business.

| **Total** | **$799.49** |
|-----------|-------------|

T & R Bangi Ag Services • P.O. BOX 1141 • RICHGROVE, CA 93261-1141

**10070**

Date: 04/02/2009    Vendor: 986   WEST COAST GLOVE & SAFETY    Check #: 10070

| Date | Invoice # | Description | Invoice Total | Discount | Net Paid |
|------|-----------|-------------|---------------|----------|----------|
| 04/02/2009 | 840 | | 799.49 | 0.00 | 799.49 |
| | | **Check Totals:** | **799.49** | **0.00** | **799.49** |

Since 1947

BANGI010108

# WEST COAST GLOVE & SAFETY

1017 30th Street
Bakersfield, CA 93301

# Invoice

| Date | Invoice # |
|------|-----------|
| 4/2/2009 | 840 |

| Bill To |
|---------|
| Cal-Pacific Farm Management L.P.<br>Bangi AG Contractors<br>P.O. Box 1141<br>RICHGROVE, CA. 93261-1141 |

| Ship To |
|---------|
| |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| | Due on receipt | JS | 4/2/2009 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 36 | Each | First Aid | 19.95 | 718.20T |
| | Shipping/Handling | | 22.04 | 22.04 |
| | | Sales Tax | 8.25% | 59.25 |

Thank you for your business.

| Total | $799.49 |
|-------|---------|

BANGI010109

**T & R Bangi Ag Services** • P.O. BOX 1141 • RICHGROVE, CA 93261-1141

**121658**

Date: 11/18/2009   Vendor: 2274  FRESH LOOK   Check #: 121658

| Date | Invoice # | Description | Invoice Total | Discount | Net Paid |
|------|-----------|-------------|---------------|----------|----------|
| 11/18/2009 | 6001 | GRAPE CLIPPERS 2008 SEASON | 4,700.00 | 0.00 | 4,700.00 |
| | | **Check Totals:** | **4,700.00** | **0.00** | **4,700.00** |

Since 1947

BANGI010110



23818 AVE 216
Lindsay CA 93247

# INVOICE

**Invoice #:** 6001
**Invoice:** Aug 18, 2009
**Ship:**    Aug 18, 2009
**Pay Terms:** Net 30

**Sold To:** T & R Bangi Ag Services
P.O. Box 724
Delano CA 93216

**Ship To:** T & R Bangi Ag Services
P.O. Box 724
Delano CA 93216

Page 1 of 1

| | | |
|---|---|---|
| **Sale Terms:** FOB | **Salesperson:** DS | **Carrier:** |
| **Order:** Aug 18, 2009 | **Via:** | **Trailer lic:** St: |
| **Cust PO:** Ted Bangi | **Currency:** USD | **Broker:** |

| Description | Quantity | UOM | Price | Amount |
|---|---|---|---|---|
| Materials - Grape clippers 2008 season | 2000 | | 3.95 | 7,900.00 |
| INVOICE TOTAL: | | | | 7,900.00 |

*2·35 X 2000*
*4/700*

---

***Please return a copy of this invoice with your remittance - Thank You***

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural
Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other
products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

BANGI010111



23818 AVE 216
Lindsay CA 93247

# INVOICE

**Invoice #:** 6001
**Invoice:** Aug 18, 2009
**Ship:** Aug 18, 2009
**Pay Terms:** Net 30

**Sold To:** T & R Bangi Ag Services
P.O. Box 724
Delano CA 93216

**Ship To:** T & R Bangi Ag Services
P.O. Box 724
Delano CA 93216

Page 1 of 1

| Sale Terms: FOB | Salesperson: DS | Carrier: | |
| Order: Aug 18, 2009 | Via: | Trailer lic: | St: |
| Cust PO: Ted Bangi | Currency: USD | Broker: | |

| Description | Quantity | UOM | Price | Amount |
|---|---|---|---|---|
| Materials - Grape clippers 2008 season | 2000 | | 3.95 | 7,900.00 |
| INVOICE TOTAL: | | | | 7,900.00 |

2.35

*Please return a copy of this invoice with your remittance - Thank You*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural
Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other
products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

BANGI010112

Oct 24 09 12:15a    Fresh Look                                           520-281-0093                    p.1



**Look**

## FACSIMILE TRANSMITTAL SHEET

| TO: | FROM: |
|---|---|
| Craig | Monica |

| COMPANY: | DATE: |
|---|---|
| T & R Bangi | 11/3/09 |

| FAX NUMBER: | TOTAL NO. OF PAGES, INCLUDING COVER: |
|---|---|
| 661-725-5477 | 2 |

| PHONE NUMBER: | SENDER'S FAX NUMBER: |
|---|---|
| | 520-281-0093 |

| RE: | SENDER'S PHONE NUMBER: |
|---|---|
| Past Due Invoice | 520-281-0072 |

☐ URGENT   ☒ FOR REVIEW   ☐ PLEASE COMMENT   ☐ PLEASE REPLY   ☐ PLEASE RECYCLE

NOTES/COMMENTS:

Thank you.

**23818 AVE 216 LINDSAY CA, 93247**

BANGI010113

ORIGINAL FREIGHT
BILL NUMBER

# DHE.
**Dependable Highway Express**

CAL-T-147723
MC-130496

Office: (323) 526-2222   So. Cal Dispatch (323) 526-2255
www.godependable.com   No. Cal Dispatch (510) 475-8000

**PLEASE REMIT TO:**
Dependable Highway Express
P.O. Box 58047
Los Angeles, CA 90058-0047

Page: 1 of 1   **FB# 101173094**

| TO (CONSIGNEE) | FROM (SHIPPER) | |
|---|---|---|
| CAL PACIFIC CO<br>375 ROAD 200<br>DELANO, CA 93215 | VALLEY INDUSTRIES<br>7500 JEFFERSON ST<br>PARAMOUNT, CA 90723 | VALLEY INDUSTRIES<br>7500 JEFFERSON ST<br>PARAMOUNT, CA 90723 |

| DATE: 05/23/08 | SHIPPERS NUMBER 19662 | P.O. | | DST 025 | C/L |
|---|---|---|---|---|---|
| PIECES | DESCRIPTION | | WEIGHT (in lbs) | RATE | CHARGES |
| 1 | HAND TOOLS, FORGED NOI#186870<br>FUEL SURCHARGE 35.50%<br>QUOTE #334036<br>1 PALLET STC 59 CARTONS | 60.0 | 2,180 | | |

| TOTAL PIECES 1 | PRO NUMBER DH115E18 | FREIGHT CHARGES Prepaid | 2,180 TOTAL | AMOUNT DUE |
|---|---|---|---|---|

| DRIVER | TRUCK # | DATE | TIME ARRIVE | TIME START | TIME FINISH | PCS DEL |
|---|---|---|---|---|---|---|
| APPOINTMENT: DAY | DATE | TIME | PER | | | |

ICC & PUC REGULATIONS REQUIRE PAYMENT OF FREIGHT BILLS WITHIN SEVEN DAYS OF PRESENTATION. DISCOUNT APPLIES ON BILLS PAID WITHIN 30 DAYS OF INVOICE. Interest will be charged at the rate of 1.5% per month on balance due in excess of 30 days. Any costs of collection, including attorneys fees will be added to invoice. Failure to pay billed charges can result in a lien on future shipments. Pursuant to California Civil Code Sec. 3051.5 DHE's maximum liability in case of loss or damage shall not exceed $5.00 per pound. SUBJECT TO DHE'S RULES TARIFF.

PRINT NAME

SIGNATURE RECEIVED IN GOOD CONDITION EXCEPT AS NOTED

**CUSTOMER COPY**

BANGI010114



# Cal-Pacific Farm Managment, L.P.

### Complete Cultivation Services
P.O. Box 1141 • Richgrove, CA 93261-1141
## (661 ) 725-1948 • Fax (661)725-5477

## Fax Transmittal Sheet

Company _____  Date: 6-8-02

**Attention:** Luis

**Fax Number:** 011 - 52 - 6622156107

From: Craig Nevill

## FAX    MESSAGE

delivered 54

Should have been 59

**PAGES TRANSMITTED**
( including cover sheet )

BANGI010115

5/2007   20:22   3235262297   DHE                                    PAGE  13/35

BILL NUMBER

**DHE.**
Dependable Highway Express

CAL-T-147723
MC-138498

Office: (323) 526-2222   So. Cal Dispatch (323) 526-2266   P.O. Box 68047
www.godependable.com   No. Cal Dispatch (559) 475-8000   Los Angeles, CA 90066-0047

PLEASE REMIT TO:
Dependable Highway Express   **Page: 1 of 1  * FB#:100992211**

| TO (CONSIGNEE) | FROM (SHIPPER) | |
|---|---|---|
| CAL PACIFIC CO<br>375 ROAD 200<br>DELANO,<br>CA 93215-9 | VALLEY INDUSTRIES<br>7500 JEFFERSON ST<br>PARAMOUNT, CA 90723-4 | VALLEY INDUSTRIES<br>7500 JEFFERSON ST<br>PARAMOUNT, CA 90723-4 |

| DATE: 05/15/07 | SHIPPERS NUMBER 18060 | P.O. | | DST 025 | C/L |
|---|---|---|---|---|---|
| PIECES | DESCRIPTION | | WEIGHT (in lbs) | RATE | CHARGES |
| 58<br>54 | HAND TOOLS<br>ON 1 PLT<br>FUEL SURCHARGE | 60.0 | 2,190 | | |

Short(4)CS
Short(2)EA
83 choppers Short  DH15E30  Call Craig @ 661-979-3840

MATL

| TOTAL PIECES 58 | PRO NUMBER | FREIGHT CHARGES | Prepaid | 2,190 TOTAL | AMOUNT DUE |
|---|---|---|---|---|---|

| DRIVER | TRUCK # | DATE | TIME ARRIVE | TIME START | TIME FINISH | PCS DEL |
|---|---|---|---|---|---|---|
| APPOINTMENT: DAY | DATE | TIME | PER | | PRINT NAME | |

ICC & PUC REGULATIONS REQUIRE PAYMENT OF FREIGHT BILLS WITHIN SEVEN DAYS OF PRESENTATION. DISCOUNT APPLIES ON BILLS PAID WITHIN 30 DAYS OF INVOICE. Interest will be charged at the rate of 1.5% per month on balance due in 30 days. Any costs of collection, including attorneys fees will be added to invoice. Failure to pay billed charges can result in a lien on future pursuant to California Civil Code Sec. 3051 if DHE's maximum liability in case of loss or damage shall not exceed $5.00 per pound. SU  LIEN TARIFF

IN GOOD CONDITION EXCEPT AS NOTE

BANGI010116



**DHE**
Dependable Highway Express
CAL-T-147723
MC-139486
Office: (323) 526-2222   So. Cal Dispatch (323) 526-2255
www.godependable.com   No. Cal Dispatch (800) 475-6000   Los Angeles, CA 90058-0047

PLEASE REMIT TO:
Dependable Highway Express
P.O. Box 58047
Los Angeles, CA 90058-0047

Page: 1 of 1   * FB#:100992211

TO (CONSIGNEE)
CAL PACIFIC CO
375 ROAD 200
DELANO,
CA 93215-9

FROM (SHIPPER)
VALLEY INDUSTRIES
7500 JEFFERSON ST
PARAMOUNT, CA 90723-4

VALLEY INDUSTRIES
7500 JEFFERSON ST
PARAMOUNT, CA 90723-4

| DATE 05/15/07 | SHIPPERS NUMBER 18060 | | P.O. | | DST 025 | C/L | |
| PIECES | DESCRIPTION | | | WEIGHT (in lbs) | RATE | CHARGES |
| 58 54 | HAND TOOLS ON 1 PLT FUEL SURCHARGE | | 60.0 | 2,190 | | |
| Short(4)CS Short(2)EA | DH15E30 | Call Craig @ 661-979-3840 | | | | |

| TOTAL PIECES 58 | PRO NUMBER | FREIGHT CHARGES Prepaid | | 2,190 TOTAL | AMOUNT DUE |

| DRIVER | TRUCK # | DATE | TIME | TIME ARRIVE | TIME START | TIME FINISH | PCS DEL |
| APPOINTMENT: DAY | | DATE | TIME | PER | | PRINT NAME |

ICC & PUC REGULATIONS REQUIRE PAYMENT OF FREIGHT BILLS WITHIN SEVEN DAYS OF PRESENTATION. DISCOUNT APPLIES ON BILLS PAID WITHIN 30 DAYS OF INVOICE. Interest will be charged at the rate of 1.5% per month on balance due in 30 days. Any costs of collection, including attorneys fees will be added to invoice. Failure to pay billed charges can result in a lien on future shipment pursuant to California Civil Code Sec. 3051 & DHE's maximum liability in case of loss or damage shall not exceed $5.00 per pound. SUBJECT LEB TARIFF.

V IN GOOD CONDITION EXCEPT AS NOTE



Orange Cove Hardware
17216 County Line Road
Delano CA 93215
1-661-725-4122

Transaction#: A5193
Associate: Manager
Date: 08/19/2009        Time: 09:41:59 AM

Due Date: 09/30/2009

*** SALE ***

PO: 100

Bill To:
Customer # 10514880
BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA 93216

GLOVES

2.00 EACH @    $5.99 T         $11.98
UTILITY BLADES

3.00 EACH @    $1.79 T          $5.37

Subtotal: $17.35
8.75% - TULARE COUNTY SALES TAX: $1.52
TOTAL: $18.87

INVOICE: $18.87
CHANGE: $0.00



(X)_____
Authorized Signature

A Minimum Finance Charge of
$1.00 or 1.5% per month
applies to all past due balances

Thank You!
"Start Right, Start Here"



# *True Value*

Orange Cove Hardware
17216 County Line Road
Delano CA 93216
1-661-725-4122

Transaction#: A4244
Associate: Manager
Date: 07/24/2009        Time: 11:05:12 AM

Due Date: 08/31/2009

*** SALE ***

PO: 79

Bill To:
Customer 10514880
BANGI'S AG-MANAGEMENT
P.O. B 24
DELANO  93216

GLOVES
3.00 EACH @ 5.99 T        $17.97

Subtotal: $17.97
8.75% - TULA OUNTY SALES TAX: $1.58
TOTAL: $19.55

INVOICE: $19.55
CHANGE: $0.00

(X) _____
Authorized Signature

A Minimum Finance Charge of
$1.00 or 1.5% per month
applies to all past due balances

Thank You!
"Start Right, Start Here"

BANGI010119

# True Value.

Orange Cove Hardware
17216 County Line Road
Delano CA 93215
1-661-725-4122

Transaction#: B6826
Associate: Manager
Date: 12/15/2009      Time: 10:14:16 AM

Due Date: 01/31/2010

*** SALE ***

PO: 157

Bill To:
Customer # 10514880
BANGI'S AG-MANAGEMENT
P.O. BOX 839
RICHGROVE, CA 93261

---

GLOVES

    30.00 EACH @   $2.99 T        $89.70

                    Subtotal: $89.70
8.75% - TULARE COUNTY SALES TAX: $7.85
                    TOTAL: $97.55

                    INVOICE: $97.55
                    CHANGE: $0.00



(X)_____
        Authorized Signature

     A Minimum Finance Charge of
       $1.00 or 1.5% per month
    applies to all past due balances

---

              Thank You!
        "Start Right, Start Here"




17216 County Line Road
Delano CA 93215
1-661-725-4122

Transaction#: B2051
Associate: Manager
Date: 06/01/2009      Time: 09:16:46 AM

Due Date: 07/31/2009

*** SALE ***

PO: terry

Bill To:
Customer # 10514880
BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA 93216

chemical gloves
   72.00 EACH @   $1.99 T      $143.28
glasses
   60.00 EACH @   $4.49 T      $269.40
                 Subtotal: $412.68
2.5% - TULARE COUNTY SPECIAL TAX: $10.
                    TOTAL: $423.00

                 INVOICE: $423.00
                  CHANGE: $0.00



(X)_____
        Authorized Signature

A Minimum Finance Charge of
$1.00 or 1.5% per month
applies to all past due balances

------------------------------------
           Thank You!
     "Start Right, Start Here"



17216 County Line Road
Delano CA 93215
1-661-725-4122

Transaction#: A2544
Associate: Manager
Date: 06/10/2009      Time: 02:54:35 PM

Due Date: 07/31/2009

*** SALE ***

PO: craig

Bill To:
Customer # 10514880
BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA 93216

goggles
  34.00 EACH @  $3.49 T        $118.66
chemical gloves

   6.00 EACH @  $21.60 T       $129.60

               Subtotal: $248.26
2.5% - TULARE COUNTY SPECIAL TAX: $6.2
                  TOTAL: $254.47

            INVOICE: $254.47
             CHANGE: $0.00


(X)_____
        Authorized Signature

     A Minimum Finance Charge of
      $1.00 or 1.5% per month
   applies to all past due balances

.----------------------------------.
             Thank You!
        "Start Right, Start Here"


A 2 5 4 4



17216 County Line Road
Delano CA 93215
1-661-725-4122

Transaction#: B1541
Associate: Manager
Date: 05/18/2009       Time: 09:59:50 AM

*** SALE ***

PO: 36

Bill To:
Customer # 10514880
BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA 93216

knifes

10.00 EACH @ $15.00 T       $150.00
tapener gun

  4.00 EACH @ $33.00 T       $132.00
staples

 20.00 EACH @   $4.99 T        $99.80
tool catch

  1.00 EACH @   $4.99 T         $4.99

                  Subtotal: $386.79
2.5% - DELANO CO FARM EXCISE TAX: $9.6
                     TOTAL: $396.46

                   INVOICE: $396.46
                    CHANGE: $0.00

(X)
          Authorized Signature

Thank You!
"Start Right, Start Here"

BANGI010124

507 PARK BLVD.
ORANGE COVE, CA
93646
(559) 626-7703
FAX (559) 626-7630

LUMBER
BUILDING MATERIALS
ROOFING
(ORANGE COVE LOCATION ONLY)

**S T A T E M E N T**

# ORANGE COVE HARDWARE INC.

TREE & VINE SUPPLIES
APPLIANCES — GIFTS — SPORTING GOODS
PAINTS — TELEVISION

17216 COUNTY LINE ROAD
DELANO, CA
93215
(661) 725-4122
FAX (661) 725-0845

**MAIL PAYMENT TO**

ORANGE COVE HARDWARE INC.
P. O. BOX 368
ORANGE COVE, CA. 93646

**REMITTANCE STUB
PLEASE RETURN** ➡

BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA.    93216

CUSTOMER'S NAME
BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA.    93216

| ACCT. NO. | 105-148-80 | CLOSING DATE | JAN 25, 09 | BAL. FWD. | 32,441.00 |
|---|---|---|---|---|---|

| ACCOUNT NO. | CLOSING DATE |
|---|---|
| 105-148-80 | JAN 25, 2009 |

| CHECK NUMBER | AMOUNT PAID |
|---|---|
| | |

**PLEASE RETURN COMPLETE
RIGHT HAND STUB**

| DATE MO. | DAY | REFERENCE NO. | DESCRIPTION | CHARGES | CREDITS | BALANCE |
|---|---|---|---|---|---|---|
| 1 | 15 | 750205 | INVOICE | 494.46 | | 32,935.46 |
| 1 | 15 | 750505 | INVOICE | 66.81 | | 33,002.27 |
| 1 | 15 | 750785 | INVOICE | 35.44 | | 33,037.71 |
| 1 | 16 | 738852 | INVOICE | 476.69 | | 33,514.40 |
| 1 | 16 | 739851 | INVOICE | 235.81 | | 33,750.21 |
| 1 | 17 | 750755 | INVOICE | 20.40 | | 33,770.61 |
| 1 | 17 | 751260 | INVOICE | 229.89 | | 34,000.50 |
| 1 | 20 | 750797 | INVOICE | 717.40 | | 34,717.90 |
| 1 | 20 | 750846 | INVOICE | 6.41 | | 34,724.31 |
| 1 | 20 | 750915 | INVOICE | 768.75 | | 35,493.06 |
| 1 | 20 | 751057 | INVOICE | 278.21 | | 35,771.27 |
| 1 | 20 | 751417 | INVOICE | 21.54 | | 35,792.81 |
| 1 | 21 | 749179 | INVOICE | 3,262.37 | | 39,055.18 |
| 1 | 21 | 750730 | INVOICE | 49.68 | | 39,104.86 |
| 1 | 21 | 750979 | INVOICE | 532.85 | | 39,637.71 |
| 1 | 22 | 751232 | INVOICE | 227.07 | | 39,864.78 |
| 1 | 22 | 751246 | INVOICE | 62.79 | | 39,927.57 |
| 1 | 23 | 739439 | INVOICE | 93.92 | | 40,021.49 |

2

INDICATE ANY CHANGE
OF BILLING INSTRUCTIONS:

| PAGE NO. | 90 DAYS & OVER | OVER 60 DAYS | OVER 30 DAYS | CURRENT | BALANCE |
|---|---|---|---|---|---|
| 2 | | | | | |

PURCHASES AND PAYMENTS MADE AFTER THE 25th OF THE MONTH WILL APPEAR ON YOUR NEXT STATEMENT.
A FINANCE CHARGE at the ANNUAL PERCENTAGE RATE OF 18% (Monthly Rate is 1½%) will be applied on the
unpaid balance after 30 days of purchase.

FAILURE TO PAY SERVICE CHARGES WHEN BILLED
MAY RESULT IN SUSPENSION OF CREDIT.

# ORANGE COVE HARDWARE, INC.

True Value

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

105-148-80

SOLD TO: BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA. 93216

ADDRESS: 105 148-80

DATE 1-12-09 20

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET. | PD. OUT | PURCHASE ORD. NO. |
|---|---|---|---|---|---|---|---|

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 36 ea | Copper | 10.90 | 392 40 |
| 36 ea | Solar Glass | 2.50 | 90 00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | 482 40 |

RECEIVED BY X

TAX 12 06
TOTAL 494 46

No. 750205

A FINANCE CHARGE at the ANNUAL PERCENTAGE RATE OF 18% (Monthly Rate is 1½%)
will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a
10% restocking charge.

*Thank You!*

FILE COPY

BANGI010125

## ORANGE COVE HARDWARE, INC.

**True Value**

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

105 - 148 80

SOLD TO: BASTE'S AG MANAGEMENS
P.O. BOX 724
DELANO, CA. 93216

ADDRESS

DATE 01 15 20 09

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET. | PO OUT | PURCHASE ORD. NO. |
|---------|------|--------|--------|----------|------------|--------|-------------------|
| Ro | | | X | | | | 01 |

| QUAN. | DESCRIPTION | PRICE | AMOUNT | |
|-------|-------------|-------|--------|--|
| 7 | Bk Sense | 3 00 | 62 | 00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

RECEIVED BY X Jaime Rodriguez

TAX 4 81

**TOTAL** 66 81

No. 750505

A FINANCE CHARGE at the ANNUAL PERCENTAGE RATE OF 18% (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

FILE COPY

*Thank You!*

BANGI010126

# ORANGE COVE HARDWARE, INC.

**True Value**

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-2630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0645

105-148-80

SOLD TO: BANGI'S AG MANAGEMENT
P.O. BOX 724
DELANO, CA. 93216

ADDRESS

DATE 1/19/08

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET. | PD. OUT | PURCHASE ORD. NO. |
|---------|------|--------|--------|----------|-----------|---------|-------------------|
| PG | | | | | | | #3 |

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|-------|-------------|-------|--------|
| 1ea | Cap 4 Grab | | 22 99 |
| 2ea | plates | 4.95 | 9 90 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | 32 89 | |

RECEIVED BY    X _____

| TAX | 2 55 |
|------|------|
| **TOTAL** | 35 44 |

**No.750785**

A **FINANCE CHARGE** at the **ANNUAL PERCENTAGE RATE OF 18%** (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI010127

**ORANGE COVE HARDWARE, INC.**

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0645

105-148-80

SOLD TO: BOYD'S AG MANAGEMENS
P. O. BOX 724
DEL NO. CA. 93216

ADDRESS

DATE 12/01 20 08

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET. | PD. OUT. | PURCHASE ORD. NO. |
|---------|------|--------|--------|----------|-----------|----------|-------------------|
| PL | | | X | | | | 36 |

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|-------|-------------|-------|--------|
| 150 | corona burger | 2.99 | 448 50 |
| 1 | 6" flat file | | 3 80 |
| 1 | 6" flat file | | 4 09 |
| 1 | flat file | | 1 49 |
| 2 ea | 3-in-one oil | 2.99 | 5 96 |
| | | | 464 76 |
| | | | 464 76 |

RECEIVED BY X Jaime Rodriguez   11-93

**TOTAL** 476.60

No. 738852

A FINANCE CHARGE at the ANNUAL PERCENTAGE RATE OF 18% (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI010128

# ORANGE COVE HARDWARE, INC.

**AG SUPPLY HEADQUARTERS**
**LUMBER AND BUILDING MATERIALS**
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

105-148 80

SOLD TO: P. O. BOX 724
DELANO, CA. 93216

ADDRESS

DATE 7/17/06

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET. | PD. OUT | PURCHASE ORD. NO. |
|---------|------|--------|--------|----------|------------|---------|-------------------|
| AM | | | ✓ | | | | 43 |

| QUAN. | DESCRIPTION | PRICE | AMOUNT | |
|-------|-------------|-------|--------|---|
| 6 | Truck brush | 18.99 | 113 | 94 |
| 1 | Sharp Marker | | 1 | 99 |
| 4 | Scoop Shovels | 77°° | 108 | 00 |
| | | | | |
| | | | 223 | 93 |
| | | | | |
| | | | | |
| | | | | |
| | | | 223 | 93 |

RECEIVED BY X

TAX 11.88

TOTAL 235.81

No. 739851

A FINANCE CHARGE at the **ANNUAL PERCENTAGE RATE OF 18%** (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI010129

**ORANGE COVE HARDWARE, INC.**

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

105-148-80

SOLD TO: BANGI'S AG MANAGEMENS
P.O. BOX 724
DELANO, CA. 93216

ADDRESS

DATE 12/20/10

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET. | PD. OUT | PURCHASE ORD. NO. |
|---------|------|--------|--------|----------|------------|---------|-------------------|
| OB | | | | | | | 45 |

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|-------|-------------|-------|--------|
| 1 ea | Glass | | 8 99 |
| 12 | Glass | | 9 99 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | 18 | 98 |

RECEIVED BY X _____

| TAX | 1 47 |
|-----|------|
| **TOTAL** | 20 45 |

No. 749187

A **FINANCE CHARGE** at the **ANNUAL PERCENTAGE RATE OF 18%** (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

FILE COPY.

*Thank You!*

BANGI010130

# ORANGE COVE HARDWARE, INC.

**True Value**

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

SOLD TO: BANGI'S AG MANAGEMENT
P.O. BOX 724
DELANO, CA. 93216

ADDRESS:

DATE 11/23/08

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT | MDSE. RET. | PD. OUT | PURCHASE ORD. NO. |
|---------|------|--------|--------|---------|-----------|---------|-------------------|
|         |      |        |        |         |           |         | Cicia             |

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|-------|-------------|-------|--------|
| 2 ea  | Single cut keys | 1.99 | 3 98 |
| 60 ea | bungers | 3.29 | 197 40 |
| 10 ea | Basho bungers | 2.29 | 22 90 |
|       |             |       | 224 28 |

RECEIVED BY X Jaime Rodriguez

TAX 5 61

**TOTAL** 229 89

No. 751260

A **FINANCE CHARGE** at the **ANNUAL PERCENTAGE RATE OF 18%** (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

FILE COPY

*Thank You!*

BANGI010131

# ORANGE COVE HARDWARE, INC.

**AG SUPPLY HEADQUARTERS**
**LUMBER AND BUILDING MATERIALS**
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0645

SOLD TO: ___ 'S AG MANAGEMENT
P.O. BOX 724
DELANO, CA. 93216

ADDRESS:

DATE 01 19 2009

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET. | PD. OUT | PURCHASE ORD. NO. |
|---------|------|--------|--------|----------|------------|---------|-------------------|

| QUAN. | DESCRIPTION | PRICE | AMOUNT | |
|-------|-------------|-------|--------|---|
| 30 | Shovel Handles | 9.99 | 299 | 70 |
| 20 | String + rope | 5.99 | 119 | 80 |
| 30 | Ribbs | 25 | 7 | 50 |
| 20 | J Hooks | 6.99 | 139 | 80 |
| 20 | Shovel claws | 4.95 | 99 | 00 |
| | | | 665 | 80 |

RECEIVED BY: X Jaime Rodriguez

| TAX | 51 | 60 |
|-----|----|----|
| **TOTAL** | 717 | 40 |

No. 750797

A FINANCE CHARGE at the ANNUAL PERCENTAGE RATE OF 18% (Monthly Rate is 1½%)
will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a
10% restocking charge.

FILE COPY

*Thank You!*

BANGI010132

# ORANGE COVE HARDWARE, INC.

*True Value*

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7650

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

105-148-80

SOLD TO: BANGI'S MANAGEMENS
P.O. BOX 724
DELANO, CA. 93216

ADDRESS

DATE 1/19/09

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET. | PD. OUT | PURCHASE ORD. NO. |
|---------|------|--------|--------|----------|------------|---------|-------------------|
| RB | | | | | | | Craig |

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|-------|-------------|-------|--------|
| | Tea Glasses | | 5.95 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

RECEIVED BY  X

| TAX | 46 |
|-----|-----|
| **TOTAL** | 6.41 |

No. 750846

A **FINANCE CHARGE** at the **ANNUAL PERCENTAGE RATE OF 18%** (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI010133

# ORANGE COVE HARDWARE, INC.

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7830

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

105-148-80

SOLD TO: BANGI'S AG MANAGEMENT
P.O. BOX 724
DELANO, CA. 93216

ADDRESS

DATE 2/20 20 09

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET. | PD. OUT | PURCHASE ORD. NO. |
|---------|------|--------|--------|----------|------------|---------|-------------------|
| 116 | | | | | | | |

| QUAN. | DESCRIPTION | PRICE | AMOUNT | |
|-------|-------------|-------|--------|---|
| 50 | PG 10.5  Hand Shear | 1500 | 750 | 00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | 750 | 00 |
| RECEIVED BY  X | | TAX | 18 | 75 |
| | | TOTAL | 768 | 75 |

No. 750915

A FINANCE CHARGE at the ANNUAL PERCENTAGE RATE OF 18% (Monthly Rate is 1½%)
will be applied on the unpaid balance after 30 days of purchase.  Returned Merchandise is subject to a
10% restocking charge.

*Thank You!*

FILE COPY

BANGI010134

# ORANGE COVE HARDWARE, INC.

**True Value**

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0645

105-148-80

SOLD TO: BANGI'S AG MANAGEMENT
P.O. BOX 724
DELANO, CA. 93216

ADDRESS:

DATE: 1/01/08

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET. | PD. OUT | PURCHASE ORD. NO. |
|---------|------|--------|--------|----------|------------|---------|-------------------|
|         |      |        |        |          |            |         | 01                |

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|-------|-------------|-------|--------|
| 8 ea | Waste Valve | 12.95 | 103.60 |
| 5 ea | 300-F | 14.95 | 74.75 |
| 5 ea | Black nipple | 5.99 | 29.95 |
| 5 ea | Female Slip | 4.99 | 24.95 |
| 6 ea | Female thread | 4.99 | 29.95 |
|      |             |       |        |
|      |             |       |        |
|      |             |       |        |
|      |             |       | 258.20 |

RECEIVED BY: X Jaime Rodriguez

| TAX | 20.01 |
| TOTAL | 278.21 |

**No. 751057**

A **FINANCE CHARGE** at the **ANNUAL PERCENTAGE RATE OF** 18% (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI010135

# ORANGE COVE HARDWARE, INC.

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

105-148-80

SOLD TO: BANGI'S AG MANAGEMENT
P.O. BOX 724
DELANO, CA. 93216

ADDRESS

DATE 1/23/69

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET. | PD. OUT | PURCHASE ORD. NO. |
|---------|------|--------|--------|----------|-----------|---------|-------------------|

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|-------|-------------|-------|--------|
|  | Ug Raincoat |  | 10 99 |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

RECEIVED BY  X

| TAX | 55 |
|-----|-----|
| TOTAL | 21 54 |

No. 751417

A FINANCE CHARGE at the ANNUAL PERCENTAGE RATE OF 18% (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase.  Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI010136

# ORANGE COVE HARDWARE, INC.

**AG SUPPLY HEADQUARTERS**
**LUMBER AND BUILDING MATERIALS**
*(Orange Cove Location ONLY)*

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

SOLD TO: B____'S AG MANAGEMENT
P.O. BOX 724
____ NO. CA. 93216

ADDRESS

DATE 12/31/20 06

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET. | PD. OUT | PURCHASE ORD. NO. |
|---------|------|--------|--------|----------|------------|---------|-------------------|

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|-------|-------------|-------|--------|
| 292 | Coppers Eden | 10.90 | 3,182.80 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

RECEIVED BY  X Jaime Rodriguez

TAX   79.57
TOTAL  3,762.37

No. 749179

A **FINANCE CHARGE** at the **ANNUAL PERCENTAGE RATE OF 18%** (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

FILE COPY

*Thank You!*

BANGI010137

**ORANGE COVE HARDWARE, INC.**

*True Value*

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0645

105-148-80

SOLD TO: BANGI'S AG-MANAGEMENS
P. O. BOX 724
DELANO, CA. 93216

ADDRESS:

DATE: 1/7/08

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET. | PD. OUT. | PURCHASE ORD. NO. |
|---------|------|--------|--------|----------|------------|----------|-------------------|
| DB | | | | | | | Craig |

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|-------|-------------|-------|--------|
| 12ea | Pampers | 3.29 | 39.48 |
| 4ea | coupler lock | | 8.99 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | 48.47 |

RECEIVED BY X _(signature)_

| bTAX | 2.1 |
|------|-----|
| TOTAL | 49.68 |

No. 750730

A **FINANCE CHARGE** at the **ANNUAL PERCENTAGE RATE OF 18%** (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI010138

**ORANGE COVE HARDWARE, INC.**

*True Value*

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

105-148 80

SOLD TO: BENOIT'S AG MANAGEMENTS
P. O. BOX 724
DELANO, CA. 93216

ADDRESS

DATE 1/21/80

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET. | PD. OUT | PURCHASE ORD. NO. |
|---------|------|--------|--------|----------|------------|---------|-------------------|
| MG | | | | | | | 4 |

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|-------|-------------|-------|--------|
| 2 ea | pliers | 6.99 | 13.98 |
| 1 ea | hammer | | 9.99 |
| 1 ea | 7/16 wrench | | 5.12 |
| 1 ea | Deep socket | | 2.95 |
| 1 ea | mallet | | 16.53 |
| 1 ea | screwdriver | | 1.49 |
| 1 ea | baling pier | | 5.49 |
| 15 lbs | washers | 2.19 | 32.85 |
| 30 ea | cotter pins | .25 | 7.50 |
| 5 cs | Grease | 31.00 | 155.00 |
| 5 ea | spray paint | 3.79 | 18.95 |
| 100 ea | 3/4 bearings | 2.49 | 249.00 |
| | | TAX | |
| | | TOTAL | |

RECEIVED BY X Jaime Rodriguez                    12.00

No. 750979

A **FINANCE CHARGE** at the **ANNUAL PERCENTAGE RATE OF 18%** (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI010139

# ORANGE COVE HARDWARE, INC.

*True Value*

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7690

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0645

SOLD TO: BT'S AG MANAGEMENT
P. O. BOX 724
DELANO, CA. 93216

ADDRESS

DATE 01/22/2009

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|-------|-------------|-------|--------|
| 1 | Work Boots | | 55 99 |
| 1 | Flash Light | | 14 99 |
| 20 | Ft Hose | 3 99 | 79 80 |
| 2 | Pkgo | 16 99 | 33 98 |
| 2 | H8 200 | 12 99 | 25 98 |
| | | | |
| | | | |
| | | | |
| | | | |

RECEIVED BY X

TAX

TOTAL

210 74
16 33
22707

No. 751232

A FINANCE CHARGE at the ANNUAL PERCENTAGE RATE OF 18% (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI010140

# ORANGE COVE HARDWARE, INC.

*True Value*

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

105-148-80

**SOLD TO:** BANGI'S AG MANAGEMENS
P.O. BOX 724
DELANO, CA. 93216

**ADDRESS**

DATE 8-20-04   20

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 10 | feet Hoos | 399 | 39 90 |
| 2 ea | 3" Clamps | 16⁰ | 3 38 |
| 1 ea | Glove | | 14 99 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | 58 27 |

**RECEIVED BY** X

| | |
|---|---|
| TAX | 4 52 |
| **TOTAL** | 62 79 |

No. 751246

A **FINANCE CHARGE** at the **ANNUAL PERCENTAGE RATE OF 18%** (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI010141

# ORANGE COVE HARDWARE, INC.

AG SUPPLY HEADQUARTERS,
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

607 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

105 148 80

SOLD TO: BANGI'S AG MANAGEMENT
P.O. BOX 724
DELANO, CA. 93216

ADDRESS:

DATE: 1/21/08

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET. | PD. OUT | PURCHASE ORD. NO. |
|---------|------|--------|--------|----------|------------|---------|-------------------|

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|-------|-------------|-------|--------|
| 2 ea | 6" files | 3.80 | 7.60 |
| 2 ea | 8" files | 4.99 | 9.98 |
| 2 ea | 10" files | 5.49 | 10.98 |
| 1 ea | 12 files | 5.99 | 5.99 |
| 2 ea | 2 cycle oil 6.4oz | 2.00 | 4.00 |
| 1 | 22" Corona Lopper | | 46.00 |
| 3 ea | brushes | 2.29 | 6.87 |
| | | | 91.42 |

RECEIVED BY X Jaime Rodriguez

| | TAX | 2.50 |
|---|-----|------|
| | TOTAL | 93.92 |

No. 739439

A FINANCE CHARGE at the ANNUAL PERCENTAGE RATE OF 18% (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

FILE COPY

*Thank You!*

BANGI010142

BANGI010143

507 PARK BLVD.
ORANGE COVE, CA
93646
(559) 626-7703
FAX (559) 626-7630
LUMBER
BUILDING MATERIALS
ROOFING
(ORANGE COVE LOCATION ONLY)

**STATEMENT**

# ORANGE COVE HARDWARE INC.

TREE & VINE SUPPLIES
APPLIANCES — GIFTS — SPORTING GOODS
PAINTS — TELEVISION

17216 COUNTY LINE ROAD
DELANO, CA
93215
(661) 725-4122
FAX (661) 725-0845



**MAIL PAYMENT TO**

ORANGE COVE HARDWARE INC.
P. O. BOX 368
ORANGE COVE, CA. 93646

REMITTANCE STUB
PLEASE RETURN ➤

CUSTOMER'S NAME

BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA.      93216

BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA.      93216

| 2 | ACCT. NO. | 105-148-80 | CLOSING DATE | JAN 25, 09 | BAL. FWD. | 29,887.80 |
|---|---|---|---|---|---|---|

| ACCOUNT NO. | CLOSING DATE |
|---|---|
| 105-148-80 | JAN 25, 2009 |
| CHECK NUMBER | AMOUNT PAID |

**PLEASE RETURN COMPLETE RIGHT HAND STUB**

INDICATE ANY CHANGE
OF BILLING INSTRUCTIONS:

| DATE MO. | DAY | REFERENCE NO. | DESCRIPTION | CHARGES | CREDITS | BALANCE |
|---|---|---|---|---|---|---|
| 12 | 26 | 748658 | INVOICE | 39.44 | | 29,927.24 |
| 12 | 26 | 748878 | INVOICE | 1,454.63 | | 31,381.87 |
| 12 | 31 | 749187 | INVOICE | 20.45 | | 31,402.32 |
| 1 | 2 | 738902 | INVOICE | 172.20 | | 31,574.52 |
| 1 | 2 | 739005 | INVOICE | 59.35 | | 31,633.87 |
| 1 | 6 | 748534 | INVOICE | 103.44 | | 31,737.31 |
| 1 | 6 | 749499 | INVOICE | 155.70 | | 31,893.01 |
| 1 | 6 | 749525 | INVOICE | 11.07 | | 31,904.08 |
| 1 | 7 | 749648 | INVOICE | 12.47 | | 31,916.55 |
| 1 | 7 | 749739 | INVOICE | 38.66 | | 31,955.21 |
| 1 | 9 | 748959 | INVOICE | 53.88 | | 32,009.09 |
| 1 | 9 | 749603 | INVOICE | 103.18 | | 32,112.27 |
| 1 | 9 | 749813 | INVOICE | 118.44 | | 32,230.71 |
| 1 | 12 | 750053 | INVOICE | 10.76 | | 32,241.47 |
| 1 | 12 | 750081 | INVOICE | 22.93 | | 32,264.40 |
| 1 | 12 | 750135 | INVOICE | 91.53 | | 32,355.93 |
| 1 | 13 | 749900 | INVOICE | 54.93 | | 32,410.86 |
| 1 | 13 | 750064 | INVOICE | 30.14 | | 32,441.00 |

| 1 |
|---|
| PAGE NO. | 90 DAYS & OVER | OVER 60 DAYS | OVER 30 DAYS | CURRENT | BALANCE |

PURCHASES AND PAYMENTS MADE AFTER THE 25th OF THE MONTH WILL APPEAR ON YOUR NEXT STATEMENT.
A FINANCE CHARGE at the ANNUAL PERCENTAGE RATE of 18% (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase.

FAILURE TO PAY SERVICE CHARGES WHEN BILLED
MAY RESULT IN SUSPENSION OF CREDIT.

# ORANGE COVE HARDWARE, INC.

True Value

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93216
Phone (661) 725-4122
Fax (661) 725-0845

105-148-80

SOLD TO: Bengard Mgmt./Owens
P.O. BOX 724
DELANO, CA. 93216

ADDRESS:

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET. | PD. OUT | PURCHASE ORD. NO. |
|---------|------|--------|--------|----------|-----------|---------|-------------------|
|         |      |        | X      |          |           |         |                   |

DATE

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|-------|-------------|-------|--------|
| ea | 0310 Repair | | 35 00 |
| ea | Air | | 4 40 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | 39 48 |

RECEIVED BY X

TAX     96
TOTAL   39 44

No. 748658

A FINANCE CHARGE at the ANNUAL PERCENTAGE RATE OF 18% (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

Thank You!

FILE COPY

BANGI010144

# ORANGE COVE HARDWARE, INC.

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

SOLD TO:

ADDRESS

DATE

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET. | PD. OUT | PURCHASE ORD. NO. |
|---------|------|--------|--------|----------|------------|---------|--------------------|
|         |      |        |        |          |            |         |                    |

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|-------|-------------|-------|--------|
|       |             |       |        |
|       |             |       |        |
|       |             |       |        |
|       |             |       |        |
|       |             |       |        |
|       |             |       |        |
|       |             |       |        |
|       |             |       |        |

RECEIVED BY

TAX

TOTAL

No. 748878

A **FINANCE CHARGE** at the **ANNUAL PERCENTAGE RATE OF 18%** (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI010145

# ORANGE COVE HARDWARE, INC.

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17218 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

SOLD TO:

ADDRESS:

105-148-80

DATE:

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET. | PD. OUT | PURCHASE ORD. NO. |
|---------|------|--------|--------|----------|------------|---------|-------------------|

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|-------|-------------|-------|--------|
|       |             |       |        |

RECEIVED BY  X

TAX

TOTAL

No. 750755

A **FINANCE CHARGE** at the **ANNUAL PERCENTAGE RATE OF 18%** (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI010146

# ORANGE COVE HARDWARE, INC.

True Value

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17218 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

105-148-80

SOLD TO: BANGI'S AG MANAGEMENS
P.O. BOX 724
DELANO, CA. 93216

ADDRESS

DATE 12/4/08

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| | CM-40 Runner | 3.79 | 15.72 |
| pau | Caps | | 3.99 |
| ea | Spray paint | | 3.79 |
| | | | 16.770 |
| | tax | | 4.50 |
| | | | 17220 |

RECEIVED BY   X

TAX

TOTAL

No. 738902

A FINANCE CHARGE at the ANNUAL PERCENTAGE RATE OF 18% (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

Thank You!

FILE COPY

BANGI010147

# ORANGE COVE HARDWARE, INC.

True Value

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

607 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7830

1716 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

100-48-80

SOLD TO: BANDY'S AG-MANAGEMENT
P. O. BOX 724
DELANO, CA. 93216

ADDRESS

DATE 12/05 20 00

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| ✱3 | 8 my FinT File | 12.99 | 36 97 |
| ✱1 | 6" FinT File | | 3 80 |
| ✱7 | Sharpening Stone | 1.79 | 3 58 |
| | DZ Nilene Glures | | 10 99 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | 97 34 |

RECEIVED BY  X Jaime Rodriguez   TAX  2 01

**TOTAL  $59.35**

No. 739005

A FINANCE CHARGE at the ANNUAL PERCENTAGE RATE OF 18% (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI010148