# ORANGE COVE HARDWARE, INC.

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 826-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

105-148-80

SOLD TO: BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA. 93216

ADDRESS:

DATE 12/19 20 08

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET. | PD. OUT. | PURCHASE ORD. NO. |
|---------|------|--------|--------|----------|-----------|----------|-------------------|
| | | | x | | | | |

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|-------|-------------|-------|--------|
| 1 | Bx Dry Kem | | 96 00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | Pepito | | |

RECEIVED BY X Jaime Rodrigez

| TAX | 7 44 |
|-----|------|
| TOTAL | 103 44 |

No. 748534

A **FINANCE CHARGE** at the **ANNUAL PERCENTAGE RATE OF 18%** (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

FILE COPY

*Thank You!*

BANGI010149

**ORANGE COVE HARDWARE, INC.**

True Value

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7830

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

105 - 148 80

SOLD TO: BANGI'S AG MANAGEMENS

P.O. BOX 724

DELANO, CA. 93216

ADDRESS

DATE 1/6/09 20

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT | MDSE RET | PO. OUT | PURCHASE ORD. NO. |
|---------|------|--------|--------|---------|----------|---------|-------------------|
| VG | | | ✓ | | | | 416 |

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|-------|-------------|-------|--------|
| 1 EA | Pick mattock | | 39 99 |
| 1 EA | Pick 12 | | 39 99 |
| 8 EA | Corona Shuvel | 8.99 | 71 92 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | 151 90 |

| RECEIVED BY | X Jim M Elger | TAX | 3 80 |
|-------------|---------------|------|------|
| | | **TOTAL** | 155 70 |

**No. 749499**

A **FINANCE CHARGE** at the **ANNUAL PERCENTAGE RATE OF 18%** (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

FILE COPY

*Thank You!*

BANGI010150

# ORANGE COVE HARDWARE, INC.

**True Value**

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

7216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

105-148-80

SOLD TO: B___'S __M N_____S
P.O. BOX 724
DEL NO, CA, 93216

ADDRESS

DATE: 1/6/08

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET. | PO. OUT | PURCHASE ORD. NO. |
|---------|------|--------|--------|----------|------------|---------|-------------------|
| 26 | ✓ | | X | | | | |

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|-------|-------------|-------|--------|
| ea | grease gun | | 4 29 |
| ea | file | | 1 49 |
| ea | 6" file | | 4 40 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | 10 27 |

RECEIVED BY X_____

TAX | 80
TOTAL | 11 07

No. 749525

A FINANCE CHARGE at the ANNUAL PERCENTAGE RATE OF 18% (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI010151

# ORANGE COVE HARDWARE, INC.

**AG SUPPLY HEADQUARTERS**
**LUMBER AND BUILDING MATERIALS**
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

105-148-80

SOLD TO: BANGI'S AG MANAGEMENT
P.O. BOX 724
DELANO, CA. 93216

ADDRESS

DATE 11/7/09 20

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET. | PD. OUT | PURCHASE ORD. NO. |
|---|---|---|---|---|---|---|---|
| RG | | | | | | | Craig |

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 1 ea | brush | | 2 99 |
| 2 ea | roller | 4.29 | 8 58 |
| | | | |
| | | | 11 57 |

RECEIVED BY X _____

TAX 90
TOTAL 12 47

No. 749648

A FINANCE CHARGE at the ANNUAL PERCENTAGE RATE OF 18% (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI010152

# ORANGE COVE HARDWARE, INC.

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0645

SOLD TO: BANGI'S AG-MANAGEMENS
P.O. BOX 724
DELANO, CA. 93216

ADDRESS

DATE _____ 20____

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET. | PD. OUT | PURCHASE ORD. NO. |
|---------|------|--------|--------|----------|------------|---------|-------------------|

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|-------|-------------|-------|--------|
| 12 | locks key alike | 2.99 | 35.88 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | 2.78 |
| | | TAX | 2.78 |
| | | TOTAL | 38.66 |

RECEIVED BY  X _____

No. 749739

A FINANCE CHARGE at the ANNUAL PERCENTAGE RATE OF 18% (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

FILE COPY

*Thank You!*

BANGI010153

# ORANGE COVE HARDWARE, INC.

**AG SUPPLY HEADQUARTERS**
**LUMBER AND BUILDING MATERIALS**
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

105-148-80

SOLD TO: BANGI'S AG MANAGEMENT
P.O. BOX 724
DELANO, CA. 93216

ADDRESS

x -50.
7.40

DATE 12/29/08

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET. | PD. OUT. | PURCHASE ORD. NO. |
|---------|------|--------|--------|----------|-----------|----------|-------------------|
| PG | | | ✓ | | | | 44 |

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|-------|-------------|-------|--------|
| 1 ea | Ramsol Complit | | 19.99 |
| 1 ea | all Soap | | 30.90 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

RECEIVED BY X _____

TAX 2.90

TOTAL 53.88

**No. 748959**

A **FINANCE CHARGE** at the **ANNUAL PERCENTAGE RATE OF 18%** (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

FILE COPY

*Thank You!*

BANGI010154

# ORANGE COVE HARDWARE, INC.

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0645

105-148-80

SOLD TO: B___L'S __C__M__N__CEMENS
P.O. BOX 724
DELANO, CA. 93216

ADDRESS: 10___30

DATE 01/06 2009

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET. | PD. OUT. | PURCHASE ORD. NO. |
|---------|------|--------|--------|----------|------------|----------|-------------------|
| Vic     |      |        | ✗      |          |            |          | Craig             |

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|-------|-------------|-------|--------|
| 24 | Bumper's | 3.99 | 95 | 76 |
|   |   |   |   |   |
|   |   |   |   |   |
|   |   |   |   |   |
|   |   |   |   |   |
|   |   |   |   |   |
|   |   |   |   |   |
|   |   |   |   |   |
|   |   |   | 95 | 76 |

RECEIVED BY: X

| TAX | 7 | 42 |
|-----|---|----|
| **TOTAL** | 103 | 18 |

No. 749603

A **FINANCE CHARGE** at the **ANNUAL PERCENTAGE RATE OF 18%** (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI010155

# ORANGE COVE HARDWARE, INC.

True Value

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif., 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

105-148-80

SOLD TO: B ANGI'S AG MANAGEMENS
P.O. BOX 724
DELANO, CA. 93216

ADDRESS

DATE 1/8 2007

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET. | PD OUT | PURCHASE ORD. NO. |
|---------|------|--------|--------|----------|------------|--------|-------------------|
| Plo | | | X | | | | Clcia |

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|-------|-------------|-------|--------|
| 4 | Gloves | 7.49 | 29 96 |
| 4 | Rom Suits | 19.99 | 79 96 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | 109 92 |

| | | |
|---|---|---|
| RECEIVED BY | TAX | 8 52 |
| No. 749813 | TOTAL | 118 44 |

A FINANCE CHARGE at the ANNUAL PERCENTAGE RATE OF 18% (Monthly Rate is 1½%)
will be applied on the unpaid balance after 30 days of purchase.  Returned Merchandise is subject to a
10% restocking charge.

*Thank You!*

FILE COPY

BANGI010156

# ORANGE COVE HARDWARE, INC.

## AG SUPPLY HEADQUARTERS
## LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-3703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0645

SOLD TO: O.L.N. CLEMENS
P.O. BOX 724
DELANO, CA. 93816

ADDRESS: _____

105-148-80    DATE 01/6    20 09

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET. | PD. OUT | PURCHASE ORD. NO. |
|---------|------|--------|--------|----------|-----------|---------|-------------------|
| LU | | | | | | | Crin |

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|-------|-------------|-------|--------|
| 1 | leather gloves | | 9 99 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | 9 99 |

RECEIVED BY  X _____

| TAX | 77 |
|-----|-----|
| TOTAL | 10 76 |

No. 750053

A FINANCE CHARGE at the ANNUAL PERCENTAGE RATE OF 18% (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI010157

# ORANGE COVE HARDWARE, INC.

**AG SUPPLY HEADQUARTERS**
**LUMBER AND BUILDING MATERIALS**
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

105-148-80

SOLD TO: BANGI'S AG-MANAGEMENS
P.O. BOX 724
DELANO, CA. 93216

ADDRESS:

DATE 01/12 20 09

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET'D | PD. OUT | PURCHASE ORD. NO. |
|---------|------|--------|--------|----------|-------------|---------|-------------------|
| 1-6 | | | | | | | 047 |

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|-------|-------------|-------|--------|
| 1 | 10" screws | | 3 29 |
| 1 | 3" PVC Blue Pipe | | 17 99 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | 21 28 |

RECEIVED BY   X

No. 750081

| | | |
|--|--|--|
| TAX | | 1 65 |
| TOTAL | | 22 93 |

A **FINANCE CHARGE** at the **ANNUAL PERCENTAGE RATE OF 18%** (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI010158

# ORANGE COVE HARDWARE, INC.

*True Value*

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

105-148-80

SOLD TO: BANGI'S AG MANAGEMENT
P.O. BOX 724
DELANO, CA. 93216

ADDRESS

DATE 1/12/08

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET'D. | PD. OUT | PURCHASE ORD. NO. |
|---------|------|--------|--------|----------|--------------|---------|-------------------|
| RB      |      |        |        |          |              |         | 048               |

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|-------|-------------|-------|--------|
| 5 ea  | trash bags  | 1690  | 84 95  |
|       |             |       |        |
|       |             |       |        |
|       |             |       |        |
|       |             |       |        |
|       |             |       |        |
|       |             |       |        |
|       |             |       |        |
|       |             |       |        |

RECEIVED BY  X  Roger Escobedo

| TAX | 6 58 |
| TOTAL | 91 53 |

No. 750135

A **FINANCE CHARGE** at the **ANNUAL PERCENTAGE RATE OF 18%** (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI010159

*Cal-Pacific Farm Management L.P.* • P.O. BOX 1141 • RICHGROVE, CA 93261-1141

Date: 01/26/2009   Vendor: 33   ORANGE COVE HARDWARE INC.        Check #: 647489        **647489**

| Date | Invoice # | Description | Invoice Total | Discount | Net Paid |
|------|-----------|-------------|---------------|----------|----------|
| 01/26/2009 | 001-09 | | 29,887.80 | 0.00 | 29,887.80 |
| | | **Check Totals:** | **29,887.80** | **0.00** | **29,887.80** |

*Since 1947*

BANGI010160

507 PARK BLVD.
ORANGE COVE, CA
46
(559) 626-7703
FAX (559) 626-7630

LUMBER
BUILDING MATERIALS
ROOFING
ORANGE COVE LOCATION ONLY

**STATEMENT**

# ORANGE COVE HARDWARE INC.

TREE & VINE SUPPLIES
APPLIANCES — GIFTS — SPORTING GOODS
PAINTS — TELEVISION

17216 COUNTY LINE ROAD
DELANO, CA
93215
(661) 725-4122
FAX (661) 725-0845

**MAIL PAYMENT TO**

ORANGE COVE HARDWARE INC.
P. O. BOX 368
ORANGE COVE, CA. 93646

REMITTANCE STUB
PLEASE RETURN ➡

BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA.      93216

CUSTOMER'S NAME
BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA.      93216

| ACCT. NO. | 105-148-80 | CLOSING DATE | DEC 25, 08 | BAL. FWD. | 52,391.10 |
|---|---|---|---|---|---|

| ACCOUNT NO. | 105-148-80 | CLOSING DATE | DEC 25, 2008 |
|---|---|---|---|
| CHECK NUMBER | | AMOUNT PAID | |

| DATE MO. | DAY | REFERENCE NO. | DESCRIPTION | CHARGES | CREDITS | BALANCE |
|---|---|---|---|---|---|---|
| 11 | 29 | 738693 | INVOICE | 69.15 | | 52,460.25 |
| 11 | 29 | 738809 | INVOICE | 7.28 | | 52,467.53 |
| 12 | 2 | 738873 | INVOICE | 50.17 | | 52,517.70 |
| 12 | 4 | 738713 | INVOICE | 42.22 | | 52,559.92 |
| 12 | 4 | 738716 | INVOICE | .75 | | 52,560.67 |
| 12 | 8 | 739060 | INVOICE | 55.95 | | 52,616.62 |
| 12 | 9 | 748207 | PAYMENT-THANK YOU | | 27,262.75 | 25,353.87 |
| 12 | 10 | 739318 | INVOICE | 154.37 | | 25,508.24 |
| 12 | 17 | 739865 | INVOICE | 635.50 | | 26,143.74 |
| 12 | 19 | 748583 | INVOICE | 3,367.13 | | 29,510.87 |
| 12 | 25 | 999999 | FINANCE CHARGE | 376.93 | | 29,887.80 |

**PLEASE RETURN COMPLETE RIGHT HAND STUB**

INDICATE ANY CHANGE
OF BILLING INSTRUCTIONS:

| PAGE NO. | 90 DAYS & OVER | OVER 60 DAYS | OVER 30 DAYS | CURRENT | BALANCE |
|---|---|---|---|---|---|
| 1 | | 14,634.46 | 10,493.89 | 4,759.45 | 29,887.80 |

PURCHASES AND PAYMENTS MADE AFTER THE 25th OF THE MONTH WILL APPEAR ON YOUR NEXT STATEMENT.
A FINANCE CHARGE at the ANNUAL PERCENTAGE RATE OF 18% (Monthly Rate is 1½%) will be applied on the
unpaid balance after 30 days of purchase.

FAILURE TO PAY SERVICE CHARGES WHEN BILLED
MAY RESULT IN SUSPENSION OF CREDIT.

BANGI010161

BANGI03162

# ORANGE COVE HARDWARE, INC.

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7830

1721S County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

SOLD TO: BANDIT'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA. 93216

ADDRESS

105-148-80   DATE 11/26/08

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET. | PD. OUT. | PURCHASE ORD. NO. |
|---------|------|--------|--------|----------|------------|----------|-------------------|
|  |  |  |  |  |  |  | Craig |

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|-------|-------------|-------|--------|
| 2 | Large Frain set | | 39.98 |
| 1ea | small set | | 19.99 |
| 1ea | Rubber Gloves | | 7.49 |
| | | | 67.46 |

RECEIVED BY  X

TAX  .69
TOTAL  68.15

No. 738693

A FINANCE CHARGE at the ANNUAL PERCENTAGE RATE OF 18% (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

---

# ORANGE COVE HARDWARE, INC.

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7830

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

105-148-80

SOLD TO: BANDIT'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA. 93216

ADDRESS

DATE 11/26  20 08

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET. | PD. OUT. | PURCHASE ORD. NO. |
|---------|------|--------|--------|----------|------------|----------|-------------------|
|  |  |  | * |  |  |  | Craig |

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|-------|-------------|-------|--------|
| 1 | no mckt Swg | 1.00 | 0.76 |

RECEIVED BY  X  Gume Rodriguez

TAX  .53
TOTAL  7.29

No. 738809

A FINANCE CHARGE at the ANNUAL PERCENTAGE RATE OF 18% (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

No. 5792   P. 3

ORANGE COVE HARDWARE   11:21 AM Jan. 26. 2009

No. 5792   P. 4

## ORANGE COVE HARDWARE, INC.

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

105-148-80

SOLD TO: B. DOI'S R.G. SAN CLEMENS
J.O. BOX 724
DELANO, CA. 93216

ADDRESS

DATE 12/02 2008

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 1 | 100 FT water hose | | 38 99 |
| 2 | water hose (pistol) | 1 99 | 3 96 |
| 1 | shut off nozzle | | 3 59 |
| | | | 46 56 |
| | | TAX | 3 61 |
| | | TOTAL | 50 17 |

RECEIVED BY X

No. 738873

A FINANCE CHARGE at the ANNUAL PERCENTAGE RATE OF 18% (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

FILE COPY

*Thank You!*

---

## ORANGE COVE HARDWARE, INC.

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

105-148-80

SOLD TO: P.O. BOX 724
DELANO, CA. 93216

ADDRESS

DATE 12/3/08

PURCHASE ORD. NO. 38

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| | oil filter cost | | 39 00 |
| | 2 qt oil | 2 09 | 4 18 |
| | | | 39 18 |
| | | TAX | 3 04 |
| | | TOTAL | 42 22 |

RECEIVED BY X

No. 738713

A FINANCE CHARGE at the ANNUAL PERCENTAGE RATE OF 18% (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

FILE COPY

*Thank You!*

BANGI0101163

Jan. 26. 2009 11:22AM ORANGE COVE HARDWARE No. 5792 P. 5

# ORANGE COVE HARDWARE, INC.

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

SOLD TO: P.O. BOX 724
DELANO, CA. 93216

ADDRESS 105-148-80

DATE 12/3/08 20

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET. | PD. OUT | PURCHASE ORD. NO. |
|---|---|---|---|---|---|---|---|
| DG | | | X | | | | 37 |

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| | | | 70 |

RECEIVED BY X

| | |
|---|---|
| TAX | 05 |
| TOTAL | 75 |

No. 738716

A FINANCE CHARGE at the ANNUAL PERCENTAGE RATE OF 18% (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

# ORANGE COVE HARDWARE, INC.

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

105-148-80

SOLD TO: P.O. BOX 724
DELANO, CA. 93216

ADDRESS

DATE 12/6/20 08

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET. | PD. OUT | PURCHASE ORD. NO. |
|---|---|---|---|---|---|---|---|
| | | | X | | | | |

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 1 | gallon All Comp | | 38.99 |
| 1 CS | Clorox | | 20.94 |
| | | | 59.93 |

RECEIVED BY X

| | |
|---|---|
| TAX | 4.0 |
| TOTAL | 55.9 |

No. 739060

A FINANCE CHARGE at the ANNUAL PERCENTAGE RATE OF 18% (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI010164

BANGI0010165

## ORANGE COVE HARDWARE, INC.

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

No. 738716

A FINANCE CHARGE at the ANNUAL PERCENTAGE RATE OF 18% (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

FILE COPY

Thank You!

## ORANGE COVE HARDWARE, INC.

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

No. 739060

A FINANCE CHARGE at the ANNUAL PERCENTAGE RATE OF 18% (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

FILE COPY

Thank You!

## ORANGE COVE HARDWARE, INC.
AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

No. 5792

SOLD TO: Bangis Ag

ADDRESS:

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| | | | |

105-148-86

No. 748207

TAX
TOTAL  272.75

A FINANCE CHARGE at the ANNUAL PERCENTAGE RATE OF 18% (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

FILE COPY    Thank You!

---

## ORANGE COVE HARDWARE, INC.
AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

No. 739318

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| | Grease | | |
| | bearings | 2.99 | 119.66 |

TAX
TOTAL  154.37

A FINANCE CHARGE at the ANNUAL PERCENTAGE RATE OF 18% (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to 10% restocking charge.

FILE COPY    Thank You!

BANGI010166

# ORANGE COVE HARDWARE, INC.

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7830

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-9122
Fax (661) 725-0845

SOLD TO: B... AG ... N... CENTERS
... BOX 724
DELANO, CA. 93216
ADDRESS

105-148-80 DATE 12/17 20 08

SOLD BY: Ale | CASH | C.O.D. | CHARGE: X | ON ACCT. | MDSE RET'D | PD. OUT | PURCHASE ORD NO. Chris

| QUAN | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 10 | Scales 40 lb size | 62.00 | 620.00 |
| | | | 620.00 |
| | | TAX | 15.50 |
| | | TOTAL | 635.50 |

RECEIVED BY: X Jaime Rodriguez

No. 739865

A FINANCE CHARGE at the ANNUAL PERCENTAGE RATE OF 18% (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

# ORANGE COVE HARDWARE, INC.

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7830

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-9122
Fax (661) 725-0845

SOLD TO: B... AG ... N... CENTERS
... BOX 724
DELANO, CA. 93216
ADDRESS

105-148-80 DATE 12/19 20 08

SOLD BY: Ale | CASH | C.O.D. | CHARGE: X | ON ACCT. | MDSE RET'D | PD. OUT | PURCHASE ORD NO.

| QUAN | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 300 | Cu Lopper [illegible] | 10.95 | 3285.00 |
| | | | 3285.00 |
| | | TAX | 82.13 |
| | | TOTAL | 3367.13 |

RECEIVED BY: X Jaime Rodriguez

No. 748583

A FINANCE CHARGE at the ANNUAL PERCENTAGE RATE OF 18% (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

Jan. 26. 2009 11:21AM   ORANGE COVE HARDWARE                    No. 5792   P. 1

# Orange Cove Hardware

507 Park Blvd. - Orange Cove, CA. 93646

## FAX COVER SHEET

TO: _Connie_   FAX # _661-726-5417_

FROM:  RETHA LEONARD          FAX #   559-626-7630

# OF PAGES (INCLUDING THIS COVER): ____8____

DATE : _____

MESSAGE:

_Statement and invoices_
_for Dec. 2008._

_Sorry this is late, I_
_was missing some invoices_
_Thanks._
_Retha_

IF ALL PAGES OF THIS FAX TRANSMISSION ARE NOT
RECEIVED PLEASE CALL (559) 626-7703.

507 PARK BLVD.
ORANGE COVE, CA
93646
(559) 626-7703
FAX (559) 626-7630

LUMBER
BUILDING MATERIALS
ROOFING
(ORANGE COVE LOCATION ONLY)

**S T A T E M E N T**

# ORANGE COVE HARDWARE INC.

TREE & VINE SUPPLIES
APPLIANCES — GIFTS — SPORTING GOODS
PAINTS — TELEVISION

17216 COUNTY LINE ROAD
DELANO, CA
93215
(661) 725-4122
FAX (661) 725-0845



**MAIL PAYMENT TO**

**ORANGE COVE HARDWARE INC.**
P. O. BOX 368
ORANGE COVE, CA. 93646

BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA.      93216

**REMITTANCE STUB
PLEASE RETURN ➤**

CUSTOMER'S NAME
BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA.      93216

| | ACCT. NO. | 105-148-80 | CLOSING DATE | NOV 25, 08 | BAL. FWD. | 48,701.83 |
|---|---|---|---|---|---|---|

ACCOUNT NO. — 105-148-80
CLOSING DATE — NOV 25, 2008
CHECK NUMBER
AMOUNT PAID

**PLEASE RETURN COMPLETE
RIGHT HAND STUB**

INDICATE ANY CHANGE
OF BILLING INSTRUCTIONS:

| DATE MO. | DAY | REFERENCE NO. | DESCRIPTION | CHARGES | CREDITS | BALANCE |
|---|---|---|---|---|---|---|
| 11 | 12 | 738009 | INVOICE | 20.99 | | 48,722.82 |
| 11 | 12 | 738012 | INVOICE | 481.74 | | 49,204.56 |
| 11 | 12 | 738401 | INVOICE | 60.06 | | 49,264.62 |
| 11 | 12 | 738404 | INVOICE | 54.94 | | 49,319.56 |
| 11 | 12 | 738420 | INVOICE | 19.65 | | 49,339.21 |
| 11 | 15 | 738502 | INVOICE | 134.28 | | 49,473.49 |
| 11 | 17 | 738290 | INVOICE | 73.47 | | 49,546.96 |
| 11 | 18 | 738532 | INVOICE | 71.61 | | 49,618.57 |
| 11 | 18 | 738539 | INVOICE | 545.89 | | 50,164.46 |
| 11 | 18 | 738541 | INVOICE | 1,394.97 | | 51,559.43 |
| 11 | 22 | 738610 | INVOICE | 42.02 | | 51,601.45 |
| 11 | 24 | 738662 | INVOICE | 96.91 | | 51,698.36 |
| 11 | 25 | 738603 | INVOICE | 15.84 | | 51,714.20 |
| 11 | 25 | 738689 | INVOICE | 48.44 | | 51,762.64 |
| 11 | 25 | 999999 | FINANCE CHARGE | 628.46 | | 52,391.10 |

| 2 | | | 41,897.21 | 10,493.89 | | 52,391.10 |
|---|---|---|---|---|---|---|
| PAGE NO. | 90 DAYS & OVER | OVER 60 DAYS | OVER 30 DAYS | CURRENT | **BALANCE** | |

PURCHASES AND PAYMENTS MADE AFTER THE 25th OF THE MONTH WILL APPEAR ON YOUR NEXT STATEMENT.
A FINANCE CHARGE at the ANNUAL PERCENTAGE RATE of 18% (Monthly Rate is 1½%) will be applied on the
unpaid balance after 30 days of purchase.

FAILURE TO PAY SERVICE CHARGES WHEN BILLED
MAY RESULT IN SUSPENSION OF CREDIT.

BANGI0010169

**ORANGE COVE HARDWARE, INC.**

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93216
Phone (661) 725-4122
Fax (661) 725-0646

SOLD TO: B___T'S AG MANAGEMENT
P.O. BOX 724
DELANO, CA. 93216

ADDRESS:

DATE 11/03 20 08

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 1 | 4oz  Ink | | 5.99 |
| 1 | Stamp  Ply | | 5.50 |
| 1 | Double Lined Stamp | | 8.99 |
| | | | |
| | | | 20.48 |

RECEIVED BY  X

TAX .51
TOTAL 20.99

No. 738009

A FINANCE CHARGE at the ANNUAL PERCENTAGE RATE OF 18% (Monthly Rate is 1½%)
will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a
10% restocking charge.

*Thank You!*

FILE COPY

BANGI010170

# ORANGE COVE HARDWARE, INC.

**True Value**

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

105-148-80

SOLD TO: BANGI'S AG MANAGEMENT
P. O. BOX 724
DELANO, CA. 93216

ADDRESS:

DATE 11/03/2008

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET'D | PD. OUT | PURCHASE ORD. NO. |
|---------|------|--------|--------|----------|-------------|---------|-------------------|

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|-------|-------------|-------|--------|
| 40 | Umbrella | 10.00 | 400 00 |
| 2 | Scythes | 69.99 | 69 99 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | 469 | 99 |

RECEIVED BY   X _Jaime Rodriguez_

TAX   11.75
TOTAL   481.74

No. 738012

A **FINANCE CHARGE** at the **ANNUAL PERCENTAGE RATE OF 18%** (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI010171