# ORANGE COVE HARDWARE, INC.

**Tru Value**

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7680

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

105-148 80

SOLD TO: BANDL'S AG MANAGEMENS
P.O. BOX 724
DELANO, CA. 93216

ADDRESS

DATE 1/12/2008

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET. | PD. OUT. | PURCHASE ORD. NO. |
|---------|------|--------|--------|----------|------------|----------|-------------------|
|         |      |        |        |          |            |          | Cirilo            |

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|-------|-------------|-------|--------|
| 1 | Tehni brush | | 11 99 |
| 1 | leetnr gloves | | 10 99 |
| 4 | quarts oil | 4.19 | 16 76 |
| | | | |
| | | | |
| | | | |
| | | | |

RECEIVED BY X

| | | |
|---|---|---|
| | | 56 74 |
| TAX | | 4 32 |
| TOTAL | | 6006 |

No. 738401

A FINANCE CHARGE at the ANNUAL PERCENTAGE RATE OF 18% (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI010172

# ORANGE COVE HARDWARE, INC.

*True Value*

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

607 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93216
Phone (661) 725-4122
Fax (661) 725-0845

105-148-80

SOLD TO: BANGI'S AG MANAGEMENT
P.O. BOX 724
DELANO, CA. 93216

ADDRESS:

DATE 11/12 20 08

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 1 | Bolt Cuters | | 50 99 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

RECEIVED BY  X  Rafael Ortiz

|  | 80 | 99 |
| TAX | 3 | 95 |
| TOTAL | 54 | 94 |

No. 738404

**A FINANCE CHARGE** at the **ANNUAL PERCENTAGE RATE OF 18%** (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI010173

# ORANGE COVE HARDWARE, INC.

TrueValue

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17218 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0645

105-148-80

SOLD TO: BOZ'S AG MANAGEMENT
P.O. BOX 724
DELANO, CA. 93216

ADDRESS

DATE 11/17/2008

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET. | PD. OUT | PURCHASE ORD NO. |
|---------|------|--------|--------|----------|------------|---------|------------------|
| PU | | | A | | | | 32 |

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|-------|-------------|-------|--------|
| 1 | cloth gloves | | 25 |
| 1 | sthil gloves | | 16 99 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | 18 | 24 |

RECEIVED BY X

| TAX | | 41 |
|-----|--|----|
| TOTAL | 19 | 65 |

No. 738420

A **FINANCE CHARGE** at the **ANNUAL PERCENTAGE RATE OF 18%** (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI010174

# ORANGE COVE HARDWARE, INC.

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17218 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

105 - 148 80

**SOLD TO:** BANGI'S AG-MANAGEMENS
P.O. BOX 724
DELANO, CA. 93216

**ADDRESS:**

DATE 11/15 20 08

PURCHASE ORD. NO. 057

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 1 | Starter Rope | | 54 90 |
| 1 | leather Gloves | | 5 99 |
| 1 | clutch | | 30 70 |
| 1 | switch | | 5 99 |
| 1 | spark plug | | 5 64 |
| 1 | spring | | 9 61 |
| 1 | Air filter | | 8 92 |
| | Labor | | 10 00 |

**RECEIVED BY** X Crognucado

TAX  3.03
TOTAL 134.28

No. 738502

A FINANCE CHARGE at the ANNUAL PERCENTAGE RATE OF 18% (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI010175

# ORANGE COVE HARDWARE, INC.

*True Value*

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0853

105-148-80

SOLD TO: BANGI'S AG-MANAGEMENS
P.O. BOX 724
DELANO, CA. 93216

ADDRESS

DATE 10/29/20 08

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET'D. | PD. OUT | PURCHASE ORD. NO. |
|---------|------|--------|--------|----------|--------------|---------|-------------------|
| Vic |  |  | X |  |  |  | Gc in 10/29 |

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|-------|-------------|-------|--------|
| 2 | ac Dumb Liners | 18.99 | 37 98 |
| *12 | chemical gloves | 1.99 | 23 88 |
| 1 | Lysol |  | 9 49 |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  | 69 35 |

RECEIVED BY X _____

TAX 4 12
TOTAL 73 47

No. 738290

A **FINANCE CHARGE** at the **ANNUAL PERCENTAGE RATE OF** 18% (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI010176

# ORANGE COVE HARDWARE, INC.

*True Value*

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

105-148-80

SOLD TO: BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA. 93216

ADDRESS

DATE 11/3/09 20

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|-------|-------------|-------|--------|
| 1ea | 5 gallon Gas Can | | 17 99 |
| 1 dz | Nylon Gloves | | 10 99 |
| 1 ea | Rubber Gloves | | 7 49 |
| 1 ea | Raincoat | | 29 99 |
| | | | 66 46 |

RECEIVED BY X

TAX 5 15

TOTAL 71 61

No. 738532

A FINANCE CHARGE at the ANNUAL PERCENTAGE RATE OF 18% (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI010177

# ORANGE COVE HARDWARE, INC.

**True Value**

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0846

105 - 148 - 80

SOLD TO: BANGI'S AG-MANAGEMENS
I.O. BOX 724
DELANO, CA. 93216

ADDRESS:

DATE 1/18 20 08

PURCHASE ORD. NO. Cicio 11/R-2

SOLD BY: Pile

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 1 | Funel | | 9 99 |
| 2 FT | Green Hose | 1 99 | 3 98 |
| 90 FT | Chan | 2 99 | 269 10 |
| 7ea | Single Cut Keys | 1 98 | 13 86 |
| 30 ea | 3UPIE | 6 99 | 209 70 |
| | | | 906 63 |

RECEIVED BY  X

| TAX | 39 26 |
|---|---|
| **TOTAL** | 545 89 |

No. 738539

A **FINANCE CHARGE** at the **ANNUAL PERCENTAGE RATE OF 18%** (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI010178

# ORANGE COVE HARDWARE, INC.

True Value

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17218 County Line Road
Delano, Calif. 93216
Phone (661) 725-4122
Fax (661) 725-0845

105-148-80

SOLD TO: BANGI'S AG MANAGEMENT
P.O. BOX 724
DELANO, CA. 93216

ADDRESS

DATE 11/14/08

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET. | PD. OUT | PURCHASE ORD. NO. |
|---------|------|--------|--------|----------|------------|---------|-------------------|
| PG | | | | | | | *33* |

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|-------|-------------|-------|--------|
| 15cs | Drikem | 90.00 | 1350 00 |
| 1 pk | Nylon Gloves | | 10.95 |
| | | | |
| | | | |
| | | | |
| | | | |
| | 1 | | 1360 95 |
| | TAX | | 34 02 |

RECEIVED BY X Jaime Rodriguez

**TOTAL** 1394 97

No. 738541

A **FINANCE CHARGE** at the **ANNUAL PERCENTAGE RATE OF 18%** (Monthly Rate is 1½%)
will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a
10% restocking charge.

*Thank You!*

FILE COPY

BANGI010179

# ORANGE COVE HARDWARE, INC.

*True Value*

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0645

105-148 BO

SOLD TO: BANGI'S AG MANAGEMENT
P.O. BOX 724
DELANO, CA. 93216

ADDRESS:

DATE 11/21 20 18

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET'D | PO. OUT | PURCHASE ORD. NO. |
|---------|------|--------|--------|----------|-------------|---------|-------------------|
| 16      |      |        |   X    |          |             |         | G010              |

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|-------|-------------|-------|--------|
| 1 | Rhino Bags  36x60 |  | 39 | 00 |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  | 39 | 00 |

RECEIVED BY: X

TAX  3 02
TOTAL  42 02

No. 738610

A FINANCE CHARGE at the ANNUAL PERCENTAGE RATE OF 18% (Monthly Rate is 1½%)
will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a
10% restocking charge.

*Thank You!*

FILE COPY

BANGI010180

# ORANGE COVE HARDWARE, INC.

*True Value*

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.-Calif. 93646
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0945

1105-148-80

SOLD TO: BANGI'S AG MANAGEMENT
P.O. BOX 724
DELANO, CA. 93216

ADDRESS

DATE 11/24/ 20 06

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET. | PD. OUT. | PURCHASE ORD. NO. |
|---------|------|--------|--------|----------|------------|----------|-------------------|
| Mo | | | ✓ | | | | 25 |

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|-------|-------------|-------|--------|
| 5 | Len Lwis | 14 99 | 74 95 |
| 1 | Rubber Boot | | 14 99 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | 89 94 |
| RECEIVED BY X | | TAX | 6 97 |
| | | **TOTAL** | 96 91 |

No. 738662

A **FINANCE CHARGE** at the **ANNUAL PERCENTAGE RATE OF 18%** (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI010181

# ORANGE COVE HARDWARE, INC.

*True Value*

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

105-148-80

SOLD TO: B__T'S AG MANAGEMENT
P.O. BOX 724
DELANO, CA. 93216

ADDRESS:

DATE 11/20 20 08

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET. | PD. OUT | PURCHASE ORD. NO. |
|---------|------|--------|--------|----------|------------|---------|-------------------|
| PO | | | | | | | 34 |

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|-------|-------------|-------|--------|
| 1 | For Ink | | 9 96 |
| 1 | Stamp pad | | 5 50 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | 15 45 |

RECEIVED BY X _Humberto M Ogazc_   TAX   59

**TOTAL** 15.04

No. 738603

A FINANCE CHARGE at the ANNUAL PERCENTAGE RATE OF 18% (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

FILE COPY

*Thank You!*

BANGI010182

# ORANGE COVE HARDWARE, INC.

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (861) 725-4122
Fax (661) 725-0645

105 - 148 - 80

SOLD TO: BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA. 93216

ADDRESS:

DATE 11/25/08 20

| | | | Craig | | |
|---|---|---|---|---|---|
| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET. |

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 3 ea | Gloves | 7.90 | 23.97 |
| 4 ea | locks | | 20.90 |
| | | | |
| | | | |
| | | | |
| | | | 44.96 |
| | | | |

RECEIVED BY   X

No. 738689

| TAX | 3.48 |
|---|---|
| TOTAL | 48.44 |

**A FINANCE CHARGE** at the **ANNUAL PERCENTAGE RATE OF 18%** (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI010183

BANGI010184

507 PARK BLVD.
ORANGE COVE, CA
93646
(559) 626-7703
FAX (559) 626-7630
LUMBER
BUILDING MATERIALS
ROOFING
(ORANGE COVE LOCATION ONLY)

**STATEMENT**

# ORANGE COVE HARDWARE INC.
TREE & VINE SUPPLIES
APPLIANCES — GIFTS — SPORTING GOODS
PAINTS — TELEVISION

17216 COUNTY LINE ROAD
DELANO, CA
93215
(661) 725-4122
FAX (661) 725-0845



**MAIL PAYMENT TO**

**ORANGE COVE HARDWARE INC.**
P. O. BOX 368
ORANGE COVE, CA. 93646

**REMITTANCE STUB**
**PLEASE RETURN ➔**

BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA.      93216

CUSTOMER'S NAME
BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA.      93216

2

| ACCT. NO. | 105-148-80 | CLOSING DATE | NOV 25, 08 | BAL. FWD. | 54,634.88 |
|---|---|---|---|---|---|

| ACCOUNT NO. | CLOSING DATE |
|---|---|
| 105-148-80 | NOV 25, 2008 |

| CHECK NUMBER | AMOUNT PAID |
|---|---|

| DATE MO. | DAY | REFERENCE NO. | DESCRIPTION | CHARGES | CREDITS | BALANCE |
|---|---|---|---|---|---|---|
| 10 | 27 | 738220 | INVOICE | 5.33 | | 54,640.21 |
| 10 | 27 | 738233 | INVOICE | 368.99 | | 55,009.20 |
| 10 | 28 | 738257 | INVOICE | 83.80 | | 55,093.00 |
| 10 | 28 | 738258 | INVOICE | 9.17 | | 55,102.17 |
| 10 | 29 | 738298 | INVOICE | 26.63 | | 55,128.80 |
| 10 | 30 | 738309 | INVOICE | 40.92 | | 55,169.72 |
| 10 | 30 | 738318 | INVOICE | 26.63 | | 55,196.35 |
| 10 | 30 | 738340 | INVOICE | 2,029.50 | | 57,225.85 |
| 10 | 31 | 738267 | INVOICE | 3,831.86 | | 61,057.71 |
| 10 | 31 | 738365 | INVOICE | 14.00 | | 61,071.71 |
| 11 | 3 | 738004 | INVOICE | 28.69 | | 61,100.40 |
| 11 | 4 | 738065 | INVOICE | 134.69 | | 61,235.09 |
| 11 | 4 | 727952 | PAYMENT-THANK YOU | | 12,737.67 | 48,497.42 |
| 11 | 7 | 738104 | INVOICE | 84.01 | | 48,581.43 |
| 11 | 7 | 738141 | INVOICE | 67.25 | | 48,648.68 |
| 11 | 7 | 738396 | INVOICE | 4.62 | | 48,653.30 |
| 11 | 8 | 738166 | INVOICE | 24.05 | | 48,677.35 |
| 11 | 10 | 738173 | INVOICE | 24.48 | | 48,701.83 |

1

**PLEASE RETURN COMPLETE RIGHT HAND STUB**

INDICATE ANY CHANGE
OF BILLING INSTRUCTIONS:

| PAGE NO. | 90 DAYS & OVER | OVER 60 DAYS | OVER 30 DAYS | CURRENT | BALANCE |
|---|---|---|---|---|---|

PURCHASES AND PAYMENTS MADE AFTER THE 25th OF THE MONTH WILL APPEAR ON YOUR NEXT STATEMENT.
A FINANCE CHARGE at the ANNUAL PERCENTAGE RATE OF 18% (Monthly Rate is 1½%) will be applied on the
unpaid balance after 30 days of purchase.

FAILURE TO PAY SERVICE CHARGES WHEN BILLED
MAY RESULT IN SUSPENSION OF CREDIT.

# ORANGE COVE HARDWARE, INC.

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93216
Phone (661) 725-4122
Fax (661) 725-0845

SOLD TO: BANGI'S AG MANAGEMENT
P.O. BOX 724
DELANO, CA. 93216

ADDRESS:

DATE 10/25/2008

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET. | PD. OUT | PURCHASE ORD. NO. |
|---------|------|--------|--------|----------|-----------|---------|-------------------|

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|-------|-------------|-------|--------|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

RECEIVED BY   X

TAX

TOTAL

No. 738220

A FINANCE CHARGE at the ANNUAL PERCENTAGE RATE OF 18% (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

Thank You!

FILE COPY

BANGI010185

# ORANGE COVE HARDWARE, INC.

True Value

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

105-148-80

SOLD TO: BANGI'S AG MANAGEMENT
P.O. BOX 724
DELAND, CA. 93216

ADDRESS

DATE 10/17/20 08

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET'D | PD. OUT | PURCHASE ORD. NO. |
|---------|------|--------|--------|----------|-------------|---------|-------------------|

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|-------|-------------|-------|--------|
| 1 | STIHL Blower | | 359 99 |
| | Serial # 369060458 | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

RECEIVED BY  X

No. 738233

TAX  9 00
TOTAL  368 99

A FINANCE CHARGE at the ANNUAL PERCENTAGE RATE OF 18% (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

Thank You!

FILE COPY

BANGI010186

## ORANGE COVE HARDWARE, INC.

**True Value**

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7650

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

SOLD TO: BANGI'S AG MANAGEMENS
P.O. BOX 724
DELANO, CA. 93216

ADDRESS

DATE 10/28 20 08

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE RET'D | PD. OUT | PURCHASE ORD. NO. |
|---------|------|--------|--------|----------|------------|---------|-------------------|
| PC |  |  | X |  |  |  |  |

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|-------|-------------|-------|--------|
| 4 | Double Lined Stamp | 8.95 | 35 80 |
| 4 | 4oz Ink | 5.99 | 23 96 |
| 4 | Stamp pads | 5.50 | 22 00 |
|  |  |  |  |
|  | Lumy |  |  |
|  |  |  | 81 76 |
|  | TAX | | 2 04 |
|  | TOTAL | | 83 80 |

RECEIVED BY X

No. 738257

A FINANCE CHARGE at the ANNUAL PERCENTAGE RATE OF 18% (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI010187

# ORANGE COVE HARDWARE, INC.

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0645

105-148-80

SOLD TO: BANGI'S AG MANAGEMENT
P.O. BOX 724
DELANO, CA. 93216

ADDRESS

DATE 11/28 20 08

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE RET'D | PD. OUT | PURCHASE ORD. NO. |
|---------|------|--------|--------|----------|------------|---------|-------------------|

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|-------|-------------|-------|--------|
| 1 | Double Lined Stamp | | 8 95 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| | TAX | | 22 |
| RECEIVED BY X | TOTAL | 9 | 17 |

No. 738256

A **FINANCE CHARGE** at the **ANNUAL PERCENTAGE RATE OF 18%** (Monthly Rate is 1½%)
will be applied on the unpaid balance after 30 days of purchase.  Returned Merchandise is subject to a
10% restocking charge.

*Thank You!*

FILE COPY

BANGI010188

# ORANGE COVE HARDWARE, INC.

**True Value**

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0645

105-148-80

SOLD TO: BANGI'S AG MANAGEMENT
P.O. BOX 724
DELANO, CA. 93216

ADDRESS:

DATE 10/09/08 20

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET. | PD. OUT | PURCHASE ORD. NO. |
|---------|------|--------|--------|----------|------------|---------|-------------------|
| KC | | | X | | | | Same |

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|-------|-------------|-------|--------|
| 200 | Umbrellas | 12.99 | 75.00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

RECEIVED BY   X

TAX .65

TOTAL 76.63

No. 738298

A **FINANCE CHARGE** at the **ANNUAL PERCENTAGE RATE OF 18%** (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI010189

# ORANGE COVE HARDWARE, INC.

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0645

SOLD TO: BANGI'S AG MANAGEMENT
P. O. BOX 724
DELANO, CA. 93216

ADDRESS

DATE 10/30/08

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|-------|-------------|-------|--------|
| 2 Bu | Conquers | 18.99 | 37 98 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

RECEIVED BY X Pepito

TAX 2 94

TOTAL 40 92

No. 738309

A **FINANCE CHARGE** at the **ANNUAL PERCENTAGE RATE OF 18%** (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI010190

# ORANGE COVE HARDWARE, INC.

**True Value**

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7830

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

105-14880

SOLD TO: BANDI'S AG-MANAGEMENS
P.O. BOX 724
DELANO, CA. 93216

ADDRESS

DATE: 10/30 20 01

| SOLD BY | CASH. | C.O.D. | CHARGE | ON ACCT. | MDSE. RET'D | PD. OUT | PURCHASE ORD. NO. |
|---------|-------|--------|--------|----------|-------------|---------|-------------------|
| 1.0 | | | | | | | Greio |

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|-------|-------------|-------|--------|
| 2 | Umbrellas | 12.99 | 25 98 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | 25 | 98 |

RECEIVED BY X

TAX 65
TOTAL 26 63

No. 736318

A **FINANCE CHARGE** at the **ANNUAL PERCENTAGE RATE OF 18%** (Monthly Rate Is 1½%)
will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a
10% restocking charge.

*Thank You!*

FILE COPY

BANGI010191

**ORANGE COVE HARDWARE, INC.**

*True Value*

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7830

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

105-148-80

SOLD TO: BANGI'S AG MANAGEMENT
P.O. BOX 724
ADDRESS: DELANO, CA. 93216

DATE 10/30/08

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT? | MDSE. RET'D | PD. OUT | PURCHASE ORD. NO. |
|---------|------|--------|--------|----------|-------------|---------|-------------------|
| PC | | | ✓ | | | | Craig |

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|-------|-------------|-------|--------|
| 40 ea | Grape hooks | 19.50 | 780.00 |
| 20 ea | Scales | 60.00 | 1,200.00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | 1,980.00 | |
| | | | |

RECEIVED BY X _____

No. 738340

TAX A    49.50
TOTAL    2,029.50

A FINANCE CHARGE at the ANNUAL PERCENTAGE RATE OF 18% (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI010192

**ORANGE COVE HARDWARE, INC.**

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7830

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0645

T05-148-80

SOLD TO: BANGI AG MANAGEMENS
P.O. BOX 324
DELANO, CA. 93216

ADDRESS

DATE 10/27 20 08

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET'D. | PD. OUT | PURCHASE ORD. NO. |
|---------|------|--------|--------|----------|--------------|---------|-------------------|
| MD | | | X | | | | 10/28-1 |

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|-------|-------------|-------|--------|
| 1 | Trash cans | | 32 00 |
| 1500 | Drum | 91 00 | 1,36 00 |
| 15 cs | Flat cups | 143.90 | 2,157.2 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | 3,556.2 |

RECEIVED BY   X Jaime Rodriguez

TAX 275 61

TOTAL 3,931 96

No. 738267

A FINANCE CHARGE at the ANNUAL PERCENTAGE RATE OF 18% (Monthly Rate is 1½%)
will be applied on the unpaid balance after 30 days of purchase.  Returned Merchandise is subject to a
10% restocking charge.

*Thank You!*

FILE COPY

BANGI010193

# ORANGE COVE HARDWARE, INC.

**AG SUPPLY HEADQUARTERS**
**LUMBER AND BUILDING MATERIALS**
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7830

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

105-148-80

SOLD TO: BANGI'S AG MANAGEMENS

ADDRESS: P.O. BOX 724
DELANO, CA. 93216

DATE 10/31/20 08

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET'D | PD. OUT | PURCHASE ORD. NO. |
|---------|------|--------|--------|----------|-------------|---------|-------------------|

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|-------|-------------|-------|--------|
| 1 | Bx Golf VenG 15 | 12 | 99 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

RECEIVED BY X _____

TAX | 101
TOTAL | 1400

No. 738365

**A FINANCE CHARGE at the ANNUAL PERCENTAGE RATE OF 18%** (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI010194