# ORANGE COVE HARDWARE, INC.

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

105-148-80

SOLD TO: BANGI'S AG-MANAGEMENS
P.O. BOX 724
DELANO, CA. 93216

ADDRESS 105 148 80

DATE 11/3/08 20

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET. | PO. OUT | PURCHASE ORD. NO. |
|---------|------|--------|--------|----------|------------|---------|-------------------|

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|-------|-------------|-------|--------|
| 1 ea. | String River | | 75 09 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

RECEIVED BY X _____

TAX 70

TOTAL 78 69

No. 738004

A **FINANCE CHARGE** at the **ANNUAL PERCENTAGE RATE OF 18%** (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI010195

**ORANGE COVE HARDWARE, INC.**

*True Value*

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-4703
Fax (559) 626-7659

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

105-14380

SOLD TO: BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA. 93216

ADDRESS

105-14380

DATE 11/04/20 08

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET. | PD. OUT | PURCHASE ORD. NO. |
|---------|------|--------|--------|----------|------------|---------|-------------------|
| V | | | # | | | | CPAIC |

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|-------|-------------|-------|--------|
| 50 | EA 3/4 bearings | 250 | 125 00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | 125 | 00 |

RECEIVED BY  x Jaime R.G.

| TAX | 9 | 69 |
| **TOTAL** | 134 | 69 |

No. 738065

A FINANCE CHARGE at the ANNUAL PERCENTAGE RATE OF 18% (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

FILE COPY

*Thank You!*

BANGI010196

# ORANGE COVE HARDWARE, INC.

*True Value.*

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

SOLD TO: Bangie Ag

ADDRESS: rlange

DATE 11/4 20 08

| | SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET. | PD. OUT. | PURCHASE ORD. NO. |
|---|---|---|---|---|---|---|---|---|
| | | | | | X | | | |

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| | Payment #617518 | | 1273 60 |
| | | | |
| | | | |
| | | | |
| | 105-148-80 | | |
| | | | |

RECEIVED BY   X

TAX

TOTAL   1273 60

No. 727952

**A FINANCE CHARGE** at the **ANNUAL PERCENTAGE RATE OF 18%** (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.   *Thank You!*

FILE COPY

BANGI010197

# ORANGE COVE HARDWARE, INC.

True Value

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7636

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

105-148-80

SOLD TO: BANGI'S AG MANAGEMENT
P. O. BOX 724
DELANO, CA. 93216

ADDRESS

DATE 11/06 20 08

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET. | PD. OUT | PURCHASE ORD. NO. |
|---------|------|--------|--------|----------|-----------|---------|-------------------|
| 16 | | | | | | | CRAIG.O.R |

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|-------|-------------|-------|--------|
| 2 | gal slime | 34.99 | 69 98 |
| 1 | lether gloves | | 7 99 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | 77 97 |

RECEIVED BY X Jaime Rodriguez Ji.

TAX 6 04

TOTAL 84 01

No. 738104

A **FINANCE CHARGE** at the **ANNUAL PERCENTAGE RATE OF 18%** (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI010198

**ORANGE COVE HARDWARE, INC.**

*True Value*

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

105-148-80

SOLD TO: BANGI'S AG MANAGEMENS
P.O. BOX 724
DELANO, CA. 93216

ADDRESS:

DATE 11/07 20 08

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET'D | PD. OUT | PURCHASE ORD. NO. |
|---------|------|--------|--------|----------|-------------|---------|-------------------|
| RCP | | | ✓ | | | | 30 |

| QUAN. | DESCRIPTION | PRICE | AMOUNT | |
|-------|-------------|-------|--------|---|
| 5 | 16 Bolts & Screws | 2.49 | 12 | 45 |
| 1 | Paint brush set | | 11 | 99 |
| 1 | Paint Brush set | | 13 | 99 |
| | 200 trash bags | 11.90 | 23 | 78 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | 62 | 41 |

RECEIVED BY: X Jaime Rodriguez

| | | |
|---|---|---|
| TAX | 4 | 84 |
| TOTAL | 67 | 25 |

No. 738141

A FINANCE CHARGE at the ANNUAL PERCENTAGE RATE OF 18% (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI010199

# ORANGE COVE HARDWARE, INC.

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
(661) 725-0645

105-148-80

SOLD TO: BANGLIS AG-MANAGEMENS
P.O. BOX 724
DELANO, CA. 93216

ADDRESS

DATE 1/11/10

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET. | PD. OUT | PURCHASE ORD. NO. |
|---------|------|--------|--------|----------|------------|---------|-------------------|
| DB | | | V | | | | 057 |

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|-------|-------------|-------|--------|
| | | | 4 29 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | 4 29 |

RECEIVED BY  X

TAX  33

TOTAL  4 62

## No. 738396

**A FINANCE CHARGE** at the **ANNUAL PERCENTAGE RATE OF 18%** (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI010200

**ORANGE COVE HARDWARE, INC.**

*True Value*

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7603
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

SOLD TO: T-3 AG MANAGEMENT
P.O. BOX 724
DELANO, CA. 93216

ADDRESS: 105-148-80    DATE 11/08 20 06

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET. | PD. OUT. | PURCHASE ORD. NO. |
|---------|------|--------|--------|----------|------------|----------|-------------------|
| 16      |      |        | %      |          |            |          |                   |

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|-------|-------------|-------|--------|
| 1 | CH. 3/4 Choke Cleaner | 3.99 | 73 96 |
| 1 | Filter for Blower | | 8 36 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | 72 32 |

RECEIVED BY X _____

TAX 1 73
TOTAL 24 05

**No. 738166**

A FINANCE CHARGE at the ANNUAL PERCENTAGE RATE OF 18% (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI010201

**ORANGE COVE HARDWARE, INC.**

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif./93646
Phone (559) 626-7703
Fax (559) 626-1980

17216 County Line Road
Delano, Calif.-93216
Phone (661) 725-4122
Fax (661) 725-0845

105-148-80

SOLD TO: BANGI'S AG MANAGEMEN
P.O. BOX 724
DELANO, CA. 93216

ADDRESS:

DATE 11/10/20

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET. | PD. OUT | PURCHASE ORD. NO. |
|---------|------|--------|--------|----------|-----------|---------|-------------------|
| RG | | | | | | | #31 |

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|-------|-------------|-------|--------|
| 1 | Chemical Gloves | | 2 89 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

RECEIVED BY X

TAX

TOTAL

No. 738173

A FINANCE CHARGE at the ANNUAL PERCENTAGE RATE OF 18% (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI010202

Cal–Pacific Farm Management L.P. • P.O. BOX 1141 • RICHGROVE, CA 93261-1141

**636052**

Date: 12/02/2008          Vendor: ORANGE                    Check #: 636052

| Date | Invoice # | Description | Invoice Total | Discount | Net Paid |
|------|-----------|-------------|---------------|----------|----------|
| 12/02/2008 | 011-08 | | 25,000.00 | 0.00 | 25,000.00 |
| 12/02/2008 | 012-08 | | 2,262.75 | 0.00 | 2,262.75 |
| | | Check Totals: | 27,262.75 | 0.00 | 27,262.75 |

Since 1947

BANGI010203

507 PARK BLVD.
ORANGE COVE, CA
93646
(559) 626-7703
FAX (559) 626-7630
LUMBER
BUILDING MATERIALS
ROOFING
(ORANGE COVE LOCATION ONLY)

**STATEMENT**

# ORANGE COVE HARDWARE INC.

TREE & VINE SUPPLIES
APPLIANCES — GIFTS — SPORTING GOODS
PAINTS — TELEVISION

17216 COUNTY LINE ROAD
DELANO, CA
93215
(661) 725-4122
FAX (661) 725-0845

**MAIL PAYMENT TO**



ORANGE COVE HARDWARE INC.
P. O. BOX 368
ORANGE COVE, CA. 93646

**REMITTANCE STUB PLEASE RETURN ➤**

BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA.      93216

CUSTOMER'S NAME
BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA.      93216

| ACCT. NO. | | CLOSING DATE | | BAL. FWD. | |
|---|---|---|---|---|---|
| 105-148-80 | | OCT 25, 08 | | 12,737.67 | |

| ACCOUNT NO. | CLOSING DATE |
|---|---|
| 105-148-80 | OCT 25, 2008 |
| CHECK NUMBER | AMOUNT PAID |

2

| DATE MO. | DAY | REFERENCE NO. | DESCRIPTION | CHARGES | CREDITS | BALANCE |
|---|---|---|---|---|---|---|
| 9 | 25 | 737090 | INVOICE | 15.32 | | 12,752.99 |
| 9 | 25 | 737091 | INVOICE | 24.56 | | 12,777.55 |
| 9 | 25 | 737099 | INVOICE | 4,633.25 | | 17,410.80 |
| 9 | 25 | 737200 | INVOICE | 1,066.60 | | 18,477.40 |
| 9 | 26 | 737098 | INVOICE | 23.69 | | 18,501.09 |
| 9 | 26 | 737218 | INVOICE | 66.59 | | 18,567.68 |
| 9 | 29 | 737296 | INVOICE | 7,813.74 | | 26,381.42 |
| 9 | 30 | 736622 | INVOICE | 70.58 | | 26,452.00 |
| 9 | 30 | 737201 | INVOICE | 43.08 | | 26,495.08 |
| 9 | 30 | 737211 | INVOICE | 5.11 | | 26,500.19 |
| 9 | 30 | 737230 | INVOICE | 42.99 | | 26,543.18 |
| 9 | 30 | 737284 | INVOICE | 808.13 | | 27,351.31 |
| 9 | 30 | 737291 | INVOICE | 4.29 | | 27,355.60 |
| 9 | 30 | 737293 | INVOICE | 158.99 | | 27,514.59 |
| 9 | 30 | 737330 | INVOICE | 144.01 | | 27,658.60 |
| 9 | 30 | 737343 | INVOICE | 64.54 | | 27,723.14 |
| 10 | 2 | 737392 | INVOICE | 64.63 | | 27,787.77 |
| 10 | 2 | 737403 | INVOICE | 584.25 | | 28,372.02 |

**PLEASE RETURN COMPLETE RIGHT HAND STUB**

INDICATE ANY CHANGE
OF BILLING INSTRUCTIONS:

_____

_____

_____

_____

_____

_____

PAGE NO. 1

| 80 DAYS & OVER | OVER 60 DAYS | OVER 30 DAYS | CURRENT | BALANCE |
|---|---|---|---|---|

PURCHASES AND PAYMENTS MADE AFTER THE 25th OF THE MONTH WILL APPEAR ON YOUR NEXT STATEMENT.
A FINANCE CHARGE at the ANNUAL PERCENTAGE RATE OF 18% (Monthly Rate is 1½%) will be applied on the
unpaid balance after 30 days of purchase.

FAILURE TO PAY SERVICE CHARGES WHEN BILLED
MAY RESULT IN SUSPENSION OF CREDIT.

BANGI010204

# ORANGE COVE HARDWARE, INC.

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7620

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

SOLD TO: BANGI'S G M N CLEMENS
P.O. BOX 724
DELANO, CA. 93216

105-148-80

DATE 9/23/08

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT | MDSE RET'D | PD. OUT | PURCHASE ORD. NO. |
|---------|------|--------|--------|---------|------------|---------|-------------------|
| | | | | | | | |

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|-------|-------------|-------|--------|
| 1 ea | Clipper | | 14 95 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

RECEIVED BY X

TAX

TOTAL

No. 737090

A FINANCE CHARGE at the ANNUAL PERCENTAGE RATE OF 18% (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

Thank You!

FILE COPY

BANGI010205

# ORANGE COVE HARDWARE, INC.

*True Value*

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93046
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

SOLD TO: BANGI'S AG MANAGEMENT
P.O. BOX 724
ADDRESS DELANO, CA. 93216

DATE

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET'D. | PD. OUT | PURCHASE ORD. NO. |
|---------|------|--------|--------|----------|--------------|---------|-------------------|

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|-------|-------------|-------|--------|
| 2 ea | 2 line Stamp | 8.99 | 17 98 |
| 2 ea | string Ring | 2.99 | 5 98 |
|  |  |  | 23 96 |

RECEIVED BY   X _Humberto M. Ogosa_

| TAX | 60 |
|-----|----|
| **TOTAL** | 24 56 |

## No. 737091

A **FINANCE CHARGE** at the **ANNUAL PERCENTAGE RATE OF 18%** (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI010206

# ORANGE COVE HARDWARE, INC.

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

SOLD TO: BANG'S AG MANAGEMENS
P.O. BOX 724
DELANO, CA. 93216

ADDRESS:

DATE 09/15 20 08

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 2 | Double Restrooms | 2150.⁰⁰ | 4300 00 |
|  | EE 46648 |  |  |
|  | EE 46648 |  |  |
|  | FF 10222 |  |  |
|  | FF 10220 |  |  |
|  |  | 4300 00 |  |
|  | TAX | 333 25 |  |
|  | TOTAL | 4633 25 |  |

RECEIVED BY X Jaime Rodriguez

No. 737099

A FINANCE CHARGE at the ANNUAL PERCENTAGE RATE OF 18% (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

FILE COPY

Thank You!

BANGI010207

**ORANGE COVE HARDWARE, INC.**

TrueValue

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7701
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

SOLD TO: BANGI'S AG MANAGEMENT
P.O. BOX 724
DELANO, CA. 93216

ADDRESS:

DATE 9/25/08

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET. | PD. OUT. | PURCHASE ORD. NO. |
|---------|------|--------|--------|----------|------------|----------|-------------------|
| RG | | | | | | | |

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|-------|-------------|-------|--------|
| 12ea | 22 long rifle | 19.99 | 239.88 |
| 2 boxes | 223 | 375.00 | 750.00 |
| | | | 989.88 |

RECEIVED BY X Jaime Rodriguez

TAX

TOTAL

No. 737200

A **FINANCE CHARGE** at the **ANNUAL PERCENTAGE RATE OF** 18% (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI010208

# ORANGE COVE HARDWARE, INC.

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0645

No. 105-148-80

SOLD TO: BANGI'S AG MANAGEMENT
P. O. BOX 724
DELANO, CA, 93216

ADDRESS

DATE 9/25/08

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 1ea | one seat cover | | 21 99 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | 21 99 |

RECEIVED BY  X  Norma Abbas

| TAX | 1 70 |
|---|---|
| TOTAL | 23 69 |

No. 737098

A FINANCE CHARGE at the ANNUAL PERCENTAGE RATE OF 18% (Monthly Rate is 1½%)
will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a
10% restocking charge.

*Thank You!*

FILE COPY

BANGI010209

# ORANGE COVE HARDWARE, INC.

**True Value**

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

105-148-80

SOLD TO: BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA. 93216

ADDRESS:

DATE 09/16 20 08

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET. | PO. OUT | PURCHASE ORD. NO. |
|---------|------|--------|--------|----------|------------|---------|-------------------|
| 16 | | | X | | | | |

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|-------|-------------|-------|--------|
| 3 DZ | gloves | 10.99 | 32 97 |
| 128 | color pins | 25 | 32 00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | 64 | 97 |
| RECEIVED BY X _Valtino Cavados_ | TAX | 1 | 62 |
| | **TOTAL** | 66 | 59 |

## No. 737218

A **FINANCE CHARGE** at the **ANNUAL PERCENTAGE RATE OF** 18% (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI010210

# ORANGE COVE HARDWARE, INC.

*True Value*

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7303
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

105-148-86

SOLD TO: BANGI'S AG MANAGEMENS
P.O. BOX 724
DELANO, CA. 93216

ADDRESS:

DATE: 9/29/08

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET. | PO. OUT | PURCHASE ORD. NO. |
|---|---|---|---|---|---|---|---|

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 15 cs | Rikem | 96.00 | 1440 00 |
| 10 cs | Flat cups | 144.00 | 440 00 |
| 2 ea | Pole/trailer | | |
| 22 DD | Board | 6.99 | 153 78 |
| dz | Gloves | | 10 90 |
| ea | Scooter glass | | 6 96 |
| | Serial #'s | | |
| | EE46597 | | |
| | EE46649 | | |

RECEIVED BY: X Jaime Rodriguez

TAX 56 20

TOTAL 813

No. 737296

A FINANCE CHARGE at the ANNUAL PERCENTAGE RATE OF 18% (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

FILE COPY.

*Thank You!*

BANGI010211

# ORANGE COVE HARDWARE, INC.

*True Value*

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0846

105-148-80

SOLD TO: BANGI'S AG MANAGEMENS
P.O. BOX 784
DELANO, CA. 93216

ADDRESS

DATE 9/4/08 20

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET. | PD OUT | PURCHASE ORD. NO. |
|---------|------|--------|--------|----------|------------|---------|-------------------|
| 86 |  |  |  |  |  |  |  |

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|-------|-------------|-------|--------|
| 4 ea | Hinge | 4 99 | 19 96 |
| 1 ea | Coopllan Tg/00 |  | 48 90 |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  | 68 86 |

RECEIVED BY  X Jaime Rodriguez

| TAX | 1 72 |
|-----|------|
| TOTAL | 70 58 |

No. 736622

A FINANCE CHARGE at the ANNUAL PERCENTAGE RATE OF 18% (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI010212

**ORANGE COVE HARDWARE, INC.**

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7606
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0945

SOLD TO: J'S G M N C EMENS
P.O. BOX 724
DELANO, CA. 93216

ADDRESS: 105 110 80

DATE: 9/25/08

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET. | PO OUT | PURCHASE ORD. NO. |
|---------|------|--------|--------|----------|-----------|--------|-------------------|
| RG | | | X | | | | |

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|-------|-------------|-------|--------|
| 1 ea | Hitch | | 22 99 |
| 1 ea | Receiver lock | | 16 99 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | 39 | 98 |

RECEIVED BY: X Jaime Rodriguez

TAX 3 10
TOTAL 43 08

No. 737201

A FINANCE CHARGE at the ANNUAL PERCENTAGE RATE OF 18% (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI010213

# ORANGE COVE HARDWARE, INC.

**True Value**

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

105-148.80

SOLD TO: BANGI'S AG MANAGEMENS
P.O. BOX 724
ADDRESS DELANO, CA. 93216

DATE 9/26/20

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET. | PD. OUT | PURCHASE ORD. NO. |
|---------|------|--------|--------|----------|------------|---------|-------------------|

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|-------|-------------|-------|--------|
| | line stamp | | 4 00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

RECEIVED BY X _____

TAX

TOTAL

No. 737211

A **FINANCE CHARGE** at the **ANNUAL PERCENTAGE RATE OF 18%** (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI010214

# ORANGE COVE HARDWARE, INC.

*True Value*

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17218 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

105-148-80

SOLD
TO:

BANGI'S COMMUNICATIONS
P.O. BOX 724
DELANO, CA. 93216

ADDRESS

DATE 9/26/08

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET. | PD. OUT | PURCHASE ORD. NO. |
|---------|------|--------|--------|----------|-----------|---------|-------------------|

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|-------|-------------|-------|--------|
| 001 | Name Stamp | 9.99 | 9.98 |
| 001 | 12 mil ink | 9.99 | 10.99 |
| 001 | Stamp pads | 5.99 | 11.96 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | 41.94 |

RECEIVED BY  X  Roger Escobedo

TAX  1.05

**TOTAL**  42.99

No. 737230

A **FINANCE CHARGE** at the **ANNUAL PERCENTAGE RATE OF 18%** (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI010215

# ORANGE COVE HARDWARE, INC.

*True Value*

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

7216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

105 - 148 80

SOLD TO: BANGI'S AG MANAGEMENT
P.O. BOX 724
DELANO, CA. 93216

ADDRESS

DATE 9/29/08

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET. | PAID BD. OUT. | PURCHASE ORD. NO. |
|---------|------|--------|--------|----------|------------|---------------|-------------------|

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|-------|-------------|-------|--------|
| 2 boxes | 223 ammo | 375⁰ | 750.00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

RECEIVED BY X

| | TAX | 58/13 |
|--|-----|-------|
| | TOTAL | 808/13 |

No. 737284

A FINANCE CHARGE at the ANNUAL PERCENTAGE RATE OF 18% (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI010216

# ORANGE COVE HARDWARE, INC.

*True Value*

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0645

SOLD TO: BANGI'S AG MANAGEMENT
P.O. BOX 724
DELANO, CA. 93216

ADDRESS

DATE 01/29/08

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET. | PD. OUT | PURCHASE ORD. NO. |
|---------|------|--------|--------|----------|------------|---------|-------------------|

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|-------|-------------|-------|--------|
| 2ea | 3/4 scotch tape | 1.99 | 3 98 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | 3 | 98 |

| | | |
|---|---|---|
| RECEIVED BY X | TAX | 31 |
| | TOTAL | 4 29 |

No. 737291

A FINANCE CHARGE at the ANNUAL PERCENTAGE RATE OF 18% (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.   *Thank You!*

FILE COPY

BANGI010217