# ORANGE COVE HARDWARE, INC.

*True Value*

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7530

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

105-148-80

SOLD TO: BANGI'S AG MANAGEMENS
P.O. BOX 724
DELANO, CA. 93216

ADDRESS: _____

DATE 01/29/08

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET. | PD. OUT | PURCHASE ORD. NO. |
|---------|------|--------|--------|----------|------------|---------|-------------------|

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|-------|-------------|-------|--------|
| 10 pq | wash hands | 2.49 | 24.90 |
| 20 pq | men journey | 1.89 | 37.80 |
| 10 pq | Dont drink water | 2.99 | 29.90 |
| 5 pq | smu sign | 10.99 | 54.85 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | 147.55 |

RECEIVED BY: X Jaime Rodriguez

| TAX | 11.44 |
|-----|-------|
| TOTAL | 158.99 |

No. 737293

A **FINANCE CHARGE** at the **ANNUAL PERCENTAGE RATE OF 18%** (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI010218

507 PARK BLVD.
ORANGE COVE, CA
93646
(559) 626-7703
FAX (559) 626-7630

LUMBER
BUILDING MATERIALS
ROOFING
(ORANGE COVE LOCATION ONLY)

## STATEMENT
# ORANGE COVE HARDWARE INC.
TREE & VINE SUPPLIES
APPLIANCES — GIFTS — SPORTING GOODS
PAINTS — TELEVISION

17216 COUNTY LINE ROAD
DELANO, CA
93215
(661) 725-4122
FAX (661) 725-0845

REMITTANCE STUB
PLEASE RETURN →

## MAIL PAYMENT TO
### ORANGE COVE HARDWARE INC.
P. O. BOX 368
ORANGE COVE, CA. 93646

CUSTOMER'S NAME
BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA.      93216

BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA.      93216

| ACCOUNT NO. | CLOSING DATE |
|---|---|
| 105-148-80 | OCT 25, 2008 |

| CHECK NUMBER | AMOUNT PAID |
|---|---|

**2**

| ACCT. NO. | CLOSING DATE | | BAL. FWD. | |
|---|---|---|---|---|
| 105-148-80 | | OCT 25, 08 | | 28,372.02 |

## PLEASE RETURN COMPLETE RIGHT HAND STUB

INDICATE ANY CHANGE
OF BILLING INSTRUCTIONS:

| DATE MO. | DAY | REFERENCE NO. | DESCRIPTION | CHARGES | CREDITS | BALANCE |
|---|---|---|---|---|---|---|
| 10 | 2 | 737414 | INVOICE | 15.33 | | 28,387.35 |
| 10 | 4 | 737458 | INVOICE | 391.35 | | 28,778.70 |
| 10 | 4 | 737465 | INVOICE | 35.33 | | 28,814.03 |
| 10 | 6 | 737487 | INVOICE | 47.28 | | 28,861.31 |
| 10 | 6 | 737493 | INVOICE | 68.90 | | 28,930.21 |
| 10 | 7 | 737512 | INVOICE | 87.63 | | 29,017.84 |
| 10 | 7 | 737517 | INVOICE | 32.21 | | 29,050.05 |
| 10 | 7 | 737519 | INVOICE | 348.98 | | 29,399.03 |
| 10 | 8 | 737496 | INVOICE | 4,551.90 | | 33,950.93 |
| 10 | 8 | 737509 | INVOICE | 2,262.75 | | 36,213.68 |
| 10 | 8 | 737563 | INVOICE | 95.84 | | 36,309.52 |
| 10 | 8 | 737574 | INVOICE | 2,262.75 | | 38,572.27 |
| 10 | 8 | 737576 | INVOICE | 97.98 | | 38,670.25 |
| 10 | 9 | 737418 | INVOICE | 2,286.57 | | 40,956.82 |
| 10 | 9 | 737474 | INVOICE | 32.76 | | 40,989.58 |
| 10 | 9 | 737477 | INVOICE | 336.52 | | 41,326.10 |
| 10 | 9 | 737555 | INVOICE | 17.67 | | 41,343.77 |
| 10 | 9 | 737584 | INVOICE | 25.83 | | 41,369.60 |

**2**

| PAGE NO. | 90 DAYS & OVER | OVER 60 DAYS | OVER 30 DAYS | CURRENT | ◄ BALANCE |
|---|---|---|---|---|---|

PURCHASES AND PAYMENTS MADE AFTER THE 25th OF THE MONTH WILL APPEAR ON YOUR NEXT STATEMENT.
A FINANCE CHARGE at the ANNUAL PERCENTAGE RATE OF 18% (Monthly Rate is 1½%) will be applied on the
unpaid balance after 30 days of purchase.

FAILURE TO PAY SERVICE CHARGES WHEN BILLED
MAY RESULT IN SUSPENSION OF CREDIT.

BANGI0010219

507 PARK BLVD.
ORANGE COVE, CA
93646
(559) 626-7703
FAX (559) 626-7630

LUMBER
BUILDING MATERIALS
ROOFING
(ORANGE COVE LOCATION ONLY)

## STATEMENT

# ORANGE COVE HARDWARE INC.

TREE & VINE SUPPLIES
APPLIANCES — GIFTS — SPORTING GOODS
PAINTS – TELEVISION

17216 COUNTY LINE ROAD
DELANO, CA
93215
(661) 725-4122
FAX (661) 725-0845

REMITTANCE STUB
PLEASE RETURN ➡

## MAIL PAYMENT TO

ORANGE COVE HARDWARE INC.
P. O. BOX 368
ORANGE COVE, CA. 93646

CUSTOMER'S NAME
BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA.      93216

BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA.      93216

| ACCT. NO. | | CLOSING DATE | | BAL. FWD. | |
|---|---|---|---|---|---|
| 105-148-80 | | | OCT 25, 08 | | 41,369.60 |

| ACCOUNT NO. | CLOSING DATE |
|---|---|
| 105-148-80 | OCT 25, 2008 |
| CHECK NUMBER | AMOUNT PAID |

| DATE MO. | DAY | REFERENCE NO. | DESCRIPTION | CHARGES | CREDITS | BALANCE |
|---|---|---|---|---|---|---|
| 10 | 9 | 737607 | INVOICE | 28.68 | | 41,398.28 |
| 10 | 10 | 737419 | INVOICE | 27.64 | | 41,425.92 |
| 10 | 11 | 737631 | INVOICE | 29.79 | | 41,455.71 |
| 10 | 13 | 737665 | INVOICE | 41.74 | | 41,497.45 |
| 10 | 13 | 737676 | INVOICE | 1,353.00 | | 42,850.45 |
| 10 | 15 | 737332 | INVOICE | 62.24 | | 42,912.69 |
| 10 | 15 | 737758 | INVOICE | 16.11 | | 42,928.80 |
| 10 | 16 | 737791 | INVOICE | 43.65 | | 42,972.45 |
| 10 | 17 | 737846 | INVOICE | 5,750.25 | | 48,722.70 |
| 10 | 18 | 737407 | INVOICE | 75.03 | | 48,797.73 |
| 10 | 18 | 737639 | INVOICE | 430.73 | | 49,228.46 |
| 10 | 20 | 737478 | INVOICE | 808.13 | | 50,036.59 |
| 10 | 21 | 737903 | INVOICE | 40.40 | | 50,076.99 |
| 10 | 21 | 737910 | INVOICE | 336.14 | | 50,413.13 |
| 10 | 21 | 737917 | INVOICE | 48.43 | | 50,461.56 |
| 10 | 22 | 737934 | INVOICE | 51.63 | | 50,513.19 |
| 10 | 22 | 737947 | INVOICE | 1.27 | | 50,514.46 |
| 10 | 23 | 737959 | INVOICE | 19.67 | | 50,534.13 |

PLEASE RETURN COMPLETE
RIGHT HAND STUB

INDICATE ANY CHANGE
OF BILLING INSTRUCTIONS:

| PAGE NO. | 90 DAYS & OVER | OVER 60 DAYS | OVER 30 DAYS | CURRENT | BALANCE |
|---|---|---|---|---|---|
| 3 | | | | | |

PURCHASES AND PAYMENTS MADE AFTER THE 25th OF THE MONTH WILL APPEAR ON YOUR NEXT STATEMENT.
A FINANCE CHARGE at the ANNUAL PERCENTAGE RATE OF 18% (Monthly Rate is 1½%) will be applied on the
unpaid balance after 30 days of purchase.

FAILURE TO PAY SERVICE CHARGES WHEN BILLED
MAY RESULT IN SUSPENSION OF CREDIT.

BANGI010220

507 PARK BLVD.
ORANGE COVE, CA
93646
(559) 626-7703
FAX (559) 626-7630

LUMBER
BUILDING MATERIALS
ROOFING
(ORANGE COVE LOCATION ONLY)

**STATEMENT**

# ORANGE COVE HARDWARE INC.

TREE & VINE SUPPLIES
APPLIANCES — GIFTS — SPORTING GOODS
PAINTS — TELEVISION

17216 COUNTY LINE ROAD
DELANO, CA
93215
(661) 725-4122
FAX (661) 725-0845

REMITTANCE STUB
PLEASE RETURN ➤

**MAIL PAYMENT TO**

**ORANGE COVE HARDWARE INC.**
P. O. BOX 368
ORANGE COVE, CA. 93646

CUSTOMER'S NAME
BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA.        93216

BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA.        93216

| ACCOUNT NO. | CLOSING DATE |
|---|---|
| 105-148-80 | OCT 25, 2008 |

| CHECK NUMBER | AMOUNT PAID |
|---|---|

| | ACCT. NO. | | CLOSING DATE | | BAL. FWD. | |
|---|---|---|---|---|---|---|
| 2 | 105-148-80 | | OCT 25, 08 | | 50,534.13 | |

| DATE MO. | DAY | REFERENCE NO. | DESCRIPTION | CHARGES | CREDITS | BALANCE |
|---|---|---|---|---|---|---|
| 10 | 24 | 736431 | INVOICE | 3,771.92 | | 54,306.05 |
| 10 | 24 | 738206 | INVOICE | 9.17 | | 54,315.22 |
| 10 | 24 | 738208 | INVOICE | 128.59 | | 54,443.81 |
| 10 | 25 | 999999 | FINANCE CHARGE | 191.07 | | 54,634.88 |

**PLEASE RETURN COMPLETE RIGHT HAND STUB**

INDICATE ANY CHANGE
OF BILLING INSTRUCTIONS:

| 4 | | | 12,737.67 | 41,897.21 | 54,634.88 |
|---|---|---|---|---|---|
| PAGE NO. | 90 DAYS & OVER | OVER 60 DAYS | OVER 30 DAYS | CURRENT | BALANCE |

PURCHASES AND PAYMENTS MADE AFTER THE 25th OF THE MONTH WILL APPEAR ON YOUR NEXT STATEMENT.
A FINANCE CHARGE at the ANNUAL PERCENTAGE RATE OF 18% (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase.

FAILURE TO PAY SERVICE CHARGES WHEN BILLED
MAY RESULT IN SUSPENSION OF CREDIT.

BANGI010221

507 PARK BLVD.
ORANGE COVE, CA
93646
(559) 626-7703
FAX (559) 626-7630

LUMBER
BUILDING MATERIALS
ROOFING
(ORANGE COVE LOCATION ONLY)

**STATEMENT**

## ORANGE COVE HARDWARE INC.

TREE & VINE SUPPLIES
APPLIANCES — GIFTS — SPORTING GOODS
PAINTS — TELEVISION

17216 COUNTY LINE ROAD
DELANO, CA
93215
(661) 725-4122
FAX (661) 725-0845

**REMITTANCE STUB
PLEASE RETURN →**

**MAIL PAYMENT TO**



**ORANGE COVE HARDWARE INC.**
P. O. BOX 368
ORANGE COVE, CA. 93646

CUSTOMER'S NAME

Bangi's Ag Management
Box 724
Delano, Calif. 93216

Bangi's Ag Mgnt

| ACCT. NO. | 105-148-80 | CLOSING DATE | 10-25-08 | BAL. FWD. | |
|---|---|---|---|---|---|

| DATE MO. DAY | REFERENCE NO. | DESCRIPTION | CHARGES | CREDITS | BALANCE |
|---|---|---|---|---|---|
| 10-09 | 737615 | Invoice | 2,262.75 | | 2,262.75 |

| PAGE NO. | 90 DAYS & OVER | OVER 60 DAYS | OVER 30 DAYS | CURRENT | BALANCE |
|---|---|---|---|---|---|
| | | | | 2,262.75 | 2,262.75 |

PURCHASES AND PAYMENTS MADE AFTER THE 25th OF THE MONTH WILL APPEAR ON YOUR NEXT STATEMENT.
A FINANCE CHARGE at the ANNUAL PERCENTAGE RATE OF 18% (Monthly Rate is 1½%) will be applied on the
unpaid balance after 30 days of purchase.

ACCOUNT NO. 105-148-80   CLOSING DATE

CHECK NUMBER   AMOUNT PAID

**PLEASE RETURN COMPLETE
RIGHT HAND STUB**

INDICATE ANY CHANGE
OF BILLING INSTRUCTIONS:

FAILURE TO PAY SERVICE CHARGES WHEN BILLED
MAY RESULT IN SUSPENSION OF CREDIT.

BANGI010222

# ORANGE COVE HARDWARE, INC.

*True Value*

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

105-148-80

SOLD TO: BANGI'S AG MANAGEMENS
P.O. BOX 724
DELANO, CA. 93216

ADDRESS:

DATE 10/09/20 08

| QUAN. | DESCRIPTION | PRICE | AMOUNT | |
|---|---|---|---|---|
| 1 | Rest Room | | 2100 | 00 |
| | Sch.1 # | | | |
| | EE46638 | | | |
| | FF10471 | | | |
| | | | 2100 | 00 |
| | | TAX | 162 | 75 |
| | | TOTAL | 2262 | 75 |

RECEIVED BY X Jaime Rodriguez

No. 737615

A **FINANCE CHARGE** at the **ANNUAL PERCENTAGE RATE** OF **18%** (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

FILE COPY

*Thank You!*

BANGI010223

# ORANGE COVE HARDWARE, INC.

**True Value**

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

105-148-80

SOLD TO: BANGI'S AG-MANAGEMENT
P.O. BOX 784
DELANO, CA. 93216

ADDRESS:

DATE 08-24-2008

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET'D. | P.O. OUT | PURCHASE ORDER NO. |
|---------|------|--------|--------|----------|--------------|----------|---------------------|
| PG | | | X | | | | |

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|-------|-------------|-------|--------|
| 2 | Paint Brushes for stakes | 6.49 | 12.98 |
| 15 cs | Daiken | 96.00 | 1,440.00 |
| 10 cs | Flonco | 143.95 | 1,439.50 |
| 1 | gallon black ink | 139.99 | 139.99 |
| 3 ea | stamp pads | 5.50 | 16.50 |
| 10 ea | (5 gallon) Tycco | 45.99 | 459.90 |
| | | | |
| | | | |
| | | | |
| | | | 3,508.87 |

RECEIVED BY X _Jaime Rodriguez_    TAX  263.09

**TOTAL**

No. 736431

A **FINANCE CHARGE** at the **ANNUAL PERCENTAGE RATE OF 18%** (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

FILE COPY

*Thank You!*

BANGI010224

# ORANGE COVE HARDWARE, I

**True Value**

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

105-148-80

SOLD TO: BANGI'S AG MANAGEMENS
P.O. BOX 724
DELANO, CA. 93216

ADDRESS

DATE 10/17/20 08

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET'D | PD. OUT | PURCHASE ORD. NO. |
|---------|------|--------|--------|----------|-------------|---------|-------------------|
| Ville | | | X | | | | |

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|-------|-------------|-------|--------|
| 1 | Double Line Strap | | 8 95 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | 8 95 |

RECEIVED BY X Humberto Mays

TAX 22
TOTAL 9 17

No. 738208

A **FINANCE CHARGE** at the **ANNUAL PERCENTAGE RATE OF 18%** (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

FILE COPY

*Thank You!*

BANGI010225

# ORANGE COVE HARDWARE, INC.

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

105-148-80

SOLD TO: BANGI'S AG MANAGEMENT
P.O. BOX 724
DELANO, CA. 93216

ADDRESS: 105-148-80

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET. | P.O. OUT | PURCHASE ORD. NO. |
|---------|------|--------|--------|----------|------------|----------|-------------------|

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|-------|-------------|-------|--------|
| 2 ea | PVC Cleaner | 6.99 | 13 98 |
| 2 ea | PVC cement 16oz | 9.00 | 17 98 |
| 1 ea | PVC cement | | 10 9 |
| 2 ea | copler | 20 | 1 74 |
| 2 ea | elbow | 39 | 78 |
| 1 ea | pipe cutter | 10 7 | 99 |
| 1 ea | 2000 systens | 49.00 | 49 96 |
| 2 ea | oval plastic | 6.99 | 13 98 |
| | | | 8 |
| | | | 7 |
| | | | 119 34 |

RECEIVED BY  X Jaime Rodriguez

| TAX | 9 25 |
|-----|------|
| **TOTAL** | 128 59 |

No. 738208

A FINANCE CHARGE at the ANNUAL PERCENTAGE RATE OF 18% (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

FILE COPY                 *Thank You!*

BANGI010226

# ORANGE COVE HARDWARE, INC.

True Value

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

105-148-80

SOLD TO: BANGI'S AG MANAGEMENT
P.O. BOX 724
DELANO, CA. 93216

ADDRESS:

DATE 09/30/20 08

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET'D | PO. OUT | PURCHASE ORD. NO. |
|---------|------|--------|--------|----------|-------------|---------|-------------------|

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|-------|-------------|-------|--------|
| 1 | WC - Cleaner | | 9 99 |
| 1 | WC - cement | | 9 99 |
| 1 | Trailer Jack | | 29 99 |
| 1 | leather gloves | | 14 99 |
| 20 | ft chain | 329 | 65 80 |
| 1 | lb Bolts | | 2 89 |
| | | | 133 65 |

RECEIVED BY   X

| TAX | 10 36 |
|-----|-------|
| **TOTAL** | 14 4 01 |

No. 737330

A FINANCE CHARGE at the ANNUAL PERCENTAGE RATE OF 18% (Monthly Rate is 1½%)
will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a
10% restocking charge.

*Thank You!*

FILE COPY

BANGI010227

# ORANGE COVE HARDWARE, INC.

**AG SUPPLY HEADQUARTERS**
**LUMBER AND BUILDING MATERIALS**
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

105-148-80

SOLD TO: BANGI'S AG MANAGEMENT
P.O. BOX 724
DELANO, CA. 93216

ADDRESS:

DATE 09/30/2008

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET. | PD. OUT | PURCHASE ORD. NO. |
|---------|------|--------|--------|----------|------------|---------|-------------------|
| RL |  |  | X |  |  |  |  |

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|-------|-------------|-------|--------|
| 10 | Tissue toda | 5 99 | 59 90 |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  | 59 90 |
| RECEIVED BY  X Roger Escobar |  | TAX | 4 64 |
|  |  | **TOTAL** | 64 54 |

No. 737343

A **FINANCE CHARGE** at the **ANNUAL PERCENTAGE RATE OF 18%** (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

FILE COPY

*Thank You!*

BANGI010228

# ORANGE COVE HARDWARE, INC.

*TrueValue*

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0645

105-148-80

SOLD TO: BANGI'S AG MANAGEMENT
P.O. BOX 724
DELANO, CA. 93216

ADDRESS: 105-112-80

DATE 10/31/08

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET. | PD. OUT | PURCHASE ORD. NO. |
|---------|------|--------|--------|----------|------------|---------|-------------------|
| PG | | | ✓ | | | | |

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|-------|-------------|-------|--------|
| 2 ea | 55 gallon drum | 29.99 | 59.98 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

RECEIVED BY  X  Ronie Manday

| TAX | 4.65 |
|-----|------|
| TOTAL | 64.63 |

No. 737392

A FINANCE CHARGE at the ANNUAL PERCENTAGE RATE OF 18% (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI010229

# ORANGE COVE HARDWARE, INC.

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0945

SOLD TO: BANGI'S AG MANAGEMENT
P.O. BOX 724
DELANO, CA. 93216

ADDRESS

DATE 10/21/06

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET'D | PD. OUT | PURCHASE ORD NO. |
|---------|------|--------|--------|----------|-------------|---------|------------------|
| RG | | | X | | | | CRAIG |

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|-------|-------------|-------|--------|
| 1005 | 1/2 X700 tee top | 570 | 570 00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | 570 | 00 |

RECEIVED BY   X Jaime RG

| TAX | 14 | 15 |
|-----|----|----|
| TOTAL | 584 | 15 |

No. 737403

A **FINANCE CHARGE** at the **ANNUAL PERCENTAGE RATE OF 18%** (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

FILE COPY

*Thank You!*

BANGI010230

# ORANGE COVE HARDWARE, INC.

**True Value**

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0846

105-148-80

SOLD TO: BANGI'S AG MANAGEMENS
P. O. BOX 724
DELANO, CA. 93216

ADDRESS

DATE 10/02 20 08

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET'D | PD. OUT | PURCHASE ORD. NO. |
|---------|------|--------|--------|----------|-------------|---------|-------------------|
| 16 | | | X | | | | |

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|-------|-------------|-------|--------|
| 2 | lb white Rags | 3 99 | 7 98 |
| 1 | Dick Tape | | 6 25 |
| | | 14 | 23 |
| | | TAX | 1 10 |
| | | TOTAL | 15 33 |

RECEIVED BY X

No. 737414

A FINANCE CHARGE at the ANNUAL PERCENTAGE RATE OF 18% (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI010231

# ORANGE COVE HARDWARE, INC.

*True Value*

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

**105-148-80**

SOLD TO: BANGI'S AG MANAGEMENS
P.O. BOX 724
DELANO, CA. 93216

ADDRESS

DATE 10/31/08

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET. | PD OUT | PURCHASE ORD. NO. |
|---------|------|--------|--------|----------|------------|--------|-------------------|
| PG | | | | | | | 25 |

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|-------|-------------|-------|--------|
| 60 ea | men human pic | 2.89 | 173 40 |
| 30 ea | wash hands | 2.49 | 74 70 |
| 30 ea | Don't Drink water | 2.99 | 89 70 |
| 48 ea | 3" Stickers | 50 | 24 00 |
| 4 ea | Stickers | .35 | 1 40 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | 363 20 |

RECEIVED BY X _____

| TAX | 28 15 |
|------|-------|
| **TOTAL** | 391 35 |

No. 737458

A **FINANCE CHARGE** at the **ANNUAL PERCENTAGE RATE OF 18%** (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI010232

## ORANGE COVE HARDWARE, INC.

*True Value*

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17218 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0645

105-148-80

SOLD TO: BANGI'S AG MANAGEMENS
P.O. BOX 724
DELANO, CA. 93816

ADDRESS:

DATE 10/04 2008

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 3 | 4oz Ink Bottles | 5.99 | 17 97 |
| 3 | Stamp Pads | 5.50 | 16 50 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | 34 | 47 |

RECEIVED BY   X

TAX          86

TOTAL   35 33

No. 737465

A FINANCE CHARGE at the ANNUAL PERCENTAGE RATE OF 18% (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI010233

# ORANGE COVE HARDWARE, INC.

*True Value*

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

105-143-80

SOLD TO: BANGI'S AG MANAGEMENT

P.O. BOX 724
DELANO, CA 93216

ADDRESS:

DATE 10/15/08

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET'D | PD. OUT | PURCHASE ORD. NO. |
|---------|------|--------|--------|----------|-------------|---------|-------------------|

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|-------|-------------|-------|--------|
| 2 ea | yard glove 3/hl | 16.99 | 33 98 |
| 2 ea | gloves | 4.99 | 9 98 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | 43 | 88 |

| | |
|---|---|
| TAX | 3 40 |
| TOTAL | 47 28 |

RECEIVED BY  X

No. 737487

A FINANCE CHARGE at the ANNUAL PERCENTAGE RATE OF 18% (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

FILE COPY

*Thank You!*

BANGI010234

# ORANGE COVE HARDWARE, INC.

**True Value**

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0645

105-148-80

SOLD TO: BANGI'S AG MANAGEMENS
P.O. BOX 724
DELANO, CA. 93216

ADDRESS

16-148-80

DATE 10/16 20 08

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET. | PD. OUT | PURCHASE ORD. NO. |
|---------|------|--------|--------|----------|------------|---------|-------------------|

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|-------|-------------|-------|--------|
| 2 | gal Clorox | 3.99 | 7 98 |
| 2 | Lisol | 8.99 | 17 98 |
| 2 | bx Drainb Lines | 18.99 | 37 98 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | 63 94 |

RECEIVED BY

| | TAX | 4 96 |
|---|-----|------|
| | TOTAL | 68 91 |

No. 737493

A FINANCE CHARGE at the ANNUAL PERCENTAGE RATE OF 18% (Monthly Rate is 1½%)
will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a
10% restocking charge.

FILE COPY

*Thank You!*

BANGI010235

# ORANGE COVE HARDWARE, INC.

**True Value**

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

105-172-80

SOLD TO: BANGI'S AG MANAGEMENS
P. O. BOX 724
DELANO, CA. 93216

ADDRESS

DATE 10/7/08 20

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET. | PD. OUT. | PURCHASE ORD. NO. |
|---------|------|--------|--------|----------|------------|----------|-------------------|
| RO | | | X | | | | |

| QUAN. | DESCRIPTION | PRICE | AMOUNT | |
|-------|-------------|-------|--------|--|
| 3 ea | Clips | 50 | 1 | 50 |
| 1 ea | hook | | 3 | 90 |
| 1 ea | glaes | | 14 | 95 |
| 1 ea | Tire Inflater | | 10 | 99 |
| 1 ea | Fancy 75637 | | | |
| | 50' hose | | 49 | 19 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | 81 | 33 |

| RECEIVED BY X *Valentino Escobar* | TAX | 6 | 30 |
|---|---|---|---|
| | **TOTAL** | 87 | 63 |

## No. 737512

A **FINANCE CHARGE** at the **ANNUAL PERCENTAGE RATE OF 18%** (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI010236

# ORANGE COVE HARDWARE, INC.

**True Value**

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7638

17216 County Line Road
Delano, Calif. 93216
Phone (661) 725-4122
Fax (661) 725-0845

105-148-8D

SOLD TO: BANGI'S AG MANAGEMENT
P.O. BOX 724
DELANO, CA. 93216

ADDRESS:

DATE 10/2/08

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET'D. | P.O. OUT. | PURCHASE ORD. NO. |
|---------|------|--------|--------|----------|--------------|-----------|--------------------|
| P60 | | | | | | | |

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|-------|-------------|-------|--------|
| 1ds | Nylon Gloves | | 9 99 |
| 10ea | Syphon bcket | 1 99 | 19 90 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | 29 89 |

RECEIVED BY  X  Roger Escobedo

| TAX | 2 32 |
|-----|------|
| **TOTAL** | 32 21 |

No. 737517

A **FINANCE CHARGE** at the **ANNUAL PERCENTAGE RATE OF 18%** (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

FILE COPY                     *Thank You!*

BANGI010237

**ORANGE COVE HARDWARE, INC.**

*True Value*

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0846

105-148-80

SOLD TO: BANGI'S AG HANDLEMENS
P.O. BOX 724
DELANO, CA. 93216

ADDRESS:

DATE 10/7/08

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET. | PD. OUT. | PURCHASE ORD. NO. |
|---------|------|--------|--------|----------|------------|----------|-------------------|
| RC | | | | | | | |

| QUAN. | DESCRIPTION | PRICE | AMOUNT | |
|-------|-------------|-------|--------|--|
| 30 ea | Size D batteries | 6.49 | 194 | 70 |
| 1 box | COAX pin | | 23 | 85 |
| 2 ea | 3/4 x 8" bolts | 2.29 | 4 | 58 |
| 20 ea | menluani sticks | 2.29 | 45 | 80 |
| 5 ea | SMV sign | 10.99 | 54 | 95 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | 323 | 88 |

RECEIVED BY: X Jaime Rodriguez

| TAX | 25 | 10 |
|-----|----|----|
| **TOTAL** | 348 | 98 |

**No. 737519**

A FINANCE CHARGE at the ANNUAL PERCENTAGE RATE OF 18% (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI010238

# ORANGE COVE HARDWARE, INC.

*True Value*

AG SUPPLY HEADQUARTERS
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0845

105-148-90

SOLD TO: BANGI'S AG MANAGEMENT
P.O. BOX 724
DELANO, CA. 93216

ADDRESS

DATE 10/16/ 20 08

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET'D | PO. OUT | PURCHASE ORD. NO. |
|---------|------|--------|--------|----------|-------------|---------|-------------------|

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|-------|-------------|-------|--------|
| 100 | Wheel bar tires | 26 50 | 2650 00 |
| -50 ea | 3/4 bearings | 2 99 | 149 50 |
| 15 rs | Orikin | 95 00 | 1425 00 |
| | | | |
| | | | 4224 50 |

RECEIVED BY   X  Jaime Rodriguez

TAX  327 40
TOTAL  4551 90

No. 737496

A **FINANCE CHARGE** at the **ANNUAL PERCENTAGE RATE OF 18%** (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI010239

# ORANGE COVE HARDWARE, INC.

**AG SUPPLY HEADQUARTERS**
LUMBER AND BUILDING MATERIALS
(Orange Cove Location ONLY)

507 Park Blvd.
Orange Cove, Calif. 93646
Phone (559) 626-7703
Fax (559) 626-7630

17216 County Line Road
Delano, Calif. 93215
Phone (661) 725-4122
Fax (661) 725-0846

105-148-80

SOLD TO: BANGI'S AG-MANAGEMENS
P.O. BOX 724
DELANO, CA. 93216

ADDRESS:

DATE 10/06/20 08

| QUAN. | DESCRIPTION | PRICE | AMOUNT | |
|-------|-------------|-------|--------|---|
| 1 | Double Restroom w/ 1 Roller | | 2100 | 00 |
| | | | | |
| | Serial #'s | | | |
| | EE42609 | | | |
| | EE39892 | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | 2100 | 00 |

RECEIVED BY X James Rodriguez

| TAX | 162 | 75 |
|-----|-----|-----|
| **TOTAL** | 2262 | 75 |

No. 737509

A **FINANCE CHARGE** at the **ANNUAL PERCENTAGE RATE OF 18%** (Monthly Rate is 1½%) will be applied on the unpaid balance after 30 days of purchase. Returned Merchandise is subject to a 10% restocking charge.

*Thank You!*

FILE COPY

BANGI010240