T&R Bangi Ag Services • P.O. BOX 1141 • RICHGROVE, CA 93261-1141

**31726**

Date: 06/08/2009      Vendor: 33   ORANGE COVE HARDWARE INC.      Check #: 31726

| Date | Invoice # | Description | Invoice Total | Discount | Net Paid |
|------|-----------|-------------|---------------|----------|----------|
| 06/08/2009 | A2179 | 060809 | 10,041.46 | 0.00 | 10,041.46 |
| | | **Check Totals:** | **10,041.46** | **0.00** | **10,041.46** |

Since 1947

BANGI010287

**Orange Cove Hardware**
17216 County Line Road
Delano , CA 93215
1-661-725-4122



Terms:  Statement FC

**BANGI'S AG-MANAGEMENT**
P.O. BOX 724
DELANO, CA 93216

Account #: 10514880

(fold here)

BANGI010288

**Orange Cove Hardware**
17216 County Line Road
Delano , CA 93215
1-661-725-4122



## STATEMENT

Statement Date: **05/31/2009**

Terms:  **Statement FC**

Account #: 10514880

**BANGI'S AG-MANAGEMENT**
P.O. BOX 724
DELANO, CA 93216

| Date | Trans Num | PO | Due Date | Amount | Adjustments | Applied | Inv Balance |
|------|-----------|-----|----------|--------|-------------|---------|-------------|
| 05/02/2009 | B1045 | CRAIG | 05/02/2009 | $59.42 | $0.00 | $0.00 | $59.42 |
| 05/05/2009 | B1107 | | 05/05/2009 | $12.29 | $0.00 | $0.00 | $12.29 |
| 05/05/2009 | B1116 | 30 | 05/05/2009 | $76.83 | $0.00 | $0.00 | $76.83 |
| 05/05/2009 | B1122 | 31 | 05/05/2009 | $203.77 | $0.00 | $0.00 | $203.77 |
| 05/06/2009 | B1149 | 32 | 05/06/2009 | $116.85 | $0.00 | $0.00 | $116.85 |
| 05/06/2009 | A1170 | | 05/06/2009 | -$203.77 | $0.00 | $0.00 | -$203.77 |
| 05/06/2009 | A1171 | | 05/06/2009 | $171.18 | $0.00 | $0.00 | $171.18 |
| 05/07/2009 | A1214 | TOILETS | 05/07/2009 | $26.99 | $0.00 | $0.00 | $26.99 |
| 05/08/2009 | B1214 | 32 | 05/08/2009 | $511.48 | $0.00 | $0.00 | $511.48 |
| 05/08/2009 | B1222 | 32 | 05/08/2009 | $60.21 | $0.00 | $0.00 | $60.21 |
| 05/11/2009 | A1279 | craig | 05/11/2009 | $5.12 | $0.00 | $0.00 | $5.12 |
| 05/12/2009 | A1362 | 33 | 05/12/2009 | $2,577.38 | $0.00 | $0.00 | $2,577.38 |
| 05/13/2009 | B1388 | 34 | 05/13/2009 | $67.45 | $0.00 | $0.00 | $67.45 |
| 05/14/2009 | A1441 | CRAIG | 05/14/2009 | $520.92 | $0.00 | $0.00 | $520.92 |
| 05/16/2009 | A1545 | ramon bangi | 05/16/2009 | $61.55 | $0.00 | $0.00 | $61.55 |
| 05/18/2009 | B1536 | 35 | 05/18/2009 | $98.22 | $0.00 | $0.00 | $98.22 |
| 05/18/2009 | B1541 | 36 | 05/18/2009 | $396.46 | $0.00 | $0.00 | $396.46 |
| 05/18/2009 | B1566 | 37 | 05/18/2009 | $522.00 | $0.00 | $0.00 | $522.00 |
| 05/19/2009 | B1601 | 38 | 05/19/2009 | $101.45 | $0.00 | $0.00 | $101.45 |
| 05/20/2009 | B1662 | 39 | 05/20/2009 | $901.12 | $0.00 | $0.00 | $901.12 |
| 05/20/2009 | B1666 | 39 | 05/20/2009 | -$901.12 | $0.00 | $0.00 | -$901.12 |
| 05/20/2009 | B1667 | 39 | 05/20/2009 | $3,500.71 | $0.00 | $0.00 | $3,500.71 |
| 05/20/2009 | C1221 | | 05/20/2009 | -$281.88 | $0.00 | $0.00 | -$281.88 |
| 05/21/2009 | B1714 | 40 | 05/21/2009 | $77.22 | $0.00 | $0.00 | $77.22 |
| 05/26/2009 | B1834 | 41 | 05/26/2009 | $255.74 | $0.00 | $0.00 | $255.74 |
| 05/26/2009 | B1861 | | 05/26/2009 | $75.85 | $0.00 | $0.00 | $75.85 |
| 05/27/2009 | A2072 | CRAIG | 06/30/2009 | $803.78 | $0.00 | $0.00 | $803.78 |
| 05/30/2009 | B2030 | | 06/30/2009 | $205.04 | $0.00 | $0.00 | $205.04 |
| 05/30/2009 | A2179 | CRAIG | 06/30/2009 | $19.20 | $0.00 | $0.00 | $19.20 |
| | | | **Totals:** | **$10,041.46** | **$0.00** | **$0.00** | **$10,041.46** |

| Aging Report by Due Date | |
|---|---|
| PAST DUE: | $9,013.44 |
| Current: | $1,028.02 |
| 1 to 30 Days: | $9,013.44 |
| 31 to 60 Days: | $0.00 |
| 61 to 90 Days: | $0.00 |
| Over 90 Days: | $0.00 |

| Account Summary | |
|---|---|
| Pending Payments: | $0.00 |
| Repair Balance Due: | $0.00 |
| Layaway Balance Due: | $0.00 |
| Last Payment: 05/27/2009 for $3,510.92 | |

### Total Invoices Due:

## $10,041.46

BANGI010289

**BEAT THE SUMMER HEAT! WE HAVE HEAT ILLNESS PREVENTION SUPPLIES!!!**

BANGI010290

```
          Orange Cove Hardware
          17216 County Line Road
             Delano CA 93215
             1-661-725-4122

Transaction#: B1045
Associate: Manager
Date: 05/02/2009     Time: 08:15:59 AM
          *** SALE ***

PO: CRAIG

Bill To:
Customer # 10514880
BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA 93216


55CT 13GAL WHT Kitchbag
849103
   1.00 BOX @  $16.99 N        $16.99
BAU/Bleach 2000 Plusbem
784937
   6.00 EACH @  $4.99 T        $29.94
3PK Pine Air Freshener
778657
   2.00 EACH @  $2.89 T         $5.78
NUTS AND BOLTS

   1.00 EACH @  $3.49 T         $3.49
            Subtotal: $56.20
8.75% - TULARE COUNTY STATE TAX: $3.13
     2.5% - DELANO FARM TAX: $0.09
              TOTAL: $59.42

              INVOICE: $59.42
              CHANGE: $0.00

   (X)
      Authorized Signature

  .----------------------------.
        Thank You!
     "Start Right, Start Here"
```

*Jaime RG*

```
          Orange Cove Hardware
          17216 County Line Road
             Delano CA 93215
             1-661-725-4122

Transaction#: B1107
Associate: Manager
Date: 05/05/2009     Time: 08:48:08 AM
          *** SALE ***

Bill To:
Customer # 10514880
BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA 93216


MP Select 3PK Brush
694622
   1.00 EACH @  $11.99 T       $11.99
   (Reg Price $13.99)
            Subtotal: $11.99
2.5% - DELANO CO FARM EXCISE TAX: $0.3
              TOTAL: $12.29

              INVOICE: $12.29
              CHANGE: $0.00

   (X)
      Authorized Signature

  .----------------------------.
        Thank You!
     "Start Right, Start Here"
```

*Jaime RG*

```
          Orange Cove Hardware
          17216 County Line Road
             Delano CA 93215
             1-661-725-4122

Transaction#: B1136
Associate: Manager
Date: 05/05/2009     Time: 10:49:26 AM
          *** SALE ***

PO: 30

Bill To:
Customer # 10514880
BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA 93216


15PK 55GAL BLK Liner
269196
   5.00 EACH @  $14.99 T       $74.95
```

```
            Subtotal: $74.95
2.5% - DELANO CO FARM EXCISE TAX: $1.8
              TOTAL: $76.83

              INVOICE: $76.83
              CHANGE: $0.00

   (X)
      Authorized Signature

  .----------------------------.
        Thank You!
     "Start Right, Start Here"
```

*(signature)*

```
          Orange Cove Hardware
          17216 County Line Road
             Delano CA 93215
             1-661-725-4122

Transaction#: B1122
Associate: Manager
Date: 05/05/2009     Time: 11:23:15 AM
          *** SALE ***

PO: 31

Bill To:
Customer # 10514880
BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA 93216


TAPENER GUN
   2.00 EACH @  $49.50 T       $99.00
TAPENER STAPLES

  20.00 EACH @  $4.99 T        $99.80
            Subtotal: $198.80
2.5% - DELANO CO FARM EXCISE TAX: $4.9
              TOTAL: $203.77

              INVOICE: $203.77
              CHANGE: $0.00

   (X)
      Authorized Signature

  .----------------------------.
        Thank You!
     "Start Right, Start Here"
```

*Hans Bang*

```
          Orange Cove Hardware
          17216 County Line Road
             Delano CA 93215
             1-661-725-4122

Transaction#: B1169
Associate: Manager
Date: 05/06/2009     Time: 10:06:26 AM
          *** SALE ***

PO: 32

Bill To:
Customer # 10514880
BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA 93216


BINDER TWINE
   2.00 EACH @  $57.00 T       $114.00
            Subtotal: $114.00
2.5% - DELANO CO FARM EXCISE TAX: $2.8
              TOTAL: $116.85

              INVOICE: $116.85
              CHANGE: $0.00

   (X)
      Authorized Signature

  .----------------------------.
        Thank You!
     "Start Right, Start Here"
```

*Roselin Enfield*

```
          Orange Cove Hardware
          17216 County Line Road
             Delano CA 93215
             1-661-725-4122
```

p:05312009141444

BANGI010291

```
Transaction#: A1170
Associate: Manager
Date: 05/26/2009     Time: 10:54:19 AM
        *** RETURN ***

Bill To:
Customer # 10514880
BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA 93216


TAPENER GUN
  -2.00 EACH @  $49.50 T    -$99.00
TAPENER STAPLES
  -20.00 EACH @  $4.99 T    -$99.80
                Subtotal: -$198.80
2.5% - DELANO CO FARM EXCISE TAX: -$4.
                   TOTAL: -$202.77

              INVOICE: -$202.77
               CHANGE: $0.00

  (X)
      Authorized Signature

  .-------------------------------.
           Thank You!
      "Start Right, Start Here"
```

*GALLO* (signature)

```
      Orange Cove Hardware
      17216 County Line Road
         Delano CA 93215
         1-661-725-4122

Transaction#: A1171
Associate: Manager
Date: 05/26/2009     Time: 10:57:13 AM
        *** SALE ***

Bill To:
Customer # 10514880
BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA 93216


TAPENER GUN
  2.00 EACH @  $33.60 T    $67.20
TAPENER STAPLES
  20.00 EACH @  $4.99 T    $99.80
                Subtotal: $167.00
2.5% - DELANO CO FARM EXCISE TAX: $4.1
                   TOTAL: $171.18

              INVOICE: $171.18
               CHANGE: $0.00

  (X)
      Authorized Signature

  .-------------------------------.
           Thank You!
      "Start Right, Start Here"
```

(signature)

```
      Orange Cove Hardware
      17216 County Line Road
         Delano CA 93215
         1-661-725-4122

Transaction#: A1214
Associate: Manager
Date: 05/07/2009     Time: 11:44:40 AM

PO: TOILETS

Bill To:
Customer # 10514880
BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA 93216


XO GAL BLK GLS Enamel
802681
  1.00 EACH @  $26.99 N    $26.99
                Subtotal: $26.99
                   TOTAL: $26.99

              INVOICE: $26.99
               CHANGE: $0.00

  (X)
      Authorized Signature

  .-------------------------------.
           Thank You!
      "Start Right, Start Here"
```

*Jaime* (signature)

```
      Orange Cove Hardware
      17216 County Line Road
         Delano CA 93215
         1-661-725-4122

Transaction#: B1214
Associate: Manager
Date: 05/08/2009     Time: 10:36:32 AM
        *** SALE ***

PO: 32

Bill To:
Customer # 10514880
BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA 93216


TAPENER STAPLES
  100.00 EACH @  $4.99 T    $499.00
                Subtotal: $499.00
2.5% - DELANO CO FARM EXCISE TAX: $12.
                   TOTAL: $511.48

              INVOICE: $511.48
               CHANGE: $0.00

  (X)
      Authorized Signature

  .-------------------------------.
           Thank You!
      "Start Right, Start Here"
```

(signature)

```
      Orange Cove Hardware
      17216 County Line Road
         Delano CA 93215
         1-661-725-4122

Transaction#: B1222
Associate: Manager
Date: 05/08/2009     Time: 12:02:55 PM
        *** SALE ***

PO: 32

Bill To:
Customer # 10514880
BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA 93216


GLOVES
  1.00 EACH @  $9.99 T    $9.99
N95 VALVED RESPIRATOR
063111
  1.00 EACH @  $21.99 N    $21.99
TV 13CT 42GAL Trash Bag
419553
  2.00 EACH @  $13.99 N    $27.98
                Subtotal: $59.96
2.5% - DELANO CO FARM EXCISE TAX: $0.2
                   TOTAL: $60.21

              INVOICE: $60.21
               CHANGE: $0.00

  (X)
      Authorized Signature

  .-------------------------------.
           Thank You!
      "Start Right, Start Here"
```

*DEMOSTHENES POWAO* (signature)

```
      Orange Cove Hardware
      17216 County Line Road
         Delano CA 93215
         1-661-725-4122

Transaction#: A1379
Associate: Manager
Date: 05/13/2009     Time: 07:22:27 AM
        *** SALE ***

PO: craig

Bill To:
Customer # 10514880
BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA 93216
```

BANGI010292

twins

1.00 EACH @  $4.99 T          $4.99
                            Subtotal: $4.99
2.5% - DELANO CO FARM EXCISE TAX: $0.1
                               TOTAL: $5.12
                          INVOICE: $5.12
                          CHANGE: $0.00

(X)
____ Authorized Signature

----------------------------
       Thank You!
   *Start Right, Start Here*

*Tony Jackson*

Orange Cove Hardware
17216 County Line Road
Delano CA 93215
1-661-725-4122

Transaction#: A1362
Associate: Manager
Date: 05/12/2009   Time: 01:59:18 PM
       *** SALE ***

PO: 33

Bill To:
Customer # 10514880
BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA 93216

DRIKEM

10.00 EACH @  $90.00 T       $900.00
FLAT CUPS

10.00 EACH @  $147.00 T    $1,470.00
                         Subtotal: $2,370.00
8.75% - TULARE COUNTY SALES TAX: $207.
                            TOTAL: $2,577.38
                        INVOICE: $2,577.38
                        CHANGE: $0.00

(X)
____ Authorized Signature

----------------------------
       Thank You!
   *Start Right, Start Here*

*Jaime Rodriguez*

Orange Cove Hardware
17216 County Line Road
Delano CA 93215
1-661-725-4122

Transaction#: B1368
Associate: Manager
Date: 05/13/2009   Time: 02:06:04 PM
       *** SALE ***

PO: 34

Bill To:
Customer # 10514880
BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA 93216

DRUMS LIDS

20.00 EACH @  $3.29 T        $65.80
                         Subtotal: $65.80
2.5% - DELANO CO FARM EXCISE TAX: $1.6
                            TOTAL: $67.45
                        INVOICE: $67.45
                        CHANGE: $0.00

(X)
____ Authorized Signature

----------------------------
       Thank You!
   *Start Right, Start Here*

*Jaime RG*

Orange Cove Hardware
17216 County Line Road
Page 7 for Customer # 10514880

Delano CA 93215
1-661-725-4122

Transaction#: A1441
Associate: Manager
Date: 05/14/2009   Time: 10:06:17 AM
       *** SALE ***

PO: CRAIG

Bill To:
Customer # 10514880
BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA 93216

10 GALLON

10.00 EACH @  $47.90 T       $479.00
                         Subtotal: $479.00
8.75% - TULARE COUNTY SALES TAX: $41.9
                            TOTAL: $520.92
                        INVOICE: $520.92
                        CHANGE: $0.00

(X)
____ Authorized Signature

----------------------------
       Thank You!
   *Start Right, Start Here*

*Jaime RG*

Orange Cove Hardware
17216 County Line Road
Delano CA 93215
1-661-725-4122

Transaction#: A1546
Associate: Manager
Date: 05/16/2009   Time: 10:27:29 AM
       *** SALE ***

PO: ramon bangi

Bill To:
Customer # 10514880
BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA 93216

gloves

6.00 EACH @  $5.99 T         $35.94
flat file 8"

1.00 EACH @  $6.49 T          $6.49
round file

1.00 EACH @  $2.40 T          $2.40
flat file 6"

1.00 EACH @  $4.49 T          $4.49
MED Grain Pigskin Glove
533285
1.00 EACH @  $10.99 N        $10.99
                         Subtotal: $60.31
2.5% - DELANO CO FARM EXCISE TAX: $1.2
                            TOTAL: $61.55
                        INVOICE: $61.55
                        CHANGE: $0.00

(X)
____ Authorized Signature

----------------------------
       Thank You!
   *Start Right, Start Here*

*Ramon Bangi*

Orange Cove Hardware
17216 County Line Road
Delano CA 93215
1-661-725-4122

Transaction#: B1536
Associate: Manager
Date: 05/13/2009   Time: 08:47:57 AM
       *** SALE ***

PO: 35

Bill To:
Customer # 10514880
BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA 93216

first aid kit

3.00 EACH @  $31.94 T        $95.82
                         Subtotal: $95.82

pri05312009141444

2.5% - DELANO CO FARM EXCISE TAX: $2.4
TOTAL: $98.22

INVOICE: $98.22
CHANGE: $0.00

(X)
    Authorized Signature

-----------------------------------
         Thank You!
    *Start Right, Start Here*

---

Orange Cove Hardware
17216 County Line Road
Delano CA 93215
1-661-725-4122

Transaction#: 31541
Associate: Manager
Date: 05/18/2009     Time: 09:59:58 AM
         *** SALE ***

PO: 36

Bill To:
Customer # 10514880
BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA 93216

knifes
  10.00 EACH @  $15.00 T      $150.00
tapener gun
   4.00 EACH @  $33.00 T      $132.00
staples
  20.00 EACH @  $4.99 T        $99.80
tool catch
   1.00 EACH @  $4.99 T         $4.99
               Subtotal: $386.79
2.5% - DELANO CO FARM EXCISE TAX: $9.6
               TOTAL: $396.46

               INVOICE: $396.46
               CHANGE: $0.00

(X)
    Authorized Signature

-----------------------------------
         Thank You!
    *Start Right, Start Here*

---

Orange Cove Hardware
17216 County Line Road
Delano CA 93215
1-661-725-4122

Transaction#: 31566
Associate: Manager
Date: 05/18/2009     Time: 02:34:50 PM
         *** SALE ***

PO: 37

Bill To:
Customer # 10514880
BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA 93216

10 GAL IGLOO
  10.00 EACH @  $48.00 T      $480.00
               Subtotal: $480.00
8.75% - TULARE COUNTY SALES TAX: $42.0
               TOTAL: $522.00

               INVOICE: $522.00
               CHANGE: $0.00

(X)
    Authorized Signature

-----------------------------------
         Thank You!
    *Start Right, Start Here*

Orange Cove Hardware
17216 County Line Road
Delano CA 93215

---

1-661-725-4122

Transaction#: 31601
Associate: Manager
Date: 05/19/2009     Time: 10:19:57 AM
         *** SALE ***

PO: 38

Bill To:
Customer # 10514880
BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA 93216

FIRST AID KITS
   3.00 EACH @  $32.99 T       $98.97
               Subtotal: $98.97
2.5% - DELANO CO FARM EXCISE TAX: $2.4
               TOTAL: $101.45

               INVOICE: $101.45
               CHANGE: $0.00

(X)
    Authorized Signature

-----------------------------------
         Thank You!
    *Start Right, Start Here*

---

Orange Cove Hardware
17216 County Line Road
Delano CA 93215
1-661-725-4122

Transaction#: 31662
Associate: Manager
Date: 05/20/2009     Time: 10:02:37 AM
         *** SALE ***

PO: 39

Bill To:
Customer # 10514880
BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA 93216

10X10 TENTS
   5.00 EACH @  $79.50 T      $397.50
VTILET SEATS
  11.00 EACH @  $19.99 T      $219.89
DRUMS LIDS
  75.00 EACH @  $3.49 T       $261.75
               Subtotal: $879.14
2.5% - DELANO CO FARM EXCISE TAX: $21.
               TOTAL: $901.12

               INVOICE: $901.12
               CHANGE: $0.00

(X)
    Authorized Signature

-----------------------------------
         Thank You!
    *Start Right, Start Here*

---

Orange Cove Hardware
17216 County Line Road
Delano CA 93215
1-661-725-4122

Transaction#: 31666
Associate: Manager
Date: 05/20/2009     Time: 10:16:27 AM
         *** RETURN ***

PO: 39

Bill To:
Customer # 10514880
BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA 93216

10X10 TENTS
  -5.00 EACH @  $79.50 T     -$397.50
VTILET SEATS
 -11.00 EACH @  $19.99 T     -$219.89
DRUMS LIDS
 -75.00 EACH @  $3.49 T      -$261.75
               Subtotal: -$879.14
2.5% - DELANO CO FARM EXCISE TAX: -$21

pt105312009141444

BANGI010294

TOTAL: -$901.12

INVOICE: -$901.12
CHANGE: $0.00

[X]
Authorized Signature

```
.--------------------------------.
           Thank You!
      *Start Right, Start Here*
```

*Jaime R*

```
Orange Cove Hardware
17216 County Line Road
Delano CA 93215
1-661-725-4122
```

Transaction#: B1667
Associate: Manager
Date: 05/20/2009      Time: 10:20:22 AM

*** SALE ***

PO: 39

Bill To:
Customer # 10514880
BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA 93216

10X10 CANOPY
    5.00 EACH @ $79.50 T      $397.50
TOILET SEATS

   11.00 EACH @ $19.99 T      $219.89
DRUM LIDS

   75.00 EACH @ $3.49 T       $261.75
DRI-XIM

   10.00 EACH @ $90.00 T      $900.00
FLAT CUPS

   10.00 EACH @ $143.99 T   $1,439.90

                Subtotal: $3,219.04
8.75% - TULARE COUNTY SALES TAX: $281.
                   TOTAL: $3,500.71

                INVOICE: $3,500.71
                 CHANGE: $0.00

[X]
Authorized Signature

```
.--------------------------------.
           Thank You!
      *Start Right, Start Here*
```

*Jaime R*

```
Orange Cove Hardware
17216 County Line Road
Delano CA 93215
1-661-725-4122
```

Transaction#: C1221
Associate: Manager
Date: 05/20/2009      Time: 02:42:49 PM

*** RETURN ***

Bill To:
Customer # 10514880
BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA 93216

AG & HARVEST
   -5.00 EACH @ $55.00 T     -$275.00

                Subtotal: -$275.00
2.5% - DELANO CO FARM EXCISE TAX: -$6.
                   TOTAL: -$281.88

                INVOICE: -$281.88
                 CHANGE: $0.00

[X]
Authorized Signature

```
.--------------------------------.
           Thank You!
      *Start Right, Start Here*
```

```
Orange Cove Hardware
17216 County Line Road
Delano CA 93215
1-661-725-4122
```

Transaction#: B1714
Associate: Manager
Date: 05/21/2009      Time: 11:01:15 AM

*** SALE ***

PO: 40

Bill To:
Customer # 10514880
BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA 93216

15PK 55GAL BLK Liner
269194
    2.00 EACH @ $12.99 T      $25.96
CHEMICAL GLOVES

   24.00 EACH @ $1.99 T       $47.76

                Subtotal: $73.74
8.75% - TULARE COUNTY SALES TAX: $3.28
2.5% - DELANO CO FARM EXCISE TAX: $1.2
                   TOTAL: $77.22

                INVOICE: $77.22
                 CHANGE: $0.00

[X]
Authorized Signature

```
.--------------------------------.
           Thank You!
      *Start Right, Start Here*
```

*Santiago Notaiyadu Jr.*

```
Orange Cove Hardware
17216 County Line Road
Delano CA 93215
1-661-725-4122
```

Transaction#: D1824
Associate: Manager
Date: 05/26/2009      Time: 08:18:52 AM

*** SALE ***

PO: 41

Bill To:
Customer # 10514880
BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA 93216

TARZHER STAPLES
   50.00 EACH @ $4.99 T      $249.50

                Subtotal: $249.50
2.5% - DELANO CO FARM EXCISE TAX: $6.2
                   TOTAL: $255.74

                INVOICE: $255.74
                 CHANGE: $0.00

[X]
Authorized Signature

```
.--------------------------------.
           Thank You!
      *Start Right, Start Here*
```

*Lumy T*

```
Orange Cove Hardware
17216 County Line Road
Delano CA 93215
1-661-725-4122
```

Transaction#: B1861
Associate: Manager
Date: 05/26/2009      Time: 01:57:01 PM

*** SALE ***

Bill To:
Customer # 10514880
BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA 93216

3'' BLACK PIPE
    4.00 EACH @ $18.50 T      $74.00

                Subtotal: $74.00
2.5% - DELANO CO FARM EXCISE TAX: $1.8
                   TOTAL: $75.85

                INVOICE: $75.85
                 CHANGE: $0.00

[X]
Authorized Signature

```
.--------------------------------.
```

pri05312009141444

BANGI010295

Thank You!
"Start Right, Start Here"

Orange Cove Hardware
17216 County Line Road
Delano CA 93215
1-661-725-4122

Transaction: A2072
Associate: Manager
Date: 05/27/2009     Time: 04:30:50 PM

Due Date: 06/20/2009

*** SALE ***

PO: CRAIG

Bill To:
Customer # 10514880
BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA 93216

10X10 CANOPY

4.00 EACH @ $79.90 T        $319.60
10 GALLON IGLOO

5.00 EACH @ $48.50 T        $242.50
DRI XIM

2.00 EACH @ $88.50 T        $177.00
                Subtotal: $739.10
8.75% - TULARE COUNTY SALES TAX: $64.6
                   TOTAL: $803.78

INVOICE: $803.78
CHANGE: $0.00

[X]
     Authorized Signature

A Minimum Finance Charge of
$1.00 or 1.5% per month
applies to all past due balances

------------------------------------
        Thank You!
   "Start Right, Start Here"

Orange Cove Hardware
17216 County Line Road
Delano CA 93215
1-661-725-4122

Transaction: B2030
Associate: Manager
Date: 05/30/2009     Time: 09:16:25 AM

Due Date: 06/30/2009

*** SALE ***

Bill To:
Customer # 10514880
BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA 93216

staples

40.00 EACH @ $4.99 T        $199.60
                Subtotal: $199.60
2.725% - FRESNO COUNTY FARM EXCISE: $5
                   TOTAL: $205.04

INVOICE: $205.04
CHANGE: $0.00

[X]
     Authorized Signature

A Minimum Finance Charge of
$1.00 or 1.5% per month
applies to all past due balances

------------------------------------
        Thank You!
   "Start Right, Start Here"

Orange Cove Hardware
17216 County Line Road
Delano CA 93215
1-661-725-4122

Transaction: A2179
Associate: Manager

Page 10 for Customer # 10514880

---

Date: 05/30/2009     Time: 11:46:01 AM

Due Date: 06/30/2009

*** SALE ***

PO: CRAIG

Bill To:
Customer # 10514880
BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA 93216

6'' FILE

2.00 EACH @ $4.50 T         $9.00
NOZTLER

1.00 EACH @ $6.25 T         $6.25
ROUND FILE

1.00 EACH @ $2.40 T         $2.40
                Subtotal: $17.65
8.75% - TULARE COUNTY SALES TAX: $1.55
                   TOTAL: $19.20

INVOICE: $19.20
CHANGE: $0.00

[X]
     Authorized Signature

A Minimum Finance Charge of
$1.00 or 1.5% per month
applies to all past due balances

------------------------------------
        Thank You!
   "Start Right, Start Here"
------------------------------------

prt05312009141444

BANGI010296

**Orange Cove Hardware**
P.O.BOX 368
ORANGE COVE, CA  93646
1-661-725-4122



**STATEMENT**

Terms:  **Statement FC**

**BANGI'S AG-MANAGEMENT**
P.O. BOX 724
DELANO, CA  93216

*pd 8/5/09 Chk#*

Account #: 10514880

(fold here)

---

Customer #:  **10514880**

## REMITTANCE STUB
Please return this portion with payment

**BANGI'S AG-MANAGEMENT**
P.O. BOX 724
DELANO, CA  93216

**Amount Due:**

**$33,523.06**

*22,854.11*

**Amount Enclosed:**

**Orange Cove Hardware**
P.O.BOX 368
ORANGE COVE, CA  93646
1-661-725-4122

$ _____

10514880

Page 1 for Customer # 10514880

prt07312009173012

BANGI010297

**Orange Cove Hardware**
P.O.BOX 368
ORANGE COVE, CA 93646
1-661-725-4122



## STATEMENT

### Statement Date: **07/31/2009**

**Terms:  Statement FC**

Account #: 10514880

**BANGI'S AG-MANAGEMENT**
P.O. BOX 724
DELANO, CA 93216

| Date | Trans Num | PO | Due Date | Amount | Adjustments | Applied | Inv Balance |
|------|-----------|-----|----------|--------|-------------|---------|-------------|
| 06/01/2009 | B2051 | terry | 07/31/2009 | $423.00 | $0.00 | $0.00 | $423.00 |
| 06/01/2009 | B2074 | 42 | 07/31/2009 | $2,532.79 | $0.00 | $0.00 | $2,532.79 |
| 06/01/2009 | B2085 | | 07/31/2009 | $330.75 | $0.00 | $0.00 | $330.75 |
| 06/02/2009 | B2098 | 43 EL PERRISIMO (JAIME) | 07/31/2009 | $40.95 | $0.00 | $0.00 | $40.95 |
| 06/03/2009 | A2312 | CRAIG | 07/31/2009 | $205.04 | $0.00 | $0.00 | $205.04 |
| 06/04/2009 | A2332 | 44 | 07/31/2009 | $83.77 | $0.00 | $0.00 | $83.77 |
| 06/04/2009 | A2344 | | 07/31/2009 | -$5.49 | $0.00 | $0.00 | -$5.49 |
| 06/04/2009 | A2346 | | 07/31/2009 | -$5.49 | $0.00 | $0.00 | -$5.49 |
| 06/04/2009 | A2348 | 43 EL PERRON (JAIME) | 07/31/2009 | $114.03 | $0.00 | $0.00 | $114.03 |
| 06/04/2009 | A2350 | | 07/31/2009 | -$2.00 | $0.00 | $0.00 | -$2.00 |
| 06/04/2009 | A2351 | | 07/31/2009 | $14.12 | $0.00 | $0.00 | $14.12 |
| 06/05/2009 | A2414 | 45 | 07/31/2009 | $18.87 | $0.00 | $0.00 | $18.87 |
| 08/06/2009 | B2255 | CREIG | 07/31/2009 | $333.17 | $0.00 | $0.00 | $333.17 |
| 06/08/2009 | A2435 | 46 | 07/31/2009 | $68.35 | $0.00 | $0.00 | $68.35 |
| 06/09/2009 | B2351 | CREIG (JAIME EL PERRON) | 07/31/2009 | $1,383.75 | $0.00 | $0.00 | $1,383.75 |
| 06/09/2009 | B2357 | 47 | 07/31/2009 | $11.96 | $0.00 | $0.00 | $11.96 |
| 06/09/2009 | B2360 | 47 | 07/31/2009 | $9.22 | $0.00 | $0.00 | $9.22 |
| 06/10/2009 | A2544 | craig | 07/31/2009 | $254.47 | $0.00 | $0.00 | $254.47 |
| 06/10/2009 | A2545 | 45 | 07/31/2009 | $26.77 | $0.00 | $0.00 | $26.77 |
| 06/10/2009 | B2386 | 45 | 07/31/2009 | $15.22 | $0.00 | $0.00 | $15.22 |
| 06/11/2009 | A2568 | 48 (JAIME EL PERISIMMO)#1 | 07/31/2009 | $267.24 | $0.00 | $0.00 | $267.24 |
| 06/12/2009 | A2599 | CRAIG | 07/31/2009 | $165.23 | $0.00 | $0.00 | $165.23 |
| 06/16/2009 | B2514 | 49 | 07/31/2009 | $26.41 | $0.00 | $0.00 | $26.41 |
| 06/17/2009 | A2775 | 45 | 07/31/2009 | $18.47 | $0.00 | $0.00 | $18.47 |
| 06/17/2009 | B2561 | CRAIG | 07/31/2009 | $56.53 | $0.00 | $0.00 | $56.53 |
| 06/18/2009 | A2803 | 50 | 07/31/2009 | $102.30 | $0.00 | $0.00 | $102.30 |
| 06/19/2009 | A2855 | 45 | 07/31/2009 | $20.91 | $0.00 | $0.00 | $20.91 |
| 06/22/2009 | A2905 | 52 | 07/31/2009 | $530.57 | $0.00 | $0.00 | $530.57 |
| 06/22/2009 | A2934 | 53 | 07/31/2009 | $3,082.85 | $0.00 | $0.00 | $3,082.85 |
| 06/24/2009 | B2690 | BAñOS | 07/31/2009 | $167.07 | $0.00 | $0.00 | $167.07 |
| 06/24/2009 | A3004 | 54 | 07/31/2009 | $7.61 | $0.00 | $0.00 | $7.61 |
| 06/24/2009 | A3029 | 55 | 07/31/2009 | $245.24 | $0.00 | $0.00 | $245.24 |
| 06/25/2009 | B2727 | CREIG (JAIME EL PERISIMO) | 07/31/2009 | $8,200.00 | $0.00 | $0.00 | $8,200.00 |
| 06/25/2009 | B2749 | 56 | 07/31/2009 | $55.42 | $0.00 | $0.00 | $55.42 |
| 06/26/2009 | B2756 | 53 (JAIME EL PERISIMO) | 07/31/2009 | $107.60 | $0.00 | $0.00 | $107.60 |
| 06/27/2009 | A3122 | 30 | 07/31/2009 | $45.76 | $0.00 | $0.00 | $45.76 |
| 06/29/2009 | A3151 | 58 | 07/31/2009 | $382.80 | $0.00 | $0.00 | $382.80 |
| 06/29/2009 | A3177 | CRAIG | 07/31/2009 | $40.23 | $0.00 | $0.00 | $40.23 |
| 06/29/2009 | A3179 | EL PERRON 59 | 07/31/2009 | $3,340.00 | $0.00 | $0.00 | $3,340.00 |

**Invoices on Reverse Side**

prt07312009173012

BANGI010298

| 06/30/2009 | A3218 | 60 | 07/31/2009 | $64.23 | $0.00 | $0.00 | $64.23 |
| 06/30/2009 | A3255 | 62 | 07/31/2009 | $79.39 | $0.00 | $0.00 | $79.39 |
| 07/01/2009 | B2934 | 57 | 08/31/2009 | $58.41 | $0.00 | $0.00 | $58.41 |
| 07/01/2009 | A3277 | CREIG ( EL PERRISIMO) | 08/31/2009 | $518.08 | $0.00 | $0.00 | $518.08 |
| 07/02/2009 | B3003 | 63 | 08/31/2009 | $74.99 | $0.00 | $0.00 | $74.99 |
| 07/03/2009 | B3009 | 64 | 08/31/2009 | $43.42 | $0.00 | $0.00 | $43.42 |
| 07/06/2009 | A3408 | CRAIG( EL PERRISIMO) | 08/31/2009 | $132.05 | $0.00 | $0.00 | $32.05 |
| 07/06/2009 | A3452 | 66 | 08/31/2009 | $29.33 | $0.00 | $0.00 | $29.33 |
| 07/06/2009 | B3073 | 66 | 08/31/2009 | $111.75 | $0.00 | $0.00 | $111.75 |
| 07/06/2009 | A3475 | 65 | 08/31/2009 | $10.08 | $0.00 | $0.00 | $10.08 |
| 07/07/2009 | A3496 | 67 | 08/31/2009 | $14.02 | $0.00 | $0.00 | $14.02 |
| 07/08/2009 | A3551 | 68 | 08/31/2009 | $65.97 | $0.00 | $0.00 | $65.97 |
| 07/08/2009 | A3557 | 69 | 08/31/2009 | $18.42 | $0.00 | $0.00 | $18.42 |
| 07/08/2009 | B3132 | 70 | 08/31/2009 | $91.28 | $0.00 | $0.00 | $91.28 |
| 07/08/2009 | B3133 | CRAIG | 08/31/2009 | $10.15 | $0.00 | $0.00 | $10.15 |
| 07/09/2009 | A3638 | 70 | 08/31/2009 | $2,532.79 | $0.00 | $0.00 | $2,532.79 |
| 07/09/2009 | A3649 | 71 | 08/31/2009 | $66.62 | $0.00 | $0.00 | $66.62 |
| 07/09/2009 | A3655 | | 08/31/2009 | $40.21 | $0.00 | $0.00 | $40.21 |
| 07/10/2009 | A3716 | 96 | 08/31/2009 | $18.48 | $0.00 | $0.00 | $18.48 |
| 07/11/2009 | A3734 | 72 | 08/31/2009 | $233.61 | $0.00 | $0.00 | $233.61 |
| 07/11/2009 | A3736 | 72 | 08/31/2009 | -$233.61 | $0.00 | $0.00 | -$233.61 |
| 07/11/2009 | A3737 | 72 | 08/31/2009 | $103.11 | $0.00 | $0.00 | $103.11 |
| 07/13/2009 | A3747 | CRAIG | 08/31/2009 | $87.59 | $0.00 | $0.00 | $87.59 |
| 07/13/2009 | A3759 | 74 | 08/31/2009 | $22.54 | $0.00 | $0.00 | $22.54 |
| 07/13/2009 | A3814 | | 08/31/2009 | $28.25 | $0.00 | $0.00 | $28.25 |
| 07/14/2009 | B3248 | 75 | 08/31/2009 | $34.76 | $0.00 | $0.00 | $34.76 |
| 07/14/2009 | A3837 | 75 | 08/31/2009 | $9.22 | $0.00 | $0.00 | $9.22 |
| 07/14/2009 | B3277 | 76 JAIME EL PERISIMO | 08/31/2009 | $1,044.00 | $0.00 | $0.00 | $1,044.00 |
| 07/16/2009 | B3330 | 001 | 08/31/2009 | $25.58 | $0.00 | $0.00 | $25.58 |
| 07/16/2009 | A3913 | | 08/31/2009 | $516.02 | $0.00 | $0.00 | $516.02 |
| 07/16/2009 | A3941 | CRAIG | 08/31/2009 | $52.87 | $0.00 | $0.00 | $52.87 |
| 07/17/2009 | B3401 | CRAIG | 08/31/2009 | $427.51 | $0.00 | $0.00 | $427.51 |
| 07/18/2009 | B3427 | CRAIG | 08/31/2009 | $19.12 | $0.00 | $0.00 | $19.12 |
| 07/20/2009 | B3441 | 77 | 08/31/2009 | $22.29 | $0.00 | $0.00 | $22.29 |
| 07/20/2009 | A4059 | 78 | 08/31/2009 | $12.28 | $0.00 | $0.00 | $12.28 |
| 07/22/2009 | A4125 | 71 | 08/31/2009 | $51.15 | $0.00 | $0.00 | $51.15 |
| 07/23/2009 | A4214 | CRAIG | 08/31/2009 | $50.01 | $0.00 | $0.00 | $50.01 |
| 07/24/2009 | A4244 | 79 | 08/31/2009 | $19.55 | $0.00 | $0.00 | $19.55 |
| 07/24/2009 | B3625 | 80 | 08/31/2009 | $18.47 | $0.00 | $0.00 | $18.47 |
| 07/25/2009 | A4282 | 81 | 08/31/2009 | $30.42 | $0.00 | $0.00 | $30.42 |
| 07/27/2009 | B3658 | | 08/31/2009 | $3,016.71 | $0.00 | $0.00 | $3,016.71 |
| 07/27/2009 | A4312 | 83 | 08/31/2009 | $39.14 | $0.00 | $0.00 | $39.14 |
| 07/28/2009 | A4352 | 84 | 08/31/2009 | $156.45 | $0.00 | $0.00 | $156.45 |
| 07/29/2009 | B3746 | | 08/31/2009 | $103.31 | $0.00 | $0.00 | $103.31 |
| 07/31/2009 | B3804 | CREIG | 08/31/2009 | $663.69 | $0.00 | $0.00 | $663.69 |
| 07/31/2009 | A4473 | CRAIG | 08/31/2009 | $30.97 | $0.00 | $0.00 | $30.97 |
| 07/31/2009 | FCH3225 | Finance Charge | 08/31/2009 | $0.00 | $342.89 | $0.00 | $342.89 |
| | | | **Totals:** | **$33,180.17** | **$342.89** | **$0.00** | **$33,523.06** |

BANGI010299

| Aging Report by Due Date | |
|---|---|
| PAST DUE: | $0.00 |
| Current: | $33,523.06 |
| 1 to 30 Days: | $0.00 |
| 31 to 60 Days: | $0.00 |
| 61 to 90 Days: | $0.00 |
| Over 90 Days: | $0.00 |

| Account Summary | |
|---|---|
| Pending Payments: | $0.00 |
| Repair Balance Due: | $0.00 |
| Layaway Balance Due: | $0.00 |

Last Payment: 06/16/2009 for $10,041.46

**Total Invoices Due:**

**$33,523.06**

## GET YOUR HARVESTING SUPPLIES HERE!!!

prt07312009173012

BANGI010300

```
        Orange Cove Hardware
       17216 County Line Road
          Delano CA 93215
          1-661-725-4122

Transaction: R2051
Associate: Manager
Date: 06/01/2009    Time: 09:16:46 AM

Due Date: 07/31/2009

       *** SALE ***

PO: terry

Bill To:
Customer # 10514880
BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA 93216

chemical gloves

  72.00 EACH @  $1.99 T    $143.28
glasses

  60.00 EACH @  $4.49 T    $269.40
              Subtotal: $412.68
2.5% - TULARE COUNTY SPECIAL TAX: $10.
                 TOTAL: $423.00

              INVOICE: $423.00
               CHANGE: $0.00

 (X)
        Authorized Signature

   A Minimum Finance Charge of
    $1.00 or 1.5% per month
 applies to all past due balances

---------------------------------
        Thank You!
    "Start Right, Start Here"
```



```
        Orange Cove Hardware
       17216 County Line Road
          Delano CA 93215
          1-661-725-4122

Transaction: R2074
Associate: Manager
Date: 06/01/2009    Time: 03:02:08 PM

Due Date: 07/31/2009

       *** SALE ***

PO: 42

Bill To:
Customer # 10514880
BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA 93216

SRI-KEM

  10.00 EACH @  $88.00 T    $880.00
FLAT CUPS

  10.00 EACH @ $144.90 T  $1,449.00

              Subtotal: $2,329.00
8.75% - TULARE COUNTY SALES TAX: $203.
                 TOTAL: $2,532.79

              INVOICE: $2,532.79
               CHANGE: $0.00

 (X)
        Authorized Signature

   A Minimum Finance Charge of
    $1.00 or 1.5% per month
 applies to all past due balances

---------------------------------
        Thank You!
    "Start Right, Start Here"
```



```
        Orange Cove Hardware
       17216 County Line Road
          Delano CA 93215
          1-661-725-4122

Transaction: R2085
Associate: Manager
Date: 06/01/2009    Time: 04:38:26 PM

Due Date: 07/31/2009

       *** SALE ***

Bill To:
Customer # 10514880
```

```
        BANGI'S AG-MANAGEMENT
        P.O. BOX 724
        DELANO, CA 93216

10X10 CANOPY

   4.00 EACH @  $79.00 T    $316.00
BUNGEE CORD

   3.00 EACH @   $1.99 T     $5.97
              Subtotal: $321.97
2.725% - FRESNO COUNTY FARM EXCISE: $8
                 ... TOTAL: $338.75

              INVOICE: $338.75
               CHANGE: $0.00

 (X)
        Authorized Signature

   A Minimum Finance Charge of
    $1.00 or 1.5% per month
 applies to all past due balances

---------------------------------
        Thank You!
    "Start Right, Start Here"
```



```
        Orange Cove Hardware
       17216 County Line Road
          Delano CA 93215
          1-661-725-4122

Transaction: R2098
Associate: Manager
Date: 06/02/2009    Time: 11:16:50 AM

Due Date: 07/31/2009

       *** SALE ***

PO: 43 EL PERRISIMO (JAIME)

Bill To:
Customer # 10514880
BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA 93216

CAMELOT 2 TON PULLER

   1.00 EACH @  $39.95 T     $39.95
              Subtotal: $39.95
2.5% - TULARE COUNTY SPECIAL TAX: $1.0
                 TOTAL: $40.95

              INVOICE: $40.95
               CHANGE: $0.00

 (X)
        Authorized Signature

   A Minimum Finance Charge of
    $1.00 or 1.5% per month
 applies to all past due balances

---------------------------------
        Thank You!
    "Start Right, Start Here"
```



```
        Orange Cove Hardware
       17216 County Line Road
          Delano CA 93215
          1-661-725-4122

Transaction: A2312
Associate: Manager
Date: 06/02/2009    Time: 01:07:26 PM

Due Date: 07/31/2009

       *** SALE ***

PO: CRAIG

Bill To:
Customer # 10514880
BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA 93216

STAPLES

  40.00 EACH @   $4.99 T    $199.60
              Subtotal: $199.60
2.725% - FRESNO COUNTY FARM EXCISE: $5
                 TOTAL: $205.04

              INVOICE: $205.04
               CHANGE: $0.00

 (X)
```

BANGI010301

Authorized Signature

A Minimum Finance Charge of
$1.00 or 1.5% per month
applies to all past due balances

------------------------------------
Thank You!
"Start Right, Start Here"

A2332

Orange Cove Hardware
17216 County Line Road
Delano CA 93215
1-661-725-4122

Transaction#: A2332
Associate: Manager
Date: 06/04/2009     Time: 07:33:11 AM

Due Date: 07/31/2009

*** SALE ***

PO: 44

Bill To:
Customer # 10514880
BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA 93216

14105 Tide Pwdr Regular
205013
   1.00 EACH @  $21.99 T        $21.99
8-1/2Tempico Gong Brush
566176
   2.00 EACH @   $6.49 N        $12.98
12OCT WHT Spir Notebook
209572
   1.00 EACH @   $2.39 T         $2.39
rain suit
   1.00 EACH @  $10.99 T        $10.99
9OZ GLS BLK Spray Paint
542623
   6.00 EACH @   $1.29 T         $7.74
nilon gloves
   2.00 EACH @  $10.55 T        $21.98

               Subtotal: $78.07
8.75% - TULARE COUNTY SALES TAX: $5.70
                  TOTAL: $83.77

               INVOICE: $83.77
                CHANGE: $0.00

(X)
       Authorized Signature

A Minimum Finance Charge of
$1.00 or 1.5% per month
applies to all past due balances

------------------------------------
Thank You!
"Start Right, Start Here"

Orange Cove Hardware
17216 County Line Road
Delano CA 93215
1-661-725-4122

Transaction#: A2344
Associate: Manager
Date: 06/04/2009     Time: 10:11:22 AM

Due Date: 07/31/2009

*** RETURN ***

Bill To:
Customer # 10514880
BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA 93216

8-1/2Tempico Gong Brush
566176
  -1.00 EACH @   $5.49 N        -$5.49
       INVOICE A2332

               Subtotal: -$5.49
            0% - Non Taxable: $0.00
                  TOTAL: -$5.49

               INVOICE: -$5.49
                CHANGE: $0.00

(X)
       Authorized Signature

A Minimum Finance Charge of
$1.00 or 1.5% per month
applies to all past due balances

------------------------------------
Thank You!
"Start Right, Start Here"

A2332

Orange Cove Hardware
17216 County Line Road
Delano CA 93215
1-661-725-4122

Transaction#: A2346
Associate: Manager
Date: 06/04/2009     Time: 10:21:58 AM

Due Date: 07/31/2009

*** RETURN ***

Bill To:
Customer # 10514880
BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA 93216

8-1/2Palmyra Gong Brush
566192
  -1.00 EACH @   $5.49 N        -$5.49
               Subtotal: -$5.49
            0% - Non Taxable: $0.00
                  TOTAL: -$5.49

               INVOICE: -$5.49
                CHANGE: $0.00

(X)
       Authorized Signature

A Minimum Finance Charge of
$1.00 or 1.5% per month
applies to all past due balances

------------------------------------
Thank You!
"Start Right, Start Here"

A2332

Orange Cove Hardware
17216 County Line Road
Delano CA 93215
1-661-725-4122

Transaction#: A2348
Associate: Manager
Date: 06/04/2009     Time: 10:44:56 AM

Due Date: 07/31/2009

*** SALE ***

PO: 43 EL PERRON (JAIME)

Bill To:
Customer # 10514880
BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA 93216

WHT Repl Spigot
502114
  15.00 EACH @   $6.99 T       $104.85
               Subtotal: $104.85
8.75% - TULARE COUNTY SALES TAX: $9.18
                  TOTAL: $114.03

               INVOICE: $114.03
                CHANGE: $0.00

(X)
       Authorized Signature

A Minimum Finance Charge of
$1.00 or 1.5% per month
applies to all past due balances

------------------------------------
Thank You!
"Start Right, Start Here"

Jaime RGoo

Orange Cove Hardware
17216 County Line Road
Delano CA 93215
1-661-725-4122

Transaction#: A2350
Associate: Manager
Date: 06/04/2009     Time: 10:56:07 AM

Due Date: 07/31/2009

*** RETURN ***

Bill To:
Customer # 10514880
BANGI'S AG-MANAGEMENT

BANGI010302

```
P.O. BOX 724
DELANO, CA 93216


REFUND

   -1.00 EACH @  $2.00 N      -$2.00

             Subtotal: -$2.00
          0% - Non Taxable: $0.00
                TOTAL: -$2.00

             INVOICE: -$2.00
              CHANGE: $0.00

(X)
   Authorized Signature

   A Minimum Finance Charge of
   $1.00 or 1.5% per month
   applies to all past due balances

-----------------------------------
           Thank You!
       *Start Right, Start Here*
```

A2332

```
     Orange Cove Hardware
      17216 County Line Road
         Delano CA 93215
         1-661-725-4122


Transaction#: A2351
Associate: Manager
Date: 06/06/2009     Time: 10:57:41 AM

Due Date: 07/31/2009

          *** SALE ***

Bill To:
Customer # 10514880
BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA 93216


8-1/2Tempico Gong Brush
566176
   2.00 EACH @  $6.49 T      $12.98

             Subtotal: $12.98
8.75% - TULARE COUNTY SALES TAX: $1.14
                TOTAL: $14.12

             INVOICE: $14.12
              CHANGE: $0.00


(X)
   Authorized Signature

   A Minimum Finance Charge of
   $1.00 or 1.5% per month
   applies to all past due balances

-----------------------------------
           Thank You!
       *Start Right, Start Here*
```

A2332

```
     Orange Cove Hardware
      17216 County Line Road
         Delano, CA 93215
         1-661-725-4122


Transaction#: A2614
Associate: Manager
Date: 06/08/2009     Time: 02:48:28 PM

Due Date: 07/31/2009

          *** SALE ***

PO: 45

Bill To:
Customer # 10514880
BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA 93216


290F COUPLER
   1.00 EACH @  $9.79 T       $9.79
Perm QT F Trans Fluid
256745
   1.00 EACH @  $3.69 T       $3.69
Castrol QT 10W40 Oil
509638
   1.00 EACH @  $3.99 N       $3.99

             Subtotal: $17.67
8.75% - TULARE COUNTY SALES TAX: $1.20
                TOTAL: $18.87

             INVOICE: $18.87
              CHANGE: $0.00


(X)
   Authorized Signature

   A Minimum Finance Charge of
   $1.00 or 1.5% per month
Page 8 for Customer # 10514880
```

```
   $1.00 or 1.5% per month
   applies to all past due balances

-----------------------------------
           Thank You!
       *Start Right, Start Here*
```

Martin Zelu Clva

```
     Orange Cove Hardware
      17216 County Line Road
         Delano CA 93215
         1-661-725-4122


Transaction#: B2235
Associate: Manager
Date: 06/06/2009     Time: 07:10:16 AM

Due Date: 07/31/2009

          *** SALE ***

PO: CREIG

Bill To:
Customer # 10514880
BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA 93216


10 GAL IGLOO
   5.00 EACH @  $68.00 T     $340.00
18 NeopreneCoated Glove
348447
   2.00 EACH @  $10.99 T      $21.98
4' Extend Pole/Brush
328305
   1.00 EACH @  $27.99 N      $27.99
SCREW DRIVER
   1.00 EACH @  $5.96 T        $5.96
MARKING TAPE
   1.00 EACH @  $1.69 T        $1.69
NITLE GLOVES
   1.00 EACH @  $10.99 T      $10.99

             Subtotal: $308.61
8.75% - TULARE COUNTY SALES TAX: $24.5
                TOTAL: $333.17

             INVOICE: $333.17
              CHANGE: $0.00


(X)
   Authorized Signature

   A Minimum Finance Charge of
   $1.00 or 1.5% per month
   applies to all past due balances

-----------------------------------
           Thank You!
       *Start Right, Start Here*
```

Roger Custido

```
     Orange Cove Hardware
      17216 County Line Road
         Delano CA 93215
         1-661-725-4122


Transaction#: A2615
Associate: Manager
Date: 06/06/2009     Time: 10:35:56 AM

Due Date: 07/31/2005

          *** SALE ***

PO: 46

Bill To:
Customer # 10514880
BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA 93216


AIR FILTER
   2.00 EACH @  $13.47 T      $26.94
SPARK PLUG
   2.00 EACH @  $5.64 N       $11.28
GREASE GUN
   1.00 EACH @  $21.54 T      $21.54
GREASE
   1.00 EACH @  $3.99 T        $3.99

             Subtotal: $63.75
8.75% - TULARE COUNTY SALES TAX: $4.60
                TOTAL: $68.35

             INVOICE: $68.35
              CHANGE: $0.00


(X)
   Authorized Signature

   A Minimum Finance Charge of
   $1.00 or 1.5% per month
```

prt07312009173012

BANGI010303

applies to all past due balances

----------------------------------
Thank You!
*Start Right, Start Here*

*Ramon Banya*

Orange Cove Hardware
17216 County Line Road
Delano CA 93215
1-661-725-4122

Transaction#: B2351
Associate: Manager
Date: 06/09/2009    Time: 12:54:04 PM

Due Date: 07/31/2009

*** SALE ***

PO: CREIG (JAIME EL PERRON)

Bill To:
Customer # 10514880
BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA 93216


DRI KEM

15.00 EACH @ $90.00 T    $1,350.00
               Subtotal: $1,350.00
2.5% - TULARE COUNTY SPECIAL TAX: $33.
               TOTAL: $1,383.75

               INVOICE: $1,383.75
               CHANGE: $0.00


(X)
       Authorized Signature

A Minimum Finance Charge of
$1.00 or 1.5% per month
applies to all past due balances

----------------------------------
Thank You!
*Start Right, Start Here*

*Jaime RG*

Orange Cove Hardware
17216 County Line Road
Delano CA 93215
1-661-725-4122

Transaction#: B2357
Associate: Manager
Date: 06/09/2009    Time: 03:17:39 PM

Due Date: 07/31/2009

*** SALE ***

PO: 47

Bill To:
Customer # 10514880
BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA 93216


NYLON GLOVES

1.00 EACH @ $10.99 T    $10.99
               Subtotal: $10.99
8.75% - TULARE COUNTY SALES TAX: $0.97
               TOTAL: $11.96

               INVOICE: $11.56
               CHANGE: $0.00


(X)
       Authorized Signature

A Minimum Finance Charge of
$1.00 or 1.5% per month
applies to all past due balances

----------------------------------
Thank You!
*Start Right, Start Here*

*FRONNIE D*

Orange Cove Hardware
17216 County Line Road
Delano CA 93215
1-661-725-4122

Transaction#: B2360
Associate: Manager

Date: 06/05/2009    Time: 03:23:10 PM

Due Date: 07/31/2009

*** SALE ***

PO: 47

Bill To:
Customer # 10514880
BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA 93216


TALLY COUNTER

1.00 EACH @ $8.99 T    $8.99
               Subtotal: $8.99
2.5% - TULARE COUNTY SPECIAL TAX: $0.2
               TOTAL: $9.22

               INVOICE: $9.22
               CHANGE: $0.00


(X)
       Authorized Signature

A Minimum Finance Charge of
$1.00 or 1.5% per month
applies to all past due balances

----------------------------------
Thank You!
*Start Right, Start Here*

*FRONNIE D*

Orange Cove Hardware
17216 County Line Road
Delano CA 93215
1-661-725-4122

Transaction#: A2544
Associate: Manager
Date: 06/10/2009    Time: 02:54:35 PM

Due Date: 07/31/2009

*** SALE ***

PO: craig

Bill To:
Customer # 10514880
BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA 93216


goggles

34.00 EACH @ $3.49 T    $118.66
chemical gloves

6.00 EACH @ $21.60 T    $129.60
               Subtotal: $248.26
2.5% - TULARE COUNTY SPECIAL TAX: $6.2
               TOTAL: $254.47

               INVOICE: $254.47
               CHANGE: $0.00


(X)
       Authorized Signature

A Minimum Finance Charge of
$1.00 or 1.5% per month
applies to all past due balances

----------------------------------
Thank You!
*Start Right, Start Here*

*Humberto Melgoza*

Orange Cove Hardware
17216 County Line Road
Delano CA 93215
1-661-725-4122

Transaction#: A2545
Associate: Manager
Date: 06/10/2009    Time: 03:05:11 PM

Due Date: 07/31/2009

*** SALE ***

PO: 45

Bill To:
Customer # 10514880
BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA 93216


chemical gloves

12.00 EACH @ $1.99 T    $23.88
2-5/16x3-1/4 R8 Clamp
445648
1.00 EACH @ $2.29 N    $2.29

BANGI010304

```
                    Subtotal: $26.17
2.5% - TULARE COUNTY SPECIAL TAX: $0.6
                       TOTAL: $26.77

                     INVOICE: $26.77
                      CHANGE: $0.00

  (X)
       Authorized Signature

    A Minimum Finance Charge of
     $1.00 or 1.5% per month
  applies to all past due balances

- - - - - - - - - - - - - - - - - - - - - -
             Thank You!
        "Start Right, Start Here"
```

Martin de la Cruz.

```
         Orange Cove Hardware
         17216 County Line Road
            Delano CA 93215
            1-661-725-4122

Transaction#: B2386
Associate: Manager
Date: 06/10/2009      Time: 03:12:28 PM

Due Date: 07/31/2009

              *** SALE ***

PO: 49

Bill To:
Customer # 10514880
BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA 93216


TV 12CT 420AL Trash Bag
435553
    1.00 EACH @ $13.99 T      $13.99

                    Subtotal: $13.99
8.75% - TULARE COUNTY SALES TAX: $1.23
                       TOTAL: $15.22

                     INVOICE: $15.22
                      CHANGE: $0.00

  (X)
       Authorized Signature

    A Minimum Finance Charge of
     $1.00 or 1.5% per month
  applies to all past due balances

- - - - - - - - - - - - - - - - - - - - - -
             Thank You!
        "Start Right, Start Here"
```

Martin de la Cruz

```
         Orange Cove Hardware
         17216 County Line Road
            Delano CA 93215
            1-661-725-4122

Transaction#: A2569
Associate: Manager
Date: 06/11/2009      Time: 10:34:52 AM

Due Date: 07/31/2009

              *** SALE ***

PO: 48 [JAIME EL PERISIMMO]#1

Bill To:
Customer # 10514880
BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA 93216


3'' MA THRAD T1007
    6.00 EACH @ $6.99 T        $41.94
3" FE SLIP ADAPTER T1005
    6.00 EACH @ $6.99 T        $41.94
3' HGM Venc Ell
268730
    6.00 EACH @ $7.49 T        $44.94
300 - F
    6.00 EACH @ $14.99 T       $89.94
RIELT& WASHERS
   60.00 EACH @ $0.25 T        $15.00
MOP RMS
    3.00 EACH @ $3.99 T        $11.97

                   Subtotal: $245.73
8.75% - TULARE COUNTY SALES TAX: $21.5
                      TOTAL: $267.24

                    INVOICE: $267.24
                     CHANGE: $0.00

  (X)
Page 10 for Customer # 10514880
```

```
  (X)
       Authorized Signature

    A Minimum Finance Charge of
     $1.00 or 1.5% per month
  applies to all past due balances

- - - - - - - - - - - - - - - - - - - - - -
             Thank You!
        "Start Right, Start Here"
```

Jaime Re...

```
         Orange Cove Hardware
         17216 County Line Road
            Delano CA 93215
            1-661-725-4122

Transaction#: A2599
Associate: Manager
Date: 06/12/2009      Time: 08:00:45 AM

Due Date: 07/31/2009

              *** SALE ***

PO: CRAIG

Bill To:
Customer # 10514880
BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA 93216


1 GALLON PAINT
    4.00 EACH @ $26.99 T      $107.96
PAINT THINNER
    1.00 EACH @ $15.99 T       $15.99
MP Select 3PK Brush
694622
    2.00 EACH @ $13.99 T       $27.98

                   Subtotal: $151.93
8.75% - TULARE COUNTY SALES TAX: $13.3
                      TOTAL: $165.23

                    INVOICE: $165.23
                     CHANGE: $0.00

  (X)
       Authorized Signature

    A Minimum Finance Charge of
     $1.00 or 1.5% per month
  applies to all past due balances

- - - - - - - - - - - - - - - - - - - - - -
             Thank You!
        "Start Right, Start Here"
```

Jaime R...

```
         Orange Cove Hardware
         17216 County Line Road
            Delano CA 93215
            1-661-725-4122

Transaction#: B2514
Associate: Manager
Date: 06/16/2009      Time: 03:51:29 AM

Due Date: 07/31/2009

              *** SALE ***

PO: 43

Bill To:
Customer # 10514880
BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA 93216


141OZ Tide Pwdr Regular
205013
    1.00 EACH @ $21.99 T       $21.99
GT Poly Pistol Nozzle
581763
    1.00 EACH @ $2.29 T         $2.29

                    Subtotal: $24.28
8.75% - TULARE COUNTY SALES TAX: $2.13
                       TOTAL: $26.41

                     INVOICE: $26.41
                      CHANGE: $0.00

  (X)
       Authorized Signature

    A Minimum Finance Charge of
     $1.00 or 1.5% per month
  applies to all past due balances

- - - - - - - - - - - - - - - - - - - - - -
             Thank You!
        "Start Right, Start Here"
```

BANGI010305

Orange Cove Hardware
17216 County Line Road
Delano CA 93215
1-661-725-4122

Transaction#: A2375
Associate: Manager
Date: 06/17/2009    Time: 01:26:31 PM

Due Date: 07/31/2009

*** SALE ***

PO: 45

Bill To:
Customer # 10514880
BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA 93216

SHOP TOWELS
  1.00 EACH @   $3.99 T        $3.99
TRASH BAGS
  1.00 EACH @  $12.59 T       $12.59
                 Subtotal: $16.98
8.75% - TULARE COUNTY SALES TAX: $1.49
                   TOTAL: $18.47

                 INVOICE: $18.47
                  CHANGE: $0.00

(X)
       Authorized Signature

   A Minimum Finance Charge of
    $1.00 or 1.5% per month
 applies to all past due balances

.--------------------------------.
           Thank You!
    "Start Right, Start Here"

---

Orange Cove Hardware
17216 County Line Road
Delano CA 93215
1-661-725-4122

Transaction#: B2551
Associate: Manager
Date: 06/17/2009    Time: 03:20:01 PM

Due Date: 07/31/2009

*** SALE ***

PO: CRAIG

Bill To:
Customer # 10514880
BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA 93216

SHP GAL WHT Sat Paint
401562
  2.00 EACH @  $25.99 T       $51.98
                 Subtotal: $51.98
8.75% - TULARE COUNTY SALES TAX: $4.55
                   TOTAL: $56.53

                 INVOICE: $56.53
                  CHANGE: $0.00

(X)
       Authorized Signature

   A Minimum Finance Charge of
    $1.00 or 1.5% per month
 applies to all past due balances

.--------------------------------.
           Thank You!
    "Start Right, Start Here"

---

Orange Cove Hardware
17216 County Line Road
Delano CA 93215
1-661-725-4122

Transaction#: A2803
Associate: Manager
Date: 06/18/2009    Time: 10:21:40 AM

Due Date: 07/31/2009

*** SALE ***

Page 11 for Customer # 10514880

---

PO: 50

Bill To:
Customer # 10514880
BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA 93216

STAPLES
 20.00 EACH @   $4.99 T       $99.80
                 Subtotal: $99.80
2.5% - TULARE COUNTY SPECIAL TAX: $2.5
                   TOTAL: $102.30
                 INVOICE: $102.30
                  CHANGE: $0.00

(X)
       Authorized Signature

   A Minimum Finance Charge of
    $1.00 or 1.5% per month
 applies to all past due balances

.--------------------------------.
           Thank You!
    "Start Right, Start Here"

---

Orange Cove Hardware
17216 County Line Road
Delano CA 93215
1-661-725-4122

Transaction#: A2855
Associate: Manager
Date: 06/19/2009    Time: 02:06:46 PM

Due Date: 07/31/2009

*** SALE ***

PO: 45

Bill To:
Customer # 10514880
BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA 93216

3/4 WHT Tee 5x5x5
193644
  1.00 EACH @   $0.79 T        $0.79
3/4"WHT SXT Fem Adapter
196790
  2.00 EACH @   $0.99 T        $1.98
SPIGOTS
  5.00 EACH @   $3.29 T       $16.45
                 Subtotal: $19.22
8.75% - TULARE COUNTY SALES TAX: $1.69
                   TOTAL: $20.91

                 INVOICE: $20.91
                  CHANGE: $0.00

(X)
       Authorized Signature

   A Minimum Finance Charge of
    $1.00 or 1.5% per month
 applies to all past due balances

.--------------------------------.
           Thank You!
    "Start Right, Start Here"

---

Orange Cove Hardware
17216 County Line Road
Delano CA 93215
1-661-725-4122

Transaction#: A2595
Associate: Manager
Date: 06/22/2009    Time: 09:50:29 AM

Due Date: 07/31/2009

*** SALE ***

PO: 52

Bill To:
Customer # 10514880
BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA 93216

55 GALLON DRUM
 15.00 EACH @  $27.99 T      $419.85
DURA 8PK AA Alk Battery
196683
  2.00 EACH @   $6.99 T       $13.98
HAZARD LIGHTS

BANGI010306

```
     4.00 EACH @  $11.99 T      $47.96
HOOKS
     1.00 EACH @   $3.80 T       $3.80
GLOVES
     1.00 EACH @   $2.25 T       $2.25
                Subtotal: $487.88
8.75% - TULARE COUNTY SALES TAX: $42.6
                   TOTAL: $530.57
               INVOICE: $530.57
                CHANGE: $0.00

(X)
     Authorized Signature

     A Minimum Finance Charge of
     $1.00 or 1.5% per month
     applies to all past due balances

.----------------------------------.
          Thank You!
     "Start Right, Start Here"
```

```
BOLTS
     3.00 EACH @   $3.99 T      $31.92
NUTS
     5.00 EACH @   $2.59 T      $12.95
WASHERS
     3.00 EACH @   $2.29 T       $6.87
                Subtotal: $153.62
8.75% - TULARE COUNTY SALES TAX: $13.4
                   TOTAL: $167.07
               INVOICE: $167.07
                CHANGE: $0.00

(X)
     Authorized Signature

     A Minimum Finance Charge of
     $1.00 or 1.5% per month
     applies to all past due balances

.----------------------------------.
          Thank You!
     "Start Right, Start Here"
```

```
        Orange Cove Hardware
        17216 County Line Road
           Delano CA 93215
           1-661-725-4122

Transaction#: A2934
Associate: Manager
Date: 06/22/2009    Time: 03:13:54 PM

Due Date: 07/31/2009

          *** SALE ***

PO: 53

Bill To:
Customer # 10514880
BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA 93216


DRI XEM
    15.00 EACH @  $88.00 T   $1,320.00
FLAT CUPS
    10.00 EACH @ $144.90 T   $1,449.00
AG & HARVEST
    20.00 EACH @   $3.29 T      $65.80
                Subtotal: $2,834.80
8.75% - TULARE COUNTY SALES TAX: $248.
                   TOTAL: $3,082.85
               INVOICE: $3,082.85
                CHANGE: $0.00

(X)
     Authorized Signature

     A Minimum Finance Charge of
     $1.00 or 1.5% per month
     applies to all past due balances

.----------------------------------.
          Thank You!
     "Start Right, Start Here"
```

```
        Orange Cove Hardware
        17216 County Line Road
           Delano CA 93215
           1-661-725-4122

Transaction#: A3004
Associate: Manager
Date: 06/24/2009    Time: 10:31:18 AM

Due Date: 07/31/2009

          *** SALE ***

PO: 54

Bill To:
Customer # 10514880
BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA 93216


Wdf Empl Spigot
502114
     1.00 EACH @   $6.99 T       $6.99
                Subtotal: $6.99
8.75% - TULARE COUNTY SALES TAX: $0.61
                   TOTAL: $7.61
               INVOICE: $7.61
                CHANGE: $0.00

(X)
     Authorized Signature

     A Minimum Finance Charge of
     $1.00 or 1.5% per month
     applies to all past due balances

.----------------------------------.
          Thank You!
     "Start Right, Start Here"
```

```
        Orange Cove Hardware
        17216 County Line Road
           Delano CA 93215
           1-661-725-4122

Transaction#: B2690
Associate: Manager
Date: 06/24/2009    Time: 07:58:20 AM

Due Date: 07/31/2009

          *** SALE ***

PO: BREOS

Bill To:
Customer # 10514880
BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA 93216


BLU/bleach 2000 Flushes
784937
     8.00 EACH @   $4.99 T      $39.92
45CT 13 GAL Kitchen Bag
594074
     3.00 EACH @  $11.99 T      $11.99
Cott Scrubber Wet Mop
652602
     1.00 EACH @  $18.99 T      $18.99
BLK Lobby Dust Pan
500493
     1.00 EACH @  $25.99 T      $25.99
Wide AWG Broom
564416
     1.00 EACH @  $12.99 T      $12.99
Page 12 for Customer # 10514880
```

```
        Orange Cove Hardware
        17216 County Line Road
           Delano CA 93215
           1-661-725-4122

Transaction#: A3029
Associate: Manager
Date: 06/24/2009    Time: 03:18:10 PM

Due Date: 07/31/2009

          *** SALE ***

PO: 55

Bill To:
Customer # 10514880
BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA 93216


WATER SPIGOTS
    40.00 EACH @   $2.69 T     $115.60
18x13 Slow Vehic Emblem
233817
    10.00 EACH @  $10.99 T     $105.90
                Subtotal: $225.50
8.75% - TULARE COUNTY SALES TAX: $19.7
                   TOTAL: $245.24
               INVOICE: $245.24
                CHANGE: $0.00

(X)
     Authorized Signature

     A Minimum Finance Charge of
```

prt07312009173012

BANGI010307

$1.00 or 1.5% per month
applies to all past due balances

----------------------------------
Thank You!
"Start Right, Start Here"

*[signature: Jaime RG]*

Orange Cove Hardware
17216 County Line Road
Delano CA 93215
1-661-725-4122

Transaction#: B2727
Associate: Manager
Date: 06/25/2009     Time: 10:23:52 AM

Due Date: 07/31/2009

*** SALE ***

PO: CREIG (JAIME EL PERISIMO)

Bill To:
Customer # 10514880
BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA 93216

40# SCALES & 50# SCALES

125.00 EACH @ $64.00 T    $8,000.00
            Subtotal: $8,000.00
2.5% - TULARE COUNTY SPECIAL TAX: $200
            TOTAL: $8,200.00

            INVOICE: $8,200.00
            CHANGE: $0.00

(X)
      Authorized Signature

A Minimum Finance Charge of
$1.00 or 1.5% per month
applies to all past due balances

----------------------------------
Thank You!
"Start Right, Start Here"

*[signature: Jaime RG]*

Orange Cove Hardware
17216 County Line Road
Delano CA 93215
1-661-725-4122

Transaction#: B2749
Associate: Manager
Date: 06/25/2009     Time: 04:08:57 PM

Due Date: 07/31/2009

*** SALE ***

PO: 56

Bill To:
Customer # 10514880
BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA 93216

grass

1.00 EACH @ $32.00 T    $32.00
Atlas Fit MED Glove
549731
2.00 EACH @ $5.99 T    $11.98
80X Smart Straw WD40
595297
1.00 EACH @ $3.79 T    $3.79
12PK 3/32 Hitch Pin Clip
890056
1.00 EACH @ $1.79 T    $1.79
clips
4.00 EACH @ $0.35 T    $1.40
            Subtotal: $50.96
8.75% - TULARE COUNTY SALES TAX: $4.46
            TOTAL: $55.42

            INVOICE: $55.42
            CHANGE: $0.00

(X)
      Authorized Signature

A Minimum Finance Charge of
$1.00 or 1.5% per month
applies to all past due balances

----------------------------------
Thank You!
"Start Right, Start Here"

*[handwritten: DEAN]*

Orange Cove Hardware
17216 County Line Road
Delano CA 93215
1-661-725-4122

Transaction#: B2756
Associate: Manager
Date: 06/26/2009     Time: 07:16:32 AM

Due Date: 07/31/2009

*** SALE ***

PO: 53 (JAIME EL PERISIMO)

Bill To:
Customer # 10514880
BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA 93216

120Z Sat W&T Spr Paint
880305
5.00 EACH @ $3.79 T    $18.95
nilon rope
1.00 EACH @ $79.99 T    $79.99
            Subtotal: $98.94
8.75% - TULARE COUNTY SALES TAX: $8.66
            TOTAL: $107.60

            INVOICE: $107.60
            CHANGE: $0.00

(X)
      Authorized Signature

A Minimum Finance Charge of
$1.00 or 1.5% per month
applies to all past due balances

----------------------------------
Thank You!
"Start Right, Start Here"

*[signature: Jaime RG]*

Orange Cove Hardware
17216 County Line Road
Delano CA 93215
1-661-725-4122

Transaction#: A3122
Associate: Manager
Date: 06/27/2009     Time: 09:04:43 AM

Due Date: 07/31/2009

*** SALE ***

PO: 30

Bill To:
Customer # 10514880
BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA 93216

BANJO

1.00 EACH @ $14.99 T    $14.99
15PK 55GAL BLK Liner
269194
2.00 EACH @ $12.99 T    $25.98
CLIP

1.00 EACH @ $1.10 T    $1.10
            Subtotal: $42.07
8.75% - TULARE COUNTY SALES TAX: $3.69
            TOTAL: $45.76

            INVOICE: $45.76
            CHANGE: $0.00

(X)
      Authorized Signature

A Minimum Finance Charge of
$1.00 or 1.5% per month
applies to all past due balances

----------------------------------
Thank You!
"Start Right, Start Here"

*[signature]*

Orange Cove Hardware
17216 County Line Road
Delano CA 93215
1-661-725-4122

Transaction#: A3151

pt07312009173012

BANGI010308

Associate: Manager
Date: 06/29/2009    Time: 09:38:31 AM

Due Date: 07/31/2009

*** SALE ***

PO: 59

Bill To:
Customer # 10514880
BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA 93216

dri ksm
   4.00 EACH @  $88.00 T        $352.00

            Subtotal: $352.00
8.75% - TULARE COUNTY SALES TAX: $30.8
                 TOTAL: $382.80

              INVOICE: $382.80
              CHANGE: $0.00

(X)
     Authorized Signature

    A Minimum Finance Charge of
    $1.00 or 1.5% per month
   applies to all past due balances

----------------------------------
          Thank You!
      "Start Right, Start Here"

*Martin dela Cruz*

---

          Orange Cove Hardware
          17216 County Line Road
             Delano CA 93215
             1-661-725-4122

Transaction#: A3177
Associate: Manager
Date: 06/29/2009    Time: 12:53:33 PM

Due Date: 07/31/2009

*** SALE ***

PO: CRAIG

Bill To:
Customer # 10514880
BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA 93216

BOOSTER CABLES
   1.00 EACH @  $36.99 T        $36.99

            Subtotal: $36.99
8.75% - TULARE COUNTY SALES TAX: $3.24
                 TOTAL: $40.23

              INVOICE: $40.23
              CHANGE: $0.00

(X)
     Authorized Signature

    A Minimum Finance Charge of
    $1.00 or 1.5% per month
   applies to all past due balances

----------------------------------
          Thank You!
      "Start Right, Start Here"

---

          Orange Cove Hardware
          17216 County Line Road
             Delano CA 93215
             1-661-725-4122

Transaction#: A3179
Associate: Manager
Date: 06/29/2009    Time: 12:59:03 PM

Due Date: 07/31/2009

*** SALE ***

PO: EL PERSON 59

Bill To:
Customer # 10514880
BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA 93216

10 GALLON IGLOOS
   20.00 EACH @ $48.00 T        $960.00
SCALES
   35.00 EACH @ $64.00 T       $2,240.00
            Subtotal: $3,200.00

---

8.75% - TULARE COUNTY SALES TAX: $84.0
2.5% - TULARE COUNTY SPECIAL TAX: $86.
                 TOTAL: $3,360.00

              INVOICE: $3,360.00
              CHANGE: $0.00

(X)
     Authorized Signature

    A Minimum Finance Charge of
    $1.00 or 1.5% per month
   applies to all past due balances

----------------------------------
          Thank You!
      "Start Right, Start Here"

*Jaime RG*

---

          Orange Cove Hardware
          17216 County Line Road
             Delano CA 93215
             1-661-725-4122

Transaction#: A3218
Associate: Manager
Date: 06/30/2009    Time: 09:10:55 AM

Due Date: 07/31/2009

*** SALE ***

PO: 60

Bill To:
Customer # 10514880
BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA 93216

190M Invisible Glass
737159
   1.00 EACH @  $5.99 T        $5.99
200% AutoDry Refill Soap
632694
   1.00 EACH @  $6.59 T        $6.59
160S Vinyl Protectant
251302
   1.00 EACH @  $7.59 T        $7.59
BRUSH
   1.00 EACH @  $35.00 T      $35.00
WHITE BASE
   1.00 EACH @  $3.49 T        $3.49
            Subtotal: $59.06
8.75% - TULARE COUNTY SALES TAX: $5.37
                 TOTAL: $64.23

              INVOICE: $64.23
              CHANGE: $0.00

(X)
     Authorized Signature

    A Minimum Finance Charge of
    $1.00 or 1.5% per month
   applies to all past due balances

----------------------------------
          Thank You!
      "Start Right, Start Here"

*Froddie*

---

          Orange Cove Hardware
          17216 County Line Road
             Delano CA 93215
             1-661-725-4122

Transaction#: A3255
Associate: Manager
Date: 06/30/2009    Time: 04:10:26 PM

Due Date: 07/31/2009

*** SALE ***

PO: 62

Bill To:
Customer # 10514880
BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA 93216

DUST MASKS
   1.00 EACH @  $21.00 T       $21.00
HEDGE SHEAR
   1.00 EACH @  $52.00 T       $52.00
            Subtotal: $73.00
8.75% - TULARE COUNTY SALES TAX: $6.39
                 TOTAL: $79.39

              INVOICE: $79.39
              CHANGE: $0.00

(X)
     Authorized Signature

p:073120091730:12

BANGI010309

A Minimum Finance Charge of
$1.00 or 1.5% per month
applies to all past due balances

------------------------------------
Thank You!
*Start Right, Start Here*

*Ramon Bang*

Orange Cove Hardware
17216 County Line Road
Delano CA 93215
1-661-725-4122

Transaction#: B2934
Associate: Manager
Date: 07/01/2009     Time: 10:49:31 AM

Due Date: 08/31/2009

*** SALE ***

PO: 57

Bill To:
Customer # 10514880
BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA 93216

2'' BALL DROP MOUNT KIT
1803307
   1.00 EACH @  $32.99 T      $32.99
NYLON GLOVES
   2.00 EACH @  $10.99 T      $21.98

              Subtotal: $54.97
8.75% - TULARE COUNTY SALES TAX: $2.89
2.5% - TULARE COUNTY SPECIAL TAX: $0.5
                 TOTAL: $56.41

              INVOICE: $56.41
               CHANGE: $0.00

(X)
    Authorized Signature

A Minimum Finance Charge of
$1.00 or 1.5% per month
applies to all past due balances

------------------------------------
Thank You!
*Start Right, Start Here*

Orange Cove Hardware
17216 County Line Road
Delano CA 93215
1-661-725-4122

Transaction#: A3277
Associate: Manager
Date: 07/01/2009     Time: 12:04:02 PM

Due Date: 08/31/2009

*** SALE ***

PO: CRAIG ( EL PERRISIMO)

Bill To:
Customer # 10514880
BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA 93216

CANOPY
   5.00 EACH @  $79.90 T     $399.50
DURA 4PK D Alk Battery
192096
   11.00 EACH @  $6.99 T      $76.89

              Subtotal: $476.39
8.75% - TULARE COUNTY SALES TAX: $41.6
                 TOTAL: $518.08

              INVOICE: $518.08
               CHANGE: $0.00

(X)
    Authorized Signature

A Minimum Finance Charge of
$1.00 or 1.5% per month
applies to all past due balances

------------------------------------
Thank You!
*Start Right, Start Here*

Page 16 for Customer # 10514880

---

*JAIMEGR*

Orange Cove Hardware
17216 County Line Road
Delano CA 93215
1-661-725-4122

Transaction#: B3003
Associate: Manager
Date: 07/02/2009     Time: 04:13:24 PM

Due Date: 08/31/2009

*** SALE ***

PO: 63

Bill To:
Customer # 10514880
BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA 93216

STAMP PADS
   4.00 EACH @  $5.99 T      $23.96
QUART INK
   1.00 EACH @  $44.99 T     $44.99

              Subtotal: $68.95
8.75% - TULARE COUNTY SALES TAX: $6.04
                 TOTAL: $74.99

              INVOICE: $74.99
               CHANGE: $0.00

(X)
    Authorized Signature

A Minimum Finance Charge of
$1.00 or 1.5% per month
applies to all past due balances

------------------------------------
Thank You!
*Start Right, Start Here*

*Tony*

Orange Cove Hardware
17216 County Line Road
Delano CA 93215
1-661-725-4122

Transaction#: B3009
Associate: Manager
Date: 07/03/2009     Time: 08:16:01 AM

Due Date: 08/31/2009

*** SALE ***

PO: 64

Bill To:
Customer # 10514880
BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA 93216

tapener staples
   8.00 EACH @  $4.99 T      $39.92

              Subtotal: $39.92
8.75% - TULARE COUNTY SALES TAX: $3.50
                 TOTAL: $43.42

              INVOICE: $43.42
               CHANGE: $0.00

(X)
    Authorized Signature

A Minimum Finance Charge of
$1.00 or 1.5% per month
applies to all past due balances

------------------------------------
Thank You!
*Start Right, Start Here*

Orange Cove Hardware
17216 County Line Road
Delano CA 93215
1-661-725-4122

Transaction#: A3408
Associate: Manager
Date: 07/06/2009     Time: 08:04:26 AM

Due Date: 08/31/2009

*** SALE ***

p107312009173012

PO: CRAIG

Bill To:
Customer # 10514880
BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA 93216

STHIL

1.00 EACH @   $3.49 T   $3.49
Mini-Tubing Cutter
412874
1.00 EACH @   $5.59 T   $9.99
GAL HP Degreaser
565515
1.00 EACH @   $15.99 T   $15.99
Subtotal: $29.47
8.75% - TULARE COUNTY SALES TAX: $2.58
TOTAL: $32.05

INVOICE: $32.05
CHANGE: $0.00

(X)
     Authorized Signature

A Minimum Finance Charge of
$1.00 or 1.5% per month
applies to all past due balances

.--------------------------------.
            Thank You!
     "Start Right, Start Here"

---

            Orange Cove Hardware
            17216 County Line Road
                Delano CA 93215
              1-661-725-4122

Transaction#: A3452
Associate: Manager
Date: 07/06/2009   Time: 02:31:42 PM

Due Date: 08/31/2009

              *** SALE ***

PO: 66

Bill To:
Customer # 10514880
BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA 93216

1/2 PINT INK

1.00 EACH @  $10.99 T   $10.99
STAMP PAD
1.00 EACH @   $5.99 T   $5.99
2-LINE STAMP
1.00 EACH @   $9.99 T   $9.99
Subtotal: $26.97
8.75% - TULARE COUNTY SALES TAX: $2.36
TOTAL: $29.33

INVOICE: $29.33
CHANGE: $0.00

(X)
     Authorized Signature

A Minimum Finance Charge of
$1.00 or 1.5% per month
applies to all past due balances

.--------------------------------.
            Thank You!
     "Start Right, Start Here"

---

            Orange Cove Hardware
            17216 County Line Road
                Delano CA 93215
              1-661-725-4122

Transaction#: B3073
Associate: Manager
Date: 07/06/2009   Time: 03:47:52 PM

Due Date: 08/31/2009

              *** SALE ***

PO: 66

Bill To:
Customer # 10514880
BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA 93216

AtlasBK Rubb WorX Glove
680266
Page 16 for Customer # 10514880

---

1.00 EACH @   $5.99 T   $5.99
1/4 FOAM
2.00 EACH @   $3.69 T   $7.38
DELUXE TIRE INFLATOR
2.00 EACH @  $44.69 T   $89.38
Subtotal: $102.75
8.75% - TULARE COUNTY SALES TAX: $9.00
TOTAL: $111.75

INVOICE: $111.75
CHANGE: $0.00

(X)
     Authorized Signature

A Minimum Finance Charge of
$1.00 or 1.5% per month
applies to all past due balances

.--------------------------------.
            Thank You!
     "Start Right, Start Here"

---

            Orange Cove Hardware
            17216 County Line Road
                Delano CA 93215
              1-661-725-4122

Transaction#: A3475
Associate: Manager
Date: 07/06/2009   Time: 04:26:35 PM

Due Date: 08/31/2009

              *** SALE ***

PO: 65

Bill To:
Customer # 10514880
BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA 93216

DUST MASK

1.00 EACH @   $4.99 T   $4.99
CLIPS
2.00 EACH @   $0.35 T   $0.70
UTILITY KNIFE
3.00 EACH @   $1.19 T   $3.57
Subtotal: $9.26
8.75% - TULARE COUNTY SALES TAX: $0.82
TOTAL: $10.08

INVOICE: $10.08
CHANGE: $0.00

(X)
     Authorized Signature

A Minimum Finance Charge of
$1.00 or 1.5% per month
applies to all past due balances

.--------------------------------.
            Thank You!
     "Start Right, Start Here"

---

            Orange Cove Hardware
            17216 County Line Road
                Delano CA 93215
              1-661-725-4122

Transaction#: A3496
Associate: Manager
Date: 07/07/2009   Time: 08:42:22 AM

Due Date: 08/31/2009

              *** SALE ***

PO: 67

Bill To:
Customer # 10514880
BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA 93216

GRADE SIZER

2.00 EACH @   $4.95 T   $9.90
GRADE SIZER
1.00 EACH @   $2.99 T   $2.99
Subtotal: $12.89
8.75% - TULARE COUNTY SALES TAX: $1.13
TOTAL: $14.02

INVOICE: $14.02
CHANGE: $0.00

p:07312009173012

(X)
Authorized Signature

A Minimum Finance Charge of
$1.00 or 1.5% per month
applies to all past due balances

------------------------------
Thank You!
"Start Right, Start Here"

------------------------------
Thank You!
"Start Right, Start Here"

Orange Cove Hardware
17216 County Line Road
Delano CA 93215
1-661-725-4122

Transaction#: B3132
Associate: Manager
Date: 07/08/2009     Time: 03:32:45 PM

Due Date: 08/31/2005

*** SALE ***

PO: 70

Bill To:
Customer # 10514880
BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA 93216

45CT 13 GAL Kitchen Bag
594074
    7.30 EACH @  $11.99 T        $83.93
                        Subtotal: $83.93
8.75% - TULARE COUNTY SALES TAX: $7.35
                        TOTAL: $91.28
                        INVOICE: $91.28
                        CHANGE: $0.00

(X)
Authorized Signature

A Minimum Finance Charge of
$1.00 or 1.5% per month
applies to all past due balances

------------------------------
Thank You!
"Start Right, Start Here"

Orange Cove Hardware
17216 County Line Road
Delano CA 93215
1-661-725-4122

Transaction#: A3551
Associate: Manager
Date: 07/08/2009     Time: 07:38:56 AM

Due Date: 08/31/2005

*** SALE ***

PO: 68

Bill To:
Customer # 10514880
BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA 93216

Cast QT 5W30 Motor Oil
121996
    4.00 EACH @  $3.99 T        $15.96
PLUG
    2.00 EACH @  $2.79 T        $5.58
HOOK
    4.00 EACH @  $3.19 T        $12.76
HOOKS
    4.00 EACH @  $2.40 T        $9.60
CLIP HOOKS
    4.00 EACH @  $4.19 T        $16.76
                        Subtotal: $60.66
8.75% - TULARE COUNTY SALES TAX: $5.31
                        TOTAL: $65.97
                        INVOICE: $65.97
                        CHANGE: $0.00

(X)
Authorized Signature

A Minimum Finance Charge of
$1.00 or 1.5% per month
applies to all past due balances

------------------------------
Thank You!
"Start Right, Start Here"

Orange Cove Hardware
17216 County Line Road
Delano CA 93215
1-661-725-4122

Transaction#: B3133
Associate: Manager
Date: 07/08/2009     Time: 03:42:21 PM

Due Date: 08/31/2005

*** SALE ***

PO: CRAIG

Bill To:
Customer # 10514880
BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA 93216

CLIPPER
    1.00 EACH @  $9.90 T        $9.90
                        Subtotal: $9.90
2.5% - TULARE COUNTY SPECIAL TAX: $0.2
                        TOTAL: $10.15
                        INVOICE: $10.15
                        CHANGE: $0.00

(X)
Authorized Signature

A Minimum Finance Charge of
$1.00 or 1.5% per month
applies to all past due balances

------------------------------
Thank You!
"Start Right, Start Here"

Orange Cove Hardware
17216 County Line Road
Delano CA 93215
1-661-725-4122

Transaction#: A3557
Associate: Manager
Date: 07/08/2009     Time: 08:16:17 AM

Due Date: 08/31/2009

*** SALE ***

PO: 69

Bill To:
Customer # 10514880
BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA 93216

INK
    1.00 EACH @  $5.99 T        $5.99
STAMP PAD
    1.00 EACH @  $5.99 T        $5.99
STAMP
    1.00 EACH @  $5.99 T        $5.99
                        Subtotal: $17.97
2.5% - TULARE COUNTY SPECIAL TAX: $0.4
                        TOTAL: $18.42
                        INVOICE: $18.42
                        CHANGE: $0.00

(X)
Authorized Signature

A Minimum Finance Charge of
$1.00 or 1.5% per month
applies to all past due balances

Orange Cove Hardware
17216 County Line Road
Delano CA 93215
1-661-725-4122

Transaction#: A3638
Associate: Manager
Date: 07/09/2009     Time: 12:50:55 PM

pr107312009173012

BANGI010312

Due Date: 08/31/2009

*** SALE ***

PO: 70

Bill To:
Customer # 10514880
BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA 93216

FLAT CUPS

  10.00 EACH @ $144.00 T   $1,440.00
DRI-ERM

  10.00 EACH @ $88.90 T   $889.00

          Subtotal: $2,329.00
8.75% - TULARE COUNTY SALES TAX: $203.
            TOTAL: $2,532.79

        INVOICE: $2,532.79
         CHANGE: $0.00

(X)
    Authorized Signature

A Minimum Finance Charge of
$1.00 or 1.5% per month
applies to all past due balances

------------------------------------
        Thank You!
   "Start Right, Start Here"

---

Orange Cove Hardware
17216 County Line Road
Delano CA 93215
1-661-725-4122

Transaction: A3649
Associate: Manager
Date: 07/09/2009   Time: 02:23:49 PM

Due Date: 08/31/2009

*** SALE ***

PO: 71

Bill To:
Customer # 10514880
BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA 93216

SIZING RINGS

  2.00 EACH @ $28.00 T   $56.00
2 LINE STAMP

  1.00 EACH @  $8.99 T   $8.99

          Subtotal: $64.99
2.5% - TULARE COUNTY SPECIAL TAX: $1.6
           TOTAL: $66.62

        INVOICE: $66.62
        CHANGE: $0.00

(X)
    Authorized Signature

A Minimum Finance Charge of
$1.00 or 1.5% per month
applies to all past due balances

------------------------------------
        Thank You!
   "Start Right, Start Here"

---

Orange Cove Hardware
17216 County Line Road
Delano CA 93215
1-661-725-4122

Transaction: A3655
Associate: Manager
Date: 07/09/2009   Time: 02:45:48 PM

Due Date: 08/31/2009

*** SALE ***

Bill To:
Customer # 10514880
BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA 93216

STAMP PAD

  1.00 EACH @  $5.99 T   $5.99
BOTTLE INK

  1.00 EACH @ $21.99 T   $21.99
STAMP

---

  1.00 EACH @  $8.99 T   $8.99

          Subtotal: $36.97
8.75% - TULARE COUNTY SALES TAX: $3.24
           TOTAL: $40.21

        INVOICE: $40.21
        CHANGE: $0.00

(X)
    Authorized Signature

A Minimum Finance Charge of
$1.00 or 1.5% per month
applies to all past due balances

------------------------------------
        Thank You!
   "Start Right, Start Here"

---

Orange Cove Hardware
17216 County Line Road
Delano CA 93215
1-661-725-4122

Transaction: A3716
Associate: Manager
Date: 07/10/2009   Time: 03:53:29 PM

Due Date: 08/31/2009

*** SALE ***

PO: 56

Bill To:
Customer # 10514880
BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA 93216

TRASH BAGS

  1.00 EACH @ $16.99 T   $16.99

          Subtotal: $16.99
8.75% - TULARE COUNTY SALES TAX: $1.49
           TOTAL: $18.48

        INVOICE: $18.48
        CHANGE: $0.00

(X)
    Authorized Signature

A Minimum Finance Charge of
$1.00 or 1.5% per month
applies to all past due balances

------------------------------------
        Thank You!
   "Start Right, Start Here"

---

Orange Cove Hardware
17216 County Line Road
Delano CA 93215
1-661-725-4122

Transaction: A3734
Associate: Manager
Date: 07/11/2009   Time: 10:35:18 AM

Due Date: 08/31/2009

*** SALE ***

PO: 72

Bill To:
Customer # 10514880
BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA 93216

NILON GLOVES

  12.00 EACH @ $10.99 T   $131.88
CLIPPER

  1.00 EACH @ $22.99 T   $22.99
MED Grain PigsKin Glove
532285

  5.00 EACH @ $10.99 T   $54.95
HOLSTER

  1.00 EACH @  $4.99 T   $4.99

          Subtotal: $214.81
8.75% - TULARE COUNTY SALES TAX: $18.8
           TOTAL: $233.61

        INVOICE: $233.61
        CHANGE: $0.00

(X)
    Authorized Signature

A Minimum Finance Charge of
$1.00 or 1.5% per month

BANGI010313

applies to all past due balances

--------------------------------
Thank You!
"Start Right, Start Here"

*Ramon Bangi*

---

Orange Cove Hardware
17216 County Line Road
Delano CA 93215
1-661-725-4122

Transaction: A3736
Associate: Manager
Date: 07/11/2009      Time: 10:40:06 AM

Due Date: 08/31/2009

*** RETURN ***

PO: 72

Bill To:
Customer # 10514880
BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA 93216

NYLON GLOVES
-12.00 EACH @  $10.99 T      -$131.88
CLIPPER
-1.00 EACH @  $22.99 T       -$22.99
NHD Grain Pigskin Glove
533295
-5.00 EACH @  $10.99 T       -$54.95
HOLSTER
-1.00 EACH @   $4.99 T        -$4.99

Subtotal: -$214.81
8.75% - TULARE COUNTY SALES TAX: -$18.
TOTAL: -$233.61

INVOICE: -$233.61
CHANGE: $0.00

(X)
Authorized Signature

A Minimum Finance Charge of
$1.00 or 1.5% per month
applies to all past due balances

--------------------------------
Thank You!
"Start Right, Start Here"

*Ramon Bangi*

---

Orange Cove Hardware
17216 County Line Road
Delano CA 93215
1-661-725-4122

Transaction: A3737
Associate: Manager
Date: 07/11/2009      Time: 10:41:50 AM

Due Date: 08/31/2009

*** SALE ***

PO: 72

Bill To:
Customer # 10514880
BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA 93216

GLOVES
12.00 EACH @   $0.99 T       $11.88
CLIPPER
1.00 EACH @  $22.99 T       $22.99
GLOVES
5.00 EACH @  $10.99 T       $54.95
HOSTLER
1.00 EACH @   $4.99 T        $4.99

Subtotal: $94.81
8.75% - TULARE COUNTY SALES TAX: $8.30
TOTAL: $103.11

INVOICE: $103.11
CHANGE: $0.00

(X)
Authorized Signature

A Minimum Finance Charge of
$1.00 or 1.5% per month
applies to all past due balances

--------------------------------
Thank You!
"Start Right, Start Here"

Page 19 for Customer # 10514880

---

*Ramon Bangi*

---

Orange Cove Hardware
17216 County Line Road
Delano CA 93215
1-661-725-4122

Transaction: A3747
Associate: Manager
Date: 07/13/2009      Time: 07:20:19 AM

Due Date: 08/31/2009

*** SALE ***

PO: CRAIG

Bill To:
Customer # 10514880
BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA 93216

2" WHT Chip Brush
666666
10.00 EACH @   $1.29 T       $12.90
CHEMICAL GLOVES
12.00 EACH @   $1.99 T       $23.88
GLASSES
12.00 EACH @   $3.99 T       $47.88

Subtotal: $84.66
8.75% - TULARE COUNTY SALES TAX: $1.13
2.5% - TULARE COUNTY SPECIAL TAX: $1.8
TOTAL: $87.59

INVOICE: $87.59
CHANGE: $0.00

(X)
Authorized Signature

A Minimum Finance Charge of
$1.00 or 1.5% per month
applies to all past due balances

--------------------------------
Thank You!
"Start Right, Start Here"

*from... FRONNIE DEGAMO*

---

Orange Cove Hardware
17216 County Line Road
Delano CA 93215
1-661-725-4122

Transaction: A3755
Associate: Manager
Date: 07/13/2009      Time: 08:18:25 AM

Due Date: 08/31/2009

*** SALE ***

PO: 74

Bill To:
Customer # 10514880
BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA 93216

DUST MASK
1.00 EACH @  $21.99 T       $21.99

Subtotal: $21.99
2.5% - TULARE COUNTY SPECIAL TAX: $0.5
TOTAL: $22.54

INVOICE: $22.54
CHANGE: $0.00

(X)
Authorized Signature

A Minimum Finance Charge of
$1.00 or 1.5% per month
applies to all past due balances

--------------------------------
Thank You!
"Start Right, Start Here"

*DENNIS Pawao*

---

Orange Cove Hardware
17216 County Line Road
Delano CA 93215
1-661-725-4122

Transaction#: A3814
Associate: Manager

prlc7312009173012

Date: 07/13/2009     Time: 03:37:20 PM

Due Date: 08/31/2009

*** SALE ***

Bill To:
Customer # 10514680
BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA 93216

STAMP PAD

1.00 EACH @  $5.99 T     $5.99
INK BOTTLE

1.00 EACH @  $10.99 T    $10.99
STAMP

1.00 EACH @  $8.99 T     $8.99

        Subtotal: $25.97
8.75% - TULARE COUNTY SALES TAX: $2.28
        TOTAL: $28.25

        INVOICE: $28.25
        CHANGE: $0.00

(X)
    Authorized Signature

A Minimum Finance Charge of
$1.00 or 1.5% per month
applies to all past due balances

----------------------------------
        Thank You!
    "Start Right, Start Here"

Orange Cove Hardware
17216 County Line Road
Delano CA 93215
1-661-725-4122

Transaction#: B3248
Associate: Manager
Date: 07/14/2009    Time: 09:09:38 AM

Due Date: 08/31/2009

*** SALE ***

PO: 75

Bill To:
Customer # 10514680
BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA 93216

PINT INK

2.00 EACH @  $9.99 T     $19.98
STAMP PADS

2.00 EACH @  $5.99 T     $11.98

        Subtotal: $31.96
8.75% - TULARE COUNTY SALES TAX: $2.80
        TOTAL: $34.76

        INVOICE: $34.76
        CHANGE: $0.00

(X)
    Authorized Signature

A Minimum Finance Charge of
$1.00 or 1.5% per month
applies to all past due balances

----------------------------------
        Thank You!
    "Start Right, Start Here"

Orange Cove Hardware
17216 County Line Road
Delano CA 93215
1-661-725-4122

Transaction#: A3837
Associate: Manager
Date: 07/14/2009    Time: 11:22:20 AM

Due Date: 08/31/2009

*** SALE ***

PO: 75

Bill To:
Customer # 10514680
BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA 93216

2 LINE STAMP

1.00 EACH @  $8.99 T     $8.99

        Subtotal: $8.99
2.5% - TULARE COUNTY SPECIAL TAX: $0.2
        TOTAL: $9.22

        INVOICE: $9.22
        CHANGE: $0.00

(X)
    Authorized Signature

A Minimum Finance Charge of
$1.00 or 1.5% per month
applies to all past due balances

----------------------------------
        Thank You!
    "Start Right, Start Here"

Orange Cove Hardware
17216 County Line Road
Delano CA 93215
1-661-725-4122

Transaction#: B3277
Associate: Manager
Date: 07/14/2009    Time: 03:52:50 PM

Due Date: 08/31/2009

*** SALE ***

PO: 75 JAIME EL PERISIMO

Bill To:
Customer # 10514680
BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA 93216

10 GAL IOLOO

20.00 EACH @  $48.00 T    $960.00

        Subtotal: $960.00
8.75% - TULARE COUNTY SALES TAX: $84.0
        TOTAL: $1,044.00

        INVOICE: $1,044.00
        CHANGE: $0.00

(X)
    Authorized Signature

A Minimum Finance Charge of
$1.00 or 1.5% per month
applies to all past due balances

----------------------------------
        Thank You!
    "Start Right, Start Here"

Orange Cove Hardware
17216 County Line Road
Delano CA 93215
1-661-725-4122

Transaction#: B3330
Associate: Manager
Date: 07/16/2009    Time: 07:28:52 AM

Due Date: 08/31/2009

*** SALE ***

PO: 001

Bill To:
Customer # 10514680
BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA 93316

tapener staples

5.00 EACH @  $4.99 T     $24.95

        Subtotal: $24.95
2.5% - TULARE COUNTY SPECIAL TAX: $0.6
        TOTAL: $25.56

        INVOICE: $25.56
        CHANGE: $0.00

(X)
    Authorized Signature

A Minimum Finance Charge of
$1.00 or 1.5% per month
applies to all past due balances

----------------------------------
        Thank You!
    "Start Right, Start Here"

prt07312009173012



Orange Cove Hardware
17216 County Line Road
Delano CA 93215
1-661-725-4122

Transaction#: A3913
Associate: Manager
Date: 07/16/2009      Time: 07:45:26 AM

Due Date: 08/31/2009

*** SALE ***

PO: CRAIG

Bill To:
Customer # 10514880
BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA 93216

insolated coveral

5.00 EACH @  $63.90 T      $349.50
drum lids for 55gal drums

50.00 EACH @  $2.50 T      $125.00

               Subtotal: $474.50
8.75% - TULARE COUNTY SALES TAX: $41.5
                    TOTAL: $516.02

               INVOICE: $516.02
                CHANGE: $0.00

(X)
      Authorized Signature

A Minimum Finance Charge of
$1.00 or 1.5% per month
applies to all past due balances

------------------------------
          Thank You!
    *Start Right, Start Here*

---

Orange Cove Hardware
17216 County Line Road
Delano CA 93215
1-661-725-4122

Transaction#: A3941
Associate: Manager
Date: 07/16/2009      Time: 01:54:57 PM

Due Date: 08/31/2009

*** SALE ***

PO: CRAIG

Bill To:
Customer # 10514880
BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA 93216

DOUBLE LINE STAMP

2.00 EACH @  $9.90 T      $19.80
STYRO INK BOTTLE

2.00 EACH @  $9.90 T      $19.80
STAMP PAD

2.00 EACH @  $5.99 T      $11.98

               Subtotal: $51.58
2.5% - TULARE COUNTY SPECIAL TAX: $1.2
                    TOTAL: $52.87

               INVOICE: $52.87
                CHANGE: $0.00

(X)
      Authorized Signature

A Minimum Finance Charge of
$1.00 or 1.5% per month
applies to all past due balances

------------------------------
          Thank You!
    *Start Right, Start Here*

---

Orange Cove Hardware
17216 County Line Road
Delano CA 93215
1-661-725-4122

Transaction#: B3431
Associate: Manager
Date: 07/17/2009      Time: 01:57:19 PM

---

Due Date: 08/31/2009

*** SALE ***

PO: CRAIG

Bill To:
Customer # 10514880
BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA 93216

GLASSES

100.00 EACH @  $2.90 T      $290.00
CHEMICAL GLOVES

9.00 EACH @  $10.00 T      $90.00
100PK RED ALU Rivet
140517

5.00 EACH @  $6.99 T      $34.95

               Subtotal: $414.95
2.5% - TULARE COUNTY SPECIAL TAX: $9.5
8.75% - TULARE COUNTY SALES TAX: $3.06
                    TOTAL: $427.51

               INVOICE: $427.51
                CHANGE: $0.00

(X)
      Authorized Signature

A Minimum Finance Charge of
$1.00 or 1.5% per month
applies to all past due balances

------------------------------
          Thank You!
    *Start Right, Start Here*

---

Orange Cove Hardware
17216 County Line Road
Delano CA 93215
1-661-725-4122

Transaction#: B3427
Associate: Manager
Date: 07/18/2009      Time: 11:05:30 AM

Due Date: 08/31/2009

*** SALE ***

PO: CRAIG

Bill To:
Customer # 10514880
BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA 93216

PIN

1.00 EACH @  $4.99 T      $4.99
GLOVES

1.00 EACH @  $5.99 T      $5.99
CLIPS

2.00 EACH @  $3.30 T      $6.60

               Subtotal: $17.58
8.75% - TULARE COUNTY SALES TAX: $1.54
                    TOTAL: $19.12

               INVOICE: $19.12
                CHANGE: $0.00

(X)
      Authorized Signature

A Minimum Finance Charge of
$1.00 or 1.5% per month
applies to all past due balances

------------------------------
          Thank You!
    *Start Right, Start Here*

---

Orange Cove Hardware
17216 County Line Road
Delano CA 93215
1-661-725-4122

Transaction#: B3441
Associate: Manager
Date: 07/20/2009      Time: 08:43:04 AM

Due Date: 08/31/2009

*** SALE ***

PO: 77

Bill To:
Customer # 10514880
BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA 93216

prt07312009173012

BANGI010316

```
013622PK 1-1/2 Warded Lock
1916C:
   1.00 EACH @   $9.99 T        $9.99
TRUCK ROPE

  35.00 EACH @   $0.30 T       $10.50
                 Subtotal: $20.49
8.75% - TULARE COUNTY SALES TAX: $1.80
                    TOTAL: $22.29

               INVOICE: $22.29
                CHANGE: $0.00

[X]
        Authorized Signature

    A Minimum Finance Charge of
    $1.00 or 1.5% per month
    applies to all past due balance

    -------------------------------
              Thank You!
        "Start Right, Start Here"
```

```
     Orange Cove Hardware
     17216 County Line Road
        Delano CA 93215
        1-661-725-4122

Transaction#: A4059
Associate: Manager
Date: 07/20/2009   Time: 02:41:29 PM

Due Date: 08/31/2009

          *** SALE ***

PO: 78

Bill To:
Customer # 10514880
BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA 93216


2 LINE STAMP

   2.00 EACH @   $5.99 T       $11.98
                 Subtotal: $11.98
2.5% - TULARE COUNTY SPECIAL TAX: $0.3
                    TOTAL: $12.28

               INVOICE: $12.28
                CHANGE: $0.00

[X]
        Authorized Signature

    A Minimum Finance Charge of
    $1.00 or 1.5% per month
    applies to all past due balances

    -------------------------------
              Thank You!
        "Start Right, Start Here"
```

```
     Orange Cove Hardware
     17216 County Line Road
        Delano CA 93215
        1-661-725-4122

Transaction#: A4125
Associate: Manager
Date: 07/22/2009   Time: 07:28:42 AM

Due Date: 08/31/2009

          *** SALE ***

PO: 71

Bill To:
Customer # 10514880
BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA 93216


TAPENER STAPLES

  10.00 EACH @   $4.99 T       $49.90
                 Subtotal: $49.90
2.5% - TULARE COUNTY SPECIAL TAX: $1.2
                    TOTAL: $51.16

               INVOICE: $51.15
                CHANGE: $0.00

[X]
        Authorized Signature

    A Minimum Finance Charge of
    $1.00 or 1.5% per month
    applies to all past due balances
```

```
              Thank You!
        "Start Right, Start Here"
```

```
     Orange Cove Hardware
     17216 County Line Road
        Delano CA 93215
        1-661-725-4122

Transaction#: A4214
Associate: Manager
Date: 07/23/2009   Time: 02:53:06 PM

Due Date: 08/31/2009

          *** SALE ***

PO: CRAIG

Bill To:
Customer # 10514880
BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA 93216


INK

   2.00 EACH @  $22.99 T       $45.98
                 Subtotal: $45.98
8.75% - TULARE COUNTY SALES TAX: $4.03
                    TOTAL: $50.01

               INVOICE: $50.01
                CHANGE: $0.00

[X]
        Authorized Signature

    A Minimum Finance Charge of
    $1.00 or 1.5% per month
    applies to all past due balances

    -------------------------------
              Thank You!
        "Start Right, Start Here"
```

```
     Orange Cove Hardware
     17216 County Line Road
        Delano CA 93215
        1-661-725-4122

Transaction#: A4244
Associate: Manager
Date: 07/24/2009   Time: 11:05:12 AM

Due Date: 08/31/2009

          *** SALE ***

PO: 79

Bill To:
Customer # 10514880
BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA 93216


GLOVES

   3.00 EACH @   $5.99 T       $17.97
                 Subtotal: $17.97
8.75% - TULARE COUNTY SALES TAX: $1.58
                    TOTAL: $19.55

               INVOICE: $19.55
                CHANGE: $0.00

[X]
        Authorized Signature

    A Minimum Finance Charge of
    $1.00 or 1.5% per month
    applies to all past due balances

    -------------------------------
              Thank You!
        "Start Right, Start Here"
```

```
     Orange Cove Hardware
     17216 County Line Road
        Delano CA 93215
        1-661-725-4122

Transaction#: 33635
Associate: Manager
Date: 07/24/2009   Time: 02:41:30 PM
```

```
             Thank You!
        "Start Right, Start Here"
```

BANGI010317

Due Date: 08/31/2009

*** SALE ***

PO: 80

Bill To:
Customer # 10514880
BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA 93216

POOSE SHOT
  1.00 EACH @  $6.99 T   $6.99
RESULT
  1.00 EACH @  $9.99 T   $9.99
              Subtotal: $16.98
8.75% - TULARE COUNTY SALES TAX: $1.49
              TOTAL: $18.47
          INVOICE: $18.47
          CHANGE: $0.00

(X) _____
    Authorized Signature

A Minimum Finance Charge of
$1.00 or 1.5% per month
applies to all past due balances

.--------------------------------.
        Thank You!
    "Start Right, Start Here"

---

Orange Cove Hardware
17216 County Line Road
Delano CA 93215
1-661-725-4122

Transaction: A4282
Associate: Manager
Date: 07/25/2009   Time: 10:27:43 AM

Due Date: 08/31/2009

*** SALE ***

PO: 81

Bill To:
Customer # 10514880
BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA 93216

MASKS
  1.00 EACH @ $21.99 T   $21.99
3 In One 20Z MP Oil
211812
  1.00 EACH @  $3.19 T   $3.19
5/8x3/4 Nyl Fem Coupler
316375
  1.00 EACH @  $2.79 T   $2.79
              Subtotal: $27.97
8.75% - TULARE COUNTY SALES TAX: $2.45
              TOTAL: $30.42
          INVOICE: $30.42
          CHANGE: $0.00

(X) _____
    Authorized Signature

A Minimum Finance Charge of
$1.00 or 1.5% per month
applies to all past due balances

.--------------------------------.
        Thank You!
    "Start Right, Start Here"

---

Orange Cove Hardware
17216 County Line Road
Delano CA 93215
1-661-725-4122

Transaction: B3658
Associate: Manager
Date: 07/27/2009   Time: 09:44:02 AM

Due Date: 08/31/2009

*** SALE ***

Bill To:
Customer # 10514880
BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA 93216

FLAT CUPS
 10.00 EACH @ $144.00 T   $1,440.00
DRI KEM

---

 15.00 EACH @  $88.00 T   $1,320.00
FOOSE SHOTS
  2.00 EACH @  $6.99 T   $13.98
              Subtotal: $2,773.98
8.75% - TULARE COUNTY SALES TAX: $242.
              TOTAL: $3,016.71
          INVOICE: $3,016.71
          CHANGE: $0.00

(X) _____
    Authorized Signature

A Minimum Finance Charge of
$1.00 or 1.5% per month
applies to all past due balances

.--------------------------------.
        Thank You!
    "Start Right, Start Here"

---

Orange Cove Hardware
17216 County Line Road
Delano CA 93215
1-661-725-4122

Transaction: A4313
Associate: Manager
Date: 07/27/2009   Time: 11:24:49 AM

Due Date: 08/31/2009

*** SALE ***

PO: 83

Bill To:
Customer # 10514880
BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA 93216

AIR HOSE
  1.00 EACH @ $35.99 T   $35.99
              Subtotal: $35.99
8.75% - TULARE COUNTY SALES TAX: $3.15
              TOTAL: $35.14
          INVOICE: $39.14
          CHANGE: $0.00

(X) _____
    Authorized Signature

A Minimum Finance Charge of
$1.00 or 1.5% per month
applies to all past due balances

.--------------------------------.
        Thank You!
    "Start Right, Start Here"

---

Orange Cove Hardware
17216 County Line Road
Delano CA 93215
1-661-725-4122

Transaction: A4352
Associate: Manager
Date: 07/28/2009   Time: 09:31:38 AM

Due Date: 08/31/2009

*** SALE ***

PO: 84

Bill To:
Customer # 10514880
BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA 93216

15x13 Blow Vehic Emblem
233017
  8.00 EACH @ $10.99 T   $87.92
MOP RAGS
  3.00 EACH @  $3.99 T   $11.97
HD Staple Gun
136691
  1.00 EACH @ $20.99 T   $20.99
5000FT T50 1/4" Staple
238862
  3.00 BOX @ $11.99 T   $11.99
GAL Specs Thinner
204105
  1.00 EACH @ $10.99 T   $10.99
              Subtotal: $143.85
8.75% - TULARE COUNTY SALES TAX: $12.5
              TOTAL: $156.45
          INVOICE: $156.45
          CHANGE: $0.00

BANGI010318

(X) _____
     Authorised Signature

   A Minimum Finance Charge of
   $1.00 or 1.5% per month
   applies to all past due balances

.-----------------------------------.
          Thank You!
     *Start Right, Start Here*

*Martin de la Cruz* (signature)

---

        Orange Cove Hardware
       17216 County Line Road
          Delano CA 93215
          1-661-725-4122

Transaction#: 83746
Associate: Manager
Date: 07/29/2009    Time: 09:44:49 AM

Due Date: 08/31/2009

           *** SALE ***

Bill To:
Customer # 10534880
BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA 93216


COVER ALL

   1.00 EACH @ $65.00 T      $65.00
COVER ALL

   1.00 EACH @ $29.99 T      $29.99
                 Subtotal: $94.99
8.75% - TULARE COUNTY SALES TAX: $8.32
                    TOTAL: $103.31

                 INVOICE: $103.31
                  CHANGE: $0.00

   (X) _____
        Authorized Signature

   A Minimum Finance Charge of
   $1.00 or 1.5% per month
   applies to all past due balances

.-----------------------------------.
          Thank You!
     *Start Right, Start Here*

*Jaime RG* (signature)

---

        Orange Cove Hardware
       17216 County Line Road
          Delano CA 93215
          1-661-725-4122

Transaction#: 83804
Associate: Manager
Date: 07/31/2009    Time: 07:03:16 AM

Due Date: 08/31/2009

           *** SALE ***

PO: CRAIG

Bill To:
Customer # 10534880
BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA 93216


FRUIT RACKS

   25.00 EACH @ $25.90 T    $647.50
                 Subtotal: $647.50
2.5% - TULARE COUNTY SPECIAL TAX: $16.
                    TOTAL: $663.69

                 INVOICE: $663.69
                  CHANGE: $0.00

   (X) _____
        Authorized Signature

   A Minimum Finance Charge of
   $1.00 or 1.5% per month
   applies to all past due balances

.-----------------------------------.
          Thank You!
     *Start right, Start Here*

*Jaime RG* (signature)

---

       Orange Cove Hardware
Page 24 for Customer # 10534880

---

       17216 County Line Road
          Delano CA 93215
          1-661-725-4122

Transaction#: A4473
Associate: Manager
Date: 07/31/2009    Time: 10:29:04 AM

Due Date: 08/31/2009

           *** SALE ***

PO: CRAIG

Bill To:
Customer # 10534880
BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA 93216


12" CBG Safe Cone
8452S3
   3.00 EACH @   $9.49 T     $28.47
                 Subtotal: $28.47
8.75% - TULARE COUNTY SALES TAX: $2.50
                    TOTAL: $30.97

                 INVOICE: $30.97
                  CHANGE: $0.00

   (X) _____
        Authorized Signature

   A Minimum Finance Charge of
   $1.00 or 1.5% per month
   applies to all past due balances

.-----------------------------------.
          Thank You!
     *Start Right, Start Here*

(signature)

---

(signature)

---

BANGI010319

𝒯 & ℛ 𝐵𝑎𝑛𝑔𝑖 𝒜𝑔 𝒮𝑒𝑟𝑣𝑖𝑐𝑒𝑠 • P.O. BOX 1141 • RICHGROVE, CA 93261-1141

| Date: 09/07/2009 | Vendor: 33  ORANGE COVE HARDWARE INC. | | Check #: 75496 | | 075496 |
|---|---|---|---|---|---|
| **Date** | **Invoice #** | **Description** | **Invoice Total** | **Discount** | **Net Paid** |
| 09/07/2009 | 09/09 | | 30,682.26 | 0.00 | 30,682.26 |
| | | **Check Totals:** | **30,682.26** | **0.00** | **30,682.26** |

Since 1947

BANGI010320

**Orange Cove Hardware**
P.O.BOX 368
ORANGE COVE, CA  93646
1-661-725-4122



Terms:  Statement FC

**BANGI'S AG-MANAGEMENT**
P.O. BOX 724
DELANO, CA  93216

Account #: 10514880

(fold here)

BANGI010321

Orange Cove Hardware
P.O.BOX 368
ORANGE COVE, CA  93646
1-661-725-4122



## STATEMENT

### Statement Date: **08/31/2009**

**Terms:  Statement FC**

BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA  93216

*934*

Account #: 10514880

| Date | Trans Num | PO | Due Date | Amount | Adjustments | Applied | Inv Balance |
|------|-----------|-----|----------|--------|-------------|---------|-------------|
| 07/01/2009 | B2934 | 57 | 08/31/2009 | $58.41 | $0.00 | $0.00 | $58.41 |
| 07/01/2009 | A3277 | CREIG ( EL PERRISIMO) | 08/31/2009 | $518.08 | $0.00 | $0.00 | $518.08 |
| 07/02/2009 | B3003 | 63 | 08/31/2009 | $74.99 | $0.00 | $0.00 | $74.99 |
| 07/03/2009 | B3009 | 64 | 08/31/2009 | $43.42 | $0.00 | $0.00 | $43.42 |
| 07/06/2009 | A3408 | CRAIG | 08/31/2009 | $32.05 | $0.00 | $0.00 | $32.05 |
| 07/06/2009 | A3452 | 66 | 08/31/2009 | $29.33 | $0.00 | $0.00 | $29.33 |
| 07/06/2009 | B3073 | 66 | 08/31/2009 | $111.75 | $0.00 | $0.00 | $111.75 |
| 07/06/2009 | A3475 | 65 | 08/31/2009 | $10.08 | $0.00 | $0.00 | $10.08 |
| 07/07/2009 | A3496 | 67 | 08/31/2009 | $14.02 | $0.00 | $0.00 | $14.02 |
| 07/08/2009 | A3551 | 68 | 08/31/2009 | $65.97 | $0.00 | $0.00 | $65.97 |
| 07/08/2009 | A3557 | 69 | 08/31/2009 | $18.42 | $0.00 | $0.00 | $18.42 |
| 07/08/2009 | B3132 | 70 | 08/31/2009 | $91.28 | $0.00 | $0.00 | $91.28 |
| 07/08/2009 | B3133 | CRAIG | 08/31/2009 | $10.15 | $0.00 | $0.00 | $10.15 |
| 07/09/2009 | A3638 | 70 | 08/31/2009 | $2,532.79 | $0.00 | $0.00 | $2,532.79 |
| 07/09/2009 | A3649 | 71 | 08/31/2009 | $66.62 | $0.00 | $0.00 | $66.62 |
| 07/09/2009 | A3655 | | 08/31/2009 | $40.21 | $0.00 | $0.00 | $40.21 |
| 07/10/2009 | A3716 | 96 | 08/31/2009 | $18.48 | $0.00 | $0.00 | $18.48 |
| 07/11/2009 | A3734 | 72 | 08/31/2009 | $233.61 | $0.00 | $0.00 | $233.61 |
| 07/11/2009 | A3736 | 72 | 08/31/2009 | -$233.61 | $0.00 | $0.00 | -$233.61 |
| 07/11/2009 | A3737 | 72 | 08/31/2009 | $103.11 | $0.00 | $0.00 | $103.11 |
| 07/13/2009 | A3747 | CRAIG | 08/31/2009 | $87.59 | $0.00 | $0.00 | $87.59 |
| 07/13/2009 | A3759 | 74 | 08/31/2009 | $22.54 | $0.00 | $0.00 | $22.54 |
| 07/13/2009 | A3814 | | 08/31/2009 | $28.25 | $0.00 | $0.00 | $28.25 |
| 07/14/2009 | B3248 | 75 | 08/31/2009 | $34.76 | $0.00 | $0.00 | $34.76 |
| 07/14/2009 | A3837 | 75 | 08/31/2009 | .$9.22 | $0.00 | $0.00 | $9.22 |
| 07/14/2009 | B3277 | 76 JAIME EL PERISIMO | 08/31/2009 | $1,044.00 | $0.00 | $0.00 | $1,044.00 |
| 07/16/2009 | B3330 | 001 | 08/31/2009 | $25.58 | $0.00 | $0.00 | $25.58 |
| 07/16/2009 | A3913 | | 08/31/2009 | $516.02 | $0.00 | $0.00 | $516.02 |
| 07/16/2009 | A3941 | CRAIG | 08/31/2009 | $52.87 | $0.00 | $0.00 | $52.87 |
| 07/17/2009 | B3401 | CRAIG | 08/31/2009 | $427.51 | $0.00 | $0.00 | $427.51 |
| 07/18/2009 | B3427 | CRAIG | 08/31/2009 | $19.12 | $0.00 | $0.00 | $19.12 |
| 07/20/2009 | B3441 | 77 | 08/31/2009 | $22.29 | $0.00 | $0.00 | $22.29 |
| 07/20/2009 | A4059 | 78 | 08/31/2009 | $12.28 | $0.00 | $0.00 | $12.28 |
| 07/22/2009 | A4125 | 71 | 08/31/2009 | $51.15 | $0.00 | $0.00 | $51.15 |
| 07/23/2009 | A4214 | CRAIG | 08/31/2009 | $50.01 | $0.00 | $0.00 | $50.01 |
| 07/24/2009 | A4244 | 79 | 08/31/2009 | $19.55 | $0.00 | $0.00 | $19.55 |
| 07/24/2009 | B3625 | 80 | 08/31/2009 | $18.47 | $0.00 | $0.00 | $18.47 |
| 07/25/2009 | A4282 | 81 | 08/31/2009 | $30.42 | $0.00 | $0.00 | $30.42 |
| 07/27/2009 | B3658 | | 08/31/2009 | $3,016.71 | $0.00 | $0.00 | $3,016.71 |

Page 3 for Customer # 10514880

**Invoices on Reverse Side**

prt08312009180027

BANGI010322

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 07/27/2009 | A4312 | 83 | 08/31/2009 | $39.14 | $0.00 | $0.00 | $39.14 |
| 07/28/2009 | A4352 | 84 | 08/31/2009 | $156.45 | $0.00 | $0.00 | $156.45 |
| 07/29/2009 | B3746 | | 08/31/2009 | $103.31 | $0.00 | $0.00 | $103.31 |
| 07/31/2009 | B3804 | CREIG | 08/31/2009 | $663.69 | $0.00 | $0.00 | $663.69 |
| 07/31/2009 | A4473 | CRAIG | 08/31/2009 | $30.97 | $0.00 | $0.00 | $30.97 |
| 07/31/2009 | FCH3225 | Finance Charge | 08/31/2009 | $0.00 | $342.89 | $0.00 | $342.89 |
| 08/01/2009 | A4534 | 85 | 09/30/2009 | $113.10 | $0.00 | $0.00 | $113.10 |
| 08/03/2009 | A4557 | 86 | 09/30/2009 | $35.30 | $0.00 | $0.00 | $35.30 |
| 08/03/2009 | B3867 | 86 | 09/30/2009 | $35.86 | $0.00 | $0.00 | $35.86 |
| 08/03/2009 | B3882 | 86 | 09/30/2009 | $237.08 | $0.00 | $0.00 | $237.08 |
| 08/04/2009 | A4637 | 87 | 09/30/2009 | $1,054.88 | $0.00 | $0.00 | $1,054.88 |
| 08/07/2009 | A4747 | 88 | 09/30/2009 | $4.34 | $0.00 | $0.00 | $4.34 |
| 08/10/2009 | A4853 | EDGAR CARINO | 09/30/2009 | $15.36 | $0.00 | $0.00 | $15.36 |
| 08/10/2009 | A4859 | 90 | 09/30/2009 | $3,751.88 | $0.00 | $0.00 | $3,751.88 |
| 08/11/2009 | A4884 | 92 | 09/30/2009 | $43.48 | $0.00 | $0.00 | $43.48 |
| 08/11/2009 | A4889 | 91 | 09/30/2009 | $310.79 | $0.00 | $0.00 | $310.79 |
| 08/11/2009 | B4099 | EDGAR CARINO | 09/30/2009 | $18.42 | $0.00 | $0.00 | $18.42 |
| 08/11/2009 | B4105 | EDGAR CARINIO | 09/30/2009 | $22.52 | $0.00 | $0.00 | $22.52 |
| 08/12/2009 | B4127 | 000093 | 09/30/2009 | $553.48 | $0.00 | $0.00 | $553.48 |
| 08/12/2009 | A4953 | | 09/30/2009 | $19.55 | $0.00 | $0.00 | $19.55 |
| 08/12/2009 | A4973 | CRAIG | 09/30/2009 | $95.70 | $0.00 | $0.00 | $95.70 |
| 08/13/2009 | A4988 | | 09/30/2009 | $22.81 | $0.00 | $0.00 | $22.81 |
| 08/13/2009 | B4149 | 95 EL PERRISIMO | 09/30/2009 | $73.50 | $0.00 | $0.00 | $73.50 |
| 08/13/2009 | B4163 | 96 | 09/30/2009 | $1,288.69 | $0.00 | $0.00 | $1,288.69 |
| 08/13/2009 | B4181 | 91 | 09/30/2009 | $26.30 | $0.00 | $0.00 | $26.30 |
| 08/14/2009 | A5052 | 97 | 09/30/2009 | $10.87 | $0.00 | $0.00 | $10.87 |
| 08/17/2009 | A5095 | 98 | 09/30/2009 | $18.43 | $0.00 | $0.00 | $18.43 |
| 08/17/2009 | A5128 | 96 | 09/30/2009 | $182.44 | $0.00 | $0.00 | $182.44 |
| 08/17/2009 | B4263 | 99 | 09/30/2009 | $21.74 | $0.00 | $0.00 | $21.74 |
| 08/18/2009 | A5161 | 99 | 09/30/2009 | $409.59 | $0.00 | $0.00 | $409.59 |
| 08/18/2009 | A5162 | 99 | 09/30/2009 | $306.89 | $0.00 | $0.00 | $306.89 |
| 08/18/2009 | B4301 | 99 | 09/30/2009 | $42.99 | $0.00 | $0.00 | $42.99 |
| 08/19/2009 | A5193 | 100 | 09/30/2009 | $18.87 | $0.00 | $0.00 | $18.87 |
| 08/19/2009 | B4329 | 101 | 09/30/2009 | $6.14 | $0.00 | $0.00 | $6.14 |
| 08/19/2009 | B4338 | 102 | 09/30/2009 | $70.52 | $0.00 | $0.00 | $70.52 |
| 08/19/2009 | A5214 | CREIG | 09/30/2009 | $53.25 | $0.00 | $0.00 | $53.25 |
| 08/19/2009 | B4340 | 103 | 09/30/2009 | $14.13 | $0.00 | $0.00 | $14.13 |
| 08/19/2009 | A5216 | 92 | 09/30/2009 | $59.76 | $0.00 | $0.00 | $59.76 |
| 08/19/2009 | A5218 | 104 | 09/30/2009 | $186.92 | $0.00 | $0.00 | $186.92 |
| 08/20/2009 | A5226 | CRAIG | 09/30/2009 | $9.22 | $0.00 | $0.00 | $9.22 |
| 08/21/2009 | A5273 | CRAIG | 09/30/2009 | $21.60 | $0.00 | $0.00 | $21.50 |
| 08/21/2009 | A5276 | 106 | 09/30/2009 | $42.99 | $0.00 | $0.00 | $42.99 |
| 08/22/2009 | B4434 | 93 | 09/30/2009 | $58.91 | $0.00 | $0.00 | $58.91 |
| 08/24/2009 | A5348 | CRAIG | 09/30/2009 | $1,185.87 | $0.00 | $0.00 | $1,185.87 |
| 08/24/2009 | B4467 | CREIG | 09/30/2009 | $27.31 | $0.00 | $0.00 | $27.31 |
| 08/25/2009 | A5375 | CRAIG | 09/30/2009 | $9.22 | $0.00 | $0.00 | $9.22 |
| 08/25/2009 | A5382 | | 09/30/2009 | $76.88 | $0.00 | $0.00 | $76.88 |
| 08/26/2009 | A5428 | 108 | 09/30/2009 | $328.73 | $0.00 | $0.00 | $328.73 |
| 08/26/2009 | A5445 | 109 | 09/30/2009 | $18.43 | $0.00 | $0.00 | $18.43 |
| 08/26/2009 | A5449 | 110 | 09/30/2009 | $3,012.38 | $0.00 | $0.00 | $3,012.38 |
| 08/27/2009 | A5485 | CRAIG | 09/30/2009 | $53.24 | $0.00 | $0.00 | $53.24 |
| 08/28/2009 | B4571 | CREIG | 09/30/2009 | $2,397.62 | $0.00 | $0.00 | $2,397.62 |
| 08/28/2009 | B4579 | 108 | 09/30/2009 | $613.02 | $0.00 | $0.00 | $613.02 |
| 08/28/2009 | B4581 | 108 | 09/30/2009 | $2,232.10 | $0.00 | $0.00 | $2,232.10 |
| 08/28/2009 | B4591 | 111 | 09/30/2009 | $201.18 | $0.00 | $0.00 | $201.18 |
| 08/31/2009 | B4605 | 112 | 09/30/2009 | $153.45 | $0.00 | $0.00 | $153.45 |

BANGI010323

| 08/31/2009 | B4628 | 112 | 09/30/2009 | $295.86 | $0.00 | $0.00 | $295.86 |
| 08/31/2009 | FCH4262 | Finance Charge | 09/30/2009 | $0.00 | $154.82 | $0.00 | $154.82 |
| | | | Totals: | $30,184.55 | $497.71 | $0.00 | $30,682.26 |

| Aging Report by Due Date | |
| --- | --- |
| PAST DUE: | $0.00 |
| Current: | $30,682.26 |
| 1 to 30 Days: | $0.00 |
| 31 to 60 Days: | $0.00 |
| 61 to 90 Days: | $0.00 |
| Over 90 Days: | $0.00 |

| Account Summary | |
| --- | --- |
| Pending Payments: | $0.00 |
| Repair Balance Due: | $0.00 |
| Layaway Balance Due: | $0.00 |
| Last Payment: 08/12/2009 for $22,859.11 | |

**Total Invoices Due:**

**$30,682.26**

## GET YOUR RAISIN TRAYS HERE!!!

BANGI010324

Orange Cove Hardware
17216 County Line Road
Delano CA 93215
1-661-725-4122

Transaction#: 82934
Associate: Manager
Date: 07/01/2009     Time: 10:49:31 AM

Due Date: 08/31/2009

*** SALE ***

PO: 57

Bill To:
Customer # 10514880
BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA 93216

2'' BALL DROP MOUNT KIT
1803307
    1.00 EACH @  $32.99 T      $32.99
NYLON GLOVES

    2.00 EACH @  $10.99 T      $21.98

                Subtotal: $54.97
8.75% - TULARE COUNTY SALES TAX: $2.89
2.5% - TULARE COUNTY SPECIAL TAX: $0.5
                TOTAL: $58.41

                INVOICE: $58.41
                CHANGE: $0.00

(X)
        Authorized Signature

    A Minimum Finance Charge of
    $1.00 or 1.5% per month
    applies to all past due balances

-----------------------------------
            Thank You!
        "Start Right, Start Here"

Orange Cove Hardware
17216 County Line Road
Delano CA 93215
1-661-725-4122

Transaction#: A3277
Associate: Manager
Date: 07/01/2009     Time: 12:04:02 PM

Due Date: 08/31/2009

*** SALE ***

PO: ORTIZ ( EL PERRISIMO)

Bill To:
Customer # 10514880
BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA 93216

CANOPY
    5.00 EACH @  $79.90 T     $399.50
DURA 4PK D Alk Battery
19209C
   11.00 EACH @   $6.99 T      $76.83

                Subtotal: $476.33
8.75% - TULARE COUNTY SALES TAX: $41.6
                TOTAL: $518.03

                INVOICE: $518.03
                CHANGE: $0.00

(X)
        Authorized Signature

    A Minimum Finance Charge of
    $1.00 or 1.5% per month
    applies to all past due balances

-----------------------------------
            Thank You!
        "Start Right, Start Here"

Orange Cove Hardware
17216 County Line Road
Delano CA 93215
1-661-725-4122

Transaction#: B3C03
Associate: Manager
Date: 07/02/2009     Time: 04:19:24 PM

Due Date: 08/31/2009

*** SALE ***

PO: 63

Page 6 for Customer # 10514880

---

Bill To:
Customer # 10514880
BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA 93216

STAMP PADS
    4.00 EACH @   $5.99 T      $23.96
QUANT INK
    1.00 EACH @  $44.99 T      $44.99

                Subtotal: $68.95
8.75% - TULARE COUNTY SALES TAX: $6.04
                TOTAL: $74.99

                INVOICE: $74.99
                CHANGE: $0.00

(X)
        Authorized Signature

    A Minimum Finance Charge of
    $1.00 or 1.5% per month
    applies to all past due balances

-----------------------------------
            Thank You!
        "Start Right, Start Here"

Orange Cove Hardware
17216 County Line Road
Delano CA 93215
1-661-725-4122

Transaction#: B3009
Associate: Manager
Date: 07/03/2009     Time: 08:16:01 AM

Due Date: 08/31/2009

*** SALE ***

PO: 64

Bill To:
Customer # 10514880
BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA 93216

tapener staples
    8.00 EACH @   $4.99 T      $39.92

                Subtotal: $39.92
8.75% - TULARE COUNTY SALES TAX: $3.50
                TOTAL: $43.42

                INVOICE: $43.42
                CHANGE: $0.00

(X)
        Authorized Signature

    A Minimum Finance Charge of
    $1.00 or 1.5% per month
    applies to all past due balances

-----------------------------------
            Thank You!
        "Start Right, Start Here"

Orange Cove Hardware
17216 County Line Road
Delano CA 93215
1-661-725-4122

Transaction#: A3408
Associate: Manager
Date: 07/06/2009     Time: 08:04:26 AM

Due Date: 08/31/2009

*** SALE ***

PO: CRAIG

Bill To:
Customer # 10514880
BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA 93216

STRIL
    1.00 EACH @   $3.49 T       $3.49
Mini-Tubing Cutter
412874
    1.00 EACH @   $9.99 T       $9.99
GAL HP Degreaser
505613
    1.00 EACH @  $15.99 T      $15.99

BANGI010325

Bill To:
Customer # 10514880
BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA 93216

FLAT CUPS

  10.00 EACH @ $144.00 T    $1,440.00
DRI-KEM

  10.00 EACH @ $88.90 T     $883.00
                    Subtotal: $2,323.00
6.75% - TULARE COUNTY SALES TAX: $203.
                        TOTAL: $2,532.79

                      INVOICE: $2,532.79
                       CHANGE: $0.00

(X) _____
        Authorized Signature

    A Minimum Finance Charge of
    $1.00 or 1.5% per month
applies to all past due balances

- - - - - - - - - - - - - - - - - - - -
            Thank You!
       "Start Right, Start Here"

---

        Orange Cove Hardware
        17216 County Line Road
          Delano CA 93215
          1-661-725-4122

Transaction# A3649
Associate: Manager
Date: 07/09/2009     Time: 02:23:49 PM

Due Date: 08/31/2009

            *** SALE ***

PO: 71

Bill To:
Customer # 10514880
BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA 93216

SIZING RINGS

  2.00 EACH @ $28.00 T      $56.00
2 LINE STAMP

  1.00 EACH @ $8.99 T        $8.99

                    Subtotal: $64.99
2.5% - TULARE COUNTY SPECIAL TAX: $1.6
                       TOTAL: $66.62

                      INVOICE: $66.62
                       CHANGE: $0.00

(X) _____
        Authorized Signature

    A Minimum Finance Charge of
    $1.00 or 1.5% per month
applies to all past due balances

- - - - - - - - - - - - - - - - - - - -
            Thank You!
       "Start Right, Start Here"

---

        Orange Cove Hardware
        17216 County Line Road
          Delano CA 93215
          1-661-725-4122

Transaction# A3655
Associate: Manager
Date: 07/09/2009     Time: 02:45:48 PM

Due Date: 08/31/2009

            *** SALE ***

Bill To:
Customer # 10514880
BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA 93216

STAMP PAD

  1.00 EACH @ $5.99 T        $5.99
BOTTLE INK

  1.00 EACH @ $21.99 T      $21.99
STAMP

  1.00 EACH @ $8.99 T        $8.99

                    Subtotal: $36.97
6.75% - TULARE COUNTY SALES TAX: $3.24
                       TOTAL: $40.21

INVOICE: $40.21
                       CHANGE: $0.00

(X) _____
        Authorized Signature

    A Minimum Finance Charge of
    $1.00 or 1.5% per month
applies to all past due balances

- - - - - - - - - - - - - - - - - - - -
            Thank You!
       "Start Right, Start Here"

---

        Orange Cove Hardware
        17216 County Line Road
          Delano CA 93215
          1-661-725-4122

Transaction# A3716
Associate: Manager
Date: 07/10/2009     Time: 03:53:27 PM

Due Date: 08/31/2009

            *** SALE ***

PO: 96

Bill To:
Customer # 10514880
BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA 93216

TRASH BAGS

  1.00 EACH @ $16.99 T      $16.99

                    Subtotal: $16.99
6.75% - TULARE COUNTY SALES TAX: $1.49
                       TOTAL: $18.48

                      INVOICE: $18.48
                       CHANGE: $0.00

(X) _____
        Authorized Signature

    A Minimum Finance Charge of
    $1.00 or 1.5% per month
applies to all past due balances

- - - - - - - - - - - - - - - - - - - -
            Thank You!
       "Start Right, Start Here"

---

        Orange Cove Hardware
        17216 County Line Road
          Delano CA 93215
          1-661-725-4122

Transaction# A3724
Associate: Manager
Date: 07/13/2009     Time: 10:35:18 AM

Due Date: 08/31/2009

            *** SALE ***

PO: 72

Bill To:
Customer # 10514880
BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA 93216

NULCH GLOVES

  12.00 EACH @ $10.99 T     $131.88
CLIPPER

  1.00 EACH @ $23.99 T       $23.99
MED Grain Pigskin Glove
532285
  5.00 EACH @ $10.99 T       $54.95
HOLSTER

  1.00 EACH @ $4.99 T         $4.99

                    Subtotal: $214.81
8.75% - TULARE COUNTY SALES TAX: $18.8
                       TOTAL: $233.61

                      INVOICE: $233.61
                       CHANGE: $0.00

(X) _____
        Authorized Signature

    A Minimum Finance Charge of
    $1.00 or 1.5% per month
applies to all past due balances

- - - - - - - - - - - - - - - - - - - -
            Thank You!
       "Start Right, Start Here"

BANGI010326

*Ramon Bangi* (signature)

*Ramon Bangi* (signature)

Orange Cove Hardware
17216 County Line Road
Delano CA 93215
1-661-725-4122

Transaction#: A3736
Associate: Manager
Date: 07/13/2009    Time: 10:40:06 AM

Due Date: 08/31/2009

*** RETURN ***

PO: 72

Bill To:
Customer # 10514880
BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA 93216

NYLON GLOVES

-12.00 EACH @ $10.99 T    -$131.88
CLIPPER

-1.00 EACH @ $22.99 T    -$22.99
MED Grain Pigskin Glove
533285
-5.00 EACH @ $10.99 T    -$54.95
HOLSTER

-1.00 EACH @ $4.99 T    -$4.99

Subtotal: -$214.81
8.75% - TULARE COUNTY SALES TAX: -$18.
TOTAL: -$233.61

INVOICE: -$233.61
CHANGE: $0.00

(X)
Authorized Signature

A Minimum Finance Charge of
$1.00 or 1.5% per month
applies to all past due balances

---------------------------------
Thank You!
"Start Right, Start Here"

Orange Cove Hardware
17216 County Line Road
Delano CA 93215
1-661-725-4122

Transaction#: A3747
Associate: Manager
Date: 07/13/2009    Time: 07:20:19 AM

Due Date: 08/31/2009

*** SALE ***

PO: CRAIG

Bill To:
Customer # 10514880
BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA 93216

2" MKT Chip Brush
640466
10.00 EACH @ $1.29 T    $12.90
CHEMICAL GLOVES
12.00 EACH @ $1.99 T    $23.88
GLASSES
12.00 EACH @ $3.99 T    $47.88

Subtotal: $84.66
8.75% - TULARE COUNTY SALES TAX: $1.13
1.5% - TULARE COUNTY SPECIAL TAX: $1.9
TOTAL: $87.69

INVOICE: $87.69
CHANGE: $0.00

(X)
Authorized Signature

A Minimum Finance Charge of
$1.00 or 1.5% per month
applies to all past due balances

---------------------------------
Thank You!
"Start Right, Start Here"

*fronnie* FRONNIE DEGAMO

*Ramon Bangi* (signature)

Orange Cove Hardware
17216 County Line Road
Delano CA 93215
1-661-725-4122

Transaction#: A3737
Associate: Manager
Date: 07/13/2009    Time: 10:41:58 AM

Due Date: 08/31/2009

*** SALE ***

PO: 72

Bill To:
Customer # 10514880
BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA 93216

GLOVES
12.00 EACH @ $0.99 T    $11.88
CLIPPER
1.00 EACH @ $22.99 T    $22.99
GLOVES
5.00 EACH @ $10.99 T    $54.95
HOSTLER
1.00 EACH @ $4.99 T    $4.99

Subtotal: $94.81
8.75% - TULARE COUNTY SALES TAX: $8.30
TOTAL: $103.11

INVOICE: $103.11
CHANGE: $0.00

(X)
Authorized Signature

A Minimum Finance Charge of
$1.00 or 1.5% per month
applies to all past due balances

---------------------------------
Thank You!
"Start Right, Start Here"

Orange Cove Hardware
17216 County Line Road
Delano CA 93215
1-661-725-4122

Transaction#: A3759
Associate: Manager
Date: 07/13/2009    Time: 08:18:20 AM

Due Date: 08/31/2009

*** SALE ***

PO: 74

Bill To:
Customer # 10514880
BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA 93216

DUST MASK
1.00 EACH @ $21.99 T    $21.99

Subtotal: $21.99
2.5% - TULARE COUNTY SPECIAL TAX: $0.5
TOTAL: $22.54

INVOICE: $22.54
CHANGE: $0.00

(X)
Authorized Signature

A Minimum Finance Charge of
$1.00 or 1.5% per month
applies to all past due balances

---------------------------------
Thank You!
"Start Right, Start Here"

*Dennis Pauao* (signature)

Orange Cove Hardware
17216 County Line Road
Delano CA 93215
1-661-725-4122

Transaction#: A3614
Associate: Manager
Date: 07/13/2009    Time: 03:37:20 PM

pri08312009180027

BANGI010327

Due Date: 08/31/2009

**\* \*\*\* SALE \*\*\***

Bill To:
Customer # 10514880
BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA 93216

STAMP PAD

1.00 EACH @  $5.99 T      $5.99
INK BOTTLE

1.00 EACH @  $10.99 T     $10.99
STAMP

1.00 EACH @  $8.99 T      $8.99
                 Subtotal: $25.97
8.75% - TULARE COUNTY SALES TAX: $2.28
                    TOTAL: $28.25

                 INVOICE: $28.25
                  CHANGE: $0.00

(X)
        Authorized Signature

   A Minimum Finance Charge of
     $1.00 or 1.5% per month
applies to all past due balances

- - - - - - - - - - - - - - - - - - - - - - - - - - - -
            Thank You!
        "Start Right, Start Here"

---

        Orange Cove Hardware
        17216 County Line Road
           Delano CA 93215
          1-661-725-4122

Transaction#: B3248
Associate: Manager
Date: 07/14/2009    Time: 09:09:38 AM

Due Date: 08/31/2009

        **\*\*\* SALE \*\*\***

PO: 75

Bill To:
Customer # 10514880
BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA 93216

PINT INK

2.00 EACH @  $9.99 T     $19.98
STAMP PADS

2.00 EACH @  $5.99 T     $11.98
                 Subtotal: $31.96
8.75% - TULARE COUNTY SALES TAX: $2.80
                    TOTAL: $34.76

                 INVOICE: $34.76
                  CHANGE: $0.00

(X)
        Authorized Signature

   A Minimum Finance Charge of
     $1.00 or 1.5% per month
applies to all past due balances

- - - - - - - - - - - - - - - - - - - - - - - - - - - -
            Thank You!
        "Start Right, Start Here"

---

        Orange Cove Hardware
        17216 County Line Road
           Delano CA 93215
          1-661-725-4122

Transaction#: A3837
Associate: Manager
Date: 07/14/2009    Time: 11:22:20 AM

Due Date: 08/31/2009

        **\*\*\* SALE \*\*\***

PO: 75

Bill To:
Customer # 10514880
BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA 93216

2 LIME STAMP

1.00 EACH @  $8.99 T      $8.99

---

                 Subtotal: $8.99
2.5% - TULARE COUNTY SPECIAL TAX: $0.2
                    TOTAL: $3.22

                 INVOICE: $3.22
                  CHANGE: $0.00

(X)
        Authorized Signature

   A Minimum Finance Charge of
     $1.00 or 1.5% per month
applies to all past due balances

- - - - - - - - - - - - - - - - - - - - - - - - - - - -
            Thank You!
        "Start Right, Start Here"

---

        Orange Cove Hardware
        17216 County Line Road
           Delano CA 93215
          1-661-725-4122

Transaction#: B3277
Associate: Manager
Date: 07/16/2009    Time: 03:52:50 PM

Due Date: 08/31/2009

        **\*\*\* SALE \*\*\***

PO: 76 JAIME EG PERISIMO

Bill To:
Customer # 10514880
BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA 93216

10 GAL IGLOO

20.00 EACH @  $48.00 T    $960.00
                 Subtotal: $960.00
8.75% - TULARE COUNTY SALES TAX: $84.0
                    TOTAL: $1,044.00

                 INVOICE: $1,044.00
                  CHANGE: $0.00

(X)
        Authorized Signature

   A Minimum Finance Charge of
     $1.00 or 1.5% per month
applies to all past due balances

- - - - - - - - - - - - - - - - - - - - - - - - - - - -
            Thank You!
        "Start Right, Start Here"

---

        Orange Cove Hardware
        17216 County Line Road
           Delano CA 93215
          1-661-725-4122

Transaction#: B3330
Associate: Manager
Date: 07/16/2009    Time: 07:28:52 AM

Due Date: 08/31/2009

        **\*\*\* SALE \*\*\***

PO: 001

Bill To:
Customer # 10514880
BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA 93216

tapener staples

5.00 EACH @  $4.99 T     $24.95
                 Subtotal: $24.95
2.5% - TULARE COUNTY SPECIAL TAX: $0.6
                    TOTAL: $25.58

                 INVOICE: $25.58
                  CHANGE: $0.00

(X)
        Authorized Signature

   A Minimum Finance Charge of
     $1.00 or 1.5% per month
applies to all past due balances

- - - - - - - - - - - - - - - - - - - - - - - - - - - -
            Thank You!
        "Start Right, Start Here"

prt08312009180027



Orange Cove Hardware
17216 County Line Road
Delano CA 93215
1-661-725-4122

Transaction#: A3913
Associate: Manager
Date: 07/16/2009    Time: 07:45:26 AM
Due Date: 08/31/2009

*** SALE ***

PO: CRAIG

Bill To:
Customer # 10514880
BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA 93216

Insolated coveral
  5.00 EACH @  $69.90 T     $349.50
drum lids for 55gal drums
 50.00 EACH @  $2.50 T      $125.00
            Subtotal: $474.50
8.75% - TULARE COUNTY SALES TAX: $41.52
                    TOTAL: $516.02

            INVOICE: $516.02
            CHANGE: $0.00

(X)
    Authorized Signature

A Minimum Finance Charge of
$1.00 or 1.5% per month
applies to all past due balances

- - - - - - - - - - - - - - - - - - - - - -
        Thank You!
    "Start Right, Start Here"

---

Orange Cove Hardware
17216 County Line Road
Delano CA 93215
1-661-725-4122

Transaction#: A3941
Associate: Manager
Date: 07/16/2009    Time: 01:54:57 PM
Due Date: 08/31/2009

*** SALE ***

PO: CRAIG

Bill To:
Customer # 10514880
BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA 93216

DOUBLE LINE STAMP
  2.00 EACH @  $9.90 T      $19.80
STIRO INK BOTTLE
  2.00 EACH @  $9.90 T      $19.80
STAMP PAD
  2.00 EACH @  $5.99 T      $11.98
            Subtotal: $51.58
2.5% - TULARE COUNTY SPECIAL TAX: $1.3
                    TOTAL: $52.87

            INVOICE: $52.87
            CHANGE: $0.00

(X)
    Authorized Signature

A Minimum Finance Charge of
$1.00 or 1.5% per month
applies to all past due balances

- - - - - - - - - - - - - - - - - - - - - -
        Thank You!
    "Start Right, Start Here"

---

Orange Cove Hardware
17216 County Line Road
Delano CA 93215
1-661-725-4122

Transaction#: B3401
Associate: Manager
Date: 07/17/2009    Time: 01:57:19 PM
Page 12 for Customer # 10514880

---

Due Date: 08/31/2009

*** SALE ***

PO: CRAIG

Bill To:
Customer # 10514880
BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA 93216

GLASSES
 100.00 EACH @  $2.50 T     $250.00
CHEMICAL GLOVES
   9.00 EACH @  $10.00 T      $90.00
103MM NBR AIR Rivet
140517
   5.00 EACH @  $6.99 T       $34.95
            Subtotal: $414.95
2.5% - TULARE COUNTY SPECIAL TAX: $9.5
8.75% - TULARE COUNTY SALES TAX: $3.06
                    TOTAL: $427.51

            INVOICE: $427.51
            CHANGE: $0.00

(X)
    Authorized Signature

A Minimum Finance Charge of
$1.00 or 1.5% per month
applies to all past due balances

- - - - - - - - - - - - - - - - - - - - - -
        Thank You!
    "Start Right, Start Here"

---

Orange Cove Hardware
17216 County Line Road
Delano CA 93215
1-661-725-4122

Transaction#: B3427
Associate: Manager
Date: 07/18/2009    Time: 11:05:30 AM
Due Date: 08/31/2009

*** SALE ***

PO: CRAIG

Bill To:
Customer # 10514880
BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA 93216

PIN
  1.00 EACH @  $4.99 T       $4.99
GLOVES
  1.00 EACH @  $5.99 T       $5.99
CLIPS
  2.00 EACH @  $3.30 T       $6.60
            Subtotal: $17.58
8.75% - TULARE COUNTY SALES TAX: $1.54
                    TOTAL: $19.12

            INVOICE: $19.12
            CHANGE: $0.00

(X)
    Authorized Signature

A Minimum Finance Charge of
$1.00 or 1.5% per month
applies to all past due balances

- - - - - - - - - - - - - - - - - - - - - -
        Thank You!
    "Start Right, Start Here"

---

Orange Cove Hardware
17216 County Line Road
Delano CA 93215
1-661-725-4122

Transaction#: B3461
Associate: Manager
Date: 07/20/2009    Time: 08:43:04 AM
Due Date: 08/31/2009

*** SALE ***

PO: 77

Bill To:
Customer # 10514880
BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA 93216

prt08312009180027

BANGI010329

03B62PK 2-1/2 Warded Lock
191601
　1.00 EACH @    $5.99 T        $5.99
TRUCK BODY
　35.00 EACH @   $0.30 T        $10.50
　　　　　　　　　　Subtotal: $20.49
8.75% - TULARE COUNTY SALES TAX: $1.80
　　　　　　　　　　　　　TOTAL: $22.29

　　　　　　　　INVOICE: $22.29
　　　　　　　　CHANGE: $0.00

(X)
　　　Authorized Signature

　A Minimum Finance Charge of
　　$1.00 or 1.5% per month
applies to all past due balances

.----------------------------------.
　　　　　　Thank You!
　　"Start Right, Start Here"

Orange Cove Hardware
17216 County Line Road
Delano CA 93215
1-661-725-4122

Transaction#: A4059
Associate: Manager
Date: 07/20/2009    Time: 02:41:29 PM

Due Date: 08/31/2009

　　　　*** SALE ***

PO: 78

Bill To:
Customer # 10514880
BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA 93216

2 LINE STAMP

　2.00 EACH @   $5.99 T        $11.98
　　　　　　　　　　Subtotal: $11.98
2.5% - TULARE COUNTY SPECIAL TAX: $0.3
　　　　　　　　　　　　　TOTAL: $12.28

　　　　　　　　INVOICE: $12.28
　　　　　　　　CHANGE: $0.00

(X)
　　　Authorized Signature

　A Minimum Finance Charge of
　　$1.00 or 1.5% per month
applies to all past due balances

.----------------------------------.
　　　　　　Thank You!
　　"Start Right, Start Here"

Orange Cove Hardware
17216 County Line Road
Delano CA 93215
1-661-725-4122

Transaction#: A4125
Associate: Manager
Date: 07/22/2009    Time: 07:28:42 AM

Due Date: 08/31/2009

　　　　*** SALE ***

PO: 71

Bill To:
Customer # 10514880
BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA 93216

TAPENER STAPLES

　10.00 EACH @   $4.59 T       $45.90
　　　　　　　　　　Subtotal: $45.90
2.5% - TULARE COUNTY SPECIAL TAX: $1.2
　　　　　　　　　　　　　TOTAL: $51.15

　　　　　　　　INVOICE: $51.15
　　　　　　　　CHANGE: $0.00

(X)
　　　Authorized Signature

　A Minimum Finance Charge of
　　$1.00 or 1.5% per month
applies to all past due balances

Page 13 for Customer # 10514880

---

.----------------------------------.
　　　　　　Thank You!
　　"Start Right, Start Here"

Orange Cove Hardware
17216 County Line Road
Delano CA 93215
1-661-725-4122

Transaction#: A4214
Associate: Manager
Date: 07/23/2009    Time: 02:53:06 PM

Due Date: 08/31/2009

　　　　*** SALE ***

PO: CRAIG

Bill To:
Customer # 10514880
BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA 93216

INK

　2.00 EACH @   $22.99 T       $45.98
　　　　　　　　　　Subtotal: $45.98
8.75% - TULARE COUNTY SALES TAX: $4.03
　　　　　　　　　　　　　TOTAL: $50.01

　　　　　　　　INVOICE: $50.01
　　　　　　　　CHANGE: $0.00

(X)
　　.Authorized Signature

　A Minimum Finance Charge of
　　$1.00 or 1.5% per month
applies to all past due balances

.----------------------------------.
　　　　　　Thank You!
　　"Start Right, Start Here"

Orange Cove Hardware
17216 County Line Road
Delano CA 93215
1-661-725-4122

Transaction#: A4244
Associate: Manager
Date: 07/24/2009    Time: 11:05:12 AM

Due Date: 08/31/2009

　　　　*** SALE ***

PO: 79

Bill To:
Customer # 10514880
BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA 93216

GLOVES

　3.00 EACH @   $5.99 T        $17.97
　　　　　　　　　　Subtotal: $17.97
8.75% - TULARE COUNTY SALES TAX: $1.58
　　　　　　　　　　　　　TOTAL: $19.55

　　　　　　　　INVOICE: $19.55
　　　　　　　　CHANGE: $0.00

(X)
　　　Authorized Signature

　A Minimum Finance Charge of
　　$1.00 or 1.5% per month
applies to all past due balances

.----------------------------------.
　　　　　　Thank You!
　　"Start Right, Start Here"

Orange Cove Hardware
17216 County Line Road
Delano CA 93215
1-661-725-4122

Transaction#: B3625
Associate: Manager
Date: 07/24/2009    Time: 02:41:30 PM

prk08312009160027

Due Date: 08/31/2009

*** SALE ***

PO: 80

Bill To:
Customer # 10514830
BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA 93216

POWER SHOT

1.00 EACH @  $6.99 T        $6.99
RESULT

1.00 EACH @  $9.99 T        $9.99

Subtotal: $16.98
8.75% - TULARE COUNTY SALES TAX: $1.49
TOTAL: $18.47

INVOICE: $18.47
CHANGE: $0.00

(X)
    Authorized Signature

A Minimum Finance Charge of
$1.00 or 1.5% per month
applies to all past due balances

--------------------------------
Thank You!
"Start Right, Start Here"

---

Orange Cove Hardware
17216 County Line Road
Delano CA 93215
1-661-725-4122

Transaction: A4282
Associate: Manager
Date: 07/25/2009    Time: 10:27:43 AM

Due Date: 08/31/2009

*** SALE ***

PO: 81

Bill To:
Customer # 10514880
BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA 93216

MASKS

1.00 EACH @  $21.99 T        $21.99
3 In One 3OZ MP Oil
231833
1.00 EACH @   $3.19 T        $3.19
5/8x3/4 Nyl Fem Coupler
316375
1.00 EACH @   $2.79 T        $2.79

Subtotal: $27.97
8.75% - TULARE COUNTY SALES TAX: $2.45
TOTAL: $30.42

INVOICE: $30.42
CHANGE: $0.00

(X)
    Authorized Signature

A Minimum Finance Charge of
$1.00 or 1.5% per month
applies to all past due balances

--------------------------------
Thank You!
"Start Right, Start Here"

---

Orange Cove Hardware
17216 County Line Road
Delano CA 93215
1-661-725-4122

Transaction: B3658
Associate: Manager
Date: 07/27/2009    Time: 09:44:02 AM

Due Date: 08/31/2009

*** SALE ***

Bill To:
Customer # 10514880
BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA 93216

FLAT CUPS

10.00 EACH @ $144.00 T        $1,440.00
DRI REM

Page 14 for Customer # 10514880

---

15.00 EACH @  $88.00 T        $1,320.00
POWER SHOTS

2.00 EACH @   $6.99 T        $13.98

Subtotal: $2,773.98
8.75% - TULARE COUNTY SALES TAX: $242.
TOTAL: $3,016.71

INVOICE: $3,016.71
CHANGE: $0.00

(X)
    Authorized Signature

A Minimum Finance Charge of
$1.00 or 1.5% per month
applies to all past due balances

--------------------------------
Thank You!
"Start Right, Start Here"

---

Orange Cove Hardware
17216 County Line Road
Delano CA 93215
1-661-725-4122

Transaction: A4312
Associate: Manager
Date: 07/27/2009    Time: 11:24:49 AM

Due Date: 08/31/2009

*** SALE ***

PO: 83

Bill To:
Customer # 10514880
BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA 93216

AIR HOSE

1.00 EACH @  $35.99 T        $35.99

Subtotal: $35.99
8.75% - TULARE COUNTY SALES TAX: $3.15
TOTAL: $39.14

INVOICE: $39.14
CHANGE: $0.00

(X)
    Authorized Signature

A Minimum Finance Charge of
$1.00 or 1.5% per month
applies to all past due balances

--------------------------------
Thank You!
"Start Right, Start Here"

---

Orange Cove Hardware
17216 County Line Road
Delano CA 93215
1-661-725-4122

Transaction: A4352
Associate: Manager
Date: 07/28/2009    Time: 09:31:38 AM

Due Date: 08/31/2009

*** SALE ***

PO: 84

Bill To:
Customer # 10514880
BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA 93216

15x13 Blow Vehic Emblem
233817
8.00 EACH @  $10.99 T        $87.92
MOP RAGS
3.00 EACH @   $3.99 T        $11.97
HD Staple Gun
136671
1.00 EACH @  $20.99 T        $20.99
5000PK T50 3/4" Staple
238862
1.00 EACH @  $11.99 T        $11.99
GAL Specs Thinner
204305
1.00 EACH @  $10.99 T        $10.99

Subtotal: $143.86
8.75% - TULARE COUNTY SALES TAX: $12.5
TOTAL: $156.45

INVOICE: $156.45
CHANGE: $0.00

prt08312009180027

BANGI010331

(X) _____
Authorized Signature

A Minimum Finance Charge of
$1.00 or 1.5% per month
applies to all past due balances

------------------------------------
Thank You!
"Start Right, Start Here"

*Martin dele Cruz*

```
Orange Cove Hardware
17216 County Line Road
Delano CA 93215
1-661-725-4122

Transaction: B3746
Associate: Manager
Date: 07/29/2009    Time: 09:44:49 AM

Due Date: 08/31/2009

*** SALE ***

Bill To:
Customer # 10514880
BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA 93216


COVER ALL
   1.00 EACH @  $65.00 T      $65.00
COVER ALL
   1.00 EACH @  $29.99 T      $29.99
               Subtotal: $94.99
8.75% - TULARE COUNTY SALES TAX: $8.32
                  TOTAL: $103.31

               INVOICE: $103.31
                CHANGE: $0.00
```

(X) _____
Authorized Signature

A Minimum Finance Charge of
$1.00 or 1.5% per month
applies to all past due balances

------------------------------------
Thank You!
"Start Right, Start Here"

*Jaime R808*

```
Orange Cove Hardware
17216 County Line Road
Delano CA 93215
1-661-725-4122

Transaction: B3804
Associate: Manager
Date: 07/31/2009    Time: 07:03:16 AM

Due Date: 08/31/2009

*** SALE ***

PO: CRAIG

Bill To:
Customer # 10514880
BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA 93216


FRUIT RACKS
  25.00 EACH @  $25.90 T     $647.50
               Subtotal: $647.50
2.5% - TULARE COUNTY SPECIAL TAX: $16.
                  TOTAL: $663.69

               INVOICE: $663.69
                CHANGE: $0.00
```

(X) _____
Authorized Signature

A Minimum Finance Charge of
$1.00 or 1.5% per month
applies to all past due balances

------------------------------------
Thank You!
"Start Right, Start Here"

*Jaime R8*

Orange Cove Hardware
Page 15 for Customer # 10514880

```
17216 County Line Road
Delano CA 93215
1-661-725-4122

Transaction: A4673
Associate: Manager
Date: 07/31/2009   Time: 10:28:04 AM

Due Date: 08/31/2009

*** SALE ***

PO: CRAIG

Bill To:
Customer # 10514880
BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA 93216


12" ORG Safe Cone
#45253
   3.00 EACH @   $9.49 T      $28.47
               Subtotal: $28.47
8.75% - TULARE COUNTY SALES TAX: $2.50
                  TOTAL: $30.97

               INVOICE: $30.97
                CHANGE: $0.00
```

(X) _____
Authorized Signature

A Minimum Finance Charge of
$1.00 or 1.5% per month
applies to all past due balances

------------------------------------
Thank You!
"Start Right, Start Here"

```
Orange Cove Hardware
17216 County Line Road
Delano CA 93215
1-661-725-4122

Transaction: A4534
Associate: Manager
Date: 08/01/2009   Time: 11:38:38 AM

Due Date: 09/30/2009

*** SALE ***

PO: 85

Bill To:
Customer # 10514880
BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA 93216


10 GALLON JUG
   2.00 EACH @  $52.00 T     $104.00
               Subtotal: $104.00
8.75% - TULARE COUNTY SALES TAX: $9.10
                  TOTAL: $113.10

               INVOICE: $113.10
                CHANGE: $0.00
```

(X) _____
Authorized Signature

A Minimum Finance Charge of
$1.00 or 1.5% per month
applies to all past due balances

------------------------------------
Thank You!
"Start Right, Start Here"

*Claudia Morales*

```
Orange Cove Hardware
17216 County Line Road
Delano CA 93215
1-661-725-4122

Transaction: A4557
Associate: Manager
Date: 08/03/2009   Time: 09:43:48 AM

Due Date: 09/30/2009

*** SALE ***

PO: 86

Bill To:
Customer # 10514880
BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA 93216


4OZ Smart Straw WD40
596257
```

p108312009180027

BANGI010332