```
    1.00 EACH @  $3.79 T       $3.79
Cast Qt 5W30 Motor Oil
121556
    2.00 EACH @  $3.99 T       $7.98
170Z Engine Degreaser
186285
    1.00 EACH @  $4.99 T       $4.99
NYLON GLOVES

    1.00 EACH @ $10.99 T      $10.99
COVER ALL

    1.00 EACH @  $4.99 T       $4.99
                Subtotal: $32.74
8.75% - TULARE COUNTY SALES TAX: $2.43
2.5% - TULARE COUNTY SPECIAL TAX: $0.1
                TOTAL: $35.30
             INVOICE: $35.30
             CHANGE: $0.00


(X)
     Authorized Signature

   A Minimum Finance Charge of
    $1.00 or 1.5% per month
  applies to all past due balances

.------------------------------.
        Thank You!
    "Start Right, Start Here"



      Orange Cove Hardware
      17216 County Line Road
         Delano CA 93215
        1-661-725-4122

Transaction#: P3857
Associate: Manager
Date: 06/03/2009    Time: 10:27:27 AM

Due Date: 09/30/2009
           *** SALE ***

PO: 86

Bill To:
Customer # 10514880
BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA 93216


DURA 6V Alk Spr Battery
454420
    1.00 EACH @ $11.99 T      $11.99
FLASH LIGHT

    1.00 EACH @  $3.99 T       $3.99
NYLON GLOVES

    1.00 EACH @ $10.99 T      $10.99
                Subtotal: $32.97
8.75% - TULARE COUNTY SALES TAX: $2.89
                TOTAL: $35.86
             INVOICE: $35.86
             CHANGE: $0.00


(X)
     Authorized Signature

   A Minimum Finance Charge of
    $1.00 or 1.5% per month
  applies to all past due balances

.------------------------------.
        Thank You!
    "Start Right, Start Here"



      Orange Cove Hardware
      17216 County Line Road
         Delano CA 93215
        1-661-725-4122

Transaction#: 33882
Associate: Manager
Date: 08/07/2009    Time: 02:57:30 PM

Due Date: 09/30/2009
           *** SALE ***

PO: 86

Bill To:
Customer # 10514880
BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA 93216


BINDER TWINE
    4.00 EACH @ $54.50 T     $218.00
                Subtotal: $218.00
8.75% - TULARE COUNTY SALES TAX: $19.0
                TOTAL: $237.08
```

```
             INVOICE: $237.08
             CHANGE: $0.00


(X)
     Authorized Signature

   A Minimum Finance Charge of
    $1.00 or 1.5% per month
  applies to all past due balances

.------------------------------.
        Thank You!
    "Start Right, Start Here"



      Orange Cove Hardware
      17216 County Line Road
         Delano CA 93215
        1-661-725-4122

Transaction#: A4637
Associate: Manager
Date: 08/04/2009    Time: 03:26:54 PM

Due Date: 09/30/2009
           *** SALE ***

PO: 87

Bill To:
Customer # 10514880
BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA 93216


10 GALLON IGLOOS
    20.00 EACH @ $48.50 T     $970.00
                Subtotal: $970.00
8.75% - TULARE COUNTY SALES TAX: $84.8
                TOTAL: $1,054.88
             INVOICE: $1,054.88
             CHANGE: $0.00


(X)
     Authorized Signature

   A Minimum Finance Charge of
    $1.00 or 1.5% per month
  applies to all past due balances

.------------------------------.
        Thank You!
    "Start Right, Start Here"



      Orange Cove Hardware
      17216 County Line Road
         Delano CA 93215
        1-661-725-4122

Transaction#: A4747
Associate: Manager
Date: 08/07/2009    Time: 09:05:34 AM

Due Date: 09/30/2009
           *** SALE ***

PO: 88

Bill To:
Customer # 10514880
BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA 93216


CLOROX
    1.00 EACH @  $3.99 T       $3.99
                Subtotal: $3.99
8.75% - TULARE COUNTY SALES TAX: $0.35
                TOTAL: $4.34
             INVOICE: $4.34
             CHANGE: $0.00


(X)
     Authorized Signature

   A Minimum Finance Charge of
    $1.00 or 1.5% per month
  applies to all past due balances

.------------------------------.
        Thank You!
    "Start Right, Start Here"
```

BANGI010333

pr108312009180027

---

*Narin Lah Mr.*

```
          Orange Cove Hardware
          17216 County Line Road
             Delano CA 93215
             1-661-725-4122

Transaction#: A4853
Associate: Manager
Date: 08/10/2009      Time: 02:44:35 PM

Due Date: 09/30/2009
            *** SALE ***

PO: EDGAR CARINO

Bill To:
Customer # 10514880
BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA 93216


STAMP
  1.00 EACH @   $8.99 T        $8.99
STAMP PAD
  1.00 EACH @   $5.99 T        $5.99

                Subtotal: $14.98
2.5% - TULARE COUNTY SPECIAL TAX: $0.3
                   TOTAL: $15.36

                INVOICE: $15.36
                 CHANGE: $0.00

  (X)
       Authorized Signature

     A Minimum Finance Charge of
      $1.00 or 1.5% per month
   applies to all past due balances

.--------------------------------.
           Thank You!
      *Start Right, Start Here*
```

*Edgar Campos*

```
          Orange Cove Hardware
          17216 County Line Road
             Delano CA 93215
             1-661-725-4122

Transaction#: A4659
Associate: Manager
Date: 08/10/2009      Time: 03:18:04 PM

Due Date: 09/30/2009

            *** SALE ***

PO: 90

Bill To:
Customer # 10514880
BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA 93216


PLATCUTS
  15.00 EACH @ $142.00 T     $2,130.00
DRI-KEM
  15.00 EACH @   $88.00 T     $1,320.00

                Subtotal: $3,450.00
8.75% - TULARE COUNTY SALES TAX: $301.
                   TOTAL: $3,751.88

                INVOICE: $3,751.88
                 CHANGE: $0.00

  (X)
       Authorized Signature

     A Minimum Finance Charge of
      $1.00 or 1.5% per month
   applies to all past due balances

.--------------------------------.
           Thank You!
      *Start Right, Start Here*
```

*Jamie Rey oo*

```
          Orange Cove Hardware
          17216 County Line Road
             Delano CA 93215
             1-661-725-4122

Transaction#: A4884
Associate: Manager
Date: 08/11/2009      Time: 10:11:09 AM
```

---

```
Due Date: 09/30/2009
            *** SALE ***

PO: 92

Bill To:
Customer # 10514880
BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA 93216


TOILET SEATS
  2.00 EACH @  $19.99 T        $39.98

                Subtotal: $39.98
8.75% - TULARE COUNTY SALES TAX: $3.50
                   TOTAL: $43.48

                INVOICE: $43.48
                 CHANGE: $0.00

  (X)
       Authorized Signature

     A Minimum Finance Charge of
      $1.00 or 1.5% per month
   applies to all past due balances

.--------------------------------.
           Thank You!
      *Start Right, Start Here*
```

```
          Orange Cove Hardware
          17216 County Line Road
             Delano CA 93215
             1-661-725-4122

Transaction#: A4889
Associate: Manager
Date: 08/11/2009      Time: 11:48:33 AM

Due Date: 09/30/2009

            *** SALE ***

PO: 91

Bill To:
Customer # 10514880
BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA 93216


TIRE TUBES
  20.00 EACH @   $7.99 T       $159.80
BEARINGS
  20.00 EACH @   $2.50 T        $50.00
SLIME 1 GALLON
   2.00 EACH @  $37.99 T        $75.98

                Subtotal: $285.78
8.75% - TULARE COUNTY SALES TAX: $25.0
                   TOTAL: $310.79

                INVOICE: $310.79
                 CHANGE: $0.00

  (X)
       Authorized Signature

     A Minimum Finance Charge of
      $1.00 or 1.5% per month
   applies to all past due balances

.--------------------------------.
           Thank You!
      *Start Right, Start Here*
```

*Jamie Rey*

```
          Orange Cove Hardware
          17216 County Line Road
             Delano CA 93215
             1-661-725-4122

Transaction#: 84105
Associate: Manager
Date: 08/11/2009      Time: 03:27:40 PM

Due Date: 09/30/2009

            *** SALE ***

PO: EDGAR CARINTO

Bill To:
Customer # 10514880
BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA 93216


STYRO INK
  1.00 EACH @   $5.99 T         $5.99
SINGLE LINE STAMP
```

BANGI010334

1.00 EACH @  $5.99 T      $5.99
INK PAD

1.00 EACH @  $5.99 T      $5.99

Subtotal: $21.97
2.5% - TULARE COUNTY SPECIAL TAX: $0.5
TOTAL: $22.52

INVOICE: $22.52
CHANGE: $0.00

(X)
Authorized Signature

A Minimum Finance Charge of
$1.00 or 1.5% per month
applies to all past due balances

Thank You!
"Start Right, Start Here"

---

Orange Cove Hardware
17216 County Line Road
Delano CA 93215
1-661-725-4122

Transaction#: 84127
Associate: Manager
Date: 08/12/2009      Time: 10:06:41 AM

Due Date: 09/30/2009

*** SALE ***

PO: 000093

Bill To:
Customer # 10514880
BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA 93216

20CT 33 GAL Trash Bag
696231
4.00 EACH @  $11.99 T      $47.96
45CT 13 GAL Kitchen Bag
594074
6.00 EACH @  $11.99 T      $71.94
216CT Puffs Basic
339721
6.00 EACH @  $2.79 T       $16.74
10X16 TENT

5.00 EACH @  $79.20 T      $396.00

Subtotal: $531.64
8.75% - TULARE COUNTY SALES TAX: $11.9
2.5% - TULARE COUNTY SPECIAL TAX: $9.8
TOTAL: $563.48

INVOICE: $563.48
CHANGE: $0.00

(X)
Authorized Signature

A Minimum Finance Charge of
$1.00 or 1.5% per month
applies to all past due balances

Thank You!
"Start Right, Start Here"

---

Orange Cove Hardware
17216 County Line Road
Delano CA 93215
1-661-725-4122

Transaction#: A4953
Associate: Manager
Date: 08/12/2009      Time: 12:57:31 PM

Due Date: 09/30/2009

*** SALE ***

Bill To:
Customer # 10514880
BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA 93216

STAMP
1.00 EACH @  $5.99 T      $5.99
STAMP PAD

1.00 EACH @  $5.99 T      $5.99
INK

1.00 EACH @  $5.99 T      $5.99

Subtotal: $17.97
8.75% - TULARE COUNTY SALES TAX: $1.58
TOTAL: $19.55

INVOICE: $19.55
CHANGE: $0.00

---

(X)
Authorized Signature

A Minimum Finance Charge of
$1.00 or 1.5% per month
applies to all past due balances

Thank You!
"Start Right, Start Here"

---

Orange Cove Hardware
17216 County Line Road
Delano CA 93215
1-661-725-4122

Transaction#: A4973
Associate: Manager
Date: 08/12/2009      Time: 01:55:33 PM

Due Date: 09/30/2009

*** SALE ***

PO: CRAIG

Bill To:
Customer # 10514880
BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA 93216

GRAPE SIZER
22.00 EACH @  $4.00 T      $88.00

Subtotal: $88.00
8.75% - TULARE COUNTY SALES TAX: $7.70
TOTAL: $95.70

INVOICE: $95.70
CHANGE: $0.00

(X)
Authorized Signature

A Minimum Finance Charge of
$1.00 or 1.5% per month
applies to all past due balances

Thank You!
"Start Right, Start Here"

---

Orange Cove Hardware
17216 County Line Road
Delano CA 93215
1-661-725-4122

Transaction#: A4988
Associate: Manager
Date: 08/13/2009      Time: 07:47:18 AM

Due Date: 09/30/2009

*** SALE ***

Bill To:
Customer # 10514880
BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA 93216

STAMP PAD
1.00 EACH @  $5.99 T      $5.99
2- LINE STAMP

1.00 EACH @  $8.99 T      $8.99
INK

1.00 EACH @  $5.99 T      $5.99

Subtotal: $20.97
8.75% - TULARE COUNTY SALES TAX: $1.84
TOTAL: $22.81

INVOICE: $22.81
CHANGE: $0.00

(X)
Authorized Signature

A Minimum Finance Charge of
$1.00 or 1.5% per month
applies to all past due balances

Thank You!
"Start Right, Start Here"

BANGI010335

*Humberto Melgoza #94* (handwritten)

---

Orange Cove Hardware
17216 County Line Road
Delano CA 93215
1-661-725-4122

Transaction#: 84145
Associate: Manager
Date: 08/13/2009     Time: 08:07:45 AM

Due Date: 09/30/2009

*** SALE ***

PO: 95 EL PERRISIMO

Bill To:
Customer # 10514880
BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA 93216

DOUBLE LINE STAMP

4.00 EACH @   $9.99 T      $39.96
STAMP PADS

4.00 EACH @   $5.99 T      $23.96
EMPT BOTTLES

4.00 EACH @   $1.49 T       $5.96
          Subtotal: $69.88
2.5% - TULARE COUNTY SPECIAL TAX: $1.00
8.75% - TULARE COUNTY SALES TAX: $2.62
                    TOTAL: $73.50

                  INVOICE: $73.50
                   CHANGE: $0.00

(X)
     Authorized Signature

   A Minimum Finance Charge of
    $1.00 or 1.5% per month
  applies to all past due balances

.----------------------------------.
           Thank You!
      "Start Right, Start Here"

*Jaime RG* (handwritten signature)

---

Orange Cove Hardware
17216 County Line Road
Delano CA 93215
1-661-725-4122

Transaction#: 84163
Associate: Manager
Date: 08/13/2009     Time: 10:14:49 AM

Due Date: 09/30/2009

*** SALE ***

PO: 96

Bill To:
Customer # 10514880
BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA 93216

10 X 10 CANOPY

15.00 EACH @  $79.00 T   $1,185.00
          Subtotal: $1,185.00
8.75% - TULARE COUNTY SALES TAX: $103.69
                    TOTAL: $1,288.69

                  INVOICE: $1,288.69
                   CHANGE: $0.00

(X)
     Authorized Signature

   A Minimum Finance Charge of
    $1.00 or 1.5% per month
  applies to all past due balances

.----------------------------------.
           Thank You!
      "Start Right, Start Here"

*Jaime RG* (handwritten signature)

---

Orange Cove Hardware
17216 County Line Road
Delano CA 93215
1-661-725-4122

Transaction#: 84161
Associate: Manager
Date: 08/13/2009     Time: 04:27:57 PM

Page 19 for Customer # 10514880

---

Due Date: 09/30/2009

*** SALE ***

PO: 91

Bill To:
Customer # 10514880
BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA 93216

SINGLE LINE STAMP

2.00 EACH @   $6.99 T      $13.98
STAMP PADS

2.00 EACH @   $5.50 T      $11.00
          Subtotal: $24.98
2.5% - TULARE COUNTY SPECIAL TAX: $0.3
8.75% - TULARE COUNTY SALES TAX: $0.97
                    TOTAL: $26.30

                  INVOICE: $26.30
                   CHANGE: $0.00

(X)
     Authorized Signature

   A Minimum Finance Charge of
    $1.00 or 1.5% per month
  applies to all past due balances

.----------------------------------.
           Thank You!
      "Start Right, Start Here"

(handwritten signature)

---

Orange Cove Hardware
17216 County Line Road
Delano CA 93215
1-661-725-4122

Transaction#: A5052
Associate: Manager
Date: 08/14/2009     Time: 01:07:32 PM

Due Date: 09/30/2009

*** SALE ***

PO: 97

Bill To:
Customer # 10514880
BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA 93216

2-LINE STAMPS

1.00 EACH @   $9.99 T       $9.99
          Subtotal: $9.99
8.75% - TULARE COUNTY SALES TAX: $0.88
                    TOTAL: $10.87

                  INVOICE: $10.87
                   CHANGE: $0.00

(X)
     Authorized Signature

   A Minimum Finance Charge of
    $1.00 or 1.5% per month
  applies to all past due balances

.----------------------------------.
           Thank You!
      "Start Right, Start Here"

*Humberto Melgoza #97* (handwritten)

---

Orange Cove Hardware
17216 County Line Road
Delano CA 93215
1-661-725-4122

Transaction#: A5095
Associate: Manager
Date: 08/17/2009     Time: 08:36:09 AM

Due Date: 09/30/2009

*** SALE ***

PO: 98

Bill To:
Customer # 10514880
BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA 93216

STAMP

2.00 EACH @   $8.99 T      $17.98
          Subtotal: $17.98
2.5% - TULARE COUNTY SPECIAL TAX: $0.4

BANGI010336

TOTAL: $18.43
INVOICE: $18.43
CHANGE: $0.00

(X)
Authorized Signature

A Minimum Finance Charge of
$1.00 or 1.5% per month
applies to all past due balances

--------------------------------
Thank You!
*Start Right, Start Here*

*Hunt BD Plg #98*

Orange Cove Hardware
17216 County Line Road
Delano CA 93215
1-661-725-4122

Transaction#: A5128
Associate: Manager
Date: 08/17/2009    Time: 03:14:58 PM

Due Date: 09/30/2009

*** SALE ***

PO: 96

Bill To:
Customer # 10514880
BANDI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA 93216

DURA 4PK D Alk Battery
192096
   24.00 EACH @   $6.99 T       $167.76

             Subtotal: $167.76
8.75% - TULARE COUNTY SALES TAX: $14.6
                TOTAL: $182.44

              INVOICE: $182.44
               CHANGE: $0.00

(X)
Authorized Signature

A Minimum Finance Charge of
$1.00 or 1.5% per month
applies to all past due balances

--------------------------------
Thank You!
*Start Right, Start Here*

*Jaime RG*

Orange Cove Hardware
17216 County Line Road
Delano CA 93215
1-661-725-4122

Transaction#: #4263
Associate: Manager
Date: 08/17/2009    Time: 04:02:55 PM

Due Date: 09/30/2009

*** SALE ***

PO: 95

Bill To:
Customer # 10514880
BANDI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA 93236

SPOTLIGHT
   1.00 EACH @   $19.99 T        $19.99

             Subtotal: $19.99
8.75% - TULARE COUNTY SALES TAX: $1.75
                TOTAL: $21.74

              INVOICE: $21.74
               CHANGE: $0.00

(X)
Authorized Signature

A Minimum Finance Charge of
$1.00 or 1.5% per month
applies to all past due balances

--------------------------------
Thank You!
*Start Right, Start Here*

*Efren C. Cox*

Orange Cove Hardware
17216 County Line Road
Delano CA 93215
1-661-725-4122

Transaction#: A5161
Associate: Manager
Date: 06/18/2009    Time: 12:34:06 PM

Due Date: 09/30/2009

*** SALE ***

PO: 99

Bill To:
Customer # 10514880
BANDI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA 93216

1/2X200 TIE TAPE
   8.00 EACH @   $49.95 T       $399.60

             Subtotal: $399.60
2.5% - TULARE COUNTY SPECIAL TAX: $9.9
                TOTAL: $409.59

              INVOICE: $409.59
               CHANGE: $0.00

(X)
Authorized Signature

A Minimum Finance Charge of
$1.00 or 1.5% per month
applies to all past due balances

--------------------------------
Thank You!
*Start Right, Start Here*

*Jaime RG*

Orange Cove Hardware
17216 County Line Road
Delano CA 93215
1-661-725-4122

Transaction#: A5162
Associate: Manager
Date: 09/18/2009    Time: 12:34:55 PM

Due Date: 09/30/2009

*** SALE ***

PO: 99

Bill To:
Customer # 10514880
BANDI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA 93216

1/2X260 TIE TAPE
   6.00 EACH @   $49.90 T       $299.40

             Subtotal: $299.40
2.5% - TULARE COUNTY SPECIAL TAX: $7.4
                TOTAL: $306.83

              INVOICE: $306.83
               CHANGE: $0.00

(X)
Authorized Signature

A Minimum Finance Charge of
$1.00 or 1.5% per month
applies to all past due balances

--------------------------------
Thank You!
*Start Right, Start Here*

*Jaime RG*

Orange Cove Hardware
17216 County Line Road
Delano CA 93215
1-661-725-4122

Transaction#: #4301
Associate: Manager
Date: 08/18/2009    Time: 03:20:14 PM

Due Date: 09/30/2009

*** SALE ***

PO: 93

BANGI010337

Bill To:
Customer # 10514880
BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA 93216

STAMP

```
  2.00 EACH @   $8.99 T        $17.98
STAMP PAD

  2.00 EACH @   $5.99 T        $11.98
INK

  2.00 EACH @   $5.99 T        $11.98
                Subtotal: $41.94
2.5% - TULARE COUNTY SPECIAL TAX: $1.0
                  TOTAL: $42.99

                 INVOICE: $42.99
                  CHANGE: $0.00
```

[X]
     Authorized Signature

A Minimum Finance Charge of
$1.00 or 1.5% per month
applies to all past due balances

Notes:
   CAL GRAPE
--------------------------------------
              Thank You!
        "Start Right, Start Here"

*Jaime RG*

          Orange Cove Hardware
          17216 County Line Road
             Delano CA 93215
            1-661-725-4122

Transaction#: A5193
Associate: Manager
Date: 06/19/2009     Time: 09:41:59 AM

Due Date: 09/30/2009

          *** SALE ***

PO: 100

Bill To:
Customer # 10514880
BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA 93216

GLOVES

```
  2.00 EACH @   $5.99 T        $11.98
UTILITY BLADES

  3.00 EACH @   $1.79 T         $5.37
                Subtotal: $17.35
8.75% - TULARE COUNTY SALES TAX: $1.52
                  TOTAL: $18.87

                 INVOICE: $18.87
                  CHANGE: $0.00
```

[X]
     Authorized Signature

A Minimum Finance Charge of
$1.00 or 1.5% per month
applies to all past due balances

--------------------------------------
              Thank You!
        "Start Right, Start Here"

          Orange Cove Hardware
          17216 County Line Road
             Delano CA 93215
            1-661-725-4122

Transaction#: B4329
Associate: Manager
Date: 06/19/2009     Time: 11:01:24 AM

Due Date: 09/30/2009

          *** SALE ***

PO: 101

Bill To:
Customer # 10514880
BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA 93216

single line stamp

```
  1.00 EACH @   $5.99 T         $5.99
                Subtotal: $5.99
```

---

```
2.5% - TULARE COUNTY SPECIAL TAX: $0.1
                  TOTAL: $6.14

                 INVOICE: $6.14
                  CHANGE: $0.00
```

[X]
     Authorized Signature

A Minimum Finance Charge of
$1.00 or 1.5% per month
applies to all past due balances

--------------------------------------
              Thank You!
        "Start Right, Start Here"

          Orange Cove Hardware
          17216 County Line Road
             Delano CA 93215
            1-661-725-4122

Transaction#: B4338
Associate: Manager
Date: 06/19/2009     Time: 02:06:21 PM

Due Date: 09/30/2009

          *** SALE ***

PO: 102

Bill To:
Customer # 10514880
BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA 93216

GLOVES

```
  2.00 EACH @   $8.99 T        $17.98
NOTE BOOK

  1.00 EACH @   $2.99 T         $2.99
NILOW GLOVES

  1.00 EACH @  $10.99 T        $10.99
Cast QT SW30 Motor Oil
121996
  2.00 EACH @   $3.99 T         $7.98
25PK 1/8x1/8 ALU Rivets
598647
 10.00 EACH @   $2.49 T        $24.90
                Subtotal: $64.84
8.75% - TULARE COUNTY SALES TAX: $5.68
                  TOTAL: $70.52

                 INVOICE: $70.52
                  CHANGE: $0.00
```

[X]
     Authorized Signature

A Minimum Finance Charge of
$1.00 or 1.5% per month
applies to all past due balances

--------------------------------------
              Thank You!
        "Start Right, Start Here"

          Orange Cove Hardware
          17216 County Line Road
             Delano CA 93215
            1-661-725-4122

Transaction#: A5214
Associate: Manager
Date: 06/19/2009     Time: 02:30:42 PM

Due Date: 09/30/2009

          *** SALE ***

PO: CREIG

Bill To:
Customer # 10514880
BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA 93216

DOUBLE LINE STAMP

```
  2.00 EACH @   $8.99 T        $17.98
STAMP PADS

  2.00 EACH @   $5.50 T        $11.00
4 OZ INK

  2.00 EACH @   $9.99 T        $19.98
                Subtotal: $48.96
8.75% - TULARE COUNTY SALES TAX: $4.29
                  TOTAL: $53.25

                 INVOICE: $53.25
                  CHANGE: $0.00
```

pri08312C09180027

BANGI010338

[X]
Authorized Signature

A Minimum Finance Charge of
$1.00 or 1.5% per month
applies to all past due balances

----------------------------------
Thank You!
"Start Right, Start Here"

---

Orange Cove Hardware
17216 County Line Road
Delano CA 93215
1-661-725-4122

Transaction#: 84340
Associate: Manager
Date: 08/19/2009     Time: 02:44:36 PM

Due Date: 09/30/2009

*** SALE ***

PO: 103

Bill To:
Customer # 10514880
BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA 93216

15FX SEGAL BOX Liner
263194
1.00 EACH @ $12.99 T      $12.99

Subtotal: $12.99
8.75% - TULARE COUNTY SALES TAX: $1.14
TOTAL: $14.13

INVOICE: $14.13
CHANGE: $0.00

[X]
Authorized Signature

A Minimum Finance Charge of
$1.00 or 1.5% per month
applies to all past due balances

----------------------------------
Thank You!
"Start Right, Start Here"

---

Orange Cove Hardware
17216 County Line Road
Delano CA 93215
1-661-725-4122

Transaction#: A5216
Associate: Manager
Date: 08/19/2009     Time: 03:11:12 PM

Due Date: 09/30/2009

*** SALE ***

PO: 92

Bill To:
Customer # 10514880
BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA 93216

NYLON GLOVES
5.00 EACH @ $10.99 T      $54.95

Subtotal: $54.95
8.75% - TULARE COUNTY SALES TAX: $4.81
TOTAL: $59.76

INVOICE: $59.76
CHANGE: $0.00

[X]
Authorized Signature

A Minimum Finance Charge of
$1.00 or 1.5% per month
applies to all past due balances

----------------------------------
Thank You!
"Start Right, Start Here"

---

Orange Cove Hardware
17216 County Line Road
Delano CA 93215
Page 22 for Customer# 10514880

---

1-661-725-4122

Transaction#: A5218
Associate: Manager
Date: 08/19/2009     Time: 03:54:48 PM

Due Date: 09/30/2009

*** SALE ***

PO: 104

Bill To:
Customer # 10514880
BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA 93216

3/4 '1 BY PASS PRUNER
4.00 EACH @ $24.99 T      $99.96
HOLSTER
5.00 EACH @ $6.25 T      $31.25
MED Drain Pigskin Glove
532285
2.00 EACH @ $10.99 T      $21.98
STHIL
2.00 EACH @ $2.75 T      $5.50
DUST MASK
1.00 EACH @ $21.99 T      $21.99

Subtotal: $180.68
2.5% - TULARE COUNTY SPECIAL TAX: $3.8
8.75% - TULARE COUNTY SALES TAX: $2.41
TOTAL: $186.92

INVOICE: $186.92
CHANGE: $0.00

[X]
Authorized Signature

A Minimum Finance Charge of
$1.00 or 1.5% per month
applies to all past due balances

----------------------------------
Thank You!
"Start Right, Start Here"

---

Orange Cove Hardware
17216 County Line Road
Delano CA 93215
1-661-725-4122

Transaction#: A5226
Associate: Manager
Date: 08/20/2009     Time: 07:35:18 AM

Due Date: 09/30/2009

*** SALE ***

PO: CRAIG

Bill To:
Customer # 10514880
BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA 93216

STAMP
1.00 EACH @ $8.99 T      $8.99

Subtotal: $8.99
2.5% - TULARE COUNTY SPECIAL TAX: $0.2
TOTAL: $9.22

INVOICE: $9.22
CHANGE: $0.00

[X]
Authorized Signature

A Minimum Finance Charge of
$1.00 or 1.5% per month
applies to all past due balances

----------------------------------
Thank You!
"Start Right, Start Here"

---

Orange Cove Hardware
17216 County Line Road
Delano CA 93215
1-661-725-4122

Transaction#: A5273
Associate: Manager
Date: 08/21/2009     Time: 07:45:52 AM

Due Date: 09/30/2009

*** SALE ***

PO: CRAIG

BANGI010339

Bill To:
Customer # 10514880
BANDI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA 93216

INK

1.00 EACH @   $5.99 T        $5.99
STAMP PAD

1.00 EACH @   $5.99 T        $5.99
STAMP

1.00 EACH @   $8.99 T        $8.99
                  Subtotal: $20.97
2.5% - TULARE COUNTY SPECIAL TAX: $0.5
                      TOTAL: $21.50

                  INVOICE: $21.50
                   CHANGE: $0.00

(X)
        Authorized Signature

    A Minimum Finance Charge of
    $1.00 or 1.5% per month
    applies to all past due balances

------------------------------------
            Thank You!
        "Start Right, Start Here"

---

### Orange Cove Hardware
17216 County Line Road
Delano CA 93215
1-661-725-4122

Transaction#: A5276
Associate: Manager
Date: 08/21/2009     Time: 08:17:39 AM

Due Date: 09/30/2009

            *** SALE ***

PO: 135

Bill To:
Customer # 10514880
BANDI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA 93216

STAMPS

2.00 EACH @   $8.99 T        $17.98
STAMP PAD

2.00 EACH @   $5.99 T        $11.98
INK

2.00 EACH @   $5.99 T        $11.98
                  Subtotal: $41.94
2.5% - TULARE COUNTY SPECIAL TAX: $1.0
                      TOTAL: $42.99

                  INVOICE: $42.99
                   CHANGE: $0.00

(X)
        Authorized Signature

    A Minimum Finance Charge of
    $1.00 or 1.5% per month
    applies to all past due balances

------------------------------------
            Thank You!
        "Start Right, Start Here"

---

### Orange Cove Hardware
17216 County Line Road
Delano CA 93215
1-661-725-4122

Transaction#: B4434
Associate: Manager
Date: 08/22/2009     Time: 10:19:06 AM

Due Date: 09/30/2009

            *** SALE ***

PO: 93

Bill To:
Customer # 10514880
BANDI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA 93216

STAMP PADS

3.00 EACH @   $5.50 T        $16.50
DOUBLE LINE STAMP

---

4.00 EACH @   $9.99 T        $39.96
                  Subtotal: $56.46
8.75% - TULARE COUNTY SALES TAX: $1.45
2.5% - TULARE COUNTY SPECIAL TAX: $1.0
                      TOTAL: $58.91

                  INVOICE: $58.91
                   CHANGE: $0.00

(X)
        Authorized Signature

    A Minimum Finance Charge of
    $1.00 or 1.5% per month
    applies to all past due balances

------------------------------------
            Thank You!
        "Start Right, Start Here"

---

### Orange Cove Hardware
17216 County Line Road
Delano CA 93215
1-661-725-4122

Transaction#: A5348
Associate: Manager
Date: 08/24/2009     Time: 12:14:53 PM

Due Date: 09/30/2009

            *** SALE ***

PO: CRAIG

Bill To:
Customer # 10514880
BANDI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA 93216

OPTIMA 590 TISSUE

30.00 EACH @   $35.00 T      $1,050.00
160Z CLR Cleaner
866804
2.00 EACH @   $8.99 T        $17.98
100% CLR PVC PipeCement
147576
3.00 EACH @   $7.43 T        $22.47
                  Subtotal: $1,090.45
8.75% - TULARE COUNTY SALES TAX: $95.4
                      TOTAL: $1,185.87

                  INVOICE: $1,185.87
                   CHANGE: $0.00

(X)
        Authorized Signature

    A Minimum Finance Charge of
    $1.00 or 1.5% per month
    applies to all past due balances

------------------------------------
            Thank You!
        "Start Right, Start Here"

---

### Orange Cove Hardware
17216 County Line Road
Delano CA 93215
1-661-725-4122

Transaction#: B4467
Associate: Manager
Date: 08/24/2009     Time: 02:57:27 PM

Due Date: 09/30/2009

            *** SALE ***

PO: CRAIG

Bill To:
Customer # 10514880
BANDI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA 93216

SPRAY BOTTLES

5.00 EACH @   $2.79 T        $13.95
960Z Reg LIQ Bleach
787257
4.00 EACH @   $2.79 T        $11.16
                  Subtotal: $25.11
8.75% - TULARE COUNTY SALES TAX: $2.20
                      TOTAL: $27.31

                  INVOICE: $27.31
                   CHANGE: $0.00

(X)
        Authorized Signature

    A Minimum Finance Charge of

prt08312009180027

BANGI010340

$1.00 or 1.5% per month
applies to all past due balances

-----------------------------------
Thank You!
"Start Right, Start Here"

Orange Cove Hardware
17216 County Line Road
Delano CA 93215
1-661-725-4122

Transaction#: A5375
Associate: Manager
Date: 08/25/2009      Time: 09:22:32 AM

Due Date: 09/30/2009
*** SALE ***

PO: CRAIG

Bill To:
Customer # 10514880
BANZI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA 93216

2 LINE STAMP

1.00 EACH @   $8.99 T        $8.99
                    Subtotal: $8.99
2.5% - TULARE COUNTY SPECIAL TAX: $0.2
                      TOTAL: $9.22

                    INVOICE: $9.22
                     CHANGE: $0.00

(X)
    Authorized Signature

A Minimum Finance Charge of
$1.00 or 1.5% per month
applies to all past due balances

-----------------------------------
Thank You!
"Start Right, Start Here"

Orange Cove Hardware
17216 County Line Road
Delano CA 93215
1-661-725-4122

Transaction#: A5382
Associate: Manager
Date: 08/25/2009      Time: 10:16:22 AM

Due Date: 09/30/2009
*** SALE ***

Bill To:
Customer # 10514880
BANZI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA 93216

BEARINGS

30.00 EACH @   $2.50 T       $75.00
                    Subtotal: $75.00
2.5% - TULARE COUNTY SPECIAL TAX: $1.8
                      TOTAL: $76.86

                    INVOICE: $76.86
                     CHANGE: $0.00

(X)
    Authorized Signature

A Minimum Finance Charge of
$1.00 or 1.5% per month
applies to all past due balances

-----------------------------------
Thank You!
"Start Right, Start Here"

Orange Cove Hardware
17216 County Line Road
Delano CA 93215
1-661-725-4122

Transaction#: A5428
Associate: Manager
Date: 08/26/2009      Time: 10:27:02 AM

---

Due Date: 09/30/2009
*** SALE ***

PO: 108

Bill To:
Customer # 10514880
BANZI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA 93216

755637
MED Men Sued LTHR Glove
1.00 EACH @   $6.99 T        $6.99
WELDING GLOVES

2.00 EACH @  $12.69 T       $25.38
55 GAL DRUMS

6.00 EACH @  $29.99 T      $179.94
TRAILER JACKS

3.00 EACH @  $29.99 T       $89.97

                  Subtotal: $502.28
8.75% - TULARE COUNTY SALES TAX: $26.4
                    TOTAL: $328.73

                  INVOICE: $328.73
                   CHANGE: $0.00

(X)
    Authorized Signature

A Minimum Finance Charge of
$1.00 or 1.5% per month
applies to all past due balances

-----------------------------------
Thank You!
"Start Right, Start Here"

Orange Cove Hardware
17216 County Line Road
Delano CA 93215
1-661-725-4122

Transaction#: A5445
Associate: Manager
Date: 08/25/2009      Time: 02:08:32 PM

Due Date: 09/30/2009
*** SALE ***

PO: 109

Bill To:
Customer # 10514880
BANZI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA 93216

STAMPS

2.00 EACH @   $8.99 T       $17.98
                   Subtotal: $17.98
2.5% - TULARE COUNTY SPECIAL TAX: $0.4
                     TOTAL: $38.43

                   INVOICE: $18.43
                    CHANGE: $0.00

(X)
    Authorized Signature

A Minimum Finance Charge of
$1.00 or 1.5% per month
applies to all past due balances

-----------------------------------
Thank You!
"Start Right, Start Here"

Orange Cove Hardware
17216 County Line Road
Delano CA 93215
1-661-725-4122

Transaction#: A5449
Associate: Manager
Date: 08/26/2009      Time: 03:21:28 PM

Due Date: 09/30/2009
*** SALE ***

PO: 110

Bill To:
Customer # 10514880
BANZI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA 93216

FLAT CUES

prt08312009180027

BANGI010341

```
 10.00 EACH @ $142.00 T      $1,420.00
DRI KEM

 15.00 EACH @ $90.00 T       $1,350.00
                   Subtotal: $2,770.00
0.75% - TULARE COUNTY SALES TAX: $242.
                      TOTAL: $3,012.38
                   INVOICE: $3,012.38
                    CHANGE: $0.00

   [X]
        Authorized Signature

   A Minimum Finance Charge of
     $1.00 or 1.5% per month
   applies to all past due balances

   ----------------------------------
            Thank You!
        "Start Right, Start Here"
```

*Jame R*

```
        Orange Cove Hardware
        17216 County Line Road
           Delano CA 93215
           1-661-725-4122

Transaction#: A5485
Associate: Manager
Date: 08/27/2009     Time: 02:15:38 PM

Due Date: 09/30/2009

            *** SALE ***

PO: CRAIG

Bill To:
Customer # 10514680
BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA 93216

STAMP PADS

  2.00 EACH @   $5.99 T      $11.98
INK

  2.00 EACH @  $10.99 T      $21.98
STAMP

  2.00 EACH @   $8.99 T      $17.98
                   Subtotal: $51.94
2.5% - TULARE COUNTY SPECIAL TAX: $1.3
                      TOTAL: $53.24
                   INVOICE: $53.24
                    CHANGE: $0.00

   [X]
        Authorized Signature

   A Minimum Finance Charge of
     $1.00 or 1.5% per month
   applies to all past due balances

   ----------------------------------
            Thank You!
        "Start Right, Start Here"
```

*Jaime R*

```
        Orange Cove Hardware
        17216 County Line Road
           Delano CA 93215
           1-661-725-4122

Transaction#: B4571
Associate: Manager
Date: 08/28/2009     Time: 12:41:36 PM

Due Date: 09/30/2009

            *** SALE ***

PO: CRAIG

Bill To:
Customer # 10514680
BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA 93216

OPTIMA HIGH CAPASITY

 30.00 EACH @  $35.99 T      $1,079.70
NAT ROLL 12 ROLLS

 25.00 EACH @  $45.00 T      $1,125.00
                   Subtotal: $2,204.70
8.75% - TULARE COUNTY SALES TAX: $192.
                      TOTAL: $2,397.62
                   INVOICE: $2,397.62
                    CHANGE: $0.00

   [X]
        Authorized Signature
```

```
   A Minimum Finance Charge of
     $1.00 or 1.5% per month
   applies to all past due balances

   ----------------------------------
            Thank You!
        "Start Right, Start Here"
```

*Jaime Rodriguez*

```
        Orange Cove Hardware
        17216 County Line Road
           Delano CA 93215
           1-661-725-4122

Transaction#: B4579
Associate: Manager
Date: 08/28/2009     Time: 02:28:46 PM

Due Date: 09/30/2009

            *** SALE ***

PO: 108

Bill To:
Customer # 10514680
BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA 93215

85CT 130AL WHT KitchBag
849103
 10.00 BOX @   $16.99 T      $169.90
TWINE RINGS

 20.00 EACH @   $2.89 T      $57.80
40# SCALE

  6.00 EACH @  $60.00 T      $360.00
                   Subtotal: $587.70
8.75% - TULARE COUNTY SALES TAX: $14.8
2.5% - TULARE COUNTY SPECIAL TAX: $10.
                      TOTAL: $613.02
                   INVOICE: $613.02
                    CHANGE: $0.00

   [X]
        Authorized Signature

   A Minimum Finance Charge of
     $1.00 or 1.5% per month
   applies to all past due balances

   ----------------------------------
            Thank You!
        "Start Right, Start Here"
```

*Jaime Rodriguez*

```
        Orange Cove Hardware
        17216 County Line Road
           Delano CA 93215
           1-661-725-4122

Transaction#: B4581
Associate: Manager
Date: 08/28/2009     Time: 02:41:42 PM

Due Date: 09/30/2009

            *** SALE ***

PO: 108

Bill To:
Customer # 10514680
BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA 93216

OPTIMA HIGH CAPASITY

 30.00 EACH @  $41.75 T      $1,252.50
NAT ROLL 12 ROLLS

 25.00 EACH @  $32.00 T      $800.00
                   Subtotal: $2,052.50
8.75% - TULARE COUNTY SALES TAX: $179.
                      TOTAL: $2,232.10
                   INVOICE: $2,232.10
                    CHANGE: $0.00

   [X]
        Authorized Signature

   A Minimum Finance Charge of
     $1.00 or 1.5% per month
   applies to all past due balances

   ----------------------------------
            Thank You!
        "Start Right, Start Here"
```

pri08312009180027

BANGI010342

*Jaime RG*

Orange Cove Hardware
17216 County Line Road
Delano CA 93215
1-661-725-4122

Transaction#: B4591
Associate: Manager
Date: 08/25/2009     Time: 03:41:29 PM

Due Date: 09/30/2009

*** SALE ***

PO: 111

Bill To:
Customer # 10514880
BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA 93216

SPOTLIGHT

1.00 EACH @  $19.99 T          $19.99
1/2 X 200 TIE TAPE

3.00 EACH @  $55.00 T          $165.00

                    Subtotal: $184.99
8.75% - TULARE COUNTY SALES TAX: $16.1
                    TOTAL: $201.18

                INVOICE: $201.18
                CHANGE: $0.00

(X) _____
      Authorized Signature

A Minimum Finance Charge of
$1.00 or 1.5% per month
applies to all past due balances

----------------------------------
      Thank You!
   *Start Right, Start Here*

*Efren Carino*

Orange Cove Hardware
17216 County Line Road
Delano CA 93215
1-661-725-4122

Transaction#: B4605
Associate: Manager
Date: 08/31/2009     Time: 08:33:22 AM

Due Date: 09/30/2009

*** SALE ***

PO: 112

Bill To:
Customer # 10514880
BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA 93216

TAPENER STAPLES

30.00 EACH @  $4.99 T          $149.70

                    Subtotal: $149.70
2.5% - TULARE COUNTY SPECIAL TAX: $3.7
                    TOTAL: $351.48

                INVOICE: $153.45
                CHANGE: $0.00

(X) _____
      Authorized Signature

A Minimum Finance Charge of
$1.00 or 1.5% per month
applies to all past due balances

----------------------------------
      Thank You!
   *Start Right, Start Here*

*Jaime RG*

Orange Cove Hardware
17216 County Line Road
Delano CA 93215
1-661-725-4122

Transaction#: B4628
Associate: Manager
Date: 08/31/2009     Time: 03:27:37 PM

Due Date: 09/30/2009

*** SALE ***

Page 26 for Customer # 10514880

---

PO: 112

Bill To:
Customer # 10514880
BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA 93216

TWINE RINGS

20.00 EACH @  $2.85 T          $57.00
DOUBLE LINE STAMP

1.00 EACH @  $9.99 T          $9.99
COVER ALL

1.00 EACH @  $65.00 T          $65.00
SPIGOTS

20.00 EACH @  $2.89 T          $57.80
IGLOO SPIGOTS

15.00 EACH @  $5.99 T          $89.85

                    Subtotal: $279.64
2.5% - TULARE COUNTY SPECIAL TAX: $3.3
8.75% - TULARE COUNTY SALES TAX: $12.9
                    TOTAL: $295.86

                INVOICE: $295.86
                CHANGE: $0.00

(X) _____
      Authorized Signature

A Minimum Finance Charge of
$1.00 or 1.5% per month
applies to all past due balances

----------------------------------
      Thank You!
   *Start Right, Start Here*

*Jaime RG*

*Jaime RG*

BANGI010343

Subtotal: $29.47
8.75% - TULARE COUNTY SALES TAX: $2.58
TOTAL: $32.05

INVOICE#: $32.05
CHANGE: $0.00

(X) _____
Authorized Signature

A Minimum Finance Charge of
$1.00 or 1.5% per month
applies to all past due balances

```
------------------------------------
           Thank You!
      "Start Right, Start Here"
```

---

Orange Cove Hardware
17216 County Line Road
Delano CA 93215
1-661-725-4122

Transaction#: A3452
Associate: Manager
Date: 07/06/2009    Time: 02:31:42 PM

Due Date: 08/31/2009

*** SALE ***

PO: 66

Bill To:
Customer # 10514880
BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA 93216

1/2 PINT INK
 1.00 EACH @  $10.99 T       $10.99
STAMP PAD
 1.00 EACH @   $5.99 T        $5.99
2-LINE STAMP
 1.00 EACH @   $9.99 T        $9.99
            Subtotal: $26.97
8.75% - TULARE COUNTY SALES TAX: $2.36
            TOTAL: $29.33

INVOICE#: $29.33
CHANGE: $0.00

(X) _____
Authorized Signature

A Minimum Finance Charge of
$1.00 or 1.5% per month
applies to all past due balances

```
------------------------------------
           Thank You!
      "Start Right, Start Here"
```

---

Orange Cove Hardware
17216 County Line Road
Delano CA 93215
1-661-725-4122

Transaction#: B3373
Associate: Manager
Date: 07/06/2009    Time: 03:47:52 PM

Due Date: 08/31/2009

*** SALE ***

PO: 66

Bill To:
Customer # 10514880
BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA 93216

AtlasSX Rubb Work Glove
680216
 1.00 EACH @   $5.99 T        $5.99
1/4 PLUG
 2.00 EACH @   $3.69 T        $7.38
DELUXE TIRE INFLATOR
 2.03 EACH @  $44.69 T       $89.38
            Subtotal: $102.75
8.75% - TULARE COUNTY SALES TAX: $9.00
            TOTAL: $111.75

INVOICE#: $111.75
CHANGE: $0.00

(X) _____
Authorized Signature

A Minimum Finance Charge of
$1.00 or 1.5% per month
Page 7 for Customer # 10514880

---

applies to all past due balances

```
------------------------------------
           Thank You!
      "Start Right, Start Here"
```

---

Orange Cove Hardware
17216 County Line Road
Delano CA 93215
1-661-725-4122

Transaction#: A3475
Associate: Manager
Date: 07/06/2009    Time: 04:26:35 PM

Due Date: 08/31/2005

*** SALE ***

PO: 65

Bill To:
Customer # 10514880
BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA 93216

DUST MASK
 1.00 EACH @   $4.99 T        $4.99
CLIPS
 2.00 EACH @   $0.35 T        $0.70
UTILITY KNIFE
 3.00 EACH @   $1.19 T        $3.57
            Subtotal: $9.26
8.75% - TULARE COUNTY SALES TAX: $0.82
            TOTAL: $10.08

INVOICE#: $10.08
CHANGE: $0.00

(X) _____
Authorized Signature

A Minimum Finance Charge of
$1.00 or 1.5% per month
applies to all past due balances

```
------------------------------------
           Thank You!
      "Start Right, Start Here"
```

---

Orange Cove Hardware
17216 County Line Road
Delano CA 93215
1-661-725-4122

Transaction#: A3456
Associate: Manager
Date: 07/07/2009    Time: 08:42:22 AM

Due Date: 08/31/2009

*** SALE ***

PO: 67

Bill To:
Customer # 10514880
BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA 93216

GRAPE SIZER
 2.00 EACH @   $4.95 T        $9.90
GRAPE SIZER
 1.00 EACH @   $2.99 T        $2.99
            Subtotal: $12.89
8.75% - TULARE COUNTY SALES TAX: $1.13
            TOTAL: $14.02

INVOICE#: $14.02
CHANGE: $0.00

(X) _____
Authorized Signature

A Minimum Finance Charge of
$1.00 or 1.5% per month
applies to all past due balances

```
------------------------------------
           Thank You!
      "Start Right, Start Here"
```

BANGI010344

prt08312009180027

Orange Cove Hardware
17216 County Line Road
Delano CA 93215
1-661-725-4122

Transaction#: A3551
Associate: Manager
Date: 07/08/2009    Time: 07:38:56 AM

Due Date: 08/31/2009

*** SALE ***

PO: 68

Bill To:
Customer # 10514880
BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA 93216

Cast QT 5W30 Motor Oil
121935
    4.30 EACH @  $3.99 T      $15.96
PLUG
    2.30 EACH @  $2.79 T       $5.58
HOOK
    4.30 EACH @  $3.19 T      $12.76
HOOKS
    4.30 EACH @  $2.40 T       $9.60
CLIP HOOKS
    4.30 EACH @  $4.19 T      $16.76
              Subtotal: $60.66
8.75% - TULARE COUNTY SALES TAX: $5.31
                 TOTAL: $65.97

              INVOICE: $65.97
               CHANGE: $0.00

(X)
     Authorised Signature

A Minimum Finance Charge of
$1.00 or 1.5% per month
applies to all past due balances

.---------------------------------.
       Thank You!
   "Start Right, Start Here"

---

Orange Cove Hardware
17216 County Line Road
Delano CA 93215
1-661-725-4122

Transaction#: A3557
Associate: Manager
Date: 07/08/2009    Time: 08:16:17 AM

Due Date: 08/31/2009

*** SALE ***

PO: 69

Bill To:
Customer # 10514880
BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA 93216

INK
    1.00 EACH @  $5.99 T       $5.99
STAMP PAD
    1.00 EACH @  $5.99 T       $5.99
STAMP
    1.00 EACH @  $5.99 T       $5.99
              Subtotal: $17.97
2.5% - TULARE COUNTY SPECIAL TAX: $0.4
                 TOTAL: $18.42

              INVOICE: $18.42
               CHANGE: $0.00

(X)
     Authorized Signature

A Minimum Finance Charge of
$1.00 or 1.5% per month
applies to all past due balances

.---------------------------------.
       Thank You!
   "Start Right, Start Here"

---

Orange Cove Hardware
17216 County Line Road
Delano CA 93215
1-661-725-4122

Transaction#: B3132
Associate: Manager
Date: 07/08/2009    Time: 03:32:45 PM

Due Date: 08/31/2009

*** SALE ***

PO: 70

Bill To:
Customer # 10514880
BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA 93216

45CT 13 GAL Kitchen Bag
594074
    7.00 EACH @ $11.99 T      $83.93
              Subtotal: $83.93
8.75% - TULARE COUNTY SALES TAX: $7.35
                 TOTAL: $91.28

              INVOICE: $91.28
               CHANGE: $0.00

(X)
     Authorized Signature

A Minimum Finance Charge of
$1.00 or 1.5% per month
applies to all past due balances

.---------------------------------.
       Thank You!
   "Start Right, Start Here"

---

Orange Cove Hardware
17216 County Line Road
Delano CA 93215
1-661-725-4122

Transaction#: B3133
Associate: Manager
Date: 07/08/2009    Time: 03:42:21 PM

Due Date: 08/31/2009

*** SALE ***

PO: CRAIG

Bill To:
Customer # 10514880
BANGI'S AG-MANAGEMENT
P.O. BOX 724
DELANO, CA 93216

CLIPPER
    1.00 EACH @  $9.90 T       $9.90
              Subtotal: $9.90
2.5% - TULARE COUNTY SPECIAL TAX: $0.2
                 TOTAL: $10.15

              INVOICE: $10.15
               CHANGE: $0.00

(X)
     Authorized Signature

A Minimum Finance Charge of
$1.00 or 1.5% per month
applies to all past due balances

.---------------------------------.
       Thank You!
   "Start Right, Start Here"

---

Orange Cove Hardware
17216 County Line Road
Delano CA 93215
1-661-725-4122

Transaction#: A3638
Associate: Manager
Date: 07/03/2009    Time: 12:00:55 PM

Due Date: 08/31/2009

*** SALE ***

PO: 70

Page 8 for Customer # 10514880

pri08312009180027

BANGI010345

03/02/2010 TUE 14:31  FAX                                                      002/047



23860 AVE 216
Lindsay CA 93247

# INVOICE

**Invoice #:** 1102
**Invoice:** Jul 10, 2005
**Ship:** Jul 10, 2005
**Pay Terms:** Net 30

**Sold To:** Delano Farms Company
10025 Reed Rd.
Delano CA 93215

**Ship To:** Delano Farms Company
10025 Reed Rd.
Delano CA 93215

Page 1 of 1

| Sale Terms: FOB | Salesperson: DS | Carrier: | |
| Order: Jul 10, 2005 | Via: | Trailer lic: | St: |
| Cust PO: 32547 | Currency: USD | Broker: | |

| Description | Quantity | UOM | Price | Amount |
|---|---|---|---|---|
| Grapes cs 8 sheers | 4015 | in | 2.35 | 9,435.25 |
| INVOICE TOTAL: | 4015 | | | 9,435.25 |

*Please return a copy of this invoice with your remittance - Thank You*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

RECEIVE:            NO.5316        03/02/2010/TUE 02:36PM              GRISWOLD LASALLE

BANGI010346

03/02/2010 TUE 14:31  FAX                                                                          @003/047



23860 AVE 216
Lindsay CA 93247

# INVOICE

**Invoice #:** 1908
**Invoice:** Jul 21, 2006
**Ship:**   Jul 21, 2006
**Pay Terms:** Net 30

**Sold To:** Delano Farms Company
10025 Reed Rd.
Delano CA 93215

**Ship To:** Delano Farms Company
10025 Reed Rd.
Delano CA 93215

Page 1 of 1

**Sale Terms:** FOB              **Salesperson:** DS          **Carrier:**
**Order:** Jul 21, 2006          **Via:**                    **Trailer lic:**            **St:**
**Cust PO:** sheers              **Currency:** USD           **Broker:**

| Description | Quantity | UOM | Price | Amount |
|---|---|---|---|---|
| Grapes cs 8 sheers | 3800 | in | 2.40 | 9,120.00 |
| INVOICE TOTAL: | 3800 | | | 9,120.00 |

*Please return a copy of this invoice with your remittance - Thank You*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

RECEIVE:          NO.5316        03/02/2010/TUE 02:36PM                GRISWOLD LASALLE

BANGI010347

03/02/2010 TUE 14:31  FAX

*Comercial*



# Proforma Invoice.

Date. 15/05/07

Sold to :    Terry Bangui / Mr. Crag
             Cal-Pacific Co.
             375 Road 200
             Delano CA.
             93215 USA

Description:    8" Grape shear, stainless steel blade.

Quantity : 4008   Grape shears / 72 cases      per case.

Cost :

Total Amount:

**Comercial RODA, Luis Fernando Romero Dávila**
Jose S. Healy 109, Tel.214 6591, FAX 215 6107, CEL. (662) 141 0851,
e-mail. piratamex@yahoo.com

GRISWOLD LASALLE

RECEIVE:        NO.5316        03/02/2010/TUE 02:36PM

BANGI010348

2

 23860 AVE 216
Lindsay CA 93247

# INVOICE

**Invoice #:** 2251
**Invoice:** May 15, 2007
**Ship:**    May 15, 2007
**Pay Terms:** Net 30

**Sold To:** Delano Farms Company
10025 Reed Rd.
Delano CA 93215

**Ship To:** Delano Farms Company
10025 Reed Rd.
Delano CA 93215

Page 1 of 1

| Sale Terms: FOB | Salesperson: DS | Carrier: | |
| Order: May 15, 2007 | Via: | Trailer lic: | St: |
| Cust PO: 5/15/07 | Currency: USD | Broker: | |

| Description | Quantity | UOM | Price | Amount |
|---|---|---|---|---|
| Grapes cs 8 sheers | 4008 | in | 2.35 | 9,418.80 |
| INVOICE TOTAL: | 4008 | | | 9,418.80 |

*Please return a copy of this invoice with your remittance - Thank You*
The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

RECEIVE:        NO. 5316        03/02/2010/TUE 02:36PM                  GRISWOLD LASALLE

BANGI010349

03/02/2010 TUE 14:32  FAX                                                          ☐0067047

 23818 AVE 216
Lindsay CA 93247

# INVOICE

**Invoice #:** 6001
**Invoice:** Aug 18, 2009
**Ship:**    Aug 18, 2009
**Pay Terms:** Net 30

**Sold To:** T & R Bangi Ag Services
P.O. Box 724
Delano CA 93216

**Ship To:** T & R Bangi Ag Services
P.O. Box 724
Delano CA 93216

Page 1 of 1

| Sale Terms: FOB | Salesperson: DS | Carrier: | |
| Order: Aug 18, 2009 | Via: | Trailer lic: | St: |
| Cust PO: Ted Bangi | Currency: USD | Broker: | |

| Description | Quantity | UOM | Price | Amount |
|---|---|---|---|---|
| Materials - Grape clippers 2008 season | 2000 | | 3.95 | 7,900.00 |
| INVOICE TOTAL: | | | | 7,900.00 |

*Please return a copy of this invoice with your remittance - Thank You*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

RECEIVE:          NO.5316       03/02/2010/TUE 02:36PM              GRISWOLD LASALLE

BANGI010350

03/02/2010 TUE 14:32 FAX

# WEST COAST GLOVE & SAFETY

1017 30th Street
Bakersfield, CA 93301

# Invoice

| Date | Invoice # |
|------|-----------|
| 2/5/2010 | 1066 |

| Bill To | Ship To |
|---------|---------|
| T & R Bangi Ag Services<br>P.O. Box 1141<br>RICHGROVE, CA. 93261-1141 | |

**PAID**

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| | Due on receipt | JS | 2/2/2010 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 36 | First Aid | First Aid Kits | 19.95 | 718.20T |
| | Shipping/Handling | | 35.35 | 35.35 |
| | | Sales Tax | 8.25% | 59.25 |

Thank you for your business.

| Total | $812.80 |
|-------|---------|

RECEIVE:          NO.5316          03/02/2010/TUE 02:36PM          GRISWOLD LASALLE

BANGI010351

03/02/2010 TUE 14:32 FAX                                                    @008/047

# WEST COAST GLOVE & SAFETY

# Invoice

1017 30th Street
Bakersfield, CA 93301

| Date | Invoice # |
|------|-----------|
| 1/4/2010 | 1039 |

| Bill To | Ship To |
|---------|---------|
| T & R Bangi Ag Services<br>P.O. Box 1141<br>RICHGROVE, CA. 93261-1141 | |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| vrbl julie | Due on receipt | JS | 1/4/2010 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 1,000 | Eye Protection | RAD 64051101 | 1.30 | 1,300.00T |
| | Shipping/Handling | | 54.58 | 54.58 |
| | | Sales Tax | 8.25% | 107.25 |

It's been a pleasure working with you!

| | Total | $1,461.83 |
|---|-------|-----------|

RECEIVE:          NO.5316        03/02/2010/TUE 02:36PM              GRISWOLD LASALLE

BANGI010352

03/02/2010 TUE 14:39 FAX                                                                    ☒009/047

# WEST COAST GLOVE & SAFETY

**Invoice**

1017 30th Street
Bakersfield, CA 93301

| Date | Invoice # |
|------|-----------|
| 12/15/2009 | 1029 |

**PAID**

| Bill To | Ship To |
|---------|---------|
| T & R Bangi Ag Services
P.O. Box 1141
RICHGROVE, CA. 93261-1141 | |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| | Due on receipt | JS | 12/15/2009 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 1,000 | Eye Protection
Shipping/Handling | RAD 64051101 Safety Glasses | 1.30
16.50 | 1,300.00T
16.50 |
| | | Sales Tax | 8.25% | 107.25 |

Thank you for your business.

**Total** | $1,423.75

BANGI010353

03/02/2010  TUE 14:32  FAX                                                @010/047

## WEST COAST GLOVE & SAFETY

# Invoice

1017 30th Street
Bakersfield, CA 93301

| Date | Invoice # |
|------|-----------|
| 9/18/2009 | 975 |

**PAID**

| Bill To | Ship To |
|---------|---------|
| T & R Bangi Ag Services<br>P.O. Box 1141<br>RICHGROVE, CA. 93261-1141 | |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| | Due on receipt | JS | 9/18/2009 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 36 | Each | SH4 34-25PFG FIRST AID KITS | 20.25 | 729.00T |
| 200 | Box | SH4 35134SW NOX-A-STING SWABS | 3.99 | 798.00T |
| | Shipping/Handling | | 27.95 | 27.95 |
| | | Sales Tax | 8.25% | 125.98 |

Thank you for your business.

**Total**  $1,680.93

RECEIVE:          NO.5316        03/02/2010/TUE 02:36PM           GRISWOLD LASALLE

BANGI010354

03/02/2010 TUE 14:32 FAX @034/047

# WEST COAST GLOVE & SAFETY

1017 30th Street
Bakersfield, CA 93301

# Invoice

| Date | Invoice # |
|------|-----------|
| 8/18/2009 | 953 |

| Bill To | Ship To |
|---------|---------|
| T & R Bangi Ag Services<br>P.O. Box 1141<br>RICHGROVE, CA. 93261-1141 | |

**PAID**

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| | Due on receipt | JS | 8/18/2009 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|-----------|--------|
| 36 | First Aid | Swift First Aid Kits | 20.25 | 729.00T |
| | Shipping/Handling | | 22.04 | 22.04 |
| | | Sales Tax | 8.25% | 60.14 |

Thank you for your business.

| **Total** | $811.18 |
|-----------|---------|

RECEIVE:          NO.5316        03/02/2010/TUE 02:36PM              GRISWOLD LASALLE

BANGI010355

03/02/2010 TUE 14:33 FAX                                            ☑012/047

## WEST COAST GLOVE & SAFETY

1017 30th Street
Bakersfield, CA 93301

# Invoice

| Date | Invoice # |
|------|-----------|
| 6/29/2009 | 914 |

**PAID**

| Bill To | Ship To |
|---------|---------|
| T & R Bangi Ag Services<br>P.O. Box 1141<br>RICHGROVE, CA. 93261-1141 | |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| | Due on receipt | JS | 6/29/2009 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 40 | Each | SH4 34-25PFG  First Aid Kits | 19.95 | 798.00T |
| 25 | Box | 150910  Antiseptic Wipes | 1.60 | 40.00T |
| 200 | Box | 013450  Bandaids | 2.30 | 460.00T |
| 25 | Box | 151020  First Aid Cream | 3.50 | 87.50T |
| 1 | Shipping/Handling | | 23.42 | 23.42 |
| | | Sales Tax | 8.25% | 114.30 |

Thank you for your business.

| **Total** | $1,523.22 |
|-----------|-----------|

BANGI010356

03/02/2010 TUE 14:33  FAX                                    ☒0019/047

# WEST COAST GLOVE & SAFETY

1017 30th Street
Bakersfield, CA 93301

# Invoice

| Date | Invoice # |
|------|-----------|
| 6/9/2009 | 893 |

**PAID**

| Bill To | Ship To |
|---------|---------|
| T & R Bangi Ag Services<br>P.O. Box 1141<br>RICHGROVE, CA. 93261-1141 | |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| | Due on receipt | JS | 6/15/2009 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 100 | Each | 240806 Eye drops | 2.25 | 225.00T |
| | Shipping/Handling | | 6.03 | 6.03 |
| | | Sales Tax | 8.25% | 18.56 |

Thank you for your business.

| | **Total** | $249.59 |
|-|-----------|---------|

RECEIVE:          NO.5316          03/02/2010/TUE 02:36PM                    GRISWOLD LASALLE

BANGI010357

03/02/2010 TUE 14:33  FAX                                                      ☒014/047

**WEST COAST GLOVE & SAFETY**                                          # Invoice

1017 30th Street
Bakersfield, CA 93301

| Date | Invoice # |
|------|-----------|
| 5/18/2009 | 882 |

| Bill To | Ship To |
|---------|---------|
| T & R Bangi Ag Services<br>P.O. Box 1141<br>RICHGROVE, CA. 93261-1141 | |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| | Due on receipt | JS | 5/18/2009 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 36 | Each | First Aid Kits | 19.95 | 718.20T |
| | Shipping/Handling | | 22.04 | 22.04 |
| | | Sales Tax | 8.25% | 59.25 |

Thank you for your business.

| **Total** | $799.49 |
|-----------|---------|

BANGI010358

03/02/2010 TUE 14:39  FAX                                                    @018/047

# WEST COAST GLOVE & SAFETY

1017 30th Street
Bakersfield, CA 93301

# Invoice

| Date | Invoice # |
|------|-----------|
| 4/2/2009 | 840 |



| Bill To | Ship To |
|---------|---------|
| T & R Bangi Ag Services<br>P.O. Box 1141<br>RICHGROVE, CA. 93261-1141 | |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| | Due on receipt | JS | 4/2/2009 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 36 | Each | First Aid | 19.95 | 718.20T |
| | Shipping/Handling | | 22.04 | 22.04 |
| | | Sales Tax | 8.25% | 59.25 |

Thank you for your business.

| **Total** | $799.49 |
|-----------|---------|

RECEIVE:          NO.5316       03/02/2010/TUE 02:36PM              GRISWOLD LASALLE

BANGI010359

# WEST COAST GLOVE & SAFETY

1017 30th Street
Bakersfield, CA 93301

# Invoice

| Date | Invoice # |
|------|-----------|
| 1/26/2009 | 787 |

**PAID**

| Bill To | Ship To |
|---------|---------|
| T & R Bangi Ag Services<br>P.O. Box 1141<br>RICHGROVE, CA. 93261-1141 | |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| Verbal-Craig | Due on receipt | JS | 1/27/2009 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 200 | Eye Protection | RAD 64051101 Safety Glasses | 1.40 | 280.00T |
| | Shipping/Handling | | 14.03 | 14.03 |
| | | Sales Tax | 7.25% | 20.30 |

Thank you for your business.

| **Total** | $314.33 |
|-----------|---------|

BANGI010360

03/02/2010 TUE 14:39 FAX 2009/047

**WEST COAST GLOVE & SAFETY**

# Invoice

1017 30th Street
Bakersfield, CA 93301

| Date | Invoice # |
|------|-----------|
| 12/23/2008 | 763 |

**PAID**

| Bill To | Ship To |
|---------|---------|
| T & R Bangi Ag Services<br>P.O. Box 1141<br>RICHGROVE, CA. 93261-1141 | |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| | Due on receipt | JS | 12/22/2008 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|-----------|--------|
| 1,000 | Eye Protection<br>Shipping/Handling | RAD 64051101   Clear Safety Glasses<br><br>Sales Tax | 1.40<br>52.77<br>7.25% | 1,400.00T<br>52.77<br>101.50 |

| Thank you for your business. | **Total** | $1,554.27 |
|------------------------------|-----------|-----------|

RECEIVE:          NO.5316          03/02/2010/TUE 02:36PM                    GRISWOLD LASALLE

BANGI010361

03/02/2010 TUE 14:33 FAX                                                          ☑018/047

**WEST COAST GLOVE & SAFETY**

# Invoice

*1017 30th Street*
*Bakersfield, CA 93301*

| Date | Invoice # |
|------|-----------|
| 10/9/2008 | 673 |

**PAID**

| Bill To | Ship To |
|---------|---------|
| T & R Bangi Ag Services<br>P.O. Box 1141<br>RICHGROVE, CA. 93261-1141 | |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| | Due on receipt | JS | 10/9/2008 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 36 | Each | Swift First Aid Kits | 19.95 | 718.20T |
| | Shipping/Handling | | 26.14 | 26.14 |
| | | Sales Tax | 7.25% | 52.07 |

Thank you for your business.

| Total | $796.41 |
|-------|---------|

RECEIVE:          NO.5316       03/02/2010/TUE 02:36PM              GRISWOLD LASALLE

BANGI010362

03/02/2010 TUE 14:31 FAX                                                    ☐005/047

## WEST COAST GLOVE & SAFETY

1017 30th Street
Bakersfield, CA 93301

# Invoice

| Date | Invoice # |
|------|-----------|
| 9/30/2008 | 654 |

| Bill To | Ship To |
|---------|---------|
| T & R Bangi Ag Services<br>P.O. Box 1141<br>RICHGROVE, CA. 93261-1141 | |

*PAID*

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| | Due on receipt | JS | 9/25/2008 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 100 | Eye Protection | SH4 2465015  Industrial Eye Drops | 2.40 | 240.00T |
| 36 | First Aid | SH4 25PFGR  Swift First Aid Kits | 19.95 | 718.20T |
| | Shipping/Handling | | 24.91 | 24.91 |
| | | Sales Tax | 7.25% | 69.47 |

Thank you for your business.

| **Total** | $1,052.58 |
|-----------|-----------|

RECEIVE:          NO.5316      03/02/2010/TUE 02:36PM          GRISWOLD LASALLE

BANGI010363

03/02/2010 TUE 14:34 FAX @029/047

# WEST COAST GLOVE & SAFETY

1017 30th Street
Bakersfield, CA 93301

# Invoice

| Date | Invoice # |
|------|-----------|
| 8/26/2008 | 613 |

**PAID**

| Bill To | Ship To |
|---------|---------|
| T & R Bangi Ag Services<br>P.O. Box 1141<br>RICHGROVE, CA. 93261-1141 | |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| | Due on receipt | JS | 8/26/2008 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 36 | First Aid | SH4 34-25PFGR  First Aid Kits | 19.95 | 718.20T |
| 100 | First Aid | SH4 35134SS Swift Nox-A-Sting Swabs | 3.99 | 399.00T |
| | | Sales Tax | 7.25% | 81.00 |

Thank you for your business.

| **Total** | $1,198.20 |
|-----------|-----------|

BANGI010364

# WEST COAST GLOVE & SAFETY

# Invoice

1017 30th Street
Bakersfield, CA 93301

| Date | Invoice # |
|------|-----------|
| 7/21/2008 | 577 |

**PAID**

| Bill To | | Ship To |
|---------|--|---------|
| T & R Bangi Ag Services<br>P.O. Box 1141<br>RICHGROVE, CA. 93261-1141 | | |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| | Due on receipt | JS | 7/21/2008 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 72 | First Aid | SH4 34-25PPG First Aid Kits | 19.95 | 1,436.40T |
| | Shipping/Handling | | 45.50 | 45.50 |
| | | Sales Tax | 7.25% | 104.14 |

Thank you for your business.

| **Total** | $1,586.04 |
|-----------|-----------|

BANGI010365

# WEST COAST GLOVE & SAFETY

1017 30th Street
Bakersfield, CA 93301

# Invoice

| Date | Invoice # |
|------|-----------|
| 6/6/2008 | 539 |

| Bill To | Ship To |
|---------|---------|
| T & R Bangi Ag Services<br>P.O. Box 1141<br>RICHGROVE, CA. 93261-1141 | |

PAID

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| | Due on receipt | GC | 6/6/2008 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 50 | First Aid | Band Aids | 3.60 | 180.00T |
| 72 | First Aid | First Aid Kits | 19.95 | 1,436.40T |
| | | Sales Tax | 7.25% | 117.19 |

Thank you for your business.

| **Total** | $1,733.59 |
|-----------|-----------|

RECEIVE:          NO.5316      03/02/2010/TUE 02:36PM          GRISWOLD LASALLE

BANGI010366

03/02/2010 TUE 14:34 FAX @029/047

# WEST COAST GLOVE & SAFETY

*1017 30th Street*
*Bakersfield, CA 93301*

# Invoice

| Date | Invoice # |
|------|-----------|
| 5/19/2008 | 515 |

**Bill To**

T & R Bangi Ag Services
P.O. Box 1141
RICHGROVE, CA. 93261-1141

**PAID**

**Ship To**

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| | Due on receipt | GC | 5/19/2008 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 36 | Each | SH4 34-25PFGR 88009-3R Swift First Aid Kits | 19.95 | 718.20T |
| | | Sales Tax | 7.25% | 52.07 |

Thank you for your business.

| **Total** | **$770.27** |
|-----------|-------------|

RECEIVE:          NO.5316      03/02/2010/TUE 02:36PM              GRISWOLD LASALLE

BANGI010367

03/02/2010 TUE 14:34 FAX                                                                                         ☒024/047

# Invoice

**WEST COAST GLOVE & SAFETY**

1017 30th Street
Bakersfield, CA 93301

| Date | Invoice # |
|------|-----------|
| 2/8/2008 | 395 |

| Bill To | Ship To |
|---------|---------|
| T & R Bangi Ag Services<br>P.O. Box 1141<br>RICHGROVE, CA. 93261-1141 | |

**PAID**

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| | Due on receipt | GC | 1/25/2008 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|-----------|--------|
| 36 | First Aid | SH4 3425PPO First Aid Kits | 19.95 | 718.20T |
| | Shipping/Handling | | 22.04 | 22.04 |
| | | Sales Tax | 7.25% | 52.07 |

Thank you for your business.

| Total | $792.31 |
|-------|---------|

RECEIVE:            NO.5316        03/02/2010/TUE 02:36PM              GRISWOLD LASALLE

BANGI010368

# WEST COAST GLOVE & SAFETY

1017 30th Street
Bakersfield, CA 93301

# Invoice

| Date | Invoice # |
|------|-----------|
| 1/23/2008 | 373 |



| Bill To | Ship To |
|---------|---------|
| T & R Bangi Ag Services<br>P.O. Box 1141<br>RICHGROVE, CA. 93261-1141 | |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| | Due on receipt | BS | 1/22/2008 | | | |

| Quantity | Item Code | Description | | Price Each | Amount |
|----------|-----------|-------------|--|------------|--------|
| 5 | First Aid | N24 B33905 | Alcohol Prep Pads | 4.10 | 20.50T |
| 7 | First Aid | SH4 151020G | First Aid Cream | 17.50 | 122.50T |
| 100 | Eye Protection | SH4 2465015 | Eye Drops | 2.40 | 240.00T |
| | Shipping/Handling | | | 6.86 | 6.86 |
| | | Sales Tax | | 7.25% | 27.77 |

Thank you for your business.

**Total**      $417.63

RECEIVE:      NO.5316    03/02/2010/TUE 02:36PM     GRISWOLD LASALLE

BANGI010369

03/02/2010 TUE 14:39 FAX                                                                            @028/047

# WEST COAST GLOVE & SAFETY

1017 30th Street
Bakersfield, CA 93301

# Invoice

| Date | Invoice # |
|------|-----------|
| 10/4/2007 | 251 |

| Bill To | Ship To |
|---------|---------|
| T & R Bangi Ag Services<br>P.O. Box 1141<br>RICHGROVE, CA. 93261-1141 | |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| | Due on receipt | BS | 10/4/2007 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 72 | First Aid | SH4 34-25PFGR 88009-3R   Swift First Aid Kits | 19.95 | 1,436.40T |
| 100 | First Aid | Swift Nox-A-Sting | 1.00 | 100.00T |
| | | Sales Tax | 7.25% | 111.39 |

Thank you for your business.

**Total**   $1,647.79

RECEIVE:          NO.5316       03/02/2010/TUE 02:36PM              GRISWOLD LASALLE

BANGI010370

03/02/2010 TUE 14:39 FAX @0029/047

**WEST COAST GLOVE & SAFETY**

# Invoice

1017 30th Street
Bakersfield, CA 93301

| Date | Invoice # |
|---|---|
| 8/14/2007 | 202 |

PAID

| Bill To | Ship To |
|---|---|
| T & R Bangi Ag Services<br>P.O. Box 1141<br>RICHGROVE, CA. 93261-1141 | |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| | Due on receipt | BS | 8/14/2007 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 36 | First Aid | Swift First Aid Kits<br>Sales Tax | 19.95<br>7.25% | 718.20T<br>52.07 |

Thank you for your business.

| **Total** | $770.27 |
|---|---|

RECEIVE:          NO.5316          03/02/2010/TUE 02:36PM          GRISWOLD LASALLE

BANGI010371

# WEST COAST GLOVE & SAFETY

# Invoice

1017 30th Street
Bakersfield, CA 93301

| Date | Invoice # |
|------|-----------|
| 7/18/2007 | 174 |

**PAID**

| Bill To |
|---------|
| T & R Bangi Ag Services
P.O. Box 1141
RICHGROVE, CA. 93261-1141 |

| Ship To |
|---------|
| |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| | Due on receipt | BS | 7/18/2007 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 36 | First Aid | First Aid Kits
Sales Tax | 19.95
7.25% | 718.20T
52.07 |

Thank you for your business.

| **Total** | $770.27 |
|-----------|---------|

BANGI010372

03/02/2010 TUE 14:35 FAX                                                       ☒029/047

## WEST COAST GLOVE & SAFETY

# Invoice

1017 30th Street
Bakersfield, CA 93301

| Date | Invoice # |
|------|-----------|
| 6/27/2007 | 149 |

| Bill To | | Ship To |
|---------|--|---------|
| T & R Bangi Ag Services<br>P.O. Box 1141<br>RICHGROVE, CA. 93261-1141 | **PAID** | |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| | Due on receipt | BS | 6/27/2007 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 36 | First Aid | Swift first Aid Kits | 19.95 | 718.20T |
| | | Sales Tax | 7.25% | 52.07 |

| | **Total** | **$770.27** |
|--|-----------|-------------|

RECEIVE:          NO.5316        03/02/2010/TUE 02:36PM                    GRISWOLD LASALLE

BANGI010373

03/02/2010 TUE 14:39 FAX @039/047

# WEST COAST GLOVE & SAFETY

**Invoice**

1017 30th Street
Bakersfield, CA 93301

| Date | Invoice # |
|---|---|
| 4/12/2007 | 55 |

**PAID**

| Bill To |
|---|
| T & R Bangi Ag Services |
| P.O. Box 1141 |
| RICHGROVE, CA. 93261-1141 |

| Ship To |
|---|
| |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
| | Due on receipt | BS | 4/12/2007 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 36 | First Aid | Swift First Aid Kit SH4 34-25PPGR  88009-3R | 19.95 | 718.20T |
| | | Sales Tax | 7.25% | 52.07 |

Thank you for your business.

| **Total** | $770.27 |
|---|---|

RECEIVE:          NO.5316          03/02/2010/TUE 02:36PM                    GRISWOLD LASALLE

BANGI010374

# Invoice

**WEST COAST GLOVE & SAFETY**

1017 30th Street
Bakersfield, CA 93301

| Date | Invoice # |
|------|-----------|
| 10/4/2007 | 251 |

**Bill To**

Cal-Pacific Farm Management L.P.
Bangi AG Contractors
P.O. Box 1141
RICHGROVE, CA. 93261-1141

**Ship To**

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| | Due on receipt | BS | 10/4/2007 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 72 | First Aid | SH4 34-25PFGR 88009-3R   Swift First Aid Kits | 19.95 | 1,436.40T |
| 100 | First Aid | Swift Nox-A-Sting | 1.00 | 100.00T |
| | | Sales Tax | 7.25% | 111.39 |

Thank you for your business.

**Total**   $1,647.79

RECEIVE:        NO.5316        03/02/2010/TUE 02:36PM        GRISWOLD LASALLE

BANGI010375

## WEST COAST GLOVE & SAFETY

**WEST COAST**

**GLOVE & SAFETY Co.**

1017 30TH STREET
BAKERSFIELD CA.
93301-2525

PHONE ..... 661-322-8787
FAX ......... 661-322-8484
EMAIL:GLOVEGALS@SBCGLOBAL.NET

PURCHASE ORDER #:   110755
TO:          AIRGAS
DATE:        4-OCT-07
ATTENTION:   HEATHER
FROM:        JEN
SHIP VIA:    UPS TODAY          DT. REQUIRED:   ASAP

| QUANITY | UNIT MEASURE | ITEM # | DESCRIPTION | COST |
|---------|--------------|--------|-------------|------|
| 72 | each | SH4 34-25PFGR 88009-3R | Swift First Aid Kit | |
| 100 | Boxes | SH4 35134SW | Swift Nix-A-Sting Wipes | |

Drop Ship To: Cal-Pacific Farm Management L.P
375 Road 200

# Invoice

**WEST COAST GLOVE & SAFETY**

| Date | Invoice # |
|------|-----------|
| 1/9/2007 | 471 |

1017 30TH STREET BAKERSFIELD CA. 93301
PH. 661-322-8787 FAX 661-322-8484

**Bill To**

Cal-Pacific Farm Management L.P.
Bangi AG Contractors
P.O. BOX 1141
RICHGROVE, CA. 93261-1141

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| | | | | | | |

RECEIVE:          NO.5316       03/02/2010/TUE 02:36PM          GRISWOLD LASALLE

BANGI010376

03/02/2010 TUE 14:35 FAX                                                            ☒033/047

# WEST COAST GLOVE & SAFETY

1017 30th Street
Bakersfield, CA 93301

# Invoice

| Date | Invoice # |
|------|-----------|
| 8/14/2007 | 202 |

| Bill To | Ship To |
|---------|---------|
| Cal-Pacific Farm Management L.P.<br>Bangi AG Contractors<br>P.O. Box 1141<br>RICHGROVE, CA. 93261-1141 | |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| | Due on receipt | BS | 8/14/2007 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 36 | First Aid | Swift First Aid Kits | 19.95 | 718.20T |
| | | Sales Tax | 7.25% | 52.07 |

*Paid by CHECK 8-15-07*

*4484.66*

Thank you for your business.

| Total | $770.27 |
|-------|---------|

RECEIVE:          NO.5316          03/02/2010/TUE 02:36PM          GRISWOLD LASALLE

BANGI010377

☑0347047
03/02/2010  TUE 14:36  FAX

# Invoice

**WEST COAST GLOVE & SAFETY**

1017 30th Street
Bakersfield, CA 93301

| Date | Invoice # |
|------|-----------|
| 7/18/2007 | 174 |

**Bill To**

Cal-Pacific Farm Management L.P.
Bangi AG Contractors
P.O. Box 1141
RICHGROVE, CA. 93261-1141

**Ship To**

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| | Due on receipt | BS | 7/18/2007 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 36 | First Aid | First Aid Kits | 19.95 | 718.20T |
| | | Sales Tax | 7.25% | 52.07 |

Thank you for your business.

| | **Total** | **$770.27** |
|---|---|---|

RECEIVE:          NO.5316        03/02/2010/TUE 02:36PM          GRISWOLD LASALLE

BANGI010378