# Invoice

**WEST COAST GLOVE & SAFETY**

1017 30th Street
Bakersfield, CA 93301

| Date | Invoice # |
|---|---|
| 7/18/2007 | 174 |

**Bill To**

Cal-Pacific Farm Management L.P.
Bangi AG Contractors
P.O. Box 1141
RICHGROVE, CA. 93261-1141

**Ship To**

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
|  | Due on receipt | BS | 7/18/2007 |  |  |  |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 36 | First Aid | First Aid Kits | 19.95 | 718.20T |
|  |  | Sales Tax | 7.25% | 52.07 |

*Paid 7-18-07*

Thank you for your business.

**Total** $770.27

## WEST COAST GLOVE & SAFETY

**WEST COAST GLOVE & SAFETY Co.**

1017 30TH STREET
BAKERSFIELD CA.
93301-2525

PHONE ..... 661-322-8787
FAX ......... 661-322-8484
EMAIL:GLOVEGALS@SBCGLOBAL.NET

PURCHASE ORDER #: 110711
TO: AIRGAS
DATE: 12-JUL-07
ATTENTION:
FROM: BETTY
SHIP VIA: UPS TODAY

DT. REQUIRED: ASAP

| QUANITY | UNIT MEASURE | ITEM # | DESCRIPTION | COST |
|---|---|---|---|---|
| 36 | each | SH4 34-25PFGR 88009-3R Swift First Aid Kit | | |

Drop Ship To: Cal-Pacific Farm Management L.P
375 Road 200
Delano, Ca. 93215

## WEST COAST GLOVE & SAFETY

1017 30th Street
Bakersfield, CA 93301

# Invoice

| Date | Invoice # |
|---|---|
| 6/27/2007 | 149 |

| Bill To |
|---|
| Cal-Pacific Farm Management L.P.<br>Bangi AG Contractors<br>P.O. Box 1141<br>RICHGROVE, CA. 93261-1141 |

| Ship To |
|---|
|  |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
|  | Due on receipt | BS | 6/27/2007 |  |  |  |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 36 | First Aid | Swift first Aid Kits | 19.95 | 718.20T |
|  |  | Sales Tax | 7.25% | 52.07 |

*Paid*

| | Total | $770.27 |
|---|---|---|

BANGI010381

# WEST COAST GLOVE & SAFETY

**WEST COAST GLOVE & SAFETY CO.**

1017 30TH STREET
BAKERSFIELD CA.
93301-2525

PHONE ..... 661-322-8787
FAX ......... 661-322-8484
EMAIL: GLOVEGALS@SBCGLOBAL.NET

PURCHASE ORDER #: 110708
TO: AIRGAS
DATE: 28-JUN-07
ATTENTION:
FROM: BETTY
SHIP VIA: UPS TODAY

DT. REQUIRED: ASAP

| QUANITY | UNIT MEASURE | ITEM # | DESCRIPTION | COST |
|---|---|---|---|---|
| 36 | each | SH4 34-25PFGR 88009-3R | Swift First Aid Kit | |

Drop Ship To: Cal-Pacific Farm Management L.P
375 Road 200
Delano, Ca. 93215

BANGI010382

## Invoice

**WEST COAST GLOVE & SAFETY**
1017 30th Street
Bakersfield, CA 93301

| Date | Invoice # |
|---|---|
| 4/12/2007 | 55 |

**Bill To**
Cal-Pacific Farm Management L.P.
Bangi AG Contractors
P.O. Box 1141
RICHGROVE, CA. 93261-1141

**Ship To**

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
|  | Due on receipt | BS | 4/12/2007 |  |  |  |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 36 | First Aid | Swift First Aid Kit SH4 34-25PEGR 88009-3R | 19.95 | 718.20T |
|  |  | Sales Tax | 7.25% | 52.07 |

Thank you for your business.

**Total**  $770.27

BANGI010383

# WEST COAST GLOVE & SAFETY

**WEST COAST GLOVE & SAFETY CO.**

1017 30TH STREET
BAKERSFIELD CA.
93301-2525

PHONE ..... 661-322-8787
FAX ......... 661-322-8484
EMAIL:GLOVEGALS@SBCGLOBAL.NET

PURCHASE ORDER #: 110675
TO: AIRGAS
DATE: 12-APR-07
ATTENTION: HEATHER
FROM: BETTY
SHIP VIA: UPS TODAY

DT. REQUIRED: ASAP

| QUANITY | UNIT MEASURE | ITEM # | DESCRIPTION | COST |
|---|---|---|---|---|
| 36 | Each | SH4 34-25PFGR  88009-3R  Swift First Aid Kits | | |

Drop Ship To: Cal-Pacific Farm Management L.P.
375 Road 200
Delano, Ca. 93215

Attention: Craig

RECEIVE:     NO.5316     03/02/2010/TUE 02:36PM          GRISWOLD LASALLE



# Invoice

| Date | Invoice # |
|---|---|
| 12/14/2006 | 449 |

**WEST COAST GLOVE & SAFETY**

**1017 30TH STREET BAKERSFIELD CA. 93301**
**PH. 661-322-8787  FAX 661-322-8484**

**Bill To**
Cal-Pacific Farm Management L.P.
Bangi AG Contractors
P.O. BOX 1141
RICHGROVE, CA. 93261-1141

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
|  | Due on receipt | BS | 12/14/2006 |  |  |  |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 800 | Eye Protection | RAD 64051101 Clear Safety Glasses | 1.50 | 1,200.00T |
| 24 | First-Aid | SH4 34-25PFGR B80093R Swift First Aid Kits | 19.95 | 478.80T |
|  |  | Sales Tax | 7.25% | 121.71 |

Thank you for your business.

**Total** $1,800.51

RECEIVE:        NO.5316      03/02/2010/TUE 02:36PM                GRISWOLD LASALLE

BANGI010385

# WEST COAST GLOVE & SAFETY



1017 30TH STREET
BAKERSFIELD CA.
93301-2525

PHONE ..... 661-322-8787
FAX ......... 661-322-8484
EMAIL: GLOVEGALS@SBCGLOBAL.NET

PURCHASE ORDER #: 110633
TO: AIRGAS
DATE: 14-DEC-06
ATTENTION: HEATHER
FROM: BETTY
SHIP VIA: UPS TODAY

DT. REQUIRED: ASAP

| QUANITY | UNIT MEASURE | ITEM # | DESCRIPTION | COST |
|---|---|---|---|---|
| 24 | Each | SH4 34-25PFGR 88009-3R | Swift First Aid Kits | |
| 800 | Each | 64051101 | Radnor Clear Lens Safety Glasses | |

**Drop Ship To: Cal-Pacific Farm Management L.P.**
**375 Road 200**
**Delano, Ca. 93215**

**Attention: Craig**



# WEST COAST GLOVE & SAFETY

## Invoice

| Date | Invoice # |
|---|---|
| 7/13/2006 | 308 |

**1017 30TH STREET BAKERSFIELD CA, 93301**
**PH. 661-322-8787 FAX 661-322-8484**

**Bill To**
Cal-Pacific Farm Management L.P.
Bangi AG Contractors
P.O. BOX 1141
RICHGROVE, CA. 93261-1141

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
|  | Due on receipt | BS | 7/13/2006 |  |  |  |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 36 | SAFE | Swift First Aid Kit SH434-25PFGR 88009-3R | 19.95 | 718.20T |
|  |  | Sales Tax | 7.25% | 52.07 |

Thank you for your business.

**Total** $770.27

BANGI010387



# Invoice

| Date | Invoice # |
|---|---|
| 7/13/2006 | 308 |

**WEST COAST GLOVE & SAFETY**

**1017 30TH STREET BAKERSFIELD CA. 93301**
**PH. 661-322-8787  FAX 661-322-8484**

**Bill To**
Cal-Pacific Farm Management L.P.
Bangi AG Contractors
P.O. BOX 1141
RICHGROVE, CA. 93261-1141

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
|  | Due on receipt | BS | 7/13/2006 |  |  |  |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 36 | SAFE | Swift First Aid Kit SH4134-25PFGR 88009-3R | 19.95 | 718.20T |
|  |  | Sales Tax | 7.25% | 52.07 |

Thank you for your business.

**Total** $770.27

BANGI010388



# West Coast Glove & Safety

**Invoice**

| Date | Invoice # |
|---|---|
| 6/1/2006 | 277 |

1017 30TH STREET BAKERSFIELD CA. 93301
PH. 661-322-8787 FAX 661-322-8484

**Bill To**
Cal-Pacific Farm Management L.P.
Bangi AG Contractors
P.O. BOX 1141
RICHGROVE, CA. 93261-1141

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|---|---|---|---|---|---|---|
|  | Due on receipt | BS | 6/1/2006 |  |  |  |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 36 | SAFE | Swift First Aid Kits SH434-25PFGR 880093R | 19.95 | 718.20T |
|  |  | Sales Tax | 7.25% | 52.07 |

Thank you for your business.

**Total** $770.27

RECEIVE: NO.5316 03/02/2010/TUE 02:36PM GRISWOLD LASALLE

BANGI010389

## WEST COAST GLOVE & SAFETY

**WEST COAST**

**GLOVE & SAFETY CO.**

1017 30TH STREET
BAKERSFIELD CA.
93301-2525

PHONE ..... 661-322-8787
FAX ......... 661-322-8484
EMAIL: GLOVEGALS@SBCGLOBAL.NET

PURCHASE ORDER #: 110532
TO: AIRGAS
DATE: 31-MAY-06
ATTENTION: HEATHER
FROM: BETTY
SHIP VIA: UPS TODAY

DT. REQUIRED: ASAP

| QUANITY | UNIT MEASURE | ITEM # | DESCRIPTION | COST |
|---------|--------------|--------|-------------|------|
| 2 | cases | SH4 34-25PFGR 88009-3R | Swift First-Aid Kits | |

RECEIVE:        NO. 5316        03/02/2010/TUE 02:36PM                GRISWOLD LASALLE

BANGI010390

03/02/2010 TUE 14:38 FAX                                                                                       ⌀047/047

# WEST COAST GLOVE & SAFETY CO.

**SALES TICKET#** 1212052  **DATE:** 14-DEC-05

**WEST COAST GLOVE & SAFETY**
1017 30TH ST. BAKERSFIELD CA. 93301
PH. 661-322-8787    FAX. 661-322-8484

Your PO # _____   Ordered By : Craig    Date Ordered: 14-Dec-05

**SOLD TO:** Bangi AG Contractors         **SHIP TO:**

| Date Shipped | Sales Person Mike | Charge/Cash/Credit Card COD/Credit Memo/ | Terms Net 30 | Ship VIA WC | FOB BAK |
|---|---|---|---|---|---|
| Quantity | Description | | | Unit Price | Amount |
| 1000 | # 64051101  Radnor Clear Lens | | | $ 1.79 | $ 1,790.00 |

Remarks: Paid $1,790.00 on Ticket #1212052 on 12/16/05. Will pay $900.00 on Ticket #1212053.

| | Amount of Sale | $ 1,790.00 |
|---|---|---|
| | Resale   Tax | $ 129.78 |
| | Freight | |
| | TOTAL | $ 1,919.78 |

Received By _____ 375 Rd. 200
1780 / 87 / 1510   Delano Ca.
                   93215

RECEIVE:      NO.5316      03/02/2010/TUE 02:36PM         GRISWOLD LASALLE

BANGI010391