1  RANDY L. EDWARDS, #105639
2  MICHAEL R. JOHNSON, #237767
   LAURA A. WOLFE, #266751
3  GRISWOLD, LaSALLE, COBB, DOWD & GIN, L.L.P.
   111 East Seventh Street
4  Hanford, CA 93230
   Telephone (559) 584-6656
5  Facsimile (559) 582-3106
6  edwards@griswoldlasalle.com; johnson@griswoldlasalle.com; wolfe@griswoldlasalle.com

7  Attorneys for: Defendants

8                      UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

10

11  SABAS ARRENDONDO, et al.,           )   Case No.: 1:09-cv-01247-LJO-DLB
                                        )
12              Plaintiffs,             )   **NOTICE OF ERRATA TO**
                                        )   **DEFENDANTS' SUR-REPLY TO**
13  v.                                  )   **PLAINTIFFS' REPLY TO THE**
                                        )   **OPPOSITION TO PLAINTIFFS'**
14  DELANO FARMS COMPANY, et al.        )   **MOTION FOR CLASS**
                                        )   **CERTIFICATION**
15              Defendants.             )
                                        )   DATE:    TBD
16                                      )   TIME:    TBD
                                        )   DEPT:    4
17  _____ )

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

1

*NOTICE OF ERRATA TO DEFENDANTS' SUR-REPLY*
*Arredondo v. Delano Farms Company, et al.*

Notice is hereby given to the Court and to all parties that Defendants' Sur-Reply to Plaintiffs' Reply to the Opposition to Plaintiffs' Motion for Class Certification (Document 81), page 1, lines 19-21, should reference *only* Defendants, Cal-Pacific Farm Management, L.P. and T&R Bangi's Agricultural Services, Inc., as being ***collectively referred to as "Employers."*** Therefore, beginning with the first word on page 1, line 19, the text should read:

> Defendants, Cal-Pacific Farm Management, L.P. ("Cal-Pacific"), T&R Bangi's Agricultural Services, Inc. ("T&R Bangi") ***(for ease of reading, collectively referred to as the "Employers" where appropriate)***, and Delano Farms Company ("Delano Farms"), submit this Sur-Reply to Plaintiffs', Sabas Arrendondo, et al. ("Plaintiffs"), Reply to Defendants Opposition to the Class Certification Motion filed by Plaintiffs on January 28, 2011.

Furthermore, the first sentence on page 2, line 4, should read:

> First, these polices establish that systematic violations of law ***did not occur***.

Dated: March 22, 2011

                                              GRISWOLD, LaSALLE, COBB,
                                              DOWD & GIN, L.L.P.


                                        By  /s/  Michael R. Johnson
                                          MICHAEL R. JOHNSON
                                          Attorneys for Employers

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

2

*NOTICE OF ERRATA TO DEFENDANTS' SUR-REPLY*
*Arredondo v. Delano Farms Company, et al.*