RANDY L. EDWARDS, #105639
MICHAEL R. JOHNSON, #237767
LAURA A. WOLFE, #266751
GRISWOLD, LaSALLE, COBB, DOWD & GIN, L.L.P.
111 East Seventh Street
Hanford, CA 93230
Telephone (559) 584-6656
Facsimile (559) 582-3106
edwards@griswoldlasalle.com; johnson@griswoldlasalle.com; wolfe@griswoldlasalle.com

Attorneys for: Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| SABAS ARRENDONDO, et al., | ) Case No.: 1:09-cv-01247-LJO-DLB |
|---|---|
| Plaintiffs, | ) **EVIDENTIARY OBJECTIONS TO THE EXHIBITS SUBMITTED BY PLAINTIFFS IN SUPPORT OF PLAINTIFFS' RESPONSE TO DEFENDANTS' SUR-REPLY** |
| v. | ) |
| DELANO FARMS COMPANY, et al. | ) |
| Defendants. | ) DATE: TBD </br> ) TIME: TBD </br> ) DEPT: 4 |

Defendants CAL-PACIFIC FARM MANAGEMENT, L.P., T&R BANGI'S AGRICULTURAL SERVICES, INC., and DELANO FARMS COMPANY (collectively "Defendants"), hereby object to the use of the following exhibits attached to the Declaration of James E. Perero in Support of Plaintiffs' Response to Defendants' Sur-Reply:

1.  Exhibit 116 (*Declaration of Pedro Cervantes*), Exhibit 117 (*Declaration of Rosa Herlinda Pompa Ayón*), Exhibit 121 (*Declaration of Ildeliza Casas*), and Exhibit 122 (*Declaration of Salome Ambriz*) (collectively referred to as "Exhibits").

///

GRISWOLD, LaSALLE,
COBB, DOWD &
GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

1

*EVIDENTIARY OBJECTIONS TO PLAINTIFFS' EXHIBITS IN SUPPORT OF RESPONSE TO SUR-REPLY*
*Arredondo v. Delano Farms Company, et al.*

1  Defendants' objection is based upon Plaintiffs' use of the Exhibits in that they violate Federal Rule of Civil Procedure 26.

Plaintiffs have provided Defendants with both an Initial Disclosure and an amended Initial Disclosure. Neither of these documents included the names of the witnesses in the Exhibits. Plaintiffs' inclusion of the Exhibits directly contradicts the requirements of Federal Rule of Civil Procedure 26, and as such, the Exhibits should be disregarded in their entirety.

Dated: March 29, 2011

                    GRISWOLD, LaSALLE, COBB,
                    DOWD & GIN, L.L.P.


                By  /s/  Michael R. Johnson
                    MICHAEL R. JOHNSON
                    Attorneys for Employers

GRISWOLD, LaSALLE, COBB, DOWD & GIN, L.L.P.
111 EAST SEVENTH STREET
HANFORD, CA 93230

2

*EVIDENTIARY OBJECTIONS TO PLAINTIFFS' EXHIBITS IN SUPPORT OF RESPONSE TO SUR-REPLY*
*Arredondo v. Delano Farms Company, et al.*