GREGORY J. RAMIREZ (SBN 150515)
JAMES E. PERERO (SBN 258124)
JESSICA ARCINIEGA (SBN 261169)
**WASSERMAN, COMDEN, CASSELMAN & ESENSTEN, L.L.P.**
300 E. Esplanade Drive, Suite 1960
Oxnard, California 93036-0284
Telephone: (805) 988-0285
Facsimile: (805) 988-0375

MARCOS CAMACHO (SBN 123501)
THOMAS PATRICK LYNCH (SBN 159277)
MARIO G. MARTINEZ (SBN 200721)
**LAW OFFICES OF MARCOS CAMACHO**
1227 California Avenue
Bakersfield, CA 93304
Telephone (661) 324-8100
Facsimile (661) 324-8103

Attorneys for Plaintiffs, SABAS ARREDONDO, et al.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| SABAS ARREDONDO, JOSE CUEVAS, HILARIO GOMEZ, IRMA LANDEROS, and ROSALBA LANDEROS individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>DELANO FARMS COMPANY, a Washington State Corporation; CAL-PACIFIC FARM MANAGEMENT, L.P.; T&R BANGI'S AGRICULTURAL SERVICES, INC. and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 1:09-CV-01247-LJO-DLB<br><br>**ORDER APPOINTING REPRESENTATIVES TO THE SUBCLASSES AND APPROVING NOTICE TO CLASS MEMBERS**<br><br>**Hearing Judge: Hon. Lawrence J. O'Neill**<br><br>**CLASS ACTION** |

Pursuant to the April 18, 2011 Order of the Court ("the April 18, 2011

Order"), on May 9, 2011, Plaintiffs SABAS ARREDONDO, JOSE CUEVAS, HILARIO GOMEZ, IRMA LANDEROS, and ROSALBA LANDEROS (hereinafter collectively referred to as "Plaintiffs," or individually as "Plaintiff") submitted declarations attesting to their qualifications to serve as representatives of one or more of the subclasses. On May 10, 2011, the Court ordered Defendants DELANO FARMS COMPANY, CAL-PACIFIC FARM MANAGEMENT, L.P., and T&R BANGI'S AGRICULTURAL SERVICES, INC. (hereinafter collectively referred to as "Defendants") to file "[a]ny objection to the declarations, on the basis of whether these plaintiffs are adequate representatives" no later than May 17, 2011, or in the absence of objection, to file a statement of non-opposition. Defendants have filed neither objection nor non-opposition.

Also pursuant to the April 18, 2011 Order, on May 13, 2011, having met and conferred with Defendants, Plaintiffs submitted a joint form of proposed Notice and plan for class certification.

After consideration of the declarations and proposed Notice and plan for class certification filed by Plaintiffs, and good cause appearing, THE COURT HEREBY ORDERS THAT:

1. Each Plaintiff is designated as a representative for the following subclass: field workers who performed uncompensated and unrecorded work before the fixed start time in the harvest and pre-harvest work.

2. Each Plaintiff is designated as a representative for the following subclass: field workers who performed uncompensated and unrecorded work after the fixed stopping time in the harvest work.

3. SABAS ARREDONDO, JOSE CUEVAS, HILARIO GOMEZ, and IRMA LANDEROS are hereby designated as representatives for the following subclass: field workers who performed uncompensated and unrecorded work after hours by washing their picking trays at home.

4. Each Plaintiff is designated as a representative for the following subclass: field workers who incurred unreimbursed necessary tools expenses in the harvest and pre-harvest work.

5. The proposed Notice and plan for class certification filed by Plaintiffs on May 13, 2011, are adopted by the Court. Defendants shall provide to Plaintiffs and the designated third party administrator the most recent, best addresses they have for each of the class members during the class period, in ".xls" electronic format, within fifteen (15) days of the signing of this Order.

IT IS SO ORDERED.

Dated:  **May 26, 2011**           **/s/ Lawrence J. O'Neill**
                                    UNITED STATES DISTRICT JUDGE