IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SABAS ARREDONDO, et al., | CASE NO. 1:09-cv-01247-LJO-DLB |
| Plaintiffs, | **ORDER GRANTING PLAINTIFFS' APPLICATION FOR EXTENSION OF TIME** (Doc. 138) |
| vs. | |
| DELANO FARMS COMPANY, et al., | |
| Defendants. | |

Good cause appearing, it is ordered that Defendant Delano Farms Company ("Delano Farms") produce documents responsive to Plaintiffs' request sent on February 16, 2012, at 12:15 p.m. (Doc. 138, p. 22), and that such production occur on or before March 1, 2012. The production may be sent via email or other Internet based document transfer procedure.

Plaintiffs' application for an extension of time to file an opposition to Defendant Delano Farms' motion for summary judgment is GRANTED. Plaintiffs' opposition to Defendant Delano Farms' motion for summary judgment is due on March 15, 2012. Defendant Delano Farms' reply, if any, is due on March 22, 2012. The hearing on Defendant Delano Farms' motion for summary judgment set for March 7, 2012, before Judge O'Neill is VACATED, and the matter submitted on the pleadings, pursuant to Local Rule 230(g).

IT IS SO ORDERED.

**Dated:   February 21, 2012                  /s/ Lawrence J. O'Neill**

1

UNITED STATES DISTRICT JUDGE