GREGORY J. RAMIREZ (SBN 150515)
JAMES E. PERERO (SBN 258124)
JESSICA ARCINIEGA (SBN 261169)
**WASSERMAN, COMDEN, CASSELMAN & ESENSTEN, L.L.P.**
353 San Jon Road, Second Floor
Ventura, CA 93001
Telephone: (805) 988-0285
Facsimile: (805) 653-6065

MARCOS CAMACHO (SBN 123501)
THOMAS PATRICK LYNCH (SBN 159277)
MARIO G. MARTINEZ (SBN 200721)
**LAW OFFICES OF MARCOS CAMACHO**
1227 California Avenue
Bakersfield, CA 93304
Telephone (661) 324-8100
Facsimile (661) 324-8103

Attorneys for Plaintiffs, SABAS ARREDONDO, et al.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**

| | |
|---|---|
| SABAS ARREDONDO, JOSE CUEVAS, HILARIO GOMEZ, IRMA LANDEROS, and ROSALBA LANDEROS individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>DELANO FARMS COMPANY, a Washington State Corporation; CAL-PACIFIC FARM MANAGEMENT, L.P.; T&R BANGI'S AGRICULTURAL SERVICES, INC. and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 1:09-CV-01247-LJO-DLB<br><br>**NOTICE OF REQUEST TO SEAL DOCUMENTS**<br><br>[FRCP Rules 5.2, 16; Local Rule 141]<br><br>Ctrm.: 4<br>Judge: Hon. Lawrence J. O'Neill<br><br>**CLASS ACTION** |

Pursuant to Federal Rules of Civil Procedure 5.2 and 26, and Eastern District of California Local Rule 141, Plaintiffs SABAS ARREDONDO, JOSE CUEVAS, HILARIO GOMEZ, IRMA LANDEROS, and ROSALBA LANDEROS, individually and as class representatives (hereinafter

1017377.1

1

NOTICE OF REQUEST TO SEAL DOCUMENTS

"Plaintiffs"), hereby submit this Notice of Request To Seal Documents. Plaintiffs request to seal the following: 1) emails and attachments produced by non-party witness Anderson & Middleton Company on February 7, 2012, marked "Confidential – Subject To Protective Order," 2) the Transcript of the Deposition of Mike Edminster, and 3) portions of Plaintiffs' Opposition to Motion for Summary Judgment that reproduce or paraphrase aspects of items 1) and 2). The documents discuss topics bearing on Defendant Delano Farms Company's Motion for Summary Judgment On Joint Employer Issue. The documents relate to the relationships among and between non-party witness Anderson & Middleton Company, Defendant Delano Farms Company, Defendant T&R Bangi's Agricultural Services, Inc, and Defendant Cal-Pacific Farm Labor Management, L.P., and contain trade secret information.

This Request is based on the Stipulated Protective Order And Order Between Parties And Non-Party Witness Anderson & Middleton Company, signed by Magistrate Judge Dennis L. Beck on January 5, 2012. The "Request To Seal Documents," proposed order, and the documents themselves were submitted to the Court via the proposed order email address of Judge Lawrence J. O'Neill. The "Request To Seal Documents," proposed order, and the documents themselves were served on the parties and non-party witness Anderson & Middleton Company via email.

DATED: March 9, 2012           **WASSERMAN, COMDEN,**
                               **CASSELMAN & ESENSTEN, L.L.P.**


                               By:  /s/ James E. Perero
                                       JAMES E. PERERO
                               Attorneys for Plaintiffs, SABAS ARREDONDO, et al.

1017377.1

2

NOTICE OF REQUEST TO SEAL DOCUMENTS