IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SABAS ARREDONDO, et al., | CASE NO. 1:09-cv-01247-LJO-DLB |
| Plaintiff, | **ORDER GRANTING DEFENDANT DELANO FARMS' APPLICATION FOR EXTENSION OF TIME** (Doc. 153) |
| vs. | |
| DELANO FARMS COMPANY, et al., | |
| Defendants. | |

Good cause appearing, Defendant Delano Farms Company's ("Delano Farms") application for an extension of time to file a reply to Plaintiffs' opposition to Delano Farms' motion for summary judgment is GRANTED.  Delano Farms' reply brief is due on March 29, 2012.  Delano Farms is reminded that reply briefs shall not exceed 10 pages and that counsel's arguments should be concise and focused.

IT IS SO ORDERED.

**Dated:   March 21, 2012**                              /s/ Lawrence J. O'Neill
                                                                          UNITED STATES DISTRICT JUDGE