GREGORY J. RAMIREZ (SBN 150515)
JAMES E. PERERO (SBN 258124)
353 San Jon Road, Second Floor
Ventura, CA 93001
Telephone: (805) 988-0285
Facsimile: (805) 653-6065

MARCOS CAMACHO (SBN 123501)
THOMAS PATRICK LYNCH (SBN 159277)
MARIO G. MARTINEZ (SBN 200721)
**LAW OFFICES OF MARCOS CAMACHO**
1227 California Avenue
Bakersfield, CA 93304
Telephone (661) 324-8100
Facsimile (661) 324-8103

Attorneys for Plaintiffs, SABAS ARREDONDO, et al.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| SABAS ARREDONDO, JOSE CUEVAS, HILARIO GOMEZ, IRMA LANDEROS, and ROSALBA LANDEROS individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>DELANO FARMS COMPANY, a Washington State Corporation; CAL-PACIFIC FARM MANAGEMENT, L.P.; T&R BANGI'S AGRICULTURAL SERVICES, INC. and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 1:09-CV-01247-LJO-DLB<br><br>**SUBSTITUTION OF ATTORNEY FOR PLAINTIFFS; ORDER**<br><br>**CLASS ACTION** |

PLEASE TAKE NOTICE that Plaintiffs SABAS ARREDONDO, HILARIO GOMEZ, IRMA LANDEROS, and ROSALBA LANDEROS hereby substitute Gregory J. Ramirez, Esq. and James E. Perero, Esq., 353 San Jon Road, Second

WASSERMAN, COMDEN, CASSELMAN & ESENSTEN, L.L.P.
353 SAN JON ROAD, SECOND FLOOR
VENTURA, CALIFORNIA 93001-3250

Floor, Ventura, CA 93001, as their attorneys of record in the above-referenced action in place of Wasserman, Comden, Casselman & Esensten, LLP.

DATED: April 12, 2012

/s/ Sabas Arredondo (original signature retained by attorney James E. Perero)
SABAS ARREDONDO

DATED: April 12, 2012

/s/ Hilario Gomez (original signature retained by attorney James E. Perero)
HILARIO GOMEZ

DATED: April 12, 2012

/s/ Irma Landeros (original signature retained by attorney James E. Perero)
IRMA LANDEROS

DATED: April 12, 2012

/s/ Rosalba Landeros (original signature retained by attorney James E. Perero)
ROSALBA LANDEROS

I ACCEPT THIS SUBSTITUTION.

DATED: April 12, 2012

By: /s/ Gregory J. Ramirez (original signature retained by attorney James E. Perero)
GREGORY J. RAMIREZ, ESQ.

/ / /

1  I CONSENT TO THIS SUBSTITUTION.

2  DATED: April 13, 2012     **WASSERMAN, COMDEN,**
                                      **CASSELMAN & ESENSTEN. L.L.P.**

4

5                   By: /s/ Gregory J. Ramirez (as authorized on April 13, 2012)
                                   GREGORY J. RAMIREZ

8                               **ORDER**

11  IT IS SO ORDERED.

12  Dated: **May 10, 2012**                  /s/ Dennis L. Beck
                                          UNITED STATES MAGISTRATE JUDGE