The Honorable Lawrence J. O'Neill

ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A Professional Corporation
Howard A. Sagaser          State Bar No. 72492
5260 North Palm Avenue, Suite 300
Fresno, California 93704-2215
Telephone: (559) 225-6700
Facsimile: (559) 225-3416

SAVITT BRUCE & WILLEY LLP
David N. Bruce             Pro Hac Vice
Miles A. Yanick            Pro Hac Vice
1425 Fourth Avenue, Suite 800
Seattle, Washington 98101
Telephone: (206) 749-0500
Facsimile: (206) 749-0600

Attorneys for DELANO FARMS COMPANY

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA AT FRESNO

| | |
|---|---|
| SABAS ARREDONDO, JOSE CUEVAS, HILARIO GOMEZ, IRMA LANDEROS, and ROSALBA LANDEROS individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DELANO FARMS COMPANY, a Washington State Corporation; CAL-PACIFIC FARM MANAGEMENT, L.P.; T&R BANGI'S AGRICULTURAL SERVICES, INC., and DOES 1 through 10, inclusive,<br><br>Defendants. | NO.   1:09-cv-01247-LJO-DLB<br><br>**STIPULATION AND ORDER SETTING PRETRIAL DATES FOR PHASE I TRIAL   <u>COURT REVISED ORDER</u>** |

## I.   STIPULATION AND JOINT MOTION

The trial of Phase I of the above-captioned matter is set to commence on Tuesday,

STIPULATION AND [PROPOSED] ORDER SETTING
PRETRIAL DATES FOR PHASE I TRIAL - 1
No. 1:09-cv-01247

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington  98101-2272
(206) 749-0500

January 15, 2013, at 8:30 a.m.  The parties seek to establish clear deadlines for certain trial preparation work, and also respectfully request a modest adjustment of the deadline for filing the joint pretrial statement (the Court has ordered that the joint pretrial statement be filed November 28, and the parties jointly request that date be moved to December 3).

The parties to the above-captioned matter, through their respective counsel of record, hereby stipulate to and jointly request the following dates for pretrial filings and other activities related to the Phase I trial set for Tuesday, January 15, 2013:

| | |
|---|---|
| November 21, 2012 | Plaintiffs serve draft proposed pretrial statement |
| November 29, 2012 | Defendants serve draft proposed pretrial statement |
| December 3, 2012 | Parties file and serve joint pretrial statement |
| December 5, 2012 | Final pretrial conference, at 8:15 a.m. |
| January 4, 2013 | Parties file trial briefs |

SO STIPULATED:

| | |
|---|---|
| **SAVITT BRUCE & WILLEY LLP** | **GRISWOLD, LASALLE, COBB, DOWD & GIN, LLP** |
| By  /s/ *David N. Bruce*<br>David N. Bruce, *Pro Hac Vice*<br>Miles A. Yanick, *Pro Hac Vice*<br><br>Attorneys for Delano Farms Company | By  /s/ *Michael R. Johnson*<br>Michael R. Johnson, State Bar No. 237767<br><br>Attorneys for Cal-Pacific Farm Management, L.P., and T&R Bangi's Agicultural Services, Inc. |
| **ATKINSON, ANDELSON, LOYA, RUUD & ROMORE PC** | **MYERS, WIDDERS, GIBSON & JONES, LLP** |
| By  /s/ *Howard Sagaser*<br>Howard A. Sagaser, State Bar No. 72492 | By  /s/ *James E. Perero*<br>James E. Perero, State Bar No. #258124<br>Attorneys for Plaintiffs Sabas Arredondo, et al |

STIPULATION AND [PROPOSED] ORDER SETTING PRETRIAL DATES FOR PHASE I TRIAL - 2
No. 1:09-cv-01247

**SAVITT BRUCE & WILLEY LLP**
1425 Fourth Avenue Suite 800
Seattle, Washington  98101-2272
(206) 749-0500

Attorneys for Delano Farms Company

## II.   REVISED ORDER

The parties' stipulation and the recently terminated defense motions demonstrate the parties' clear failure to understand and discourtesy for this Court's management of the heaviest district judge caseload in the nation.  This Court's November 15, 2012 order set dates to best accommodate the parties and this Court's calendar.  As such, the joint pretrial statement filing deadline and pretrial conference remain as set in the November 15, 2012 order.  This Court ORDERS the parties, no later than January 4, 2013, to file and serve their respective trial briefs.  This Court will set other dates at the pretrial conference.

IT IS SO ORDERED.

Dated:   **November 20, 2012**        /s/ Lawrence J. O'Neill
                                    UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER SETTING
PRETRIAL DATES FOR PHASE I TRIAL - 3
No. 1:09-cv-01247

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington  98101-2272
(206) 749-0500