# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SABAS ARREDONDO, et al., | CASE NO. CV F 09-1247 LJO DLB |
| Plaintiffs, | **ORDER ON CONDUCT OF TRIAL** |
| vs. | |
| DELANO FARMS COMPANY, et al., | |
| Defendant. | |
| _____ / | |

U.S. District Judge Lawrence J. O'Neill will conduct the December 5, 2012 Pretrial Conference as set. Due to an unavoidable trial conflict, U.S. District Judge O'Neill will issue an order, concurrent with the Pretrial Order, transferring this action in its entirety to Senior U.S. District Judge William B. Shubb for all purposes. U.S. District Judge Shubb is able to commence the trial as scheduled on January 15, 2012 at 8:30 a.m. in his **Sacramento** courtroom. With regard to the trial before U.S. District Judge Shubb, and after consultation with him by the U.S. District Judge O'Neill:

1. Trial will be conducted Tuesday and Thursday mornings (not afternoons), and full days Wednesdays and Fridays.

2. Counsel will be required to be in his courtroom on January 15, 2012 at 8:30 a.m. to mark exhibits and to enter into last minute stipulations; trial will commence at 9:00 a.m.

3. The Motions in Limine will either be disposed of orally at the Pretrial Conference, or they will be ruled upon as trial objections during the trial.

4. Proposed Findings of Fact and Conclusions of Law are due when the Trial Briefs are due. As a result, U.S. District Judge Shubb will either rule from the bench upon conclusion of the evidence, or immediately thereafter in writing.

IT IS SO ORDERED.

Dated: **November 30, 2012**            /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE