IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SABAS ARRENDONDO, et al., | CASE NO. CV F 09-1247 LJO DLB |
| | New Case No. CV F 09-1247 WBS DLB |
| Plaintiffs, | |
| vs. | **ORDER TO REASSIGN DISTRICT JUDGE** |
| DELANO FARMS COMPANY, et al., | |
| Defendants. | |

Due to unavoidable trial conflicts and the heavy caseload of U.S. District Judge Lawrence J. O'Neill, this action is reassigned to Senior U.S. District Judge William B. Shubb for all purposes, further proceedings, and entry of judgment on all issues, including all matters remaining after the bifurcated first phase of trial. **All further papers shall bear the new case number CV F 09-1247 WBS DLB.**

IT IS SO ORDERED.

**Dated:   December 5, 2012**               /s/ Lawrence J. O'Neill
                                                              UNITED STATES DISTRICT JUDGE