1
2
3
4
5
6
7                         UNITED STATES DISTRICT COURT
8                        EASTERN DISTRICT OF CALIFORNIA
9                                  ----oo0oo----
10
11  SABAS ARREDONDO, et al.,            NO. CIV. 1:09-01247 WBS SAB
12              Plaintiffs,
                                        ORDER OF TRANSFER
13       v.
14  DELANO FARMS COMPANY, CAL-
    PACIFIC FARM MANAGEMENT, L.P.,
15  and T&R BANGI'S AGRICULTURAL
    SERVICES, INC.,
16
                Defendants.
17  _____
18                                 ----oo0oo----
19           The court having concluded the trial ordered in Judge
20  O'Neill's Order on Conduct of Trial (Docket No. 210), and having
21  this day entered its Memorandum Decision on the issues to be
22  determined at that trial, IT IS HEREBY ORDERED that this action
23  be transferred back to Judge O'Neill for all further proceedings.
24  DATED:  February 5, 2013
25
26                              _____
                                WILLIAM B. SHUBB
27                              UNITED STATES DISTRICT JUDGE
28