UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| SABAS ARREDONDO, et al., | NO. CIV. 1:09-01247 WBS SAB |
|         Plaintiffs, | |
|    v. | ORDER OF TRANSFER |
| DELANO FARMS COMPANY, CAL-PACIFIC FARM MANAGEMENT, L.P., and T&R BANGI'S AGRICULTURAL SERVICES, INC., | |
|         Defendants. | |

----oo0oo----

The court having concluded the trial ordered in Judge O'Neill's Order on Conduct of Trial (Docket No. 210), and having this day entered its Memorandum Decision on the issues to be determined at that trial, IT IS HEREBY ORDERED that this action be transferred back to Judge O'Neill for all further proceedings.

DATED:  February 5, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE