GREGORY J. RAMIREZ (SBN 150515)
JAMES E. PERERO (SBN 258124)
**MYERS, WIDDERS, GIBSON & JONES, LLP**
5425 Everglades Street
Ventura, California 93003
Telephone: (805) 644-7188
Facsimile: (805) 644-7390

MARCOS CAMACHO (SBN 123501)
MARIO MARTINEZ (SBN 200721)
THOMAS PATRICK LYNCH (SBN 159277)
**LAW OFFICES OF MARCOS CAMACHO**
1227 California Avenue
Bakersfield, CA 93304
Telephone (661) 324-8100
Facsimile (661) 324-8103

Attorneys for Plaintiffs, SABAS ARREDONDO, et al.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| SABAS ARREDONDO, JOSE CUEVAS, HILARIO GOMEZ, IRMA LANDEROS, and ROSALBA LANDEROS individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>DELANO FARMS COMPANY, a Washington State Corporation; CAL-PACIFIC FARM MANAGEMENT, L.P.; T&R BANGI'S AGRICULTURAL SERVICES, INC. and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 1:09-CV-01247-MJS<br><br>**STIPULATION TO EXTEND TIME TO FILE PLAINTIFFS' OPPOSITIONS TO MOTIONS TO DECERTIFY THE CLASS FILED BY DELANO FARMS COMPANY AND T & R BANGI AG SERVICES/CAL-PACIFIC FARM MANAGEMENT AND TO EXTEND TIME TO FILE PLAINTIFFS' OPPOSITION TO DEFENDANT DELANO FARMS COMPANY'S MOTION FOR ORDER REQUIRING PLAINTIFFS TO SUBMIT TRIAL PLAN; STIPULATION TO EXTEND TIME FOR DEFENDANTS' REPLIES TO OPPOSITIONS** |

This Stipulation is entered into between SABAS ARREDONDO, JOSE CUEVAS, HILARIO GOMEZ, IRMA LANDEROS and ROSALBA LANDEROS individually and on behalf of the certified class ("Plaintiffs"), and Defendants DELANO FARMS COMPANY, CAL-PACIFIC FARM MANAGEMENT, L.P., and T&R BANGI'S AGRICULTURAL SERVICES,

1  INC. (collectively the "Parties"), by and through their respective counsel of record herein.

2      WHEREAS, Plaintiffs' oppositions to Motions To Decertify The Class filed by Delano
3  Farms Company and T & R Bangi AG Services/Cal-Pacific Farm Management currently has a
4  deadline for filing of April 22, 2013;

5      WHEREAS, Plaintiffs' opposition to Defendant Delano Farms Company's Motion For
6  Order Requiring Plaintiffs to Submit Trial Plan currently has a deadline for filing of April 22,
7  2013;

8      WHEREAS, the Parties hereby stipulate to extend the time to file oppositions to
9  Defendants' three motions by one week;

10      WHEREAS, the Reason for stipulation is to permit Plaintiffs counsel additional time based
11  on the voluminous nature of the three separate motions filed by two defendants, and covering
12  thousands of pages of documents;

13
14      WHEREAS, the Parties further agree that in their Opposition to Delano Farms Company's
15  Motion For Order Requiring Plaintiffs to Submit Trial Plan, Plaintiffs will not take the position
16  that the Motion is not properly before the Court, but Plaintiffs will retain their full rights to
17  otherwise oppose the motion;

18      WHEREAS, the Parties further stipulate that any replies to Plaintiffs' Oppositions by
19  Defendants' Delano Farms Company and T & R Bangi AG Services/Cal-Pacific Farm
20  Management will also be extended by one week;

21
22      NOW THEREFORE, it is hereby stipulated and agreed by and between the Parties to this
23  action, through their respective undersigned counsel of record, that the time for Plaintiffs to file
24  Oppositions to Motions To Decertify The Class filed by Delano Farms Company and T & R Bangi
25  AG Services/Cal-Pacific Farm Management is extended to April 29, 2013, and the time to file an
26  opposition to Defendant Delano Farms Company's Motion For Order Requiring Plaintiffs to
27  Submit Trial Plan is extended to April 29, 2013.  The parties further stipulate and agree that the
28  time for Defendants to file their reply to Plaintiffs' Oppositions shall be extended by one week,

1 | with a new reply date of May 13, 2013.

3 | DATED: April 19, 2013        **LAW OFFICE OF MARCOS CAMACHO**

5 | By: <u>Mario Martinez</u>
     MARIO MARTINEZ, ESQ.
6 | Attorneys for Plaintiffs, SABAS ARREDONDO, et al.

8 | DATED: April 19, 2013        **SAVITT BRUCE & WILLEY LLP**

10 | By: <u>David N. Bruce</u>
      DAVID N. BRUCE, ESQ.
11 | Attorneys for DELANO FARMS COMPANY

13 | DATED: April 19, 2013        **GRISWOLD, LASALLE, COBB, DOWD & GIN, LLP**

15 | By: <u>Michael R. Johnson</u>
      MICHAEL R. JOHNSON, ESQ.
16 | Attorneys for CAL-PACIFIC FARM
     MANAGEMENT, L.P.; and T&R BANGI'S
17 | AGRICULTURAL SERVICES, INC.

1  GREGORY J. RAMIREZ (SBN 150515)
   JAMES E. PERERO (SBN 258124)
2  **MYERS, WIDDERS, GIBSON & JONES, LLP**
   5425 Everglades Street
3  Ventura, California 93003
   Telephone: (805) 644-7188
4  Facsimile: (805) 644-7390

5  MARCOS CAMACHO (SBN 123501)
   MARIO MARTINEZ (SBN 200721)
6  THOMAS PATRICK LYNCH (SBN 159277)
   **LAW OFFICES OF MARCOS CAMACHO**
7  1227 California Avenue
   Bakersfield, CA 93304
8  Telephone (661) 324-8100
   Facsimile (661) 324-8103

9
   Attorneys for Plaintiffs, SABAS ARREDONDO,
10 et al.

11              UNITED STATES DISTRICT COURT

12          EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| SABAS ARREDONDO, JOSE CUEVAS, HILARIO GOMEZ, IRMA LANDEROS, and ROSALBA LANDEROS individually and on behalf of all others similarly situated, Plaintiffs, vs. DELANO FARMS COMPANY, a Washington State Corporation; CAL-PACIFIC FARM MANAGEMENT, L.P.; T&R BANGI'S AGRICULTURAL SERVICES, INC. and DOES 1 through 10, inclusive, Defendants. | CASE NO. 1:09-CV-01247-MJS  **ORDER ON STIPULATION TO EXTEND TIME TO FILE PLAINTIFFS' OPPOSITIONS TO MOTIONS TO DECERTIFY THE CLASS FILED BY DELANO FARMS COMPANY AND T & R BANGI AG SERVICES/CAL-PACIFIC FARM MANAGEMENT AND TO EXTEND TIME TO FILE PLAINTIFFS' OPPOSITION TO DEFENDANT DELANO FARMS COMPANY'S MOTION FOR ORDER REQUIRING PLAINTIFFS TO SUBMIT TRIAL PLAN; STIPULATION TO EXTEND TIME FOR DEFENDANTS' REPLIES TO OPPOSITIONS** |

1 IT IS SO ORDERED.  Plaintiffs' deadline in which to file Oppositions to Motions to Decertify the Class filed by Delano Farms Company and T & R Bangi AG Services/Cal-Pacific Farm Management and Motion for Order Requiring Plaintiffs to Submit Trial Plan is now **April 29, 2013**.  Defendants' deadline in which to file a reply to Plaintiffs' Oppositions is now **May 13, 2013**.

IT IS SO ORDERED.

Dated:   April 22, 2013                    /s/ *Michael J. Seng*
                                                                       UNITED STATES MAGISTRATE JUDGE