The Honorable Michael J. Seng

LAW OFFICES OF WILLIAM C. HAHESY
William C. HahesyState Bar No. 105743
225 West Shaw Avenue, Suite 105
Fresno, CA 93704
Telephone: (559) 579-1230
Facsimile: (559) 579-1231

Attorneys for DELANO FARMS COMPANY
SAVITT BRUCE & WILLEY LLP
David N. BrucePro Hac Vice
Miles A. YanickPro Hac Vice
1425 Fourth Avenue, Suite 800
Seattle, Washington 98101
Telephone: (206) 749-0500
Facsimile: (206) 749-0600

Attorneys for DELANO FARMS COMPANY

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA AT FRESNO

| | |
|---|---|
| SABAS ARREDONDO, JOSE CUEVAS, HILARIO GOMEZ, IRMA LANDEROS, and ROSALBA LANDEROS individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DELANO FARMS COMPANY, a Washington State Corporation; CAL-PACIFIC FARM MANAGEMENT, L.P.; T&R BANGI'S AGRICULTURAL SERVICES, INC., and DOES 1 through 10, inclusive,<br><br>Defendants. | NO.1:09-cv-01247-MJS<br><br>**STIPULATION AND ORDER REGARDING MEDIATION SCHEDULING AND ORAL ARGUMENT ON MOTION FOR DECERTIFICATION** |

### I.STIPULATION AND JOINT MOTION

The parties have diligently pursued arrangements for mediation since appearing for a

STIPULATION AN ORDER REGARDING MEDIATION
SCHEDULING AND ORAL ARGUMENT ON MOTION FOR
DECERTIFICATION - 1
No. 1:09-cv-01247

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington  98101-2272
(206) 749-0500

Status Conference with Judge Boone, and now have identified a mediator acceptable to all parties and have scheduled mediation with that mediator for June 21, 2013, the first date on which all necessary counsel, parties, and the mediator are available.

The parties note that this mediation is several weeks after the deadline for mediation (May 31, 2013) established by Judge Boone, and only a few days prior to the date currently set for oral argument of defendants' motions to decertify and for a trial plan.

The parties therefore respectfully request and suggest that this Court (a) extend the deadline for mediation to June 21, 2013, and (b) re-schedule oral argument on defendants' pending motions, as jointly stipulated to and requested below.  The requesting scheduling adjustments may facilitate the non-judicial resolution of this matter and, should mediation fail, will allow the Court adequate time for review of the submittals on the pending motion prior to oral argument.

The parties to the above-captioned matter, through their respective counsel of record, hereby stipulate to and jointly request the following dates for mediation and for oral argument on the pending motions:

| | |
|---|---|
| June 21, 2013 | Deadline for mediation |
| June 24, 2013 | Parties to advise Court of outcome of mediation |
| July 19, 2013, 9:30 am | Oral argument on defendants' pending motions |

SO STIPULATED:

| | |
|---|---|
| **SAVITT BRUCE & WILLEY LLP** | **GRISWOLD, LASALLE, COBB, DOWD & GIN, LLP** |
| By     /s/ *David N. Bruce*                       | By     /s/ *Michael R. Johnson*                    |
|    David N. Bruce, *Pro Hac Vice*  <br>   Miles A. Yanick, *Pro Hac Vice* |    Michael R. Johnson, State Bar No. 237767 |
| Attorneys for Delano Farms Company | Attorneys for Cal-Pacific Farm Management, L.P., and T&R Bangi's Agicultural Services, Inc. |

STIPULATION AN ORDER REGARDING MEDIATION
SCHEDULING AND ORAL ARGUMENT ON MOTION FOR
DECERTIFICATION - 2
No. 1:09-cv-01247

**SAVITT BRUCE & WILLEY LLP**
1425 Fourth Avenue Suite 800
Seattle, Washington  98101-2272
(206) 749-0500

| | |
|---|---|
| **LAW OFFICES OF WILLIAM C. HAHESY** | **LAW OFFICES OF MARCOS CAMACHO** |
| By  /s/ *William C. Hahesy*  <br>   William C. Hahesy, State Bar No. 105743 | By  /s/ *Mario G. Martinez*  <br>   Mario G. Martinez, State Bar No. 200721 |
| Attorneys for Delano Farms Company | Attorneys for Plaintiffs Sabas Arredondo, *et al* |

## II.   [PROPOSED] ORDER

Presented by:

**SAVITT BRUCE & WILLEY LLP**

By  /s/ *David N. Bruce*  
   David N. Bruce, *Pro Hac Vice*  
   Miles A. Yanick, *Pro Hac Vice*

Attorneys for Delano Farms Company

**LAW OFFICES OF WILLIAM C. HAHESY**

By  /s/ *William C. Hahesy*  
   William C. Hahesy, State Bar No. 105743

Attorneys for Delano Farms Company

**GRISWOLD, LASALLE, COBB, DOWD & GIN, LLP**

By  /s/ *Michael R. Johnson*  
   Michael R. Johnson, State Bar No. 237767

Attorneys for Cal-Pacific Farm Management, L.P., and T&R Bangi's Agicultural Services, Inc.

**LAW OFFICES OF MARCOS CAMACHO**

By  /s/ *Mario G. Martinez*  
   Mario G. Martinez, State Bar No. 200721

Attorneys for Plaintiffs Sabas Arredondo, et al

STIPULATION AN ORDER REGARDING MEDIATION SCHEDULING AND ORAL ARGUMENT ON MOTION FOR DECERTIFICATION - 3
No. 1:09-cv-01247

**SAVITT BRUCE & WILLEY LLP**
1425 Fourth Avenue Suite 800
Seattle, Washington  98101-2272
(206) 749-0500

ORDER

Based on the foregoing stipulation, the Court hereby orders that the parties in action NO.1:09- cv-01247-MJS shall observe the following dates for mediation and for oral argument on the pending motions:

| | |
|---|---|
| June 21, 2013 | Deadline for mediation |
| June 24, 2013 | Parties to advise Court of outcome of mediation |
| July 19, 2013, 9:30 am | Oral argument on defendants' pending motions |

IT IS SO ORDERED.

Dated:   May 30, 2013        /s/ *Michael J. Seng*
                              UNITED STATES MAGISTRATE JUDGE

STIPULATION AN ORDER REGARDING MEDIATION
SCHEDULING AND ORAL ARGUMENT ON MOTION FOR
DECERTIFICATION - 4
No. 1:09-cv-01247

**SAVITT BRUCE & WILLEY LLP**
1425 Fourth Avenue Suite 800
Seattle, Washington  98101-2272
(206) 749-0500