Gregory J. Ramirez, SBN 150515
James E. Perero, SBN 258124
MYERS, WIDDERS, GIBSON, JONES & FEINGOLD, L.L.P.
5425 Everglades Street
Ventura, CA 93003
Telephone:   (805) 644-7188
Facsimile:   (805) 644-7390

Marcos Camacho (SBN 123501)
Thomas Patrick Lynch (SBN 159277)
Mario G. Martinez (SBN 200721)
LAW OFFICES OF MARCOS CAMACHO
1227 California Avenue
Bakersfield, CA 93304
Telephone: (661) 324-8100
Facsimile: (661) 324-8103

William C. Callaham (SBN 60728)
WILCOXEN CALLAHAM, LLP
2114 K Street
Sacramento, CA 95816
Telephone: (916) 442-2777
Facsimile: (916) 442-4118

Attorneys for Plaintiffs,
SABAS ARREDONDO, et al.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SABAS ARREDONDO, JOSE CUEVAS, HILARIO GOMEZ, IRMA LANDEROS, and ROSALBA LANDEROS individually, and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>DELANO FARMS COMPANY, a Washington State Corporation; CAL-PACIFIC FARM MANAGEMENT, L.P.; T&R BANGI'S AGRICULTURAL SERVICES, INC. and DOES 1 through 10, inclusive,<br><br>    Defendants. | CASE NO. 1:09-cv-01247-MSJ<br><br>JOINT STIPULATION AND ORDER |

## I.     STIPULATION AND JOINT MOTION

WHEREAS, the above-captioned Parties participated in a full day of mediation on July 3, 2013, in San Francisco, California, with mediator David Rudy;

WHEREAS, since mediation, the Parties have agreed to settle the above-captioned lawsuit, subject to their negotiation of the remaining terms;

WHEREAS, the Parties are actively negotiating details related to preparation of a written settlement agreement and preparing drafts thereof;

WHEREAS, the hearing on Defendants' motions for decertification ("Hearing") is presently on calendar for Friday, July 19, 2013;

WHEREAS, continuance of the Hearing is the best interests of the Parties and will allow time necessary to consummate a binding settlement agreement, which would then be subject to Court approval;

WHEREAS, the Parties wish to prevent unnecessary expenditure of judicial resources; and

WHEREAS, the nearest regular motion hearing date available to all Parties is Friday, August 30, 2013, but the Parties wish to expedite resolution of this matter.

THEREFORE, the Parties do hereby stipulate and respectfully request that the Hearing be continued to Wednesday, August 21, 2013.

| SAVITT BRUCE & WILLEY LLP | GRISWOLD, LASALLE, COBB, DOWD & GIN, LLP |
|---|---|
| By /s/ *David N. Bruce*_____<br>    David N. Bruce, *Pro Hac Vice*<br>    Miles A. Yanick, *Pro Hac Vice* | By /s/ *Michael R. Johnson*_____<br>    Michael R. Johnson, State Bar No. 237767 |
| Attorneys for Delano Farms Company | Attorneys for Cal-Pacific Farm Management, L.P., and T&R Bangi's Agricultural Services, Inc. |
| LAW OFFICES OF WILLIAM C. HAHESY | MYERS, WIDDERS, GIBSON, JONES & FEINGOLD, LLP |
| By /s/ *William C. Hahesy*_____<br>    William C. Hahesy, State Bar No. 105743 | By      /s/ *James E. Perero*_____<br>    James E. Perero, State Bar No. 258124 |
| Attorneys for Delano Farms Company | Attorneys for Plaintiffs Sabas Arredondo, *et al*. |

MYERS, WIDDERS, GIBSON, JONES & FEINGOLD, L.L.P.
5425 EVERGLADES STREET
VENTURA, CA 93003

## II. ORDER

Based on the foregoing stipulation, the Court hereby orders that the hearing on Defendants' motions for decertification shall take place on August 30, 2013, at 9:30 am.

IT IS SO ORDERED.

IT IS SO ORDERED.

Dated: July 17, 2013                   /s/ *Michael J. Seng*
                                       UNITED STATES MAGISTRATE JUDGE

MYERS, WIDDERS, GIBSON, JONES & FEINGOLD, L.L.P.
5425 EVERGLADES STREET
VENTURA, CA 93003