The Honorable Michael J. Seng

SAVITT BRUCE & WILLEY LLP
David N. Bruce             Pro Hac Vice
Miles A. Yanick            Pro Hac Vice
Sarah Gohmann Bigelow      Pro Hac Vice
1425 Fourth Avenue, Suite 800
Seattle, Washington 98101
Telephone: (206) 749-0500

LAW OFFICES OF WILLIAM C. HAHESY
William C. Hahesy          State Bar No. 105743
225 West Shaw Avenue, Suite 105
Fresno, CA 93704
Telephone: (559) 579-1230
Facsimile: (559) 579-1231
Attorneys for DELANO FARMS COMPANY

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA AT FRESNO

| | |
|---|---|
| SABAS ARREDONDO, JOSE CUEVAS, HILARIO GOMEZ, IRMA LANDEROS, and ROSALBA LANDEROS individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DELANO FARMS COMPANY, a Washington State Corporation; CAL-PACIFIC FARM MANAGEMENT, L.P.; T&R BANGI'S AGRICULTURAL SERVICES, INC., and DOES 1 through 10, inclusive,<br><br>Defendants. | NO.   1:09-cv-01247-MJS<br><br>**FIRST STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFFS' SPECIAL INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS AND ORDER** |

FIRST STIPULATION TO EXTEND TIME TO RESPOND TO
PLAINTIFFS' SPECIAL INTERROGATORIES AND
REQUESTS FOR PRODUCTION OF DOCUMENTS - i
No.1:09-cv-01247-MJS

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington  98101-2272
(206) 749-0500

### I. JOINT STIPULATION

WHEREAS, Plaintiffs Sabas Arredondo, Jose Cuevas, Hilario Gomez, Irma Landeros, and Rosalba Landeros, individually, and on behalf of all others similarly situated (collectively, "Plaintiffs") served their Special Interrogatories to Defendant Delano Farms Company, Set No. 2, and Special Interrogatories to Defendant T&R Bangi's Agricultural Services, Inc., Set No. 2 (collectively, the "Interrogatories") on June 10, 2013;

WHEREAS, Plaintiffs served their Request for Production of Documents to Defendant Delano Farms Company, Set No. 3, and Request for Production of Documents to Defendant T&R Bangi's Agricultural Services, Inc., Set No. 3 (collectively, the "RFPs") on June 10, 2013;

WHEREAS, Federal Rules of Civil Procedure 5, 6, 33, and 34 required Defendants Delano Farms Company and T&R Bangi's Agricultural Services, Inc. (collectively, the "Defendants") to respond to the Interrogatories and RFPs by Monday, July 15, 2013;

WHEREAS, since mediation, the Parties have tentatively agreed to settle the above-captioned lawsuit, subject to their negotiation of the remaining terms;

WHEREAS, the Parties are actively negotiating details related to preparation of a written settlement agreement and preparing drafts thereof;

WHEREAS, the Plaintiffs have agreed that the Defendants need not respond to the Interrogatories and RFPs until they are given two weeks' notice; in furtherance of that agreement, and in order to comply with local rule 144, the parties agree that defendants may have until September 15, 2013 to respond to the outstanding discovery, or until two weeks from the date on which Plaintiffs request that Defendants respond, whichever date is earlier;

//
//
//
//
//

FIRST STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFFS' SPECIAL INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS - 1
No.1:09-cv-01247-MJS

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington  98101-2272
(206) 749-0500

NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND RESPECTFULLY REQUEST that Defendants may have until September 15, 2013 to respond to the Interrogatories and RFPs or two weeks from the date on which Plaintiffs request that Defendants respond, whichever date is earlier.

RESPECTFULLY SUBMITTED:

| **SAVITT BRUCE & WILLEY LLP**<br><br>By   /s/ David N. Bruce<br>David N. Bruce, *Pro Hac Vice*<br>Miles A. Yanick, *Proc Hac Vice*<br><br>*Attorneys for Delano Farms Company* | **GRISWOLD, LASALLE, COBB, DOWD & GIN, LLP**<br><br>By   /s/ Michael R. Johnson<br>Michael R. Johnson, State Bar No. 237767<br><br>*Attorneys for Cal-Pacific Farm Management, L.P., and T&R Bangi's Agricultural Services, Inc.* |
|---|---|
| **LAW OFFICES OF WILLIAM C. HAHESY**<br><br>By   /s/ William C. Hahesy<br>William C. Hahesy, State Bar No. 105743<br><br>*Attorneys for Delano Farms Company* | **MYERS, WIDDERS, GIBSON, JONES & FEINGOLD, LLP**<br><br>By   /s/ James E. Perero<br>James E. Perero, State Bar No. 258127<br><br>*Attorneys for Plaintiffs Sabas Arredondo, et al.* |

FIRST STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFFS' SPECIAL INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS - 2
No.1:09-cv-01247-MJS

**SAVITT BRUCE & WILLEY LLP**
1425 Fourth Avenue Suite 800
Seattle, Washington  98101-2272
(206) 749-0500

**ORDER**

Based on the foregoing stipulation, the Court hereby orders that Defendants will respond to the Interrogatories and RFPs by September 15, 2013, or two weeks from the date on which Plaintiffs request that Defendants respond, whichever date is earlier.

IT IS SO ORDERED.

Dated: __July 24, 2013__        /s/ *Michael J. Seng*
                              UNITED STATES MAGISTRATE JUDGE

FIRST STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFFS' SPECIAL INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS - 3
No.1:09-cv-01247-MJS

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500