David N. Bruce, Pro Hac Vice
Miles A. Yanick, Pro Hac Vice
Sarah Gohmann Bigelow, Pro Hac Vice
**SAVITT, BRUCE & WILLEY, LLP**
1425 Fourth Avenue, Suite 800
Seattle, WA  98101-2272
Telephone: (206) 749-0500
Facsimile: (206) 749-0600
Email: dbruce@jetcitylaw.com
          myanick@jetcitylaw.com
          sgohmannbigelow@jetcitylaw.com

William C. Hahesy, #105743
**LAW OFFICES OF WILLIAM C. HAHESY**
225 West Shaw Avenue, Suite 105
Fresno, CA  93704
Telephone (559) 579-1230
Facsimile (559) 579-1231
Email: bill@hahesylaw.com

Attorneys for Defendant DELANO FARMS COMPANY

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SABAS ARREDONDO, JOSE CUEVAS, HILARIO GOMEZ, IRMA LANDEROS, and ROSALBA LANDEROS individually, and on behalf of all others similarly situated,<br><br>            Plaintiffs,<br><br>      v.<br><br>DELANO FARMS COMPANY, a Washington State Corporation; CAL-PACIFIC FARM MANAGEMENT, L.P.; T&R BANGI'S AGRICULTURAL SERVICES, INC., and DOES 1 through 10, inclusive,<br><br>            Defendants. | Case No. 1:09-cv-01247 MJS<br><br>**JOINT STIPULATION AND ORDER RE HEARING ON MOTIONS FOR DECERTIFICATION AND FOR A TRIAL PLAN** |

## **STIPULATION AND JOINT MOTION**

WHEREAS, the above-captioned Parties participated in a full day of mediation on July 3, 2013, in San Francisco, California, with mediator David Rudy;

WHEREAS, since mediation, the Parties have agreed to tentatively settle the above-captioned lawsuit, subject to their negotiation of the remaining terms;

1  WHEREAS, since mediation, the Parties have been exchanging documentation and discussing the remaining terms;

2  WHEREAS, the Parties participated in a further mediated session with David Rudy on August 14, 2013, to assist in the negotiation of the remaining terms, which efforts resulted in further tentative agreement on some of the remaining terms and the establishment of a schedule designed to assist in reaching agreement on the remaining terms;

3  WHEREAS, the hearing on Defendants' motions for decertification and for a trial plan ("Hearing") is presently on calendar for Friday, August 30, 2013;

4  WHEREAS, continuance of the Hearing is in the best interests of the Parties and will allow time necessary to consummate a binding settlement agreement, which would then be subject to Court approval;

5  WHEREAS, the Parties wish to prevent unnecessary expenditure of judicial resources; and

6  WHEREAS, the nearest regular motion hearing date available to all Parties is Friday, September 27, 2013, which date has been agreed to by the Parties as part of the schedule mentioned above;

7  THEREFORE, the Parties do hereby stipulate and respectfully request that the Hearing be continued to Friday, September 27, 2013.

| SAVITT BRUCE & WILLEY LLP | GRISWOLD, LASALLE, COBB, DOWD & GIN, LLP |
|---|---|
| By __/s/ David N. Bruce__<br>David N. Bruce, *Pro Hac Vice*<br>Miles A. Yanick, *Pro Hac Vice*<br>Attorneys for Defendant, Delano Farms Company | By __/s/ Michael R. Johnson__<br>Michael R. Johnson<br>Attorneys for Defendants, Cal-Pacific Farm Management, L.P., and T&R Bangi's Agricultural Services, Inc. |
| LAW OFFICES OF WILLIAM C. HAHESY | MYERS, WIDDERS, GIBSON, JONES & FEINGOLD, LLP |
| By __/s/ William C. Hahesy__<br>William C. Hahesy<br>Attorneys for Defendant, Delano Farms Company | By __/s/ James E. Perero__<br>James E. Perero<br>Attorneys for Plaintiffs Sabas Arredondo, *et al.* |

**ORDER**

Based on the foregoing stipulation, the Court hereby orders that the hearing on Defendants' motions for decertification and a trial plan shall take place on Friday, September 27, 2013, at 11:00 a.m. in Courtroom 6, United States District Court, Fresno, California.

IT IS SO ORDERED.

Dated:   August 20, 2013          /s/ *Michael J. Seng*
                                  UNITED STATES MAGISTRATE JUDGE