David N. Bruce, Pro Hac Vice
Miles A. Yanick, Pro Hac Vice
Sarah Gohmann Bigelow, Pro Hac Vice
**SAVITT, BRUCE & WILLEY, LLP**
1425 Fourth Avenue, Suite 800
Seattle, WA  98101-2272
Telephone: (206) 749-0500
Facsimile: (206) 749-0600
Email: dbruce@jetcitylaw.com
         myanick@jetcitylaw.com
         sgohmannbigelow@jetcitylaw.com

William C. Hahesy, #105743
**LAW OFFICES OF WILLIAM C. HAHESY**
225 West Shaw Avenue, Suite 105
Fresno, CA  93704
Telephone (559) 579-1230
Facsimile (559) 579-1231
Email: bill@hahesylaw.com

Attorneys for Defendant DELANO FARMS COMPANY

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SABAS ARREDONDO, JOSE CUEVAS, HILARIO GOMEZ, IRMA LANDEROS, and ROSALBA LANDEROS individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DELANO FARMS COMPANY, a Washington State Corporation; CAL-PACIFIC FARM MANAGEMENT, L.P.; T&R BANGI'S AGRICULTURAL SERVICES, INC., and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 1:09-cv-01247 MJS<br><br>**STIPULATION BETWEEN THE PARTIES CONCERNING CLARIFICATION OF THE COURT'S MARCH 21, 2014 ORDER AND ORDER THEREON** |

### STIPULATION

The Plaintiffs Sabas Arredondo, Jose Cuevas, Hilario Gomez, Irma Landeros, and Rosalba Landeros and Defendants Delano Farms Company, a Washington State Corporation; Cal-Pacific Farm Management, L.P., and T&R Bangi's Agricultural Services, Inc., by and through their respective counsel of record, hereby stipulate and agree as follows:

The Court entered an order dated March 21, 2014 after the scheduling conference. (Dkt. 315.) The Order currently provides that the Court orders the parties to "engage and designate experts to assist with formulation of discovery and trial plan by April 4, 2014." (See Dkt. 315.) The parties execute this stipulation and propose the below order to the Court to provide that the parties will engage their experts by April 4, 2014 to assist in the formulation of discovery and a trial plan, but not formally designate experts in any manner. The parties anticipate that the designation of experts will occur at a date subsequently set by the Court.

The parties respectfully request that the Court enter the Order as set forth below.

| | |
|---|---|
| **SAVITT BRUCE & WILLEY LLP** | **GRISWOLD, LASALLE, COBB, DOWD & GIN, LLP** |
| By ___/s/ Miles A. Yanick_____<br>   David N. Bruce, *Pro Hac Vice*<br>   Miles A. Yanick, *Pro Hac Vice*<br>Attorneys for Defendant, Delano Farms Company | By ___/s/ Michael R. Johnson_____<br>   Michael R. Johnson<br>Attorneys for Defendants, Cal-Pacific Farm Management, L.P., and T&R Bangi's Agricultural Services, Inc. |
| **LAW OFFICES OF WILLIAM C. HAHESY** | **MYERS, WIDDERS, GIBSON, JONES & FEINGOLD, LLP** |
| By ___/s/ William C. Hahesy_____<br>   William C. Hahesy<br>Attorneys for Defendant, Delano Farms Company | By ___/s/ James E. Perero _____<br>   James E. Perero<br>Attorneys for Plaintiffs Sabas Arredondo, *et al.* |

### **ORDER**

The Court having reviewed the foregoing stipulation and good cause appearing therefor:

**IT IS HEREBY ORDERED** that the parties shall engage experts to assist with the formulation of discovery and trial plan by April 4, 2014. Any formal designation of experts shall occur at a date to be set later by the Court.

IT IS SO ORDERED.

Dated:   April 1, 2014         /s/ *Michael J. Seng*
                              UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28