The Honorable Michael J. Seng

SAVITT BRUCE & WILLEY LLP
David N. Bruce                             Pro Hac Vice
James P. Savitt                            Pro Hac Vice
Miles A. Yanick                            Pro Hac Vice
1425 Fourth Avenue, Suite 800
Seattle, Washington 98101
Telephone: (206) 749-0500

LAW OFFICES OF WILLIAM C. HAHESY
William C. Hahesy                          State Bar No. 105743
225 West Shaw Avenue, Suite 105
Fresno, CA 93704
Telephone: (559) 579-1230
Facsimile: (559) 579-1231
Attorneys for DELANO FARMS COMPANY

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA AT FRESNO

| | |
|---|---|
| SABAS ARREDONDO, JOSE CUEVAS, HILARIO GOMEZ, IRMA LANDEROS, and ROSALBA LANDEROS individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DELANO FARMS COMPANY, a Washington State Corporation; CAL-PACIFIC FARM MANAGEMENT, L.P.; T&R BANGI'S AGRICULTURAL SERVICES, INC., and DOES 1 through 10, inclusive,<br><br>Defendants. | NO.   1:09-cv-01247-MJS<br><br>**STIPULATION AND ORDER SETTING SCHEDULING CONFERENCE** |

STIPULATION AND ORDER SETTING SCHEDULING
CONFERENCE - 1
No. 1:09-cv-01247-MJS

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington  98101-2272
(206) 749-0500

## I.     STIPULATION

The parties stipulate to and request a continuance of the Scheduling Conference currently scheduled for June 20, 2014 at 09:30 a.m. to July 1, 2014, at 10:30 a.m.

In addition, the parties request leave to file their Joint Scheduling Report, as required by the Court's March 21, 2014 Minute Order (Doc. 315), on June 12, 2014.

SO STIPULATED:

| SAVITT BRUCE & WILLEY LLP | GRISWOLD, LASALLE, COBB, DOWD & GIN, LLP |
|---|---|
| By  /s/ *David N. Bruce*<br>    David N. Bruce, *Pro Hac Vice*<br>    Miles A. Yanick, *Pro Hac Vice*<br><br>Attorneys for Delano Farms Company | By  /s/ *Michael R. Johnson*<br>    Michael R. Johnson, State Bar No. 237767<br><br>Attorneys for Cal-Pacific Farm Management, L.P., and T&R Bangi's Agricultural Services, Inc. |
| **LAW OFFICES OF WILLIAM C. HAHESY** | **MYERS, WIDDERS, GIBSON & JONES, LLP** |
| By  /s/ *William C. Hahesy*<br>    William C. Hahesy, State Bar No. 105743<br><br>Attorneys for Delano Farms Company | By  /s/ *James E. Perero*<br>    James E. Perero, State Bar No. #258124<br><br>Attorneys for Plaintiffs Sabas Arredondo, et al |

## II.     ORDER

Based on the foregoing stipulation, the Court hereby orders that the Scheduling Conference currently set for June 20, 2014 at 09:30 a.m. be continued to July 1, 2014, at 10:30 a.m.  The parties shall file their Joint Scheduling Report, as required by the Court's March 21, 2014 Minute Order (Doc. 315), on June 12, 2014.

IT IS SO ORDERED.

Dated:   June 2, 2014                                         /s/ *Michael J. Seng*
                                                                       UNITED STATES MAGISTRATE JUDGE

STIPULATION AND ORDER SETTING SCHEDULING CONFERENCE - 2
No. 1:09-cv-01247-MJS

**SAVITT BRUCE & WILLEY LLP**
1425 Fourth Avenue Suite 800
Seattle, Washington  98101-2272
(206) 749-0500