The Honorable Michael J. Seng

SAVITT BRUCE & WILLEY LLP
David N. Bruce           Pro Hac Vice
James P. Savitt          Pro Hac Vice
Miles A. Yanick          Pro Hac Vice
1425 Fourth Avenue, Suite 800
Seattle, Washington 98101
Telephone: (206) 749-0500

LAW OFFICES OF WILLIAM C. HAHESY
William C. Hahesy           State Bar No. 105743
225 West Shaw Avenue, Suite 105
Fresno, CA 93704
Telephone: (559) 579-1230
Facsimile: (559) 579-1231

Attorneys for DELANO FARMS COMPANY

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA AT FRESNO

| | |
|---|---|
| SABAS ARREDONDO, JOSE CUEVAS, HILARIO GOMEZ, IRMA LANDEROS, and ROSALBA LANDEROS individually, and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>DELANO FARMS COMPANY, a Washington State Corporation; CAL-PACIFIC FARM MANAGEMENT, L.P.; T&R BANGI'S AGRICULTURAL SERVICES, INC., and DOES 1 through 10, inclusive,<br><br>    Defendants. | NO.   1:09-cv-01247-MJS<br><br>**STIPULATION AND ORDER APPOINTING NEUTRAL** |

STIPULATION AND ORDER APPOINTING NEUTRAL - 1
No. 1:09-cv-01247-MJS

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington  98101-2272
(206) 749-0500

## I.   STIPULATION

The parties to the above-referenced matter stipulate to the appointment of Kurtzman Carson Consultants ("KCC"), which will serve as a Court-appointed third-party administrator and perform the functions identified in paragraphs 5–7, below, with respect to the pilot study described in the July 7, 2014 Joint Scheduling Report (Doc. 326) and the Declaration of Joseph A. Krock, Ph.D. (Doc. 337), which the Court allowed to proceed in the August 19, 2014 Order Regarding Discovery Schedule (Doc. 330) and the October 10, 2014 Order Denying Motion for Protective Order (Doc. 342) (hereinafter, the "Pilot Study").

In particular, the parties stipulate as follows:

**1.     General Purpose**.  KCC's functions shall be undertaken in a manner calculated to ensure that the Pilot Study proceeds: (a) free from bias; (b) in a timely and cost-effective manner; and (c) with due regard for the schedules of all concerned parties, including the deponents, and their counsel.

**2.     Initial Planning Conference**.  As soon as practicable following the entry of this Order, the parties shall attempt in good faith to meet no later than December 19, 2014 with suitable representatives of KCC, in person at a mutually convenient location, to discuss this Order, the scheduling of KCC's work, any questions raised by KCC, designated points of contact and modes of communication, and any other matters bearing on KCC's ability to effectively perform its functions consistent with the mandate set forth in paragraph 1, above.  The parties may bring their designated experts to this meeting.  The parties shall prepare a written memorandum setting forth the matters agreed to at the meeting, which need not be filed with the Court but may be referenced in the event of a dispute.

**3.     Pilot Study List**.  Within 10 days of the initial planning conference described in paragraph 2, above, Defense counsel shall simultaneously transmit to both KCC's designated representative and to Plaintiffs' counsel the list of 192 fieldworkers whom Defendants seek to

STIPULATION AND ORDER APPOINTING NEUTRAL - 2
No. 1:09-cv-01247-MJS

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington  98101-2272
(206) 749-0500

depose in the Pilot Study,[1] which may be supplemented as appropriate to ensure that 192 fieldworkers are eventually deposed. The initial list of 192 and any additions to the list are collectively referred to as the "Pilot Study List."

**4.   Schedule**. In consultation with KCC, the parties shall develop a mutually agreeable schedule for depositions, to begin not sooner than January 19, 2015 and continue until 196 fieldworker depositions have been completed (including the 4 already completed). It is expected that depositions will be scheduled in blocks of approximately one week. The blocks may be scheduled on a rolling basis, so that a block may commence before subsequent blocks have been scheduled. The parties understand and agree that no scheduling will be ideal, and that more than one lawyer from each side must be available to participate in depositions so that the Pilot Study may be completed in a reasonable period of time. Plaintiffs' counsel shall have reasonable notice of the deposition of any particular fieldworker. Generally, two weeks' notice is deemed reasonable, but the parties understand and agree that such notice will not always be practicable for every deposition—for instance, due to cancellations, difficulty in effecting service, or other circumstances beyond the control of the parties or KCC—and that some flexibility will be required in order to use time efficiently and to respond to the needs and availability of deponents. If for any reason a "late substitution" of a deponent is necessary, Plaintiffs' counsel will have a reasonable opportunity to meet with the absent class member before the deposition, even if this takes place immediately before the deposition.

**5.   Location and Service Work**. KCC shall undertake reasonable and diligent efforts to locate and obtain current contact information for all fieldworkers on the Pilot Study List and to serve them with subpoenas for depositions according to the agreed schedule (the "Location and Service Work"). These efforts may include, but are not necessarily limited to, conducting various records searches, including "skip-traces" or similar address-locator searches; attempting to call fieldworker deponents; attempting to contact fieldworker deponents

---

[1] This represents the 196 proposed less the 4 already taken.

STIPULATION AND ORDER APPOINTING NEUTRAL - 3
No. 1:09-cv-01247-MJS

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500

in person, either at home or at work; contacting current or prior employers; and contacting friends, family, or co-workers, but KCC must at all times be sensitive to the manner in which it contacts workers and the fact that the fieldworkers it is contacting may face various immigration-related issues and may be unfamiliar with processes such as these.  It is understood that depositions and the Location and Service Work may proceed simultaneously, such that the depositions may begin before attempts have been made to locate and/or serve all fieldworkers on the Pilot Study List.

      **6.**    **Script and FAQ**.  In contacting fieldworker deponents, KCC shall utilize the script and answers to frequently asked questions attached as Exhibit A when addressing the matters therein.   If the script or answers prove in practice to be incomplete, confusing, or counterproductive in some respect—for instance, if there are frequent questions that are not addressed—KCC will notify counsel in writing and seek additional instruction.

      **7.**    **Reporting**.  KCC shall keep detailed records of its activities in connection with the Location and Service Work.  KCC shall report to the parties regarding the status of the Location and Service Work periodically as it deems reasonable under the circumstances or upon the reasonable request of any party.  The reports shall include, as appropriate (a) identification of fieldworkers on Pilot Study List who have been located and served and the times of their respective depositions; (b) identification of fieldworkers on the Pilot Study List who KCC believes cannot be located or served and why; (c) what additional efforts, if any, might be undertaken to complete the Location and Service Work, the likely utility of those efforts, and an estimate of the additional time required to undertake them.  The parties and/or KCC shall provide to the Court any reports ordered by the Court.

      **8.**    **Contact with Deponents**.  Neither Plaintiffs' counsel, nor any agent or employee of Plaintiffs' counsel or the class, nor any class member shall contact any fieldworker included on the Pilot Study List before KCC notifies counsel for the parties that it has contacted the fieldworker and served or attempted to serve the fieldworker with a

STIPULATION AND ORDER APPOINTING NEUTRAL - 4
No. 1:09-cv-01247-MJS

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington  98101-2272
(206) 749-0500

subpoena. If a fieldworker on the Pilot Study List contacts Plaintiffs' counsel before KCC provides such notice, Plaintiffs' counsel may speak with the fieldworker but must promptly notify KCC and Defendants' counsel of the contact in writing, including identification of the fieldworker, identification of the date, time, and manner of the contact (e.g., in person, by telephone, or by email), and a general description of the subject matter of the communication. No party will attempt to dissuade any fieldworker from attending a deposition or instruct any fieldworker to disobey a subpoena; moreover, the parties shall take steps to prevent direct, or even indirect, unintended, influencing of witnesses where contacts are permitted under this Stipulation and Order.

9. **Fees and Costs**. The fees and costs charged by KCC shall be the responsibility of Defendants. KCC will contract directly with Delano Farms for its services and shall send invoices to counsel for Delano Farms for payment. Plaintiffs' counsel shall be provided copies of all written communications, including invoices or contracts, with Defendant's counsel to ensure neutrality in the performance of its duties.

SO STIPULATED:

**SAVITT BRUCE & WILLEY LLP**

By     /s/ *David N. Bruce*
   David N. Bruce, *Pro Hac Vice*
   Miles A. Yanick, *Pro Hac Vice*

Attorneys for Delano Farms Company

**GRISWOLD, LASALLE, COBB, DOWD & GIN, LLP**

By     /s/ *Michael R. Johnson*
   Michael R. Johnson, State Bar No. 237767

Attorneys for Cal-Pacific Farm Management, L.P., and T&R Bangi's Agricultural Services, Inc.

**LAW OFFICES OF WILLIAM C. HAHESY**

By     /s/ *William C. Hahesy*
   William C. Hahesy, State Bar No. 105743

Attorneys for Delano Farms Company

**LAW OFFICES OF MARCOS CAMACHO**

BY:   */S/ MARIO MARTINEZ*
   Marcos Camacho, State Bar No. 123501
   Mario Martinez, State Bar No. 200721
   Thomas Patrick Lynch, State Bar No.159277

STIPULATION AND ORDER APPOINTING NEUTRAL - 5
No. 1:09-cv-01247-MJS

**SAVITT BRUCE & WILLEY LLP**
1425 Fourth Avenue Suite 800
Seattle, Washington  98101-2272
(206) 749-0500

## II. ORDER

Good cause appearing the above Stipulation, including its referenced Exhibit A, is accepted, approved and adopted as the Order of this Court.

IT IS SO ORDERED.

Dated:   December 15, 2014            /s/ *Michael J. Seng*
                                      UNITED STATES MAGISTRATE JUDGE

STIPULATION AND ORDER APPOINTING NEUTRAL - 6
No. 1:09-cv-01247-MJS

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington  98101-2272
(206) 749-0500