David N. Bruce, Pro Hac Vice
James P. Savitt, Pro Hac Vice
Miles A. Yanick, Pro Hac Vice
Sarah Gohmann Bigelow, Pro Hac Vice
**SAVITT BRUCE & WILLEY LLP**
1425 Fourth Avenue, Suite 800
Seattle, Washington 98101
Telephone: (206) 749-0500

William C. Hahesy, State Bar No. 105743
**LAW OFFICES OF WILLIAM C. HAHESY**
225 West Shaw Avenue, Suite 105
Fresno, CA 93704
Telephone: (559) 579-1230
Facsimile: (559) 579-1231

Attorneys for Defendant DELANO FARMS COMPANY

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA AT FRESNO

| | |
|---|---|
| SABAS ARREDONDO, JOSE CUEVAS, HILARIO GOMEZ, IRMA LANDEROS, and ROSALBA LANDEROS individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DELANO FARMS COMPANY, a Washington State Corporation; CAL-PACIFIC FARM MANAGEMENT, L.P.; T&R BANGI'S AGRICULTURAL SERVICES, INC., and DOES 1 through 10, inclusive,<br><br>Defendants. | NO.   1:09-cv-01247-MJS<br><br>**STIPULATION AND ORDER REGARDING MODIFICATION OF SCHEDULING ORDER** |

On February 3, 2016, a Telephonic Discovery Dispute Conference was held to address issues relating to the timing of Plaintiffs' service of written objections to Delano Farms Company's Fourth Set of Interrogatories and Fifth Set of Requests for Production (the "Discovery"). (Doc. 409.) The Parties were directed to meet and confer further to reach an

STIPULATION AND ORDER RE MODIFICATION OF
SCHEDULING ORDER - 1
No. 1:09-cv-01247-MJS

**SAVITT BRUCE & WILLEY LLP**
1425 Fourth Avenue Suite 800
Seattle, Washington  98101-2272
(206) 749-0500

agreement for the extension of the deadlines in the Amended Scheduling Order to accommodate Plaintiffs' request for additional time to serve their objections.  (*Id*.)

Having met and conferred, the Parties hereby stipulate as follows:

1. Plaintiffs' Survey Completion Deadline, Expert Disclosure Deadline, and Trial Plan Filing Deadline shall remain unchanged as set forth in the Amended Scheduling Order. (Doc. 407.)

2. Plaintiffs' deadline to serve supplemental responses and objections, if any, to the Discovery is February 29, 2016.  Plaintiffs will use a service method that ensures Defendants' receipt of all materials on February 29, 2016.  To the extent the requested information or documents have already been produced in Plaintiffs' expert disclosures or are being withheld based on objections, Plaintiffs' responses will so state.

3. The Parties will meet and confer on Plaintiffs' objections and responses to the Discovery on March 1, 2016.

4. Delano Farms will file its motion regarding Plaintiffs' objections and responses to the Discovery, if necessary, by March 7, 2016.  Delano Farms is further excused from following the Court's procedures for a Telephonic Discovery Dispute Conference in advance of filing its motion.  The Parties agree to waive the provisions of Local Rule 251, including the time limits for hearing on the motion and the preparation of a joint statement regarding discovery disagreement.  The Parties agree that the moving papers may include a notice of motion, memorandum of points and authorities, and declarations.  The Discovery requests, objections and written responses at issue will be reproduced in full, in Delano Farms' moving papers.  Opposing papers may include a memorandum of points and authorities and declarations.  The Parties further agree that the Court may rule by minute order outlining the rationale for the ruling without a detailed recitation of authority.

5. Any opposition to Delano Farms' Discovery motion must be filed by March 14, 2016.

6. Any reply in support of Delano Farms' Discovery motion must be filed by

STIPULATION AND ORDER RE MODIFICATION OF
SCHEDULING ORDER - 2
No. 1:09-cv-01247-MJS

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington  98101-2272
(206) 749-0500

March 17, 2016.

7. Delano Farms' Discovery motion will be noted for a hearing date of March 18, 2016. The motion will be heard without oral argument unless requested by the Court.

8. Defendants' deadline for making expert disclosures and filing their response to Plaintiffs' trial plan is May 16, 2016. If Defendants chose to make a counter-proposal, it shall be as part of the response.

9. Plaintiffs' deadline for filing a reply in support of their proposed trial plan is June 6, 2016.

10. A hearing on the trial plan shall be held on June 30, 2016, at 9:30 a.m., Fresno Courtroom 6 (MJS).

11. The Trial Scheduling Conference will remain unchanged as set forth in the Amended Scheduling Order. (Doc. 407.)

SO STIPULATED:

| **SAVITT BRUCE & WILLEY LLP** | **MCCORMICK BARSTOW LLP** |
|---|---|
| By /s/ *David N. Bruce (as authorized on 02/05/2016)*<br>David N. Bruce, *Pro Hac Vice*<br>Miles A. Yanick, *Pro Hac Vice*<br><br>Attorneys for Delano Farms Company | By /s/ *D. Greg Durbin (as authorized on 02/05/2016)*<br>D. Greg Durbin, State Bar No. 81749<br>Laura A. Wolfe, State Bar No. 266751<br><br>Attorneys for Cal-Pacific Farm Management, L.P., and T&R Bangi's Agricultural Services, Inc. |
| **LAW OFFICES OF WILLIAM C. HAHESY** | **MARTINEZ AGUILASOCHO & LYNCH** |
| By /s/ *William C. Hahesy (as authorized on 02/05/2016)*<br>William C. Hahesy, State Bar No. 105743<br><br>Attorney for Delano Farms Company | By /s/ *Thomas Patrick Lynch (as authorized on 02/05/2016)*<br>Mario Martinez, State Bar No. 200721<br>Thomas Patrick Lynch, State Bar No.159277<br><br>Attorneys for Plaintiffs |

STIPULATION AND ORDER RE MODIFICATION OF SCHEDULING ORDER - 3
No. 1:09-cv-01247-MJS

**SAVITT BRUCE & WILLEY LLP**
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500

**ORDER**

Good cause appearing, the Court accepts and adopts the terms of the STIPULATION REGARDING MODIFICATION OF SCHEDULING ORDER in Case NO.1:09-cv-01247-MJS and modifies the Scheduling Order in the way and to the extent provided in the said Stipulation.

IT IS SO ORDERED.

Dated:   February 5, 2016                    /s/ *Michael J. Seng*
                                                        UNITED STATES MAGISTRATE JUDGE

STIPULATION AND ORDER RE MODIFICATION OF SCHEDULING ORDER - 4
No. 1:09-cv-01247-MJS

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington  98101-2272
(206) 749-0500