David N. Bruce, Pro Hac Vice
James P. Savitt, Pro Hac Vice
Miles A. Yanick, Pro Hac Vice
Sarah Gohmann Bigelow, Pro Hac Vice
**SAVITT BRUCE & WILLEY LLP**
1425 Fourth Avenue, Suite 800
Seattle, Washington 98101
Telephone: (206) 749-0500

William C. Hahesy, State Bar No. 105743
**LAW OFFICES OF WILLIAM C. HAHESY**
225 West Shaw Avenue, Suite 105
Fresno, CA 93704
Telephone: (559) 579-1230
Facsimile: (559) 579-1231

Attorneys for Defendant DELANO FARMS COMPANY

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA AT FRESNO

| | |
|---|---|
| SABAS ARREDONDO, JOSE CUEVAS, HILARIO GOMEZ, IRMA LANDEROS, and ROSALBA LANDEROS individually, and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>DELANO FARMS COMPANY, a Washington State Corporation; CAL-PACIFIC FARM MANAGEMENT, L.P.; T&R BANGI'S AGRICULTURAL SERVICES, INC., and DOES 1 through 10, inclusive,<br><br>    Defendants. | NO.  1:09-cv-01247-MJS<br><br>**STIPULATION AND ORDER REGARDING MODIFICATION OF SCHEDULING ORDER** |

Having met and conferred, the Parties hereby submit that good cause exists to modify the schedule contained in the Court's Minute Order (Doc. 453), as required by Federal Rule of Civil Procedure 16(b)(4). On August 24, 2016, the Parties mediated, have reached a tentative settlement, and are now in the process of preparing a stipulation of settlement that the Parties

STIPULATION AND ORDER RE MODIFICATION OF
SCHEDULING ORDER - 1
No. 1:09-cv-01247-MJS

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500

anticipate will become the basis first for a motion for preliminary approval of the settlement and ultimately for its final approval.

The Parties hereby stipulate as follows:

1. Plaintiffs' deadline to file a modified trial plan and proposed schedule of further proceedings on September 12, 2016, should be vacated. All subsequent dates set forth in the schedule contained in the Court's Minute Order (Doc. 453), should also be vacated.

2. Subject to the Court's approval, the Parties will instead report to the Court on their progress in a telephonic status conference, to take place within 15 days of entry of this order.

SO STIPULATED:

SAVITT BRUCE & WILLEY LLP

By /s/ David N. Bruce (as authorized on 9/9/2016)
   David N. Bruce, *Pro Hac Vice*
   Miles A. Yanick, *Pro Hac Vice*

Attorneys for Delano Farms Company

MCCORMICK BARSTOW LLP

By /s/ D. Greg Durbin (as authorized on 9/8/2016)
   D. Greg Durbin, State Bar No. 81749
   Laura A. Wolfe, State Bar No. 266751

Attorneys for Cal-Pacific Farm Management, L.P., and T&R Bangi's Agricultural Services, Inc.

LAW OFFICES OF WILLIAM C. HAHESY

By /s/ William C. Hahesy (as authorized On 9/9/2016)
   William C. Hahesy, State Bar No. 105743

Attorney for Delano Farms Company

MARTINEZ AGUILASOCHO & LYNCH

By /s/ Mario Martinez (as authorized on 9/9/2016)
   Mario Martinez, State Bar No. 200721
   Thomas Patrick Lynch, State Bar No.159277

Attorneys for Plaintiffs

STIPULATION AND ORDER RE MODIFICATION OF SCHEDULING ORDER - 2
No. 1:09-cv-01247-MJS

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500

**ORDER**

Having considered the proposed Stipulation and Order Re: Modification of Scheduling Order in Case No. 1:09-cv-01247-MJS and good cause appearing, the Court Orders as follows:

1. Plaintiffs' September 12, 2016, deadline to file a modified trial plan and proposed schedule of further proceedings and all subsequent dates set forth in the Court's Minute Order (Doc. 453) are vacated.

2. A telephonic Status/Scheduling Conference shall be held at 4:00 P.M. October 12, 2016. (The parties shall participate by dialing 888.204.5984 and entering access code 4446176.)

3. Forty eight hours before the October 12, 2016, Status/Scheduling Conference, the parties shall submit a collective status report confirming that all terms of settlement of this case have been agreed to by all parties and reduced to a writing signed by all (or, if not so agreed and signed, an explanation as to why not and a proposed deadline for same) and an agreed schedule for all further proceedings in the case.

4. The parties are commended for negotiating a resolution of this old and complex case.

IT IS SO ORDERED.

Dated:   September 12, 2016           /s/ *Michael J. Seng*
                                     UNITED STATES MAGISTRATE JUDGE

STIPULATION AND ORDER RE MODIFICATION OF
SCHEDULING ORDER - 3
No. 1:09-cv-01247-MJS

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500