UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA AT FRESNO

| | |
|---|---|
| SABAS ARREDONDO, JOSE CUEVAS, HILARIO GOMEZ, IRMA LANDEROS, and ROSALBA LANDEROS individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DELANO FARMS COMPANY, a Washington State Corporation; CAL-PACIFIC FARM MANAGEMENT, L.P.; T&R BANGI'S AGRICULTURAL SERVICES, INC., and DOES 1 through 10, inclusive,<br><br>Defendants. | NO.   1:09-cv-01247-MJS<br><br>**STIPULATION AND ORDER TO CONTINUE DEADLINE TO FILE STIPULATION FOR SETTLEMENT AND MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT OF CLASS ACTIONS** |

The Parties, by and through their respective counsel of record, hereby stipulate as follows:

1. The Court has ordered that the proposed stipulation for settlement and motion for preliminary approval in this case be filed on November 4, 2016, absent further order of the Court for good cause shown. (ECF No. 459.)

2. The Parties submit that good cause exists to extend the November 4 filing deadline to November 11, 2016. The Parties have worked diligently to finalize the stipulation for settlement and believe that its execution is imminent. The stipulation is lengthy and includes many exhibits, such as class notice documents and proposed orders, and despite the

Parties best efforts, more time is needed to finalize these documents.

SO STIPULATED:

| SAVITT BRUCE & WILLEY LLP | MCCORMICK BARSTOW LLP |
|---|---|
| By */s/ David N. Bruce (as authorized on 11/3/2016)*<br>    David N. Bruce, *Pro Hac Vice*<br>    Miles A. Yanick, *Pro Hac Vice* | By */s/ D. Greg Durbin (as authorized on 11/3/2016)*<br>    D. Greg Durbin, State Bar No. 81749<br>    Laura A. Wolfe, State Bar No. 266751 |
| Attorneys for Delano Farms Company | Attorneys for Cal-Pacific Farm Management, L.P. and T&R Bangi's Agricultural Services, Inc. |
| **LAW OFFICES OF WILLIAM C. HAHESY** | **MARTINEZ AGUILASOCHO & LYNCH** |
| By */s/ William C. Hahesy (as authorized On 11/3/2016)*<br>    William C. Hahesy, State Bar No. 105743<br><br>Attorney for Delano Farms Company | By */s/ Mario Martinez (as authorized on 11/3/2016)*<br>    Mario Martinez, State Bar No. 200721<br>    Thomas Patrick Lynch, State Bar No.159277<br><br>Attorneys for Plaintiffs |

## II.   ORDER

IT IS SO ORDERED:  The deadline to file the proposed stipulation for settlement and motion for preliminary approval in case 1:09-cv-01247-MJS is continued to November 11, 2016.

IT IS SO ORDERED.

Dated:   November 4, 2016               /s/ *Michael J. Seng*
                                                                  UNITED STATES MAGISTRATE JUDGE