UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA AT FRESNO

| | |
|---|---|
| SABAS ARREDONDO, JOSE CUEVAS, HILARIO GOMEZ, IRMA LANDEROS, and ROSALBA LANDEROS individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DELANO FARMS COMPANY, a Washington State Corporation; CAL-PACIFIC FARM MANAGEMENT, L.P.; T&R BANGI'S AGRICULTURAL SERVICES, INC., and DOES 1 through 10, inclusive,<br><br>Defendants. | NO.   1:09-cv-01247-MJS<br><br>**STIPULATION AND ORDER GRANTING LEAVE TO FILE AMENDED COMPLAINT** |

The Parties, by and through their respective counsel of record and pursuant to Fed. R. Civ. P. 15(a)(2), hereby stipulate as follows:

1. That Plaintiffs shall file the Amended *Arredondo* Complaint, attached to this stipulation as Exhibit A, concurrently with the filing of this stipulation.

2. This stipulation is being provided solely for the purpose of effectuating the Parties' Settlement Agreement.

3. In the event the Settlement is terminated or fails to become effective for any reason, the Parties to the Settlement will be deemed to have reverted to their respective litigation positions as of August 24, 2016.  In that event, this stipulation will have no effect, the

Amended *Arredondo* Complaint shall be withdrawn and stricken, and the *Arredondo* Complaint filed on July 17, 2009 (ECF No. 2) will remain the operative complaint.

4. No pleadings or motions shall be filed in response to the Amended *Arredondo* Complaint, as it is being filed solely for the purposes of effectuating the Parties' Settlement Agreement.

SO STIPULATED:

| SAVITT BRUCE & WILLEY LLP | MCCORMICK BARSTOW LLP |
|---|---|
| By /s/ *David N. Bruce (as authorized on 11/18/2016)*<br>David N. Bruce, *Pro Hac Vice*<br>Miles A. Yanick, *Pro Hac Vice*<br><br>Attorneys for Delano Farms Company | By /s/ *D. Greg Durbin (as authorized on 11/18/2016)*<br>D. Greg Durbin, State Bar No. 81749<br>Laura A. Wolfe, State Bar No. 266751<br><br>Attorneys for Cal-Pacific Farm Management, L.P. and T&R Bangi's Agricultural Services, Inc. |
| LAW OFFICES OF WILLIAM C. HAHESY | MARTINEZ AGUILASOCHO & LYNCH |
| By /s/ *William C. Hahesy (as authorized on 11/18/2016)*<br>William C. Hahesy, State Bar No. 105743<br><br>Attorney for Delano Farms Company | By /s/ *Mario Martinez (as authorized on 11/18/2016)*<br>Mario Martinez, State Bar No. 200721<br>Thomas Patrick Lynch, State Bar No.159277<br><br>Attorneys for Plaintiffs |

## ORDER

Good cause appearing, the above Stipulation is accepted and adopted as the Order of this Court.

IT IS SO ORDERED.

Dated:  February 14, 2017         /s/ *Michael J. Seng*
                                  UNITED STATES MAGISTRATE JUDGE

STIPULATION AND ORDER GRANTING LEAVE
TO FILE AMENDED COMPLAINT - 3
No. 1:09-cv-01247-MJS

STIPULATION AND ORDER GRANTING LEAVE
TO FILE AMENDED COMPLAINT - 4
No. 1:09-cv-01247-MJS