UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA AT FRESNO

| | |
|---|---|
| SABAS ARREDONDO, JOSE CUEVAS, HILARIO GOMEZ, IRMA LANDEROS, and ROSALBA LANDEROS individually, and on behalf of all others similarly situated,<br><br>     Plaintiffs,<br><br>     v.<br><br>DELANO FARMS COMPANY, a Washington State Corporation; CAL-PACIFIC FARM MANAGEMENT, L.P.; T&R BANGI'S AGRICULTURAL SERVICES, INC., and DOES 1 through 10, inclusive,<br><br>     Defendants. | NO.    1:09-cv-01247-MJS<br><br>**STIPULATION AND ORDER ALLOWING MOTION FOR CERTIFICATION OF SETTLEMENT CLASS AND PRELIMINARY APPROVAL OF JOINT STIPULATION OF SETTLEMENT OF CLASS ACTIONS TO BE CONSIDERED WITHOUT HEARING** |

The Parties, by and through their respective counsel of record, hereby stipulate as follows:

In accordance with Local Rule 230(g), Plaintiffs' Motion for Certification of Settlement Class and Preliminary Approval of Joint Stipulation of Settlement of Class Actions is submitted upon the records and briefs on file and is ripe for consideration without the need for a hearing or oral argument, subject to the power of the Court to reopen the matter for further briefs or oral arguments or both.

STIPULATION AND ORDER TO SUBMIT MOTION
WITHOUT HEARING - 1
No. 1:09-cv-01247-MJS

1    SO STIPULATED:

2

**SAVITT BRUCE & WILLEY LLP**                    **MCCORMICK BARSTOW LLP**

3

4    By /s/ David N. Bruce (as authorized on        By /s/ D. Greg Durbin (as authorized on
     11/18/2016)                                      11/18/2016)

5        David N. Bruce, *Pro Hac Vice*                 D. Greg Durbin, State Bar No. 81749
         Miles A. Yanick, *Pro Hac Vice*                Laura A. Wolfe, State Bar No. 266751

6

7    Attorneys for Delano Farms Company              Attorneys for Cal-Pacific Farm Management,
                                                      L.P. and T&R Bangi's Agricultural Services, Inc.

8

9

10   **LAW OFFICES OF WILLIAM C. HAHESY**           **MARTINEZ AGUILASOCHO & LYNCH**

11   By /s/ William C. Hahesy (as authorized on     By /s/ Mario Martinez (as authorized on
     11/18/2016)                                      11/18/2016)

12       William C. Hahesy, State Bar No. 105743        Mario Martinez, State Bar No. 200721
                                                        Thomas Patrick Lynch, State Bar No.159277

13   Attorney for Delano Farms Company
                                                      Attorneys for Plaintiffs

14

15

16                              **ORDER**

17          Good cause appearing the above Stipulation is accepted and adopted as the

18   Order of this Court.

19
     IT IS SO ORDERED.
20

21      Dated:   February 14, 2017              /s/ *Michael J. Seng*

22                                              UNITED STATES MAGISTRATE JUDGE

23

24

25

26

27

STIPULATION AND ORDER TO SUBMIT MOTION
WITHOUT HEARING - 2
No. 1:09-cv-01247-MJS

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27