UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA AT FRESNO

| | |
|---|---|
| SABAS ARREDONDO, JOSE CUEVAS, HILARIO GOMEZ, IRMA LANDEROS, and ROSALBA LANDEROS individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DELANO FARMS COMPANY, a Washington State Corporation; CAL-PACIFIC FARM MANAGEMENT, L.P.; T&R BANGI'S AGRICULTURAL SERVICES, INC., and DOES 1 through 10, inclusive,<br><br>Defendants. | NO. 1:09-cv-01247-MJS<br><br>**STIPULATION AND ORDER RE CLASS NOTICE** |

## I. STIPULATION

Pursuant to paragraphs 56 and 57 of the Joint Stipulation of Settlement of Class Actions ("Settlement") (EFC No. 463-1, Ex. 1) and the Court's Order of Certification of Settlement Class and Preliminary Approval of Joint Stipulation of Settlement of Class Actions (ECF No. 484), the parties and the settlement administrator, KCC, have compiled the Class Data List, identified mailing addresses for the Settlement Class Members, and calculated Anticipated Settlement Shares. Under paragraph 58.a of the Settlement and the Court's Scheduling Order (ECF No. 488), KCC is to complete the First Mailing of Class Notice by May 16, 2017. Due to delays in finalizing the documents to be mailed, however, KCC will not be able to complete the

mailing before May 19, 2017.

Accordingly, the parties stipulate and jointly request that the Deadline for the Settlement Administrator to disseminate Class Notice ("First Mailing") per ¶ 58.a of Settlement as set forth in the Scheduling Order be modified to May 19. It is expected that this will not necessitate a change in any other deadlines or in the date of the Fairness and Approval Hearing.

The parties and KCC also have made slight modifications to the Class Notice documents in the process of finalizing them. Other than the correction of typos, formatting changes, completing the blanks in the approved Class Notice documents to provide specific dates and contact information, and other insignificant changes (such as referring to "daytime" and "evening" phone numbers rather than "work" and "home"), the following changes have been made to the following documents:

**Notice of Proposed Class Action Settlement**

- Settlement Class Members are now provided with an email address, in addition to a phone number and website, to use in having questions addressed.

- In the response to Question 16, Jose Cuevas's enhancement payment amount was increased from $2,000 to $7,000 and the total enhancement payment to the Class Representatives was increased from $32,000 to $37,000. (*See* ECF Nos. 480 at 3:1-4 and 484 at ¶ 1(e).) In the response to Question 15, the Net Settlement Fund was reduced from $3,454,823.72 to $3,449,823.72 to reflect the revised estimated enhancement payments.

**Claim Form**

- Where more than one unique name appeared in the payroll records for the same Settlement Class Member, the Claim Form previously included a table showing the work weeks counted *for each of the different names* in calculating the Settlement Class Member's Anticipated Settlement Share. The table also included a space for Employee Identification Numbers. This table was deemed to be potentially confusing and not likely to be useful and thus was removed. However, the Claim

Form still identifies the unique names believed to be associated with each Settlement Class Member and included in calculating his or her anticipated settlement share and states the total number of work weeks deemed to have been worked by that Settlement Class Member in each Class Period.

- Settlement Class Members are now provided with an email address, in addition to a phone number and website, to use in challenging their Anticipated Settlement Shares.
- The estimated Net Settlement Fund has been reduced from $3,454,823.72 to $3,449,823.72 to reflect the $7,000 payment to Mr. Cuevas. (*See* ECF Nos. 480 at 3:1-4 and 484 at ¶ 1(e)). For the same reason, the estimated payments to the Representative Plaintiffs has been increased from $32,000 to $37,000.

The parties hereby stipulate to the above changes and request that the Court approve them. The final, revised versions of the Class Notice documents are attached hereto as Exhibits A (Notice of Certification of Settlement Class and Class Action Settlement and Your Rights), B (Claim Form), and C (Opt-Out Form).

SO STIPULATED:

| SAVITT BRUCE & WILLEY LLP | MCCORMICK BARSTOW LLP |
|---|---|
| By /s/ *David N. Bruce (as authorized on May 15, 2017)*<br>David N. Bruce, *Pro Hac Vice*<br>Miles A. Yanick, *Pro Hac Vice* | By /s/ *D. Greg Durbin (as authorized on May 15, 2017)*<br>D. Greg Durbin, State Bar No. 81749<br>Laura A. Wolfe, State Bar No. 266751 |
| Attorneys for Delano Farms Company | Attorneys for Cal-Pacific Farm Management, L.P. and T&R Bangi's Agricultural Services, Inc. |
| LAW OFFICES OF WILLIAM C. HAHESY | MARTINEZ AGUILASOCHO & LYNCH |
| By */s/ William C. Hahesy (as authorized on May 15, 2017)*<br>William C. Hahesy, State Bar No. 105743 | By */s/ Mario Martinez (as authorized on May 15, 2017)*<br>Mario Martinez, State Bar No. 200721<br>Thomas Patrick Lynch, State Bar No.159277 |
| Attorney for Delano Farms Company | Attorneys for Plaintiffs |

## II. ORDER

IT IS SO ORDERED. The Deadline for the Settlement Administrator to disseminate Class Notice ("First Mailing") per ¶ 58.a of Settlement, as set forth in the Scheduling Order, is changed from May 16 to May 19, 2017, and the revised Class Notice forms attached hereto as Exhibits A–C are hereby approved.

IT IS SO ORDERED.

Dated: May 15, 2017 /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE