UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA AT FRESNO

SABAS ARREDONDO, JOSE CUEVAS, HILARIO GOMEZ, IRMA LANDEROS, and ROSALBA LANDEROS individually, and on behalf of all others similarly situated,

Plaintiffs,

v.

DELANO FARMS COMPANY, a Washington State Corporation; CAL-PACIFIC FARM MANAGEMENT, L.P.; T&R BANGI'S AGRICULTURAL SERVICES, INC., and DOES 1 through 10, inclusive,

Defendants.

NO.   1:09-cv-01247-MJS

**STIPULATION AND ORDER RE CLASS COUNSEL'S MOTION FOR ATTORNEY'S FEES AND MISCELLANEOUS MATTERS**

### I.   STIPULATION

Pursuant to the Court's Scheduling Order (Dok. 488), the deadline for Class Counsel to file its Motion for Attorney's Fees is July 21, 2017. Due primarily to Class Counsel's recent illness, they have requested to extend the deadline for Class Counsel to file its motion for attorney's fees by two weeks, to August 4, 2017. Defendants do not oppose this extension. As a result of this proposed change in date, it is necessary to extend the deadline for class members to submit objections to the settlement by two weeks – from August 4, 2017 to August 18, 2017.

In light of these changes, the parties agree that the deadline to submit claim forms also can be continued – from August 4, 2017 to August 18, 2017 – to allow more class members to

submit claims.

In addition, pursuant to ¶ 58d of the Joint Stipulation of Settlement of Class Actions (Dok. 463-1, Ex. 1), Radio Ads prepared by KCC (the Settlement Administrator) announcing the settlement were to begin no later than the date of the First Mailing and cease no later than 115 days after entry of the Order of Certification and Preliminary Approval.(Dok. 488 at 2). Thus, the Radio Ads were to begin on May 16, 2017 and cease on June 10, 2017. The date for the First Mailing was subsequently changed by stipulation and order to May 19, 2017. (Dok. 492). Due to minor delays, KCC sent the second mailing two days late (on June 12, 2017) and began the radio ads on June 19, 2017and. KCC ran the radio ads until July 14, for 25 days, so that the run time for Radio Ads was not any shorter than the period set forth in the Joint Stipulation of Settlement. None of the parties believes this has negatively affected the dissemination of notice to the class, but the parties wish to keep the Court informed of these minor changes and delays.

Accordingly, the parties stipulate and jointly request that the Deadline for the Class Counsel to file its Motion for Attorney's Fees be extended <u>from July 21, 2017 to August 4, 2017</u> and that the deadline for class members to object or file claim forms be extended <u>from August 4, 2017 to August 18, 2017</u>. It is expected that this will not necessitate a change in any other deadlines or in the date of the Fairness and Approval Hearing. KCC and the Community Administrator will take necessary steps to update the website and advise class members of the change in these dates, once an order is approved.

**Issue of Deadline for Class Members to Submit Opt-Out Forms**

In connection with the continuance of the deadlines above, Delano Farms believes it is also appropriate to extend the deadline for class members to opt out from August 4, 2017 to the August 18, 2017, to mirror the fact that the initial agreement and scheduling order had identical deadlines for submitting claims, objecting, or opting out. Counsel for the Bangi Contractors does not agree that the date for opting out should be extended, and instead believes that the

current deadline of August 4, 2017 should remain. The parties therefore request a brief telephonic conference with the Court in the next 2 – 4 days to resolve this matter via telephonic conference, to be followed by a supplemental order addressing the opt-out deadline.

SO STIPULATED:

July 19, 2017

**SAVITT BRUCE & WILLEY LLP**

By /s/ *Miles Yanick (as authorized on July 19, 2017)*
   David N. Bruce, *Pro Hac Vice*
   Miles A. Yanick, *Pro Hac Vice*

Attorneys for Delano Farms Company

**MCCORMICK BARSTOW LLP**

By /s/ *D. Greg Durbin (as authorized on July 19, 2017)*
   D. Greg Durbin, State Bar No. 81749
   Laura A. Wolfe, State Bar No. 266751

Attorneys for Cal-Pacific Farm Management, L.P. and T&R Bangi's Agricultural Services, Inc.

**LAW OFFICES OF WILLIAM C. HAHESY**

By /s/ *William C. Hahesy (as authorized on July 19, 2017)*
   William C. Hahesy, State Bar No. 105743

Attorney for Delano Farms Company

**MARTINEZ AGUILASOCHO & LYNCH**

By /s/ *Mario Martinez*

Mario Martinez, State Bar No. 200721
   Thomas Patrick Lynch, State Bar No. 159277

Attorneys for Plaintiffs

## II. ORDER

IT IS SO ORDERED. The Deadline for Class Counsel to file its Motion for Attorney's Fees is extended from July 21, 2017 to August 4, 2017 and the deadline for class members to object or file claim forms is extended from August 4, 2017 to August 18, 2017. The Court has scheduled a separate telephonic conference with the parties to address the issue of the deadline for class members to submit their opt out forms.

IT IS SO ORDERED.

Dated: July 20, 2017

/s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE