# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SABAS ARREDONDO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DELANO FARMS COMPANY, et al., <br><br> Defendants. | Case No. 1:09-cv-01247-MJS <br><br> **ORDER SETTING SCHEDULE FOR RESOLUTION OF ATTORNEYS' FEE DISPUTES** <br><br> **Settlement Conference:** January 9, 2018 at 10:30 a.m. in Courtroom 9 (SAB) <br><br> **Moving Papers:** January 19, 2018 <br><br> **Oppositions:** February 5, 2018 <br><br> **Replies:** February 20, 2018 <br><br> **Evidentiary hearing:** March 5, 2018 at 9:00 a.m. (five days reserved) in Courtroom 6 (MJS) <br><br> **Argument:** March 13, 2018 at 10:00 a.m. in Courtroom 6 (MJS) |

On December 1, 2018, the matter came before the Court on a scheduling and status conference pertaining to the fee dispute of former and current class counsel. (ECF No. 540.) Mario Martinez, Anna Walther, Gregory Ramirez, Brian York, and William Callaham appeared on behalf of current class counsel. Leonard Comden, Kelton Lee

Gibson, and James Perero appeared on behalf of former class counsel. Sarah Bigelow, David Bruce, and Laura Wolfe appeared on behalf of the Defendants.

Given the issues raised by the competing claims to reserved attorney fees in this case, the court Orders as follows:

1. A mandatory Settlement Conference will be convened before the Honorable Stanley A. Boone, U.S. Magistrate Judge, at 10:30 a.m., January 9, 2018, in Courtroom 9, Fresno, and continued, if and as necessary, at the direction of Judge Boone. Judge Boone will issue an Order setting out counsels' obligations with respect to the Settlement Conference. Counsel are encouraged forthwith to begin meeting and conferring to attempt to narrow the issues needing to be addressed at the Settlement Conference.

2. All issues relating to any and all claims to and disputes over attorneys' fees in this case or their allocation shall be resolved by the Court on motions by counsel and such hearings as the court deems necessary. Counsel with claims to any portion of reserved attorney fees in this case shall present them to the Court by way of motions with supporting briefs, evidence and law and authority. Issues to be addressed shall include, but not be limited to:

    a. Arbitration. Any counsel or firm claiming that any portion of any dispute relating to fees must be resolved by arbitration shall so move the Court and, in addition to addressing the basis for such claim or claims, shall brief the issue as to who is to decide whether arbitration is required and who is bound to so arbitrate and how such arbitration shall be conducted, and whether testimony must be taken from a witness or witnesses on any of the above issues, and , if so, from whom, why, and how much time will be requested for the testimony of each said witness.

    b. Motion to Strike. Counsel who have briefed the issues raised by the opening motion to strike attorneys' fees claims (ECF No. 503) may, but are not

required to, supplement their briefing in accordance with the schedule below. . Other counsel may raise or oppose issues in accordance with that schedule. All counsel shall advise the Court whether they feel testimony must be taken from a witness or witnesses to address the issues raised by the motion and, if so, from whom, why, and how much time will be requested for the testimony of each said witness.

   c. Allocation of Fees.  Counsel claiming any portion of the reserved attorney fees shall put forth their proposal for how those fees should be allocated among the various attorney claimants and their authority for same.  The Martinez firm shall include a breakout of the portion of fees claimed for work done by Marcos Camacho, the periods of time for which such work was done, and the basis on which Martinez claims to be entitled to any portion of such fees. All counsel shall advise the Court if they feel testimony must be taken from a witness or witnesses to address the issues raised by the motion and, if so, from whom, why, and how much time will be requested for the testimony of each said witness.

   d. Et cetera.  Counsel and parties shall move for any and all other relief related to allocation of fees among counsel and claimed to be appropriate for, and in need of, resolution by the Court on the schedule set forth below.  No such motion shall be filed or relief sought after January 19, 2018.

  3. All such issues shall be briefed to the Court and addressed according to the following schedule:

   a. Moving papers, including supplements (if necessary) to the pending Motion to Strike Claims for Attorney Fees (ECF No. 503), shall be filed and served on or before January 19, 2018.

   b. Opposition briefs, including supplements (if necessary) to the already filed in opposition to the pending Motion to Strike Claims for Attorney fees, shall be filed on or before February 5, 2018.

3

    c. Reply briefs shall be filed on or before February 20, 2018.

    d. An evidentiary hearing or hearings to address issues of fact raised by the motions or opposition to them shall be held March 5 through March 9, 2018, in Courtroom 6, Fresno, as the court shall hereafter direct.

    e. Oral argument on all motions shall be held on March 13, 2018 at 10:00 a.m. in Courtroom 6, Fresno, if and as the court directs.

IT IS SO ORDERED.

Dated:  December 1, 2017      /s/ *Michael J. Seng*
                  UNITED STATES MAGISTRATE JUDGE