# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SABAS ARREDONDO, et al.,<br><br>    Plaintiffs,<br><br>v<br><br>DELANO FARMS CO., et al.,<br><br>    Defendants. | Case No. 1:09-cv-01247-<br><br>ORDER FOLLOWING SETTLEMENT; VACATING DATES AND DIRECTING PARTIES TO FILE DISPOSITIVE DOCUMENTS |

This action was filed on July 17, 2009. On February 7, 2017, this Court conducted a settlement conference. On September 29, 2017, the magistrate judge issued an order on final approval of the class action settlement and the claims in the action were settled. The only issue remaining was how the attorney fees should be allocated among the current and former class counsel. On January 9, 2018, this Court conducted a settlement conference to address the issue of the allocation of attorney fees. Counsel Gregory Ramirez, Mario Martinez, Anna Walther, Brian York, Dennis Jones, Leonard Comden, and Allen Ball appeared. During the settlement conference, the parties reached a settlement agreement. The terms of the respective agreements were set forth on the record.

Based upon the resolution of the attorney fee distribution in this action, it is HEREBY ORDERED that:

    1.    All pending matters and dates in this action are VACATED; and

    2.    The claims administrator is authorized to distribute attorney fees as follows:

a. $200,000.00 to Wasserman, Comden & Casselman, LLP; and

b. $135,000.00 to Myers, Widders, Gibson, Jones & Feingold, LLP.

IT IS SO ORDERED.

Dated:  **January 9, 2018**

_____
UNITED STATES MAGISTRATE JUDGE