| | |
|---|---|
| SABAS ARREDONDO, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DELANO FARMS COMPANY, et al.,<br><br>Defendants. | Case No. 1:09-cv-01247-MJS<br><br>NOTICE OF COURT'S INTENT TO CLOSE CASE<br><br>**FOURTEEN DAY RESPONSE DEADLINE** |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

On September 29, 2017, the Court entered its final order and judgment in this case, finally resoling all claims by settlement class members against all defendants. (ECF No. 534.) However, the matter remained open pending resolution of an attorney's fee dispute between former and current class counsel. (See ECF Nos. 503, 533.) The attorney's fee dispute has now been resolved. (See ECF No. 546.) Thus, it appears that this matter has been resolved in its entirety.

Nevertheless, in light of the complexity of the case and the number of parties involved, the Court concludes it is appropriate to provide the parties with notice of its intent to close this case. Any party who believes any aspect of the action remains unresolved and in need of Court attention must so advise this Court within fourteen days

of the date of this notice. Absent a response to this order showing good cause to do otherwise, this case will be closed.

IT IS SO ORDERED.

Dated: January 24, 2018        /s/ *Michael J. Seng*
                               UNITED STATES MAGISTRATE JUDGE