UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SABAS ARREDONDO, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DELANO FARMS COMPANY, et al.,<br><br>Defendants. | Case No. 1:09-cv-01247-MJS<br><br>ORDER DIRECTING CLERK OF COURT TO TERMINATE ANY PENDING MOTIONS AND CLOSE CASE |

Upon review of the docket, it appears that this matter has been resolved in its entirety. (See ECF Nos. 534, 546.) Accordingly, the Clerk's Office is HEREBY DIRECTED to terminate any pending motions and close this case. The Court retains jurisdiction as stated in its Final Order and Judgment. (ECF No. 534.)

IT IS SO ORDERED.

Dated: February 10, 2018      /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE